**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| Z.J.W., by next friends and parents, TERESA CATOE and JOHN WHEELER;<br><br>and<br><br>A.A.P., by next friend and parent, SUSAN PARK<br>Plaintiffs,<br><br>v.<br>KING GEORGE COUNTY SCHOOL BOARD; DR. JESSE BOYD, in his official capacity as Superintendent of King George County Schools; and DR. CASEY NICE, in his official capacity as Principal of King George Middle School,<br>Defendants. | Case No. 3:26-cv-00775<br><br>**PLAINTIFF Z.J.W.'S MOTION FOR PRELIMINARY INJUNCTION** |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Z.J.W., by and through next friends and parents, John Wheeler and Teresa Catoe, respectively moves this Court for a preliminary injunction as set out below and for the reasons provided in the accompanying Memorandum in Support of Plaintiff Z.J.W.'s Motion for Preliminary Injunction. Fed. R. Civ. P. 65(a). Plaintiff Z.J.W. moves to preliminarily enjoin Defendants, under the EAA, and Defendants and their officers, employees, agents, attorneys, and any person working in concert or participation with any Defendant or under any Defendant's supervision, direction, or control, under the First Amendment, from denying the King George Middle School ("KGMS") Gay-Straight Alliance ("GSA") equal access and fair opportunity to meet within KGMS's limited open forum, and from discriminating against Plaintiff Z.J.W. based on the viewpoint of their expressions or imposing unreasonable restrictions on their speech.

As laid out in detail in the accompanying Memorandum in Support of Plaintiff Z.J.W.'s Motion for Preliminary Injunction, and supported by the filed Complaint, and the Declarations of Z.J.W., John Wheeler, Teresa Catoe, A.A.P., Susan Park, David Riley, and Becca Boe, Defendants are in violation of the Equal Access Act 20 U.S.C §§ 4071-4074 and the First Amendment and Fourteenth Amendment to the United States Constitution. Plaintiff Z.J.W. thus seeks a preliminary injunction requiring Defendants to permit the GSA to form and operate at KGMS on the same terms and conditions applicable to other student organizations. Plaintiff also seeks a waiver of the requirement for bond or security.

Dated: August 13, 2026

Respectfully submitted,

/s/ Julia Kahn
Julia Kahn, VSB #101714
Wyatt Rolla, VSB #85625
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Tel: (804) 491-8584
jkahn@acluva.org
wrolla@acluva.org

Mary Rohmiller, VSB #68595
Alice W. Yao
(*pro hac vice application pending*)
Dylan Nicole de Kervor
(*pro hac vice application forthcoming*)
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW
Suite 1025 Washington, DC 20006
mrohmiller@potomaclaw.com
ayao@potomaclaw.com
ddekervor@potomaclaw.com

*Counsel for Plaintiffs*