# EXHIBIT A

**Subject:** GSA
**From:** [redacted]
**Date:** 11/7/2025, 9:06 PM
**To:** Jesse Boyd <jboyd@kgcs.k12.va.us>
**CC:** Casey Nice <cnice@kgcs.k12.va.us>

"We deserve to experience love fully, equally, without shame and without *compromise*." Elliot Page
I don't understand why there's not a GSA in my school.
I feel like we need this, I experience harassment on the daily and so do maaaany others in your school. I get threats and slurs and told to kill myself.
Why are you scared of this club? I know a lot of people are getting the exact same things. I want to talk about this. We all know it's illegal, withholding this. It's not political, though I don't know how you would get the idea. It's about a group of people coming together and supporting each other, rather than trying to "fix" themselves in a toxic environment that hurts everyone.
"It's separating the school"? You're siding with the offender. It's discrimination and it's disgusting.
It's not compassionate to only care about something when it directly affects you,
Why do you always take their side? When kids were getting harassed for wearing costumes you banned the costumes instead of the bullies.
Maybe you think it's somehow inappropriate to be queer or to talk about queer things in a school building. Oh, but then we wouldn't be able to talk about straight people. There are absolutely no differences between love. Queerness isn't inherently sexual or inappropriate just as heterosexuality isn't. What it is is natural, normal, and something out of your control. What you can control is if these people have a support system or not.
Respectfully, Dr, Boyd, you'll never know the fear of being shot for holding someone's hand, or understand the horror and helplessness that comes with losing someone to suicide because they're queer and didn't have any support. Thankfully, I do, I have my parents and my sister and my cat. But there are going to be other kids who don't have anyone.

Thanks, have a great day, [redacted]

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.