# EXHIBIT C

**Subject:** I'd like to request a meeting with Mr. Boyd about the horrible things he's doing to the kids at school
**From:** [redacted]
**Date:** 1/7/2026, 7:50 PM
**To:** Jesse Boyd <jboyd@kgcs.k12.va.us>, Casey Nice <cnice@kgcs.k12.va.us>

I attended and spoke up at the school board meeting tonight. It took all of my courage to talk in front of everybody, just for Mr. Boyd to twist my words. I hated what he said, and so did everybody else at the school. He said suicide is a horrible problem in the school and we need a solution, fast! We were there discussing the solution, Mr. Boyd. GSA club. As I stated in my speech, almost 40% of queer youth seriously considered attempting suicide in the past year compared to only 5.4% of heterosexual youth. You make it seem like everyone is at the same risk. No! Your queer kids are the ones at the most risk. We are proposing a safe solution.
You seem to have thought, when you were discussing this, that there would be no adults involved and that you thought the GSA was some therapy group. No, again! If you listened, I believe you would recognize the GSA as what it is/will be, a club run by adults for kids to feel safe. Susan presented what activities the kids would be doing, like reading and discussing books, bracelet making, playing board games, and doing services like cleaning up trash. It's the community, something they're not getting out of your "trained professionals" which are your teachers inapt to deal with a child wanting to end their life... other than reporting it to their parents. Oh, and your "licensed therapists" who are your three middle school counselors. Yes, suicide is an existing problem with rates climbing, the GSA would be a safe community for kids to be around other kids and make friends. Suicide is mainly caused by loneliness or self-outcasting, something a lot of people who belong to minoritize expeience or do because... you guessed it, they don't have a stable community.
As we tried to get across to you, which now you are sincerely just being knowingly ignorant to, the GSA is the solution.
Sincerely I really dislike this school and I know half of the place can agree with me. Cause you have queer students. You can't ignore us forever.
You say you take harassment and bullying very seriously, but you are the bully. You are saying to kids: You do not have a place in my schools. You are putting a target on their backs and leaving them to the wolves. Shameful.
There are so many NON curricular clubs, to name a few the crocheting club, a religious club (which I heard adults were allowed into the school to preach and give kids cookies. Oh joy). I guess separation of church and state just doesn't exist wherever you live, And clubs that don't even meet at any KG school building (wildlife club, I believe).

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.