# EXHIBIT A

John McClane ▸ King George Community
Top contributor · September 16, 2025 ·

Interesting email to your middle schoolers.

# KGMS SAFE SPACE GSA Interest Form

Our Genders & Sexualities Alliance (GSA) is a safe, supportive, and welcoming space for all students. We work to build community, celebrate diversity, and promote kindness, respect, and acceptance. Through education, conversation, and collaboration, we strive to create a school environment where every student feels valued for who they are and empowered to be themselves.

We are a **Support GSA** which means, we are for youth who want to have a safe space. We are a support group to provide safety and confidentiality to students who are struggling with their identities of those who are experiencing harassment at school because of their actual or perceived sexual orientation or gender identity or expression. We also welcome ally's.

**This GSA will be entirely run by students for students**. There will be staff advisors. Our advisors may help facilitate discussion, support students in fostering a safe environment, assist students with any club funds, educate and support students to keep records of meetings and decisions, set students up to succeed and support changes within the GSA.

580

View more comments

Nicole Farland
sad to see so many homophobic people in kg... i would've loved this club when i was a kid.

39w Care Reply 38

View all 32 replies

Malachi Oliver ★ Rising contributor
A lot of homophobes in king George I see lmao

39w Like Reply 27

Newest

**Emilie Morgan**
Apparently my daughter tried to approach the principal to start a Christ club similar to that in the high school and was turned down
38w Like Reply 2

**Aaron Brumbaugh**
Keep this garbage out of public schools.
38w Like Reply 3

**Jim Lynch**
This sounds good to me. Run by the students, teacher present to facilitate and support, parents ok with it. We should be proud of our students for standing up for themselves in mutual support. All good and congrats to the students who are getting this organized. Our leaders of the future!
39w Love Reply 3

**Brian Hicks**
Isn't the whole school a "safe space"? Or, is the "safe space" only going to be limited to people with certain ideologies??
39w Like Reply

**John Monteith**
Some of you really need better things to do

Imagine not having enough ideas for how to help people, and directing that energy at something innocuous like this

Join something like Habitat for Humanity if you're so full of energy
39w Like Reply

## John's Post

**Julieann Dertz**
We got an email today stating that in collaboration with Dr. Boyd in the King George County school board. They have made the decision to pause. The start of the proposed student lead club until further notice during the pause. They will be working together to determine the best path forward in a way that continues to prioritize Student well-being in unity across the school. Apparently the King George Middle School has noticed that the proposal of this club has led to a division within the community. Hopefully this club will be paused forever.
39w Like Reply 1

View 1 reply

**Amy England**
I got the email from the school that they have decided not to go forward with this "club". Thank God! Amen...
39w Like Reply 1

View all 9 replies

**Paul Phillips**
There are only two genders. Male and female. Anyone that thinks different needs to seek mental health help. No matter what you do You cannot change your gender from male to female or female to male. God made it this way. And it always will be that way. And anyone that thinks different definitely needs to get in mental health treatment. It greatly troubles me to see this going on in our schools. Much less outside our schools. It has no place in our schools whatsoever.
You may think and that I am an extremist.
But I am not an extremist whatsoever. There is no gray area here. There is only two genders male and female.
39w Like Reply Edited 3

**John's Post**

Candice Boyd
Warren Day III
39w Like Reply

Candice Boyd
Rachel Roop
39w Like Reply

Christine Goodin · Follow
If this is a result of some sort of bullying problem within the school then the school board should be focusing on how to best remedy the bullies and not so much further isolating anyone being picked on for any reason. what is not being said within this post or comments are why this note was initiated and by whom. I would feel there is more to learn and hear before I judge. I agree with wanting to know as a parent and this not going directly to the young children though. but there is no place for bullying no matter what. i would want to know if that is the root of this message and also if this is during school educational hours. School hours need to be education only IMO.
39w Like Reply 1

Tammy Jo Newton Huffman
We have support groups for everyone else but we can't have it for kids??? Make this make sense. We support alcoholism, drug addiction, everything, but not for kids to be able to talk openly to each other???? Open your eyes.
39w Like Reply Edited 2

Tammy Jo Newton Huffman
I'm ashamed . These comments are wild . Y'all should sit back and read them from a third party perspective. You don't like what's going on? Get involved with the school. You don't like this email wasn't sent to you? Go to the school board. The one thing you

**John's Post**

39w Like Reply 5

Trish Roper
Question if this is supposed to be a safe space for the All children than Why is it a Specific Group?? It says the name rt in it so try to tell me different. We ALL know who this is for.

39w Like Reply 1

View all 12 replies

Jessyca Whittekiend
I love how Christians forget that the first amendment is for everyone, not just themselves.

39w Like Reply 5

View 1 reply

Wyatt Thompson
I feel like we shouldn't be teaching kids sexuality and changing genders at such a young age

39w Like Reply 2

View all 45 replies

Emilie Morgan
I would love to see a Christian group or Turning Point started in the middle school. While sexual orientation has no place in the schools, I think our energy is better served with bringing Jesus back into the school.

39w Like Reply 5

View all 2 replies

**John's Post**

Amy England
**Lindsay Holtzman** people born with both sexes are genetically deformed. Something within their DNA went wrong.... Being that it is so rare....

39w Like Reply

View all 4 replies

Sean Elmore
Whoooole bunch of triggered snowflakes in the comments.

39w Like Reply 2

Tiera Pratt · Follow
Providing a safe space for students who are struggling mentally, emotionally & internally is extremely important in today's world.. however; I don't feel like the school should be allowing this just for the sole reason that its SCHOOL. Guidance counselors work just as well.. maybe all the students that do want to participate in this could have a group meeting outside of school together through the phone and computers . Therefore they still have their own space and club to share thoughts and feelings amongst each other etc. & yes the school can help get them together in order for that to happen, however having it take place at school I feel is inappropriate.. I also feel like it will target individuals if certain names and persons get out to kids who aren't as nice and open with their mentality.. they are KIDS. The school should do this anonymously the best they can as getting them together, BUT having this take place outside of school in there own homes and spaces and go from there. Anyone against children wanting to come together to talk about themselves and the struggles they might be facing, you need to grow up. The only thing I feel is school isn't the appropriate place for this... the idea is good, the place is wrong. I feel a lot of today's youth is very confused on sexuality due to the pressures on society to accommodate a lot of things that shouldn't be, and almost thrown into the faces of people. It almost seems like a trend or a fad, a these young impressionable minds are going with the societal norms, what there fav

**John's Post**

Shel Wathen
I'm glad I grew up in a time where safe spaces were called friendships that you created through common goals and interests.

39w Like Reply 2

Kongo Bongo
Second paragraph, second sentence, the term is "confidentiality" would have a concerned parent think that some off the books transitioning or grooming might be taking place in such an environment 🤔.

39w Like Reply 3

View all 7 replies

Terika Page
This mess popped back up on my timeline...with more disgusting comments so before I go to bed ....it's on my heart to let any kid that's confused, bullied, depressed or just feeling like u don't belong know that u are a child of God ....u were made in his image, and u are loved! If u need to talk send me a DM....please dont harm yourself....these hateful words and people are the minority. It's a big world out there, find ur purpose ✨ and be urself! Ignore the haters ....u got this! ❤️ I love u and I don't even know you! You got this!

39w Like Reply 13

View all 2 replies

Jennilee A. Padilla
Funny thing is this seems to be an interest form..if there's enough interest they will create it otherwise no..this was probably brought up by some student to begin with....so afraid of having a support group in school..

**John's Post**

**Julieann Dertz**
It started when she was recruited in school.




39w Like Reply 8

**Alex Swenson**
Parents and or all cultural media cause identity issues. Cause kids don't come up with it on their own. I'm old enough to remember kids weren't always like this. This isn't normal.

Also establishments that are funded by orgs that supports this ideology make parents think this is organically more common than it actually is.

Every single one of you parents made it out of school without safe spaces.

School is already supposed to be a "safe place".

If you need additional "safe spaces" the staff isn't doing their jobs.....period.

If the school is only making a "safe space" for 1 group than the parents and the schools have failed the rest of the students.

There should be blanket safety and protection for all kids.

**John's Post**

I see a lot of you are good parents but it's sad to see some in here brainwashed from inorganic propaganda spread by bot farms who use thousands of fake profiles to sway public opinions and also paid influencers......

Safe space for all or not at all.

Homeschool your kids when possible. That way the left cannot indoctrinate your children

39w Like Reply 10

**Jennifer Coggins Bateman**
I would like to extend an invitation to the adults helping with this initiative that if you haven't already, please sign up for some of the trainings that the RACSB Prevention team offers. Adverse Childhood Experiences (ACEs) is a trauma informed training, Youth Mental Health First Aid is a training that helps you to know what to do in the event of a youth experiencing a mental health event or crisis and as always I urge all individuals working with youth to carry Narcan, you can recieve the training and a free dose from the RACSB Prevention team as well. All of these trainings can help the adults helping our youth. RACSB is here to help if we can. PM me for more details. Thank you to all staff and volunteers that help our youth.

39w Love Reply 15

**Alex Portner**
Well, you know what they say 🤦

39w Like Reply

**Sarah Engelbrecht Graham**
I don't care what the angle is, I am not in support of "safe spaces" for kids or promoting the idea that they always need to be safe all the time. Learn to get along. Learn to understand another point of view, not hide from it.

**John's Post**

View all 2 replies

**DaWon AndOnly**
Wow!! If this isn't KGPS trying to INDOCTRINATE YOUR CHILDREN, I don't know what is!!!

Was this email sent to any parents? No.....just the students. 🤔 Wonder why?!....Oh and it's supposed to be a "service" for students run by students......🤔.......so there is no adult supervision at all?!?!? WHAT DO YOU THINK WILL BE DISCUSSED BEHIND CLOSED DOORS?!?!?!? COMPLETELY RIDICULOUS!!

Thought the new school board members would stand by what they spoke on to get in...............🤦‍♂️🤦‍♂️

With all going on in the world.......KGPS is now going to openly allow and push for mental illness to be spread in our public MIDDLE SCHOOLS!! DO BETTER!! Or keep doing the same and people will just keep ripping their kids out of your schools!!!😫

39w Like Reply 7

View 1 reply

**Robert Howard**
There are only two genders, male and female. Safe space what a joke.

39w Like Reply 10

View all 2 replies

**Davi Willis**
also send your kid to private school if this is too liberal for you!

39w Like Reply 3

View all 14 replies

**John's Post**

**Davi Willis**
so many kids are afriad of their bully conserative christain parents who tell them they will go to hell for being gay. the biggest bullies in the world start right in the home!!!

39w Like Reply 13

View all 15 replies

**Terika Page**
After reading some of these comments of hate ......some of y'all need a safe place to fix yourselves before your misplaced, mean spirited behaviors get on ur kids. ...some of y'all are proving the point of why it's needed. If u behave this way over a general email...imagine what a kid goes through who is actually suffering with confusion. Hopefully a confused kid doesn't see this post and decide to do something horrible to themselves. This makes my stomach hurt 😔

39w Like Reply Edited 22

**Scott Phipps** ···




39w Like Reply 22

**John's Post**

39w Like Reply 22

**Angie White Shepos**
We don't need to talk about sexual orientation in middle school. Full stop.
39w Like Reply 10
View all 6 replies

**Janet Fried Murphy**
all of you who laugh at supportive comments can't seem to view that humanity is not a bad thing. your callousness makes you closed minded, self-righteous and small. I'm so glad I haven't met you.
39w Like Reply 20
View all 2 replies

**Kyle Gardiner**
What a joke King George is now
39w Like Reply 11
View all 2 replies

**Janet Fried Murphy**
Thank you! This is wonderful news! Everyone is entitled to be who they are. These kids need a safe space. 🎉💙
39w Like Reply 25

**Monica Flaherty**
Why are we promoting sex in school? Straight sex, bi sex, homosexual?? It does not belong in school period! Especially to kids that are 11, 12 and 13 yrs old!!! This has nothing to do with religion, politics, or feeling safe. This is a place for confused kids to explore their sexuality. No PDA at school but we can have a club promoting it??? Make

**John's Post**

**Monica Flaherty**
Why are we promoting sex in school? Straight sex, bi sex, homosexual?? It does not belong in school period! Especially to kids that are 11, 12 and 13 yrs old!!! This has nothing to do with religion, politics, or feeling safe. This is a place for confused kids to explore their sexuality. No PDA at school but we can have a club promoting it??? Make it make sense!!

39w Like Reply Edited 18

View all 7 replies

**Monica Flaherty**
Does anyone know if the High School has a similar group?

39w Like Reply 2

View all 3 replies

**Chad Koenig**
Education and collaboration- aka grooming. Schools need to stick to academics.

39w Like Reply 18

**Ben Benita**
Reason #807 to Home School!!!! SMH

39w Like Reply 17

View all 11 replies

**Gary Owens**
More Marxist crap in the schools

39w Like Reply 8

View all 3 replies

**John's Post**

**Nicole Farland**
sad to see so many homophobic people in kg... i would've loved this club when i was a kid.
39w Care Reply 38
View all 32 replies

**Beth Ryan**
I'd rather have support groups for this than support groups for their friends when these kids feel they have no option other to unalive themselves.
39w Like Reply 32
View all 6 replies

**Jocelyn Bixler**
Sharing a different perspective from a come here: In our school we had 2 students that became homeless because their parents found out they were gay. This club was the only sense of normalcy and safeness in their lives. The GSA was a place where they had a chosen family that cared about them. No one discussed gender reassignment, that's not what gsa is for. It's for mutual support from students by students.
39w Care Reply 42
View all 13 replies

**Alex Blanchard**
Oh no! The kids are looking out for other kids who may not be like them! The horror!
39w Like Reply 28

**Annie Thai Teefa**
Okay would this outrage be the same if it was an email from the school promoting in

**John's Post**

**Rosie Stout**
While many will disagree with me, I am in support of a supportive environment for kids that are struggling with issues of identity. For those who may say I am supportive of gender reassignment for underaged kids, I am not. I am for supporting kids in what is a critical and confusing time for some and keeping them safe from intentional harm.
39w Like Reply Edited 33

View all 5 replies

**Malachi Oliver**
A lot of homophobes in king George I see lmao
39w Like Reply 27

View all 2 replies

**Harper KS**
Yall are triggered about a place kids can be respected? Get help.
39w Like Reply 50

View all 114 replies

**Bill Holcomb**
Who can confirm this was an actual email sent to middle schoolers? Not doubting anyone...but I don't want to get loud about something without 💯 proof.
39w Like Reply 4

View all 11 replies

**Susan Filipovich**
Interested in homeschooling? HEAV.org can help you get started.

**John's Post**

**Ashley Lancaster**
"We provide confidentiality" and "run by students" -- meaning we're going to promote gender reassignment without your parents discretion.

39w Like Reply Edited 27

View all 24 replies

**Scott Phipps**
Definitely dont need to waste tax money on this foolishness. If they are confused, get them help. Their gender has already been determined by God.

39w Like Reply Edited 25

View all 11 replies

**Simone Mcweay Young**
Mad about a safe place? 🙄
Then don't let your kid sign up. However, you certainly should NOT try to limit an opportunity for other kids. Some parents approve of a supportive environment for all kids Parent choice.

39w Like Reply 72

View all 51 replies

**Stephen Mcdermott**
Send to the kg school board and board of supervisors.

39w Like Reply 4

**Ashley Lancaster**
Wow. Who can we escalate this to?

39w Like Reply 8