# EXHIBIT B

**Subject:** Re: KGMS Club Update
**From:** S Park [redacted]
**Date:** 9/18/2025, 10:22 AM
**To:** Casey Nice <cnice@kgcs.k12.va.us>

Hi Dr. Nice,

I'm so disappointed that a minority of people in KG have forced a pause in this club's formation. I saw some of the comments on Facebook and found them so out of touch and misinformed. We both know these types of groups can only benefit kids who need to feel a sense of belonging and community in a world that seems to constantly denigrate and devalue them.

I hope the club can go forward at some point in the future. I understand the tough position you're in. I support you and our teachers in your efforts to care for KG kids.

Susan

Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield

On Thu, Sep 18, 2025, 10:15 AM Casey Nice <cnice@kgcs.k12.va.us> wrote:

> Dear KGMS Families,
>
> In collaboration with Dr. Boyd and the King George County School Board, we have made the decision to pause the start of the proposed student-led GSA club until further notice.
>
> At King George Middle School, our goal has always been to provide an environment where every student feels safe, supported, and welcome; however, we've noticed the proposal of this club has led to division within our community. During this pause, we will be working together to determine the best path forward in a way that continues to prioritize student well-being and unity across our school.
>
> Please be assured that students who expressed interest in the GSA club will continue to have the support of our school counselors, our school social worker, and all KGMS staff.
>
> We appreciate your support and understanding as we move forward together.

**One Community.**

**One School.**

**One Team.**

**We are KGMS.**

---

King George County School District would like to continue connecting with you via email. If you prefer to be removed from our list, please contact King George County School District directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.