# EXHIBIT C

**Subject:** GSA Club at the KG Middle School
**From:** S Park [redacted]
**Date:** 9/19/2025, 10:33 AM
**To:** dbush@kgcs.k12.va.us, cdavis@kgcs.k12.va.us, efrank@kgcs.k12.va.us, choover@kgcs.k12.va.us, ccleveland@kgcs.k12.va.us
**CC:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>

Good morning,

I'm a parent of two children in KG County Schools, with one at the middle school. I'm writing to ask you to support the students at KGMS who want to form a Gay-Straight Alliance (GSA) club. These brave students are simply asking for the same opportunity that other student clubs already have: a safe place to meet, connect, and support one another.

For many students, this type of club can be life-changing and extremely beneficial. I'm sure you already know that LGBTQ+ students face higher rates of bullying, depression, and attempted suicide. GSA clubs provide a welcoming community where students feel accepted, less alone, and more connected to their school. Research shows that schools with GSAs have lower rates of bullying and stronger student engagement. This isn't just about LGBTQ+ students—it helps create a safer, kinder environment for everyone.

I know that the law already requires equal treatment of student clubs, but beyond the legal obligation, this is about what kind of community we want to be. Allowing a GSA to meet tells our students: you belong here, you matter, and we support you.

I hope you will "unpause" the formation of the GSA and not allow the loud voices of a small minority of uninformed people in King George to prevent you from supporting our students.  These kids deserve the same opportunity as their peers. It's the right thing to do for their well-being, and it reflects the values of fairness and respect that I'm sure you also support.

Thank you,

Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield