# EXHIBIT D

**Subject:** Fwd: GSA Interest Form
**From:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>
**Date:** 9/16/2025, 4:51 PM
**To:** Casey Nice <cieie@kgcs.k12.va.us>

This is the only other one I received thus far.

---------- Forwarded message ---------
From: **Bonnie Odom** § 2.2-3705.1 (10): Certain personal information [redacted]
Date: Tue, Sep 16, 2025 at 4:21 PM
Subject: Re: GSA Interest Form
To: William Odom § 2.2-3705.1 (10): Certain personal information [redacted] Dr. Jesse Boyd <jboyd@kgcs.k12.va.us>

Good Afternoon Sir,

Let me be very clear.

Any communication like this to students of this nature without getting parental consent prior to dissemination to minors is illegal.

Any discussion or communication with minors pertaining to any illicit or implied illicit in nature is a violation of parental rights.

Any discussion or meetings that take place involving minors that would arise from this without explicit written consent and content of meetings expressly provided is not only a violation of parental rights but also can be construed and charged as sexual offense involving a minor for whoever the adult counselor providing 'education and advice' may be.

I as a parent expect a full retraction, public domain apology and promise that this will not occur again.

If this does not occur, I am pressing charges and contacting a lawyer.

V/R
Bonnie Odom

Get Outlook for Android

---

**From:** William Odom § 2.2-3705.1 (10): Certain personal information [redacted]
**Sent:** Tuesday, September 16, 2025 4:14:05 PM
**To:** bonnie odom § 2.2-3705.1 (10): Certain personal information [redacted]
**Subject:** Fwd: GSA Interest Form

---------- Forwarded message ---------

From: **William Odom** § 2.2-3705.1 (10): Certain personal information [redacted]
Date: Tue, Sep 16, 2025 at 3:35 PM
Subject: Re: GSA Interest Form
To: Dr. Jesse Boyd <jboyd@kgcs.k12.va.us>

With all due respect. This is a subject that shouldn't be discussed in or at middle school. This should have been denied when the request came across for approval. Discussion of sexual health/safety is one thing but discussing sexual orientation/preferences is not a discussion that children this age should be having. This is a slippery slope and eventually questions will get asked that an adult will either have to shut down or answer leading to sexually explicit material being shown to underage kids.

On Tue, Sep 16, 2025 at 3:24 PM Dr. Jesse Boyd <jboyd@kgcs.k12.va.us> wrote:

> Thanks for sending this to me. I'm working with the middle school principal now to better understand the intent of the club. All of our clubs are student initiated and student run with an adult to provide supervision. I'll get some additional information to see that the intent her fall within our expected expectations for student run clubs.
>
> On Tue, Sep 16, 2025 at 3:17 PM William Odom § 2.2-3705.1 (10): Certain personal information [redacted] wrote:
>
>> Dr. Boyd,
>>
>> I would like to know why the attached flyer was sent home to students without consent forms. If consent forms were sent out with students at some point, then something as sensitive as this should have been sent via mail/email. The flyer doesn't appear to be gauging interest at all, instead it seems to be a notification that it's happening. Why are we allowing adults to talk to children about sexuality without parental consent? this is highly improper



# KGMS SAFE SPACE GSA Interest Form

Our Genders & Sexualities Alliance (GSA) is a safe, supportive, and welcoming space for all students. We work to build community, celebrate diversity, and promote kindness, respect, and acceptance. Through education, conversation, and collaboration, we strive to create a school environment where every student feels valued for who they are and empowered to be themselves.

We are a **Support GSA** which means, we are for youth who want to have a safe space. We are a support group to provide safety and confidentiality to students who are struggling with their identities of those who are experiencing harassment at school because of their actual or perceived sexual orientation or gender identity or expression. We also welcome ally's.

**This GSA will be entirely run by students for students**. There will be staff advisors. Our advisors may help facilitate discussion, support students in fostering a safe environment, assist students with any club funds, educate and support students to keep records of meetings and decisions, set students up to succeed and support changes within the GSA.

--
Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.