# EXHIBIT E

**Subject:** Re: GSA Club at the Middle School
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/22/2025, 4:23 PM
**To:** S Park [redacted]
**CC:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>

Ms. Park,

Thank you for reaching out and for sharing your thoughtful perspective. We appreciate the time you've taken to express your support for students who are seeking opportunities to connect and feel a sense of belonging.

At this time, we are exploring options to provide a club that will support students who wish to participate in a safe and welcoming environment. Your suggestions are valued and will be taken into consideration as we determine the best way forward.

Please know that our priority is always to ensure that every student feels welcome, valued, and supported here at KGMS. We truly appreciate your input as we continue working toward that goal.

On Thu, Sep 18, 2025 at 9:49 PM S Park [redacted] wrote:

> Dr. Boyd and Dr. Nice,
>
> I'm writing to ask you to support the students at KGMS who want to form a GSA club. These students are simply asking for the same opportunity that other student clubs already have: a safe place to meet, connect, and support one another.
>
> For many students, this type of club can be life-changing. It provides a community where students feel accepted, less alone, and more connected to their school. Research shows that schools with GSAs have lower rates of bullying and stronger student engagement. This isn't just about LGBTQ+ students—it helps create a safer, kinder environment for everyone.
>
> I know that the law already requires equal treatment of student clubs, but beyond the legal obligation, this is about what kind of community we want to be. Allowing a GSA to meet tells our students: you belong here, you matter, and we support you.
>
> I hope you will "unpause" the formation of the GSA and not allow the loud voices of a small minority of people in King George to prevent you from supporting our students. These kids deserve the same opportunity as their peers. It's the right thing to do for their well-being, and it reflects the values of fairness and respect that I'm sure you also support.
>
> Thank you,
>
> Susan
>
> Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.