# EXHIBIT G

**Subject:** Re: Middle school clubs
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 11/19/2025, 11:09 AM
**To:** "Higgins, Amanda" <ahiggins@kgcs.k12.va.us>
**CC:** Casey Nice <cieie@kgcs.k12.va.us>, Jesse Boyd <jboyd@kgcs.k12.va.us>

Correct. The Board's approval of this policy does not impact any current student organizations as our current organizations are all curriculum-related.

On Wed, Nov 19, 2025 at 10:58 AM Higgins, Amanda <ahiggins@kgcs.k12.va.us> wrote:

> Am I correct to respond that the School Board approval of IGDA-R.2 does not impact any current student organizations at King George Middle?
>
> ---------- Forwarded message ---------
> From: **Adele Uphaus** <auphaus@fxbgadvance.com>
> Date: Wed, Nov 19, 2025 at 10:31 AM
> Subject: Middle school clubs
> To: Amanda Higgins <ahiggins@kgcs.k12.va.us>
>
> Hi Amanda,
>
> I noted the approval of the changes to Policy IGDA that seem to no longer allow non-curriculum-related groups at the middle school level. I wanted to check to see if there are any existing groups at the middle school that this applies to, and that now have to disband?
>
> I am trying to write something about this for this evening, so am looking for an answer by 5 p.m. if possible. Thank you very much!
>
> Best,
> Adele
> --
> Adele Uphaus (she/her)
> Managing Editor, Fredericksburg Advance
> adele@fxbgadvance.com
> @fxbgadele
>
> --
> **Amanda Higgins**
> Coordinator of Communication
> King George County Schools
> P.O. Box 1239; 9100 St. Anthony's Road
> King George, VA 22485
> (540) 775-5833

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263