# EXHIBIT H

**Subject:** Re: DRAFT of FoxBytes Message about Clubs
**From:** "Wood, Elena" <ewood@kgcs.k12.va.us>
**Date:** 9/16/2025, 3:34 PM
**To:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**CC:** Claire Taylor <ctaylor2@kgcs.k12.va.us>, Dan Styer <dstyer@kgcs.k12.va.us>

Is it worth clarifying the process of putting the interest form on the student Canvas page. From facebook one of the bigger gripes is that the interest form is available prior to parent permission.

On Tue, Sep 16, 2025 at 3:31 PM Nice, Casey <cnice@kgcs.k12.va.us> wrote:

> Dear KGMS Community,
>
> At King George Middle School, we value student interests and encourage students to become involved in activities that promote connection, leadership, and growth. If a student is interested in starting an after-school club, the first step is to find a staff member who is willing to serve as the club sponsor.
>
> Once a sponsor has been identified, the staff member and interested student may invite others to join the club. The staff sponsor will then provide permission forms to parents or guardians of interested students to ensure families support their child's participation. The sponsor will serve in a supervisory role in student-led clubs.
>
> We are proud to offer opportunities that strengthen our school community and provide students with meaningful ways to connect with one another. Thank you for supporting our efforts to create positive and safe experiences for all students.
>
> --
>
> Thank you,
>
> Casey Nice, Ed.D.
> Principal
> King George Middle School
> Phone:540-775-2331
> Fax: 540-775-0263
>
> The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

## PROCEDURAL SAFEGUARDS
## NOTIFICATION FOR ACCESSING PUBLIC BENEFITS
## ACCESSING EdPLAN CONNECT PARENT PORTAL

CONFIDENTIALITY NOTICE:
The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.