# EXHIBIT I

**Subject:** Re: Clubs
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/17/2025, 9:15 AM
**To:** CAREY ANN VIRGIN § 2.2-3705.1 (10): Certain personal information [redacted]

Good morning Ms. Smith,

At King George Middle School, we value student interests and encourage students to become involved in activities that promote connection, leadership, and growth. If a student is interested in starting an after-school club, the first step is to find a staff member who is willing to serve as the club sponsor.

Once a sponsor has been identified, the staff member and interested student may invite others to join the club. The staff sponsor will then provide permission forms to parents or guardians of interested students to ensure families support their child's participation. The sponsor will serve in a supervisory role in student-led clubs.

We are proud to offer opportunities that strengthen our school community and provide students with meaningful ways to connect with one another. Thank you for supporting our efforts to create positive and safe experiences for all students.

On Wed, Sep 17, 2025 at 8:45 AM CAREY ANN VIRGIN § 2.2-3705.1 (10): Certain personal information [redacted] wrote:

> Good morning,
>
> Please email me the process on how to start a student club at the school.
>
> Best Regards,
>
> Carey Ann Smith

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263