# EXHIBIT J

**Subject:** Re: GSA
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/19/2025, 8:25 AM
**To:** Charles Butka § 2.2-3705.1 (10): Certain personal information [redacted]

Good morning Mr. Butka,

I hope you are doing well. I am not sure if you saw the message yesterday, but this club is not moving forward at this time. A student requested to start this club and, per KGCS Policy IGDA, once the student found a staff member who was willing to supervise the club, an announcement was posted on the student Canvas page about the club. Students who were interested in the club could open the link to get more information. For any student who wished to participate, a permission form would have been sent home to ensure parental support; however, because we are not moving forward with the club, there is no constitution or other information because it would have been created by the students who were participating.

As for the legitimacy of this club, I used the aforementioned policy (KGCS IGDA) to guide my decision. This policy states: "Secondary school students may organize and conduct meetings of non-curriculum-related groups. Any secondary school that permits one or more non-curriculum-related student groups to meet on school premises during non-instructional time provides equal access to any students who wish to conduct a meeting without discrimination on the basis of the religious, political, philosophical, or other content of the speech at such meetings."

I hope this answers your questions. It's always nice to hear from you. Take care!

On Thu, Sep 18, 2025 at 3:33 PM Charles Butka § 2.2-3705.1 (10): Certain personal information [redacted] wrote:

> We have questions about the GSA which was offered to the students without parental knowledge. Please provide a copy of the GSA Constitution, bylaws, policies and procedures. We would also like to know your stance on the legitimacy of this club within the middle school as well as that of the school board and superintendent. What is the school as well as VA policy on student clubs? Please provide names of all teacher contacts for this club for further clarification?
>
> Thank you
> Charles Butka
> 5404248001
> Sent from my iPhone

--

Thank you,

Casey Nice, Ed.D.
Principal

King George Middle School
Phone:540-775-2331
Fax: 540-775-0263