# EXHIBIT K




# BETA CLUB

The KGMS Beta Club enjoyed an outstanding year, highlighted by impressive performances at both the Regional Beta Club Leadership Summit in Williamsburg and the State Convention. At the Leadership Summit, students competed in three challenges—Being Better Betas, Collaboration Connection, and All the World is a Stage—and qualified for the National Beta Club Convention in Nashville, TN, in all three events. Their ability to think quickly, adapt under pressure, and work as a team showcased the true spirit of Beta leadership.



At the State Convention, KGMS made a strong first appearance, earning numerous top placements. Individual honors included first place in Spanish ([redacted] and Painting [redacted] along with additional awards in Creative Writing, Health & PE, and Computer Science. [redacted] and [redacted] earned coveted "Golden Tickets" to Nationals for Vocal Performance Duo. The Marketing Communications Team captured second place after successfully revising their presentation multiple times due to scheduling conflicts, while the Musicology Team placed fourth after five tie-breaker rounds. Other teams, including Engineering and Living Literature, delivered impressive performances and represented the school with pride. Beyond competitions, Beta members dedicated themselves to service, completing thousands of hours supporting animal welfare, civic efforts, schools, and the elderly. Projects included collecting donations for the Love Thy Neighbor Food Pantry and delivering holiday stockings to residents at Heritage Hall Nursing Home. Through leadership, character, achievement, and service, the KGMS Beta Club truly lived out the Beta motto this year—making a meaningful impact on both their school and community. Beta Club was sponsored by Mrs. Donaldson, Mrs. Lyon and Mrs. Decker.









# Robotics Club

Pictured [redacted]



'hroughout the season, students collaborate to plan, test, and refine robot designs using platforms such
.EGO SPIKE Prime, SeaPerch ROV, CoDrone EDU, XRP, Wonder Workshop Dash, and Zivko. They develop
cal thinking, creative problem-solving, communication, and teamwork skills while troubleshooting
lenges, experimenting with new ideas, and improving performance across multiple missions.
ne KGMS Robotics Team competes in the Innovation Challenge at Dahlgren and the Regional SeaPerch
petition at the King George YMCA. At the Innovation Challenge, teams complete seven real-world
ics missions, solve cybersecurity tasks, and participate in a formal interview where they present their
, design process, teamwork, and strategies to military and government professionals.
the SeaPerch competition, themed Storm Response: Technology in Action for Recovery and Relief,
complete four components: a timed obstacle course testing speed and maneuverability, a mission
e on environmental monitoring and coral restoration, a detailed technical design report documenting
lesign process and results, and an interview with professionals about their collaboration, preparation
OV design.



such
velop

erch

their

f,
on
ting
ation,



Pictured in the above picture are kneeling from left to right: [redacted] Jennifer Watson (coach), [redacted] Standing from left to right: [redacted]








# Yearbook CLUB





**YEARBOOK CLUB:** [redacted] **Sponsor: Mrs. Donaldson**



This was the first year for KGMS to have a Yearbook Club! These students took photos at various events including sports and activties during and after school. They contributed ideas for yearbook content, theme, layout and design! The students proofed pages, people photos and overall helped contribute to a wonderful book of memories for KGMS students and staff to look back on in the years to come!









Students shared thoughtful ideas on ways to improve their schools, highlighted things they are proud of in their school communities, and provided valuable insight into the perspectives and experiences of students across KGCS. We appreciate these student leaders for using their voices to help make our schools even better!

# UPERINTENDENT'S

## tudent Advisory Committee







Book of the Month Club members read books
from a variety of genres each month. For
example, they read The Great Greene Heist fr
the Action/Adventure genre and Soar from Sp
Fiction. Each completed book earned membe
"book bead" to add to their keychain, which
helped track the genres they explored throug
the year. The club met once a month after sc
to discuss the book and enjoy snacks togeth

# Book CLU


BOOK

# CARDS & BOARD GAMES




# CROCHET




STEM
VOLLEYBALL
NIKE
CAROLINA