# EXHIBIT L

**Subject:** Re: Student clubs question
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 12/3/2025, 8:50 AM
**To:** S Park [redacted]

Good morning Ms. Park,

Thanks for reaching out. My understanding is that any curricular club would meet, and a non-curricular club would not meet, the following definition, which is found in Policy IGDA: "Curriculum-related student organizations are an extension of the regular school program. Their function is to enhance the participants' educational experience and supplement course materials. The activities of these organizations should bear a clear relationship to the regular curriculum." Additionally, curricular clubs "must be sponsored and supervised by one or more school faculty members and approved by the principal. Faculty sponsors participate in the supervision and direction of all activities of the organization and attend all meetings and activities."

I hope this helps!

On Tue, Dec 2, 2025 at 1:48 PM S Park [redacted] wrote:

> Hi Dr. Nice,
>
> I was looking at the proposed policy changes around student organizations and had a question -- how are clubs classified as "curricular" or "noncurricular"? Is there a definition that the administration and/or school board is using, and what is that definition?
>
> Thank you,
> Susan Park (she/her)
>
> Why Pronouns Matter
>
> -
>
> "The human heart has freedom in itself to choose love, dignity, and respect.
>
> In every circumstance, embody respect and cultivate compassion for all."
>
> -Jack Kornfield

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

Attachments:

| | |
|---|---|
| Policy IGDA - 17NOV2025.pdf | 207 KB |