# EXHIBIT M

**Subject:** Tonight's school board meeting
**From:** S Park [redacted]
**Date:** 1/7/2026, 8:06 PM
**To:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>
**CC:** efrank@kgcs.k12.va.us, cdavis@kgcs.k12.va.us, choover@kgcs.k12.va.us, ccleveland@kgcs.k12.va.us

Dr. Boyd,

Thanks for the opportunity to speak tonight. I feel that you demonstrated a misunderstanding of the intent of a GSA club in your remarks. I'll correct your misconceptions in my comments below:

- **Mental health aspect**: A GSA club is not a peer or group therapy session. The kids just want a place where being LGBTQ is accepted and not viewed as strange or wrong, and they want to do regular kid-type things, like crafts, art, board games, talking about books and movies, etc. all under the supervision and leadership of a teacher. You mentioned that students could go to a counselor -- yes, that's true. However, the point of a GSA Club is to build community and friendships, and to lessen the loneliness and isolation that LGBTQ kids often feel.
- **Age ranges**: I doubt very much there are any 10-year-olds at the middle school (perhaps there are in August/September when school starts?). Middle schooler ages range from 11-14. My 8th grader is currently 14.
- **Teacher supervision**: The kids would be under a teacher's guidance and supervision and could use a formal GSA Club curriculum, as pointed out by Melissa Hatch, a teacher in Maryland, at tonight's meeting. None of the clubs at the middle school allow kids to run things without any teacher guidance. That is not an informed perspective on student clubs. The teacher works with the students to set a schedule, come up with ideas or meeting activities, and generally is there in person to run the meetings, with student input.

Thank you,

Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield