# EXHIBIT N

**Subject:** Re: Response to School Board Meeting on 1/7/2026
**From:** S Park [redacted]
**Date:** 1/9/2026, 11:38 AM
**To:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>
**CC:** efrank@kgcs.k12.va.us, cdavis@kgcs.k12.va.us, choover@kgcs.k12.va.us, ccleveland@kgcs.k12.va.us, rscott@kgcs.k12.va.us, Jennifer Bateman <jbateman@rappahannockareacsb.org>

Dear Dr. Boyd,

Thank you for your thoughtful reply and for clarifying the intent behind your comments at Wednesday's meeting. I appreciate your emphasis on student safety, which I share as both a parent and a community member.

I would like to offer a few clarifications that I hope will be helpful as you and the school board move forward.

First, GSAs, at both the middle and high school levels, do not function as therapy or counseling groups. They do not replace the role of certified mental health counselors. They are peer-led student clubs, with adult supervision, and are focused on belonging, fun, and mutual respect. Members may discuss difficult topics, just as they do in other student settings, but GSA clubs do not facilitate treatment or clinical intervention.

Second, concerns about safety and supervision are understandable; however, those concerns are not unique to GSAs. Students in many clubs and other school settings regularly talk with each other about depression, bullying, harassment, and other difficult topics. When that happens, I hope that any staff who participates in or overhears these discussions are trained in what to do (whether to listen and/or escalate to appropriate parties). Staff training, education, and presence are what protects students—not the exclusion of certain clubs.

Importantly, research consistently shows that the presence of a GSA is associated with lower rates of bullying, depression, and suicidal ideation among all students, not higher rates. In other words, the safety concern most often raised in connection with GSAs is the very harm these clubs are shown to reduce.

Finally, I want to note that framing GSAs primarily through a lens of risk—rather than as a protective factor—reinforces the stigma around LGBTQ+ students and the topics that affect them. That stigma itself is harmful to students.

I appreciate the difficulty of navigating this issue and your stated commitment to student safety. I hope that the KG school division will recognize the well-documented benefits of inclusive, student-led spaces for connection and support and allow the GSA Club to meet.

Thank you again for engaging in this dialogue.

Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield

On Fri, Jan 9, 2026 at 10:21 AM Dr. Jesse Boyd <jboyd@kgcs.k12.va.us> wrote:

> Thank you Mrs. Park for the email. I appreciate your insight.
>
> Just to be clear my statement on Wednesday night was, as I mentioned, not in favor or against the GSA club. My statement was one that simply illustrated the possible safety concerns associated with the club as envisioned by some. The initial interest form for the

club stated, "We are a support group to provide safety and confidentiality to students who are struggling with their identities of those who are experiencing harassment at school because of their actual or perceived sexual orientation or gender identity or expression." Furthermore the students that spoke at the meeting on Wednesday night mentioned discussing and wrestling with topics such as depression, harrassment, and suicidal ideations.

Our current policy on student organizations (IGDA), which is not exclusive to the high school, states:
Non-curriculum-related student groups may use school facilities provided that

- the group's meetings are voluntary and student-initiated;
- the group is not sponsored by the school, the government, or any government agent or employee;
- agents or employees of the school or government are present at religious meetings only in a non-participatory capacity;
- meetings do not materially and substantially interfere with the orderly conduct of educational activities at the school; and
- nonschool persons do not direct, conduct, control, or regularly attend activities of the group

Given the parameters of a non-curricular club (i.e student-initiated and employees serving in a non-participatory capacity) I find it hard to not be concerned with the overall safety of our students who either intend or potentially may venture into conversations about depression, harrassment, and suicidal ideations without the direct support of a certified/qualified adult to guide the discussion and provide direct support when needed.

To be clear this was my point in reference to safety, not directly in favor or against the club. Please know that non-curricular clubs at the high school, where students are older and likely more mature, are still allowed as policy currently states. I know this is a tough issue to address for all of us; however, the safety of our children is my paramount concern as superintendent of our school division and as a result my comments the other night are simply a reflection of this priority.

On Fri, Jan 9, 2026 at 9:00 AM S Park [redacted] wrote:

> Dear Dr. Boyd and Members of the School Board,
>
> I'm writing to follow up on Wednesday's school board meeting and to respond to Dr. Boyd's comments regarding student mental health, suicide prevention, and the proposed GSA Club.
>
> I appreciate your concern for student safety and mental health. I share that concern. In addition, I believe it's important to base our decisions on evidence-based practices.
>
> Dr. Boyd, during the meeting, you raised a concern that the possibility of students discussing suicide is a reason not to permit the GSA Club. I want to clarify that supervised student clubs are not therapy sessions. They are welcoming, fun, and social spaces that work to reduce student isolation and bullying. GSA Clubs act as suicide prevention. When students feel less alone, when they have friends and a sense of belonging, they are less likely to experience mental health issues. Feeling alone, invisible, and afraid are all well-established predictors of student mental health crises.

Banning supervised student clubs does not eliminate the underlying risk; it increases the probability that mental health issues will arise and escalate. It doesn't make sense to ban clubs where difficult topics might be discussed. If we went by that logic, you should also ban anti-bullying programs, because they discuss bullying, and health education, because they talk about disease and sex education. But we don't do that – because teachers responsibly supervise those discussions, as they would for a GSA Club.

Anxiety and bullying peak in middle school for our young teens. If you were truly concerned about suicide prevention in the middle school, you would allow the GSA Club to go forward.

In that context, I am attaching flyers from the Rappahannock Area Community Services Board (RACSB), which offers multiple evidence-based trainings that could directly support our staff and students. In particular, RACSB offers training on suicide prevention and Youth Mental Health First Aid. Jennifer Bateman, who I have CC'd on this email, resides in King George and is an experienced professional who works at RACSB and she has offered to answer any further questions you may have. She and her colleagues would be a strong resource for the middle school.

I urge you and the Board to reconsider your decision on the GSA Club.

Thank you.

Susan Park (she/her)

Why Pronouns Matter

-

"The human heart has freedom in itself to choose love, dignity, and respect.

In every circumstance, embody respect and cultivate compassion for all."

-Jack Kornfield

--

Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.