# EXHIBIT O

**Subject:** Re: GSA Club question
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 1/22/2026, 2:22 PM
**To:** S Park [redacted]

Good afternoon Ms. Park,

To the best of my knowledge, since KGCS Policy IGDA was updated, non-academic clubs are not currently permitted at KGMS, as the policy now limits such clubs to KGHS students. However, I believe that if a club were proposed, such as a Kindness Club or a similar organization, that aligns with the underlying intent of the GSA without engaging in discussions related to sexuality or LGBTQ topics, the School Board may be more receptive to considering a future revision of Policy IGDA to allow non-academic clubs at KGMS. Framing the focus around supporting students' sense of belonging at the middle school level, rather than around specific issues or labels, may make the proposal more approachable for some board members. Please note that this reflects my personal perspective, and I cannot speak to the board members' individual views; however, I am hopeful that this approach could help keep students' needs at the center of the discussion.

On Thu, Jan 22, 2026 at 12:39 PM S Park [redacted] wrote:

> Hi Dr Nice,
>
> I was talking with [redacted] yesterday about your suggestion, about having a club that doesn't use the title of GSA Club, and doesn't focus so predominantly on LGBTQ issues. Is that still an option?
>
> Thanks,
> Susan
>
> Susan Park (she/her)
>
> Why Pronouns Matter
>
> -
>
> "The human heart has freedom in itself to choose love, dignity, and respect.
>
> In every circumstance, embody respect and cultivate is that still compassion for all."
>
> -Jack Kornfield

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263