# EXHIBIT P

File: KBA-F1

## REQUEST FOR PUBLIC RECORDS

Name Susan Park

Address [redacted]

King George, VA [redacted]

E-mail address [redacted]

Phone [redacted]

I am a (check one):

☒ Citizen of the Commonwealth of Virginia

☐ Member of the Press referenced in Va. Code §2.2-3704

News Organization ____________________

Requesters may be asked to provide verification that they are citizens of the Commonwealth or a member of the press referenced in Va. Code § 2.2-3704.

**STAFF USE ONLY**

Date Request Received: ____________

Request was made (check one)

☐ by requester on this form

☐ by telephone

☐ in writing other than on form (attach original request)

Date Response Sent: ____________ (attach copy)

☐ Identification Verified

Type: ____________________

Number: ____________________

☐ Itemized Cost Estimate Attached

I am requesting access to the following records (please be as specific as possible, and attach additional paper if necessary Please see attached

Reasonable costs may be assessed in connection with this request. A current schedule of costs appears in Regulation KBA-R Requests for Public Records. If the costs associated with this request are expected to exceed $200, the requestor will be asked to pay the estimated costs before the request is processed.

In addition, the requestor may ask for an advance determination of the cost of the request. Please indicate here if you would like an advance determination of cost.

Yes ✓ No ___

If you are requesting copies, please specify the format in which you would like to receive them. The King George County school division will provide the record(s) in the requested format if that medium is used by it in the regular course of its business.

Specify format desired (if available):

☐ Photocopies

☒ E-mail (give address): [redacted]

☐ Website posting

☐ Other (please specify): ____________________

Susan Park
Signature

January 22, 2026
Date

**RETURN COMPLETED FORM TO:**

King George County Schools
P.O. Box 1239
King George, VA 22485

January 22, 2026

Amanda Higgins
FOIA Officer
King George County Schools
P.O Box 1239
King George, VA 22485
ahiggins@kgcs.k12.va.us

**BY ELECTRONIC MAIL**

RE: FOIA Request, King George Middle School Gender and Sexualities Alliance

Dear Ms. Higgins:

The undersigned citizen of Virginia, makes this request for records regarding the recent attempt to form a Gender and Sexuality Alliance ("GSA") organization and the School Board's rejection of this club (hereinafter referred to as "GSA formation") at King George Middle School ("KGMS"). This request is pursuant to the Virginia Freedom of Information Act ("VFOIA"), Va. Code Ann. § 2.2-3700, et seq.

Specifically, we request the following records:

1. All communications from August 13, 2025 to the date this request is processed between the King George School Board Office (including but not limited to Superintendent Dr. Jesse Boyd and Assistant to the Superintendent Ms. Erin Scalph) and the King George School Board, including any and all members therein, concerning the GSA formation.

2. All communications from August 13, 2025 to the date this request is processed between the KGMS administration (including but not limited to Principal Dr. Casey Nice and Assistant Principal Mr. Dan Styer) and the King George School Board, including any and all members therein, concerning the GSA formation.

3. All communications from August 13, 2025 to the date this request is processed between the King George School Board, including any and all members therein, and KGMS staff (including but not limited to teachers, assistant teachers, counselors, and support staff) concerning the GSA formation.

4. All records (including directives, agreements, communications, memoranda, and notes) from August 13, 2025 to the date this request is processed relating to the formation of the GSA; the King George Public Schools club policy; and any proposed new policies or changes made to existing policy or administrative directives concerning clubs during the 2025-2026 school year.

5. All records (including directives, agreements, communications, memoranda, and notes) relating to club requests received and approval or denial thereof at KGMS between the 2016-2017 academic year and the current academic year. Minors' personal information, such as student names, may be redacted.

6. All records (including directives, agreements, communications, memoranda, and notes) relating to current clubs, their activities, and their charters at King George Middle School in the current 2025-2026 academic year.

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, as well as emails to which the subjects of this request were cc'ed or bcc'ed.

Please exclude records consisting solely of news articles, press clippings, and other publicly available material, if the records include no accompanying discussion by government officials.

If it is your position that any portion of the requested records is exempt from disclosure, please provide with reasonable particularity the volume and subject matter of the withheld records, and cite, as to each category of withheld records, the specific Code section that authorizes the withholding. If some portions of the requested records are properly exempt from disclosure, please redact those portions and produce the remainder of the requested records.

Please provide the requested records or respond as required by state law (§ 2.2-3704B) within 5 days from your receipt of this letter. Our preferred form for public records is digital (.ppt, .docx, or .pdf files) sent as email attachments to [redacted]. If records are only available in paper form or any other physical medium, please mail them to Attn: Susan Park, [redacted] King George, Va [redacted] or advise of a manner in which I may retrieve them.

Should transcription to a digital medium or any other activities required for retrieval and transmission of the requested records incur a cost more than $100, please provide me with an estimate before processing this request per §2.2-2704F of the Code of Virginia. However, I would also like to request a waiver of all fees. I am a parent of a student in the King George Public School system, and I attest that the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of government activities. This information is not being sought for commercial purposes.

In the estimate of costs, please separate any cost for accessing or searching for the records from the cost of duplication so I may decide whether to exercise my right to inspect the records during normal business hours before asking to have any records duplicated.

Thank you for your prompt attention to this matter. Should you have any questions, please do not hesitate to contact me at [redacted] or [redacted]

Sincerely,

Susan Park