# EXHIBIT Q

**Subject:** Re: Question Regarding Club Approval Policy
**From:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>
**Date:** 10/13/2025, 7:11 AM
**To:** § 2.2-3705.4 (1): Scholastic Records [redacted]

Good morning § 2.2-3705.4 (1): Schola [redacted]
Thank you for your email. The policy and soon to be approved regulation for student organizations are IGDA and IGDA - R.2. There is a good portion of the Virginia Code that lends to this conversation. If you go to the Virginia Code website search 22.1, which is code related to Education. There is a lot there that can contribute to this conversation. As we've continued our discussion on the GSA club at the middle school the real question that the community is wrestling with is, whether gender and sexuality are appropriate topics for pre-teen students. There is a real divide in our community when attempting to answer this question.

On Fri, Oct 10, 2025 at 1:58 PM § 2.2-3705.4 (1): Scholastic Records [redacted] wrote:

> Dear Dr.Boyd,
>
> I hope you're doing well. My name is § 2.2-3705.4 (1): Scholastic Records [redacted], and I am a student at King George High School. I'm currently doing some research about how student clubs are approved within our district, and I would like to better understand both the Virginia Code and the specific school board policies that outline the approval process for student organizations.
>
> Could you please direct me to the sections of the Virginia Code and the corresponding School Board Policy that describe how clubs are reviewed and approved? I want to make sure I have accurate information before attending the next school board meeting and possibly using the space to make a public comment regarding the GSA club at the middle school.
>
> Thank you very much for your time and help. I really appreciate your guidance.
>
> Best regards,
> § 2.2-3705.4 (1): Scholastic Records [redacted]
>
> The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--
Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835