# EXHIBIT R

**Subject:** Thank you and appreciation from KGMS
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/17/2025, 3:21 PM
**To:** Catherine Hoover <choover@kgcs.k12.va.us>, Colleen Davis <cdavis@kgcs.k12.va.us>, Carrie Cleveland <ccleveland@kgcs.k12.va.us>, David Bush <dbush@kgcs.k12.va.us>, Edwin Frank <efrank@kgcs.k12.va.us>

Dear Members of the King George County School Board,

It has come to my attention that in agreeing to a student request to initiate a club at KGMS, there has been significant upset within our community. Please know it was never my intention to create so much anger or division when I approved the student's request to start the GSA club. One of my goals as principal has always been, and will continue to be, to ensure that King George Middle School is a welcoming and supportive place for all students and I believe we are meeting that goal.

I wanted to take a moment today to reach out and share my appreciation for each of you. I am truly grateful for the support you provide and for the work you do every day on behalf of our schools. I can only imagine the challenges you are facing in light of the community's response, and I want you to know how much I value your leadership, support, and dedication.

Please know that I am available to you at any time should you have questions or need additional information. Thank you again for your commitment to our students, staff, and community.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.