# EXHIBIT S

**Subject:** Re: KGMS Club Update
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/18/2025, 11:41 AM
**To:** Jeremy Leavitt § 2.2-3705.1 (10): Certain personal information [redacted]

Good morning Mr. Leavitt,

Thank you for your email. I understood that there would be some negative response from the community when I approved the formation of this club, but I never dreamed it would reach the levels we saw on social media. I was looking forward to providing a safe and welcoming place for our students who need and desire it, so I too am saddened but hopeful we may be able to move forward with this in the near future.

Thanks again for your support and have a good day.

On Thu, Sep 18, 2025 at 11:22 AM Jeremy Leavitt § 2.2-3705.1 (10): Certain personal information [redacted] wrote:

> Good morning. That is disappointing to hear. In a way, the bullies (this time angry parents) have won again. Perhaps the group can still be formed going forward if members get parental approval. We love King George schools since we moved here 4 years ago. Thanks for all you do.
>
> Jeremy Leavitt
>
> Sent from my iPhone
>
> > On Sep 18, 2025, at 10:15 AM, Casey Nice <cnice@kgcs.k12.va.us> wrote:
>
> > Dear KGMS Families,
> >
> > In collaboration with Dr. Boyd and the King George County School Board, we have made the decision to pause the start of the proposed student-led GSA club until further notice.
> >
> > At King George Middle School, our goal has always been to provide an environment where every student feels safe, supported, and welcome; however, we've noticed the proposal of this club has led to division within our community. During this pause, we will be working together to determine the best path forward in a way that continues to prioritize student well-being and unity across our school.
> >
> > Please be assured that students who expressed interest in the GSA club will continue to have the support of our school counselors, our school social worker, and all KGMS staff.
> >
> > We appreciate your support and understanding as we move forward together.
> >
> > **One Community.**

**One School.**

**One Team.**

**We are KGMS.**

---

King George County School District would like to continue connecting with you via email. If you prefer to be removed from our list, please contact King George County School District directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263