# EXHIBIT T

**Subject:** Re: A few questions about clubs
**From:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>
**Date:** 9/22/2025, 8:24 AM
**To:** "Cleveland, Carrie" <ccleveland@kgcs.k12.va.us>

1. I'd like to review any policies/guidelines around the formation of clubs - when you have a moment can you direct me where I can find those ?
I've attached the policy used to guide student organizations:
Title: IGDA Student Organizations
URL: https://go.boarddocs.com/vsba/kgcs/Board.nsf/goto?open&id=D3PLXX58C19B

2. Are parents notified prior to the club starting there will be an offering ?
Not typically; however, given the sensitive nature of the proposed club Dr. Nice did suggest and request that parent permission be given prior to joining the club.

3. If students sign up for a club, will the parents be notified?
Yes

4. In terms of "safe space " What is the obligation for the teacher facilitating the club to speak to the parents about concerns / feedback ? - so for example : if a child signs up for a club like the GSA and the child is openly discussing confusion about their gender or not happy with themselves , would that be brought to the parents attention?
Currently this scenario has only been managed through our counseling program and the expectation is for the counselor to reach out to the parents. If we decide to move forward with this club this could be an expectation of the club sponsor.

5. Why was it canceled?
To be clear, we have not canceled it as of yet. We are cognizant of how quickly polarizing this issue became, therefore we've placed the club application on hold until we have a better opportunity to decide what the best steps are in moving forward.

On Sat, Sep 20, 2025 at 10:26 AM Cleveland, Carrie <ccleveland@kgcs.k12.va.us> wrote:

> Dr. Boyd ,
> * This is not urgent and can wait I just didn't have time to get to this week so just now following up. And we can also chat next week if that's easier .
> In light of the recent club that was introduced (and since canceled ) I have a few questions that I'd like clarification on .
>
> 1. I'd like to review any policies/guidelines around the formation of clubs - when you have a moment can you direct me where I can find those ?
> 2. Are parents notified prior to the club starting there will be an offering ?
> 3. If students sign up for a club, will the parents be notified?
> 4. In terms of "safe space " What is the obligation for the teacher facilitating the club to speak to the parents about concerns / feedback ? - so for example : if a child signs up for a club like the GSA and the child is openly discussing confusion about their gender or not happy with themselves , would that be brought to the parents attention ?
> 5. Why was it canceled ?

Thanks

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835