# EXHIBIT U

**Subject:** Re: GSA Club
**From:** K Fines [redacted] § 2.2-3705.1 (10): Certain personal information.
**Date:** 9/17/2025, 8:40 AM
**To:** Casey Nice <cnice@kgcs.k12.va.us>
**CC:** dbush@kgcs.k12.va.us, cdavis@kgcs.k12.va.us, efrank@kgcs.k12.va.us, choover@kgcs.k12.va.us, ccleveland@kgcs.k12.va.us, jboyd@kgcs.k12.va.us

While I appreciate your response, I still don't understand why this was only posted on the students canvas page?

Also, the same teacher that said in public she'd rather have her children read about porn than the Bible is leading this club, doesn't seem like someone who would lead a club to promote inclusion and support for all.

Just a side note, why are teachers allowed to wear gay pride shirts but the students aren't allowed to wear anything political?

Sent from my iPhone

> On Sep 17, 2025, at 7:59 AM, Nice, Casey <cnice@kgcs.k12.va.us> wrote:

> Good morning Ms. Fines,
>
> Thank you for sharing your concerns regarding the new GSA club at King George Middle School. I want to provide some clarity and address the questions you raised.
>
> The GSA is an optional, after-school club that was started at the request of students who wanted a place where they could feel safe, supported, and connected to peers who may be navigating similar challenges. Like other student clubs, participation is entirely voluntary, and students must have a staff member willing to serve as the club sponsor in order for the club to exist.
>
> Because this is a student-led club, it is not part of the formal instructional program. While topics like politics and religion are not included in classroom instruction (unless it is in the curriculum in classes like World History and Civics), students are permitted to form clubs around shared interests or needs when supported by a staff sponsor. The GSA exists to provide a sense of belonging and connection for those who choose to participate and whose parents support their participation.
>
> I also want to assure you that our school counselors remain an important resource for all students who are experiencing difficulties or need a safe space to talk. The GSA is simply an additional option for students who feel it may be a good fit for them.
>
> I understand your perspective and appreciate you reaching out directly. Please know that the safety

and well-being of all our students is always our top priority.

Thank you again for your message and for your care for your child.

On Tue, Sep 16, 2025 at 6:32 PM K Fines § 2.2-3705.1 (10): Certain personal information. [redacted] wrote:

> Hello All,
>
> I wanted to reach out and voice my concerns with this new GSA club. While I know this club is optional to join, why weren't the parents made aware or why wasn't it published in the last KGMS newsletter? And no, I didn't learn about this from social media, my child reached out to me at 8:30 this morning, saying she felt uncomfortable, so where is the club for her safe place? I called the school twice today before the post was made on social media, with no return call.
>
> In my opinion, Sexuality should not be talked about at the middle school age, especially since politics and religion are not allowed, so I can't wrap my head around why this would be? I know this is being presented as a safe place for those that are being bullied, but I thought that's what the guidance counselors are for?
>
> I look forward to hearing back from you.
>
> Thank you,
> Kristi Fines
>
> Sent from my iPhone

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other

copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.