# EXHIBIT V

**Subject:** Re: GSA Interest Form
**From:** "Nice, Casey" <cnice@kgcs.k12.va.us>
**Date:** 9/16/2025, 3:26 PM
**To:** "Dr. Jesse Boyd" <jboyd@kgcs.k12.va.us>

Understood.

On Tue, Sep 16, 2025 at 3:25 PM Dr. Jesse Boyd <jboyd@kgcs.k12.va.us> wrote:

> Sounds good. Please make sure this is entirely student run and that the teacher only serves in a supervisory role.
>
> On Tue, Sep 16, 2025 at 3:24 PM Nice, Casey <cnice@kgcs.k12.va.us> wrote:
>
>> The flyer was not sent home. It was posted on the student Canvas page and students may have received an email as well. There will be a permission form for parents to sign prior to a student being able to join the club.
>>
>> On Tue, Sep 16, 2025 at 3:20 PM Dr. Jesse Boyd <jboyd@kgcs.k12.va.us> wrote:
>>
>>> Can you help me with this? Was the flyer sent home? If it was sent home, was it sent by a student or teacher?
>>>
>>> ---------- Forwarded message ---------
>>> From: **William Odom** § 2.2-3705.1 (10): Certain personal information [redacted]
>>> Date: Tue, Sep 16, 2025 at 3:17 PM
>>> Subject: GSA Interest Form
>>> To: jboyd@kgcs.k12.va.us <jboyd@kgcs.k12.va.us>
>>>
>>> Dr. Boyd,
>>>
>>> I would like to know why the attached flyer was sent home to students without consent forms. If consent forms were sent out with students at some point, then something as sensitive as this should have been sent via mail/email. The flyer doesn't appear to be gauging interest at all, instead it seems to be a notification that it's happening. Why are we allowing adults to talk to children about sexuality without parental consent? this is highly improper

# KGMS SAFE SPACE GSA Interest Form

Our Genders & Sexualities Alliance (GSA) is a safe, supportive, and welcoming space for all students. We work to build community, celebrate diversity, and promote kindness, respect, and acceptance. Through education, conversation, and collaboration, we strive to create a school environment where every student feels valued for who they are and empowered to be themselves.

We are a **<u>Support GSA</u>** which means, we are for youth who want to have a safe space. We are a support group to provide safety and confidentiality to students who are struggling with their identities of those who are experiencing harassment at school because of their actual or perceived sexual orientation or gender identity or expression. We also welcome ally's.

**<u>This GSA will be entirely run by students for students</u>**. There will be staff advisors. Our advisors may help facilitate discussion, support students in fostering a safe environment, assist students with any club funds, educate and support students to keep records of meetings and decisions, set students up to succeed and support changes within the GSA.

--

Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Jesse Boyd, Ed. D.
Superintendent, King George County Schools
9100 St. Anthony's Road
King George, VA 22485
w: (540) 775-8667
c: (540) 623-8835

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies,

and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.