# EXHIBIT W

**Subject:** Re: School Board Guidelines for Clubs
**From:** "Noel, Austin" <anoel@kgcs.k12.va.us>
**Date:** 11/19/2025, 11:19 AM
**To:** Lynn Kline <LKline@fca.org>

This is great, thank you so much! I spoke with Dr. Nice and he doesn't believe as is, that the meetings with student leaders will be allowed. That being said, he is going to see if he can connect FCA to the curriculum for our leadership class, in which the meetings would likely be fine! He is aiming to have clear guidance for that before Christmas break.

He is really hoping it will work, because he let me know that one of his most impactful mentors in high school was his huddle leader at Massaponax. A man you are very familiar with!

On Wed, Nov 19, 2025 at 10:22 AM Lynn Kline <LKline@fca.org> wrote:

> Hi Austin,
>
> Grateful for the news about huddle at KGMS & thank you for sending this.
>
> I have attached the most current huddle and campus rights handbook.
> (I have forwarded your email it to our support center to gain wisdom on this also)
>
> In this handbook is a template to use for huddle constitutions and bylaws for you to use.
>
> Let me know when you meet with Dr Nice to discuss.
>
> Also attached are our waivers, feel free to use or create your own.
>
> As soon as I hear back from our support center Ill reach out!
>
> Thanks,
>
> Lynn Kline
> **Area Representative**
> mobile: 540-907-6755
> site: www.battlefieldfca.org
> email: LKline@fca.org
> address: 10835 Tidewater Tr Fredericksburg, VA 22408
>
> ---
>
> **From:** Noel, Austin <anoel@kgcs.k12.va.us>
> **Date:** Wednesday, November 19, 2025 at 9:45 AM
> **To:** Lynn Kline <LKline@fca.org>
> **Subject:** School Board Guidelines for Clubs
>
> Good morning,

Good and bad news. The following links are what have been determined regarding clubs. Starting FCA will not be a problem which is great! Developing leaders for FCA may be problematic though.

https://go.boarddocs.com/vsba/kgcs/Board.nsf/files/DNBVAC7FC6CD/$file/IGDA%20-%20Redlined.pdf

https://go.boarddocs.com/vsba/kgcs/Board.nsf/files/DN7M7W59E9FF/$file/IGDA-R.2%20-%20New.pdf

I am going to schedule a meeting with Dr. Nice to discuss staff leading the development of our student leaders, and how that can take place.

Have you seen something like this before?

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.