# EXHIBIT X

**Subject:** Re: FW: School Board Guidelines for Clubs
**From:** "Noel, Austin" <anoel@kgcs.k12.va.us>
**Date:** 11/21/2025, 8:28 AM
**To:** "Nice, Casey" <cnice@kgcs.k12.va.us>

Thank you! Have a great week off as well. Hope you and the family have a great Thanksgiving!

On Fri, Nov 21, 2025 at 8:26 AM Nice, Casey <cnice@kgcs.k12.va.us> wrote:

> Thanks for sharing! I will work with Dr. Boyd when we get back from Thanksgiving break to see if this is something we can pursue. If I don't see you, I hope you have a great holiday and a great week off!
>
> On Fri, Nov 21, 2025 at 8:01 AM Noel, Austin <anoel@kgcs.k12.va.us> wrote:
>
>> Good morning!
>>
>> I just wanted to thank you again for meeting with me about FCA. Below is the information shared with me from FCA's legal representation relating to our school board policies. I hope it can help with guiding us in the best direction to get FCA started!
>>
>> I understand it will take a bit more time, but just let me know when I can start working on getting forms filled in and sent out.
>>
>> ---------- Forwarded message ---------
>> From: **Lynn Kline** <LKline@fca.org>
>> Date: Thu, Nov 20, 2025 at 12:22 PM
>> Subject: FW: School Board Guidelines for Clubs
>> To: Noel, Austin <anoel@kgcs.k12.va.us>
>>
>> Hi Austin,
>>
>> Below is the info from our legal department regarding your question.
>>
>> Also, how cool about Dr Nice! Keith speaks very highly of him 😊
>>
>> Hope you have a great Thanksgiving with family.
>>
>> Blessings,
>>
>> Lynn Kline
>> **Area Representative**
>> mobile: 540-907-6755
>> site: www.battlefieldfca.org
>> email: LKline@fca.org
>> address: 10835 Tidewater Tr Fredericksburg, VA 22408

**From:** Kelly Oeltjenbruns <KOeltjenbruns@fca.org>
**Date:** Wednesday, November 19, 2025 at 12:54 PM
**To:** Lynn Kline <LKline@fca.org>
**Subject:** FW: School Board Guidelines for Clubs

Lynn -

Good afternoon! I am Kelly Oeltjenbruns, one of FCA's attorneys. Ken passed along your email!

To answer Austin's questions, yes, we've seen several schools with policies like this. These policies are not legally problematic as long as the school is 1) not categorizing every non-religious club as "curriculum-related" and 2) treating FCA the same as every other non-curriculum-related club.

A school may, consistent with the Equal Access Act and the Establishment Clause, prevent school employees from leading / teaching students in religious matters on campus (which should apply to Austin). A school may also prevent non-school persons from "regularly attending" or leading an on-campus club.
However, as a non-curriculum-related club, FCA should be able to host outside speakers (like FCA staff or others) to share during Huddle, if those individuals aren't present at every Huddle. And, a school employee can still disciple students off-campus, or potentially even before/after school as long as it is clear that the school employee is acting in their personal capacity, and not in their capacity as an employee of the state. (On-campus discipleship by school employees is a grey area in the law, so really it depends on the relationship with the administration.)

Happy to have a conversation about any of this. Feel free to also pass along our Huddle & Campus Rights guidelines, if you haven't already. Thank you!

Kelly

**Kelly Oeltjenbruns**
Associate Counsel
| **mobile:** 515-408-2230
| **email:** koeltjenbruns@fca.org
| **site:** www.fca.org
| **address:** 8701 Leeds Rd, Kansas City, MO 64129

**From:** Ken Williams <KWilliams@fca.org>
**Date:** Wednesday, November 19, 2025 at 7:09 AM
**To:** Kelly Oeltjenbruns <KOeltjenbruns@fca.org>
**Subject:** FW: School Board Guidelines for Clubs

**Ken Williams**
EVP of International Administration
**| Phone:** (816) 674-8785
**| Email:** kwilliams@fca.org
**Address:** 8701 Leeds Rd, Kansas City, MO 64129
**Website:** www.fca.org

---

**From:** Lynn Kline <LKline@fca.org>
**Sent:** Wednesday, November 19, 2025 8:54 AM
**To:** Ken Williams <KWilliams@fca.org>
**Subject:** FW: School Board Guidelines for Clubs

Hi Ken,

Hope this finds you well.

Wanted to get your wisdom on the following links below and how to move forward advising the Huddle Coach there.

If I need to forward to someone else please advise.

Thanks,

Lynn Kline
**Area Representative**
mobile: 540-907-6755
site: www.battlefieldfca.org
email: LKline@fca.org
address: 10835 Tidewater Tr Fredericksburg, VA 22408

---

**From:** Noel, Austin <anoel@kgcs.k12.va.us>
**Date:** Wednesday, November 19, 2025 at 9:45 AM
**To:** Lynn Kline <LKline@fca.org>
**Subject:** School Board Guidelines for Clubs

Good morning,

Good and bad news. The following links are what have been determined regarding clubs. Starting FCA will not be a problem which is great! Developing leaders for FCA may be problematic though.

https://go.boarddocs.com/vsba/kgcs/Board.nsf/files/DNBVAC7FC6CD/$file

/IGDA%20-%20Redlined.pdf

https://go.boarddocs.com/vsba/kgcs/Board.nsf/files/DN7M7W59E9FF/$file/IGDA-R.2%20-%20New.pdf

I am going to schedule a meeting with Dr. Nice to discuss staff leading the development of our student leaders, and how that can take place.

Have you seen something like this before?

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

--

Thank you,

Casey Nice, Ed.D.
Principal
King George Middle School
Phone:540-775-2331
Fax: 540-775-0263

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.