# EXHIBIT Y

**Subject:** gPXk7wAAAAE-MBI-FLAT:2025-09-17T17:24:51.148047
**From:** cnice@kgcs.k12.va.us
**Date:** 9/18/2025, 8:24 AM
**To:** cnice@kgcs.k12.va.us, jboyd@kgcs.k12.va.us

**cnice@kgcs.k12.va.us** September 18, 2025 at 7:24:51 AM GMT-5
I am wondering if we can do something like this: https://ckes.srvusd.net/Students/Clubs/Prism-Club/index.html

https://ckes.srvusd.net/Students/Clubs/Prism-Club/index.html

**jboyd@kgcs.k12.va.us** September 18, 2025 at 7:48:17 AM GMT-5
Give me a call if you have a chance. I don’t have to step into my meeting until 9:15.