# EXHIBIT A

days recently. Can someone please explain... I seen others with high bills this month too my sister in laws jumped a 150% Is NNEC building something or redoing something?? Just wondering if they needed funds 🤦‍♀️

2 16

**The Real King George Uncensored...** •••
ExcitingYuzu2082

Is this the "educator" who keeps giving public comment at meetings and wants to have the sex club with kids at the middle school?



3 28

4:40 5G+ 100

ExcitingYuzu2082's post

2 10

Most relevant

**Anonymous participant 810** · 55m ·
What are you talking about? Or do you not actually know what your talking about? Please elaborate.
Reply 1

**ExcitingYuzu2082** · 26m · · Author
Anonymous participant 810 he gave multiple public comments at the school board meetings saying he wants the sex club at the middle school, correct? Is he one of the sponsors?
Reply

**Anonymous participant 810** · 22m ·
ExcitingYuzu2082 are you talking about the kid led "safe space" club? Pretty sure no one was talking about a sex club at the school board meeting.
Reply 1

**ExcitingYuzu2082** › Anonymous participant 810 · 9m · · Author
Anonymous participant 810 it's a gay/straight genders/sexuality club and its purpose is to talk about those things
Reply

4:40 5G+ 100

ExcitingYuzu2082's post

**Anonymous participant 769** · 49m ·
Where you getting this info from?
Reply 1

**ExcitingYuzu2082** · 27m · · Author
Anonymous participant 769 he gave multiple public comments at the school board meetings saying he wants the sex club at the middle school, correct? Is he one of the sponsors?
Reply

**Gibson Julie** · 31m ·
He is the teacher that said he would sue if he didnt get his "Gender Sexuality Alliance"(GSA)club in the middle school?
Reply

**ExcitingYuzu2082** · 25m · · Author
Gibson Julie yes, I believe so
Reply

**SkilledPersimmon4268** ·
1m · · Nickname
Gibson Julie looks like a pervert
Reply

**Anonymous participant 392** · 31m ·
I'm not sure who the person is in red but the other is Mr Riley and last year he helped tutor my Spectrum boy in the after school program and was always a kind and helpful teacher. My son became very fond of him.
He has also been able to help calm my son

5:11 5G 98

ExcitingYuzu2082's post

ExcitingYuzu2082 · 58m · · Author
Anonymous participant 810 he gave multiple public comments at the school board meetings saying he wants the sex club at the middle school, correct? Is he one of the sponsors?
Reply

Anonymous participant 810 · 55m ·
ExcitingYuzu2082 are you talking about the kid led "safe space" club? Pretty sure no one was talking about a sex club at the school board meeting.
Reply 1

ExcitingYuzu2082 › Anonymous participant 810 · 41m · · Author
Anonymous participant 810 it's a gay/straight genders/sexuality club and its purpose is to talk about those things
Reply

Malachi Oliver › ExcitingYuzu2082 · 26m ·
ExcitingYuzu2082 how is that equivalent to a sex club? The real question is why is it when teenagers talk about their lives and a part of their identity you think about sex? That's really weird on you
Reply

Write a public co...

5:12 5G+ 98

ExcitingYuzu2082's post

**Anonymous participant 810** · 12m ·

Anonymous participant 392 the guy in red is Dr. Nice the MS principal and Mr. Riley is the behavior specialist. He works with alot of kids that have melt downs and can't process things at that moment. The kids love him and he is a very positive person in the building. If you are going to post things maybe you should have your facts straight. As we explain to our middle schoolers, words have meaning and expressing them correctly is helpful for determining the problem. The hate you are spewing, I sure hope you dont allow your child to spew the same.

Reply

**Gibson Julie** · 1h ·

He is the teacher that said he would sue if he didnt get his "Gender Sexuality Alliance"(GSA)club in the middle school?

Reply

**ExcitingYuzu2082** · 57m · · Author

Gibson Julie yes, I believe so

Reply

**SkilledPersimmon4268** ·

33m · · Nickname

Gibson Julie looks like a pervert

Reply

Write a public co...