# EXHIBIT B

**Subject:** Re: School Clubs
**From:** "Riley, David" <driley@kgcs.k12.va.us>
**Date:** 11/5/2025, 12:36 PM
**To:** David Bush <dbush@kgcs.k12.va.us>

I very much appreciate it, thank you.
Sincerely,
Dave Riley

On Wed, Nov 5, 2025 at 11:25 AM David Bush <dbush@kgcs.k12.va.us> wrote:

> Interesting point. I will bring this up at the board meeting.
>
> Regards,
> David
> Sent from my iPhone
>
>> On Nov 5, 2025, at 11:16 AM, Riley, David <driley@kgcs.k12.va.us> wrote:
>>
>> Hello,
>> My name is Dave Riley, and I am a teacher at KGMS. I have spoken in a couple of meetings about school clubs, and my concerns that KGCS is not following the law in restricting certain clubs. I was looking at the proposed changes to IGDA-R.2, and I am especially worried that section "i", which states, "A list of at least ten (10) students who wish to serve as members;" violates Section 802(d)(6) of the Equal Access Act (https://www.law.cornell.edu/uscode/text/20/4071), which states that governments, such as school boards, cannot "limit the rights of groups of students which are not of a specified numerical size." I am worried that the proposed changes will violate the law further, and will again open the county up to a lawsuit. I hope that this provision can be removed without too much trouble. I appreciate your attention to this matter.
>> Thank you,
>> Dave Riley
>>
>> The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.
>
> The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this

communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.