# EXHIBIT C

---

**Subject:** Fwd: [KGMS-STAFF] Thanks Mrs. Fallon, Educator Range Day & FredNats Updates
**Date:** Friday, March 20, 2026 at 5:27:49 PM Eastern Daylight Time
**From:** Dave RIley

**Attachments:** image.png, image.png, image.png, Glass Jewelry.png

---------- Forwarded message ---------
From: **Riley, David** <driley@kgcs.k12.va.us>
Date: Fri, Mar 20, 2026, 5:26 PM
Subject: Fwd: [KGMS-STAFF] Thanks Mrs. Fallon, Educator Range Day & FredNats Updates
To: [redacted]

---------- Forwarded message ---------
From: **Thomas, Brandy** <bthomas@kgcs.k12.va.us>
Date: Fri, Mar 20, 2026, 4:21 PM
Subject: [KGMS-STAFF] Thanks Mrs. Fallon, Educator Range Day & FredNats Updates
To: KGMS-Staff <kgms-staff@kgcs.k12.va.us>

Hi KGMS,

I wanted to take a moment to thank Mrs. Fallon for hosting our glass jewelry-making class last week. We all had a great time and truly enjoyed the experience!

I've attached a picture of what we made so you can see the amazing work everyone created. Those who participated will be notified when their items are ready for pickup.

Thanks again, Mrs. Fallon, for such a fun and creative opportunity!




Glass Jewelry.png

---

## Educator Range Day

Mark your calendars! **April 24 from 3:45–5:45 PM** will be our **Educator Range Day** for those who sign up.

To ensure safety and allow each participant plenty of **1:1 instruction**, we will **cap participation at 15 educators**. We had **27 staff members express interest**, so spots will be filled on a first-come basis.

There will be:

- A **shotgun station** where you can learn to safely shoot clays or stationary targets
- A **.22 rifle station**
- Possibly a **.22 handgun station** for those who are interested

This event is designed for those who **have little to no experience with firearms**, want to **overcome any fears**, or simply **learn more about firearm safety**. The firearms used are **low-recoil and lower noise**.

**Hearing and eye protection will be provided**, but feel free to bring your own if you prefer.

To reserve your spot, there will be a **$5 fee (cash only)**. Payments can be

dropped off to **Mr. Fike in Room #145** or placed in his mailbox.

There will also be a **donation bucket** available to help replenish funds used from the **King George Outdoor Club (students)** to purchase ammunition, targets, and cleaning supplies for this event. Donations are optional but appreciated as they help us continue teaching students the safe and responsible enjoyment of outdoor activities.

A **confirmation and update email** will be sent to participants during the week of the event.

---

**FredNats Back to School Social**

Join us for an unforgettable time at Fred Nats Stadium! Let's kick off the school year with a grand slam reunion and set the tone for an incredible year ahead. This family-friendly event promises fun and laughter for everyone, so bring along your loved ones and let's make memories together. The more, the merrier!

Payments are due next Friday, March 27th. **If we do not receive your payment by the end of the day, we won't be able to reserve your tickets.** Ticket price includes a 2 Hour All-you-can-eat buffet and free parking. Please fill out the attached form to let us know how many tickets you'd like.

**Here are the important details at a glance**:

- **Event:** Fred Nats Baseball
- **Game Date:** Saturday, July 18th
- **Game Start Time:** 6:30 p.m.
- **Price per Person:** $30 (Price includes a 2 Hour All-you-can-eat buffet and free parking. )
- ***** Anyone 3 and over will need a ticket. *****
- **Payment Due Date:** March 27th
- **Payment Method:** Cash or Check Only (Please make checks out to KGMS)
- **Nonrefundable**

Saturday
Jul 18
6:35 PM

Hill City
Howlers

Buy Tickets

**Game Highlight (3):** Backyard Baseball Night

Join the FredNats for an evening celebrating the classic videogame! See the FredNats in custom Melonheads jerseys and arrive early to take home a Pablo Sanchez bobblehead (first 1,000 fans). | Presented By Virginia Landscape Management

**Game Highlight:** Backyard Baseball Jersey Auction
Is that the FredNats or the Melonheads? FredNats players and coaches will be wearing special themed jerseys honoring the classic Backyard Baseball team. These jerseys will be auctioned off, with winners taking home the autographed game-worn jerseys. Proceeds from the auction will benefit the FredNats Foundation.

**Game Highlight:** Theme Night Saturday
Saturday nights are dedicated to theme nights. A different theme will take over the ballpark every Saturday.

**Promotion:** Pablo Sanchez Backyard Baseball Bobblehead Giveaway

The first 1,000 fans are heading home with a legendary Pablo Sanchez Backyard Baseball bobblehead, courtesy of Virginia Landscape Management! | Presented By Virginia Landscape Management | First 1,000




The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or

copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.