# EXHIBIT D

# King George Outdoor Club

HOME ACTIVITIES UPCOMING EVENTS PAST EVENTS MORE...



The King George Outdoor Club got its start in 2011 at King George Middle School in King George, Virginia. Teacher, Mark Fike, started informally meeting at lunch with young men that enjoyed the outdoors. Small talk about hunting and fishing and some tips were shared along with some wild game meals. VDGIF Conservation Police Officer Frank Spuchesi stopped in to share some safety tips with the young men one day and told Fike, "We need to start an outdoor club for these kids." The club was born! Since then we have grown and still do not meet the demand and interest our young people have for learning about the outdoors. Our mission is to educate our young people about conservation, wildlife, fisheries, hunting, fishing and how to enjoy outdoor pursuits safely and ethically.

We regularly partner with the National Wild Turkey Federation, VDGIF, major outdoor retailers, and local businesses to provide great opportunities for our young people. We are appreciate the support parents and the community has offered to our club as well as our partners. Check out our other pages to see what we are up to, or what we have done recently!

***This program is supported by the 2019 Virginia Wildlife Grant Program through a partnership between the Virginia Department of Game and Inland Fisheries and the Wildlife Foundation of Virginia.***

We want to specifically thank Remington Arms for their support, the Rappahannock Spurs Chapter of NWTF for their unending support of our events for the youth, and we also want to thank Big Dog Outfitters in King George County. http://www.bigdog-outfitters.com/

Big Dog Outfitters has supported the youth in our club for years and they always do so with a smile. We encourage our members and families to stop in there and speak to them to let them know how much they are appreciated.

We also appreciate Rose Hill Game Preserve in Culpeper for always hosting our bird hunts. www.rosehillgamepreserve.com

Last, but not least, thank you to Bruce Lee, owner of Kinloch Farm and the Northern Neck/Fredericksburg area chapter of the Virginia Deer Hunters Association for always inviting us down for a youth hunt. Mr. Lee and his men put on a first class hunt for our

young people!

Site powered by Weebly. Managed by iPage

00029582

# King George Outdoor Club

## Upcoming Events

Contact us if you are interested in participating in an upcoming event!

# Fall 2025 is HERE!

Here are the events we know are coming:

**Hunter Education** will take place at King George Middle School on two consecutive Thursdays in August --Probably 21st and 28th IF I get enough signed up. E mail me at mfike@kgcs.k12.va.us to be put on the notification list. The course will cap at 22 students/parents and will take place from 2:40-5:40 both days for a total of 6 hours and will end with a mandatory test to get certification.

**Dove hunt** will hopefully be held in early September. Details to come. This will be for students that were in the past two hunter education groups that have not dove hunted before. An e-mail will go out in the coming weeks to see who wants to come.

**Fishing event**--This is a possibility in September after school on a Friday. We will see how much interest we have and how the pond looks.

**Youth Deer Hunting Day is September 27th and 28th**. We will likely invite a select group to hunt on our hunting leases for deer on one or both of these days. Priority will go to those that have not harvested a deer before.

Other events possible:

**Youth deer hunt f**irst Saturday of firearms deer season for youth having not harvested a deer yet. Usually 10 youth. I currently have invited those that are first on the list so check your email to see if you got an invite from me and respond quickly so I do not move down the list.

**Squirrel hunt-**-If we have enough interest we may do one of these in October one afternoon

**Youth deer hunt** over Christmas break

**Youth goose hunt** over Christmas break or in January

**Deer processing event** sometimes held first week of January

**Youth upland bird hunt** usually is in March for select group
**Fishing event** in March or April
**Introductory shooting event** or fun shoot in March or May



***You may have to cut and paste the link into your browser. Sorry!***
***Here is a video with a crash course on how to use your bird ID field guide. drive.google.com/file/d/1icTsToKuCg2FaTwmTWuuV_0ve3tSSf-o/view?usp=sharing***

***Here is a video detailing how to put together the bluebird box.***
https://drive.google.com/file/d/1zl-oKeoXFda4JFwWADKjiVvpwUZEISsD/view?usp=sharing

***Here is the link for the bird feeder.***
***drive.google.com/file/d/1Uh5T87RvV0V37v8AiB0tRqm2u6lTM4ly/view?usp=sharing***

*Please be careful using tools and while putting pressure on the screws while screwing them in. Always keep the tool pointed away from your body!*

All events require a release of liability form to be filled out. These are available once the events are locked in. Check out our website at www.kgoutdoorclub.com or email me at mfike@kgcs.k12.va.us during the school year!

Site powered by Weebly. Managed by

00029650

# King George Outdoor Club

## Annual Richard Snow Memorial Upland Hunt

3/24/2025 0 Comments

**Leaders Frank Spuchesi and Mark Fike founded the club to provide the youth in our region a safe and ethical environment to learn about the outdoors.**

RSS Feed



We took 6 ladies out on a pheasant and chukar hunt. They did very well!

Post

0 Comments

# Annual Richard Snow Memorial Hunt

3/11/2024 0 Comments



Case 3:26-cv-00775-REP Document 14-37 Filed 08/13/26 Page 8 of 32 PageID# 272



Annual Richard Snow Memorial Hunt

This year, on March 11th, six youth and their parents met at Rose Hill Game Preserve to experience an upland bird hunt. This year we were joined by the Snow family as they sponsor the cost of the youth hunt. Rose Hill Game Preserve does the hunt at cost and an anonymous donor chipped in the tips for the guides.

As we normally do, we began the morning in the parking lot meeting and greeting and discussing the upcoming memories about to be made. Next, we headed into the office area which was part of the Civil War era plantation and warmed up a little bit by the fire and signed in, took care of waivers and made sure hunting licenses were in hand. Due to the wind (25 mph gusts with a few more than that) we decided to have our safety brief there in the office. However, we did take time before the safety brief to discuss why we were doing the hunt.

Fike discussed his relationship with the Snow family and how he knew Richard Snow, who had sadly passed on from his battle with cancer. Comments were made about what an easy going, reasonable, yet professional realtor he was. A short discussion was made about how he loved the outdoors and how he loved sharing the outdoors with others, which of course was the reason his family opted to sponsor the six youth each of the past three years for the hunt. Another point was made about how Richard did things correctly the first time. He was serious about not half stepping on things no matter what they were. He loved to learn. Daniel, Richard's son, also spoke about his father and how he loved taking Clara, Daniel's sister, out to waterfowl hunt. Mrs. Snow shared a collage of photos of Richard and his outdoor adventures so the kids could put a face with the stories they were hearing.

From the warmth of the old plantation building, now turned office, we ventured down to the 5-stand location and youth began taking turns trying to hit clays thrown from various angles to ready themselves for the hunt in the field. Some of the youth caught on right away and some took some pointers from parents and the staff at Rose Hill. The wind was a factor in the shooting for sure and was also going to be a factor for the birds and their flight direction and speed.

Soon enough the practice session was complete and we all ventured back up the hill to change into blaze orange, swap out shells for bird hunting and get one last sip of water before heading afield. The guides had observed the youth shooting and seemed confident in the safety that was observed and soon were ferrying kids to the fields with their parents to teach them about upland bird hunting, conservation and wildlife biology, not to mention dog handling and retrieving.

Shots began ringing out in various fields and the guides were working hard with their dogs to deliver a memorable experience for the kids and their parents. They succeeded! The comments I heard from parents and the youth were all very positive. The guides seemed happy and the hunt went off without any safety issues. All of the youth were able to harvest birds and some youth got multiple birds! For this group, the bird hunt was a first. The guides were showing the kids how to make fan tail mounts and they all posed for a group shot with the Snow family at the conclusion of the hunt.

The lesson was not complete without the guides demonstrating to the youth how to clean their birds and discuss the bird anatomy and biology with the kids as the parents looked on. The patience the guides showed the kids was above board and professional. They were true mentors to the kids. Matt, the farm manager, gave each youth a Rose Hill Game Preserve hat as a gift before they left.

Thank yous to the Snow family and the guides were shared and the kids and parents departed for King George. I joked with the parents and kids that a few of them would probably be asleep before they got halfway home. I was correct. I soon received a photo of a young person passed out in the

truck. I won't tell you who, but I had to laugh and understand. It was a big day and a lot happened thanks for the funding, compassion and graciousness of the Snow family as well as the staff. We know Richard would have been proud to see the hunt and know that many lives were impacted in his honor.

Post

0 Comments

# Youth Deer Hunting Weekend

9/30/2023 0 Comments

---

Miss [redacted] went hunting with her father in the local region and bagged this gorgeous buck! The buck looked up and reportedly saw them so Miss [redacted] made a quick, well aimed crack shot with her crossbow to down this magnificent animal. He only made it 20 yards after she sent the arrow! Congrats to her!



Post

0 Comments

# Lt. Spuchesi Dove Hunt

9/9/2023 0 Comments





Lt. Spuchesi and his good friend, Roger Summers, worked all summer in the heat to provide experienced youth members a dove hunt. Storms tried to stop the hunt. Lightning flashed, thunder rumbled but we waited it out. Then when it was deemed to be safe, we ventured out and the youth started shooting. The rain poured down a few times but the youth and mentors stuck it out and the youth took some doves!

Case 3:26-cv-00775-REP Document 14-37 Filed 08/13/26 Page 12 of 32 PageID# 276

We plan on another hunt this Saturday, Sept. 16th and this time the parents can shoot too!
UPDATE: We did enjoy another hunt on Sept 16th in the morning. So far I recevied some pictures from a few people. Here they are!









Case 3:26-cv-00775-REP Document 14-37 Filed 08/13/26 Page 15 of 32 PageID# 279











Post

0 Comments

# Det. Clift (Ret) Awards Blake with a Custom Wingbone Call

4/14/2023 0 Comments

---

Detective Clift was our guest speaker at the turkey call making event. He challenged the youth to get a turkey and he would make them their own wingbone call from the wing of their first turkey if they brought him a wing. Blake scored first and brought Mr. Fike the wing. Detective Clift came by the school and got the wing from him and made the call for Blake. Blake is going to try it out this weekend! Thanks Detective Clift! Good luck Blake!




Post

0 Comments

# Outdoor Club Day at KGMS with Snakes and a Harris's Hawk

3/31/2023 0 Comments

---

Officer Jones and Officer Baumbach showed up at KGMS to educate our students about native snakes (corn snake and king snake) and also raptors that are used for falconry. Officer Baumbach talked about the snakes and Officer Jones showed us his Harris's hawk that he hunts with.













Post

0 Comments

# Turkey Call Making Event

3/30/2023 0 Comments

---

We did our annual turkey call making event with call parts from Brookside Calls. Monty Clift came in and did a nice presentation on calling birds and turkey habits for us to get us in the spirt!







Post

0 Comments

# Annual Richard Snow Memorial Hunt

3/13/2023 0 Comments





Kathy Braden, Morgan, Mo, Emma, Joe and Gus were selected to go on this annual hunt to keep the memory of Richard Snow, a former Realtor, and his love of the outdoors alive. Those selected were

new hunters that had not been on an upland hunt before. Rose Hill Game Preserve www.rosehillgamepreserve.com/ or www.facebook.com/RoseHillGamePreserve/ partnered with the Snow family and friends who covered the costs of birds for the hunt. Rose Hill Game Preserve hosted us, provided a warm up with clays and the guides donated a day off work to come guide for the new hunters.

The day began with fog hanging over the clays range where hunters warmed up and were coached by Miss Kathy of Rose Hill Game Preserve and by her husband Mike who was the farm manager. Guide Mike, also coached shooters. The shooters responded well to the advice and were breaking clays with consistency before we all geared up to go afield and walk behind the dogs and guides. Soon shots rang out and birds were being placed in hunting vests and dogs were retrieving birds. Smiles were crossing faces and memories were being made.

We would like to thank the Snow family and friends for their generous donation to encourage others to enjoy nature and learn about the outdoors as Richard always did. We also want to thank Rose Hill Game Preserve and the guides for their hosting and time they put in as well as Big Dog Outfitters for the shells and clays for this hunt and finally to Kristy Fike for coming along and mentoring and assisting the hunters.

This hunt is done to pay respects to Richard Snow and his family and keep his memory alive by fostering a love for the outdoors and passing on the traditions and respect he had for nature and sharing his passion with others. Richard always dug deep into what he was passionate about and this hunt is a good way to start new hunters to see habitat management, wild game biology, cooking and utilizing what is harvested. We think Richard would appreciate what we are doing.

PAST EVENTS

0 Comments

# February 20th Rabbit Hunt

2/20/2023 0 Comments



    

Lt. Spuchesi invited four youth to come rabbit hunt one last time for this season. Lucas, Blake, Zaccheus, and Raiden got to try their hand at rabbit hunting for the first time. Nearly all of the young men got rabbits. Conditions were tougher with warmer weather and rabbits beginning to think about breeding but the youth still had some opportunities and they got to see how to dress out their rabbits when they were done. Thanks to the dads that showed up and Roger Summers for assisting!



Mark Fike

Watch on

Post

0 Comments

# Another Rabbit Hunt on the Books

1/28/2023 0 Comments



Mark Fike

This past Saturday Lt. Spuchesi held a rabbit hunt for youth in the club. Raiden, Jacob and Landan had a good time and got rabbits! We got to observe some find hound work by Lt. Spuchesi's pack of beagles too!















Post

0 Comments

Site powered by Weebly. Managed by

00029652






Process a deer




Take Hunter Ed with Mr. Woods



Host presentations from club founder Senior CPO Frank Spuchesi and Comet



Make fishing lures


Play
Learn how to skin small game

Play




Make turkey calls