UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Z.J.W., by next friends and parents, TERESA CATOE and JOHN WHEELER;

and

A.A.P., by next friend and parent, SUSAN PARK

Plaintiffs,

v.

KING GEORGE COUNTY SCHOOL BOARD; DR. JESSE BOYD, in his official capacity as Superintendent of King George County Schools; and DR. CASEY NICE, in his official capacity as Principal of King George Middle School,

Defendants.

Case No. 3:26-cv-00775-REP

**DECLARATION OF BECCA BOE**

I, Becca Boe, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated herein.
2. I am an employee of King George County Schools ("KGCS") and currently teach sixth grade at King George Middle School ("KGMS"). I have been employed by KGCS since 2021 and have taught multiple classes, including civics during the 2025-2026 school year.
3. In the past, I served as the faculty sponsor for Yearbook Club during the 2021-2022 school year, before running the yearbook on my own until the end of the 2024-2025 school year.
4. In or around August 2025, Z.J.W. approached me to serve as the faculty sponsor for a student-led, noncurricular Gay-Straight Alliance ("GSA") club. As a sponsor, I would stay

after school to supervise student meetings. The meetings would be run by the students themselves.

5. I am familiar with GSA clubs from my five years as a professional educator. To my knowledge, GSA clubs are common in middle and high schools. Educator professional associations and professional development trainings consistently point to them as a way of creating a more welcoming environment for all students, not just those who identify as LGBTQ+.
6. I agreed to serve as the GSA club's sponsor and approached KGMS' principal, Dr. Nice, who gave preliminary approval. I then asked the teacher sponsor for the Robotics Team what the next steps are for forming a student-led club. She told me that once I had approval from school administrators, KGMS could advertise the GSA and send permission forms home to parents before the club met to ensure students could stay after school.
7. Attached as Exhibit A is a true and accurate copy of my Aug. 26, 2025, messages with the Robotics Team sponsor.
8. Following the Robotics Team sponsor's guidance and Dr. Nice's instructions, I prepared the required club documents with input from Z.J.W. and information on the GSA Network advice page. These included: a constitution, a sample first-year calendar of activities, a flyer, and an interest form. I submitted these materials to Dr. Nice to finalize the approval process.
9. The KGMS GSA Constitution submitted to Dr. Nice stated that the club's mission was to "promote respect, understanding, and equality for all people regardless of sexual orientation, gender identity, or expression."
10. Attached as Exhibit B is a true and accurate copy of the KGMS GSA Constitution submitted to Dr. Nice.

11. The sample first-year calendar of activities included learning about LGBTQ+ history, reading books featuring LGBTQ+ characters, and participating in service projects.
12. Attached as Exhibit C is a true and accurate copy of the KGMS GSA sample first-year calendar of activities submitted to Dr. Nice.
13. On September 15, 2025, after Dr. Nice approved the flyer and interest form, I sent the materials to the school's IT staff, who posted them on the main Canvas page, KGMS's online platform, as an announcement to the students. Once posted, students could indicate their interest in joining the club. Dr. Nice explained that demonstrating sufficient student interest was necessary for a club to be approved. Seventeen students expressed interest in the GSA.
14. Attached as Exhibit D is a true and accurate copy of the GSA Interest Form. Attached as Exhibit E is a true and accurate copy of my Sept. 15, 2025, email of the GSA Flyer to KGMS IT Staff, Susan Nordyke.
15. Once a club is formed, no KGMS student may attend after-school noncurricular clubs without parental permission.
16. Days after the interest form was posted on Canvas, a screenshot of it was shared on a King George County Facebook group. Community members accused me of "grooming" children to be LGBTQ+ and called for me to be fired. I also received threatening emails to my work email address.
17. Attached as Exhibit F is a true and accurate copy of Sept. 17, 2025, emails between Carey Ann Smith and me.
18. On September 18, 2025, the GSA club materials were removed from Canvas. That same day, Dr. Nice sent me a link for a PRISM Club at another school and informed me that the KGCS

School Board ("School Board") was "pausing" formation of the GSA at KGMS and was considering changes to its policies on noncurricular clubs.

19. Attached as Exhibit G is a true and accurate copy of my Sept. 18, 2025, messages with Dr. Nice.

20. After the GSA materials were removed from Canvas, Dr. Nice met with me and talked more about the "PRISM Club" idea, which focused on tolerance generally rather than the LGBTQ+ community explicitly. He said a similar club would likely be approved at KGMS. Because noncurricular clubs are student-initiated and student-run, I told him this was Z.J.W.'s decision. When I asked Z.J.W. about this, Z.J.W. told me they did not want to proceed with a club that did not have an explicit mission of supporting LGBTQ+ students. I communicated this to Dr. Nice.

21. Dr. Nice also suggested that I avoid speaking publicly about the GSA to protect my job. I understood this to mean that if I continued advocating for the GSA, he worried the School Board may not renew my contract. I have an annual contract with KGCS, which is typically renewed during the last week of the school year. At that point, I had not yet signed my contract for the 2026-2027 school year. Because of Dr. Nice's comment, I did not attend School Board meetings or offer public comment out of fear of retaliation and losing my job.

22. At the November 17, 2025, School Board meeting, the student organizations policy was amended to permit "non-curriculum-related groups" only at the high school. I learned about this policy change through Dr. Nice.

23. Following the November 17, 2025, changes to the student organizations policy, noncurricular afterschool clubs continued to meet at KGMS, including a Yearbook Club and a Robotics

Club. KGMS does not offer journalism or robotics courses. The KGCS yearbook, distributed on or around May 13, 2026, has a page devoted to each club featuring student participants.

24. There is also a King George Outdoor Club for students, sponsored by a KGMS science teacher, that continued to meet after the policy change.

25. There are also noncurricular clubs at KGCS' Sealston Elementary School, where one of my children was a student during the 2025-2026 school year, including a Crochet Club and a Cards and Board Games Club. These clubs continued to meet after the policy change permitting "non-curriculum-related groups" only at the high school. According to a flyer and sign-up form shared with me as a parent, these clubs met every Monday from January 16, 2026, through March 23, 2026. Photos of students participating in these clubs were also included in the yearbook.

26. Attached as Exhibit H is a true and accurate copy of the Sealston 2025-2026 Club Flyer. Attached as Exhibit I is a true and accurate copy of the Sealston Spring 2026 Club Signup Form.

27. When my husband and I saw the sign-up form, we were confused how the clubs complied with the new policy. My husband forwarded me an explanation from Sealston Elementary School Principal Elia Sandy on why the school was continuing to offer these clubs. Principal Sandy said: "Although the names may suggest that clubs are non-academic, each club at Sealston is designed to extend learning and provide students with a variety of ways to engage with the SOL [Standards of Learning] standards not only in Math and Reading, but within our Specials classes as well."

28. Attached as Exhibit J is a true and accurate copy of the Jan. 13, 2026, emails between Mr. Boe and Elia Sandy.

29. KGMS offers several courses for high school credit, including World History I, Algebra I, Geometry, Spanish, and French.

30. I am currently preparing for the start of the upcoming school year, with teacher training beginning on August 4, 2026. Sixth grade students' first day is August 11, 2026, and the seventh and eighth graders begin the next day on August 12, 2026. In past years, clubs have begun around early September, and I anticipate the same is true for the upcoming school year.

31. I have also removed my children from KGCS for the upcoming school year. They are now registered in the division where we live. I did this because I did not wany any retribution from the community or school to impact them or their education.

Executed this 13th day of August 2026

Respectfully submitted,

Becca Boe

Becca Boe