# EXHIBIT A

**Subject:** k5QovwAAAAE-MBI-FLAT:2025-08-25T23:10:53.842943
**From:** [redacted]
**Date:** 8/26/2025, 2:10 PM
**To:** [redacted], jwatson@kgcs.k12.va.us

[redacted] August 26, 2025 at 1:10:53 PM GMT-5
what do you have to do for clubs

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:11:09 PM GMT-5
what do you mean?

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:11:41 PM GMT-5
An after school club?

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:12:25 PM GMT-5
Get approval from your Department Admin (Styer) and Casey

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:12:50 PM GMT-5
Then advertise it

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:13:13 PM GMT-5
Create a permission form for students to stay after school (to ensure they will have a ride)

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:13:52 PM GMT-5
If you are wanting to get paid that is a whole different rabbit hole

[redacted] August 26, 2025 at 1:16:08 PM GMT-5
It's an LGBTQ GSA Club, it was requested from a kid and Casey has already approved it

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:16:48 PM GMT-5
gotcha

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:17:08 PM GMT-5
Then you just need to advertise for it and create a permission form

**jwatson@kgcs.k12.va.us** August 26, 2025 at 1:17:23 PM GMT-5

I have my Robotics one if you want it

[redacted] August 26, 2025 at 1:17:27 PM GMT-5

Awesome