# EXHIBIT B

# Gay-Straight Alliance (GSA) Syllabus

**Club Name:** Safe Space King George - A Support GSA
**Sponsor/Advisor:** [redacted]
**Meeting Time**: TBD
**Location**: Room 151

**Mission Statement:**
The Gay-Straight Alliance is a student-led club that creates a safe, supportive, and inclusive environment for LGBTQ+ students and allies. Our mission is to promote respect, understanding, and equality for all people regardless of sexual orientation, gender identity, or expression.

**Goals & Objectives:**

By participating in this club, students will:

1. Build a safe community where all members feel welcomed and respected.
2. Educate ourselves about LGBTQ+ history, rights, and current issues.
3. Plan activities that promote awareness and inclusivity within our school. (With prior administration approval)
   Provide peer support and advocacy for students facing discrimination, isolation or bullying.

**Expectations for Members**

- Respect all members and their identities.
- Maintain confidentiality; what is shared in the club stays in the club. Please keep in mind that teachers are mandated reporters and must report health and safety issues to guidance, admin, or the authorities.
  Contribute positively to discussions, events, and projects.
- Commit to creating a welcoming environment for everyone.
  Follow all school rules and the student code of conduct during meetings and activities.

**Planned Activities (Sample):**

- **Discussion Meetings:** Explore topics related to identity, acceptance, and allyship.
- **Events & Celebrations:** Participate in Pride Month, Transgender Day of Visibility, Day of Silence, etc.
- **Community Service**: Partner with local organizations that support LGBTQ+ youth.
- **Guest Speakers/Workshops:** Invite activists, educators, or alumni to share experiences and resources.

**Membership:**

Membership is open to all students regardless of sexual orientation, gender identity, or gender expression. Allies are welcome and encouraged to join.

**Leadership Opportunities:**

- President/Co-Chairs: Facilitate meetings and lead activities.
- Vice President: Support leadership and help organize events.
- Secretary: Take notes and keep track of plans and projects.
- Treasurer (tbd if needed): Help manage fundraising or event budgets.

**Assessment / Participation:**

Since this is a voluntary club, students are not graded. However, active participation is expected to keep the group vibrant and supportive. Members are encouraged to attend meetings regularly and engage in planned events.

**Resources & Support:**

The GSA will maintain connections with school counselors, administration, and local LGBTQ+ organizations to ensure students have access to additional support if needed.

**Article IX: Amendments**

1. Amendments to this constitution may be proposed by any member.
2. Amendments must be approved by a two-thirds vote of members present at a scheduled meeting and confirmed by the advisor.

**Article X: Ratification**

This constitution shall become effective upon approval by a majority of the founding members and the school administration.