# EXHIBIT C

**Gay-Straight Alliance (GSA): Sample First-Year Calendar of Activities**

**September – Getting Started**
- First Meeting: Introductions, icebreakers, and establishing club goals.
- Elect officers and review the GSA constitution/expectations.
- Create a "Why We're Here" poster campaign to raise awareness about the GSA.

**October – Visibility & Education**
- Participate in National Coming Out Day/Learn about the history of Coming Out Day
- Host a discussion meeting on "What does it mean to be an ally?"

**November – Community & Support**
- Host a movie night or book club featuring LGBTQ+ representation.
- Invite a local LGBTQ+ community organization to speak about resources for youth.

**December – Awareness & Outreach**
- Service project: collect donations (e.g., winter clothes or hygiene items) for an LGBTQ+ youth shelter or community group.
- Host a holiday social for members and allies.

**January – Reflection & Growth**
- Mid-year check-in meeting: review progress toward goals.
- Workshop: "Respectful Language & Why Words Matter."

**February – Celebration**
- Participate in Black History Month by highlighting Black LGBTQ+ figures in history.

**March –** Advocacy & Learning
- Invite a guest speaker (educator, activist, or alumnus) to discuss LGBTQ+ history or rights.
- Collaborate with another student group (e.g., Student Council, Art Club) on a joint awareness activity, with parental permission from the other club.

**April – National GSA Day of Silence**

- Discuss issues important to our students.

**May – Pride & Visibility**
- Celebrate Pride Month early, celebrate SOL success
- End-of-year celebration: reflect on achievements, recognize officers, and brainstorm goals for next year.

**Notes:**
- All activities will comply with school policies and will be approved by the advisor and administration.
- Participation in public activities is always voluntary.
- Flexibility is built in so the group can adjust based on interest and capacity.