# EXHIBIT D

# KGMS SAFE SPACE GSA Interest Form

Our Genders & Sexualities Alliance (GSA) is a safe, supportive, and welcoming space for all students. We work to build community, celebrate diversity, and promote kindness, respect, and acceptance. Through education, conversation, and collaboration, we strive to create a school environment where every student feels valued for who they are and empowered to be themselves.

We are a **Support GSA** which means, we are for youth who want to have a safe space. We are a support group to provide safety and confidentiality to students who are struggling with their identities of those who are experiencing harassment at school because of their actual or perceived sexual orientation or gender identity or expression. We also welcome ally's.

**This GSA will be entirely run by students for students**. There will be staff advisors. Our advisors may help facilitate discussion, support students in fostering a safe environment, assist students with any club funds, educate and support students to keep records of meetings and decisions, set students up to succeed and support changes within the GSA.

* Indicates required question

1. Are you interested in our club? *

*Mark only one oval.*

( ) Yes!

( ) No!

2. First Name

____________________

3. Last Name

____________________

4. Grade Level

_______________________________

5. Email address (Please check your spelling and numbers) *

_______________________________

6. Will you be able to stay after school once monthly to meet with other like minded people? *

_______________________________

This content is neither created nor endorsed by Google.

Google Forms