# EXHIBIT E

**Subject:** GSA Information
**From:** [redacted]
**Date:** 9/15/2025, 7:57 AM
**To:** Susan Nordyke <snordyke@kgcs.k12.va.us>

Link to Interest Form
(This is the interest form)

Attached is the flier.

--
[redacted]

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

KGMS SAFE SPACE GSA.jpg




# KGMS SAFE SPACE Gay-Straight Alliance

Our Genders & Sexualities Alliance (GSA) is a safe, supportive, and welcoming space for all students. We work to build community, celebrate diversity, and promote kindness, respect, and acceptance. Through education, conversation, and collaboration, we strive to create a school environment where every student feels valued for who they are and empowered to be themselves.

**Interested in Joining? Fill out the interest form on Canvas or come by [redacted] classroom for more information.**



Attachments:

KGMS SAFE SPACE GSA.jpg 298 KB