# EXHIBIT F

---

**Subject:** Fwd: Club
**Date:** Wednesday, July 8, 2026 at 8:58:42 AM Pacific Daylight Time
**From:** [redacted]
**To:** Julia Kahn
**Attachments:** IMG_4178.jpeg

You don't often get email from [redacted] Learn why this is important

---------- Forwarded message ---------
From: **CAREY ANN VIRGIN** <careyannvirgin@gmail.com>
Date: Wed, Sep 17, 2025 at 10:11 AM
Subject: Re: Club
To: [redacted]

On Wed, Sep 17, 2025 at 10:09 AM CAREY ANN VIRGIN <careyannvirgin@gmail.com> wrote:

**Posts** **Photos** **Reels**



[redacted] updated her profile picture. •••

Jun 24, 2022 ·




16 1 comment

> Is this your photo?
>
> On Wed, Sep 17, 2025 at 9:17 AM CAREY ANN VIRGIN <careyannvirgin@gmail.com> wrote:
>
> > This is a contradiction to the email.
> > Update that information accordingly.
> > Thanks
> >
> > On Wed, Sep 17, 2025 at 9:16 AM [redacted]> wrote:
> >
> > > Good morning,
> > >
> > > Dr. Nice has requested that any questions about the GSA be directed to him at cnice@kgcs.k12.va.us.
> > >
> > > Thank you,
> > >
> > > [redacted]
> > >
> > > On Wed, Sep 17, 2025 at 8:53 AM CAREY ANN VIRGIN <careyannvirgin@gmail.com> wrote:
> > >
> > > > Good morning,
> > > >
> > > > Please provide the syllabus for the Gay Straight alliance club.
> > > >
> > > > I also am inquiring on your certifications, education and qualifications to run this club.
> > > >
> > > > Please provide the Schools policies on displaying political stickers, flags or literature as well.
> > > >
> > > > I am also inquiring on the sponsors and the financial backing of this school club.
> > > >
> > > > Please provide this information.
> > > >
> > > > Best regards,
> > > >
> > > > Carey Ann Smith
> > >
> > > The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.