# EXHIBIT G

**Subject:** zhgbbwAAAAE-MBI-FLAT:2025-09-17T17:03:43.870591
**From:** cnice@kgcs.k12.va.us
**Date:** 9/18/2025, 8:03 AM
**To:** cnice@kgcs.k12.va.us, [redacted]

**cnice@kgcs.k12.va.us** September 18, 2025 at 7:03:43 AM GMT-5
https://ckes.srvusd.net/Students/Clubs/Prism-Club/index.html
https://ckes.srvusd.net/Students/Clubs/Prism-Club/index.html

[redacted] September 18, 2025 at 7:40:04 AM GMT-5
that sounds fantastic!

**cnice@kgcs.k12.va.us** September 18, 2025 at 7:42:42 AM GMT-5
Just received word we are going to pause the club. Will catch up with you later today

[redacted] September 18, 2025 at 7:43:19 AM GMT-5
are we pausing all other clubs?

[redacted] September 18, 2025 at 7:46:31 AM GMT-5
In the U.S., public school students have a clear legal right to form a Gay-Straight Alliance (GSA). This right is protected by the First Amendment and is reinforced by the federal Equal Access Act of 1984. Federal courts have repeatedly sided with students when schools have tried to deny or restrict GSAs.

[redacted] September 18, 2025 at 7:46:48 AM GMT-5
just some legal basis. I don't ever want to take it that level though

**cnice@kgcs.k12.va.us** September 18, 2025 at 7:47:39 AM GMT-5
Understood