# EXHIBIT H

# SES Clubs 25-26

**CLICK HERE to fill out an application!**

## Book Club

Book Club is offered to students in 4th and 5th grade. Students will expand their horizons by exploring different genres to discover what type of books they like best! Is it world building? Mystery? Crime? Fantasy? Classics? We will build fluency and comprehension and learn to analyz text and express our thoughts and opinions constructively. If you have any questions, please contact Ms. Fenaoui (mfenaoui@kgcs.k12.va.us).



## Card and Board Game Club

Card and Board Game Club will be a mix of modern and classic games. Game Club's goal is to help students continue to develop their problem solving skills, strategy building, and critical thinking capabilities. While also helping students foster communication through teamwork and good sportsmanship. If you have any questions, please contact Ms. Miceli (jmiceli@kgcs.k12.va.us).



## Crochet Club

Crochet Club is designed to help students interested in the fiber craft learn the basic stitches of Crochet. Students will be able to provide a crochet hook and yarn of their own, but one will be provided for them, if needed. If you have any questions, please contact both Mrs. Newman (anewman@kgcs.k12.va.us) and Mrs. Resto (bresto@kgcs.k12.va.us).



## STEM Club

**STEM Club** will provide opportunities to practice problem-solving in a teamwork environment. We will apply our knowledge of science, technology, engineering, and math in all of our activities. When presented with engineering challenges, students will be encouraged to apply the engineering design process and work in teams. Each week, be ready to arrive with a positive and creative attitude! If you have any questions, please contact Mrs. Hall- (clatalladihall@kgcs.k12.va.us).



## Volleyball Club

Volleyball Club will introduce and work on the basic parts of volleyball, including passing, setting, and spiking. We will also go over the rules and regulations of the game, preparing the students to join a team! Coach Allie has played volleyball for many years and coached a team at the YMCA with her kids coming in third place out of 8 teams! We will work on how to be a good teammate and player with focusing on practicing the basics. For any questions or concerns, please contact Miss Allie at acardwell@kgcs.k12.va.us



## Wildcat Chorus



Chorus is an all-year club, so Mrs. Shallenberger is not taking new applicants this semester. For questions, please email Mrs. Shallenberger (bshallenberger@kgcs.k12.va.us)