# EXHIBIT I



# Sealston Elementary Spring 2026 Club Signup Form

*All Club Responses Due no later than **MONDAY, January 12.** This form will close on **MONDAY, January 19.** Acceptance and (if applicable) Waitlist letters are planned to be provided to students the week of **MONDAY, January 19**. Clubs will start **MONDAY, January 26** and then clubs will run until **Monday, March 23. For all meeting dates: SES Spring Club Calendar**

Please review all of the information and then answer the Google form, as it applies to you. **Book Club** is offered to students in 4th and 5th grade. Students will expand their horizons by exploring different genres to discover what type of books they like best! Is it world building? Mystery? Crime? Fantasy? Classics? We will build fluency and comprehension and learn to analyze text and express our thoughts and opinions constructively. If you have any questions, please contact Ms. Fenaoui (mfenaoui@kgcs.k12.va.us).

**Card and Board Game Club** will be a mix of modern and classic games. Game Club's goal is to help students continue to develop their problem solving skills, strategy building, and critical thinking capabilities. While also helping students foster communication through teamwork and good sportsmanship. If you have any questions, please contact Ms. Miceli (jmiceli@kgcs.k12.va.us).

**Crochet Club** is designed to help students interested in the fiber craft learn the basic stitches of Crochet. Students will be able to provide a crochet hook and yarn of their own, but one will be provided for them, if needed. We are hoping that students will be able to make a granny square, a beanie, or maybe something else by the time their membership in crochet club is over! If you have any questions, please contact both Mrs. Newman (anewman@kgcs.k12.va.us) and Mrs. Resto (bresto@kgcs.k12.va.us).

**STEM Club** will provide opportunities to practice problem-solving in a teamwork environment. We will apply our knowledge of science, technology, engineering, and math in all of our activities. When presented with engineering challenges, students will be encouraged to apply the engineering design process and work in teams. Each week, be ready to arrive with a positive and creative attitude! If you have any questions, please contact Mrs. Hall- (clatalladihall@kgcs.k12.va.us).

**Volleyball Club** will introduce and work on the basic parts of volleyball, including passing, setting, and spiking. We will also go over the rules and regulations of the game, preparing the students to join a team! Coach Allie has played volleyball for many years and coached a team at the YMCA with her kids coming in third place out of 8 teams! We will work on how to be a good teammate and player with focusing on practicing the basics. For any questions or concerns, please contact Miss Allie at acardwell@kgcs.k12.va.us

**Sealston's Wildcat Chorus** is an all-year club, so Mrs. Shallenberger is not taking new applicants this semester. For questions, please email Mrs. Shallenberger (bshallenberger@kgcs.k12.va.us)

Student Grade *

- ◯ 4
- ◯ 5

Which club(s) would your child like to sign up for? (See above for information about each club)

All clubs meet at SES on Monday afternoons, 3:45-4:45 PM.

- ◯ Book Club
- ◯ Card and Board Game Club
- ◯ Crochet Club
- ◯ STEM Club
- ◯ Volleyball Club

Please select a second choice in case space does not allow for membership in your first choice of club. If we are unable to accommodate your first choice, we will do our best to make sure you get your second choice club.

- ◯ Book Club
- ◯ Card and Board Game Club
- ◯ Crochet Club
- ◯ STEM Club
- ◯ Volleyball Club