# EXHIBIT J

---------- Forwarded message ---------
From: [redacted]
Date: Tue, Jan 13, 2026 at 2:16 PM
Subject: Fwd: Sealston Clubs
To: [redacted]

Sent from my iPhone

Begin forwarded message:

> **From:** "Elia, Sandy" <selia@kgcs.k12.va.us>
> **Date:** January 13, 2026 at 1:58:26 PM EST
> **To:** [redacted]
> **Subject: Re: Sealston Clubs**
>
> [redacted]
>
> Thank you for reaching out to inquire about the clubs at Sealston. Our clubs are created by school staff as an extension of the learning that takes place during the school day. Each club is designed to provide fun, engaging and specialized learning opportunities through a variety of activities.
>
> When submitting club ideas, staff is asked to show how the club will enhance students' learning. We are really excited that our teachers have found fun and unique ways to extend the SOL concepts found throughout our curriculum standards. For example, our Specials Teachers have chosen to broaden the visual arts curriculum through Crochet Club and expand our music program with Chorus. We also have students participating in Volleyball Club this year, which directly connects to the 5th Grade Physical Education Standards.
>
> Although the names may suggest that clubs are non-academic, each club at Sealston is designed to extend learning and provide students with a variety of ways to engage with the SOL standards not only in Math and

Reading, but within our Specials classes as well.

Please let me know if you have any additional questions or concerns that I can help with.

Sincerely,

**Sandy Elia**
Principal
Sealston Elementary School
Phone:540-775-3400
Fax: 540-775-9953
Schedule a meeting time

*Every Child, Every Person, Every Day*

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.

On Tue, Jan 13, 2026 at 8:45 AM [redacted] wrote:

> Dear Principal Elia,
>
> I am writing as a parent of a 5th-grade student to ask for clarification regarding the School Board's Student Organizations policy (Policy IGDA, most recently revised on November 17, 2025) and how it is applied at the elementary school level.
>
> After reviewing the policy, I noticed that much of the language distinguishes between curriculum-related and non-curriculum-related student organizations, specifically with provisions addressing equal access for non-curriculum-related groups at the high school level, but not at the middle school or elementary level. I am hoping to better understand how this policy applies to elementary schools, particularly concerning clubs that are non-academic in nature, e.g, crochet club, volleyball club.
>
> I want to emphasize that I fully believe clubs are a vital part of schools and the larger community. They provide students with opportunities to explore

interests, build social skills, and feel a stronger sense of belonging.

My question is not intended as opposition to clubs, but rather as a request for clarity on how the policy is interpreted differently across grade levels, as we've been told the middle school is unable to have non-academic clubs.

If there is additional guidance or division-level explanation that helps explain why non-academic clubs are permitted at the elementary level, I would greatly appreciate learning more. Thank you for taking the time to consider my question and for your continued support of students and families.

Sincerely,

[redacted]

The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.