UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Z.J.W., by next friends and parents, TERESA CATOE and JOHN WHEELER;

and

A.A.P., by next friend and parent, SUSAN PARK

Plaintiffs,

v.

KING GEORGE COUNTY SCHOOL BOARD; DR. JESSE BOYD, in his official capacity as Superintendent of King George County Schools; and DR. CASEY NICE, in his official capacity as Principal of King George Middle School,

Defendants.

Case No. 3:26-cv-00775-REP

**DECLARATION OF JULIA KAHN**

I, Julia Kahn, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1. I am an attorney at ACLU of Virginia. I am one of the attorneys representing Z.J.W. and A.A.P. in the above-captioned matter.

2. I make this declaration in support of Z.J.W. and A.A.P.'s Complaint and for the purpose of transmitting to the Court true and accurate copies of the following documents, which are attached to this declaration

| **Exhibit** | **Document Title** |
|---|---|
| 1 | KGCS Letter Regarding GSA, Oct. 22, 2025 |

| | |
|---|---|
| 2 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA (adopted May 26, 1992, amended Aug. 8, 2022) |
| 3 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA-R.2 (Proposed Oct. 6, 2025) |
| 4 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA-R.2 (Proposed Oct. 20, 2025) |
| 5 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA (Proposed Nov. 17, 2025) |
| 6 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA-R.2 (Proposed Nov. 17, 2025) |
| 7 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA (Amended Nov. 17, 2025) |
| 8 | King George Cty. Sch., Policy Manual, Section I - Instruction: Student Organizations, Code IGDA-R.2 (Amended Nov. 17, 2025) |
| 9 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Sept. 22, 2025) |
| 10 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Oct. 6, 2025) |
| 11 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Oct. 20, 2025) |
| 12 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Nov. 17, 2025) |
| 13 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Dec. 8, 2025) |
| 14 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Jan. 7, 2026) |
| 15 | King George Cnty. Sch. Bd., *Regular Meeting Minutes* (Jan. 29, 2026) |
| 16 | KGCS Website, Organizational Structure |
| 17 | KGMS Program of Study (Course Offerings) 2025-2026 |

| | |
|---|---|
| 18 | KGMS Website, Activities and Clubs |
| 19 | KGMS Book of the Month Club Sign-up Form |
| 20 | KGCS Student and Family Handbook 2025-2026 |
| 21 | KGCS Website, Character Education |
| 22 | KGCS Funding Sources Fiscal Year 2027 |
| 23 | KGCS Division 2025-2026 Budget |
| 24 | Marx and Kettrey, Gay-Straight Alliances are Associated with Lower Levels of School-Based Victimization of LGBTQ Youth |

August 6, 2026

Respectfully submitted,

Julia Kahn