# EXHIBIT 2

## Explanation of Revisions

| Policy Code | Revision |
|---|---|
| **CBCA** | **Disclosure Statement Required of Superintendent**<br>Policy updated. |
| **CF** | **School Building Administration**<br>Policy, Legal References and Cross References updated. |
| **EBBB** | **Personnel Training-Viral Infections**<br>Policy updated. |
| **EEAC** | **School Bus Safety Program**<br>Legal References updated. |
| **GBI** | **Staff Gifts and Solicitations**<br>Cross References updated. |
| **IEC** | **Bill of Rights of the Constitution of the United States**<br>Policy updated. |
| **IGAH** | **Family Life Education (FLE)**<br>Policy updated to reflect amendment of Va. Code § 22.1-207.1:1 by HB 1029. |
| **IGBB** | **Programs for Gifted Students**<br>Policy and Legal References updated. |
| **IGDA** | **Student Organizations**<br>Policy and Legal References updated. |
| **KGA** | **Sales and Solicitations in Schools**<br>Footnote added for boards adopting collective bargaining.<br>Cross References updated. |

DISCLOSURE STATEMENT REQUIRED OF SUPERINTENDENT

The superintendent, as a condition to assuming employment, files a disclosure statement of personal interests and other information as is required on the form prescribed by the Virginia Conflict of Interest and Ethics Advisory Council pursuant to Code of Virginia § 2.2-3117. The disclosure statement is filed on or before the day the superintendent assumes employment for the preceding 12-month period complete through the last day of the month immediately preceding the month in which the superintendent assumes employment. However, if the superintendent assumes employment in January, the superintendent files a disclosure form on or before February 1 for the preceding year complete through December 31. Completed forms are filed and maintained as public records for five years in the office of the clerk of the King George School Board. After the initial disclosure, the superintendent files this statement annually on or before February 1.

Adopted: August 9, 2000
Revised: April 28, 2004, March 28, 2007, October 28, 2013, March 27, 2017, July 23, 2018

---

Legal Ref.: Code of Virginia, 1950, as amended, §§ 2.2-3115, 2.2-3117, 2.2-3118.2.

# SCHOOL BUILDING ADMINISTRATION

The King George County School Board, upon recommendation of the superintendent, employs principals and assistant principals who hold licenses as prescribed by the Board of Education.

A principal provides instructional leadership in, is responsible for the administration of and supervises the operation and management of the school or schools and property to which the principal has been assigned, in accordance with the policies of the School Board and under the supervision of the superintendent.

A principal may submit recommendations to the superintendent for the appointment, assignment, promotion, transfer and dismissal of all personnel assigned to the principal's supervision.

Adopted: September 28, 1992
Revised: April 20, 1994, November 9, 1994, August 9, 2000, April 28, 2004, May 13, 2013, September 9, 2013

---

Legal Ref.: Code of Virginia, 1950, as amended, §§ 22.1-78, 22.1-293.

| | | |
|---|---|---|
| Cross Refs.: | EB | School Crisis, Emergency Management, and Medical Emergency Response Plan |
| | DGC | School Activity Funds |
| | DGD | Funds for Instructional Materials and Office Supplies |
| | GCI | Professional Staff Assignments and Transfers |
| | GCN | Evaluation of Professional Staff |

© 2/22 VSBA

# PERSONNEL TRAINING-VIRAL INFECTIONS

All school personnel having direct contact with students receive appropriate training in the etiology, prevention, transmission modes, and effects of blood-borne pathogens, specifically, hepatitis B and human immunodeficiency viruses or any other infections that are the subject of regulations promulgated by the Safety and Health Codes Board of the Virginia Occupational Safety and Health Program within the Department of Labor and Industry.

Adopted: August 9, 2000
Revised: August 25, 2004, November 13, 2013, February 26, 2018

---

Legal Ref: Code of Virginia, § 22.1-271.3.

| | | |
|---|---|---|
| Cross Refs: | EBAB | Reporting of Possible Exposure to Viral Infections |
| | JHCC | Communicable Diseases |
| | JHCCA | Blood-Borne Contagious or Infectious Diseases |

# SCHOOL BUS SAFETY PROGRAM

All buses and other vehicles owned and operated by the school division are inspected for safety in accordance with the regulations prescribed by the Department of Education.

All accidents, regardless of the amount of damage involved, are reported to the transportation supervisor.

Crashes involving school buses resulting in property damage of $1,500 or more or personal injury are reported to the Virginia Department of Education at least once per month. The superintendent or superintendent's designee notifies the Virginia Department of Education of any school bus crash involving serious injuries, requiring professional medical treatment, or death within the next working day after the crash.

No person uses any wireless telecommunications device, whether handheld or otherwise, while driving a school bus, except in case of an emergency, or when the vehicle is lawfully parked and for the purposes of dispatching. Nothing in this policy prohibits the use of two-way radio devices or wireless telecommunications devices that are used hands free to allow live communication between the driver and school or public safety officials.

Adopted: November 23, 1992
Revised: June 13, 1997, August 25, 2004, January 14, 2009, September 23, 2009, May 13, 2013, February 26, 2018

---

---

Legal Refs.: Code of Virginia, 1950, as amended, §§ 22.1-16, 46.2-919.1.

8 VAC 20-70-130.

8 VAC 20-70-140.

# STAFF GIFTS AND SOLICITATIONS

Exchange of gifts between students and/or parents and staff is discouraged.

No school division employee solicits money, property, goods or services for personal use or use by staff or students during school hours on school property without written authorization from the superintendent or superintendent's designee.

Adopted: November 23, 1992
Revised: November 9, 1999, August 9, 2000, January 23, 2002, January 14, 2004, September 8, 2004, September 28, 2005, April 12, 2006, October 8, 2008, August 26, 2009, January 10, 2011, January 13, 2014, June 10, 2019

---

---

Legal Refs.: Code of Virginia, 1950, as amended, §§ 22.1-70, 22.1-78.

| | | |
|---|---|---|
| Cross Refs.: | GAH | School Employee Conflict of Interest |
| | JL | Fund Raising and Solicitation |
| | KGA | Sales and Solicitations in Schools |
| | KMA | Relations with Parent Organizations |
| | KQ | Commercial, Promotional and Corporate Sponsorships and Partnerships |

# BILL OF RIGHTS OF THE CONSTITUTION OF THE UNITED STATES

The Bill of Rights of the Constitution of the United States is posted in a conspicuous place in each school for all students to read.

Adopted: October 28, 2013

---

---

Legal Ref: Acts 2003, c. 902.

# FAMILY LIFE EDUCATION (FLE)

## Generally

The King George County School Board provides Family Life Education (FLE) based on the FLE Standards of Learning (SOL) and curriculum guidelines developed by the Board of Education. The SOL objectives related to dating violence and the characteristics of abusive relationships are taught at least once in middle school and at least twice in high school. The high school FLE curriculum incorporates age-appropriate elements of effective and evidence-based programs on the prevention of dating violence, domestic abuse, sexual harassment, including sexual harassment using electronic means, and sexual violence, human trafficking, and the law and meaning of consent. Such age-appropriate elements of effective and evidence-based programs on the prevention of sexual violence may include instruction that increases student awareness of the fact that consent is required before sexual activity. The FLE curriculum offered in any school incorporates age-appropriate elements of effective and evidence-based programs on the importance of the personal privacy and personal boundaries of other individuals and tools for a student to use to ensure that he respects the personal privacy and personal boundaries of other individuals. The FLE curriculum incorporates age-appropriate elements of effective and evidence-based programs on the harmful physical and emotional effects of female genital mutilation; associated criminal penalties; and the rights of the victim, including any civil action pursuant to Va. Code § 8.01-42.5.

The FLE curriculum may incorporate age-appropriate elements of effective and evidence-based programs on the prevention, recognition, and awareness of child abduction, child abuse, child sexual exploitation and child sexual abuse, and in any such curriculum offered in high school, human trafficking of children.

The School Board reviews its family life education curricula at least once every seven years, evaluates whether the curricula reflects contemporary community standards, and revises the curricula if necessary.

## Right of Parental Review

A parent or guardian has the right to review the family life curricula, including all supplemental materials used in the program. A complete copy of all printed materials not subject to copyright protection and a description of all audio-visual materials is made available through any available parental portal and kept in the school library or office and made available for review to any parent or guardian during school office hours before and during the school year. The audio-visual materials are made available to parents for in-person review, upon request, on the same basis as printed materials are made available.

The School Board develops and distributes to the parents or guardians of students participating in the FLE program and posts for public viewing on the division's website a summary designed to assist them in understanding the program implemented

in its school division and to encourage parental guidance and involvement in the instruction of the students. Such information reflects the curricula of the program as taught in the classroom. The following statement is included on the summary: "Parents and guardians have the right to review the family life education program offered by their school division, including written and audio-visual educational materials used in the program. Parents and guardians also have the right to excuse their child from all or part of family life education instruction."

Adopted: June 22, 1992
Revised: August 9, 2000, March 23, 2005, November 16, 2009, September 26, 2011, January 27, 2014, September 28, 2015, February 27, 2017, August 13, 2018, July 15, 2019, April 28, 2021, July 12, 2021

---

Legal Refs.: Code of Virginia, 1950, as amended, §§ 22.1-207.1, 22.1-207.1:1, 22.1-207.2.

| | | |
|---|---|---|
| Cross Refs.: | BCF | Advisory Committees to the School Board |
| | IIA | Instructional Materials |
| | INB | Teaching About Controversial Issues |
| | KLB | Public Complaints About Learning Resources |

PROGRAMS FOR GIFTED STUDENTS

The King George County School Board approves a comprehensive plan for the education of gifted students that includes the components identified in Board of Education regulations. The development process for the plan includes opportunities for public review of the school plan. The plan for the education of gifted students is accessible through the division's website and printed copies of the plan are available to citizens who do not have online access.

The school division has uniform procedures for screening, referring, identifying, and serving students in kindergarten through twelfth grade who are gifted in general intellectual or specific academic aptitude.

The school division provides written notification to and seeks written consent from parents and legal guardians to conduct any required assessment to determine a referred student's eligibility for the division's gifted education program, and to provide services for an identified gifted student in the division's gifted education program.

The School Board may establish a local advisory committee composed of parents, school personnel, and other community members appointed by the School Board. The committee will reflect the ethnic and geographical composition of the school division. If established, the committee will annually review the division's plan for the education of gifted students, including revisions, and determine the extent to which the plan for the previous year was implemented. The findings of the annual program effectiveness and the recommendations of the committee will be submitted annually in writing to the superintendent and the School Board.

Adopted: June 22, 1992
Revised: August 9, 2000, March 23, 2005, August 27, 2008, April 11, 2011, February 25, 2013

---

Legal Refs.: Code of Virginia, 1950, as amended, §§ 22.1-16, 22.1-18.1, 22.1-253.13:1.

8 VAC 20-40-40.

8 VAC 20-40-55.

8 VAC 20-40-60.

Cross Refs.: BCF Advisory Committees to the School Board
IKEB Acceleration

# STUDENT ORGANIZATIONS

## Generally

Public school facilities are devoted primarily to instructional programs and school-sponsored activities. Curriculum-related student organizations are an extension of the regular school program. Their function is to enhance the participants' educational experience and supplement course materials. The activities of these organizations should bear a clear relationship to the regular curriculum.

Secondary school students may organize and conduct meetings of noncurriculum-related groups. Any secondary school which permits one or more noncurriculum-related student group to meet on school premises during noninstructional time provides equal access to any students who wish to conduct a meeting without discrimination on the basis of the religious, political, philosophical, or other content of the speech at such meetings.

Noncurriculum-related student groups may use school facilities provided that

- the group's meetings are voluntary and student-initiated;
- the group is not sponsored by the school, the government, or any government agent or employee;
- agents or employees of the school or government are present at religious meetings only in a nonparticipatory capacity;
- meetings do not materially and substantially interfere with the orderly conduct of educational activities at the school; and
- nonschool persons do not direct, conduct, control, or regularly attend activities of the group.

## Meetings of Student Organizations

The principal of each school determines the times and places which are available for the meetings of student organizations. The principal also develops procedures for scheduling meetings of student organizations. Meeting times are limited to non-instructional time.

## Faculty Involvement

Curriculum-related student organizations must be sponsored and supervised by one or more school faculty members and approved by the principal. Faculty sponsors participate in the supervision and direction of all activities of the organization and attend all meetings and activities.

Noncurriculum-related student organizations do not have a faculty sponsor. However, a member of the school's staff attends every meeting or activity of such organizations in a nonparticipatory capacity for purposes of general supervision. The organization is responsible for assuring the presence of a staff member for its meetings.

No school employee is compelled to attend a meeting of any student organization if the content of such meeting is contrary to the beliefs of that school employee.

Compliance with Law and Policy

Student organizations shall not engage in any activity which is contrary to law, division policy, or school rules; which disrupts or clearly threatens to disrupt the orderly operation of the school; or which would adversely affect the health, safety or welfare of any students or staff members. Failure to comply with these provisions is grounds for disciplinary action.

Adopted: May 26, 1992
Revised: July 12, 1995, August 9, 2000, March 23, 2005, February 25, 2013

---

Legal Refs.: 20 U.S.C. § 4071.

Code of Virginia, 1950, as amended, § 22.1-23.3.

Cross Refs.: KF Distribution of Information/Materials
KG Community Use of School Facilities

SALES AND SOLICITATIONS IN SCHOOLS

No one may sell or offer for sale, within the schools, on school grounds, or at school-sponsored activities, any product or service except when the sale will benefit the educational program of the schools.

Solicitations for contributions to charitable organizations, dues for employee organizations, contributions for the benefit of professional organizations, or for school organizations may only be made outside school hours. Individual discussions between school division employees during school hours are not prohibited.

Adopted: August 9, 2000
Revised: October 12, 2005, January 14, 2009, June 10, 2019

---

Legal Refs.: Code of Virginia, 1950, as amended, § 22.1-78.

| | | |
|---|---|---|
| Cross Refs.: | DJG | Vendor Relations |
| | GAB/IIBEA | Acceptable Computer System Use |
| | GAH | School Employee Conflict of Interests |
| | GCQAB | Tutoring for Pay |
| | JL | Fund Raising and Solicitation |
| | KG | Community Use of School Facilities |
| | KJ | Advertising in the Schools |
| | KK | Visitors to the Schools |