# EXHIBIT 5

| | |
|---|---|
| Book | Policy Manual |
| Section | Section I - Instruction |
| Title | Student Organizations |
| Code | IGDA |
| Status | Active |
| Adopted | May 26, 1992 |
| Last Revised | August 8, 2022 |
| Prior Revised Dates | 07/12/1995; 08/09/2000; 03/23/2005; 02/25/2013; |
| Origin | © 2/22 VSBA |

## STUDENT ORGANIZATIONS

### Generally

Public school facilities are devoted primarily to instructional programs and school-sponsored activities. Curriculum-related student organizations are an extension of the regular school program. Their function is to enhance the participants' educational experience and supplement course materials. The activities of these organizations should bear a clear relationship to the regular curriculum.

~~Secondary school~~ King George High School students may organize and conduct meetings of non-curriculum-related groups. ~~Any secondary~~ King George High School ~~that permits one or more non-curriculum-related student groups to meet on school premises during non-instructional time~~ provides equal access to any students who wish to conduct a meeting without discrimination on the basis of the religious, political, philosophical, or other content of the speech at such meetings.

Non-curriculum-related student groups may use school facilities provided that

- the group’s meetings are voluntary and student-initiated;
- the group is not sponsored by the school, the government, or any government agent or employee;
- agents or employees of the school or government are present at religious meetings only in a non-participatory capacity;
- meetings do not materially and substantially interfere with the orderly conduct of educational activities at the school; and
- nonschool persons do not direct, conduct, control, or regularly attend activities of the group.

### Meetings of Student Organizations

The principal of each school determines the times and places which are available for the meetings of student organizations. The principal also develops procedures for scheduling meetings of student organizations. Meeting times are limited to non-instructional time.

**Faculty Involvement**

Curriculum-related student organizations must be sponsored and supervised by one or more school faculty members and approved by the principal. Faculty sponsors participate in the supervision and direction of all activities of the organization and attend all meetings and activities.

Non-curriculum-related student organizations do not have a faculty sponsor. However, a member of the school's staff attends every meeting or activity of such organizations in a non-participatory capacity for purposes of general supervision. The organization is responsible for assuring the presence of a staff member for its meetings.

No school employee is compelled to attend a meeting of any student organization if the content of such meeting is contrary to the beliefs of that school employee.

**Compliance with Law and Policy**

Student organizations shall not engage in any activity which is contrary to law, division policy, or school rules; which disrupts or clearly threatens to disrupt the orderly operation of the school; or which would adversely affect the health, safety or welfare of any students or staff members. Failure to comply with these provisions is grounds for disciplinary action.

| | |
|---|---|
| Legal | 20 U.S.C. § 4071. |
| | Code of Virginia, 1950, as amended, § 22.1-23.3. |
| Cross References | KF - Distribution of Information/Materials |
| | KG - Community Use of School Facilities |