# EXHIBIT 6

NON-CURRICULUM STUDENT ORGANIZATIONS

1. Non-curriculum based student organizations that wish to organize under Policy IGDA must submit the application for forming student organizations to the building principal prior to soliciting interest from the student body. The submitted application for a proposed new student organization shall include:

    a. Name of Organization;
    b. A general statement of the purposes of the organization;
    c. Parental permission form completed and signed.
    d. Name of the professional staff member who will attend the meeting in a non-participatory capacity and for custodial purposes only;
    e. Proposed Constitution and Bylaws;
    f. A description of the qualifications for membership, if any;
    g. A list of proposed Officers;
    h. ~~A list of at least ten (10) students who wish to serve as members~~;
    i. Proof of written parental permission to form and/or join such student organization; and
    j. A tentative meeting schedule, including dates and location(s) of the meeting.

2. Any non-curriculum student organization previously organized under Policy IGDA that is seeking to meet during subsequent school years shall submit a written renewal form prior to meeting during the current school year. The renewal form shall include the following information:
    a. Name of Organization;
    b. Any changes that have occurred or are proposed to the items furnished in the initial application;
    c. Copies of any changes that have been made to Constitution or Bylaws;
    d. A list of Officers;
    e. A list of students who are currently members;
    f. Proof of written parental permission from each member to renew such membership to student organization
    g. A tentative meeting schedule, including dates and proposed location(s) of the meeting.

3. If the student organization does not inform the principal of its intent to continue the organization for the current school year, the student organization will become inactive. Should the student organization want to become active, a written notice must be submitted to the principal with the information noted in bullet two of this Regulation.

4. The building principal shall review the application and such other information as he or she considers appropriate and shall approve or disapprove the recognition of the organization within ten (10) school days after receipt of the application. The principal's decision shall be in writing and a copy shall be given to the faculty sponsor/supervisor or

the professional staff. If the application is disapproved, the principal shall state the reasons for the disapproval in the decision. The principal will send notice to the School Board Office of all approved and/or disapproved student organizations for review by the superintendent and School Board members.

5. Any student submitting an application may appeal the principal's decision by submitting a written appeal to the superintendent or his/her designee within five (5) school days after receipt of the principal's decision. The written appeal shall state the reasons for the appeal and shall enclose copies of the application and the principal's decision. The superintendent or designee shall review the appeal and such other information as he or she considers appropriate and give a written decision within ten (10) school days after the receipt of the appeal. The decision of the superintendent or designee is final.

6. The principal or superintendent may revoke recognition of any student organization at any time upon his or her own initiative or for good cause, including any violation of Policy IGDA. Revocation by the principal may be appealed to the superintendent or his/her designee in the same method and under the same time limits as provided above. Revocation by the superintendent is final.

7. All students proposing a club or joining a club must have the parental permission form completed and signed.