# EXHIBIT 9

**King George County School Board**
**Regular Meeting**
**September 22, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

**TABLE OF CONTENTS**

School Board Members Present ____ 2
Others in Attendance ____ 2
Call to Order ____ 2
Invocation ____ 2
Pledge of Allegiance/Opening ____ 3
Moment of Silence ____ 4
Public /Employee Comments ____ 4
Superintendent Comment ____ 11
Changes to the Agenda ____ 12
Presentations ____ 12
  Food Services Operation - Ms. Anita Davis ____ 12
  IEC Pre-apprenticeship Opportunity - Ms. Terri Rinko ____ 15
Student Representative Comment ____ 18
Consent Agenda ____ 19
  Meeting Minutes: September 8, 2025 Regular Meeting; September 8, 2025 Work Session ____ 19
  Donations ____ 20
Action Items ____ 20
  26-27 & 27-28 Instructional Calendar ____ 20
Discussion Items ____ 23
  Policy Manual Updates ____ 23
Information Items ____ 24
  Committee Reports ____ 24
Superintendent's Report ____ 25
Board comment ____ 26
Closed Meeting ____ 29
Return to Open Meeting ____ 29
Action Resulting from Closed Meeting ____ 30
Adjournment ____ 30
Copy Attest ____ 30

**Regular Meeting Minutes**
**September 22, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

## SCHOOL BOARD MEMBERS PRESENT

Cathy Hoover, Chairman
Colleen Davis, Vice-Chairman
David Bush
Ed Frank
Carrie Cleveland

## OTHERS IN ATTENDANCE

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

## CALL TO ORDER

**Cathy Hoover:** I'd like to call to order the meeting of the King George County School Board.

## INVOCATION

**Cathy Hoover:** Invocation this evening will be led by Pastor Sherman Davis.

**Pastor Sherman Davis:** Thank you school board, students, superintendent, parents, and students. It's an honor to be able to be part of this and lead in a word of prayer. Thank you for the invitation. Our Heavenly Father, we do bow in thanksgiving. We thank you Lord that we live in a great country where we can bow our hearts and our heads in prayer, and come boldly before the throne of grace. And we're thankful that it is a throne of grace. And so, Lord, as we come, we confess Lord, our many shortcomings tonight, our unfaithfulness. We're not always concerned with that which concerns you. Lord, we become enamored with our own cares, our own crises, our own concerns, and Lord, our own ambitions. We go for days without remembering your passion for the lost world. We go for months without witnessing actively for you. And Lord, we go for years without building an eternal foundation of gold, silver, and precious stone, because we're so busy working on that wood, hay, and stubble of this life. Lord, redirect us, revive us, restore our passions for your passions, restore our concerns for your heart's cries, and use us for your glory, that we might be found faithful, as the Bible says, in all things. May we be Christ-like.

Our Lord is distinct from this world, our morality, Lord our moods. Lord, even we Christian folks,

spend their money differently than the world. May our mouth, Lord, have dialogue, may we communicate with each other as Lord, Charlie Kirk so desperately tried to get across to talk, and to talk things out. May our manners be different. May we put on meekness, Lord, put on kindness. And Lord, may we be as harmless as sheep, as innocent as doves, as bold as a lion, as precious as a sparrow. Truly, may meekness, and kindness, and love, be in our hearts, that this world may know we love them and are concerned about this nation, our teachers, our students, our children. Lord, that we might be more intent about what you would have us to do. May we see Jesus. May our hearts be filled with the things that Lord moved him, and we be Christ-like. Again, we pray for our teachers, those who desire prayer. We pray for our superintendent and the school board. Lord, the students at King George, those who desire prayer, we lift them up, Lord, before you. Lord, I wish that I knew all of their names, I'd call them. But Lord, we just ask you that you would do what only you can do tonight, speak to hearts. Move, in the only way you can move. Lord Jesus, we praise you and thank you for all that you accomplished in the wonderful, wonderful name of Christ we do pray. Amen and amen.

**Cathy Hoover:** Thank you, Pastor Davis.

## PLEDGE OF ALLEGIANCE/OPENING

**Cathy Hoover:** The Pledge of Allegiance this evening, will be done by Potomac Elementary School's fifth grade class, Mr. Pacelli.

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one nation under God, indivisible, with liberty and justice for all.

**Cathy Hoover:** Remain standing for a moment of silence.

**Cathy Hoover:** Thank you. We would love to ask Mr. Pacelli's class some questions. If you would please go to the podium.

**Mr. Pacelli:** Good evening. I'm Mr. Pacelli, fifth grade teacher at Potomac Elementary, and we have a song for you. I am the math teacher, and fifth grade math can be challenging, and students sometimes struggle and get a little upset and angry if they don't know the answer right away. So, I try to find unique ways to get them to know their stuff. So, this is a song about prime and composite numbers. And then we can take questions after that.

**Students:** Prime. Prime. Prime. Prime. Prime. I'm Prime, P-R-I-M-E. Only factors are 1 and me, factors that divide evenly. 2, 3, 5, 7, 11. I'm prime, P-R-I-M-E. Only factors are 1 and me, factors that divide evenly. 13, 17, 19, 23, 29. I'm Prime, P-R-I-M-E. Only factors are 1 and me, factors that divide evenly. 31, 37, 41, 43, 47. I'm Prime, P-R-I-M-E. Only factors are 1 and me, factors that divide evenly. 53, 59, 61, 67, 71. I'm Prime, P-R-I-M-E. Only factors are 1 and me, factors that divide evenly. 73, 79, 83, 89, 97. Yeah! Representing Prime 1-100. Let's go! 2, 3, 5, 7, 11, 13, 17, 19, 23, 29, 31, 37, 41, 43, 47, 53, 59, 61, 67, 71, 73, 79, 83, 89 and 97. Yeah! Yeah! Prime numbers! Prime numbers!

**Cathy Hoover:** Thank you, students, and Mr. Pacelli. How long did it take you to memorize the song?

**Mr. Pacelli:** Did you all memorize? We started this topic about a month ago already, actually. And we played it... I played it for about a week or so, two, three times a class.

**Cathy Hoover:** Good job. Mr. Bush, I'm sure you have a question.

**David Bush:** You always say it, because you know I always say it. Okay, in math class, I appreciate that you're learning, and it can be a tough year for math. But what would be... One of you answer this. What would be the most difficult thing to learn so far in math this year? Or you can include last year.

**Student:** Multiplication.

**David Bush:** Multiplication? Do you know your multiplication tables? That's good. All right. What's been the easiest thing to learn?

**Student:** Addition.

**David Bush:** Addition. Okay. All right. Thank you.

**Cathy Hoover:** Thank you, students. Does anybody else have a question?

**Carrie Cleveland:** I don't have a question, but I have a comment. Thank you for this lesson. I appreciate it. Sometimes, these math lessons come home from school. I do math every day, and it's so hard, so I love having these reminding songs that I can go back to. So, I appreciate you guys teaching us this lesson today.

**Colleen Davis:** Yes. Thank you for coming out and doing that. And what's going to be funny about this is like 20, 30 years from now, you're still going to be doing your prime numbers with this song.

**Amanda Higgins:** Ms. Hoover, could we take a picture?

**Cathy Hoover:** Sure. Thank you again.

**Mr. Pacelli:** Thank you.

**Amanda Higgins:** If you guys want to stand right up front. Okay. Mr. Pacelli, could take one step that way please? Perfect. 1, 2, 3. All right. You guys stay right there, and I'll get out of the was so your parents can come take pictures, if they'd like to. Any parents who want to take a picture?

**Mr. Pacelli:** Thank you, guys.

**MOMENT OF SILENCE**

**PUBLIC /EMPLOYEE COMMENTS**

**Cathy Hoover:** Next on the agenda is public comment. If you would like to speak during public comment but have not yet signed up, please see the clerk now. Public comment is an opportunity for community members to share matters they believe deserve the board's attention. It's time for one-way conversation to the board, not a forum for dialogue or debate. All speakers are treated equally, and comments should be courteous, respectful, and related to the school division services or policies. Audience members are expected to maintain proper decorum. Speakers will be recognized by the chair, and asked to state their name, their connection to the school division, and their magisterial district. Each speaker has up to three minutes to comment. Our first speaker

this evening is Chris Tremaglio.

**Chris Tremaglio:** Good evening. My name is Chris Tremaglio. I'm a resident in the Dahlgren District, and I am a parent of a child in this school. I'm concerned about the path that this county is taking in our schools. It's bad enough that the Department of Education is being dismantled in D.C., but now in our own county, we have a situation where in one week, a speaker for Constitution Day, that claims to celebrate the beliefs of the Constitution, and then proceeds to violate the Establishment Clause of the freedom of religion right, but promotes Christian values to students who may be Jewish, Muslim, agnostic, or even atheist. The hypocrisy isn't lost on me. And that same week, the county is up in arms about a Gay-Straight Alliance, and the accusations by uninformed individuals about this club. If you look at your own mission statement for the King George schools, they talk about having students inspire students in a caring, safe, and healthy learning environment. That's not too much different than what the club is trying to propose. I don't envy you. You have to make tough decisions. But as I tell my children at home, what's always right, isn't always popular. And what's always popular, isn't always right. I hear some people say that the schools are grooming the kids. I'm a teacher myself, not in this district, but no one is trying to change a child's orientation. That's absurd, and it's truly ignorant. If you think we as teachers have some special power over the kids, that we could change their orientation, don't you think we would do it so that we could have them, at least, do their homework? Do you really want to prevent a club, which is simply a Gay-Straight Alliance, one that creates a safe, supportive, and inclusive environment? Your fears have reached a new high, and your actions have reached a new low.

We're supposed to be giving people rights, not taking them away. Don't wait until later in life until you realize you made a mistake. A club that wants to educate and eliminate ignorance and bigotry, I think is great. And if you don't like it, don't join. Don't send your child. But being a child is hard enough. Let's not make it harder. But save me outrage when people say, freedom of speech, when you really mean freedom of your speech, but not others. Save me the outrage when you say, don't tread on me, but what you really mean is, don't tread on me, but I will definitely stomp on you. And save me the outrage when people say, freedom of religion, as long as it's my version of Christianity. If you leave nothing with here tonight, please remember, that books like, 'Fahrenheit 451,' '1984,' and 'The Handmaid's Tale,' and other classic books, are meant to be a warning, not an instruction manual. Thank you.

**Cathy Hoover:** Thank you. Susan Park.

**Susan Park:** Good evening. My name is Susan Park, and I'm a parent of two students who attend King George County Schools, and I live in the James Madison District. I'm here today to speak in support of the proposed GSA Club at the middle school. First, a slight digression... It may seem like a digression. Have any of you watched the Netflix movie, 'K-Pop Demon Hunters?' It's a fun movie, right? It might seem like a standard cartoon at first, but a few minutes in, you'll realize it's about something much deeper. Rumi, the main character, hides glowing patterns on her arms, proof that she's part demon. Beneath her smooth surface, she's afraid that this part of herself makes her unlovable, unworthy, unsafe; so, she hides it. And that's shame in its truest form, the fear that showing our true selves will make others turn away from us. And in the movie, the villain doesn't attack with weapons, but with whispers of shame. "You don't belong. No one likes you." In school, our kids deal with that fear every day. But in the movie's turning point, Rumi shows what she's been hiding, and instead of rejection, her friends pull her closer. And maybe that's why kids and adults are connecting so deeply to this movie. It's about the dream every kid carries, "Can I show all of myself and still be included and have friends and be loved?"

And in my family, the answer is, yes. And in our community, don't we want that for every kid? For

them to know that it's okay to be who they are? These clubs are not about politics, ideology, or promoting a lifestyle. They're about safety, belonging, and kindness. They give students, some of whom feel very alone, a place to be accepted and to know they matter. The truth is, LGBTQ+ students are at higher risk of bullying, depression, and even suicide. Research shows that schools with GSAs see lower rates of harassment and stronger school communities. When these students feel safe, the entire school climate improves for everyone. And GSA clubs are protected by law. The Equal Access Act of 1984, states that any public secondary school, which includes middle schools, that allows extracurricular student clubs, cannot discriminate against clubs based on the content of their speech or the identity of their members. If a school were to pause or deny a GSA, it would legally need to pause or deny all non-curricular clubs. That means the Christianity Club or Rugby Club. These laws are clear. GSAs are not optional in the legal sense. They're protected by law. And to halt a club in this way is discrimination. So, I hope you will let compassion, fairness, and our shared commitment to our children's wellbeing guide you. Thank you.

**Cathy Hoover:** Thank you. Next, we have [redacted].

[redacted]**:** Hello. My name is [redacted]. I live in the James Madison District and attend King George Middle School as a student in the eighth grade. I am in support of GSA. When King George Middle School took down our club without it even really being given a chance to start, they were once again choosing the easier side of the oppressor. The school is already divided. This is just picking a side. Equality hurts no one. Safety hurts no one. Self-expression hurts no one. Removing a club created for equality, safety, and self-expression, hurts many. You are saying to every single student that they have no place in your school. This club will do nothing to you. This club will do nothing to hurt you. But for me, to the people this is for, it means that my school sees me. So, to me, this club is worth fighting for. I think we're worth fighting for. Others' opinions are not of more importance than my existence. If you are uncomfortable with a club, just ignore it. If you are uncomfortable with me, ignore me. At the end of the day, it's not about politics or religion, but being a decent human being. A lot of you forgot how to do that. My name is [redacted]. I want to be safe in my school. Thanks.

**Cathy Hoover:** Sherman Davis.

**Pastor Sherman Davis:** My name is Sherman Davis, Pastor Davis. And I'm here tonight to represent the BIBLE. That's Basic Information Before Leaving Earth. And I did not realize the agenda tonight, but I would like to say that I have a brother that committed suicide. He was of that persuasion. My sister committed suicide. I was a member of the... Fixing to join the Warlocks Motorcycle Gang in Martinsville, Virginia. I was raised in a bootlegger's home, and was a drunkard. Saw everything on the other side. I love my brother and I love my sister. Both of them were involved in homosexuality. And I went to preach at both of them's funeral. He loved me and I loved him. I did not approve of his lifestyle. He visited me and I visited him. I visited him in his home with his partner, Lyndon Merlin. But I did not mean to come to say that tonight.

The scripture says in John 9:4, "I must work the works of him that sent me while it is day; Night cometh when no man can work." This is about a mission. It's about the mission, the divine mission that God gives us as Christians. He said we must work the works of him while it is day. In other words, it's urgency involved in this mission. It's referring to the limit of time for ministering God's work. And time is becoming short because of maybe our age, maybe because of illness. Our time is short, maybe because of persecution. End of life, or the rapture of the church, where God takes out the believers, or the tribulation period begins. "The night cometh," and it's coming, "where no man can work." And so, while it is day, he means for us to seize the time partnership with God. The day means there's limited period of time. The night, means opportunity will cease. This world

is in darkness so Jesus had to come. And in him, was the light of men for all humanity. And what Jesus Christ accomplished on the cross was atonement by his shed blood, being the son of God, God-man, that he was able to deal with our sin. We're all broken, and we all need forgiveness, and we all need Jesus. God bless you. Thank you.

**Cathy Hoover:** Melissa Hatch.

**Melissa Hatch:** Okay. Good evening. My name is Melissa Hatch. I am here on behalf of the creation of the GSA. I am a parent of two students at the King George Public School system, and I'm a resident of Dahlgren. I'm a national board-certified teacher, and my school has a GSA, so I can speak on that behalf. The school where I teach has this, and is a great opportunity for students to come together to show respect and support for one another. This is a club that represents kindness, compassion, and acceptance. And that is what we have to make sure we understand. As a school community, we say we focus on this, I, in kind. Kindness is not just holding the door open for someone, or saying please or thank you. Kindness is looking past one's differences and not being mean to others. How is the community demonstrating kindness to our student population by stopping a club before it starts? What kind of example does that set for our younger generations?

Students at any school are all the same. They are looking for someone to listen and to understand them, to show them compassion. Many times, students at this age do not feel comfortable talking to family members about what is occurring in their lives. They are looking for people who demonstrate compassion, and who are willing to listen to them, for people to see them for who they are, not who they think they should be. Why are we not allowing a club where students can feel safe and be themselves? Is it fair to not allow all students a place where they can feel safe? That's important for us to be reflective on. Finally, this group is about acceptance. Acceptance is something everyone looks to have. Even adults, we want to be accepted. Everyone wants to be seen for who they truly are, their real selves. This group provides a time where students can meet and not fear judgment by their peers or their community.

This is not a group that has mandatory attendance. Students can choose to come, or they don't have to. They can support their friends. It's optional. So why are we scared of an option? We want to teach our children to combat bullying. In our FoxBytes newsletter in the middle school, it has a campaign against bullying. This is a form of bullying because we're not accepting the differences of others. If we want our children... If we want to raise our children to be kind, compassionate, and accepting, we need to lead by example. We need to allow this group to meet, to flourish, and to feel accepted. As we adults, we need to set the example. We need to show all love, compassion, and respect. Thank you.

**Cathy Hoover:** John Wheeler.

**John Wheeler:** My name is John Wheeler. I live in the Shiloh District. I have had three students graduate from King George, and I have one currently in King George Middle. I hate public speaking, so I'm sorry if I pause a lot. I wish I could be as eloquent as so many other people in here. When I went to West Potomac High School, I had gay friends. We didn't have a GSA Club, and my friends, they were not allowed to talk. Well, they were, but they were afraid to. I know the student that asked to have this club created. I know that she was not influenced by any groomers or any adults. I think this club should exist. I just found out today that the high school has one, so I don't even know why this got put on pause. I wish I was better at public speaking, but that's where I stand. I really think we ought to let this and let kids meet. Like somebody just said, I think it was you, that it's not mandatory. It's voluntary. If you don't want your kids going there, don't let

your kids go to it. I think it's an after-school club? Yeah. You control your kids' time. If you don't want them to go, don't let them go. But they should be able to meet if they want to. Thank you.

**Cathy Hoover:** Dawn McVicker, I think.

**Dawn McVicker:** So, I'm going to apologize to start off with, because I didn't write anything because this was a sudden thing to support my friend. Hi, my name is Dawn McVicker. I'm from James Monroe District. Sorry, didn't really know what that was till today. I have one child that just graduated from King George, another one who's currently in King George, as well as a granddaughter who is also in King George. I'm the mother of five. Most of my girls fall on the rainbow spectrum, and I love all of them. I would never begrudge them for how they feel. My older girls, because we were in a different state, they all belong to the GSA, whether they were straight or not. That club taught them, besides what we taught them at home, but gave them to be more accepting. There were better friends for anybody, whether at a different race, a different thought pattern. It taught them to critically think. And as parents and educators, that is supposed to be what we are doing. We are supposed to teach them to critically think, to be good human beings. And a club like GSA, does that. It also, believe it or not, teaches them to not be promiscuous, to honor their body in whatever way they see fit. My children that went through it in the other state that we lived in, all of them got to college without having underage intercourse. Being better partners, and I really believe that club did a lot to teach them that.

And what is the harm of having a club that allows your child to be accepted? During COVID, my one daughter that just graduated, thought that she was trans. and she felt very alone and very isolated. There were teachers in the junior high that were amazing. The guidance counselors were amazing. They helped her. They called me, wanted me to know, which I'm kind of on the fence about. I happen to be accepting, but I don't know if other parents would be. I knew already, but that teacher and guidance counselor was amazing and was a support for her. She has figured out that that was not her case. And a club like this, would help a child figure that out more, that I'm not trans, or maybe I'm not gay. Maybe I'm just questioning, because that's what they're doing. Their sexual identity, their orientation, is starting before they get to junior high. So, what is the problem with talking about it? As a parent, I don't want my child to do something, they don't do it. If you're afraid of your children being around people that are different than them, then homeschool them. Keep them out of the district. Keep them out of clubs. Go to people who believe the same as you. Thank you.

**Cathy Hoover:** Katy Evans.

**Katy Evans:** Good evening. My name is Katy Evans. I'm the proud grandmother of multiple children in King George Schools. And I'm from the Dahlgren District. And I would like to say a prayer for and in support of the children in the Gay-Straight Alliance. "O gracious Goddess of love and light, protect them now with all thy might. Watch over the children with care, so they may avoid prejudice's snare. Hail fair Goddess, protector of night. Banish all evil prejudice from their sight. Send it far away from them. So, it is said. So, mote it be. Blessed be."

**Cathy Hoover:** Carey Smith.

**Carey Smith:** Hello. I'm very blessed. I have been a mom for a very long time. I have eight children, four of which are in King George Schools. I have very strong feelings about the GSA. I believe that, I, as a parent, did not appreciate that my 13-year-old daughter came home and asked me very specific questions about, didn't God create man to be with a woman and vice versa? And opened up these conversations. I was not ready as a parent to have those conversations with my

13-year-old. I did not like the way the school sent the emails to the students, as opposed to the parents. I did not like that our school board members did not know that this email was not going to be sent out. So yes, these clubs are protected under Equals Access rights. We also have rights as parents. So, under the FOIA Act, that's a request for Freedom of Information Act. Amanda Higgins is responsible for that in the schools. I really would encourage everybody to research that act and know what your rights are as a parent. I would also say that I agree that it is government protective, but citizens can request the meeting notes. I specifically asked the principal of the school if I can attend the meetings and I didn't get a response. So, I would say that no response, is a response. As a Christian conservative, I believe that if you want to have the club, then you should have both sides represented. Okay, if you're going to have a teacher that is heading up the club that we can tell by her public post, the way she votes, and what she believes in, and her safe places for students, I applaud that. I'm just asking for representation on the other side. Parents can volunteer and participate in these school clubs. The teachers are required by the admins for approvals to start the club. Like I stated before, I did not like how they went about sending the email out. I did not like it at all. Also, too, there are equal rules for all clubs. So, if a school board... If a school had a meeting, a GSA meeting, the same rule would be applied to all other student-led clubs, all non-curricular clubs.

**Cathy Hoover:** Thank you, Ms. Smith. Melissa Phipps.

**Melissa Phipps:** Hello, I'm Melissa Phipps. I'm from the Shiloh District. We have two kids that graduated, and then three others in the King George County Schools. And I love King George County Schools. I think everybody works together and does a really great job. And I think everyone cares and wants to accept and make sure that our kids feel safe in schools, and that they are treated with kindness. I agree that the way that this club was initiated and sent out to the students, knowing how controversial this topic can be, was done incorrectly. And I think there is some fault to that. I'm glad that our community is talking about it, and I'm glad that we are, at least, trying to figure out what's best for our entire community, and not just one side or one set of kids. I've always loved kids a lot. They're our future. Everybody knows that. But I feel we should have a club that is a safe space, but it should represent everyone. And I feel like they should be being taught. And as we work through, maybe they're not trans, maybe they're not gay. We can talk about these things. They should have all the viewpoints and they should be shared. I am not familiar with the Gay-Straight Alliance Club. I think high school is more appropriate for it. I don't think middle school is the time, especially with entering sixth graders, especially when parents may not have had those discussions on gender ideology or their sexuality.

And I don't feel like the public-school system is where that is supposed to be discussed. It should be discussed with their parents. And if these clubs are existing and they're afraid of their parents, that's one thing. We can help with those relationships, but I don't think they should be talking about these with other kids and adults without the parents being aware of it. I am for having these types of clubs, but I think we need to give second thought to what the naming of the club is and what was written in the description of the club in the email, I think was too much. I don't think middle schoolers should be talking about their sexuality, and so forth, like that. I also wanted to say I didn't know about this meeting, so I didn't prepare anything at all whatsoever because I was out getting prizes for bingo night at King George Elementary School this Friday night. So, if anybody wants to come out to King George Elementary School Friday night, we're going to have lots of cool bingo prizes. Thank you.

**Cathy Hoover:** William Holcomb.

**William Holcomb:** Good evening. My name is William Holcomb and my daughter goes to King

George Middle School. And I just want to speak out against the GSA club. And I think we can all agree that we desire to support, protect, and guide children. But the question really comes down to what is... How do we do that best? How do we best support, guide, and protect the children that we have? And I wanted to mention a few ideas regarding that. Number one, it's my personal belief that heterosexuality is the highest good of every human sexual relationship because it has the ability to produce offspring. And by the way, everybody that's here is here because of a heterosexual relationship. And so, we want to promote what is the highest good for our students. In addition to that, heterosexual relationships provide the opportunity for a biological family, which is the foundation of human society and the greatest possible blessing, I believe, that a person can have. I think the GSA club, in a way, promotes a sort of, 'Lord of the Flies,' sexual identity for our children, where they're just in this club and they have no guidance, no sound, reasonable guidance with anybody that's mature and has discretion. And so, anything goes in that situation. I also think that it's concerning that when the school promoted the club, they didn't send emails to parents, they just sent it directly to students. So, to me, that shows some kind of intention that seems to be nefarious.

In addition to that, I would mention that the LGBTQIAA group is a very diverse group, which also includes transgenderism, which, as we know, is the mutilation of one's genitals in an attempt to change their biological sexuality. And this is very concerning because the UN has stated that gender mutilation for non-consenting individuals is a human rights violation and a crime against humanity. And so, we have to ask ourselves, when we're bring kids into this environment, and we're encouraging these questions that are best had at home with parents, what are we doing to them? Gender dysphoria is a long documented psychological disorder that exists. And are we going to encourage kids down this path of psychological disorder? Are we going to promote what is the best possible good for their life? Which I believe is heterosexuality and their biological gender. And I think that if we're honest with ourselves, we would say this is actually true. And so, we have to make the hard decision, do we want to protect our kids or do we want to appease the darkest parts of their identity and their feelings? Thank you.

**Cathy Hoover:** Dave Riley.

**Dave Riley:** Hi, I'm Dave Riley. I'm a teacher at the middle school and a resident of King George. I'm here to speak out in favor of the GSA. First off, these clubs save lives. That's just a fact. Middle school is hard for everyone, but students who are struggling... Not struggling, but who are figuring out their identity, who they are, are especially vulnerable. They're very vulnerable to suicide, suicidal ideation, suicidal attempts. They're much more likely to develop substance abuse problems. They're more likely to be victims of bullying. These clubs save lives. Secondly, they're protected. Our students do not surrender their First Amendment rights when they enter our schools. This has been established as these clubs are legal. It's gone to court several times and the clubs win. They will win this time, if it comes to that. As a resident of King George, I don't think a good use of my tax money is to defend this. And frankly, I think the students who are advocating for this, I really admire them. They're standing up for what they believe in. They're advocating for themselves and they're doing it knowing that there's going to be pushback. And I just want to say I admire that. And lastly, I understand the concerns that middle school is young for this. I understand where people who feel that way are coming from. But the fact of the matter is that when you're in middle school, that's when people start to be attracted to other people. That's when you're realizing maybe I'm gay, maybe I'm a lesbian, whatever. Maybe I'm bi. And having a safe place for them to go, to feel accepted... Again, I've said it before, but it saves lives. Thank you.

**Cathy Hoover:** Do we have any board members that have emails to be read in public comment?

**Carrie Cleveland:** Madam Chair, I have one.

**Cathy Hoover:** Yes.

**Carrie Cleveland:** This is from Stephanie Marsich. Apologies if I'm saying your last name incorrectly. "My name is Stephanie Marsich. I am a parent of children in the school system. I am concerned by the pausing of the LGBT club formation. Either all clubs should be allowed in the schools, or no clubs should be allowed. We, as parents, encourage our kids to take initiative and pursue the things that interest them. What message does this send when we shut them down as soon as they try to do just that? These students should be supported in their efforts to start something they are interested in. There is no harm in letting like-minded individuals gather. Rather, this creates a safe space for marginalized students to gather and support each other. Please allow the formation of the LGBT club. Thank you. Stephanie Marsich."

**Cathy Hoover:** Thank you, Ms. Cleveland. Anyone else?

**<u>SUPERINTENDENT COMMENT</u>**

**Cathy Hoover:** Moving on to Superintendent Comment.

**Dr. Jesse Boyd:** Okay. Thank you, Mrs. Chair. Can you hear me okay? I feel lower than I usually am. I think this Superintendent Comment was put in for this reason tonight. Thank you all for being here. I certainly appreciate all of the folks that showed up this evening. I think Ms. Phipps said earlier that King George is a great place and there's a lot of involvement. The reason it is, is because of this. It's because everyone that is here this evening, sincerely cares. We care that you care. So, thank you for being here. I can tell you right now that there has not been a decision made, one way or another, about this. We have had conversations. I do want you to know that we have a policy on student organizations. We have established practices that we've employed for many years, when it comes to student organizations. Our policy is IGDA, if anybody wants to reference that. There are a few bullets in here that I want to bring to everyone's attention that I think are important in this conversation.

Any student organization that meets, it must be voluntary, and it must be student initiated. This is for all of our clubs and organizations. Bullet 1, The group's meetings are voluntary and they are student initiated. Second bullet, the group is not sponsored by the school, the government, or any government agency or employee. Third bullet, the agents or employees of the school or government, are present at religious meetings, only in a non-participatory capacity. And that really goes beyond religious reasons in King George County Schools. Our club sponsors are there just in a supervisory role. These are, very often, always run by students. The meetings do not materially or substantially interfere with the orderly conduct of educational activities at the school. And then finally, non-school persons... I think this question was asked tonight... Non-school persons do not direct, conduct, control, or regularly attend the activities of the group. So, I think that answers some of the questions that were brought forward this evening.

The process that took place here, so what happens when a student decides to initiate a club, and I can tell you, as former high school principal, there are hundreds of clubs that students attempt to initiate. The responsibility of that student is to find a sponsor and to solicit participation. When I was at the high school years ago, that was a piece of paper that they ran around and got signatures on. In today's world, that's digital. And so, the reason that this is on hyper speed right now, is the digital world. So, we were made aware, digitally, of student interest. And within about 24 hours, we had 500 and some comments on Facebook. So, this has gone hyper speed for many

people. So, to address any concerns about a pause, it's really, guys, just our opportunity to say, let's really slow down and look at this from every perspective, understand as a school board, understand as a superintendent, understand as a school division, what's being requested, and understand how that fits in our community and whether or not we understand it in its totality. That's where we are right now. So, nothing else has been done at this point. There's no decision to move forward. There's no decision to cancel it or not have it. Right now, we are taking information in, and for that reason, I thank you all for being here tonight to express your beliefs, one way or another. I think it's certainly meaningful to our board members. It's certainly meaningful to me, and we'll move forward in a very informed and educated way on how to approach this with our students. It's a learning opportunity. It's a learning opportunity for our students, for our school division, and for our community, to figure out how to navigate this successfully.

We live in a very challenging country right now. We had a very challenging and heavy week for a number of reasons. And I think as King George, we can be models on how to slow down, take a deep breath, look at this from a multitude of perspectives, and figure out how to effectively move forward in an appropriate way that benefits our children in this community. So, I'll stop there, Madam Chair, and just... Stop there. So, thank you.

**Cathy Hoover:** Thank you, Dr. Boyd.

## CHANGES TO THE AGENDA

**Cathy Hoover:** Do we have any changes to the agenda this evening? With none being recommended, we can move right along to our presentations.

## PRESENTATIONS

### Food Services Operation - Ms. Anita Davis

**Dr. Jesse Boyd:** Yes, Madam Chair. So, the first presentation that we have this evening is food services operation that will be done by Mrs. Davis. So, we do have a school board policy as she makes her way to the dais, that on a regular basis, the school board will be made aware of the financial status of our food services program. So, Ms. Davis is more than willing and able to provide an update in that capacity. So, Ms. Davis, it's all yours.

**Anita Davis:** Good afternoon, Madam Chair, Board, Dr. Boyd, everyone assembled. The King George County School Nutrition Brief. Who we are, what we are. Our mission is to provide access to nutritious meals, made from quality products, and a customer-centered environment, while adhering to federal guidelines and regulations. We operate under the following programs: National School Breakfast Program, National School Lunch Program, Seamless Summer Program, Summer Food Service Program, Community Eligibility Program, and Child and Adult Care Program. We are Offer Vs. Serve, which means we offer the following components: Fruit, vegetables, grain, protein, and milk. Students have to pick up at least three out of the five components for lunch, and one must always be fruit and vegetable. Three of the four components for breakfast, and one must always be fruit or vegetable. Protein sizes that we offer, fruit and vegetables in half-cup portions, but they can take up to one cup a day at each meal. Two-ounce grains, meat, meat alternate. Elementary school is two ounces, middle school and high school is three-ounce portions.

The positive impact is that it is awesome that we are feeding so many students breakfast and

lunch meals every day. More students have access to meals during the school hours. We help fight childhood hunger. Some students, as we know, may only get a nutritious meal during school. Students focus and excel in academics when they are not hungry. Effective CEP, the Community Eligibility Program. CEP, let me first say, is only at King George Elementary. Student participation in October of 2023, before CEP, was 6,431 breakfasts, and we served 6,977 lunches. But after CEP was implemented, King George Elementary Meals breakfast was 8,790 for last year, and lunch was 9,177. That is a 36.68% increase in the participation of breakfast, and 31.53% increase in participation... That's supposed to be lunch, sorry. What is our goal for CEP? To extend the program to more schools in the county through validated meal applications and submissions.

What is CACFP? At-Risk After School Meal Program ensures children in low-income areas have access to nutritious meals outside of the school hours, provides a safe and structured environment for children with academic and enrichment opportunities. Who is eligible? Children 1 to 18. Children who turn age 19 during the school year, also can attend these schools that we offer at and have meals. No age limit for individuals who have disabilities. Challenges: Students/parents would like us to offer certain foods or specific items every day. School nutrition has a mandated nutritious standard that we must follow. Therefore, taking every request and consideration would leave us out of compliance with the state, and could result in the program losing funds

So, along with my office doing a lot of calling and sending out emails and letters, this year we have also asked the help and assistance of our principals, and with recognizing the students that are struggling with food insecurities. And so, they're able, through the state, who has given permission, that the administration can fill out Free & Reduced forms for these students. And that is going to help us a lot with the negative balances this school year.

School nutrition financials. Now we will review the school nutrition financial report for '24-'25. You all have received the handout. And I will go over it. Our ending balance for '24-'25 is $96,432. Our ending balance, after some equipment that was purchased, came out... So, our beginning balance for this school year, '24-'25, is $72,290. And as you know, we have been working with a couple of million dollars for the past four years. And I just want to tell you some of the things that I purchased with the money. We did pass through warmers, two for Potomac Elementary. At King George Elementary, we remodeled the whole serving line, both sides, and did an extended serving line with adding more wells for hot food. Plus, we purchased two warmers there. At Sealston Elementary, we did two double stack warmers. No... Yeah, two double stack warmers. A double stack convection oven. And we also remodeled their serving line, and included cold wells and hot wells there. At the middle school, we did a lot of repairing with equipment, replacing some of the equipment such as the salad bars. We worked on the serving lines and installed some electrical outlets because we have these new machines, we call them the electrical cow, and it holds a five-gallon bag of milk. And the kids just put a cup under it and pull it. And I hope our reps have tried it, but it is, like, the best milk ever. And it's very cold and the milk consumption at the high school and the middle school has doubled since we installed those. And so, I think that was a very, very good investment.

The other thing, at the high school, we installed six combi ovens. We purchased small wares for all of the schools, and we did the graphic design for the cafeteria inside and out at the high school. So, I hope you had an opportunity to go and see it because I think it is beautiful. And just to see the kids that day that they got to walk in there was amazing. And I wanted to let you know that this year... Well, the month... Not the month. But last year at the ending of our school year, we did 346,832 lunches. We did 190,432 breakfasts for last school year.

**Cathy Hoover:** That's a lot.

**Anita Davis:** That's a lot.

**Cathy Hoover:** Do any of the board members have any questions or comments for Mrs. Davis?

**Colleen Davis:** Hi, Ms. Davis. It's always a pleasure seeing you.

**Anita Davis:** Thank you.

**Colleen Davis:** Over all the years that I've communicated with you, it always has been pleasant and informative and helpful. So, thank you. What do you think the cause was for the increase in the lunches and breakfast? Such a large increase.

**Anita Davis:** At King George Elementary, because all the meals are free, those students eat free breakfast and free lunch every day because they're CEP.

**Colleen Davis:** Okay. Thank you.

**Carrie Cleveland:** Hi. Thank you for this presentation. I have a question about the negative balances. Is there a certain food that they can take themselves into the negative? The reason why I ask is because I know that there's some special food that they can get. When my son has his card, he goes into the negative all the time. But I know that there's some special food other than milk, things like that. But is there a limitation, when you can't go past a certain negative, if you're buying some junk food, per se?

**Anita Davis:** Well, with that, the only thing that you can ever charge is a meal. And if you have a negative balance, you can't buy snacks. So, you can't buy anything like that. At the high school and middle school, because we have the cows, the milk is... We don't have a limitation on that. So, if they get two cups of milk with their lunch, I think there's nothing wrong with milk, and it's only 1%.

**Carrie Cleveland:** Yeah. No, thank you. You answered my question because I was just wondering if the snacks, you keep on going into the negative. Okay. Yeah, thank you.

**Ed Frank:** Yes. Anita, you mentioned that you'd gotten with DSS to help with getting back some of those funds. Have you gotten any response from them?

**Anita Davis:** Well, they want... They will not be able to get back the funds for us. They will help us recognize and talk with these parents who are just... Who qualify for DSS, but just refuse to do it because there is no limit on charging a meal. The state says we can't deny a meal to a student. The only way that we can deny it is if a parent puts on there, I don't want them to charge because they pack. But then even that way, we still have to investigate and make sure, especially if it's an elementary school student, that when you open up that lunch pack, that there is a lunch in there, not a Coke and a bag of chips, which we have found.

**Ed Frank:** Okay. All right. Thank you.

**Cathy Hoover:** Thank you very much, Mrs. Davis.

**Anita Davis:** Thank you. Oh, and so I did fix a light dinner for you in the back. I wanted you to try

this new burger that we had. We had a food show last year, and students came, and parents came, and they got to sample all the food that we had there, and everybody loved this company's burger. And the burger has no chemicals in it, no dyes. It is like, an all-natural-burger, and it is absolutely delicious. So, I did make y'all some in the back. But the other thing is that if you have recipes, you're more than welcome to come to our nutrition committee meeting. But people bring in recipes and we turn them over to our chef, and our chef can take those recipes and make them a school meal. Like, they can make them so that the school can... They will fit USDA.

**Cathy Hoover:** Thank you. And thank you for providing a snack for us since we have been working quite a long time this evening.

**Anita Davis:** Yes, you have.

**Cathy Hoover:** We appreciate you.

**Anita Davis:** You're welcome.

**Dr. Jesse Boyd:** Thank you, Mrs. Davis.

**<u>IEC Pre-apprenticeship Opportunity - Ms. Terri Rinko</u>**

**Cathy Hoover:** We have Ms. Terri Rinko.

**Terri Rinko:** Good evening, Chairman Hoover, fellow board members and Dr. Boyd. Tonight, I have, what I hope you'll agree, is a good news story about the work-based learning magic that can be created for students through community partnerships. With me at the podium today are Ms. Jackie Morton and Mr. Grant Shmelzer, CEO of Independent Electrical Contractors Chesapeake, or IECC. For some background, Independent Electrical Contractors, is a non-union network of electrical contractors. IEC Chesapeake covers the Chesapeake Bay watershed region of Maryland, Virginia, and Washington, D.C. Their headquarters is located in Laurel, Maryland. High school graduates selected to be IEC apprentices, learn on the job, with one of its 250 contractor members, while receiving IEC apprenticeship training on a local community college's campus. Local IEC apprentices receive training at Germanna. IEC's four-year apprenticeship program leads to a journeyman electrician's license. Mrs. Morton, here with me to my right, came into King George High School's welding and building trades classrooms for the first time in the fall of 2023, to share how graduating seniors could apply for consideration to be trained as IEC electrical apprentices.

Last year, due to weather, Ms. Morton pivoted and delivered an impromptu virtual student info session for prospective students. From that session, January graduate, Anthony Caro, applied for and was selected to become an electrical apprentice by IEC member, Helix Electric. Anthony began working with Helix right after graduation, on the Kalahari Waterpark project in Thornburg. And that is Anthony to the right, working on site. His proud mama sent me that picture. He's already bought his first car, may I say. This great opportunity was on the heels of our very first electrical apprenticeship signing with January graduate, Kevin Armentrout, selected for training by King George County Schools local work-based learning champion Bobby McLaughlin, owner of Four Elements Electric. And Mr. McLaughlin is here with us today.

So, let's talk data. King George County Schools has been the subject of a three-year grant-funded study by Rappahannock Goodwill Industries, to help us identify, and potentially build out, two to three post-secondary educational pipelines to springboard students from King George High

School CTE programs, to living wage employment. Rappahannock Goodwill did market research, reviewed labor statistics, and held multiple subcommittee meetings right after most of all of last year's CTE stakeholder dinner meetings, collaborating with our business partners. Goodwill determined that electrical was our most achievable post-secondary educational pipeline. At Mr. Caro's apprenticeship signing ceremony, independent electrical contractors shared that they offer a pre-apprenticeship training program in area high schools aimed at readying qualifying seniors to become good apprenticeship candidates. King George High School does not currently have a formal electrical program in-house. IEC offers a 160-hour pre-apprenticeship program option in high schools to equip senior participants with the skills to be good IEC apprenticeship candidates. IEC provides the program application and a one-hour pretest.

IEC Chesapeake also provides an instructor from industry, to be vetted by King George County Schools, and onboarded by IEC. Textbooks, student application fees, online OSHA training, CPR first aid instruction with certifications, an apprenticeship hiring day at the high school with member electrical contractors interviewing candidates at the local high school. Hired electrical apprentices go on to work the next summer, and receive four years of training through independent electrical contractors on Germanna's community college campus leading to an electrical journeyman's license. They also receive at graduation from this program, an electrician's toolkit.

Last summer, outgoing supervisor of secondary education Mrs. Hill, and owner of Four Elements Electric, Mr. McLaughlin, reviewed the IEC training program. Since that time, conversations have been held with Mrs. Kaple, KGHS administration, Dr. Burns and Dr. Truslow, director of counseling Robin Mitchell, CTE department chair Dee Strauss, Dr. Boyd, Dr. Wright, and King George economic development director, Mr. Smolnik. Four Elements Electric was so impressed by the strength of the apprenticeship training, that it decided to join IEC's member network.

So, let's talk funding to cover the cost of a turnkey electrical pre-apprenticeship program. I am thrilled to share with you that here tonight, we have Rappahannock Goodwill. And I'm gonna ask Rappahannock Goodwill to join me also, up at the podium. Mr. Baldwin, Chief Mission Officer of Rappahannock Goodwill, is here with us today. He notified me last Monday that their CEO, Mr. Steve Cox, had authorized $15,000 towards helping King George High School achieve our goal of an IEC pre-apprenticeship program second semester this school year. Rappahannock is here with us tonight. We have Jessica Weber and also Shanna Boutchyard.

**Cathy Hoover:** Thank you.

**Terri Rinko:** And at Tuesday's CTE stakeholder dinner and advisory committee meeting, upon hearing of Goodwill's amazing commitment... Mr. McLaughlin, if I could have you join me up here also at the podium. Mr. McLaughlin of Four Elements announced at that dinner, when he heard this great news from Rappahannock Goodwill's generosity, that he would also match that donation, essentially funding the entire independent electrical contractor's pre-apprenticeship program for a starter cohort of 10 students. 59 community members were in attendance to witness this pipeline to living wage employment materialize right before our eyes. Oh, my goodness. Chairman Hoover, fellow members of the board, I have with us today Independent Electrical Contractors, Ms. Jackie Morton, also Ms. JoAnn Murchison, and their CEO, Mr. Shmelzer. I respectfully seek your approval, with the support of our local businesses, community partners, and all that are here today, to support us having a pre-apprenticeship program to be held at King George High School for students second semester this school year. Thank you very much.

**Cathy Hoover:** Thank you, everybody, so much. We need a motion. Anyone?

**MOTION - Ed Frank:** I make a motion that we approve second semester's pre-apprenticeship program for the second semester.

**David Bush:** Second.

**Cathy Hoover:** Motion has been made and seconded. Is there any discussion?

**Carrie Cleveland:** Madam Chair. Thank you so much for your commitment to our community. This is such a great news, and we really appreciate your partnership.

**Dr. Jesse Boyd:** Madam Chair, can I say something too?

**Cathy Hoover:** Sure.

**Dr. Jesse Boyd:** I just want to recognize Mrs. Rinko for a minute. She is an amazing person, and we're lucky to have her in King George County Schools. You just probably heard a little bit. She has pulled a lot of people together to do a lot of amazing things in King George County. She came to me about this program, and she said, I think this is good for kids. And I said, go for it. And then she came back shortly after that, and she said, Well, it’s kind of costs a lot of money. I said, oh yeah, I don't know how we can figure that out. And she said, set me loose. And she went for it. And when Terri is focused and does great things, great things happen. So, I just want to take a moment to recognize Mrs. Rinko. So, thank you so much.

**Cathy Hoover:** I don't think many people would disagree with that, Dr. Boyd.

**Ed Frank:** I would also like to recognize Mrs. Rinko. I was at the meeting on Tuesday night. And you said there was 59 people there, I guess it was about 60... Between 60 and 70 people there. More people there than I've ever seen at a meeting of any kind for any of our committees. And it's all because of the work that you do, Terri. And we thank you so very much for that. And with the plans that the board has, and I think those are all public, about getting a new VoTech Center, a two-story VoTech Center, here in the county, will only increase what is going on. Because what you guys are doing, electricians, welders, we need them all in the county. And hopefully, we're going to be able to help that out. So, thank you very much, Terri. And you're like the Energizer bunny. You just keep going and going. But it's all great. Thank you so much.

**Terri Rinko:** I believe in King George County Schools, and so do our partners. And I just want to thank everyone so much for coming together. We all have the same goals. And it's just thrilling to see it all come to fruition. So, we thank you very much. Thank you for this motion. And congratulations in advance to our coming pre-apprentices.

**Cathy Hoover:** We need to take a vote now. All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**Terri Rinko:** Yay! Chairman Hoover, can we get a picture?

**STUDENT REPRESENTATIVE COMMENT**

**Cathy Hoover:** Okay. Thank you again. We're going to move along to our student representatives. Chance to shine here. Sultana, would you like to go first, please?

**Sultana Ahmed:** Good evening, everyone. My name is Sultana, and I'm one of the student reps for King George Middle School. I would like to start off by saying thank you to our staff, and we have had a great school year. Everything has been good. Our teachers have been very helpful, and I want to say thank you. Next, I would like to say good job to girls' volleyball, basketball, and also boys' soccer. Furthermore, boys' soccer has a game tomorrow against Locust Grove at 4:30, so do the girls' basketball team. They are playing against Louisa, and it is a home game. Volleyball is playing against Fredericksburg Christian School. And King George Middle School has an anti-bullying poster contest. This contest's goal is to design an anti-bullying poster. This poster is to raise more awareness of bullying, and to encourage a more positive and safe school environment. Two winners will be selected from each grade. And this week, KGMS is having an attendance spirit week. This spirit week is to bring awareness to school attendance, and how each day, it matters to show up. Today, was roll out of bed and show up day, pajama day. Tomorrow, is can't hide your pride in being here, wear camo. Wednesday is, color up counting, wear school colors. Followed by wild about attendance, wear animal print. And lastly, present for the future, which is dress like your future job. All these spirit ideas were suggested by the leadership students. These spirit days weighed in a bunch of factors. Things like, would students really do these, and how inclusive it would be, and availability.

And King George Middle School PTA is hosting a movie night on October 17th. The doors open at 6:30, and the movie starts at 7:00. The movie chosen was, The Bad Guys 2. And last week, Thursday, King George Beta Club had their first meeting. This meeting was all about getting to know what Beta Club is and how things work. And their motto, lead by serving others. As a Beta member myself, I'm looking forward to seeing what our club sponsors have for us to do. Thank you.

**Cathy Hoover:** Thank you, Sultana. Jake.

**Jake Lauver:** Good afternoon. For those who don't know, my name is Jake Lauver and I'm one of the senior representatives for King George High School. This year, we started a pass. It was now every Wednesday. It was a 45-minute block that fell into either first, second or fourth block. We are now happy to say that next week, we will start two passes a week, with one being on a Monday and the next being on a Wednesday. One of these days will be utilized for students to go to clubs. And the next will be for academics, where they can use this for study hall, to get extra assistance in classes that they're struggling in, or to make up work, or if they need tutoring from classes. Our counseling team has been also really strong with senior and college readiness, with college admissions night coming up on Monday, September 29th. Along with a financial aid night, coming up for underclassmen. There is a college fair coming up at Spotsylvania Town Center. Along with... We just finished three college boot camps for seniors to get them ready for their time after high school.

Starting today, counselors will be meeting with every senior to talk about their plans for finishing out high school and for what shall come afterwards. And tomorrow, for underclassmen, a US Marshall will be coming for a digital safety presentation. As mentioned in our last meeting, the

SCA, the newly founded Student Council Association, applications have gone out to students, so they will be filling those out and turning them in. And this week, we are full of fun spirit days to lead into our homecoming pep rally this Friday, which will be followed by our homecoming game. It should be kicking off about 7:00 pm on Friday, if you guys want to come out and watch the Foxes play. And then, we'll have our fun homecoming dance on Saturday from 7:00-10:00 pm.

I wanted to recognize a couple areas in the high school with the DECA chapter had five student officers that returned from camp DECA. And they have their first optional competition at the state fair on October 1st with districts in November. Cross Country, also just competed in the nation's largest, most competitive race with over 3,500 athletes from 130 schools across 13 states. I reached out to their coach and he provided some names that he wanted to recognize, with strong leadership coming from Sam Crombie, Caleb Anzana, and Ruth Louise Page. And you had some students that showed strong sportsmanship in Ian Clark and Bennett Metz. And we had strong performances from students Sam Crombie, Sam Page, Caleb Anzana, Bailey DeLear, Virginia Gentelli, and Elena Tweedle. With notable improvements from Samuel Ritchie, Liz Crombie, Anna Tidwell, and Raul Nieves. Sorry if I messed that up.

But to finish off, we had teachers today was to show off the colleges that they attended, with seniors dressing like their kindergarten selves, and underclassmen rolling out of bed in their pajamas. And we're going to end off the week with our seniors in their togas. See how those with everyone with their Birkenstocks, big trend around the school nowadays, with our underclassmen showing off their school spirit wearing blue and gold. So, I look forward to seeing you guys at the homecoming game, as hopefully, we'll win over... I think we're playing Cortland. So, should be a good game. I appreciate you guys inviting me back and I hope everyone has a good rest of the night.

**Cathy Hoover:** Thank you, Jake.

**CONSENT AGENDA**

**Meeting Minutes: September 8, 2025 Regular Meeting; September 8, 2025 Work Session**

**Cathy Hoover:** Next, we're going to go over our meeting minutes from our two September 8th meetings. Does anybody have anything to change, or add, or delete from either of those minutes? If not, could I have a motion to approve them?

**MOTION - David Bush:** I make a motion that we approve the minutes for... Let me get the dates... For September the 8th, 2025. Both of those, for the work session and the regular meeting.

**Colleen Davis:** Second.

**Cathy Hoover:** Motion made and seconded. Is there any discussion? All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Donations**

**Cathy Hoover:** Next, we have a discussion on donations. Dr. Boyd?

**Dr. Jesse Boyd:** Yes. Madam Chair, this is for consent agenda two. So, this will be regular moving forward. But this month... Or excuse me, since our last school board meeting, we have two donations that have been offered. One, to King George High School from Bowhead Defense, in the amount of $1,000 specifically for the football program. And secondly, to Potomac Elementary School from the William M. Cage Library Trust of $500 for library supplies. So, I would ask for approval of that this evening.

**MOTION - Ed Frank:** I make a motion that we approve the donations from Bowhead Defense from the William M. Cage Library Trust... Do you need the dollar amounts? In the amount of... From Bowhead Defense, in the amount of $1,000. From William M. Cage Library Trust, in the amount of $500.

**David Bush:** Second.

**Cathy Hoover:** A motion has been made and seconded. Is there any discussion? All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. Thank you.

**ACTION ITEMS**

**26-27 & 27-28 Instructional Calendar**

**Cathy Hoover:** Moving right along to the instructional calendar. We had this out for viewing and feedback from community members and staff. And I know that there was some feedback given. So, I'll let you go with that.

**Dr. Jesse Boyd:** Yes, Madam Chair. So, if you remember, at our last meeting, the instructional calendar for '26-'27, '27-'28 was offered for discussion. And then we provided two weeks for community feedback and staff feedback. I did get, I think, a total of seven comments that I would like to briefly mention. The first one is the addition of additional teacher workdays in the first semester, was a suggestion. The second suggestion is the implementation of a fall break. Suggestion three, is the formation of a committee to look at this. Four, starting school in the middle of the week this year was difficult because we've already missed many Mondays. Five, days for conferences are not helpful because staff members believe that parents that we need to attend don't often attend. Six, changing the calendar, or changing work hours, one month prior to the change is difficult. So, I think we talked a little bit about this, making sure that we approve a calendar and stay with it. And then finally, I'll read it as it's stated, if parent conference days are

required by the state, they should be half days so that some instruction could still be provided. So those are the seven comments that we've received, and I'll pause for any comments that board members may have received as well.

**David Bush:** Dr. Boyd, can you go... I want to make sure, I got one just addressed to me, but I think that was your first one. Can I look on your...? I don't want to talk about it. Is this the same as the first one?

**Dr. Jesse Boyd:** That's the same as the first one.

**David Bush:** Okay. Got it.

**Dr. Jesse Boyd:** And yes.

**David Bush:** Just wanted to make sure.

**Dr. Jesse Boyd:** Any other questions?

**David Bush:** Did you... I mean, you read these and you brought them back to the committee, I assume.

**Dr. Jesse Boyd:** We discussed them in the school board office.

**David Bush:** So, no changes were made, or were there some?

**Dr. Jesse Boyd:** No. my recommendation is to move forward with the instructional calendar as presented at the first school board meeting. And if we need more information there, we've taken a deep look at our instructional minutes. I don't know if you remember last time we went through this rendition, it was really honestly October of last year, which is only 11 months ago that we made the last change to the school calendar. We went really in depth at that time, if you remember. We had committees, we considered all kinds of stakeholder viewpoints. And in that process, we created, really, a calculation tool that takes a look at our total number of instructional minutes, not only in terms of the 990 instructional hours that are required. We put a buffer in for a certain number of school days. But outside of that, we've also taken a close look at the number of seat minutes required for many of our courses, including some of our CTE courses. So, I can tell you right now, in that analysis, in terms of instructional minutes, we are, really, kind of razor thin in terms of instructional minutes.

We meet the threshold. We're fine there. We're well within the 990, in terms of required minutes. But I would just caution the board. I would caution everybody that's weighing in on the calendar conversation. Instructional minutes in an instructional calendar is very important. And it's thin right now, in terms of the margin. So, if we were to have a really bad winter, or anything else that would set our instructional minutes back, it would be a conversation that may involve lengthening the school year, lengthening the school day. I think what we have built right now, if you remember, was 42 days in the first quarter, 42 days in the second quarter, 46 days in the third quarter, and 46 days in the fourth quarter, which provides a level of margin, especially when we get into inclement weather season. So, I'm comfortable with requesting a motion for the instructional calendar, as presented at our last meeting.

**Cathy Hoover:** I have a question. One of your feedbacks was about a committee. Was that a committee to talk about the changes, or was that the committee that we already have that this

suggestion didn't know about?

**Dr. Jesse Boyd:** I think it was already had.

**Cathy Hoover:** Okay.

**Dr. Jesse Boyd:** So just 11 months ago, we had parents, community members, all of those folks. I think what this comment is asking is if we could do that again.

**Cathy Hoover:** Okay. Thank you.

**Ed Frank:** Dr. Boyd, I do have a concern. At the end of each semester, those last two days of school when grades have already been turned in, and students that get some of the opportunity for... You know, grades are already in, so why am I going to go to school? So, the absenteeism raises. Discipline within the schools get pretty much out of control during those times. Can we come up with those last days, last two days of each semester, to gainfully keep these students occupied? And if that can't happen, we can let them have a day off and make it a teacher work day or something? But, I mean, it's killing our absenteeism rate, and it's also not good because they're not busy. They're just sitting around watching movies.

**David Bush:** Madam Chair, could I comment to that? I think it might be valuable, although it would take a little bit of time. I agree totally with what Mr. Frank is saying, and it's always an issue, especially in high school, is maybe get some input from the teachers and administration about what they may have some ideas to solve this problem.

**Ed Frank:** I think the middle school did something last year, didn't you?

**David Bush:** Did you?

**Ed Frank:** Yes.

**Dr. Jesse Boyd:** I'll read it a little bit. We've had these conversations, and we'll continue to have them. Actually, the middle school does a great job of it right now. They do an end-of-the-year assembly where they recognize a lot of achievements that the students have made, and really have a lot of prizes, and it's really celebratory. In my experience from what I've seen, the kids show up for that. They really want to be there for that. So, I'm not sure if this came up at our last meeting, but I can tell you since then, we've had a principal meeting. We've talked about how to increase engagement and make those last couple days more valuable. It is somewhat of a necessary evil, because all of our students finish at a different time, and we need a little extra time with some students, and some students don't need that extra time. So that's the kind of necessary evil part.

But I think, similar to what we do with PASS and IE and Enrichment and intervention, we could figure out a way to serve both masters there, make sure that it's engaging for our students that don't need the extra time, but provide that extra time for students that do. So, we'll continue to have those conversations with our principals and firm that up. But I think that's something that we can address in the building, and I know they've got it on their radar right now, so we appreciate you bringing that to our attention.

**Cathy Hoover:** Anyone else? Do I have a motion to approve the calendar?

**MOTION - David Bush:** I move that we approve the King George County School's calendar for the 2026-2027 school year... I'm sorry, and the 2027-2028 school year, both calendars.

**Ed Frank:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**DISCUSSION ITEMS**

**Policy Manual Updates**

**Cathy Hoover:** Moving on to policy manual updates. We're getting them down. Thank you, Ms. Scalph for that. Dr. Boyd?

**Dr. Jesse Boyd:** I'll go through this quickly again. Similar to what I did last time, I think the board members appreciated that. We are still in the process of eliminating the forms that we discussed, so what I have for you this evening, is three regulations that will have to be updated based on the fact that forms were referenced in those regulations. And then tonight, we will be omitting six forms. So, I can go through the names of those if you'd like, or I don't need to. But basically, this doesn't change policy, doesn't change regulation, it's just the omission of those forms, so I would stop for a motion or any questions.

**Cathy Hoover:** Does anyone have any questions?

**Ed Frank:** No questions.

**Cathy Hoover:** Motion?

**MOTION - Ed Frank:** I move that we approve the changes to policies GDBC-R, GDI-R, IGBG-R. And delete policies GDBC-F1, GDBC-F2, GDI-F3, IGBG-4, JFG-1-F1, and JFG-F2.

**David Bush:** Second.

**Cathy Hoover:** Motion has been made and properly seconded. Any discussion?

**David Bush:** Well done, Mr. Frank.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**INFORMATION ITEMS**

**Committee Reports**

**Cathy Hoover:** Let's move to committee reports. Mr. Frank, do you have any committee reports?

**Ed Frank:** Yes, I attended last Tuesday night, the CTE committee report. And I think we pretty much already had that. It was fantastic. It was... And to see the tears in Terri's eyes were great. It was great. Thank you.

**Cathy Hoover:** Thank you. Mrs. Cleveland?

**Carrie Cleveland:** Yes. Thank you. I attended the Governor's school board on September 18th, and a couple of reports for the board. We have currently, 76 students, 18 freshmen, 19 sophomores, 20 juniors, and 19 seniors. I was happy to hear that last year, both the valedictorian and the salutatorian of King George, were at the Governor's school. They attended the Governor's school. There was a counselor report, and most of the students going, said that the year has been going well so far and that they are managing their... The stress is manageable. The counselor did go over a lot of other metrics on their counselor report and stated that anyone who measures above a six in their stress level, they are meeting with those students and trying to help them to lower their stress levels. There are going to be recruiting visits coming up, and also middle school visits coming up, trying to recruit students to attend the Governor's school. And those can be located on the admissions page. I don't have the dates with me but I will get those out to you, to the board members, so you're aware of those visits. A good opportunity for our middle school students to hear more information about the Governor's school, and hopefully, get some interest so that we can get some applications for next school year.

There's a broadcasting update. We are going to be receiving an update in some of the classrooms for technology. We are going to receive a total of $67,317 worth of upgraded technology equipment from the Governor's school, that is going to be brought into King George County. So that's really exciting for King George. Also, what I wanted to share was some information about the AP scores. In 2025, there was 149 tests taken in King George County with an 82% pass rate on the AP scores, which is absolutely amazing. And that was up 4% from last year. It looked like with a couple of dips here and there, year-over-year, they are going up, which I just think is remarkable when you see those pass rates for those AP scores, which really says a lot about those teachers at the Governor's school.

**Cathy Hoover:** Thank you, Mrs. Cleveland. Mr. Bush?

**David Bush:** We are having an ATI meeting on Wednesday, the day after tomorrow, Dr. Boyd and I will both be there, and it will be one of the first of the year... Well, it will be the first one of the year, actually. And then the SEAC meeting will not... I believe it's the first week of November. And I would like, as the board is thinking, since this is... I'm not running again, this is my last year,

someone taking over the ATI. I think you are already a substitute on the SEAC committee.

**Cathy Hoover:** Mr. Bush, we can talk about that in January at our first meeting because we'll have a new member.

**David Bush:** No, I know. I mean, it would be nice to be thinking about it. Yeah, I agree totally. But it would be, I think, very valuable to be thinking about it, and maybe, even join one of the last meetings before the end. I don't have anything else. Thank you.

**Cathy Hoover:** Thank you. Mrs. Davis?

**Colleen Davis:** Yes. Chesapeake Bay Governor School, we had our first meeting on Thursday. Chesapeake Bay Governor School is fully staffed for the 2025-26 school year, which we're excited about because we had to move some teachers around. They did start a parent advisory committee, which they said was pretty equally... Right now, they have 13 parents involved. Their first meeting is October 16th at 3:30 p.m., but it doesn't say where, so I've got to find that. But anyways, if you're interested in being a part of that committee, you just reach out to me, or whoever the sponsor is here in King George. Also... There's something else I wanted to... Oh, congratulations to the students and staff for being recognized as Virginia Naturally School, for 17 years in a row, for work in environmental education. So that's pretty awesome that we have that here in King George, and we're a part of that. So that's it.

**Cathy Hoover:** Thank you, Mrs. Davis. The three of us were all at meetings on the same day last week. I was at a technology advisory committee meeting on the 18th also. And I am pleased to report that we have almost 20 people on that committee that I'm – usually the committees are pretty slim, so. We did discuss the success of our weapons detection system, because as we all know, half our technology lead also led that effort going very well. Thank you to all staff and administrative teams who have helped with that. Instruction and technology will partner and present to the secondary department heads regarding artificial intelligence in the classroom, and provide some tools that may be helpful when assigning work because that's a hot topic this year. The technology department is investing in an asset management system to assist with equipment management. I heard some nightmare stories about that potential, but it's going to be all good.

The Educational Foundation's space camp scholarship application is available for fifth-grade students in all three elementary schools. So, if anybody is interested or knows somebody that is, please pass that information on. All the math teachers at King George Middle School and King George High School, now have interactive panels. That's been a huge asset to their teaching. And the wireless project that was done over the summer, overall, has provided much better wireless connectivity for both students and staff. We had some areas in... I think I was hearing King George Elementary, that just had no wireless access at all up until they did their upgrade, and we have a success story on that, so all good stuff. And that's all I've got. My committee reports. Dr. Boyd?

## SUPERINTENDENT'S REPORT

**Dr. Jesse Boyd:** Yes, Madam Chair. So really quickly, I'd like to just highlight a few things. You should have received an email about a legislative breakfast for Region 3. This is a relatively new thing that's happening in our region. What we do... Last year, was the first year that this was done. And the invite is to all 17 schools in our region and also to our local legislators. So, who's invited is school board members, superintendents, to meet with our legislators before they go into session. So, it's a really good opportunity to hear what the local issues are, in terms of school. It's

a really good opportunity to impart on our legislators, anything that we believe they should make part of their agenda before they head into session. So please take a look at that email, and if you can make it, I think it would be a valuable experience for King George.

Secondly, since our work session, I wanted you to know that I have had the opportunity to meet with Mr. Smolnik, and let him know that the board's desire is to move forward with the vocational center, the two-story vocational center. I also have a meeting set up with RRMM architects this Thursday. We'll have folks at the high school that are part of the instructional conversation on what type of programs we would like to have. We're going to begin those conversations, make sure that we've got things in order. I think you guys have talked, and I know as well, that we want to be as specific as we can be, and as detailed as we can be as the community starts to ask more questions about the vocational center moving forward. So, we're taking strides and making steps to do that.

And then finally, at our next meeting, we will have a report from our technology department and we'll have our technology advisory annual report at our next school board meeting. So just a few highlights, and I'll stop there for any questions you might have.

**Ed Frank:** Dr. Boyd, just a thought. When we're talking about the VoTech, and what we want to put in there, can we get through Terri, or whatever, to the community, to the businesses in the community, the HVAC, the plumbing, the electrician businesses in the community, and see what... An overview of the community, and see what our needs are? I mean, right now it takes a month to get someone to come out to look at your air conditioner. And it's because they just don't have the people to do that. If we could train our own, that would be fantastic.

**Dr. Jesse Boyd:** Absolutely. This is actually part of a conversation that I had with Mr. Smolnik. They have reports that can tell us what industries are needed, which industries are thriving, what industries need workers in our community. And I think that that information will be, certainly, a weighing factor into the programs that we desire to have in the vocational center. Thank you. Thank you, Madam Chair.

**BOARD COMMENT**

**Cathy Hoover:** I'm going to go in the opposite direction now, for board comment. Mr. Bush.

**David Bush:** First of all, I want to thank the fifth-grade math class for coming out and doing the... From Potomac, for doing the Pledge of Allegiance. That was wonderful. And of course, Terri Rinko with the IEC and the apprentice program. Wow! That's just... And all the programs that she's working with too. I just love to see this whole idea that there's another option besides going to college, is we have options too, in the technical field, in the trades eventually, and for that to continue to grow. HVAC, boy, that'd be fantastic. There's such a need there. And I would like to see a growing percentage of that so that... You know, how we hear so often that college readiness, college readiness, and that's wonderful. But again, I would like to make that a segment of the population that they don't feel forced to, they really feel engaged to want to go to college. And then the other segment, offering more and more opportunities. I just can't thank Ms. Rinko enough to start that program. And also Dr. Boyd and the administration, for continuing to support that. Also, thank you, Jake and Sultana, for your comments. I always appreciate that for reports going on in the middle school and the high school. Also, I appreciate all of the public comments that were going on. And again, thank you, Dr. Boyd, for explaining the process of student clubs and how that works, and for letting everybody know that a decision has not been made, that we are talking about it. But obviously, we need to take into consideration what we have, as far as policy

regarding student clubs. But I appreciate so much hearing all that from the community. It's always valuable to hear from the community. And we don't ever want to discourage anybody from coming to the board and making public comment about anything that they have concerns with. Thank you, Madam Chair.

**Cathy Hoover:** Thank you, Mr. Bush. Mrs. Davis.

**Colleen Davis:** Yes. I'm going to start with the good stuff. I wish we had more people like Bobby McLaughlin, who goes out of his way to solve a problem, or to start a wonderful thing in King George, and be used and use his talents like that and be so gracious towards children that aren't even his, and give up his time and his life, and his finances, and his hard work. So, thank you, Bobby. Same with Terri Rinko, always working hard to look for opportunities for our students. Not only does she find them, but she chases them until she gets them. Mrs. Davis, as I said earlier, I always enjoy seeing her. She makes me smile. And she works very, very hard in all the changes that she's making in our food program. I want to thank you, Dr. Boyd, because you've had those conversations, and basically, like... I don't know, but she just made some huge changes. I'm so happy to see that and thankful for all her hard work. Sultana, your beautiful smile, and being here, and working hard on updating us with the middle school. So, I appreciate that. And Jake, what a great in-depth update you gave us, and the names that... What did you, ask people for their... Like, how did you get the names of the sports and people who've improved and things like that?

**Jake Lauver:** So, knowing that cross country was out on that meet, having cadets in the ROTC program talking about their excitement for it, I reached out to Coach K, and I asked him for a detailed report on that. As I also go around asking other sports teams and I'll be going through, not only with sport recognitions, but students in the classroom, from academics, to band, to theater. So, we have a lot more recognition coming in the further meetings.

**Colleen Davis:** Thank you. And for all the staff being here and late, who have also... If we have enough hamburgers back here, I'll even cut mine in half if you want to. Probably into four. You know, I'm very troubled tonight. I do appreciate the community coming on. I think that's their right to do that. And whether we agree or we don't agree, and there was both sides here that did and didn't, and I do appreciate that. Some of the things that concerned me was... I'm going to be careful, not because of anything. I just don't want to... I want people to know that I love everyone, and I want to do what's right for this community and for our students. And I am aware that there's students here that would like... That do get bullied. I was bullied. There're other students here... I want to address things that need to be addressed, and fix them, and of that nature. But what's hard for me, sitting here, and with these public comments that came in, and there's a board member out here that is chair of a board in King George who has a vice chair that basically said, if you're not of a certain party, go kill yourself.

And then to come here and preach how we need to do inclusion and you're not being a decent human being, and things of that nature. Like, what about my son who decides that he wants to be on this side? Are you telling him to go kill himself? So, are we really for all children? Are we only for the children that agree with your side? I can tell you that I'm for all children; your child, my child, no matter what we agree on. I want to compromise and do what's best. But please think about what you say. The other comment that was made is, if you don't agree with it then go somewhere else that's more like you. And you're telling a community to accept you, but you don't accept certain people of the community. And so, I think... I ask that you would open your eyes just like I have to, especially something that's new to me. Like Dr. Boyd said, it's a learning thing for us to learn on. And I'm willing to do that. So, I would ask that some of the people who spoke tonight, would be willing to be the same, do the same.

So, there's just that. That did... And there's no apology given on, the go kill yourself thing, that's been put out there. And there's a lot of people in this crowd today that work with that committee. And there was no apology given. That person's still vice chair of that club. And it's just... I have to speak about that. I don't lose my right to speak the truth just because I'm a school board member. Thank you.

**Cathy Hoover:** Thank you, Mrs. Davis. Mr. Frank.

**Ed Frank:** As always, I'd just like to thank all the teachers and staff for all that you do. Also like to thank our school representatives for their professionalism up here. I mean, this is a really good example of what we have in our schools. And that's great. We've already talked about Ms. Rinko and what she does for every one of us. And I'm looking forward to her participation in our new VoTech Center, if we can get that thing rolling. And I think it'll be great. And again, just thanks for everything you do.

**Cathy Hoover:** Thank you, Mr. Frank. Mrs. Cleveland.

**Carrie Cleveland:** Thank you. And thank you to staff who came out tonight and sat through this meeting with us. Appreciate the student reps for giving us updates and being here as well. Thank you to Ms. Davis. And I promise I'm going to get my... Probably all three of my kids who have a negative balance, paid. It does sneak up on you, but I make sure I do that. I did tell her that I was in the negative. But always good to hear how the departments are doing, and how they do things. So, I really appreciate all the effort that's put in to those presentations, and when they come out. I'm so excited to hear about our community partners and all the work that Terri Rinko is doing. Not all kids want to go to college right after school. And just giving them an opportunity for some really great careers, right here in our community, is just... I can think of people that are going to the high school right now that would just thrive off of that. And so, I'm just so thankful that we have those community members, and those companies that are investing in our schools, and investing in our students.

And also thank you to our donations. That's pretty awesome that we got some money to our football program and to our library. But I'm happy about our football program too. And I will say that I went to the middle school football game. What was it? Last week? Last Friday night. And they are so remarkable. And I have got to say, those coaches are so awesome. And I just think... I don't think we thank our coaches enough, like all of the coaches, right? Them coming out and putting their heart and soul into those kids. And I just appreciate that so much. So, thank you to the coaches out there. We really appreciate you.

**Cathy Hoover:** Thank you, Mrs. Cleveland. Thank you to everybody that was here this evening. I don't know that Mr. Pacelli's class was mentioned during all the thank yous. So, I'm going to give a shout out to him and his class. Enjoyed that song. And all the presenters and the speakers this evening, appreciate everything. Definitely appreciate the students' feedback and input because I learn things every week from you that I didn't know was going on. So, thank you. And all in all, just the positive attitude of everybody. Given everything that's going on, we are still marching on with a positive attitude and smiling faces. Thank you to all of you out there that do that every day. I come and see everybody just cheering woo-ha-ha for all the kids, and they need that.

And if you can get out and support your sports teams, do that. I've been trying to get to a game a week, and it's exhausting. But I'm trying. We do have some great student athletes. And thank you for all the staff and admin for your time and dedication sitting here. And go for our homecoming

game. I hope everybody can make it out and we're gonna try and win really well this time. Thank you though, really for everything that you all do. Appreciate you and that's all. I need a motion.

## CLOSED MEETING

**MOTION - David Bush:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires, substitutes, resignations, retirements and stipends, and specifically for review, the superintendent's evaluation, as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. We're now in closed session.

## RETURN TO OPEN MEETING

**Cathy Hoover:** Can I have a motion to return to open meeting?

**MOTION – David Bush:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Ed Frank:** Second and certify.

**Carrie Cleveland:** Certify.

**Colleen Davis:** Certify.

**David Bush:** Certify.

**Cathy Hoover:** Chair certifies. All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**ACTION RESULTING FROM CLOSED MEETING**

**MOTION - David Bush:** I make a motion that we approve all of the items that were discussed in closed session.

**Ed Frank:** Second.

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. Somebody has to make a motion to adjourn.

**ADJOURNMENT**

**MOTION - Ed Frank:** I make a motion that we adjourn until 5:30 on 6 October here in the boardroom.

**David Bush:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. We are now adjourned.

**COPY ATTEST**

______________________________ ______________________________
Cathy Hoover, Chairman Erin Scalph, Clerk