# EXHIBIT 10

**King George County School Board**
**Regular Meeting**
**October 6, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

## TABLE OF CONTENTS

School Board Members Present ____ 3
School Board Members Absent ____ 3
Others in Attendance ____ 3
Call to Order ____ 3
Invocation ____ 4
Pledge of Allegiance/Opening ____ 4
Moment of Silence ____ 6
Recognition ____ 6
National Merit Scholarship Program ____ 6
Public /Employee Comments ____ 7
Superintendent Comment ____ 10
Changes to the Agenda ____ 10
Presentations ____ 11
Technology Advisory Committee Annual Report ____ 11
State Accountability & Accreditation ____ 16
Student Representative Comment ____ 22
Consent Agenda ____ 24
Meeting Minutes: September 22, 2025 Disciplinary Hearing; September 22 Regular Meeting ____ 24
Donations ____ 24
Action Items ____ 25
Acceptance of Title III Final Grant Allocations for SY 25-26 ____ 25
Discussion Items ____ 25
Policy Manual Updates ____ 25
Information Items ____ 32
Committee Reports ____ 32
Superintendent's Report ____ 33
Board comment ____ 33
Closed Meeting ____ 35
Return to Open Meeting ____ 36

Action Resulting from Closed Meeting ____ 36
Adjournment ____ 37
Copy Attest ____ 37

**Regular Meeting Minutes**
**October 6, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

## SCHOOL BOARD MEMBERS PRESENT

Colleen Davis, Vice-Chairman
David Bush – Attended Virtually
Ed Frank
Carrie Cleveland

## SCHOOL BOARD MEMBERS ABSENT

Cathy Hoover, Chairman

## OTHERS IN ATTENDANCE

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

## CALL TO ORDER

**Colleen Davis:** I'd like to call to order the King George County School Board meeting. And I need a motion to invite David into the meeting.

**MOTION - Ed Frank:** I would like to make a motion to invite David Bush virtually into the meeting. He is at home in King George. He's virtual because of an illness.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye. Chair votes aye, motion passes. David is now invited in. Okay. We have Ms. Whittney Kilgore here to present the invocation.

**INVOCATION**

**Whittney Kilgore:** Good afternoon, everyone. My name is Whittney Kilgore. I have a student here in King George High School. I have a club at the high school, a mentorship group called the Christ Life Club. And I'm going to lead us in prayer this evening. So, let us pray. Father, in the name of Jesus, for those of you that pray in the name of Jesus, I'll be doing that, so. Father, in the name of Jesus, we just thank you for this opportunity. We thank you for the freedom to come to a place and communicate and just come to some agreements and to pray over our schools and to come together collectively to make the best decisions for our children. I pray God, that you would give us wisdom on the decisions that we make today. I pray that we will be slow to speak and quick to listen, slow to get angry. And I pray that we would all be able to come together and put our... And have the ability to communicate effectively with one another about the things that are brought before us today. We pray for peace here, and we pray that you give us wisdom to make wise decisions. In Jesus name we pray. Amen.

**PLEDGE OF ALLEGIANCE/OPENING**

**Colleen Davis:** Please stand for the pledge of Allegiance and then a moment of silence. Wait.

**Dr. Jesse Boyd:** So, we want to have the King George Elementary School Safety Patrol come up front for the pledge.

**Colleen Davis:** I'm sorry, guys. You guys are going to start the pledge. Yes. Thank you. Sorry about that. Wait for everybody to come up.

**Dr. Jesse Boyd:** Okay. You're going to start us off.

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands one nation under God, indivisible, with liberty and justice for all.

**Colleen Davis:** Okay, thank you. If you guys want to stay for a second, the... I almost said Paw Patrol because I have little kids, it's Safety Patrol, in case any...

**Deputy Marini:** Can I call the captain and the co-captain over here to the mic.

**Colleen Davis:** Thank you.

**Dr. Jesse Boyd:** Yes.

**Deputy Marini:** Captain and co-captain over here to the mic.

**Colleen Davis:** If you guys want to just kind of spread so we can see them too. Kind of like separate.

**Dr. Jesse Boyd:** Yeah, step backwards.

**Colleen Davis:** There you go. Thank you.

**Dr. Jesse Boyd:** Thank you, guys.

**Deputy Marini:** Okay, so this is our Safety Patrol. And if you guys would like to ask them a couple of questions, they're prepared to answer your questions about what they do in the schools.

**Ed Frank:** What are the requirements for you to be a safety patrol? I mean, when I was in elementary school, I always tried and I never made it, so.

**Safety Patrol Student:** Well, you got to be a good leader and you got to be able to step up into...

**Dr. Jesse Boyd:** Colleen, I have a question too.

**Safety Patrol Student:** Into like big moments when somebody's not like well, and they need help.

**Colleen Davis:** Say that last part you said one more time, I'm sorry.

**Safety Patrol Student:** When somebody's not, like, not doing well or something, you got to help them and to get to where they're needing, like, if they're missing a classroom or they don't know where to go, help them get to where they need to go.

**Dr. Jesse Boyd:** Awesome.

**Brooke Hayden:** Okay, I have a question. As a person that was on safety patrol when I was in elementary school, I had so many favorite memories, and my favorite was probably like getting out of class early. I'm sorry, Potomac people, but what is your guys' favorite thing that you guys do?

**Safety Patrol Student:** Probably being able to check what everybody's doing and just walking around.

**Colleen Davis:** Do you have anything recently that has happened? Oh, would you like a chance? Either one of you, anything recent that has happened that you can share a story of how you've helped somebody? Kind of on the spot, so it's okay. Do people fall a lot?

**Safety Patrol Student:** If they're running, yes.

**Colleen Davis:** Yeah. And then... And you got to tell them to stop running, right? Yeah.

**Safety Patrol Student:** Yes. And I feel like it makes me happy to see people not getting hurt and stuff, because I know it doesn't feel good.

**Colleen Davis:** And you're helping with that. Yeah.

**Carrie Cleveland:** Hi. Thank you, guys, for coming and saying the pledge of allegiance. It was really good. So what grade do you have to be in to be a safety patrol? Fifth?

**Safety Patrol Student:** Fifth.

**Carrie Cleveland:** And how many people are on your team here?

**Dr. Jesse Boyd:** More than this.

**Carrie Cleveland:** So, do you take turns with duty stations and things like that?

**Safety Patrol Student:** Not really. Most of the time they get assigned a certain spot in the school at the start of the year, and if we have to move them, we will and make adjustments.

**Carrie Cleveland:** So, did different people have different jobs or is it just the same job in different stations?

**Safety Patrol Student:** Kind of the same job at different stations. But if you're at a certain post, and you got to do a different job, then a different post.

**Carrie Cleveland:** Got it.

**Colleen Davis:** Thank you. So, another question really quick. So, when you guys have to tell students to stop running and then they don't listen, does that help you listen better to your mom and dad at home or whoever you... Is that frustrating, though, when they don't listen?

**Speaker 7:** It's a little frustrating.

**Colleen Davis:** But for the most part they do. Right?

**Speaker 7:** Yes.

**Colleen Davis:** Awesome. Thank you, guys.

**Dr. Jesse Boyd:** Thank you guys.

**MOMENT OF SILENCE**

**RECOGNITION**

**National Merit Scholarship Program**

**Colleen Davis:** Okay. And then next on the agenda is the National Merit Scholarship Program from Dr. Travis Burns.

**Dr. Travis Burns:** Good evening, members of the board. I have the distinct honor and privilege to recognize Marcus Andrews. Why don't you come up here, Marcus? So, Marcus has been named a commended student in the 2026 National Merit Scholarship Program. And about 34,000 students are known as commended students throughout the nation. So, this is a pretty unique honor. So, he's being recognized for his exceptional academic promise. Commended students placed among the top 50,000 students who entered the 2026 competition by taking the 2024 Preliminary SAT National Merit Scholarship Qualifying Test. So, he's one of a few students across the country who did an amazing job. And he's representing King George. So round of applause for Marcus.

**Colleen Davis:** Hi, Marcus.

**Marcus Andrews:** Hi.

**Colleen Davis:** How are you?

**Marcus Andrews:** I'm doing well. How are you?

**Colleen Davis:** I'm good. Thank you for representing King George so well. And your family too.

**Marcus Andrews:** Thank you.

**Colleen Davis:** Yeah. Did you... Do you have anything you want to say or?

**Marcus Andrews:** I mean, if I may, I want to thank my teachers. I think that's a big thing. My teachers helped me get to this point. And my parents and my sisters. Right. For keeping me on track.

**Colleen Davis:** Thank you.

**Marcus Andrews:** Yeah.

**Colleen Davis:** Any comments from the board?

**Carrie Cleveland:** What a great accomplishment. Congratulations.

**Marcus Andrews:** Thank you very much.

**Carrie Cleveland:** That is so awesome. I'm so thrilled for you and your future. Just amazing.

**Marcus Andrews:** Thank you.

**Colleen Davis:** Thank you again.

**Ed Frank:** Yes. Congratulations, Marcus. Thank you.

**Dr. Jesse Boyd:** Yeah. Awesome.

**Dr. Travis Burns:** His parents want to take a photo.

**Colleen Davis:** Yes.

**Dr. Jesse Boyd:** Yeah. That's awesome. Yeah.

**Colleen Davis:** What an honor. That's awesome yes.

**Ed Frank:** Congratulations, Marcus.

**PUBLIC /EMPLOYEE COMMENTS**

**Colleen Davis:** So, moving on to public comment. If you would like to speak during public comment but have not yet signed up, please see the clerk now, which is right here. And you can sign up for that if you still wanna... If you haven't yet. Public comment is an opportunity for community members to share matters they believe deserve the board's attention. It is a time for a one-way communication to the board, not a form or a dialogue or a debate. All speakers are treated equally and comments should be courteous, respectful and related to the school division's services or policies. Audience members are expected to maintain proper decorum. Speakers will

be recognized by the chair and asked to state their name, their connection to the school division and their district. Each speaker has up to three minutes to comment and our first speaker this evening is Ian Scott. Hi.

**Ian Scott:** Thank you. Good evening. My name is Ian Scott. I live in King George and all three of my kids attend King George Elementary. My oldest is in fifth grade and will be moving up to the middle school next year. I'd like to say that I think it is a shame as a society that we feel a need to normalize and encourage participation in sexual thinking and behavior in kids at all, much less at younger and younger ages. Having these conversations with our kids is the sole responsibility of the parent and not the state, not the schools. As parents we have the God given right and yes, we do have rights given to us by our Creator and not the government, to raise our kids as we see fit. Under the misused term tolerance, we are often told to accept others beliefs and lifestyles without question. But that term usually means tolerating and encouraging any and all intolerance towards Bible believing Christians. As a Christian, I do not believe it is necessary or appropriate to have any club in our middle school involving accepting lifestyles and behaviors opposed to these beliefs any more than having a kid's club focused on using drugs or a kid's club mocking other religions. We can't keep moving the line of what's acceptable and normal and we can't keep pushing them onto our kids at younger and younger ages. Thank you.

**Colleen Davis:** Thank you, Ian. Okay, we have Rachel Scott.

**Rachel Scott:** Hi, my name is Rachel Scott. I am in the Shiloh district and I have three kids in King George Elementary School. My oldest is in fifth grade. Will be ready to move up to middle school next year. I'm here to comment on the GSA club that was mentioned and discussed at the last meeting. I don't believe that the GSA club is an age appropriate club for the middle school. It plants a seed in kids' mind that maybe they aren't who they thought they were or that maybe there's something wrong with them and needing to explore other sexual orientations. It's just not something that sixth graders or even all the way up to eighth graders need to be thinking about. There were some comments last week from some parents about using... Having the GSA club would be a safe space for kids who otherwise weren't comfortable sharing at home. For me, that was a very concerning and a red flag. Just because they use the word safe doesn't actually mean it really is safe. It just means comfortable. The fact that it sounded like they were trying to hide something from parents or not discuss important topics with parents really means that they're driving a wedge between that relationship and that absolutely must not happen. Parents need to be involved in all aspects of their child's rearing and especially important topics that the GSA club would probably be discussing. Thank you.

**Colleen Davis:** Thank you, Ms. Scott. Julie Gibson.

**Julie Gibson:** My name is Julie Gibson. I live in James Monroe District. I do not have any children anymore in the school system. My kids are grown, but I am a taxpayer. I was unable to attend the last board meeting. I was out of town, but I did watch it. So, my comment is about the proposed GSA club at the middle school. Last meeting multiple speakers, including one child, commented over and over, this is not political. But yet the former chair of the King George Democrats called people speaking against this club bigots. I am against this club and I can assure you I'm not a bigot. But sixth graders coming out of elementary school two months into a school year aren't asking for this club.

**Julie Gibson:** Someone else is steering this ship. There weren't groups of kids speaking out and I believe this club is supposed to be run by kids with a teacher sponsor. Being gay or straight doesn't need to be celebrated. Being gay isn't new or odd, it's just life. Putting labels on kids,

boxing them in will make them exceptions instead of the norm. Letting be kids and figuring it out at this age should be hands off. Kids don't need to say my black friend, my gay friend. They should say my friend. Why do we need to marginalize kids with their sexuality? Doing so smells vaguely familiar to activism to me. No student should know their teacher's political views, period. Their job is to strive for academic excellence, period. It's a parent's job to teach kids to be good people. I trust this board will side on common sense. Leave the politics and the activism out of our schools. Thanks.

**Colleen Davis:** Thank you, Ms. Gibson. We have Ms. Whittney Kilgore.

**Whittney Kilgore:** Hello again everyone. So, my name is Whittney Kilgore, again, I'm a master sergeant, active duty in the United States army. Been here for 18 years. And I'm actually an equal opportunity advisor. So, I am all about people having the right to make their own decisions, being treated fairly and things like that. Also, inside the school I host the Christ Life Club, which is if it was up a debate about taking that away just because someone didn't agree with it, I wouldn't agree with that. I think I would like to start with saying this. As an equal opportunity leader in the army, I spend a lot of time advocating for fair treatment of all people. While God is clear about things like gender and sexual orientation, I do believe he gives us the free will to choose. The question today is more about when should that freedom to choose be allowed within our school system. I think as parents and leaders of the school, we have the response to make... We have the responsibility to make wise decisions about when we allow that to take place officially in our schools. I think middle school is too young for anyone to make that type of decision.

**Whittney Kilgore:** Schools should not be allowed to encourage these decisions without a parent knowing what is being taught or encouraged. For example, if a teacher... If a parent wanted to know what was being taught at a Christ Life Club meeting, they could come and they could find out. They could even sit on one if they wanted to. It's not anything that we're trying to hide. I think we should not be allowed in middle school without parents being fully aware of what's being encouraged and instilled. This would not be a safe space. I repeat, this would not be a safe space, but a dangerous place. Another approach could be the school hosting some type of meeting after school where you allow these students to come and they have someone that deals with these types of thoughts and behaviors and they're able to talk about it collectively in a group where you can have eyes on and be able to understand how people are feeling and hear as a parent, what's being told to their children. I think that would be a better approach than putting a group of teen... Preteens into a room and expecting them to make good decisions about their sexuality and their gender and things like that.

**Whittney Kilgore:** I think as adults we wouldn't allow... I don't encourage my son to go and get advice from his... If he was getting advice from his 12-year-old best friend just because he made a few good points. And I don't think that any parent would appreciate them getting advice about their sexual orientation and about maybe some feelings that they're a little bit confused about or 100% certain about at a time as critical in that stage of development. So as a parent, I am against this club. I don't think it should be allowed to be started just for the simple fact of where they are in their development and the way that it's being presented as a safe space when it's really... When I don't believe as a parent, it sounds very safe to me. So, I think it should not be allowed. And that's my stance. Thank you.

**Colleen Davis:** Thank you, Ms. Kilgore. And then I have Carrie Weaver.

**Carrie Weaver:** My name is Carrie Weaver. I'm a taxpayer. I don't have any children in the school system. But I feel it is my duty to make comments. I wasn't here for the previous meeting to hear

exactly what went on. But if I feel that if it's during school time, why isn't it required of a parent to okay it? They can't give a Tylenol to a child without parents' approval. And you're going to allow a club like this when they shouldn't be making up decisions. And it's not a teacher's responsibility. It's the family. It's the church's responsibility to be doing this, not the school system. And I find it, as a taxpayer, a waste of money and certainly wrong. I would think that the school board needs to consider these thoughts and come to a decision not political, not because it's right, but because it's going to represent the people of King George County. Thank you.

**Colleen Davis:** Thank you, Mr. Weaver. Superintendent report.

## SUPERINTENDENT COMMENT

**Dr. Jesse Boyd:** Yes, Madam Chair. Thank you all again for coming out tonight to speak at public comment. I think we've had a very good, open and honest and collegial discourse in the last couple of weeks on this particular topic. It's refreshing, honestly, to see everyone in our community come out and be so involved and engaged and invested in our school. Later this evening, we're going to continue to talk about this in relation to policy. I can tell you there's been no decision that has been made. There has been a lot of conversation. There has been a lot of research from our board members, from myself. We've explored what other schools are doing. We've taken a look at policy and legal precedents and we've heard you all loud and clear. One of the things that we kind of hope to get accomplished tonight, you'll see in our agenda moving forward is a more formal process for erecting clubs both at our middle school level and our high school level.

I think that alone would provide some filters in place to really vet these type of things before they get on Facebook and public and everything else. Providing our principals, our school staff, myself and our school board an opportunity to really slow down and make these decisions very consciously. I can tell you, I don't want to speak for our board members. But the application for the GSA Club right now has not been acted on. And there are some things in it, most certainly that when you see the application that... Or excuse me, the regulation that we would approve tonight would raise some red flags for us. So, we hope to move forward with the process of formalizing clubs both at our middle school and high school, and given us the vehicle and the avenue we need to make informed decisions about not only our high school students, but students that are 10, 11, and 12 years old. So, thank you, Madam Chair. And I can stop there for now. Thank you.

**Colleen Davis:** Great. Do we have any board comments? Or comment? No. I just want to say something. One thing that we all can agree on is something... One of the big changes we made was parental involvement is super important to us. And that's one of the changes that we made in clubs going forward. So is making sure that parents are involved. And that's it.

## CHANGES TO THE AGENDA

**Colleen Davis:** Okay, so any changes to the agenda?

**Dr. Jesse Boyd:** Yes, Madam Chair. So, this evening, when we do review policies, there is a policy that I would like to take out. We do need... We have a little bit more work to do. I'm pulling it up right now. I'm sorry. I should have had it pulled up. Do you have it pulled up? I'd like to remove JHCDB and JHCDB-F. This is just a revision to the forms that we've been doing in the last few weeks. It has to do with the number of AEDs that we have at our school buildings. We'd like to update this policy before we bring it back before you to admit the forms. But we'd like to make sure it's in better form before we bring it to you. So, if we could admit that tonight, I'd appreciate

it.

**Colleen Davis:** Can I get a motion to change the agenda?

**Ed Frank:** I make a motion that we change the agenda as presented.

**Carrie Cleveland:** Second.

**Colleen Davis:** All those in... Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye. Chair votes aye, motion carries.

**PRESENTATIONS**

**Technology Advisory Committee Annual Report**

**Colleen Davis:** Okay, we have any presentations? Technology Advisory Committee Annual Report by Ms. Hillary Haff.

**Hillary Haff:** Good evening.

**Colleen Davis:** Good evening.

**Hillary Haff:** Thanks for having me tonight. On behalf of the Technology Advisory Committee, tonight we provide a division technology update and to give you some updates on where we are with the technology department, where we're headed, and some of our highlights and challenges. So, the purpose of tonight is to just share... Sorry, Ms. Higgins, can you go back one. That was my fault. It's my favorite time of year when I have to stand at this podium. The purpose of tonight's update is to share some of our current priorities and progress and reflect on our highlights and challenges, as well as discuss some of our next steps and future focus areas. As you all know, advisory committees usually are made up with several different stakeholders and groups of people. We have a really well-rounded committee this year. We just met on the 18th of September and had, I think, 22 members attend. And it was great. We had really great conversation and a lot of good things came from that. So, we meet roughly four to five times per year. And I feel it's very productive for the division and it's really productive for myself and the department to get a feel for what's going on out there, especially when we have parents and community members sharing their voice.

So, this is a chaotic slide, and it's kind of meant to be a chaotic slide. Last year we had some students fill out a form. What three words come to mind when you think about technology? Right. And the most popular words that came through the form when you create a word cloud like this, this is what our kids are usually thinking about when they hear the word technology. And not everything up there is positive. You see things like annoying and blocked. Right? So, it's a really good overview of how our kids feel about technology. Obviously, computer is helpful. The phone is always going to come up when a kid talks about technology. But also, in our committee

meetings, it can get a little chaotic too, because it's such a broad area and a broad topic. So, I thought this really exemplified, you know, there are so many things that we touch in a day that have to do with technology. And especially thinking from a student's perspective, I just thought that was kind of cool. And we handed that out last year to our last... At our last meeting, everybody got like a cardstock poster of that to take home.

So, this chart comes straight out of our technology plan, our five-year plan. Currently, the tech plan is from 2023 to '28. So, we're about halfway through our five-year plan. We use this to make sure that we're staying on target with our refresh update and our refresh schedule. Certainly, with technology, you don't want any two projects to happen within the same year for budgeting purposes. Some of these are handled through federal grants and state grants, but we're in a really good place right now. You can notice that your switches and access points were replaced last year. That's a really huge project. So, we're happy to have that behind us. Something big that's coming up next year, our high school teachers will receive new laptops because they were the first folks to get them about four years ago. So, we're going to try to get five years out of those laptops and start a refresh. Chromebooks is ongoing, every year we are having to refresh those. But it gives you an idea of these are the big-ticket items that we really have to focus on to stay on target.

This slide's purpose really is to just show you inside the day-to-day of technology, no day looks the same. If you look at the two pie graphs. We could go through a two-week period where building security is our top priority and then maybe that calms down and things are performing the way that we need them to and Chromebook management steps up or something goes wrong and it takes three of us away from the department and away from our time to handle those. So, it just goes to show you that we have a lot of different categories that we cover. And every season is different. Summer always is going to look different than fall and winter. We're very busy right before our students come back to school. But, we handle a lot of things and it's kind of fun to be on the department where every day you just don't know what's going to happen. Right?

So, some of our highlights, as everybody knows, we put into place the weapons detection Systems. You have 15 units across the school division dedicated support to strengthen the safe learning environment. Not only was this a technology highlight, but I think bringing our folks together, we had central office staff, we had school board members pushing into our buildings for those first two to four weeks. And so, it was really cool to see us all come together and get to know each other. We're getting a chance to learn our teachers and to talk to them and get to know them. So, it almost became a team building activity for us and for our employees. And it was really refreshing, I think, and I speak on behalf of school board employees, to have school board members standing alongside of us going through the issues and working those things out. And I think when you look at us now, we're in a really good place with that. And they know that we're always still here if they need us out in those buildings. Enhanced wireless connectivity, we're still working through some bugs, but overall, we really have improved our wireless connectivity and something to speak to testing as it's so big in our division was state testing that we now have the infrastructure to support up to 2,000 kids testing in one day.

And we couldn't have said that three and four years ago. So that's a really big deal. You know, Dr. Nice can test all 1,000 kids in one day as long as everything's going according to plan. Student devices, this is always a highlight for us. We always work really hard to make sure that on the first day of school our kids are distributed with Chromebooks. So, we pretty much gave out 2,500 devices within three business days this fall. And that's a really huge undertaking. And the fact that we usually pull through and we make it happen is certainly a highlight. And then interactive panels, these are like, they're much like your smart board, but we don't use that model. We use a different

model. Currently, every secondary... Almost every secondary math teacher does have a panel in their classroom because we partnered with instruction and we wanted to support the new math curriculum that you just saw come through. So, I think we're really pleased at secondary to know that our math teachers are equipped with what they need digitally to help with that curriculum as well as we have those in our K-5 classrooms.

Three years ago, we had less than five panels and right now we have somewhere in the 80s, about 84 panels. So that's really big. And then just a couple of quotes from our teachers at the advisory meeting last month. Certainly, along with highlights come our challenges. As everybody knows, this is no surprise. Rising technology costs is certainly a fear. Device repair and replacements for one-to-one can get really hairy for us because we don't always know how to plan for what our device damages are going to be year to year, preparing for the future and adapting to emerging technologies such as AI in safe and responsible ways and planning for long term growth and sustainability. Network security is also a big deal, ransomware, phishing attacks. Some of you notice we went through that Friday afternoon and had a compromised email address. And it's just, it's going to happen and we just have to know how to respond to that as quickly as we can. Protecting student and staff data requires obviously ongoing investment in tools and training and then of course, instructional alignment. You know, we want to make sure the technology supports the teaching rather than distracts from it.

So, we're always looking to maintain that balance. And then of course, offering professional development opportunities and getting in there and finding time throughout the year to do that from the technology department. So, I spoke last year a little bit about Generative AI and how a number of us had gone to some trainings on how to push this in and how to support our teachers and our students. Over the last week and a half, we have visited with the middle school and the high school department chairs to talk about how can we support you up from the instructional department and the technology department. You know, is there something a teacher can do when they're assigning an assignment and specify are you going to use AI for this or are you not? Because if we don't specify that and our kids use AI, are they really cheating? Is it really plagiarism until we say you may not use AI for this assignment or you can blend your AI in this assignment. So, what that tiered approach is, is it's kind of... And it could almost be made into a poster for a teacher when they're developing a rubric.

Here's your guidance when you assign this assignment and be specific and be clear with the kiddos. There's some PD that we've pushed out the Generative AI for education that is through our Google workspace. It's roughly a two-hour professional development and it's a really good overview for educators. We're pushing that out through our weekly memos to our staff and then just a statistic there. Seven out of 10 of these students have used at least one type of GenAI and that's from... GenAI, and that's from 2024. And then of course our focus areas. Right? What are we really spending our time on over this next year? Currently we are looking at implementing a new asset management and work order system to streamline our inventory. Currently we're running off spreadsheets and we're doing some man-made things and we're getting to... We have too much equipment to be able to do that. So, we have invested in an asset management system that we're just getting ready to put into place and do some piloting with one of our schools. Building level presence, technology is... We're often behind the scenes and that's good. But we also need our teachers to know that our technicians are out there and they're visible and they're in the hallways and that they're welcoming.

So that's a really big deal to me. Digital wellness and balance, I say this every year. Providing a balance for our students. So, we're not looking at a device all day, but that we're using it appropriately and just helping with the instruction department to maintain that balance. And then

certainly our artificial intelligence, it's not going away, it's only getting bigger. So being able to support them and our strategic plan, technology is really woven into goal two of the strategic plan, which is focused around instruction. So, we're kind of embedded with them. But two of the big things that have come along is supporting the implementation of computer science and digital learning integration standards, promoting digital citizenship curriculum, and just again, trying to provide as much professional development as we can. And certainly, on our side, staying up to date with our technology plan. Every year we try to update that to keep it on track and be ready for that refresh in 2028 when we will build another five-year technology plan. So that is all I have for you this evening. Thank you for having me. Dr. Nice is here and he is also a member of the committee. And Ms. Hoover is our school board representative. So, we thank her for her time.

**Colleen Davis:** Okay, can we ask if anybody has any questions for you? Mr. Bush? Give him a minute. He's on mute.

**David Bush:** No, I know that... I'm okay now. Yes, I know that Ms. Haff is doing a great job and I thank you for all the effort and work that you put in the few past couple of months and I just appreciate your interest. Listen and thank you for everything that you've done, especially this is a great looking plan.

**Carrie Cleveland:** Yes, thank you. And Ms. Haff is wonderful and very helpful and we appreciate you so much. I will also say those comments that were just made were true for sure. I did have a question though, on your presentation, you were saying that there's an increase in phishing for the schools and I'm just curious if you... Your opinion on it, like why would they be phishing schools?

**Hillary Haff:** So, I had a conversation with our technician this afternoon and he's like, this isn't phishing, it's whaling. And I was like, here's the thing and we're going to talk about this. Dr. Boyd doesn't know it yet, but it's on tomorrow's agenda with the supervisors, the teachers that they're hitting and the employees that they're hitting do not have two factor authentication on their email. So, it makes them a little bit more vulnerable to this. And it's not necessarily just in schools. Think about your personal accounts, right? You never want to leave your email wide open overnight because there's more of a chance of someone getting into that. I think what happened this last time and what's happening is teachers do see things that are like free download here and they click on it and it's an executable file. And that usually is what creates that vulnerability. I can't get into the weeds with you about the whole back end thing.

I can certainly find out more from my network engineer. But once that does happen and once that email is compromised and someone is now in that person's email, they have access to all their contacts, whether they're school email accounts or they're personal email accounts. And this is why we saw like 400 emails going out to all these people. And we were trying to redact that. I think, and the other big one is administrators, right? Your superintendents, your administrators, your central office staff. They like to get in there because we have more contacts, we have more availability to send staff emails. And when you think about your teachers, if they see an email from Dr. Boyd, they're right away like, hey, send me your cell phone number, I want to help you. A teacher is going to respond to that because, oh, that's Dr. Boyd. Right? So, a lot of us get targeted more so when you're in an administrative role.

**Colleen Davis:** Yeah. Thank you.

**Hillary Haff:** Does that help?

**Dr. Jesse Boyd:** Yeah, we do have the test that we send out emails that will see if we can... Can you describe that better than I am?

**Hillary Haff:** Yeah. So, we are part of a staff awareness training software that basically every so often, it'll go out in batches to our staff members and it'll be a phishing email, but it'll be a safe email because it's from us. Right? And we test our teachers to see if they're actually going to take it, hook, line and sinker. Right? So, if a teacher goes for that email and it says King George County Schools has sent you a Visa gift card, click here to get your award and they click that button, they'll see a little icon that says you've just been phished. You shouldn't have clicked on this. And then it does kind of make them do like a two-minute video sometimes in a module. They have to answer a question and move on. So, we're doing what we can to help our teachers understand, not to trust everything that comes in through an email. Today, everybody's going, Ms. Haff, is this legitimate? Is this a legit email? Because they're nervous now, especially those that were affected on Friday. So, they're really... It's in their forefront, which is good. We want them to be a little nervous about clicking on these things.

**Carrie Cleveland:** Yeah. And they're getting better, too at phishing.

**Hillary Haff:** Yep.

**Carrie Cleveland:** Yeah.

**Colleen Davis:** Something... Oh.

**David Bush:** Ms. Haff, this is David, Mr. Bush. But our mission does the same thing, and only when we get caught, it's a two-hour training you got to go through. And after that happens about three times, boy, you get better and better at it.

**Hillary Haff:** Yeah, I don't think our staff would love two hours, so we're gonna stick to three minutes.

**Colleen Davis:** Mr. Frank.

**Ed Frank:** Ms. Haff, I just want to thank you for all you do. I was in the school board office a couple of times last week after hours, and I still saw you running up and down the halls. So, I know, we all know the work that you put in and the things that you do. You mentioned preparing for the future. And one of the things that we have to prepare for is AI, which I don't know about... I mean, you're the expert in it, but I think it's probably one of the scariest things that's gonna come into society in the near future. And it's going to change a lot that's out there.

**Hillary Haff:** It is. And honestly, we're not the experts. These guys are the experts. Right. These students know long before we know, they're on to the next... We're still on ChatGPT, right? Helping us write an email. There're 14 new AI sites out there right now that we don't even know about, but I can guarantee you our kiddos do, so.

**Ed Frank:** I should tell my students all the time, if it doesn't have a trigger, I can't use it. So, I sure can't use technology.

**Colleen Davis:** Something funny, you know, our Internet at home, we just got like a year ago in King George, so it feels like a totally different life. But one of the words that popped out to me about, was reliable. It was so tiny because it's gotten a lot better as far as even my home. But

even here, I take night classes at the high school and it's better. I noticed it was a lot better. So, thank you for all your hard work. Yeah.

**Hillary Haff:** Thank you.

**Dr. Jesse Boyd:** Madam Chair, if I could just take a minute with this audience and this opportunity. I do want to thank Ms. Haff for all that she does with all of those things that were challenges and accomplishments and everything that she does on a daily basis. When we rolled out this weapon detection system, as far as implementation, she took it and ran with it and really provided an intricate role in making sure that that got done on time. So, I just want to say thank you for that because it really meant a lot to me and I think all of us. Thank you. Thank you.

**Colleen Davis:** Yes. Thank you. Okay. State Accountability and Accreditation by Ms. Sandra Duff.

**<u>State Accountability & Accreditation</u>**

**Sandra Duff:** Good evening everyone. Thank you for this opportunity to present this data to you. This data is based on preliminary reports still. I was hopeful that I was going to be able to give you official state numbers. They are now telling me later this week. So, we are still working off of preliminary data. But I will keep you in the loop as stuff changes and more information comes out. There are going to be potentially some small changes that come when the official data is announced. But this data has been... The information that I presented at convocation was very preliminary. This has a little bit more meat behind it. We know a lot of that data. So, the next slide, Ms. Higgins, thank you. The accountability framework is completely different than the information that I presented to you guys last year. This changed at a state level. I went to all the schools last spring and presented to administration and teachers what the new framework was going to look like. It is slightly different at an elementary versus a secondary level. But our schools will be categorized by one of the four labels in the framework as distinguished on track, off track and needs intensive support.

And then it's going to be on a 100-point scale. So, 90 and above would be a distinguished school. 80 to 89 would be on track. 65 to 79 would be off track. And then below 65 would be intensive support. Those 100 points are gained by the three categories you see on the left of the side. So, mastery, growth and readiness are the categories for the elementary schools and the middle school. The high school does not have growth, but that is where the graduation rate goes. Readiness at the elementary schools is just chronic absenteeism right now, the middle school does add another category of advanced coursework. So right now, that's our math kiddos that are taking high school level courses and above in middle school. And then the high school does add a six-year graduation rate and the 3E Readiness which is all of the CTE certifications and the workplace readiness that we do. The state is still producing an annual pass rate. So, they're still producing the subgroups that I presented to you guys last year. But they are not a part of this accountability framework. It aligns to the federal accountability.

This is just state. So, if you look at this first chart, this is King George Elementary School's data. You can see right now it is sitting at a 79.75 which is 0.25 off of being on track. They do not round so they round to the nearest tenth. So, it's 79.8. We are... This is data that is sitting right on the line. It could tip over to an on-track school. We just don't know what that final data will be this week. But next to the mastery, growth and readiness in this framework, you can see that 55% of the data comes from mastery, 35 from growth, and 10% from readiness. The reading performance is points earned is the numerator. The denominator would be students, and then it works its way across to how many points would add up. So those four mastery categories, only three of them

count into the matrix. Because the EL Progress is only 13 students, it has to be 15 in order to count in the data. So, the three math, reading and science performance total up to that 49.55 out of 55 total points. Growth is measured for fourth and fifth graders at an elementary school.

So, it's compared to how they did the year before. Did they make growth in their SOL? And that growth comes from whether they passed or failed the year before. It is just growth from year to year. The readiness is chronic absenteeism. So that shows that 21.91% of King George Elementary School students were considered chronically absent. It is 7.8 total out of the 10. So that totals up to that 79.75. The next chart is the same information. It's just Potomac Elementary. Again, their EL denominator is not 15. So, their mastery category comes from reading, math and science. They earned 51 out of the 55 points in mastery growth because the EL is at zero. Growth is the 35% here. And then readiness is the 10% totaling up to that 86.3. Sealston Elementary is different because their EL population is over the 15. So that 10% gets attached to mastery and becomes 65% of the mastery numbers. Growth goes to its 25 and readiness stays at 10. The EL population progress is K, not K. It's first grade through fifth grade because students have to be in their... It's the WIDA test, access test that they do.

And they have to have taken the test twice in order to measure their progress. So, kindergarteners don't count in that, but it is going to be first, second and third, third and fourth and fifth grade at an elementary school. The next one is the middle school. The middle school's mastery is a little bit different. Their total is 60. Their EL progress, they did have 21 students, so that counts as their 10%, growth is only 20 for a middle school level matrix. And then the readiness is 20 because chronic absenteeism is 10%. And then the advanced coursework is another 10%. If you look at the numbers here, they are... The points earned is based off of the student performance in reading for 6th, 7th and 8th grade. Denominator is the next student column. And then you get the percentage of points possible and the index value which totals up to the 49.36 out of 60 possible points in mastery. Their growth is just for reading and math. It is all three grade levels that can get growth. It just has to be that the student was a Virginia student who took the test the year before.

And their readiness is a little bit higher than the elementary schools because of that advanced coursework. But that is 108 students based off of their seventh grade SOL were eligible to do advanced coursework in eighth grade. In seventh and eighth grade. And all 108 were scheduled advanced. So, we got 100% of that category, which brings them to an 81.58. The high schools are a little bit different looking in that, first you have to realize that this is not the whole high school. This is just our senior class last year. So, they do not do every test in the school each year they do cohort data. So, this is based off of our graduating class of cohort 2025. Mastery and graduation and readiness are not whole numbers because our EL population was not at 15. So that becomes 0%. And they distribute the 10% that would have been in EL progress equally to all three of the other remaining categories. Whereas in the elementary and the middle school, they just put it with growth. So that's why those numbers are a little off. The high school is coming out as a 97.41, which is a distinguished number.

If you look at the chart closely, you can see reading performance. We had so many students at... That graduated last year that scored an advanced pass that we actually got over 100% on that category. And then the 3E readiness is again, so many students got above the norm. The standard one point, they got a 1.25. So that's over 100%. So those two categories carried this to the high school coming out as a distinguished school, I will take the opportunity to point out that it does hide other things that we should be concentrating on. The chronic absenteeism numbers on all five charts are chronic absenteeism increased from last year to this year. So, we are... That is something that we need to focus on. It does get hidden by the other wonderful accomplishments in each school. But it is definitely something that we should focus on and look at. And then our EL

population is constantly rising and that is going to... It affected Sealston in the middle school this year. King Georgia El is very close to having their EL population be above that 15 where they would have that 10% shifted there as well.

The next chart is as Dr. Wright says, it's his favorite one to look at. It is our federal pass rates. So, these are not the polished numbers. These are just straight number of students who passed divided by the number of students who took the test. And these numbers are, the state is across the bottom and King George is across the top. And then the rest of our regional schools that we usually compare ourselves to or throughout the rest of that chart. I checked the math on this a million times because King George hit the state average in all four subject areas and mathematically that didn't sit well with me. So, I double checked us and we definitely are sitting right on the state average in all four categories. We did not do that last year. We were one or two points below in math and I think three points below in science. So those are gains that we made from last year. And the final slide that I have for you doesn't really have a whole... It's not about our accountability, our accreditation. It's about what's coming in the future. The state is making constant progress and changes.

And at the September board meeting they approved new cut scores for reading and math. So, we have been sitting at for years now, a 400 is a passing. On a SOL a 500 is an advanced pass, a 600 is a perfect score. They with the new standards they did a standard setting committee this summer and they have reworked those numbers where... And it was approved at the September board meeting that these would be the new cut scores. So, a third grader, a 400 is no longer a passing score. It will be a 444 for the reading SOL. This is something that we know that is coming. We don't know what it's going to look like though. Their October board meeting is when they're going to decide. They've been getting stakeholder opinions across the state to figure out how to implement this.

Do we phase it in in three years, four years, five years? Do we set it up so that students kind of phase in at the high school level? They want to make sure that they protect the class of 2026, that this isn't a huge change for them in the final hours of their senior year, that they're going to have to make that change. So, there's a lot more information still to come on that as the board, the Virginia Board of Education makes those decisions in their October and probably November meetings. But I have a feeling that we have a lot more updates coming from them with that. We'll get state information later this week that we'll be able to update with you guys, hopefully at the next meeting and give you more concrete answers. These numbers are more firm than I've given in the past, but they are still, small changes are possible.

**Colleen Davis:** Thank you, Mrs. Duff. Do we have any board comments, Mr. Bush?

**David Bush:** No, thank you. Your report was very thorough and I appreciate it a lot. I know that's a lot of data to gather and to report on. Just your opinion, we definitely made some small improvements over last year. Do you see that continuing or what are your big concerns for the future? Obviously, absenteeism is a huge one, but what areas do you see that we're concerned with or that you see we're going to be improving on?

**Sandra Duff:** I think that we... The chronic absenteeism is definitely something that we need to work on as a division. I think focusing on our EL population that is rising, we're going to have to pay attention to that. We also made gains, if you look at the detail of the charts, we definitely made more gains across the division in math than we did in reading. I think that the Virginia Literacy Act and the new plans that everyone's doing, elementary schools did plans last year. This year it's, per the state, it's elementary and middle. I think it's going to take us time, but we'll see

gains from that as well as teachers do all those modules and learn how to prepare our students for tests that are more difficult because the standards have changed and they're expecting kids to analyze on a different level. And I think there's a learning curve there for the students and the teachers. And we are making good progress towards it, but it's going to take the time to get there.

**David Bush:** Thank you.

**Colleen Davis:** Thank you. Ms. Cleveland.

**Carrie Cleveland:** Yes, thank you. Thank you, Ms. Duff, for this information. I do have a couple of questions just because I don't see the historic data and I don't know if you... Do you have the historic data that you...?

**Sandra Duff:** Absolutely. I can share last year's presentation with you and anything else that would help you kind of fill the gap for the last year or two.

**Carrie Cleveland:** Okay.

**Dr. Jesse Boyd:** I would say, too, that this is the first rendition for this accountability system in this data. So, we can give last year's presentation and cut scores and things of that nature, but that's a point I did want to make is that this is an entirely new accountability system that the state is pushing out along with cut scores and a number of other changes. Ms. Duff and I have set in a lot of professional development from the state level. There's a lot of changes going on and a lot of things, a lot of moving parts right now. So, we can tie historical data to those cut scores. Right? And chronic absenteeism and things of that nature. But there's also a lot of new.

**Sandra Duff:** And we can still look at the subgroup data from a federal level. They break down, they have a three-year pattern that they do. They report the last three years of that so that information would be available. But it's definitely... I spent time last spring educating our staff on the new accountability. But our parents are going to need it now too. Our community is going to need it because it's framing the same data in a different way.

**Carrie Cleveland:** Yeah, yeah, I understand that. So, can you... Are you able to say without having the data here, are we up or down at these schools? Are you able to...

**Sandra Duff:** It's different for every school. I can say that our growth is strong at Potomac and the middle school, there was definitely growth there. Sealston and King George El made growth. King George Elementary's growth last year was stronger than it was this year. So, growth becomes difficult if you're getting more and more students to pass and they keep growing, it's hard to keep that pace up, if you will. So, I think that that is a factor in King George Elementary's. But I think that one thing to definitely be proud of and to say that we are up, is that traditionally, as an educator, throughout my entire career, when you put new standards and a new test in place like reading and math, you always see a dip in the data because the teachers are learning new curriculum and so are the students. And we didn't dip this year. The work that we did last year, we didn't see a dip that other divisions did.

**Colleen Davis:** You're fine. She's not done yet.

**Carrie Cleveland:** This is my ignorance. But what is 3E readiness?

**Sandra Duff:** So 3E Readiness is the part of the accountability that takes into account our

enrollment, enlistment and employment. So, the enrollment numbers are based off of, we get... The division gets points and different bonuses for students who take AP courses, students who take dual enrollment courses. Enlistment is going to be based off of the ASVAB test, which students can choose to take. That is our military aptitude test. And then the... What am I missing? Employment is all of our CTE certification classes. So, it is students who took whether it is workplace readiness or it is a... The certifications that they take that are associated with those CTE courses. Depending on how many students take an exam, we get credit. And then depending on how they do. So, they fall into four categories where they are, I hate to use the word worth, but the points that these students give us either are 1.25 into the matrix, 1.75 or 0.25. And that's why in the reading and in the 3E Readiness, the high school scored so well, because so many students were worth that 1.25 that it took us over 100%.

**Carrie Cleveland:** Okay, and then just one more question on your... On the cut score slide. So are these... This is the proposal for the cut scores, or this is what they are now?

**Sandra Duff:** They were approved at the September board meeting.

**Carrie Cleveland:** So, is, the passing is proficient, is that where you pass?

**Sandra Duff:** Yes.

**Carrie Cleveland:** Okay, thanks.

**Dr. Jesse Boyd:** Yeah, so we had a meeting today, Sandra and I, a virtual meeting. Those cut scores are passed. Right now, they're playing with this idea of an approaching category as well, which is not on here, which will be a temporary fix, and it'll be a score lesser than proficient, which will also count as passed. What they haven't decided yet is how long they want this implementation period to last. They're throwing around three, four, five years, so. And also holding, as I think Sandra pointed out, holding certain classes harmless from these changes. We certainly wouldn't want our seniors right now who are accustomed to getting a 400 on a SOL to all of a sudden have to have a 443 to pass. There's a lot of superintendents and a lot of school divisions right now wrestling with what this means. And there's a lot that's still left to be explained from the state level.

**Ed Frank:** Ms. Duff thank you for all you do. I mean, I was... Saw you for years around the high school making sure all the kids got, you know, everything passed, and last year, I saw Dr. Truslow doing the same thing. And, I saw the tears in her eyes when two kids weren't going to walk across the stage last year. But the high school is distinguished because of the passion that you two have for what you do and for our young students. Now saying that, and Dr. Wood and I have talked about this quite a bit. The absenteeism rate. I mean, we had the ALL IN. Is that still working? I mean, I even went around to a couple of houses visiting. Is that still... Did it work at all? And then what are the next... And maybe Dr. Boyd can answer this. What are the next approaches to our absentee rate. I mean, we can change a calendar and do things like this, but I mean, there's got to be... We've got to do something there to get these kids in the classroom.

**Sandra Duff:** ALL IN definitely allowed us to... So, ALL IN, one of the components of it allowed us to put record flex hours for students. So, students who at an elementary level and a middle school level participated in after school tutoring or at the high school level, went to the Saturday sessions that they had roughly what? Five or six in the spring, I think, those students were allowed to earn hours back. Basically, that would kind of help with their absenteeism. So, I think for certain students, if you can get students to commit to after school or a Saturday, it definitely helped them

across the board. I don't know that I can say that ALL IN has done a huge amount of things for us because it has... Our chronic absenteeism is still a problem at all five schools.

I can tell you that we have worked with technology and Dr. Wright has looked at reporting in PowerSchool, that gives us a clearer picture partway through the year that allows us to monitor those kids starting right now, we've been in school nine weeks, who's chronically absent, who's already on track to keep that up for the end of the year. And I think my opinion is the answer is partially individualized. You have to meet with those kids, you have to talk to those families. I pulled data for King George Elementary just today asking, they wanted to know out of the 131 kids that were chronically absent for them last year, what grade levels were they in, who were those students? And just trying to see patterns of families or if it's one grade level more than another. And I think that that has to happen on a regular basis in all the schools. And that's just part of it because that's the individual side of it. But the other side of it is making school engaging and fun and a place that kids want to be. And our teachers are constantly trying to do that for them.

**Ed Frank:** I think that's the key if we can, you know, get the principals and teachers to work on that. However, Jeff Smith is the only person we have that checks on all of this. And with the number of kids that we have that are out there, maybe we need to give him some help.

**Dr. Jesse Boyd:** We can add that to the budget when we get... That'll be real soon here.

**Sandra Duff:** And I can tell you, as the human at the high school who used to try and pull the data, PowerSchool didn't really help us do it very much. And we now have new, better, real time reports that are going to show us a report almost at a click of a button versus a massive amount of analysis. And at the high school level where that is converting from meeting attendance to day attendance, that will be a very useful report for that administrative team and counseling and all, everyone who would be pitching into that process.

**Ed Frank:** Again, thank you for all you do.

**Sandra Duff:** Yes, sir.

**Dr. Jesse Boyd:** Yeah. I'm so blessed to have Ms. Duff in the position that she's in. There's a lot of changes right now on the state level. And to be able to interpret this data and really dig it down to the roots of it and really do the state math before the state even does the math and give us this type of analysis, that's amazing. And for Ms. Duff to be able to do that for us and show us where we are and where our trajectory is, I truly appreciate it and it's a wonderful accomplishment. And I thank you for all you do. Thank you.

**Colleen Davis:** That's what I was going to say. Like there's a reason you're in this position because you're just... It's here and you're just saying it and I mean I can tell you're really good at what you do, so.

**Sandra Duff:** It makes me nervous because I want to be able to explain it. I live and breathe it and I want to make sure that other people understand it as well.

**Colleen Davis:** You're a good speaker as well.

**Sandra Duff:** Thank you.

**Colleen Davis:** So, you're doing both... A good job at both. But I wanted to say something that showed on the graphs, reports there was, not only did we... Are we showing state average, but we're also showing, we're leading the entire region and most of it, and a couple of them.

**Sandra Duff:** We are.

**Colleen Davis:** There's four, but we're...

**Sandra Duff:** There's one number on the chart higher than us and it is Westmoreland's Math. And they're doing some very out of the box things we've already discussed. We reached out to talk to them about their plan, so. But across the region we're definitely strong.

**Colleen Davis:** And the other thing was, is like the teachers have been... The state has kind of taken away their individuality, the ability to have all this fun stuff in the schools. So, it's very challenging for them to get all this done and still make it fun.

**Sandra Duff:** It is, absolutely. The new math and reading curriculum happening in the same year, they're still struggling with that process and learning how to get the kids where they need to be while having fun doing it.

**Colleen Davis:** Without... You don't have to answer it. But if you know of anything that you can send our way that maybe we could cut out, I know you guys work on it, but I don't get to hear all that, you know, please send it our way because that is a goal of ours as a board, is to like, get the teachers to have the ability to make class fun again.

**Sandra Duff:** Okay.

**Colleen Davis:** So, yeah.

**Sandra Duff:** Thank you.

**STUDENT REPRESENTATIVE COMMENT**

**Colleen Davis:** Thank you. Okay, now we are moving on to our student representatives.

**Dr. Jesse Boyd:** Logan's up first for the middle school.

**Colleen Davis:** Hi, Logan. This is his first time on the, I believe, at the board, being the student rep and he's from the middle school. Go ahead.

**Logan Samuel:** Okay. Good evening. My name is Logan Samuel and I'm one of the student reps, obviously at King George Middle School. And I'd like to just share a few things going on. So, they have this cutest pets... Oh, cutest pets of fall contest. And you're supposed to submit like a photo of your pet at... In a fall themed photo, like pumpkins or Halloween cider Thanksgiving. And it's kind of cool, I guess, but...

**Colleen Davis:** Did you guys send them in already? Submit already?

**Logan Samuel:** I don't exactly know when they're due, but I think it's sometime around October.

**Colleen Davis:** Okay.

**Logan Samuel:** Sometime around maybe next week.

**Colleen Davis:** Is there a price to be won?

**Logan Samuel:** I think it's like a gift card or something, right?

**Colleen Davis:** Okay.

**Logan Samuel:** Something like that. Another thing is that the quarter one's ending on Friday. And I mean, my grades are pretty good, but I know some people are not doing well. But I'm really excited that we're finally done with quarter one. I think they have the assembly sometime, I think next week maybe on Tuesday, Wednesday, like those kind of things.

**Colleen Davis:** Okay, thank you. This is Brooke.

**Brooke Hayden:** Good evening. I'm Brooke Hayden. I'm one of the student representatives for the high school and I'd like to share a few updates about our school. First of all, our fall sports are in full spring, swing and cross country will be celebrating their senior night this Wednesday to recognize the senior runners. Our field hockey team has also been very active, not only competing hard this season, but raising over $4,000 to improve their program. They recently won against a game from... At Courtland High School, marking the first time that this has happened in over a decade. A new addition to the high school is the girls wrestling team, making King George one of the first schools in the Battlefield district to offer the program. And they have already started conditioning. The King George Royal Regiment competed over the weekend in Maryland and won first place in the 4A division. Congratulations to the members and their hard work. We have experienced some challenges during dismissal from the student's point of view, car riders would like to leave about five minutes before the 2:15 bell to help reduce congestion in the parking lot and bus loop. We know that it would take out hours throughout the whole school year, but it is something that we truly think would be beneficial. Currently, students are often having to wait for the buses to load which delays their exit until around 2:30 or 2:45.

This not only makes it difficult for students to get to their cars quickly, but also to continue to... This also continues to the significant traffic on the streets. On the club side, our Chick Fil A Leadership Academy is planning on an exciting outreach program. Members will be visiting all three elementary schools on October 19th to hand out books and encourage reading. Finally, our DECA program will be hosting its initiation ceremony this Wednesday at 10:00 AM and Ms. Charles specifically asked me to invite you guys to it. And multiple clubs at the high school including DECA National Honor Society and Y Street are setting up stands at the King George Fall Festival this Saturday to give students opportunities to volunteer in the community.

King George High School has also launched the Project KIND through Character Strong programs which is a mandated character educated initiative and students will participate in 10 sessions throughout the school year. This week our counseling team is coordinating a series of fun and meaningful activities during all lunch periods to promote kindness, connection and awareness around bullying prevention. And Red Ribbon Week will happen from October 27th to the 31st with the theme Life is a Puzzle Solve It Drug Free. This week is dedicated to aware... To raise awareness about the dangers of drug use and encourage students to commit to a drug free lifestyle. And the school counselors will also be hosting a Spirit Week during that. And that's all that I have. And thank you.

**Colleen Davis:** Thank you Mrs. Brooke.

**CONSENT AGENDA**

**Meeting Minutes: September 22, 2025 Disciplinary Hearing; September 22 Regular Meeting**

**Colleen Davis:** Okay. Consent agenda meeting minutes September 22nd, 2025 disciplinary hearing and September 22nd regular meeting.

**MOTION - Ed Frank:** Yes, Madam Chair. I make a motion that we approve the minutes from the September 22, 2025 disciplinary hearing and September 22 regular meeting as presented.

**David Bush:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries.

**Donations**

**Colleen Davis:** Now we're going to talk about the donation from Bobby McLaughlin.

**Dr. Jesse Boyd:** Yes, Madam Chair. So, in this, since our last meeting we did receive a donation from Four Elements Electric, this is in relation to our electrical apprenticeship program in the amount of $15,000. And I would request a motion this evening to accept that payment for that program.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we accept the donation of $15,000 from Four Elements to the high school.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries. Isn't that a blessing? Like $15,000 from Goodwill and then $15,000 from Bobby to start our program.

**Dr. Jesse Boyd:** It's amazing.

**Ed Frank:** 30...

**Colleen Davis:** 30 total. Yeah.

**ACTION ITEMS**

**Acceptance of Title III Final Grant Allocations for SY 25-26**

**Colleen Davis:** Okay. On to action items. Acceptance of the title three final grant allocations for '25/'26, Ms. Erin Kaple.

**Dr. Jesse Boyd:** Yeah. Madam Chair, I can handle this. And if you have any questions, Ms. Kaple is here. So, annually we receive funds from our title programs. Tonight, we would ask for acceptance of our title three final grant allocations for the school year 2526. The amount is in the amount of $7,740.85. So, the recommendation this evening, these are funds that support our English language learner students that we receive annually from the federal government. I would make the recommendation this evening to accept the funds in the amount of $7,740.85 to the title three grant funds for the '25/'26 school year.

**MOTION - Carrie Cleveland:** I move that we approve $7,740.85 to the title three grant funds for the '25/'26 school year.

**Ed Frank:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries.

**DISCUSSION ITEMS**

**Policy Manual Updates**

**Colleen Davis:** All right. And now we are moving on. Discussion items, policy manual updates.

**Dr. Jesse Boyd:** Yes, Madam Chair. I'm going to go ahead and break out the first one because that is the one that has garnered the most conversation. It's our policy on student organizations or regulation. If you open IGDA-R.2, this is titled student organizations. Student organizations, whether curricular or non-curriculum based, that wish to organize under policy IGDA, must submit the application for forming the student organization to the building principal prior to soliciting interest from the student body. The submitted application should have the following things included in it, name of the organization, a general statement of the purpose of the organization and whether your organization is curricular or non-curricular. Parental permission form completed and signed for initiating the organization. Name of a faculty sponsor or supervisor for curriculum related organizations and for non-curriculum related organizations, the name of the professional

staff member who will be attending the meeting in a non-participatory capacity. Next is proposed constitution or bylaws. F is a description of the qualifications for membership. G, if applying as a curriculum related organization, a statement of the relation of the organization to the regular school curriculum is required. H, a list of proposed officers.

I, a list of 10 students who wish to serve as members of the club. J, proof of written parental permission to form and or join such student organization. And then K, a tentative meeting schedule, including dates and locations of the meeting. A lot of these things were required in the past at different levels of responsibility at different schools. It was a less formal process. I'm hoping to formalize this process and really allow us to go into the initiation of clubs with our eyes wide open in terms of all that's involved in a particular club application before we allow students to make a decision on whether or not they enter a club. And then a bullet two there is just, once a club has been approved, there is a process for renewal. And it has less bullets, but still the bullets that we need in order to allow for that club to renew. Below what it says is if, the third bullet there is, if we do not... If you do not let the principal know that you'd like to continue the organization, then the club would be dissolved. The application process, I'm not going to read this in full, but basically the principal is the first person to approve or consider the application. There is an appeal process. If the student is not happy with the principal's decision, then there is an appeal to the superintendent, and that appeal to the superintendent is final. I can stop right there for any questions that the board may have on this regulation IGDA-R.2.

**Carrie Cleveland:** I have a question. Okay. So are we saying... So, this is saying that the principal is going to be the ultimate decision maker then?

**Dr. Jesse Boyd:** Not the ultimate decision maker, because there is an appeal process. So, the principal will have... Yeah, so the principal can make a decision to approve or deny, and then the... If it's appealed, it would be appealed to the superintendent.

**Carrie Cleveland:** So, if the principal is making the decision, do we have any guidelines of what that decision should be based on?

**Colleen Davis:** So, I was just thinking. I think we need to come up with some.

**Dr. Jesse Boyd:** You mean... I gotcha.

**Colleen Davis:** I think it wouldn't be acceptable.

**Dr. Jesse Boyd:** We can work with our principal. I don't know that that would be... We can try to put it in the regulation, but it would probably be more of a... These are judgment calls that we make every day in terms of what's appropriate and what's not appropriate on particular levels. We can try to codify it in the regulation, but it might get pretty involved. You know what I'm saying?

**David Bush:** Madam chair?

**Colleen Davis:** Yes. Go ahead David.

**David Bush:** Dr. Boyd, do you think... What about if you ask the principals, what was just mentioned, how do they feel about having some sort of guidelines or do they want it to be totally subjective? I mean how...

**Dr. Jesse Boyd:** Dr. Burns is here, he's coming towards the diocese.

**Dr. Travis Burns:** Well, I would... The clubs that probably would be the most challenging to approve would be your non-curricular clubs that don't have bylaws. Those would probably be the ones that we would probably scrutinize the most in terms of accepting. A lot of our clubs currently are, that are curriculum based, may not have bylaws, but they're curriculum based, which makes it easier to approve them. So, I think any organization that comes forward with that's non-curricular, that doesn't have any substance behind it in terms of whether they have bylaws, whatnot, would be a little bit challenging in terms of what I'm thinking of, in terms of approval.

**Dr. Jesse Boyd:** Do you think it would be beneficial for us to create some guardrails in terms of...

**Dr. Travis Burns:** Well, I'm saying that that, you know, in terms of the questions that you currently have, there are... That would be a guardrail because when you're reading that and someone comes forward with a club and they don't have any substance behind it in terms of bylaws, constitution expectations. Well, what are you meeting about? What's your... I mean, that's the basis of your purpose. So, I think having guidelines would be very helpful. But in thinking about what you currently have, if I have an organization that comes forward and they don't articulate that, then I wouldn't be approving that particular club.

**Colleen Davis:** What if they did articulate all that but it wasn't something that might be appropriate for that age group?

**Dr. Travis Burns:** I would say that that would be another reason to not approve a particular club if it's not appropriate in terms of age group.

**Colleen Davis:** Okay.

**Dr. Travis Burns:** So, yes.

**Dr. Jesse Boyd:** And the question is, are we comfortable with that discretion being, you know, at the building level, or if you... Do you want to codify it in code or in a policy or regulation? And then how detailed do you want that to be? Because right now we're talking about a specific... We're... So, what could be next that... I think at some level we are going to have to rely on our principals to make some judgment calls with certain clubs that may come forward.

**Colleen Davis:** Yeah. And I'm not even looking at this as far as not trusting the principals. I just feel like would help them make a decision to protect them...

**Dr. Jesse Boyd:** Yeah, no, I don't think that either.

**David Bush:** Madam Chair, let's just be sure that we're careful not to make a policy based primarily on one situation too. I think it's already been stated, that it's important that whatever policy we make should be able to be relevant for whatever the situation might be, including the current one we're talking about.

**Carrie Cleveland:** Madam Chair, I do believe that age appropriateness is important and that would be probably number one concern of all of them. When I think about, I mean, I don't even want to mention another club because I don't want to give any ideas, but there could be some other clubs that came before us that not necessarily is it not age appropriate, but it's not appropriate for school. Right? So, I'm just concerned about that being a decision that the principal is making. I mean, they could, for example, if there was a gun club, well, maybe the principal likes

guns, so we'll prove that. But is that appropriate for school? Does that make sense? I'm concerned about that.

**Dr. Jesse Boyd:** So, this sentence here is the one that we either want to leave general or flesh out with specific examples. So, it's bullet four. It says, the principal shall review the application and such other information as he or she considers appropriate and shall approve or disprove the recognition of the organization within 10 school days after receipt of the application. So, we're beginning with giving the principal the opportunity to make that judgment call, if we want to add something there, you know, where it says the building principal shall review the application and such other information such as age appropriateness or whatever else. I mean, we could include that there. It's just, it could be a very exhaustive list, I think. Yeah.

**David Bush:** Yeah, well, that's my point is that it doesn't make... You know, it's like when you begin to try to, I don't know, to dictate or to start to write some... Even the age appropriateness, it's... We have to trust our principals because at some point they're going to have to make a decision. We can't write everything down. I agree that the age appropriateness is very important, but hopefully, they wouldn't be a principal working for King George if we didn't trust them to make those kinds of decisions. And I just, I'm a little bit leery to try to put criteria down which we'll never put enough criteria. Does that make sense?

**Carrie Cleveland:** I do think it makes sense. I'm just really stuck on this age appropriateness. I think that's really important because we have three different schools. We have our elementary. Well, I guess we're not talking about elementary school. But you have your middle school who has 10-year-olds in it and you have your high school that has more older kids in it. So, I'm just concerned, when we think about age appropriateness that we think about those smaller kids too and what is appropriate for them and what is not. I don't know. I don't know. What do you guys think?

**Colleen Davis:** I think that you're concerned that we're... What if the principal and the school board is not on the same page as far as what is appropriateness. And there's a, like...

**David Bush:** And the parents too.

**Colleen Davis:** I think that's a good curve, is getting parental permission. But there's parents that would be all about things that we don't feel is age appropriate.

**David Bush:** Yes.

**Colleen Davis:** In schools.

**Carrie Cleveland:** Or the government feels like the, you know, going to watch a movie at, you know, you have to be 13 to watch this movie. So, it's not just...

**Colleen Davis:** There's guidelines.

**Dr. Jesse Boyd:** So, I'm trying to... I'm thinking speaking from the hip here, you know, how we usually provide information to the school board as an attachment, religious exemptions, things of that nature. We could do that for approved clubs and put a clause in this regulation saying, providing an opportunity for the school board to make... To weigh in or make an ultimate decision or something of that nature is a possibility.

**Colleen Davis:** Yeah, I want to protect our principals from what just happened and also like the chaos that happened to them, and then also our students and our community, prevent that from happening again. I'm not sure if David isn't aware of what went on, but that's what we're trying to prevent again.

**David Bush:** Yeah, no, I'm very aware. I got... In fact, I was the first one that contacted...

**Ed Frank:** Madam Chair, I've been, hours and hours of research on this stuff and the one thing that was at every level that I did and almost on every paper was that it's a school board superintendent, are the ones that have to approve these things. And I don't want to micromanage. Believe me, there's no way I want to micromanage principals out there. But the responsibility falls ultimately on the school board and the superintendent. So, if Dr. Boyd wants to put something in there that says school board approval, I think, that's fine. And that may be a way... That may be the way we should go.

**Dr. Jesse Boyd:** So maybe a simple fix. If we're looking at this right now. If you take a look at bullet six, it currently says the principal may revoke recognition of any student organization at any time upon his or her own initiative or on the complaint by any student or staff member for good cause, including any violation to policy, IGDA revocation may be appealed to the superintendent or his or her designee in the same method and under the same time limits as provided above. Maybe we just update that to the superintendent and then I don't know if you guys would like to be. I mean, the second part of that is the revocation may be appealed to the... If it was appealed from me, it would be to you. So that's an option to update it that way if you think it would be better. I mean, it still gives our principal on the front end the opportunity to make a decision. And then ultimately, we could make you guys aware of what clubs and organizations through our... Through board docs, and then it gives you an avenue at the end to revoke with good cause any... You know, represent any student organization that we see fit.

**David Bush:** Madam chair, asking Mr. Frank, were you thinking that you, based on your research, would like to see us approve or disapprove any new student club that is being... Is applying for a position? Is that what you're kind of recommending?

**Ed Frank:** That's not... That... We could do that. That's not exactly what I'm recommending. I mean, I think it would be best if it went to the superintendent level because it would have to... If it got appealed, it would have to come to the board.

**David Bush:** Okay, good, good. Well, I'm glad you clarified. Let's agree with that.

**Colleen Davis:** Oh, Mr. Burns.

**Dr. Travis Burns:** Just as a note, that the high school has a master list of clubs that have the purposes, the sponsors, everything stated. I mean, we certainly can share that list with the superintendent and others for informational purposes so that you have the names of the clubs that are currently in existence at the high school. We have that and we can make that available to you sooner than later.

**Colleen Davis:** Yeah, it's not a control thing that we're trying to do. It's the fact that when, like, this whole thing went out, guess who got all the emails or a lot of the emails? And how dare you let this in our schools? And what are you doing? And we didn't even know about it. Like, we had no way to react to it because we weren't even aware of it. We were all learning same thing together.

**Dr. Travis Burns:** Well, I think, as a school board, you should know what clubs are existent in each of your schools.

**Colleen Davis:** Yeah, I'm not necessarily... I don't think we need to necessarily approve every club that comes through, but maybe be aware of what clubs we have.

**Dr. Travis Burns:** Absolutely. And we can provide that.

**Dr. Jesse Boyd:** So, I think that's what we do. I think as we talk through this, and I think it's a good conversation, we provide for you, as we do with other information you request. Just like this evening with the attachment for the religious exemptions. And we update bullet six here that says the superintendent may revoke recognition of any student organization at any time upon his or her own initiative or on the complaint by any student, staff member... I would just take out that. I would take out... I wouldn't personify that at all. I would say student organization at any time upon his or her own initiative or on the... Or on any complaint for good cause, including a violation of policy, IGDA and then revocation may be appealed to the school board in the same method and under the same time limits as provided above. I think that that provides that extra layer of safety to our schools, and it gives you guys an opportunity on the front end to know what clubs and organizations we have. And then really, for somebody that's trying to start a club, they have multiple opportunities to be heard. They get heard at the building level. If they don't like that decision, they can appeal it to me. If they don't like that decision, they can appeal it to you, much like we do many other activities.

**Colleen Davis:** Mrs. Cleveland.

**Carrie Cleveland:** Dr. Burns, do you feel like it's appropriate as a principal, to be the person that's going to say yay or nay?

**Dr. Travis Burns:** Yeah. I mean, that's why we get paid the big bucks. To make those decisions.

**Carrie Cleveland:** So, you feel comfortable about it and...

**Dr. Travis Burns:** Yes. Absolutely. I mean, we have to weigh the politics, the ins and outs, and, yeah, absolutely.

**Carrie Cleveland:** Because the reason why I asked that is because if you say a decision and then we're like, oh, we don't like your decision, we have that conflict now. So, I just want to make sure that that's okay with principals.

**Dr. Travis Burns:** Oh, absolutely. Absolutely. I mean, so, yes. I mean, that's what you pay us to do, to make those decisions. And sometimes we may make good decisions, and sometimes we may make the wrong decision. And you certainly can tell us if that's the wrong decision, and we won't take it personally.

**David Bush:** And that's why we get paid the big bucks.

**Dr. Jesse Boyd:** Check's in the mail, Mr. Bush.

**Colleen Davis:** Speak for yourself, Mr. Bush. Yeah, I didn't like how it went down, mostly because I love our principals and I respect all of our principals. And I hate when a community who is not

aware of everything just goes straight into attack mode. I appreciate that they're aware, but I wish they would send those emails, those positive emails of all the good that these principals allow in our schools and do and protect. And so that's mostly a lot of my questioning is just to, I appreciate you coming up and like, basically saying it's okay that you know the clubs that are in schools because that's our job. There's a lot of pushback with that, believe it or not. So, thank you. Mr. Frank.

**Ed Frank:** Do we want to approve this tonight or do you want to come back with changes or?

**David Bush:** Yeah, Madam Chair, I think I'd like to see Dr. Boyd, maybe change item six, as you had discussed, and then bring that back to us next time.

**Dr. Jesse Boyd:** I can certainly do that. It's just going to slow down some club stuff at the school level, but I think that's okay right now. Let's get this thing ironed out. Are you guys... Principals, are you guys good with that? Yes. Okay. So, yes, I'd like to make sure that we make this solid and then we'll bring it back to you next meeting.

**Colleen Davis:** Thank you.

**Dr. Jesse Boyd:** Thank you. I appreciate the good conversation.

**Colleen Davis:** Yes, thank you.

**David Bush:** Thank you.

**Colleen Davis:** All right. And now we are... Oh, we're still going on.

**Dr. Jesse Boyd:** So, we're moving down now to JEC-R.2. This is just a regulation that we need to strike out of our policy manual. This was a regulation that was included with our school admission policy that came about through COVID. And if you see the last line there of that policy that says the emergency regulation will be revisited when the state of emergency associated with Covid-9 pandemic is declared ended. Well, we have ended. It is officially ended. So, we need a motion to strike this regulation from the policy manual.

**Ed Frank:** Want to do them all at one time or you...

**Dr. Jesse Boyd:** Yeah, let's go ahead and do them all at one time. I'll just keep going. We did remove tonight JHCDB and JHCDB-F. So, I'm going to skip those. The next three up are... Excuse me, four. Because we have a policy and we have... Or, excuse me, we have a regulation, and we have three forms. So, the regulation is on fundraising and soliciting. And then the three forms that we have and we'll continue to use in the school division we use now, we would just like stricken from the policy manual. So, I would like JL-FA, JLF-B and JLF-C stricken from the policy manual. So, I think that concludes all the changes for this evening. And I'll take a motion.

**MOTION - Ed Frank:** Madam Chair, I move that we delete policies. JEC-R.2, JL-FA, JL-FB and JL-FC and update JL-Ras presented.

**Dr. Jesse Boyd:** Thank you.

**Colleen Davis:** Second?

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries.

**INFORMATION ITEMS**

**Committee Reports**

**Colleen Davis:** Okay, committee reports. Mr. Bush.

**David Bush:** Dr. Boyd and I visited ATI a week and a half ago, and it was... The report was excellent. It was the beginning of the new year, and the scores were excellent. At the end of last year and the beginning of this new year, everything is looking so positive. So, it was going to be my last board meeting with them. But I've just been so impressed and so has everybody else that's been involved with this whole project at ATI of how well Dr. Tory has done in taking this off the ground. And I think that... I think the students that will be attending this ATI in the future, of course, will be two more years of 8th graders coming into 9th, and eventually a full school will be there. I think it's going to bring kind of statewide recognition about how valuable it is to have things like this and the value that King George Elementary was part of this pilot program. So, I'm very proud that we chose to be part of this. And that became evident at the last meeting. And that's all I have. There's a SEAC meeting, I believe, first week in November, but that's all I have. Thank you.

**Colleen Davis:** Thank you, Mr. Bush. Mrs. Cleveland?

**Carrie Cleveland:** Yes. I do not have anything to report. My meeting is later this month, so.

**Colleen Davis:** Thank you. Mr. Frank.

**Ed Frank:** Yes. I had two meetings last week. One was title one. Very good meeting. Title one is the money that we get for kids that are struggling. And the principals are using that money wisely. They're putting it into the math and reading initiatives that are there. And then we talked about what are the things that would help most. And everybody concluded that the thing that we could do that would help these students the most is get parental involvement. So, we just need to find ways to get parental involvement. We have a... We got some parents here tonight. But most of it was politically rather than... It's politics, rather than, you know, education. And we need to try to separate that as much as we can. But title one is doing extremely well. They're doing good things that we explained, like, you know, you've got the cupcake, you've got the icing on the cupcake. And then title one is coming with the sprinkles that are on top the little bit of money that's there to help out for the kids that really need it. But, getting parental involvement, if we can figure out a way to do that, would help immensely.

The other meeting I had was the Health and Safety Advisory Committee. Always good. One of

the key things that elementary teachers, you may not like this at all, but one of the key things that was there was Mr. Davis talking about candy giving out the kids for rewards and doing the skittles. Giving out the thing. Giving out the kids for rewards. You know, you stand in line or you do good on math or, you know, different counting of the different colors of the skittles. Probably not a good idea. Not only that, but, you know, they're masking a lot of the hard drugs that's starting to look like Skittles. So that's an issue there also. We talked about the new flag conditions that are coming out for the state, I think put those out.

Flag conditions being green, yellow, and red and getting flags to fly at the two fields so that coaches will know exactly what's out there. We also talked about CPR classes that are coming up and the number of people that we need to be certified as CPR. And I again brought up the Narcan. You know, how many kids do we have? I mean, I know we have students in the high school that are trained with Narcan. But, I would, as I mentioned last year, I'd like to see a Narcan... You know, every teacher have a Narcan kit in their desk in case a student happens to overdose in their class. And years ago, Mr. Perry had one overdose in his class. It's not pretty. So, whenever we can do to get those Narcan there, I think that would help out also. That's all.

**Colleen Davis:** Thank you, Mr. Frank. My meeting's coming up, so I don't have anything to report at this moment, so we'll move on to the superintendent's report.

## SUPERINTENDENT'S REPORT

**Dr. Jesse Boyd:** Yes, really quickly, Madam Chair. I have a few bullets. We do have the fall festival this Saturday, so I look forward to you all that can attend jumping in the back of the truck and throwing out tons of candy. So, kids, be ready. [laughter] This is not for academic incentive. This is for Halloween or fall festival. So secondly, we do have a board policy right now that says the division must present a report to the public by November 1st of each odd numbered year on the extent to which the objectives of the division comprehensive plan have been met during the previous two school years. So, we intend to have for you at our next meeting, October 20th, an update on our strategic plan. And as you all know, we typically do this around the first of the year. But we want to give you guys, in order to stay on the right side of this policy, an update on where we are. And then it's just two slides for each of the four goals that we have in our strategic plan. So, we'll give you where... You know, what we've accomplished and where we intend to go moving forward.

So that'll be good as we shape policy and practice moving forward. And then finally, since we last met, the county has released their capital improvement plan and budget calendars. So that's a big factor for us as we go into play with the budget season. The first thing that we'll do, and really the first thing we'll accomplish is the capital improvement plan process. And we'll have a kickoff meeting at the school board office tomorrow for that. But you guys be ready for our November meeting to approve the capital improvement plan that we have coming out of the school division before I deliver it to the county. Okay? And that's all, Madam Chair.

**Colleen Davis:** Thank you.

## BOARD COMMENT

**Colleen Davis:** Thank you. Moving on to board comments. Mr. Bush.

**David Bush:** First of all, thank you for being patient with me. As was mentioned, I am home ill and I have the flu, the A... So, I definitely did not want to be contagious with anyone else there.

I'm still coughing a lot. But I should be fine by the end of the week and not contagious. I did ask if I could attend this board meeting tonight, but the doctor said absolutely not, unless you want to give the flu to everybody around you. So, I said, no, I don't think they'd appreciate that. I appreciate that... Congratulations to Marcus on the National Merit Scholar finalist that's being a principal for many years a highlight of how many National Merit Scholarships finalists I have. And it's always a huge positive remark about what's going on school when you have National Merit Scholarship finalists.

Thanks to Ms. Haff for all of the work that she's doing that's so clear in her report. And appreciate very much everything that she's done and continues to do. And then I agree with what everybody said about Mrs. Duff. My goodness, we're so fortunate that can have somebody who can interpret all of the data that comes at us because it can be so much and looks so complicated that it's very hard. And Ms. Duff, you make it so precise and clear and easy for us to understand. And thank you. We are very blessed to have you. And the student reps here today, appreciate both of them very much and the way that they... The way that they report on the school and what's going on. And, thank you for my, the board members for only three of you being there. You had a lot to do tonight, and I appreciate all three of you. And that's all.

**Colleen Davis:** Thank you. Mr. Frank.

**Ed Frank:** Yes, as always, I want to thank all the staff and teachers for all that you do. And I want to thank Master Sergeant Kilgore for her invocation tonight. And I understand she's leading some mentor groups which I am definitely interested in. So, I'll get with... I'll get you to get with her. And we can talk about those. As I said earlier I... The title one, when I had that meeting, we were talking about what's the best, you know, the... What we just needed most in getting these kids over the line as far as math, as far as reading goes, and that's parental involvement. And I was thinking then of all the people we had speaking last week or last meeting at the board, and we had a few here tonight speaking, we could just gear that into education rather than politics, it would be so great there. I had the opportunity to... The pleasure, really, of visiting one of my former students who's a teacher now at Sealston. A fifth-grade teacher, Mrs. Redmond at Sealston.

And she wanted me to come in and watch her do the trebuchet experiment. And it was really, really great. You know, they threw tomatoes and cabbage and golf balls and tennis balls and see how far they went and then measured the positive and the negative distances that was there. And it was really exciting. And, you know, you were looking at... I was looking at fifth graders that are there, and I mean, they're tiny kids still. And, I'm just thinking, next year they'll be in middle school. And there's got to be a lot of things that we can do there because they're still babies and they don't need to face some of the things that we're talking about right now. But again, thank you for all you do. I really appreciate it. Thank you.

**Colleen Davis:** Mrs. Cleveland.

**Carrie Cleveland:** Thank you. Thank you to all the speakers and the presenters tonight. And thank you for the staff and principals and the staff, for everything that you do for our students and for this community. One thing that I wanted to just bring up with the board is we received an email collectively. But also, I've been funneling a bunch of concerns from parents for the challenge of the new math curriculum that was presented. This is particularly in the sixth grade, is who we've been hearing from. We have been seeing that students are struggling with the new curriculum and that their grades are struggling because of that. Lots of challenges with keeping up the motivation because they're not, I guess, being able to perform on the tests as well as what they were expected to do based on the classwork.

And I bring this up because I think that with the number of complaints that I've been receiving that we should look into how those students are performing and what can be done possibly for the transition for the new curriculum. I'm not saying that it shouldn't be the new curriculum because we know that the math scores need to improve not just in King George, but across the United States. So, I'm definitely for the new curriculum and for the more intense, I guess, math problems that are being presented. However, I don't want our children to lose motivation and those bad grades that are coming in, they're really struggling with. So, I know that Dr. Boyd has been looking into it. My ask would be that we try to do something to help the teachers with that transition so the students don't suffer because it's only the first quarter.

**Colleen Davis:** Thank you, Mrs. Cleveland, for always fighting for those kids in those grades. Yeah. I want to thank Ms. Whittney Kilgore. She is a new friend of mine that I've met in the county. But she does big things for anywhere she's at. And she does the club at the high school. And I can tell you that it went from a classroom, outgrew the classroom to the library, outgrew the library, now they're in the lunchroom, which is full now. And it's not just what the club's about, it's her and her leadership skills that she has and that she develops these relationships with these students and she just makes important and deep long-term changes in their life. So, I want to give her a shout out and I'm thankful that she was willing to come here tonight and do the invocation. The Safety Patrol, I literally have Paw Patrol in my head right now because I'm looking at it. But Safety Patrol, I always love seeing kids. I think we all love that. That's like the best part of the school board meetings is when the students come to the meetings and do their presentations. Marcus, is it Marcus Andrews?

Andrews? Okay. I mean, what an amazing thing to do. 50,000 students apply for this and you made it. I mean, that's amazing. That's so awesome. Thank you for all that came out to speak. Just like the rest of the board said, it's encouraging. I do enjoy both whoever comes out and speaks, we would like to see you more, more involved if you can. I understand people are involved, doing other things in life and busy fighting other battles and paying attention in other areas. But it's nice to see people more than just when it's a bad thing in their mind. Hillary and Mrs. Duff, thank you for your presentation and the time you took to do those and bring it before the board and update us. That's greatly appreciated. Always looking out for us. And then I think that's what I got. Yeah. Is there anything else? Oh, I do want to... Like I am very thankful for the board that I'm on, my team. I think that we... It must be like, I couldn't imagine not being on the board with you guys because you just... It seems smooth. We don't always agree.

Right? Or we're different. But I think we come together as like mindedness and I can honestly say that the students do come first in our heart and mind when we're on the board. And so, I'm very thankful for that, that we're not always fighting and not getting along, that we see things how we're supposed to see and what we're here for. So, thank you guys. And our student reps, thank you for coming and being so brave. I know that was your first time and it was nerve wracking, but thank you. That's huge that you showed up and did that. So, thank you. And you too, Ms. Brooke. Thank you. And then can I get a motion to move into closed meeting.

## CLOSED MEETING

**MOTION – Carrie Cleveland:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires and substitutes, as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Ed Frank:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries. Thank you, David.

**RETURN TO OPEN MEETING**

**MOTION – Carrie Cleveland:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Ed Frank:** Second and certify.

**Carrie Cleveland:** Certify.

**Colleen Davis:** Certify.

**David Bush:** Certify.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries.

**ACTION RESULTING FROM CLOSED MEETING**

**Colleen Davis:** All right. And then we have to do the action resulting from the closed meeting. Can I get a motion to approve?

**MOTION - Ed Frank:** I make a motion we approve the action taken in the closed meeting.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye. Chair votes aye. Motion carries.

**ADJOURNMENT**

**Colleen Davis:** Can I get a motion to adjourn?

**MOTION - Ed Frank:** I make a motion we adjourn to the 20th of October, 5:30pm.

**David Bush:** That's right.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Chair votes aye. Motion carries. We're adjourned.

**COPY ATTEST**

________________________________
Colleen Davis, Vice-Chairman

________________________________
Erin Scalph, Clerk