# EXHIBIT 11

**King George County School Board**
**Regular Meeting**
**October 20, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

## TABLE OF CONTENTS

School Board Members Present ____ 2
Others in Attendance ____ 2
Call to Order ____ 2
Invocation ____ 2
Pledge of Allegiance/Opening ____ 3
Moment of Silence ____ 4
Recognition ____ 4
Public /Employee Comments ____ 5
Superintendent Comment ____ 7
Changes to the Agenda ____ 7
Presentations ____ 7
Student Representative Comment ____ 20
Consent Agenda ____ 22
  Meeting Minutes: ____ 22
  Donations ____ 23
Discussion Items ____ 24
  Policy Manual Updates ____ 24
  2025 VSBA Legislative Positions ____ 30
Information Items ____ 31
  Committee Reports ____ 31
Superintendent's Report ____ 32
Board comment ____ 33
Closed Meeting ____ 34
Return to Open Meeting ____ 34
Action Resulting from Closed Meeting ____ 35
Adjournment ____ 35
Copy Attest ____ 35

**Regular Meeting Minutes**
**October 20, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

## SCHOOL BOARD MEMBERS PRESENT

Cathy Hoover, Chairman
Colleen Davis, Vice-Chairman
David Bush
Ed Frank
Carrie Cleveland

## OTHERS IN ATTENDANCE

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

## CALL TO ORDER

**Cathy Hoover:** I'd like to call to order the meeting of the King George County School Board. The invocation this evening will be done by Whittney Kilgore.

## INVOCATION

**Whittney Kilgore:** Good afternoon. Good evening. Let us pray. Lord we thank you so much for this day. Thank you for giving us another day to come together and strategize for those that work and that attend these schools in our county. I pray Lord that you give us wisdom to make wise decisions. I pray that you allow us to use our wisdom to make good decisions for the budget and for those who work within the school system. And God, I just pray that you would allow this meeting to be filled with your peace. I pray that you would allow us to come up with strategies to improve and to sustain the things that are going well as well. I pray for everyone here that we would all come together for the betterment of every student that attends these schools. And I pray that as we move forward into 2026, that it will be better than 2025. And I just thank you for the opportunity and for all the people who have come today with an intention of representing the community and as well as our school leaders. And we thank you for what's going to take place, in Jesus name I pray. Amen.

**Cathy Hoover:** Thank you.

**PLEDGE OF ALLEGIANCE/OPENING**

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all.

**Cathy Hoover:** Please remain standing for the moment of silence. Thank you for leading the pledge this afternoon. Are you going to tell us a little bit about your Book Buddies Club?

**Camren:** Hi, my name is Camren and I am a Big Kid Buddy at Sealston. This year, the Big Kid Buddies were fifth graders, with a kindergarten friend or two. Each fifth grader helped their buddy with everything they need and then library specials on their book fair day. Sometimes the buddies were random and sometimes they were a friend, brother or sister.

**Molly:** Hi, my name is Molly. Big Kid Buddies signed up during library specials two weeks before book fair this year. When we signed up, we agreed to trade a lunch period and a recess to have lunch in the library and then spend most of our recess helping our kindergarten buddy. All fifth graders were given the chance to sign up. At book fair, Big Kid Buddies helped kindergarten with finding books they would be interested in counting their money, writing and reading stories. We also spent time making personal wish lists and making sure each student was entered into the contest to try to win a free book.

**Sam:** Hi, my name is Sam. Over 70 fifth graders signed up to be a Big Kid Buddy this fall. And we will have another chance in the springtime for the March book fair. Students have asked for a third opportunity to hang out with the kindergarten buddies. And Ms. Resto is currently looking for ways to improve that happened once more in the lights... Ms. Resto in the PTA used the money from book fair to benefit our school in a lot of ways. They buy books for over 100 students as prizes, and for students in need, they buy between 50 and $100 in free books for every classroom teacher. And the library gets to buy new books to keep the collection fresh.

**Cathy Hoover:** Thank you.

**Ms. Resto:** So, we brought some of our little kindergarten buddies.

**Austin:** I'm Austin, and I'm in kindergarten.

**Cathy Hoover:** Thank you very much. I'm sure the board has a few questions for the buddies.

**David Bush:** Yeah. What's the funnest part of being in the Buddies?

**Ms. Resto:** Any one of you can answer. Go ahead, Camren.

**Camren:** In my opinion... Or should I put the microphone right here?

**David Bush:** Sure. That looks great.

**Camren:** In my opinion, the best part of being a Big Kid Buddy, it's just, you know, hanging out with the kids. It's just, they don't... They're not really hyper or anything. They just want to hang out. They just want to chill.

**Dr. Jesse Boyd:** Cool.

**David Bush:** That's great. Thank you.

**Camren:** All right.

**David Bush:** That's really cool. Anybody else?

**Ms. Resto:** You, do you want to answer?

**David Bush:** Yeah. What's the funnest part?

**Sam:** In my opinion, I think the best part is learning about some of the kindergarteners' personalities, like what book they enjoy most and other books they might not enjoy. That's my favorite part.

**David Bush:** Thank you.

**Colleen Davis:** Sam.

**Cathy Hoover:** Thank you.

**Colleen Davis:** Sam, is your mom here?

**Sam:** No, but she's watching.

**Colleen Davis:** This lady over here looks... You just look so endeared to these kids watching you over there. Yeah. Okay. You guys are doing a great job.

**Cathy Hoover:** I think the best thing about being a Big Buddy is that you are setting a great example with the younger students, and you're showing them that reading is important. And you're being great role models. So, thank you for doing that. And thank you, Ms. Resto.

**Colleen Davis:** Yeah. Thank you.

**Ms. Resto:** And they sacrificed a recess to do this. Like, that's a big... Like, I really really want to emphasize, like, all 76 of those kids, at least sacrificed most of a recess to do this.

**Colleen Davis:** Wow.

**Dr. Jesse Boyd:** Wow.

**Colleen Davis:** That is huge. Thank you. Very cool.

**Ms. Resto:** That's us.

**Dr. Jesse Boyd:** All right, good job, guys.

**MOMENT OF SILENCE**

**RECOGNITION**

**Cathy Hoover:** Now, Dr. Boyd, we have some recognition.

**Dr. Jesse Boyd:** Yes, it is October, and as such, October is principal appreciation month in the month of... Or, excuse me, in the state of Virginia. So, on behalf of the King George County School Board, on behalf of all King George county schools, I want to say publicly that we greatly appreciate everything that our principals do. Thank you for being fearless leaders. Thank you for your visionary focus on our school division. Thank you for being there for me when I need you. The culture keepers of our building are so important and I think that you guys do a wonderful job of pushing forward with positivity and as a result, I think we've seen this year get off to an amazing start. And as a direct tribute to the leadership that you provide for your building. So, thank you so much and on behalf of all of us up here, we certainly appreciate everything you do for King George county schools. Your effort, your hours, everything that you put into it, it doesn't go unnoticed. So, thank you all for what you do. And we have a small gift. So, if our principals could come forward, we want to give you a small gift and take a picture. Come on up here. We're going to make you famous. Thank you.

**Cathy Hoover:** Yes. On behalf of the board, thank you. Thank you. Thank you for all you do.

**PUBLIC /EMPLOYEE COMMENTS**

**Cathy Hoover:** Do we have anyone signed up? Never mind. We do. Now it's time for public comment. If you'd like to speak during public comment but have not signed up, please see the clerk now. Public comment is an opportunity for community members to share matters they believe deserve the board's attention. It's a time for one-way communication to the board, not a form for dialogue or debate. All speakers are treated equally and comments should be courteous, respectful and related to the school division's services or policies. Audience members are expected to maintain proper decorum. Speakers will be recognized by the chair and asked to state their name, their connection to the school division and their magisterial district. Each speaker has up to three minutes to comment. Our first speaker this evening is Sophia Delier. Sorry if I mispronounced that.

**Sophia Delier:** Hi, good evening. My name is Sophia Delier. I'm a 12th grade student at King George High School. I'm part of the Dahlgren district. I'm speaking tonight in support of approving the proposed Gay Straight Alliance or GSA at our middle school. I know there's definitely been some controversy about this proposal, but I want to take a step back and focus on what a GSA truly is. It's not political and it's not about teaching students what to believe. A GSA is a safe, supportive space where students can feel accepted, supported... Wait. Can feel accepted and supported regardless of who they are. It's a place for kindness, connection and understanding. Middle school can be an especially hard time. Students are figuring out who they are and where they belong.

For some, that process can feel very secluding, especially if they don't have a supportive home environment or if they've been bullied for being different. Having a GSA can truly make all the difference. Research consistently shows that GSAs improve school safety and student mental health. According to a study published through the University of British Columbia, schools that had GSAs for three or more years saw over a 50% reduction in suicide attempts among young LGBTQ plus students compared to schools without them. Another national survey found that LGBTQ students in schools with GSAs were significantly less likely to attempt suicide than those without access to one. For middle schoolers, this kind of support is especially important. The CDC reports that nearly one in five LGBTQ plus teens has attempted suicide and more than half felt persistent sadness or hopelessness.

Creating a GSA isn't just a nice idea. It's a proven way to help kids feel less alone and more hopefully. Some people worry that a club like this is too mature for middle school students. But I want to remind everyone this is not about encouraging anyone to label themselves. It's about helping students build empathy, respect and confidence. This club will be optional, supervised by a staff member, but led by kids and focused on kindness and support. I think those are values that every parent, teacher and school board member can agree on. Approving the GSA tells students, you belong here, you matter, you deserve to feel safe. And that message doesn't take anything away from anyone. It simply adds compassion to our school community. For my last point, I would like to mention the Equal Access Act of 1984. On the US Congress website, it summarizes the Act. It says, "Equal Access Act, prohibits federally funded public secondary schools which allow non-school sponsored groups of students to meet from discriminating against any meeting of students on the basis of religious content if, one, the meeting is voluntary and student initiated, two, there is no government sponsorship and, three, no unlawful activity is permitted. Please vote to approve the GSA. Let's make our schools places where every student can show up as their full self without fear and with pride. Thank you.

**Cathy Hoover:** Thank you. The next speaker this evening is Dave Riley.

**Dave Riley:** Hello, I'm Dave. Hello, I'm Dave Riley. I'm a... Sorry. Teacher at the middle school. Go Foxes. I'm also here to speak in support of the GSA. I'm in the James Madison District. I'm speaking today because I'm concerned about how the school board and the superintendent are discussing the policy of forming student clubs. On September 22, I heard both school board members and the superintendent explain the existing policy on forming clubs and it was clear that the students forming the GSA had met all of the requirements. However, in a meeting on October 8th and in other settings, I have heard discussions about the appropriateness of a GSA Club in middle school.

I've heard the term red flags and other implications that the school board and superintendent may not approve the club. There has also been discussion about whether such clubs should be approved by the school board or the school principals. Sorry. I am deeply concerned that there is a misunderstanding of the law in regards to forming school clubs. The Equal Access Act of 1984 ensures that students are able to form non-curricular clubs to meet during non-instructional times. The law is extremely clear that if secondary schools like King George Middle School, Go Foxes allow students to form non-curricular clubs as we do, clearly do, then the schools should have no say in the content of these clubs.

The only requirements are that they not engage in illegal activities, that they not materially and substantially interfere with the orderly conduct of educational activities within the school and that they have a staff sponsor. The club will not engage in any illegal activities, it will not interfere with educational activities and the students who are trying to form the club have identified at least two willing sponsors. Schools are unable to allow or deny clubs based on other criteria including religion, politics, public opinion, philosophy or the personal feelings of the school board.

There have been many cases where these students' rights have been challenged and every single case the students advocating for GSA have won. The courts have always determined that the formation of clubs amounts to a form of exercising their first amendment rights. For example, in Boyd County GSA versus the Board of Education, Gonzalez versus School Board of Okeechobee County and Pride versus White County School District amongst several others. By continuing to create barriers for GSA Club or by slow rolling the formation of the club, King George county schools are violating the constitutional rights of our students. I hope that this violation is an honest mistake, but it needs to stop.

The law is extremely clear that the school board superintendent and school principals have no say in the appropriateness of the formation of a GSA and it is blatantly against the law to treat this club differently than any other club. Failure to allow them to form the club is discriminatory as well as violating their constitutional rights. Additionally, quite frankly, it's a waste of time and money as it will absolutely be challenged and the county will lose. Regardless of how anyone here feels personally about a GSA, there is no question about what the law dictates and I hope that we can rectify this and move on immediately. Thank you.

**Cathy Hoover:** Thank you. Does any board member have any emails to read for public comment? Okay. Dr. Boyd.

**SUPERINTENDENT COMMENT**

**Dr. Jesse Boyd:** Thank you, Madam Chair. Thank you, Mr. Riley and Ms. Delier. We really appreciate you continuing to be part of the process. It's certainly helpful to get feedback from all sects of our community. I can certainly tell you that at this point, we are very well versed in Virginia code and constitutional rights and previous court cases. And I'll tell you, it has not gone on deaf ears in terms of having this conversation from school board members to the school board office and so on. We certainly do want to make sure that we are making a decision that is in favor of our entire community, and we continue to make sure that we're doing that in a very methodical way. So how that's perceived, I'll leave up to you. But I can certainly tell you it's something that we continue to focus on and attempt to address as we move forward. So, I think we'll continue to discuss it this evening. Thank you.

**Cathy Hoover:** Thank you, Dr. Boyd.

**CHANGES TO THE AGENDA**

**Cathy Hoover:** Are there any changes to this evening's agenda?

**PRESENTATIONS**

**Cathy Hoover:** Okay, moving right along for our strategic plan update.

**Dr. Jesse Boyd:** Yes, Madam Chair. So, we do have our four champions here this evening for our strategic plan. If you remember I mentioned last time, per our policy manual, divisions must present a report to the public by November 1st of each odd numbered year on the extent to which the objectives of our strategic plan have been met during the previous two school years. So here we are, October 20th. Prior to November 1st, we're going to provide that strategic plan update. The way that we typically do through going... Through all four of our goals. And each one of our champions will provide that information. If you guys could hold your questions till the end, we'll have four goals that are presented, and then we can provide an opportunity for some dialogue and some questions to go back and forth. So, with that said, Ms. Yezierski, I'll turn it over to you.

**Ms. Yezierski:** All right. I'm going to talk about goal one, which has to do with employee investment and development, and I'm not going to read each one of those objectives because that would take my whole three minutes. So, they are there for you to look at, but we will be referring to those throughout the next slide, please, Amanda. We have been very busy with goal one this past year, and we accomplished a lot. If you look at the bullets in your report, there's a bullet, then there's a letter in parentheses next to each bullet. That letter stands for the

corresponding goal. If you want to refer back to it on the first page. Highlight we were able to provide a salary increase. It was a 1% COLA and a step for all employees last year, which in most cases was a 3% increase. Big win for us all last year was we addressed the compression in the salary scale at step 10 and you'll hear me address this a little bit later. That was huge last year. We have been trying to figure out how to do that for probably eight years now. So, we were lucky to get that one passed last year.

We continued our partnership with Mark III for advisement on health insurance options and to offer competitive and robust supplemental benefits. We added stipends for the lead psychologist, instructional leader math and instructional leader reading at each elementary school. And we have added a supplement for the Society of Human Resource Management Certification. We do have two members on the HR team that successfully completed their certification in that last year. We provided an employee assistance program for all employees. Before last year we only had that if you were a member or you took our healthcare benefits. But this past year we added that, that was a budget win for us last year. All of our employees have access to an employee assistance program. With your help, we updated Regulation GCB-R to allow credit for relevant experience. If you remember, we had that discussion back in the spring when we thought we might be getting some people from the base and we had to go back and look at how we were calculating relevant experience. We also adjusted the instead of one year of, we would give you one year of credit for every five years of military experience.

We dropped that down, we would give you one year for every two years of military service. So that was also a win for our division last year. We are very proud of this. We cooperated with VRS. This started last year, to organize a retirement planning session that is going to be held this year on December the 2nd and I will talk more about that hopefully next year when we talk about our accomplishments next year. We provided a retention bonus to returning employees with the help of the state of Virginia. We also held a KGCS job fair on March 1st which attracted 47 applicants. And I'm happy to announce that after that job fair we offered and hired 13 people that we spoke to at our own job fair that day. So that's a pretty good... That was a pretty good day for us that day. We continue to add and strengthen college and university partnerships with teacher tech programs, especially through our iTeach program and with the University of Mary Washington. I believe we have nine people in iTeach practicing in iTeach or participating in iTeach and I think Dr. Boyd just last week was contacted by University of Mary Washington for us to sign a letter to work with them on another grant coming from the state.

Working with our provisionally licensed special education teachers, we completed the revision of our job descriptions and we enhanced the onboarding process and brought the HR department into the 21st century by implementing onboarding and eForm platforms, which we basically have gone digital in the HR department. All of our forms, we are migrating all of our paper forms right now to being digitized. And all of the employees have an employee portal. Our big accomplishment for this year will be to do contracts on this portal. No more paper contracts. So, what are we working on? What do we want to look at? If you look at that little icon up in the right-hand corner, every year we come up in our department with a theme and this year it's, let's do this. And I appreciate the words in the invocation when she said, you know, 2025 was a good year. Let's make 2026 an even better year. I'm shaking my head, yes, let's do that. Let's make it a better year. And how are we going to do that? These are the things we need to focus on.

If you don't take away anything from what I've said tonight, except these two words highlighted in blue, we've got to remain competitive with local, you know, amongst our local divisions when it comes to salary. And we've got to continue to work towards addressing the compression in the salary scales. Specifically, at steps seven through nine, we have to advocate to minimize the

impact of health insurance increases on employee salaries. We need to, if we can enhance the educational supplement that we currently have, all of those supplements, we would like to look at adding a supplement for a master's plus 15 if you have an educational specialist, we would like to recognize that. And then we also would like to... For our doctorate, if our employees have a doctorate, instead of making it a flat $2,000 supplement, we would like to move that as well to a percentage of their salary. We would like to increase funds for tuition reimbursement in our local budget. We are seeing... We typically do this through Title II funds. Title II funds are diminishing and we would like to move some of that. I will tell you that most of our local school divisions have twice the amount in their local budget that we offer through Title II to our employees.

We've got to beef that up. We are going to have to transition to a new digital fingerprinting platform called TECH5. If you don't... Aren't aware, we do our fingerprinting. It's through the Virginia State Police. If we don't do this, then we're going to have to go back to the old ink and we don't want to do that. So that will be a budget issue coming up for us in the next few months. And in moving and continuing our move to the 21st century, we have got to explore an HRIS platform to replace our antiquated HR database. Every day members of my team just tell me every time we add something new, we're just afraid it's going to crash. And if that crashes, that holds all of our employee data since 2004. So, it's time for an update. Future needs, again, we need to look at leave benefits for some part time employees. If we could do that, we need to talk about enhancements to personal sick and annual leave. You might say, well, what does that mean? Maybe we could look at adding an extra personal day. Maybe we could look at instead of, for people who earn annual leave, instead of them using... Having to use it all every year, maybe we could pay out some if they don't use it all, or at least let it convert to sick leave if they don't use it.

Another piece of that would be to, right now we can only carry over 30 days of sick leave, let's increase that. We have one of the lowest carryover rates in our region of carryover or saving annual leave. We want to continue expand our grow, our own program for paraeducators and substitutes. And this sort of goes with the last bullet of explore non-traditional recruiting opportunities. We are finding that growing our own, talking to our substitutes, talking to our paraeducators, we are being more successful with that than going to college job fairs. We are also branching out to some... They're job fairs, but they're not solely educational job fairs. We are looking at that as well to talk to people who may have college degrees and have they ever thought about teaching. So, we will be continuing with that in the coming year. Thank you.

**Dr. Jesse Boyd:** Okay. Goal two is our quality instruction innovation. And we have Ms. Angie Harris. Right? And Erin Kaple coming up to provide for that.

**Angie Harris:** Hi, good evening. As Ms. Kaple and I share our instructional highlights and accomplishments tonight, we want to take a moment to recognize the hard work, the commitment and the collaboration that have made these successes possible. These highlights are not just a reflection of outcomes. They represent countless hours of planning, adapting, learning and growing together as educators with our students. We are proud of the progress we've made and are deeply grateful for the support, the dedication of our colleagues, students and families who contribute to our shared success each day. So, to highlight a few of our highlights and accomplishments with the curriculum and standards alignment, we were able to update the instructional pacing guides for math, reading, history and science will be completed in 2026. They're all aligned to the new state standards and that's a lot, a lot of work. I'm very proud of that work. We've adopted a new math K to 12 curriculum across the division and we were able to provide interactive panels to all secondary math teachers. We have really been innovative in our planning. We know teachers work really really hard so after school things are just not productive.

We've customized training in PLC plus to provide more opportunities for math and reading teams to collaborate and this is an amazing accomplishment. We had a 100% K-8 teacher participation and completion of those VLA modules we talked about last year, those extra 33 hours of work that they had to do outside of their contract hour that we did provide some time for, but we were at 100% completion and that's a tall, tall task. And we also this year have implemented the K-8 new Virginia Computer Science Standards. Now to ensure all students have opportunity to succeed, we've implemented targeted academic support and intervention strategies that address individual learning needs and promote meaningful growth. We've done this through providing daily targeted intervention lessons K to 8 in math and reading. We provide after school tutoring opportunities at each school. We have expanded the work-based learning and service learning opportunities for our students and we also provided a summer learning opportunity K to 12 along with a gifted enrichment camp last year. Ms. Kaple.

**Erin Kaple:** Good evening. We're proud to share the significant strides we've made this year through instructional innovation and continued focus on rigorous work. Our core focus remains on providing, excuse me, the best possible learning environment and inclusion of all stakeholders. A win was the creation of the division-wide Parent Conference Teacher Day, providing dedicated time for family teacher interaction. We also continue to adjust our calendar and daily schedules to ensure they align with the best practices maximizing our student engagement. The implementation of our Professional Learning Communities, PLCs, has been successful division wide fostering growth and collaboration on a daily basis. Specifically, at the elementary level, schedules include focus time for consistent PLCs and professional development. We continue to work together on our K-2 standards-based report cards ensuring clear, consistent picture of student progress for our families.

We've also amplified our capacity through strategic partnerships. This year we partnered with William and Mary TTAC to integrate high leverage practices at KGMS. We also have support from VCU, their Autism Center for Education to enhance instruction in our SPED classrooms. Moving towards advanced coursework and program studies in that area, KGHS administered an impressive 476 AP exams last spring. Of those, 77% scored a three or higher. This is an absolute tremendous achievement, and a testimony to our students and teachers hard work and commitment to excellence. Additionally, last year that 476 includes 86 more than we gave in the previous school year. So, we're again showing growth that exemplifies one of our college readiness efforts. We're committed to our ongoing partnership with the Commonwealth Governor School, Chesapeake Bay Governor's School and the Academy of Innovation and Technology. We didn't stop there. We ensured learning didn't stop in the summer and extended... Offered extended learning opportunities across all grade levels, K-12.

**Angie Harris:** Okay. Moving into some of the areas of need and our future targets. We still need to expand our Virginia Literacy Act VLA reading support that went beyond K-3 from last year. It's expanded to 4-8. So, we're looking at implementing... We will have to implement new reading curriculum rollout in the next year or two. We need to review and adjust middle school scheduling to accommodate student reading plan requirements as we kind of dive deeper at the middle school level with reading plans this year. Also, I'm going to jump down and we're going to, also we're exploring the feasibility of this, of kind of dispersing the pre-K program to each elementary school, looking at just what it would take to have those kids transitioned at their own school into kindergarten. And we are looking at expanding the secondary CTE opportunities by utilizing the previous VoTech building.

**Erin Kaple:** And as a division, we continue to work to implement the updated math standards through professional development, curriculum, resources and collaboration. We're committed to

supporting our students and meeting the needs of both our teachers and learners through this process. We're exploring multiple avenues to continue the strides we have made academically. Additionally, the Academy of Innovation and Technology will expand another seven seats next year. So, we will host students in grades 9-11 with the Academy of Technology and Innovation. We know we're going to continue to support our EL learners as our population grows. We have 103 students in the county and over 13 languages being spoken. So, we're working especially in our middle school to how we support that growing number. And then additionally we'll roll out a new history curriculum. The team will work to provide curriculum development, instructional coaching, professional learning, division wide to support this effort. We thank you. We're excited about these accomplishments and look forward to continuing our work.

**Dr. Jesse Boyd:** Thank you guys. And for our third goal, communication, we have Mrs. Higgins.

**Mrs. Higgins:** Good evening. We're going to start with all of the new things that have happened in communications over the last year. So, some good wins to share. We started this year with PowerHub, which is a unified communication platform for teachers that's fully integrated into the PowerSchool app for parents. This is moving towards our goal of having a unified communication platform for everyone, for parents and for our teachers. Also new this year, you guys got it probably at our August school board meeting, the Year in Review publication, which is available in a booklet that we can use at recruiting and in the community and then it's available digitally as well. So that was a brand-new publication for us to feature our highlights and to really showcase our school division. We've also added to our employee recognition, which is always a plus. This year we participated in the first annual Teacher Appreciation Brunch with the Fredericksburg Chamber. So that gave our staff an opportunity to be recognized regionally. And that was a pretty special occasion. And then if you follow us on social media, you might have noticed we've added Hometown Spirit to continue with our convocation theme.

And we highlight staff alumni each week who have graduated from here and come back to continue to work here. And it's a pretty special feature for our employees. I would... We probably should talk about FOIA and that part of the communication responsibility. So, we run on average like three FOIA requests a month for a total of just under 30 FOIA requests last school year. And then this school year since July 1, we're sitting at 10 FOIA requests, just as kind of the volume, the amount of work that needs to go into that initiative. And this is our really big thing that I'm super excited about. And I don't think the board has had an opportunity to hear about it yet. We will launch our new division website on December 1. So, there is a ton of work going on in the background with lots of very, very helpful people to get a very new website. It'll have a fresh look, it'll have a different user experience and it'll be very updated. And probably one of the most important things is it'll be fully web accessible compliant. So, we will meet all of the standards that we need to meet for people who use the website in different ways.

And then the accomplishments are just some of the continuation of things that we have seen from the communication department. We do an internal weekly newsletter for staff. Externally, we have a monthly newsletter for all of our families as well as staff. We do shout outs each month and we're sure to feature those on social media as well as in staff communication. And then last year we established the superintendent advisory committees, which are a pretty unique opportunity for stakeholders to interact with Dr. Boyd and we continue those into this year. I have to have the picture. It's like part of what I have to do. So, our social media highlights, I compared the data from January up until September of this year to have a snapshot and then to January, same timeframe, January, September of 2024. So, we are up 147% in terms of our impressions, which is huge. And I was super surprised by the number. So, I actually ran it three times to make sure that it was correct. So that an impression is anytime our content comes across someone's screen

and that's what an impression is. And so, we are up over double what we were in the last year's timeframe.

Anecdotally, we know that it tends to be our parents, grandparents and families who use Facebook for social media. It tends to be more of our students and recent graduates who use Instagram. So, I think it's very telling. Our top posts from that time frame on Facebook. The top post is the donation from Food Lion for oranges to support our students. And then it's the nurse aid program. And then the last picture is our bus driver appreciation campaign. So those are the most engaging posts on Facebook. And then on Instagram where we find more of our students and recent alumni, it's the senior walk when our seniors go back to elementary schools and then graduation, super special day. And then finally is the Big Feet Meet that we host at the high school for our students.

So, all good things, just a few things to talk about as we move forward. We would really like to continue to support our teachers with the PowerHub platform and professional development related to that so that they feel supported and that they have the right tools to continue to use that. We've talked about the web content accessibility guidelines, that's a big deal in launching the new website. And to go with that, it would be helpful if we could look at supporting staff with stipends to maintain those websites and to help with social media communication to kind of have some consistency there with who is supporting the website and the communication piece. And very far into the future, we would like to continue to look at our updated mass communication system. So that's the system that gives us phone calls, emails and text messages and just to stay on top of that and make sure we're using the best product to reach all of our families.

**Dr. Jesse Boyd:** Thank you, Mrs. Higgins. Finally, we have goal number four, safe, secure and healthy learning environments. And Dr. Wright will provide the information there.

**Dr. Wright:** Good evening. So, we have two objectives for goal four. Objective B really focuses on our facilities, while goal A focuses on the physical, mental and emotional safety of our students and our faculty. So, we're going to... Much of our strategic plan is geared towards goal A. So, a few highlights and I'm going to read... There are a lot of bullets here, so I'm going to highlight some of the biggest ones. So, the very first bullet is our year three expansion of our K-12 program for character strong. So much of what we do, a lot of the prevention, the bullying things that come about, some of our be kind initiatives all come from this curriculum and it's very rare to have it from K all way into our secondary schools and through our high schools. So, all of our schools are participating in it. And I think that's great that we have that division wide. I'm going to jump down to probably the fourth bullet there where it says Office on Youth Alternatives to Discipline program continued at both our middle school and high school. This is the second year of that program that allows us to when students are suspended or they do something that gets them in trouble, we don't just say go home and come back.

We say go home and come back or go to ISS. And we allow some educational components to this. So, I think this, especially with our substance abuse programs and poor decision-making programs this year, Ava Sun Youth is coming into the school during the school day so we don't have to stay after school and providing this educational component usually during ISS for the students, if not, they do it during the intervention time or we... The principals have been working with them to make it happen. So, we appreciate that. If you go down to there's a little bit of a break. I'm going to jump down to some of the other highlights. The bottom few bullets, our weapons detection, I think we're well aware of that. But the bullet right underneath that, the second school safety officer. This is a big accomplishment to get this second grant for a safety officer now at the middle school. So, the high schools had one, they're in their third year of that program and then now our middle school is in their first year of having a school safety officer. So really excited

about that. The bullying incidents decreased. So last year I stood up here and said but we reduced bullying incidents by over 50%.

Well, we did it again. So, if we can continue to do that, bullying incidents would just go away. So, I'm hopeful, but we still have some work to do. But we continue to take big chunks and I credit that to some of the programs and the initiatives we're doing to sort of head it off at the beginning while things are still happening. We're able to work with students, we're able to provide some support so that it doesn't become a bullying incident. So, we're excited about that. We're going to flip over to the next page and talk about some of the things that we need to do and continue to work on some of our future targets. So, our crisis plan is out of date. So, we're working with our principals and a designee from each school to all come together and sort of change the language and update that. So, we have practices that say one thing, that we're with the modern language, which is the standard response protocol. However, our plan is under the old language. So, we just need to marry those two. Our short-term suspensions increased. We want to see those decrease. We have a lot of programs to manage those suspensions, to reduce them or at least maybe handle some of those things in house.

But we still are... We went up, so we went the wrong direction. So, we want to find more creative ways to modify the behavior rather than just sending students home when they lose instruction and they come back and they're falling behind. Chronic absenteeism is still a problem, so it's still going the wrong direction. So, from 18% as a division to 21% overall. So, we know we still have work. We are certainly addressing it proactively and reactively, but it still seems to be going in the wrong direction. I wanted to address these next few bullets where you talk about current alternative in house programs. These are efforts for King George county schools to solve our own educational solutions to help support our students, coming up with creative alternatives. So, we have, and you may not be aware of this, but we have created an autism support program at King George El, which we pulled students from all of our elementary schools into that program. We have a BSP program at King George Middle School. The teacher was here and there he is to my left. Thank you. And he does a wonderful job working with students both in his program or going into the classroom, depending on where the students are.

Really very flexible program. We have FLEX, speaking of FLEX, at the high school, which is an alternative to suspension, so students go into FLEX instead of going home for 10 days. And sometimes they have to work their way out of FLEX. Very similar at the middle school program with the BSP program, they sometimes have to work themselves back into their regular classes. And we did successfully launch, I forgot to mention that one, or I didn't, or I went over that. A virtual program at our secondary schools, we have begun conversations with our elementary principals. We've not made a decision, but we're just exploring what that would look like if we expanded that opportunity to fourth and fifth grade students, knowing not every student fits in the public school dynamic. And this is another opportunity or another platform for students. Lastly, at the bottom are a couple budget requests to continue to support our Office on Youth to make that. That's been grant funded for two years now. Eventually that's going to run out and that needs to become part of our budget as well as a couple of additional positions at the bottom, moving folks from 10 months to 12 month and our lead nurse from 11 months to 12 months. And that is it for me. Thank you.

**Dr. Jesse Boyd:** Thank you guys. We certainly appreciate the effort. Are there any questions from the board?

**David Bush:** Want me to start? Okay. One is just simply a correction that I noticed, I pointed out to Dr. Boyd and that is goal number two. And I probably just because I'm on the board. The

Academy of Technology and Innovation, expanding a grade level annual to 28. Actually, it's only seven students per year, so it's only to 14 this year, not 28. You see what I'm saying? So, it's just a small correction. However, you have it correct somewhere else. You said we're adding seven more students, so that's correct. But just...

**Dr. Jesse Boyd:** 28 total students.

**David Bush:** But it should be 14.

**Dr. Jesse Boyd:** 14 this year.

**David Bush:** It should be 14 this year.

**Dr. Jesse Boyd:** It's in parentheses. You see it?

**David Bush:** Yeah. So, you're saying in this right here that eventually when we get all four years, it'll be 28? Is that the point?

**Dr. Jesse Boyd:** That's the...

**David Bush:** Well, then that's my fault. I was misreading that. Annually. Okay. A total. I guess maybe if you'd have put. And it does say total. That's my fault then. Okay, you did it right. My fault. I had a second question. Should I go on or somebody else have... Just, Dr. Wright, in the absenteeism from... I know that it went up from 18 to 21, but, so what are we doing? Are we doing anything different or the same, hoping that we'll get better results? Can you just address that a little bit? I'm sorry. It's a tough one.

**Dr. Wright:** It is a tough one. And I'll ask any of my colleagues behind me to chime in and you're welcome to come up and support me, but I can tell you that at our elementary school last year with our All In, we were able to count the students who stayed after school for tutoring. We were able to turn those hours in per student and those students could get credit if they were chronically absent towards becoming no longer chronically absent. So, in some cases that did help. And we were able to do that at all levels. I think really it is the All-In effort, you know, and sometimes you don't see it in the numbers, but you do hear positive pieces. But between our, you know, between Mr. Smith making the visits, he goes from school to school, he goes to all five schools and they meet with the most critical students and he has a schedule and they meet with the school social worker and the teachers and those parents and those students and that's going on daily and they just continue to make those rounds. So unfortunately, we don't see there's a... I wish there was some magic potion if I could create one to make that one. But I do think we are addressing it. It's just the... We're not going the right way in terms of numbers. But I think we're putting the right efforts forward.

**Dr. Jesse Boyd:** I don't mind. I can be a colleague and add to that too. [laughter] So I think right now, if you look across the state, everyone's having these same challenges. There're two general approaches. Number one, it's to find ways to make our schools welcoming, making them inclusive and engaging our students so that they want to return. So, you've probably seen tonight a number of programs or activities where we're trying to make school exciting for our students and innovative and want them to be there, inspire them to want to come to school. That's one approach in itself. And then the other approach is more on the... That's the carrot side and then you have the stick side. And that's really the truancy stuff. And what we're finding, what everyone's finding about that side of the coin is that every situation is unique.

There's no silver bullet when it comes to what it takes to get students to come to school. It could be health related, it could be a social situation, it could be an environmental thing, it could be a family situation. So, increasing our resources there to be able to reach out, and we did that through All In by having additional folks make home visits and things of that nature. We're outnumbered right now when it comes to that side of the coin. So, increasing resources in that respect, I think, would benefit us. But I can tell you you're going to look at a legislative agenda tonight coming from VSBA that's asking to remove chronic absenteeism from the accountability standards. Because I don't want to sound pessimistic, but a lot of the factors that influence chronic absenteeism are outside of the control, the direct control of the school division. So that becomes our challenge is trying to bridge that gap, to meet those students where they are and bring them in, which oftentimes begins in their home outside of the school. So, it's a challenge, but it's one we continue to work towards and make a priority.

**David Bush:** I guess the question is that we're really... We're doing the same things we were doing. We're not doing anything new. And I understand what you're saying and that's fine. I'm not saying it's bad or good. We're not necessarily adding anything new. Except the one thing I did hear you say, Dr. Boyd, was if we had maybe more people doing home visits. Did I hear that right?

**Dr. Jesse Boyd:** Yeah. I think there will be a desire when we come to budget time to discuss attendance or truancy and things of that nature. That's been a conversation in the school board office already.

**Colleen Davis:** Ms. Chair.

**Cathy Hoover:** Ms. Davis.

**Colleen Davis:** Dr. Boyd, so anything that is past 18 days of absence is considered chronic, no matter whether it's a sick or...

**Dr. Jesse Boyd:** Correct.

**Colleen Davis:** Seeing as basically, we have increased our students being suspended from school 10 days. Wouldn't that have an effect on why it rose maybe a little?

**Dr. Jesse Boyd:** Yes. So, suspensions count. Every absent counts, to your point, so...

**Colleen Davis:** And the other... I'm sorry. So, I think that has been a good thing. As far as I don't like seeing the students being suspended for 10 days rise. But that shows that there's due diligence going on and that we're trying to make school safe. Second question was, is like, if a student is absent first period and we get that phone call, hey, your student is absent, is that corrected after the students does show up from school?

**Dr. Jesse Boyd:** Yes.

**Colleen Davis:** Okay.

**Dr. Jesse Boyd:** Yeah, that's counted as being present.

**Colleen Davis:** So what falls under, what would be considered not like chronic if a child was anything, sick, like hospitalized?

**Dr. Jesse Boyd:** Every absence. If you're... If you're not in school. So that's another reason why these opportunities, like maybe virtual is an... We're trying to bring education to those students. So even a student that maybe has cancer or there's reasons they cannot get to school, if they miss 10% of the school year, then they are considered by the state chronically absent. So, we're trying to figure out. And many folks across the state are trying to figure out more creative ways to provide an education to those students away from the school building so that they can be counted as present and receiving an education.

**Cathy Hoover:** Mrs. Cleveland.

**Carrie Cleveland:** Yes, Madam Chair, I did have a couple of questions about Goal 2, the quality instruction and innovation. In the last board meeting, I mentioned that I've been fielding some concerns with parents with the new math curriculum. And I want to... I'm so thankful of the implementation of the new math curriculum. I think it's going to be great. It's needed. I support it absolutely. But I do have a couple of questions in regards to making sure that the students, as they're transitioning over to the new math curriculum, that they're being supported and also the teachers, how they're being supported and being able to instruct their students. Two questions I had. So, I saw on here that there were interactive panels distributed, and I don't know what that means, so I wonder if you could expand that. And then the second question I had was about tutoring. And when students hit, you know, I guess, a certain level of grade, do they get offered that tutoring? Or how can a student get that extra tutoring when they're struggling?

**Erin Kaple:** I can begin with the interactive panels. Much like a smart board, so it's a whiteboard that students and teachers can touch and manipulate. And within our new program, it also has specific lessons and skills within that. So, it aids as the visuals for our students that would like to learn that way or prefer to learn that way. So, it allows them to manipulate from the screen and such. And just with those new interactive panels, we also have training to ensure that all of our staff with our ITLs. So, November 4th, we have a refresher and an opportunity for our professionals, our teachers, to get together to say, hey, I did this with my interactive panel, or I'm still struggling with this. So that opportunity to use them so that they are a tool and a resource within the classroom. And as for tutoring, yes, we are working through that. We're working with our teachers to understand the feedback that they should be giving to our parents and what that looks like. As a parent myself, I don't always understand what comes home. So, supporting our teachers in that capacity to give that feedback to our parents and our students so they can apply and show what they know in the classrooms, there's opportunity for reteaching and relearning. So, there are opportunities within the classroom. And then as you know, other opportunities, maybe after school or with a teacher during time. We use those times as we can.

**Carrie Cleveland:** Is there a threshold when students are invited to tutoring after school?

**Erin Kaple:** So currently, the model that students were selected, the data we used was their SOL scores from the previous school year. So, when we started our program and you look, you know, we have to identify students some way very early on, we didn't have the data yet to look at how we did on unit one assessment or unit two. So, we used the assessment data from the previous year. As you're probably aware, we run two cycles of after school tutoring. So, we have the fall cycle and then the spring cycle. And we're looking to update how we identify students. But there's conversations within the buildings. I oversee the middle school program. The middle school coordinator will reach out, include us, and the more the merrier. So, we're just, you know, working to identify how can we help at home, after school, in the classroom. So, it's a holistic model for our students of support.

**Carrie Cleveland:** Thank you.

**Angie Harris:** Very similar to the elementary level too. The new math curriculum is very rigorous. But if you actually had the opportunity to see the new math standards, they are just as rigorous. So, I would like to bring the math team and maybe do a presentation to you and for the community just to see the difference, because I think that will explain a lot of what you're hearing from your students, what you're hearing from your parents. In the new math curriculum, it's a curriculum that shows progression. So, we got to... You know, it's not a one year builds on each other. So, it's very, very important that we, you know, hit these skills, especially those fundamental skills at the elementary level, really hard for them to be successful at the secondary level. So, our after-school tutoring now is mainly at elementary level.

We struggle with students that need reading intervention and math intervention through VLA, if a student is identified in needing a reading plan, they have to get the daily intervention and reading. So, then you have to get creative. You have one intervention block and they need reading and math. So, our elementary program this session in the fall, we really focused on math and we do offer some reading intervention. But we really scooped up kids that we knew they're not getting the math intervention based on if they did not perform well on their SOL in grades four and five. So, to give them that double dose, if you will, does that make sense? Because we don't have enough time to do intervention all day long. So, we have been creative in doing that. But I do think moving forward, I think it'd be a good idea for us to bring some... Just to give you an idea of what that curriculum looks like, what the standard looks like, and how it all works together.

**Cathy Hoover:** Also, with your future targets, I just want to point out that you're exploring the feasibility of dispersing the pre-K program. We as a board have been talking about this and the benefit of the students being in their home school that they'll go to. And we're actually looking at future plans to hopefully be able to afford/whatever, to do that. So great minds.

**Angie Harris:** Right. Yeah, we're working on it. It's mainly space. We need classrooms.

**Cathy Hoover:** And that's what we're... Yeah, very well aware. But thank you.

**Angie Harris:** You're welcome.

**Colleen Davis:** David has one.

**Carrie Cleveland:** I had one more.

**David Bush:** I had one more too.

**Cathy Hoover:** Okay, Mr. Bush.

**David Bush:** All right. In goal number two, under the ESOL, it says we... You want to hire an additional ESOL teacher, which is great. You said you're currently supporting students who speak 12 different languages. How many students do we have speaking, you said 12 different languages, but approximately how many students are we talking about?

**Erin Kaple:** 100 and... Excuse me. 103 students. Currently, as I mentioned before, the middle school has 25 El students. And that's if we were able to get those resources where we'd really like to put our focus in, if you're familiar with our model, our teachers, we share a teacher with

Sealston at the middle school and at the high school. So, if we were able to get a dedicated staff member to service those students, it would be... We believe we could make some gains in that area.

**David Bush:** So right now, how many ESOLs teachers do you...

**Erin Kaple:** 100 and... Oh, how many...

**David Bush:** Teachers.

**Erin Kaple:** Teachers? Three. Three. And then we have a paraprofessional, so a team of four.

**David Bush:** You want to add one more ESOL?

**Erin Kaple:** Mm-hmm.

**David Bush:** Okay, and how would that... Again, that teacher would be shared?

**Erin Kaple:** That teacher would be at the middle school. So, we would have a dedicated teacher at the high school, middle school. And then Potomac and King George currently share a staff member.

**David Bush:** And they would continue to do that. All right. Okay. All right, thank you.

**Cathy Hoover:** Mrs. Cleveland.

**Carrie Cleveland:** I just had one more question for Dr. Wright. One of... Let me see what page we're on about the bullying incidents that we had decreased. I'm just wondering where you got that, where that data was fielding from?

**Dr. Wright:** We just pulled it right out of PowerSchool. The same report we pulled last year based on the codes. So, the disciplinary incidents. Yes, we just pulled that.

**Carrie Cleveland:** So, okay, so the second follow up question is, does it include any of the forms that are coming in online from parents or students?

**Dr. Wright:** Not necessarily. So, it depends. So, someone reports, sends in the form, then we do an investigation and we work with the students. So, it might be that we mitigate, we mediate. It could be that it doesn't even result in discipline because we were able to bring these two students together and resolve it. And so, it would not necessarily go down as a disciplinary incident in PowerSchool bullying. It may not even go in PowerSchool as anything because it was mitigated before it got to that. And a good example is what the middle school does is whether they get a bent letter or some other way that someone says we might have a bullying incident. So, they immediately do an investigation. Then they contact parents and they send an additional letter. On top of what we already do, they send a letter just saying, your child may have been involved in bullying. These are the things that are happening. We want you to, you know, have a conversation with your child. They follow that up with a phone call. And that has been very effective at mitigation. So, they work with both the alleged victim and the alleged perpetrator, and then they notify parents, and then it's usually resolved before it gets to the level of bullying. So, it just depends on where it is. If it's been ongoing and it's been happening for a while, and then we get notified, it's going to go down as a disciplinary incident. But if we can get it ahead of time, that's great.

**Carrie Cleveland:** So, yeah, that makes sense. I'm wondering if there's any way that we can capture some of that data so that we can see as a board what that looks like as far as maybe the incidents didn't escalate, but what are we mitigating before it does escalate?

**Dr. Wright:** I think we could do that. Yeah. I think we could definitely look at the number of reports that are coming in and compare, so.

**Carrie Cleveland:** It would be interesting to see that and see how that's going to. Thank you.

**Dr. Wright:** We could do that. Thanks.

**Cathy Hoover:** Mrs. Davis.

**Colleen Davis:** I just want to give a big shout out when I'm sitting here looking at all the goal four highlights and accomplishments. And one of the biggest things that I spoke about that was on my heart for our school... My goal to see for the schools was bullying incidents to go down and for us to tackle bullying really hard. Not just have, you know, the benches, but really making an effort. And so, seeing a decrease by 59% is huge. And so, I'm very thankful for you guys and all the work that you're putting towards that and all the other good things that I'm seeing on here, threat assessment training. What was the other thing? Office on Youth Alternatives, the Substance Abuse Prevention and Awareness Program. What does that look like?

**Dr. Jesse Boyd:** Say it again?

**Colleen Davis:** Our Substance Abuse Prevention and Awareness, which was originally the dangers of fentanyl from the fentanyl grant.

**Dr. Wright:** So, there's different pieces of that. We... When students get in trouble for illegal drugs in school. So, what we usually do, either they see you or superintendent makes a decision depending on where they are in their history and their discipline. Regardless, when they come back to school after the disciplinary incident, they go through... They work with Office on Youth and they do a substance abuse program. It's called SAGE and it's some group learning. And they work with a facilitator through the Office on Youth. Rappahannock Office on Youth comes into the building and provides that instruction to them.

**Colleen Davis:** Do we do anything on a larger scale for the whole entire school?

**Dr. Wright:** We do. That's the fentanyl training where we have a member from the... Help me out.

**Dr. Jesse Boyd:** RACSB is that...

**Dr. Wright:** RACSB also comes and we'll speak to our... That's through our health classes.

**Colleen Davis:** Okay.

**Dr. Wright:** And our JROTC supports that as well.

**Colleen Davis:** Awesome. And then the Check and Connect monitoring program, the fund...

**Dr. Wright:** That's new this year, that's a pilot. So, Check and Connect is also through RACSB

and it's being fully funded.

**Colleen Davis:** These are just real efforts that you guys are putting forward to combat behavior issues.

**Dr. Wright:** Check and Connect is really focused on attendance.

**Colleen Davis:** Which is huge...

**Dr. Wright:** So, they're providing more support with our families, especially the ones that are chronically absent. So, I did send some notes around to our principals, and they talked about... I don't have time to share them all, but they talked about all the things that they're doing to address bullying, which was amazing because I just got tons of emails. So, it's really cool to see the things they're doing in house.

**Colleen Davis:** It's cool to see what, just on this one sheet of paper, the things that we're implementing in our schools to help combat that stuff. And then the behavior and endanger of self or others decreased by 18% from 158 to 129. Those are just wonderful things to see.

**Dr. Wright:** Those are pretty serious incidents like fighting with injuries and possession of alcohol, vapes and those types of things.

**Colleen Davis:** So, I just... Yeah, I just wanted to give a shout out to that and all the effort that you guys are doing. So, thank you.

**Dr. Wright:** Thank you.

**Colleen Davis:** It feels like we're being heard as a board, to be honest. And you guys are working hard on implementing that.

**Dr. Jesse Boyd:** We're trying. I do want to say, too, not to steal the principal's thunder, but at our last principals meeting, we discussed providing a quarterly principal update with building level initiatives. We've talked about that before and I can tell you the attendance has been a focus of that conversation. So, at our next, our November board meeting. Thank you, Laurie. At our November board meeting, they're going to give you guys an update from their respective schools with an emphasis on attendance.

**Colleen Davis:** Awesome. Thank you.

**Cathy Hoover:** Thank you to everyone who presented this evening. All good stuff.

**STUDENT REPRESENTATIVE COMMENT**

**Cathy Hoover:** Moving along to our student representative comments, let's hear from the middle school first.

**Logan Samuel:** All right. Thank you. Good evening, everyone. My name is Logan Samuel. I'm in the eighth grade at the middle school and I'd like to share a few updates about what's going on. On October 10th, quarter one officially ended. And quarter two started. On the 13th was parent-teacher conference day, which was an opportunity for parents to meet with teachers and for the students to have that day off. Later that week on Friday was the award ceremony for quarter one,

where students were recognized for A-B Honor Roll and Distinguished Honor Roll as well as the RAP Award, which this quarter's theme was respectful. On that same day, KGMS hosted a PTA family movie night where they showed 'The Bad Guys 2'. And later this month through the 28th and the 29th are when growth assessments are supposed to be scheduled. And obviously on the 31st is Halloween, which is where students wear their costumes. And as a final note, I'd just like to say that the sports teams, specifically football and soccer, have been, like, really good. So, go Foxes.

**Cathy Hoover:** Go Foxes. Thank you. Let's hear about KGHS.

**Jake Lauver:** Thank you, Madam Chair. Good evening, members of the board, staff and guests. Those for who do not know who I am, my name is Jake Lauver and I'm one of your high school student representatives. I'd like to start by highlighting that Red Ribbon Week will be taking place October 27th through the 31st. This year's theme is Life is a puzzle. Let's solve it drug free. Red Ribbon Week is recognized nationwide as a time to raise awareness about the dangers of drug use and to encourage our students to make healthy, positive choices. The campaign began in 1988 in honor of a DEA agent who lost his life while fighting a war against drugs. His sacrifice continues to inspire communities across America to remain committed to living drug free. Throughout next week, our school counseling team will be hosting a spirit week of a variety of fun, engaging, activities to help students understand the importance of staying drug free. It is a great opportunity to build unity, school spirit and awareness all at once.

Speaking of spirit, I'm proud to recognize that the NJROTC drill team brought home multiple accomplishments at our first drill meet this season. Your NJROTC Foxes took first place overall for the whole meet while also placing first in Armed X, Unarmed X, Color Guard, UPI, along with the PT competition, they also placed second in Unarmed and Armed Basic drill along with the academic exam. Their dedication, teamwork, precision truly represents the best of our program in the school pride. That being said, we encourage you guys to come out to our annual military inspection on November 19th to see our fall semester cadets stand the biggest inspection of the year where our Area Manager, Mr. Kevin Wilson will visit with multiple guest inspectors to see the hard work your cadets have put in to this program and themselves this semester. Next week we'll be celebrating Spooky Spirit Week with themed dress up days to enjoy, for everyone to enjoy. Monday will be Meme Day along with Tuesday Disney Character Day.

Wednesday will be Minion Day. Thursday is Teen Beach Day where upperclassmen will represent the bikers and the underclassmen will represent the surfers. Friday, everyone can wear their own costume to finish the week with a little Halloween fun. We also want to remind everyone that this Wednesday is Unity Day. We encourage all students and staff to wear orange to show our stand against bullying and promote kindness, acceptance and inclusion. And I'd finally like to take a moment to congratulate all of our sports teams for their hard work and dedication this season. This week is full of sporting events with field hockey, volleyball, football, cross country and cheer all competing. As we move into the last weeks of October, let's continue to show our school pride. Support one another and stay committed to making positive choices. Because together we can solve life's puzzle drug free. Thank you for the opportunity to come back and speak for the students.

**Cathy Hoover:** Thank you, Logan and Jake.

**CONSENT AGENDA**

**Meeting Minutes:**

**Cathy Hoover:** Moving along to our consent agenda, we have some minutes from last meeting. Did anybody have any comments or changes to the disciplinary hearing minutes or the regular meeting? If not, we can go ahead and approve them all at the same time. For which I will need a motion.

**Colleen Davis:** Do we have enough to approve it? Because you and David can't approve it. You weren't here.

**Dr. Jesse Boyd:** What was the question?

**Cathy Hoover:** The only three people that were here, Mr. Frank isn't here. And...

**Carrie Cleveland:** Well, actually...

**David Bush:** Virtually.

**Colleen Davis:** It says absent right here.

**Cathy Hoover:** Okay.

**Colleen Davis:** Oh, you were virtual.

**David Bush:** I was here. No, you're looking at one of the discipline.

**Colleen Davis:** Oh yeah.

**David Bush:** The disciplinary ones.

**Cathy Hoover:** We had... You three were at last.

**Colleen Davis:** We could do the meeting, the disciplinary we can't.

**Dr. Jesse Boyd:** You can do them separately.

**Erin Scalph:** There's only one that they'll need to pull. It's the October 6th one of the disciplinary hearings at 4:00 PM.

**Dr. Jesse Boyd:** The 4:00 PM on October 6th disciplinary hearing?

**Erin Scalph:** Yeah.

**Dr. Jesse Boyd:** So, pull that one and we'll bring it back next time.

**Erin Scalph:** Both of them.

**Dr. Jesse Boyd:** Both of them.

**Erin Scalph:** 3:00 and 4:00.

**Dr. Jesse Boyd:** 3 o'clock and 4 o'clock on October 6th. So, what you'll approve is October 6th, 2025, regular meeting. And we'll bring back the disciplinary hearings for October 6th at our next meeting.

**Colleen Davis:** Okay.

**Dr. Jesse Boyd:** Sound good?

**Cathy Hoover:** Okay.

**MOTION - Colleen Davis:** I make a motion to approve the consent agenda meeting minutes for October 6, 2025.

**David Bush:** Second.

**Cathy Hoover:** All in favor?

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**Donations**

**Cathy Hoover:** Donations, Dr. Boyd?

**Dr. Jesse Boyd:** Yes, Madam Chair. So, we have three donations for your review this evening and for approval. We have five double sided salon stations. They're for hopefully a CTE program moving forward, but they were received from Spotsylvania Career and Technical Center through the assistance of our instruction department and Dr. Truslow. So that's the first donation we received on October 6th. On October 10th, we received a donation of $15,000 from the Rappahannock Goodwill Industries. This is the second part of that donation for the IECC pre-apprenticeship work-based learning course that has received a lot of positive press. And then finally, on October 14th, the William M. Cage Library Trust, Mark C. Willis, trustee, donated $500 in the form of books, tapes, microfilm, other media and recorded information to King George Elementary School Library. I would ask for approval of these donations this evening, Madam Chair.

**MOTION - David Bush:** I make a motion that we approve the donations as presented. The five double sided salon stations, $15,000 check for the IECC pre-apprenticeship work-based learning course and the $500 which includes the books, tapes, microfilm and other media recorded information.

**Carrie Cleveland:** Second.

**Cathy Hoover:** Any discussion? All in favor?

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries. Moving right along to our policy manual update.

**DISCUSSION ITEMS**

**Policy Manual Updates**

**Dr. Jesse Boyd:** Yes, Madam Chair. So, our list is getting very short, which is a good feeling. So, we're down to three for your approval or review this evening. The first is a regulation that's required for a series of policies. It's actually found in three places in our policy manual. GBEC, JFCH and KGR. And it has to do with the regulation associated with tobacco free schools for staff and students. You have a copy of that there. I won't read the entire regulation, but this regulation is required per code. And I would ask for approval this evening.

**Cathy Hoover:** Does anybody have any questions about this policy? If not, can I have a motion to approve it.

**MOTION - David Bush:** I make a motion that we approve GBEC-R-JFCH-R-KGC-R.

**Colleen Davis:** Second.

**Cathy Hoover:** Any discussion? All in favor?

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries. Moving right along to the next new policy.

**Dr. Jesse Boyd:** So, the next new regulation is one that we've looked at for a couple of weeks now. This is IGDA-R2, we reviewed this last time. This happens to do with our student organization. And the criteria for formally requesting a student organization. It separates between curricular and non-curricular. And then if you look at the red text below, this is all new, but the red text is a result of what the board considered last time. I'd ask for a review of that and any suggestions or approval.

**Colleen Davis:** Number four on this, where the red is?

**Dr. Jesse Boyd:** Yes.

**Colleen Davis:** Should we put a time frame there so it's not every time, but maybe at the quarterly or something?

**Dr. Jesse Boyd:** The principal will send notice to the school board of all approved or disapproved student organizations for review by the superintendent and school board members.

**Colleen Davis:** You know what I mean?

**Dr. Jesse Boyd:** Yeah, we can. I mean it's...

**Colleen Davis:** Everyone is necessary, but maybe...

**Dr. Jesse Boyd:** I'm fine with...

**Carrie Cleveland:** So, Madam Chair, I actually have some comments about this. So, on number four, it's my suggestion that we actually have three approvals on any non-curricular club, that it goes through the principal first for approval, come to the superintendent for approval, and then come to the school board. Not all clubs, just non-curricular clubs.

**Cathy Hoover:** Any further discussion regarding that or do we want to change the wording? You want to... I think the intent behind that, from what I recall, is that things go on and the school board hears about it after the fact. And it would be nice to know when the community comes at you to know what's going on ahead of time versus trying to figure things out afterwards.

**David Bush:** I think the only concern I have... I understand what you're saying, Ms. Cleveland, but the only concern I'd have is that, I mean, if you had, say, an organization one month and then two weeks later, and then another one, then another one. I don't know how many come in a year where it would be... I guess what I'm saying, if there's not many that come in a year, we could do this. But if... I would rather be just simply notified of their existence rather than necessarily approving each one, trusting the principal and the superintendent to approve them, that we'd be notified of certain, whatever clubs are going on.

**Carrie Cleveland:** So same concern I had, but then when I looked into it, there's not as many as you would think. So, it is manageable.

**David Bush:** It is? Okay, so what's the reason why... So, you're asking for three levels. You asked principal, superintendent and school board?

**Carrie Cleveland:** Yes.

**Dr. Jesse Boyd:** For non-curricular.

**David Bush:** That's I understand that. For non-curricular. So, what's the reason for also wanting to... So, it's more than just an awareness. You actually want our approval of every?

**Carrie Cleveland:** Yes, because of what happened with this last club that came about. We did not know about the club until we were being injected with a lot of emails.

**David Bush:** No, no, I agree with the knowledge we need to know of the clubs.

**Carrie Cleveland:** And if... And my concern was with just principal approval, we still wouldn't know, we'd be in the same.

**David Bush:** Oh, no, no. What I would like to see is principal approval. Superintendent's approval

and then notify us. Not necessarily...

**Carrie Cleveland:** Yes. Right. And if the principal denies it, then it's appeal process. So, we don't need to...

**David Bush:** Exactly.

**Carrie Cleveland:** Escalate it. Right.

**David Bush:** So really, we're just being... The third step is not our approval, but are being notified. Because if there is a denial, then it may end up with an appeal which would have to come to us. And if we're already part of the approval, that doesn't make sense.

**Carrie Cleveland:** I didn't think about that.

**David Bush:** You see what I'm saying? So, I mean, there may be clubs when, say the principal has said no, you know, not getting into the legality of it yet, but just to say that, and then the superintendent says no, but then they appeal that will have to come to us. But if we've already, "approved" it, it can't be appealed to us.

**Carrie Cleveland:** So, then the second level can be the superintendent to advise the school board at that point?

**Dr. Jesse Boyd:** Yeah.

**David Bush:** Yeah. You see what I'm saying?

**Carrie Cleveland:** I'm okay with that. Yeah.

**David Bush:** So basically, leave this language then?

**Carrie Cleveland:** Well, we need to change it for the superintendent's approval as well.

**Dr. Jesse Boyd:** I... It's in there right now.

**David Bush:** I think it's in there, right.

**Dr. Jesse Boyd:** So, let's see. The principal will send notice to the school board of all approved or disapproved student organizations for review by the superintendent and school board members. So that's just review. And then I think it's bullet six. I think it's bullet six. The principal or superintendent may revoke... No, that's not it. So, if it's approved, notice would be sent to you, but then bullet six would be the principal or superintendent may revoke recognition of any student organization at any time upon his or her own initiative for good cause, including any violation of policy, IGDA, revocation by the principal may be appealed to the superintendent or his or her designee in the same method and under the same time limit as provided above. Revocation by the superintendent's final. Do you think we need to go beyond that?

**David Bush:** So, what you were saying. Sorry. If I can say. So, what we're saying here, it sounds like this language is a little different than Ms. Cleveland is saying, and that the approval is at the principal's level, period. And then if there's an issue, then it comes to you.

**Dr. Jesse Boyd:** It's appealed to me.

**David Bush:** Appealed to you. And that's, again, the same, as I was mentioning with the school board, is it can't be appealed to you if you're part of the approval process. So, it would be approved by the principal, and then if there's an issue, it would be appealed to the superintendent. And if there's still an issue, then the school board would be the final appeal. And that's different than you were saying, approval by the principal and the superintendent. And our...

**Dr. Jesse Boyd:** The appeal comes to the school board, then it's... This is similar to what we do for a public complaint.

**Carrie Cleveland:** So, let's just have it come to... The appeal come to the school board, then.

**Dr. Jesse Boyd:** That's fine. That's the way it was... It's worded now. Yeah. So, approved by principal, approved by superintendent, appealed to the school board. That's fine. So, the way it's written now, that's the way it would work, as it's written now. Correct? That's the way I read it.

**David Bush:** Yeah. We're going to be notified still, Ms. Cleveland.

**Dr. Jesse Boyd:** You're going to be notified upon...

**David Bush:** We just won't be part of any approval or whatever in case there's an appeal.

**Dr. Jesse Boyd:** And I think, to Mrs. Cleveland's point, I don't think it'll be a quantity that we can't make you guys aware of it when it occurs. I mean, we can... As soon as we get a club request, then at the next board meeting, just like donations, we can provide that as an attachment. And then it'll say either approved or disapproved. And within that time period, I believe, is when my approval or any appeal would happen. Does that make sense?

**David Bush:** And basically, if I can, Madam Chair, continue. The only reason it would be disapproved is if one of those A through K parts are not adhered to. That's... There wouldn't be any subjectiveness about it from the principal. It'd be very objective based on these items. Just pretty... I'm talking about legally, that's a pretty big deal.

**Dr. Jesse Boyd:** Yeah, that's right.

**David Bush:** Okay. All right. Sorry, I was thinking about what was said earlier. Okay.

**Cathy Hoover:** So, are we good with the way it's written or do we want to reword it and go again at the next meeting?

**David Bush:** Again, I love this idea that... Which is, this is pretty normal for most schools. The only thing that's in there might be slightly different is the parents have to be aware that which child their club is in. That's it. Which I love that idea. So, thank you. I like the work that was done. So, you're waiting for a motion?

**Dr. Jesse Boyd:** Or, yeah, any suggestions. I'm good either way, honestly. We can make it work.

**David Bush:** You want me to do it? I don't care. Do you have more comments, Ms. Cleveland?

**Carrie Cleveland:** I don't have any more comments, but we have a board member missing, and

I'm wondering if maybe we can... Can we look at it at the next meeting?

**Colleen Davis:** Second time pushing it off.

**Dr. Jesse Boyd:** It's entirely your call.

**David Bush:** Yeah, we've already pushed it back once. I'm just thinking about the community, Ms. Cleveland.

**Colleen Davis:** We're not able to start any clubs right now until the policy...

**David Bush:** Because they're waiting to start the clubs.

**Colleen Davis:** But we can wait if you want to, it's up... If the board sees fit, then we can wait for Ed, Mr. Frank to get back.

**David Bush:** I... Ms. Cleveland, I think the last meeting that we talked about most of this, except for maybe this last point.

**Colleen Davis:** Well, we didn't have a discussion. Jesse just kind of presented it.

**Carrie Cleveland:** Yeah, we didn't have a discussion.

**Colleen Davis:** That's the only thing is there's two clubs out there waiting to be approved, and...

**David Bush:** So, yeah, we couldn't move forward with those clubs until this is approved. Correct.

**Dr. Jesse Boyd:** We're holding right now on club... I mean, there's a number of interested folks to start clubs. So, you know, it's October 20th, and if we're not good right now, then we have... When's our next opportunity?

**David Bush:** November 17th.

**Dr. Jesse Boyd:** November 17th.

**Cathy Hoover:** We got a whole month holding up the club, so.

**David Bush:** I understand what you're saying Ms. Cleveland, but I just would hate for the clubs to wait another month.

**Colleen Davis:** I think you're a little bit nervous on voting on this because we want to know more information. We have a group here saying that we're going to be sued.

**Carrie Cleveland:** Yeah, I do want more information.

**Colleen Davis:** Saying we're going to be sued if we don't... But then what's the point of...

**Carrie Cleveland:** I'd like to get more information on some of the stuff that we've been presented with.

**Cathy Hoover:** Okay. We will hold off on approving that policy for now.

**Dr. Jesse Boyd:** That's fine.

**Cathy Hoover:** Moving along.

**Colleen Davis:** Just waiting on Mr. Frank?

**Carrie Cleveland:** Yeah.

**Colleen Davis:** Okay.

**Dr. Jesse Boyd:** So, table, until next time. Okay. All right. Third policy for this evening is IKEB-R/JOA-R. So, this is, again, a policy that requires a regulation, and this one simply has to do with high school credit bearing courses that are taken in the middle school. So, we have a number of students, actually, that take high school bearing courses, credit bearing courses in the middle school. And this is a process that is pretty standard across many school divisions, but it's their ability to opt out of that credit going against their high school transcript if they desire to and if they've earned that credit on the middle school level. So pretty standard practice. We just solidified the regulation associated with it. I'm comfortable with passing this this evening if you guys are.

**Cathy Hoover:** I'm confused. Can you say that again?

**Dr. Jesse Boyd:** Yeah. So, like Algebra 1, World History, Spanish 1, there's a number of courses that our middle school students take for high school credit. This process, like I said, is pretty standard. It provides an opportunity where if a student doesn't do well in that high school course as a middle schooler, they can opt it out of their high school transcripts.

**Cathy Hoover:** Okay, that's what I thought you meant. Thank you. Do I have a motion to approve this new regulation?

**MOTION - David Bush:** I make a motion that we approve IKEB-R/JOA-R as presented.

**Carrie Cleveland:** Second.

**Cathy Hoover:** Any discussion?

**Colleen Davis:** I do have a quick question.

**Cathy Hoover:** Sure.

**Colleen Davis:** And I apologize if you already answered it, Dr. Boyd, but why would a parent want a high school credit taken off of the transcript?

**Dr. Jesse Boyd:** If they don't do well?

**Cathy Hoover:** If they don't do well because it goes against their GPA.

**Dr. Jesse Boyd:** Or if they fail it, you know, so it's just an opportunity for... It's kind of a safety net for a middle school student that's stretching themselves. Yeah.

**David Bush:** Also, they could get a D and get credit, but they may not want that D on...

**Colleen Davis:** Normally students that are taking these courses are like excel already.

**Dr. Jesse Boyd:** You're correct. But nevertheless, it's...

**Colleen Davis:** Okay.

**Cathy Hoover:** We have a motion made and seconded. All in favor?

**Colleen Davis:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**2025 VSBA Legislative Positions**

**Cathy Hoover:** Legislative positions discussion.

**Dr. Jesse Boyd:** Yes, Madam Chair. So, what this is, is basically, it's the proposed legislative positions for the Virginia School Board Association. Mrs. Hoover, as you know, you are the representative, and you'll have to act as that representative for King George County when we go to the VSBA conference. And what we solicit from other board members this evening is whether or not they agree to these legislative positions so that you can go speak on behalf of King George County at that VSBA meeting to support those legislative positions. So VSBA has three legislative positions that are up for review. One I think you guys would be in favor of, but I don't want to speak for you. But it has to do with assessment reform and accountability reform. And the new text is the underlying text and it's Virginia public schools are committed to delivering high quality instruction and ensuring student success. Therefore, VSBA supports legislation to provide school divisions with a minimum of one full academic year to prepare for and implement any major policy changes that affect curriculum, instruction, assessment and accountability systems.

So, as you know, right now there's a lot of moving parts and a lot of changing things across the state when it comes to those areas, curriculum, instruction, assessment and accountability. This legislative position asks for at least one year before the implementation of those initiatives. So, would you like to go through... You want we go through all three of them quickly? Okay. The second one is chronic absenteeism. It's a request to remove chronic absenteeism as an indicator in the accountability and accreditation models used to rate public schools. As I said before, there's a lot of factors there that we can't control for. And then third and final, as budget, you know, crunches happen and as we have, as you know, we're in a teacher shortage. What the third legislative proposal is asking is for the enrollment cap for Virtual Virginia to be expanded. In other words, providing more opportunities for students across the state of Virginia to enroll in Virtual Virginia tuition free. Because as we cannot find teachers for some of these advanced level courses and there are more creative options for education. As we've discussed tonight, VSBA's legislative position is to expand the number of seats available through Virtual Virginia, which is also something that I think is a good initiative.

**Cathy Hoover:** So, would the board be in favor of all three of these? I believe I would be in favor of the I need a board.

**David Bush:** Probably ask each one individually, Madam Chair.

**Cathy Hoover:** Mrs. Cleveland. The answer is yes. Mrs. Davis. Mr. Bush.

**David Bush:** Yes, I'm definitely in favor of all three.

**Cathy Hoover:** Okay, thank you. That's how I will check with Mr. Frank, I suppose, at the next meeting since we have one more meeting before. And Jake, just FYI, when your inspection comes, I typically come to all the ROTC inspections, they are fascinating. However, the board will be otherwise engaged at a required training that week, so we will not be able to be there. But thank you very much for the invitation.

**Colleen Davis:** When is our next school board?

**Cathy Hoover:** The 16th of November.

**Dr. Jesse Boyd:** It's the first day of the VSBA convention. It's usually pretty tight window right there.

**Cathy Hoover:** Yeah. No, our school board meeting is the 16th.

**Dr. Jesse Boyd:** Oh, yes, I'm sorry, I thought you meant the inspection.

**Erin Scalph:** 17th.

**Dr. Jesse Boyd:** 17th. The school board meeting is the 17 and then the 19th we leave for VSBA. And the 19th is the day of the inspection. Right.

**Cathy Hoover:** All right. Okay. Let's try committee reports again. Mrs. Cleveland.

**INFORMATION ITEMS**

**Committee Reports**

**Carrie Cleveland:** Yes. Thank you. I attended the Commonwealth Governor's School Board meeting on October 16. A few things to pass on. There will be a recruiting event at the King George middle school on the 28th of October from 8:30 to 10:00. They will be there speaking with the middle school students and hopefully trying to recruit them over to apply to the Governor's school. There will also be a family night on November 6th from 6:00 to 7:30 where families are invited to go hear more about the Commonwealth Governor's School. There was also reported the retention rate for King George students in the Governor's School, which was 91.2. And that's pretty much on average, with the other school divisions. Last report I updated the board that we were going to be getting a technology update and some of the classrooms for the Governor's School that's going to be implemented... Starting to be implemented. The first install on the 27th of October with King George High School being that first install for that broadcast technology that we are getting for our students. And that's all I had.

**Cathy Hoover:** Thank you, Mrs. Davis.

**Colleen Davis:** I'm waiting for my thing to pull up so you can go to...

**Cathy Hoover:** Mr. Bush, do you have any committee report?

**David Bush:** I don't have a committee report. No.

**Colleen Davis:** Just save it for the next board meeting.

**Cathy Hoover:** Okay. I do not have any either. I have had no committee meetings.

**Colleen Davis:** No connection.

**Cathy Hoover:** Okay, what am I missing? Dr. Boyd.

**SUPERINTENDENT'S REPORT**

**Dr. Jesse Boyd:** Okay, so, Madam Chair, we had our first two by two meeting which was very successful. It was with Mrs. Hoover, Mr. Frank, Mr. Sullins and Mrs. Binder. We had conversations and I think I provided a brief to the board about facilities moving forward. It was a very good and collaborative meeting. I think you guys received the bulleted update on that. And we hope to have our very next two by two meeting which will be Thursday. And I'll be there as well. That'll be Mrs. Cleveland and Ms. Scott and Mr. Davis and Mr. Collins. Am I correct in that?

**Carrie Cleveland:** Yes.

**Dr. Jesse Boyd:** Okay. All right. And we'll continue to have the same conversations related to facilities, specifically the vocational center and the preschool. And I thought the outcome of that was very successful. The other thing that you guys probably saw was the request to re-provide the five, 10- and 15-year facility plan. So, you guys should have received an updated version of that. And that's good to move forward. That'll be a continual... That's a document that continues to grow as we work through things. So that'll continue to change as we discuss things moving forward. My first vast meeting of the year starts on this Sunday. And so that'll be our first indication of legislative positions, budgeting numbers and what things are looking like at the state level.

So that's really our kickoff and first indication of what things are looking like in terms of the operating budget and some other things when it comes to laws and Virginia code and such. So, I'll be able to report back from that. I'll tell you that next time on our agenda, there was a request to have a discussion about new students and transfer credits. So, we'll be sure to put that on our next board agenda. That's on there. And then finally I want to remind everybody that tomorrow night is our next CTEats. So that'll be at King's Pizza, if you guys are available, that's always a good time to come out and see a lot of the amazing things that we're doing for workplace readiness skills and Mrs. Rinko and there's a number of amazing people that show up in the community to further the goals that we have here in the school division. So, if you can make that, it's certainly something that's worthwhile. So, thank you, Madam Chair. That's my report.

**Colleen Davis:** What time is that Dr. Boyd?

**Dr. Jesse Boyd:** That starts at 5 o'clock.

**Cathy Hoover:** Thank you, Dr. Boyd. Moving on to board comment, Mr. Bush.

**BOARD COMMENT**

**David Bush:** First of all, I'd like to thank the Sealston 5th Grade Book Buddies. That was very good and thank you, Ms. Resto, for that. I want to thank our student reps. Appreciate it. You always do a wonderful job and it's the first time I've heard from... Sorry, what was your name again? I forgot.

**Logan Samuel:** Logan.

**David Bush:** Logan. But thank you, Jake. And also, I appreciate all the work that was done in the strategic plan. It was a lot of work and it was very well done. You could tell because there wasn't a whole lot of questions and that usually says it's been very well done. So, thank you. It was. It was very good. Good presentation. I think that's about it.

**Cathy Hoover:** Thank you, Mr. Bush. Mrs. Davis.

**Colleen Davis:** Thank you. I want to give a shout out and a thank you to all the donations that we discussed today. The Spots... Was it Spotsy? I think donated the salon stations, the IECC from... Donation from Goodwill and the books from Mark Willis. Thank you to Whittney Kilgore for doing the invocation. The Big Kids Book Buddies Club that came. Mrs. Delier, you did such a great job speaking and so brave to come in front of everybody and do that. And you did it very well. You spoke very well. And then... Sorry, just we're... Oh, Logan, how was that? You did great. Very, very proud of you. Very... Coming back again and giving a message. Jake, thank you for very detailed, very good representation of King George as well. And I think that's it. Thank you. Oh no. To all our principals. You guys are amazing. And if I had a million dollars, I would share it with you. [laughter] But we're not in it for the money, you know, so we all know we're... I'm broke. I don't know if you are, but yeah, thank you for the hard work. Thank you for the presentation. Thank you for willing to come to the school board meetings with smiles on your face. It does mean a lot. We're not just saying that. We really do appreciate you guys. So just a shout out to you guys.

**Cathy Hoover:** Thank you. Mrs. Davis, Mrs. Cleveland.

**Carrie Cleveland:** Thank you, Madam Chair. I want to also say thank you to the principals. We appreciate you so much. Thank you for all you do. Your leadership is important and I think that you're doing a great job. So, keep it up. It was nice to hear from the student reps. Nice to hear from the Big Kid Buddies. The strategic plan, very informative. Thank you for all those that reported all the great progress that's being made. It's so nice to see that and I'm looking forward to our continued focus on that and continued progress there. I also want to give a shout out and say thank you to all the teachers in the King George county for taking the time to do the student... The teacher parent conferences on... Was it this past Monday? Last Monday. I was able to meet with a bunch of teachers and I know that they worked very hard meeting with parents all day long and I know that it was just so rewarding for the parents to be able to hear from the teachers. So really appreciate you taking the time to do that. Also, I noticed on the strategic update that we were conducting the online safety lessons and I didn't mention. But I wanted to mention now I think that it is so great that we're doing the online safety lessons for our students. It's so important, especially what we're seeing now online with all of the challenge that we're seeing. So, thank you for doing that, too.

**Cathy Hoover:** Thank you, Mrs. Cleveland. I wanted to first thank my board for pulling my weight since I've been gone the last few weeks. I appreciate all your efforts and time that you've spent and I apologize for not being out and about in the schools, but I'll be back. I miss seeing you all

and all the students. And also thank you to all you principals. You are amazing and your enthusiasm is obvious because the kids have the same enthusiasm. And it's already October, which is amazing. Hard to believe. I wanted to shout out to Mrs. Scott, who's in the audience, who's been faithfully coming to our meetings. Looking forward to working with you very soon on the board. Thanks for coming and listening and getting caught up in all the current things. And also thank you, Dr. Boyd, for being available at the strange hours that we're requesting the two by two meetings because we know that all of you guys spend a lot of time out, way above and beyond eight hours a day. So, thank you for that and for the board for being willing to do that and for our Board of Supervisors being willing to do that. And I think we're working very well together to try and come up with a plan. Like we're all on the same page. We know what we need and we're... Things are going well. So, I just appreciate everything that's going on that's positive. It's all good stuff and that's all. Do I have a motion?

**CLOSED MEETING**

**MOTION - Colleen Davis:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires, substitutes, resignations, retirements, and stipends, and as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All in favor?

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Collen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries. We are now in closed session.

**RETURN TO OPEN MEETING**

**MOTION - David Bush:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Colleen Davis:** Second and certify.

**Carrie Cleveland:** Certify.

**David Bush:** Certify.

**Cathy Hoover:** Certify. All in favor?

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**ACTION RESULTING FROM CLOSED MEETING**

**MOTION - David Bush:** I make a motion that we approve all of the hires, substitutes, teachers, stipends that were discussed in closed session.

**Colleen Davis:** Second.

**Cathy Hoover:** Motion made and seconded. All in favor?

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**ADJOURNMENT**

**MOTION - Colleen Davis:** I make a motion that we adjourn until the next school board meeting, which is...

**David Bush:** November 17th.

**Colleen Davis:** November 17th, 2025.

**David Bush:** Second.

**Cathy Hoover:** All in favor?

**David Bush:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye, meeting adjourned.

**COPY ATTEST**

______________________________ Cathy Hoover, Chairman

______________________________ Erin Scalph, Clerk