# EXHIBIT 12

**King George County School Board**
**Regular Meeting**
**November 17, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

**TABLE OF CONTENTS**

School Board Members Present ____ 3
Others in Attendance ____ 3
Call to Order ____ 3
Invocation ____ 3
Pledge of Allegiance/Opening ____ 3
Moment of Silence ____ 5
Public /Employee Comments ____ 5
Superintendent Comment ____ 7
Changes to the Agenda ____ 7
Presentations ____ 8
- Principal's Briefing: Attendance Initiatives ____ 8
- Math Curriculum ____ 10
- Health/Safety Advisory Committee Annual Report ____ 16

Student Representative Comment ____ 25
Consent Agenda ____ 26
- Meeting Minutes: October 6, 2025 Disciplinary Hearing 3:00 pm; October 6, 2025 Disciplinary Hearing 4:00 pm ____ 26
- Meeting Minutes: October 20, 2025 Disciplinary Hearing; October 20, 2025 Regular Meeting ____ 27
- Meeting Minutes: October 29, 2025 Special Meeting ____ 28
- Meeting Minutes: November 6, 2025 Employee Grievance Hearing; November 6, 2026 Special Meeting ____ 28
- Donations ____ 29

Action Items ____ 29
- Acceptance of Funds: Security Equipment Grant ____ 29
- Acceptance of Funds: FY26 Advancing Computer Science Education (ACSE) Grant ____ 30
- Acceptance of Funds: Early Childhood Provisionally Licensed Teacher Incentive Grant ____ 30

Discussion Items ____ 31
- School Board Self Evaluation ____ 31
- 26-27 CIP ____ 31
- Policy Manual Updates ____ 34

Information Items ____ 36
Committee Reports ____ 36
Superintendent's Report ____ 38
Board comment ____ 39
Closed Meeting ____ 41
Return to Open Meeting ____ 42
Action Resulting from Closed Meeting ____ 42
Adjournment ____ 43
Copy Attest ____ 43

**Regular Meeting Minutes**
**November 17, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

**SCHOOL BOARD MEMBERS PRESENT**

Cathy Hoover, Chairman
Colleen Davis, Vice-Chairman
David Bush
Ed Frank
Carrie Cleveland

**OTHERS IN ATTENDANCE**

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

**CALL TO ORDER**

**Cathy Hoover:** I'd like to call to order the meeting of the King George County School Board. Invocation this evening will be done by Pastor Davis.

**INVOCATION**

**Pastor Sherman Davis:** Okay. Let's pray. Our Heavenly Father, we do bow in thanksgiving. We're thankful for our School Board, we're thankful for our students. Lord, we're thankful for our teachers and those involved in, Lord, helping to train and educate our children. And Lord, most of all today, we're thankful for your person, the Lord Jesus Christ our Lord, who is willing to come and be incarnated in the body of a man, take on skin, dwell among us, and Lord, bleed and suffer and die that we might have life and have it more abundantly. We pray you'll bless us upon this meeting tonight. We pray, Heavenly Father, that it be done in a way to be pleasing to thee, Lord, in all that is said and done. May we give you all the praise and all the glory. May we be thankful in that wonderful name we pray. In Jesus' name. Amen.

**PLEDGE OF ALLEGIANCE/OPENING**

**Cathy Hoover:** Pledge of Allegiance this evening will be led by the King Georgia Middle School Leadership class.

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic

for which it stands, one nation under God, indivisible, with liberty and justice for all.

**Cathy Hoover:** A moment of silence.

**Cathy Hoover:** Thank you. Tell us about your leadership class. Please come up to the podium.

**Student 1:** In our middle school leadership class, we work to make our school a more positive, connected place. One of the things we do is film the daily announcements so everyone starts the day informed and energized.

**Student 2:** We also help plan our school spirit weeks. We had a fantastic red ribbon themed spirit week, and we are now planning a purple out to honor the memory of a King George High School science teacher we lost to pancreatic cancer.

**Student 3:** Our class creates and hangs posters around the school, including anti bullying posters, and other reminders, that support a positive school culture. We give tours to new students so they feel welcomed the moment they arrive.

**Student 4:** We complete projects about leaders from around the world, choosing people who inspire us, or who share our personality and leadership styles.

**Student 2:** We also run locker storms where we place positive notes in students' lockers so they have something encouraging to start their day.

**Student 5:** Right now, we are running a Winter Wonderland hallway contest, to bring some fun and creativity into our building.

**Student 6:** We help with school wide events, like supporting the sixth-grade dance, and food drive. We made the decoration and advertisements, and we make cards for staff, birthday cards, and sympathy cards, and little, "We appreciate you, " notes to show we care and see the hard work everyone is putting in.

**Student 7:** Our class also creates and updates the school bulletin board. Currently, it's a, "take what you need board, " filled with uplifting quotes, doodles, and dad jokes.

**Student 8:** And finally, we will be selling candy grams in December to help spread kindness and a little sweetness throughout the school.

**Cathy Hoover:** Thank you so much. I know our Board members have some questions.

**David Bush:** Yeah. I usually ask what the funnest time was, but I'm going to change it a little bit this time. Ten years from now, when you think back about middle school, and you think about this club and this organization you're part of, what will you remember the most?

**Student 1:** Something I would probably remember the most is making people happy. I like being an example and leading others, and being in a leadership role where people can look up to me.

**Student 6:** I think my favorite thing is when we go up to read our slides, and we're making the announcements, and somebody messes up on a word, and we just start laughing because we can't speak. And everybody's just laughing.

**Student 2:** I think I'll remember how much fun I have in the classes with... We had a Halloween party which was so much fun. And just like she said, making people happy just makes me happy.

**Student 7:** I will miss and remember my leadership students that are in leadership with me, and all my teachers and friends.

**Student 3:** I think I'll miss making new friends in this class, and having these friends throughout high school.

**Student 5:** My favorite part that I'll miss is the friendships that I've gained from the class, and how much fun we have.

**Student 4:** My favorite part that I'll miss is all the friendship and fun we have in uplifting everybody.

**Student 8:** My favorite thing that I'll miss is being a part of announcements every morning.

**Cathy Hoover:** Awesome.

**MOMENT OF SILENCE**

**PUBLIC /EMPLOYEE COMMENTS**

**Cathy Hoover:** If you would like to speak during public comment but have not yet signed up, please see the clerk now. Public comment is an opportunity for community members to share matters they believe deserve the Board's attention. It is a time for one-way communication to the Board, not a forum for dialogue or debate. All speakers are treated equally, and comments should be courteous, respectful, and related to the school division, services, or policies. Audience members are expected to maintain proper decorum. Speakers will be recognized by the Chair and asked to state their name, their connection to the school division, and their magisterial district. Each speaker has up to 3 minutes to comment. Our first speaker this evening is Sherman Davis.

**Pastor Sherman Davis:** That's because I signed in first. I am Pastor Davis, and I'm here to read to you from the scriptures. These scriptures I read tonight are not very happy verses, but they're out of the word of God. And the Lord never said anything to save face. It's just truth. And so, we're going to read it to you. Romans 1, "For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men who hold the truth in unrighteousness. Because that which may be known of God is manifest in them, for God hath showed it unto them. Because that when they knew God, they glorified him not as God, neither were thankful, but became vain in their imaginations and their foolish heart was darkened. Professing themselves to be wise, they became fools." This is where we are in our day. The Scripture says, "And changed the glory of the uncorruptible God into an image made like unto corruptible man. Wherefore God gave them up to uncleanliness through the lust of their own hearts to dishonor their own bodies between themselves, who changed the truth of God into a lie and worshiped and served the creature more than the Creator. For this cause, God gave them up to vile affections, for even their women did change the natural use unto that which cannot... Against nature. And likewise, also the men, leaving the natural use of the woman, burned in their lust, one towards another; Men with men, working that which is unseemly, receiving in themselves that recompense of their error which was meet. And even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient; being filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity, whisperers, backbiters, haters of God, disrespectful, proud boasters, inventors of evil

things, disobedient to parents, without natural affections, without understanding, covenant breakers, implacable, unmerciful: who knowing the judgment of God, that they which commit such things are worthy of death, not only do the same, but have pleasure in them that do them." I just want to encourage the Board tonight that right is still right. We are a lover of souls. And protecting our children is the most important thing. And God bless you.

**Cathy Hoover:** Thank you. Next, we have Scott Near.

**Scott Neer:** Hello. My name is Scott Near. I'm in the James Madison...Monroe, excuse me, district. I've been a citizen of king George for 24 years. Put a couple kids through the elementary, middle school and high schools here. I am speaking today in, I guess, protest against the encroachment of the SGA into the middle school level. I have a child that is gay, and went through high school here. Had no issues in middle school or high school. I believe that in high school, there's time for understanding who you are, where you're growing into, and accepting who you are at that point. I don't believe the middle school is at that level of development for the children, to make that determination. I think pushing an organization or a meeting group like this, is just a continued submission of political agenda and ideas into our school systems. We've seen it across the nation, and I think it's creating a bad issue in the schools. And I hope that you will see it the way I see it. I am against the SGA going into middle school or lower, as I am against any sexually explicit material in the school's libraries as well. That's all I have now. Appreciate it. Thank you.

**Cathy Hoover:** Thank you. Next is Carrie Gonzalez.

**Carrie Gonzalez:** Good evening. My name is Carrie Gonzalez. I'm a resident of the Dahlgren District and I have children at Potomac elementary and King George Middle. America's academic prowess and progress began to stall in 2013, and has since regressed to a level not seen in 25 years. A whopping 40% of American fourth graders are below basic reading level. In 2024, the average ACT score was 19.4 on a scale of 1 to 36, which is the lowest has been since the test was redesigned in 1990. The top tenth of students are doing well, but the bottom tenth are hitting lows in math and reading, not seen since 1971 and 1978 respectively. Many of you know me as a big advocate for school funding, which it will of course always be important. However, it's not likely that school funding levels are the primary factor responsible, especially considering how Biden's $190 billion American Rescue Plan was largely spent on HVAC systems and electric buses, not academics. While that is likely indicative of a lack of school funding overall, academic performance is still a concern. The rise of smartphones and phone-based childhoods are also likely contributing factors. But there is growing evidence that our American schools, in general, are suffering from a low expectations theory, whereby schools expect less from students, and students deliver less as a result. President Bush's 2002, "No Child Left behind act, " was a step in the right direction and resulted in performance improvement at the bottom, but used as a punitive approach that did not help underperforming schools. When it was clear that schools were going to miss target by 2014, the Obama administration issued waivers to the states in 2012, and Congress passed the, "Every Child Succeeds act, " in 2015. This was intended to give responsibility for academic performance back to the states. Yet, states have failed to live up to these ambitions. If the bar for grading and graduating was constant, we would expect to see both declining grades and declining graduation rates. However, graduation rates have, in fact, increased as grades have dropped. As it turns out, a few southern states are on the right track, Mississippi and Louisiana, being two examples of success, despite low per pupil expenditures. Mississippi enacted a law requiring third graders to pass a literacy test before being promoted to fourth grade, and are among other states that are leaning back into phonics-based reading instruction. With the recent implementation of the Virginia Literacy Act, Virginia has also taken a small step in the right direction. But it will be years before the impacts of this are realized. The

economic expense of a poorly educated population is immense. Recent studies showed that today's student will earn 7.7% less over their lifetimes, than those who benefited from educational periods of peak performance. This translates to a GDP 6% lower for the remainder of the century, than if scores had remained level. I believe there are many factors at play in today's classroom, and there are many ways to tackle them. I know you are all dedicated to the success of our students, so I look forward to future meetings and future conversations on the matter. Thank you.

**Cathy Hoover:** Thank you. Brian Ingram is next.

**Brian Ingram:** Good evening, my name is Brian Ingram. I live in the Shiloh district. Thank you all for being here today. I'm here to advocate against the GSA clubs in the middle schools. We can argue the merits on whether or not GSA should be in schools, but I think at such a young age trying to indoctrinate them in these things... And those aren't just necessarily my words. I had to research what GSA is so I looked up advocating handbooks, and all this stuff, and by their own definitions, it says that they evolved from being more than just safe spaces but become vehicles for students to be trained on how to become deep social change within the racial and gender and educational justice of our community. Last time I checked, when I was in sixth, seventh and eighth grade, I'm just trying to learn how to get to my classes on time, let alone trying to figure out exactly what kind of social justice change, or gender or racial divides that need to be addressed. And within their own advisor handbook, they talk about things of how it's to advocate against schools to prison systems, trying to educate the school systems with their surveillance and all this other stuff is... And zero tolerance policies are actually oppression against them. The fact that we teach biology on the fact that there's male and female give some weird construct. These are all things that we can argue on the merits on whether or not they should even be in high school, but I think, really, in the really underdeveloped minds of the... And I don't mean to belittle the middle school... But we're still developing those minds, and they're still in the very infancies of trying to figure out their individual identity and so on, that I highly encourage and hope that the School Board actually keeps it out of the middle school at this time. So, thank you very much for your time. Oh, look at that. I had a minute left.

**Cathy Hoover:** Thank you. That is all the public comment we have. Does anybody have anything to read from any of their constituents? Okay. Moving along. Dr. Boyd, comment?

**<u>SUPERINTENDENT COMMENT</u>**

**Dr. Jesse Boyd:** Yes, Madam Chair. Thank you so much. Thank you, Pastor Davis, Mr. Near, Ms. Gonzalez, Mr. Ingram. We certainly appreciate you coming out tonight. I've noticed in the last few weeks, we've had a lot of folks talking about a lot of different topics, and it certainly means a lot. I don't want to speak on behalf of the Board, but I can tell you we've had a lot of conversations about how much it means to us that our community is engaged in public education in King George County. So, we certainly appreciate you being here, and being involved in the process. I think a better school division and a better community is created by an open dialogue. So, thank you so much for being here. And I'll turn it back over to the Chair. Thank you.

**<u>CHANGES TO THE AGENDA</u>**

**Cathy Hoover:** Dr. Boyd, do we have any changes to the agenda this evening?

**Dr. Jesse Boyd:** No.

**Cathy Hoover:** Seeing none, we can move right along to our presentations. Back to you, Dr. Boyd.

## PRESENTATIONS

### Principal's Briefing: Attendance Initiatives

**Dr. Jesse Boyd:** Yes, Madam Chair. We have our quarterly principals briefing at the request of the School Board. Tonight, we have our high school, middle school, and elementary school principals. And the topic for this evening will be attendance initiatives. So, they'd like to fill you in on the work that they've been doing to encourage attendance at their schools. So, with that said, I'll turn it over to Dr. Burns.

**Dr. Travis Burns:** All right. I'll try to be as brief as possible. Thank you so much to the Board and Dr. Boyd. So, we're here to talk about chronic absenteeism. But for me, I like to connect the dots. And for me, principals have the responsibility of building culture and leading the learning. And some years ago, the National Association for Secondary School Principals did a study, and that study was on why kids come to school. And the number one reason kids come to school, 85% of students that completed this particular survey, shared that they come to school for the socialization. They come to school for the socialization. So, socialization has to be good for all kids to get them to come to school. And so, in terms of connecting the dots, my focus as principal is, first and foremost, school climate. School climate is all about how you feel, from the moment you walk in the building, to the moment you leave the building. And if you feel good, then you're more inclined to come to school. And that includes our employees as well. So, you're more inclined to come to school. So, for me, that begins with honoring teacher voice, and honoring student voice. Giving students an input... Or giving students and staff input into the day to day operations of the school. I have a leadership team. I solicit input from them on things we can do better. We have students that we solicit input from. We also have a newly formed Student Council Association that we will be soliciting input from. And that input certainly has to translate into impact. When people feel like they have input, they feel like it's a good place to come. They feel like it's a good place to work. They feel like it's a good place to come to school. So, I can go into detail about specific things we do with respect to bullying prevention. But for me, it's all about being visible, being engaged, and giving people input on how we operate King George High School. And that goes for families as well. So, thank you to our families that spoke up this evening about things that are near and dear to them. So that's all I have.

**Dr. Jesse Boyd:** Thank you, Dr. Burns.

**Dr. Travis Burns:** Thank you.

**Dr. Jesse Boyd:** Dr. Nice. Sorry.

**Dr. Casey Nice:** Good evening, everybody. So, when we talk about attendance at King George Middle School, anyone who comes into the middle school knows that we talk about our RAPP expectations pretty much daily. And RAPP stands for Respectful, Accountable, Productive and Present. To be honest, a lot of times we focus more on the first three letters. Respectful, Accountable, Productive, but this year we're trying to put more of a focus on Present. So, what we're doing is we're working on a report that we can pull to do some weekly competitions between first period classes, see who has the best attendance on first period. We'll reward students by classroom when we get that up and going. So that's something we're looking into. For November, we started a monthly challenge. Any student who has perfect attendance in the month of

November, will be entered into a raffle where I buy them and three of their closest friends, lunch. And I'm going to do that for one student per grade level. And I think students are liking that. Leadership's kind of helping me put that together, so I appreciate that, ladies. We're also doing rewards for students. Last... I guess it was Friday... Again, leadership helped me out... We went around to homerooms. If students were there, they got a little prize, they got a Jolly Rancher, a Dum Dum, a Tootsie Roll just for being there. And I told them it pays to be in school. And we're going to continue to do that, randomly hit different first period classrooms randomly, so students never know when it's going to come. So, we're encouraging them to be there to get whatever reward we have for them.

Additionally, for rewards, our school social worker, Betsy Dzula, who is amazing by the way, she meets weekly with students who are in danger of being chronically absent. And for those students who have had excellent attendance for the past week, she gives them some type of reward, and that goes really well. We're also working on promoting and highlighting students with excellent attendance. We're talking about an attendance wall where we put names or pictures up so we recognize those students. And we're also going to work with leadership to do some interviews with those students and say, Hey, what are you doing to be in school every day? So other students might pick up some tips from students. And September was attendance awareness month. So, in our weekly newsletter to families, we put some information about the importance of regular attendance in there, and gave some tips to parents to help get their students to school.

Tier II PBIS, we're identifying and supporting students who are in danger of being chronically absent by giving them mentors, and providing some structure for them to learn how to come to school more regularly. So that's something else we're doing. Every quarter, we have quarterly awards days. In addition to recognizing students for grades, and behavior, and things like that, we also recognize students for perfect attendance. Again, we put them in a prize wheel if you have perfect attendance for that quarter. And they can win different prizes for that. That's something we've been doing for the past several years. And then finally, we also collaborate with our school attendance coordinator, Jeff Smith, also amazing. He helps us with our student and family outreach and education. He meets individually with students on Fridays when he's at school, talks to them about their attendance, encourages them to come, finds out what obstacles may be there, and tries to help identify how to overcome those obstacles. He also sends attendance letters. And then finally, Mr. Smith, Mrs. Dzula, and I, in the '23-'24 school year, started lunch groups for students who were in danger, or had a history of being chronically absent. Every Friday, we meet with them, have lunch with them, track their attendance, talk to them about why it's important to be in school, and just kind of build that community in school that Dr. Burns was talking about. So, they have somebody they look forward to seeing every day. And we've seen great success, especially with our sixth-grade cohort in '23-'24 that are current eighth graders. That's our biggest lunch group, and they really look forward to coming every Friday. So those are just some of the things we are doing at King George Middle School to help with our chronic absenteeism problem. Thanks.

**Laurie Wages:** Hi, everybody. They always pick me to speak. I don't know why? Because I love to talk. Anyways, thanks for having us tonight. We decided again just to do all elementary schools together. We pretty much do very similar things, although a little different. So, all of us have an attendance team that meets weekly with Mr. Smith, our social workers, our counselors. Sometimes the nurse is involved, and all the admin is always involved. And we go through and look at a spreadsheet that we keep track of students and absences that have more than... I think we do... Five, three, something like that. And we can just continually update that spreadsheet and add students to it so we know who we need to check in with. So, our Tier One... Again, these are for all of our schools, but we do brag tags, weekly monitoring, and Letters to Families, PBIS

initiatives, pep rallies, High Five Fridays and Magical Mondays, Roy the Attendasaurus, and SOAR parties. We roar at Sealston, and we soar over at Potomac and King George elementary for our positive behavior intervention systems, which also includes attendance those. With our Tier Two and Three, we have individualized incentive plans based on those spreadsheets, and what happens with the attendance team. We do home visits, our social worker and Mr. Smith usually. Breakfast clubs are also happening. I know Dr. Nice said they do a Friday lunch group, but we moved to breakfast this year with most of ours. Did you guys move to breakfast? Lunch, too? So those are with our students that really, they need to connect with. So, we do that. And then, of course, collaborating with Mr. Smith for that family outreach and education. So, we do send letters when needed, or reach out to families, home visits, things like that. But really, we're just trying to get them excited, build relationships, really, why you want to come to school every day. That's what those parties are for. And that was from attendance week in September, which I'm going to try... We're trying to move it throughout the whole year, just to really excite them about attendance. So yeah. Thank you.

**Cathy Hoover:** Thank you so much. Thank you to everybody, Dr. Nice, Dr. Burns, and you three ladies for that presentation. It's encouraging to see that we're making an attempt to cure this problem. Now we would... I'm sorry. Does anybody have any questions for any of the presenters? Do you. All right. Go ahead. Okay, never mind.

**Colleen Davis:** Something to do with Breakfast Club... Why can't we talk? Breakfast Club was mentioned, and it made me think of the food funding. I had an email with Ms. Anita Davis, who handles all that stuff, and there is actually a fund out right now that was started through the op shop, where they would donate funds to help pay for the students who couldn't afford school lunch, because we're going to feed them anyways. But the balance of that is astronomical. It's very, very high right now. So, if you guys, any churches, anybody that would like to donate to a certain student or school, you guys can do that by just either talking with Anita Davis, and we can give you that information, and it's online as well, or you can go to the school and drop a check off and they'll deliver that to her to help with that.

**Dr. Jesse Boyd:** Thank you, Ms. Davis.

**Ed Frank:** Dr. Boyd.

**Dr. Jesse Boyd:** Yes, sir.

**Ed Frank:** Do we still have funds for All In? Are we still using All In?

**Dr. Jesse Boyd:** We're on our last year of All In funds.

**Ed Frank:** Is it still active?

**Dr. Jesse Boyd:** Yes. Ms. Fisher... We're still within our last year of All In funds. It's still active this year. This school year will be the end of those funds available to us.

**Ed Frank:** Okay. Did we get any type of data back on how that worked? Okay. All right.

**<u>Math Curriculum</u>**

**Dr. Jesse Boyd:** Okay. Next up. All right. So as Board members know, we do have a new math curriculum this year. There's been some questions about the implementation, and really what that

new math curriculum looks like. So tonight, we have Ms. Harris.... Okay, we got everybody. Everybody coming up? Okay. All right. You guys, come on up. And we've got about 14 slides that we'll share with you about raising the bar in mathematics. The ladies have done a wonderful job in putting this presentation together. And I'll turn it over to you guys.

**Carin DeClute:** All right. Good evening. We're so appreciative of our opportunity to talk about the exciting things that are happening in math instruction. I'm Carin DeClute, the division elementary math specialist.

**Elizabeth Campus:** And I'm Lizzy Campus, the secondary division math specialist.

**Carin DeClute:** Yeah. So, every day is a great day to talk about math. We wanted to provide you with a simple overview of what has been happening across the Commonwealth, as far as math instruction goes, over the last couple of years. So, I put together a timeline. Our new 2023 Math Standards of Learning were approved on August 31, 2023, which was after our school year had started, with our full implementation of instruction and testing of those standards happening in school year '24-'25, which was just last year. In March of last year, the Virginia Board of Education approved new curriculum. And then shortly after, we tested the new standards. Fortunately for us, because of our wonderful School Board, and in conjunction with receiving some funds from the Board of Supervisors, we were able to purchase a new aligned curriculum to be implemented this school year. Yeah. Oh, and I'm sorry, Ms. Campus just reminded me, we did have some new information come out earlier this fall. The Virginia Board of Education has approved new SOL cut scores for implementation in the "26-'27 school year.

**Elizabeth Campus:** All right. So along with those standards, we have a lot of things that the Virginia Department of Education is trying to achieve with those standards. At the forefront of that is our increased rigor and depth of the standards. And we'll show you some examples of that. But as the state says, they're designed to be best in class, benchmarked across all the national standards like NAEP. But one of the biggest things that comes along with those shift in expectations, is embedding the five process goals: Reasoning, Communication, Problem solving, Connections, and Representations. And this is really our non-negotiable foundation of our instruction. We want to make sure that students aren't just learning math, but we're really developing, utilizing these processes, as we're providing instruction. It's not simply what is the answer anymore, but can you reason and communicate how you're thinking and what's going on? In addition to that, we strengthened our content connections. So, in all of our instructional guides, there is alignment with cross curricular standards, Computer science, science, history, where applicable. And we want to make sure the last thing that was added in as a big focus this year, is data literacy. Every grade level from K to Algebra 2, has a data literacy standard. Because any newspaper, social media, anything has data graphs, things that people need to be able to interpret as we're out in the real world.

**Carin DeClute:** So, to provide a little context of what this difference means for our students, we've provided a couple of examples of questions from the 2016 standards, as compared to the 2023 questions, just for grades five and eight, to keep this brief. So, for grade five, in 2016, we had the expectation that students would add and subtract fractions. And this is a sample question that a student would have seen in 2016. You can see, it does provide a context that is real world. There is one fraction and one mixed number, and the student is provided with a list of choices from which to choose. So, if you go on to the next slide, this is the same standard... Or a very similar standard. However, you can see that there is a difference in the rigor of the question. Now, there's more text on the page. There are now three mixed numbers, each with a different denominator, with a question to be answered, still adding. However, now instead of selecting an answer, we're typing

in an answer. So, you can see that this really does require more critical thinking of the student. And that is the biggest change, is that we are trying to get students to understand how to use math skills in context, because that is what will make them mathematicians for life.

**Elizabeth Campus:** Looking at another example from grade 8, in the 2016 standards 8.4, we were solving practical problems with consumer applications, which is very, very broad. But one of those essential knowledge and skills, which is extremely applicable in the real world, is to compute sales tax or tip, and the resulting total. The hardest part about this standard for kids was just reading the question and making sure they answered whether they were getting the tax or the total, because they always gave them both answer choices in the problem. But looking at the 2023 version of this same standard, we're now estimating and applying proportional reasoning and computational procedures to solve the problems. So, we're not just saying what is the tax or the total, but we are asking kids to estimate and solve. So, this is still a multiple-choice question that students have. This is released by the VDOE, but it is no longer just what is the total. First of all, it's what is not, which is always tricky. But you'll notice that the numbers in the problems aren't even the same numbers that are in the question stem, because they're asked to estimate, and then figure out which of those works to calculate the tax and the tip. This requires a lot of thought and a lot of work from our teachers and our students to be able to master these standards.

**Carin DeClute:** So, whenever we're faced with change, we always want to look at, how does this change benefit our students. And so, when we really break down these standards, we can see that instruction of this nature builds critical thinking and real-world problem skills. It strengthens conceptual understanding. So instead of being answer getters, we can understand the process and understand how to apply these principles in real life. And it prepares students for college careers, and of most importance, their lives.

**Elizabeth Campus:** So as Carin said earlier, in March of this year, the VDOE approved new curriculum, and we were very thankful to be able to adopt. There are still many divisions that are working on old curriculum, so thank you again for that ability. We did have committees that were put together, of teachers, and adopted new curriculum from kindergarten through grade eight. We adopted Savvas enVision, and we have McGraw Hill for algebra one, geometry, and algebra two. Both of those were aligned and approved by the state, and as you may have heard, are more rigorous than what we previously had. But as you can see, our standards show that we need a more rigorous curriculum. And I appreciate Ms. Gonzalez's comments about when we lower the bar, students lower themselves to those expectations. So, we are raising the bar and raising those expectations for our students. But really, truly what we're getting at is that these curriculums come with these contextual problems so that we are focused on real world application for our students. We want them to have deep understanding and really be able to work through that strategic thinking that they need.

**Carin DeClute:** So, alongside the reality of new standards that are raising the bar for our students, there is also end of year testing that we want students to feel prepared for, and to feel confident going into. So as part of an endeavor to raise the bar on mathematics instruction in the state, the Virginia Board of Ed has also decided to raise the cut scores. So current... As of last spring, any student that scored a 400 or better on a spring SOL, was deemed as proficient. With the raising of the cut scores, this will no longer be the case. It's not to be implemented this year, this is year zero. But we will be receiving additional information about when... How that will look for our students from year to year, because it will be implemented on a schedule. But in order to give some context for this, we went ahead and looked at just available data, and tried to wrap our minds around what would this look like for our students? What would this mean for our families? It's important to understand that state SOL scores are not a traditional percentage score, like we

give in classrooms, but they are based on scaled scores. And that's because we have computer adaptive testing, where depending on how a student answers one question, the computer decides which question to present the student with next. Is it a lower level question, is it a medium level question, or is it a higher order question? So please keep that in mind as we're looking at these numbers. So, these numbers we pulled for illustration only, just using random available data. So, for the current cut score for a fifth-grade student of 400, that would have looked like approximately a 42.9% of questions answered correctly on the sample that we pulled. For the new cut score, it would be a 445, which would mean a 60%. And so, we can see, just based on that data that we've used to illustrate, that there is room to raise the bar. And then for our eighth-grade students at a 400, they would have answered approximately 43.2% of the questions correctly. And moving to a 430, that would be 55.5% correct. And again, this is not... We can't compare students' apples to apples with computer adaptive testing, because every student's testing experience is different. But it does mean that our students will need to answer five or six more questions correctly in order to be deemed proficient.

So, part of that, the reason for this is that the Commonwealth wants to provide honest information to families. They are calling this an honesty gap. And so, in light of the direction that Virginia Department of Ed is giving us as educators, we are also trying to make sure that any assessments that we give at the school level and the division level, are aligned to the 2023 math standards, so that any feedback and information that we're providing to families, is giving them an accurate picture of their students journey toward mastery of the standards.

**Elizabeth Campus:** So, in addition to all of these changes, our biggest responsibility is to support the teachers so that they can then in turn support our students. So, during teacher work week this year, all of our teachers, from k through Algebra 2, received training on their new curriculum. And then we have ongoing processes in every building, where teacher teams have developed the pacing guides that they're following. We worked to select aligned assessments, and we're continually working to adjust and refine both of those things, especially after the implementation of something new, you give it a go exactly the way it's designed, and work out the kinks and where we're having difficulties. So, we have definitely made adjustments and refined what we're doing already.

**Carin DeClute:** And the support needs to continue because we're still in our implementation year. We're providing ongoing coaching and professional learning to our teachers, with a focus on using the curriculum with confidence. And at the same time, scaffolding our instruction to meet the learning needs of all students. At this time, we are utilizing our PLC times at the secondary level, and our focus times at the elementary level, to provide teams with more personalized support, in addition to other meetings that we are having with teacher leaders to refine our practice.

**Elizabeth Campus:** Another thing that we're working with the VDOE on, they have released a draft form of a walkthrough protocol. So, this just gives us some criteria to look for. And we recently used this, myself and Dr. Nice, and our consultant that we've had come in a few times to observe instruction. And the great thing about this tool is that it's not just dinging teachers for things going wrong, or whatever. We really are looking at what's going on in the classroom as a whole, both what the students are doing and the teachers are doing, and celebrating strengths, first of all. Because there are so many good things happening in our classrooms. And on top of that, offering meaningful feedback. So, the state, in addition to giving us these higher expectations, is supporting us in helping our teachers to grow in all of our implementation.

**Carin DeClute:** We always want to reorient ourselves continuously to our commitment to our students and our families. And that is to remain focused on what really matters for them, which is

that all learners are provided with math instruction that's relevant to their needs, and that allows them to see themselves as people who are capable of using math in their everyday lives so that they can live fulfilling lives full of choice.

**Cathy Hoover:** Thank you. Does anybody from the Board have any questions?

**David Bush:** Yeah.

**Cathy Hoover:** Go ahead.

**David Bush:** I have just one. How often do you meet with the math teachers throughout the division, and especially new information? You may have already said it, forgive me if you have. But how often do you meet with them?

**Carin DeClute:** So, it's different depending on the level of the teachers. At the elementary level, I travel to the different schools and participate in focus meetings as often as possible, come alongside teachers during their instruction and during their planning. I find that by being out in the buildings, teachers feel very comfortable when they see me, telling me things, they'll say, Oh, by the way... Oh, I wasn't going to bother you about this, but now that I see you... So, I try to be out and about to gather that information in real time. In addition to that, at the elementary level, we have teacher leaders, like our grade level chairs, come out once a quarter. And then we... Because we worked on pacing over the summer before we had taught the new curriculum. So now that we're in the new curriculum, we come back together for those bigger half day meetings, and we review the pacing for the coming quarter. We look at each of the assessments, and go through them, Okay, what do we think now? Are we still okay with this? Do we need to change the formatting? Do we need to reduce the number of questions? How are we thinking about this? So, it's a very collaborative effort. And so that those bigger meetings happen once a quarter. But then again, our elementary teachers are on a schedule of like every eight days, each grade level meets. So, there are opportunities. There is only one of me and three different teams. So, I try to spread myself out to meet with them as much as possible.

**Elizabeth Campus:** At the middle school, I meet with each grade level once a week. So, Monday, Tuesday, Wednesday, Thursday I'm meeting at the middle school. And Friday, I meet with the Algebra one teams at the high school. And then our geometry and algebra two teams are on a bi-weekly basis.

**David Bush:** What's the progress been so far? Does it look good? I mean, what... I know it's hard to say right at the beginning. Can you sense a direction?

**Carin DeClute:** I would say that our elementary teachers, about half of them teach all the subjects. And so, the transition to a new curriculum was challenging in the beginning, keeping track of everything. I have seen though... I'm committed to collaborative decision making. And so, this is the program that the elementary teachers wanted, the majority of the votes went toward. So, they were really giving it their best try. And I know that first topic, they were like, Wow, this is so different and so rigorous compared to what we had before. Now what I'm hearing is, Wow, the kids are really picking this up. They're able to do things now that they, in previous years, wouldn't have been doing at this time of the year. So, it is rigorous. One teacher commented to me today that he was seeing how the curriculum was spiraling back to revisit some concepts that were more difficult, and that he was feeling more comfortable that students that didn't understand it the first time it was presented, we're getting another opportunity to learn that content. So, we do still have work to do. I would say, we wouldn't be doing our best at it if we all thought it was going a 100%,

Oh, this is easy. I would say, we're probably not recognizing some of the opportunities we have. But I do think that overall, it has been positive. And I believe, especially in light of the direction that the state is going with raising the bar on achievement for our students, that we are better positioned than we have ever been to meet that challenge.

**Elizabeth Campus:** I would agree with what Carin said. The first topic was rough; getting students and teachers used to navigating all the different pieces, and just the rigor, and all the things. But we've come a long way. So, we've seen, definitely, assessment scores go up. We've seen benchmark scores go up from last year to this year. Things are moving in the right direction, and we are definitely in a really good place moving forward.

**David Bush:** Do you see... My last question. Sorry. Last question. My fault.

**Cathy Hoover:** Yes. All right. Go ahead. We have one more.

**David Bush:** Do you see this positively affecting... I assume you do... The pre-calculus, and those sorts of things in the advanced levels? You won't tell right away, obviously, but possibly in other areas that have used this, I assume there will be this increase in attendance in those advanced math classes later on.

**Elizabeth Campus:** Yeah. And not only that, in the increased rigor of our curriculum, but we are advancing more students than ever into our accelerated curriculum process. So, we definitely are seeing success with that, and we're going to give them a better foundation so that they can more successful in those classes.

**David Bush:** Excellent. Good. Thank you.

**Cathy Hoover:** Thank you. Mrs. Cleveland, you have a question?

**Carrie Cleveland:** Thank you. And thank you for coming and going through this with us. I know that change is hard and I appreciate your leadership. And I know the change is hard for the teachers to learn that new curriculum and for the students. In terms of... And actually, Ms. Gonzalez was talking about this... In terms of us being behind, and the need to move the bar up. In your opinion, how many years do you think it's going to take of this new curriculum, to us to actually see that change?

**Elizabeth Campus:** That's a great question.

**Carin DeClute:** That is a really difficult question. I know coming out of COVID, we thought we'd be done with that, with the learning loss that we felt we were experiencing, much faster than we would... Than we have. I am excited that... Being an elementary person at heart, and being an early childhood person first, that I firmly believe that when we lay the foundation in K1 and 2, that that is something that benefits a child for the rest of their lives. My hope is that it won't take for our K1 and 2 students to get to the high school to see these gains. I think the true testament will be how well we continue to support teachers through implementation so that they can feel confident, they can grow their own professionalism, and stay here in King George county to continue to have our students continue to benefit from the time that we as a division have invested.

**Elizabeth Campus:** I don't know how long we can say is going to take, like, long term impact. But I think we'll see impact...

**Carin DeClute:** Sooner rather than later.

**Elizabeth Campus:** Sooner rather than later, yeah. I mean, I imagine we'll see impact this year. We will definitely be able to tell this year, because we had the same test last year to this year with different curriculum, but we're just going to keep supporting our teachers. And again, if we can get them to stay and keep going with what they're doing, we'll see it sooner than later.

**Carin DeClute:** Right. Because as I tell teachers, as I go into classrooms with them, and work alongside them, is it's not the curriculum that teaches the students, it's the teachers. And the curriculum is just a tool for them. So yes, just supporting them in all the finer points of the curriculum, the reasons why things are presented the way they are, and having them understand that this is a collaborative relationship between us and them, and that we're there to support them, I think goes a long way to helping with that.

**Carrie Cleveland:** Yeah. And I also wanted to say that I have been receiving better feedback. I think that it is going better. So, I'm happy to be able to report that to you guys. And I also wanted... And I forgot my question. Oh. Because last time you guys were here, I was just saying, I don't want to lose sight of those kids that are falling behind. And maybe that cutoff of the extra tutoring needs to be looked at, just while we are transitioning, because we don't want even more kids to fall behind as we're moving forward.

**Carin DeClute:** Right, right.

**Elizabeth Campus:** I'll say, at the middle school, one of the biggest things we did was really just slow ourselves down and make sure that that intervention is happening alongside what we're doing. So, of course, we definitely have tutoring opportunities. We can't tutor every kid after school. We don't have transportation for every kid after school. But as much as we can, we're supporting those kids after school. And we're also trying to build in that time during the day, especially at the middle school, during IE, and they have IE times at the elementary schools as well. So, we're making sure that we're filling those gaps along the way, and really slowing down to make sure that we are hitting that.

**Carin DeClute:** Right. And on the elementary side, we invite as many students as we're able to, according to our staffing.

**Cathy Hoover:** Anyone else? Thank you very much.

**David Bush:** Well done.

**Dr. Jesse Boyd:** Yes, absolutely.

**David Bush:** Very, very well done. Thank you.

**Health/Safety Advisory Committee Annual Report**

**Cathy Hoover:** Next, we have our Health and Safety Advisory Committee annual report.

**Mary Fisher:** Thank you. And good evening, members of Board, Dr. Boyd. I appreciate the opportunity to present tonight our annual update for the Health and Safety Advisory Committee. I'm Mary Fisher, the Supervisor of Student and Family Services, and this is our lead nurse, Sarah Lenker, who will also be... Just very quick... Also, be providing part of the presentation. Go ahead.

So, the Health and Safety Advisory committee brings together a wide variety of staff as well as community members, law enforcement, fire and safety, healthcare providers in the community, et cetera, to give an overall view of the climate and safety policies in our school. It also incorporates several subcommittees that are connected to the day-to-day work done in our schools. And so, we'll touch on each of those tonight as well. The topics you'll find are very broad and interconnecting. I'll speak first to the mental health and wellness components and then Sarah will address the physical health and wellness, and school clinics. And then we'll wrap up with some recommendations.

So, although this committee operates independently and represents many different areas of expertise, as I said, the day-to-day work at the school level is really done by our social workers, counselors, and nurses, to support our students and families. As the principal stated earlier, during the attendance initiatives, students' basic needs have to be met before they can ever reach a level of learning, that includes safety and security, and feeling like they belong, Maslow's Hierarchy of needs, if you're familiar. So, these teams are the first point of contact for many non-academic things. Schools are for learning, but they also have to meet these needs as well. And so, these are just a list of some of the things that our counselors, social workers, and nurses do, non-academic related, that support our students every day. You will... I'm sorry, could you back up one? You will notice throughout the presentation, I'm not going to go into great detail on a lot of the items, but there are some live links actually included in the presentation that you can click through to learn more. We did include a lot of information on the slides just for background for our community members and Board members who might not be familiar with the programs, but we'll just hit on some of the highlights for tonight. Thank you.

So, our school counselors are, obviously, tasked with providing the VDOE counseling standards of learning, and a comprehensive school counseling program, to help develop their academic success, college and career readiness, and social emotional development. Currently, we have a high school counseling director and middle school counseling director who are both on 12-month contracts, and none of our elementary school counselors... All 10-month contracts. So that is a large gap that we have for resources in the summertime for our students and families. However, we have made quite a bit of improvement over the last few years in getting our ratios of counselors to students down. We're very close to the Virginia code required ratio of 1 to 325 students. We meet that currently with our staff in place. However, one of those staff members is not licensed, and so I don't believe it technically counts, but we're right there. The Virginia code... Or I'm sorry, the ASCA national model recommends a ratio of 1 to 250 school counselors for student support. So, our school social workers, we have five of them. They address more intensive social emotional learning needs of our students, or needs that might interfere with learning. They're also one of the primary sources of assistance for our students with chronic absenteeism, and other barriers that are impacting them coming to school. All five of our social workers are on 10-month contracts, which again, means that there is no support during the summer. I also want to point out the second bullet on that slide, that all... Four of our five social workers have recently earned their LCSWs, and our fifth is almost finished with her requirements. This requires several years of work beyond their masters, including 3,000 hours of supervised clinical observation, and an extensive licensing exam. So that is really to be applauded. Their level, the expertise, is phenomenal. And to have, soon, all five of our social workers have that credential is impressive. Currently, our ratio, as I said, we have one social worker at every school. I've listed the schools out there to show you what those student populations are approximately, which equates to a division wide ratio of one social worker for every 900 students, which is far above the recommended ratio of 1 to 250.

So, Project KIND is our division wide character education program, which I think you all are familiar with. And while it works in conjunction with our counselors and social workers, it is a

separate... It is purposefully a separate program, because character education and kindness really need to be embedded in the content areas across all curriculums, classrooms, environments, et cetera. We use Character Strong as our platform for providing those lessons. And every school has an ambassador that helps coordinate at the school level. They're part of the division level team that works to develop the schedules and the activities that are going to be done. And then the ambassadors are teachers and other staff members in the school that are the liaison of sorts, coordinating those efforts. I am excited to share with you that we will be the host of the regional Character Strong conference this coming January that's being held at the Dahlgren campus of Mary Washington. So, we're excited to be part of that. Project KIND at the elementary schools, so we're in year three of Project KIND in general. At the elementary schools, they have all implemented weekly lesson plans in all classrooms for a total of 36 lessons over the course of the school year, as well as several different school wide activities, clubs, and other support programs. They've also this year... I believe last year, actually... Moved to Tier 2 implementation which implemented includes small group and other interventions for more intensive needs. And then at the secondary schools, I called it year 1-2.0. We had to take a step back this year and realign and recommit those priorities at the middle school and high school. And I do want to thank Dr. Nice and Dr. Burns, if they're still here, for that recommitment and their staffs to really addressing this and getting those programs in place. This year at the middle school, they've done 12 lessons per grade to date, and we'll have 25 lessons by the end of the school year in each of those grade levels. And have some Project KIND challenges, as well as are in the process of working on a Kindness Crew club of sorts at the middle school level. And then at the high school, there... And those lessons are taught during IE. At the high school, the lessons are taught during PASS. Dr. Burns redid his schedule being a new administrator this year, and learning about the program in order to get those lessons in. I think today was the fourth lesson, and they have scheduled to do 10 by the end of the school year with the goal of providing all 25 lessons next school year. They've also established a Kindness Crew student organization that has led a bullying prevention Spirit Week, I believe that was last week, and are working towards a Kindness Closet which I actually want to talk a little bit more about.

You may be familiar with... Hopefully, you're familiar with FoxSmart that is at the VO Tech center currently. That was started under the same idea that Kindness Closet is looking at, back in like 2018-ish. Annie Cupka, Chris Buck and myself met to talk about what our students and families need, and clothing, and school supplies, hygiene items, those basic needs. And we were looking at providing a centralized location where families and students could come and access those things. Spotsylvania has one called the Treasure Chest. James Monroe, Fredericksburg City, theirs is called, I think, maybe, Hope House. Stafford, we just saw the Scout bus came to us last week. They also have a similar program. And so that was our Hope with King Georgia foundation and Fox Smart. For various reasons, it's staffed completely by volunteers. They focused more on the school supply side of it and teacher support, so that teachers certainly in need aren't spending their own money to access these materials. But that still leaves a gap for clothing, laundry detergent, body wash, soap, shampoo, these sorts of things that our students and families need every day. And without it, it's a barrier to coming to school. I just met with Jonelle Davis, the ambassador for Project Kindness this morning, and she was sharing with me their thoughts on the Kindness Closet, which we had anticipated could be housed at the VO Tech Center. So, I say this specifically tonight because I just learned today that the VO Tech center is scheduled for demolition. And so, I ask that that be planned for and considered, as the Board moves forward with planning for whatever replacement that might look like in the future. There's a lot of programs supported by the VO Tech center or the VO Tech Building that I hope are continue to be supported, whatever that looks like in the future.

So social workers and counselors in collaboration with Project KIND to help lead lots of initiatives.

World Day of Bullying Prevention... I believe you all receive blue shirts this year, I hope. National Red Ribbon Week, which is substance abuse prevention, et cetera. Lots of things going on. They also provide student lessons and professional development on a variety of topics: suicide, self-harm, threat assessment, child abuse, neglect and reporting. All those sorts of things, and continue to do initiatives in the spring. A big project we have going on right now is literally dozens of holiday programs that support hundreds of students and families, including the NJRTC Angel Tree Project which is led by Major Grant Callahan. Cops and Kids, Shop with the Sheriff, and other community programs that YMCA and the Sheriff's office coordinate. However, it is our school counselors and social workers who do all the legwork behind the scenes. They identify all the families, collect all the information, gather the wish lists, the preferences, the clothing sizes, and put all of that together, not only for our in-school programs like the ROTC, Angel Tree, but also our community programs for the YMCA and the Sheriff's Office etc. So, they do all of that to support those programs. And I think it's important to acknowledge that because it's not typically seen.

Go ahead. And then finally, the Health and Safety Advisory Committee also is a part of the division level Threat assessment Team, which is tasked with overseeing the division wide response for threat assessment. Every school also has a school level threat assessment team that responds to those actual threats at the school level. And by threat, that is a threat to self, such as suicidal ideation, or a threat to others, and does not only include students but we have a legal responsibility to respond to any threat within the school, parent, staff member, outside person that may not be connected at all to the school. But if the threat involves the school, then the threat assessment teams are tasked with supporting and responding to those efforts. So that's all I have for the mental health side of health and safety advisory. And now Sarah is going to talk to you about the health side.

**Sarah Lenker:** Good evening. As Ms. Fisher said, my name is Sarah Lenker, and I have the privilege of being the lead nurse for our amazing team of healthcare professionals. And I'm excited to give you an overview of our clinics, review our school data, and then talk about some projects we are working on that we're really excited about and hope you all will be excited about as well. So, for our day-to-day clinic operations, our nurses are handling illnesses, injuries, dispensing medications, treating students who have chronic health conditions that require, sometimes, hourly management and treatment while they are in school. We also are responsible for the student’s health files, which include the physicians from their physicals from their physicians, making sure they have the immunizations that are required by the code of Virginia in order for them to attend school, or the necessary exemptions to those immunizations. We conduct hearing and vision screenings for all kindergarteners, third graders, seventh graders, tenth graders and transfer students, which as you know, is a large number of students that we're screening for vision and hearing, and catching deficits on students each year, and then referring them out to a healthcare provider to get the evaluation and treatment that they need. And we also provide training for our staff members.

So, for our day-to-day clinic operations... If you don't mind going to the next slide, Amanda. Thank you. Oh yes. Is that... Can you hear me better? Yes. So, for our day-to-day clinic operations, as I said, I'm the lead nurse. I'm an 11-month contract. We have one nurse at each of our five schools. Three of those RNs have their Bachelor's of Science in Nursing, one is nationally certified, and those are all 10-month contracts, so when the students are in the building. And then we have two full time clinic assistants. One of them rotates between our three elementary schools, and the other one rotates between the middle school and high school. On the right, you have our data from last school year. Our five clinics saw a total... Or had a total of 52,801 clinic visits. So about 68% of those were for illnesses and injuries to students. The medication dispensing accounted

for almost 24% of those visits. And then our students who have type 1 diabetes, accounted for the other 7.7% of the clinic visits.

The column on the left has some of our most common chronic health conditions that the nurses are managing while the students are in school each day. So, you can see we have 313 students throughout the division with asthma, 127 who have been diagnosed with a life-threatening allergic reaction and could require treatment at a moment's notice, 49 with seizures, and then 13 with diabetes, and a handful of others that we've just highlighted up there. The graph is showing that over the past several school years, we have had a steady increase in the number of students we are seeing who are requiring assessment and treatment by our nurses each day while they are in the school building. The red tab is our diabetic visits, the yellow are medication administrations, and then all visits combined which are including the illness and injury visits are the blue ones. We certainly have had an increase in students who have chronic health conditions in our division, compared to '22-'23. We have triple the number of students who have insulin pumps that are requiring frequent management by the nurses. We have double the number of students who have continuous glucose monitors that let us adjust their insulin dosage as needed, catch their blood sugar before it drops to a dangerously low level, and requires the activation of EMS or emergency medications to be administered. We have more students who have asthma, seizures, and anaphylaxis life threatening allergic reactions, than we did two years ago as well.

So, for our current status, we just reviewed over all of our nurses, work 10 months and I work 11 months. Based on the data that you have presented and just, quite honestly, the day-to-day of the clinic, we really need additional staffing to make sure we can provide quality health care to our students. So, when we have a student who's coming in, we don't want them waiting in a line of 10 other students to see the nurse and missing out on vital class time, or even worse, to be having a medical emergency and to not be able to get that timely care that they need. So, we are very fortunate and thankful for the two clinic assistants we have. But based on the volumes of our clinics and how many chronic health conditions students in our division have that require constant monitoring from our nurses, we really need additional clinic assistance in order to make sure that we can safely provide that care, and that we can support our students in missing as little class time as possible. So, we're proposing an incremental increase in the clinic assistant position next school year. Ideally, we would like to have three clinic assistants, and then the school year after that, four clinic assistants. We're also requesting to consider increasing the nurse’s contracts from 10 months to 10-and-a-half months. Over the summer is where all of our work gets done in making sure that students have what they need health wise, in order to be able to start school. So, all of our incoming kindergartners and all of our transfer students, making sure we're reviewing those medical records. Inevitably, sometimes a large percentage of them don't quite have what they need when they initially submit their documentation. So, having the resources to reach out to their families, giving them enough notice to get their appointments scheduled, to get updated physicals, to get their immunization, so they're in requirement with the code of Virginia and are prepared to start on the first day and we're not having to delay student starts. And then lastly, we would like to do a review of our nurse salary scale and make sure that we're competitive with other divisions in the region so that we can retain the amazing nurses we have who already know and are familiar with our students, and be able to have that continuity of care.

Now onto some of the slides I'm most excited about are some of the projects that we've been working on. So, Project Adam is a nationwide initiative to try and help, not just schools, but communities become better prepared to respond if there is a sudden cardiac arrest. Each year in the United states, there are 350,000 people who go into sudden cardiac arrest, and 318,000 of them die. When someone goes into sudden cardiac arrest, there's a 60% chance that there's no one nearby who is going to intervene or knows how to do CPR. So, they're waiting for EMS to

arrive. And every minute that someone goes by in cardiac arrest and does not have CPR done, their chance of surviving decreases 10%. So, the more people we have who are prepared and trained in how to do CPR and how to use AEDs, the better chance of survival we're going to give our staff member, our student, our community member who might be in one of our schools. So, I'm really excited that we are partnering with Project Adam to work on getting each of our schools designated as a Heart Safe School. One of the many items that needs to be completed in order for our schools to earn that designation, is for at least 10% of the staff in each school to be officially CPR certified. So, we do the Hands Only CPR, and AED training with all staff at the beginning of the school year. But this is a specific several hour course from the American Heart Association, or American Red Cross, that teaches the full CPR choking AED. So, we are currently working toward getting 10% of each school certified. We've held five CPR classes this fall, and have two additional ones scheduled when we get back after the holiday break. And then we'll start doing our emergency cardiac drills in the spring, once we have our teams formulated and together because it's wonderful if you're trained in CPR, but we need to know how we're all going to work together as a cohesive team in order to give that potential victim the best chance of survival. So, you'll see on the chart, King George Middle School is already at 10% of their staff certified, which is amazing. And they're actually over that. So, we're super thankful for how eager they are to embrace this new project. And then we have just a few staff at each of the other schools who need to get certified and we'll be at our 10% threshold for each school and can move on to conducting the drills

Along those same lines of being prepared for cardiac arrest, we are partnering with Gwyneth's Gift, which is a nonprofit foundation based out of Fredericksburg, in order to... Their goal is to build communities that are prepared to potentially save the life of someone who's suffering from cardiac arrest. And they will provide training to large groups of people, including students. So, they already have multiple other school divisions that they partner with, and they go in and provide hands only CPR and AED training to those students so that they can also be prepared to respond if there is an emergency either... Anywhere they are. It could be in the community, it could be while they're on vacation, it could be at the grocery store. They actually have three students that they train from a school in Northern Virginia in CPR, and they performed CPR on their scout leader and saved his life. And they were seventh graders. So that's pretty amazing to say you saved a life as a seventh grader, because you were trained and knew that how do to do CPR. So, we're working with Dr. Nice and going to start a pilot program with our seventh graders, and train them in hands only CPR and AED use during their PE class. And then, depending on how that program goes, are hoping to expand it to other grades in middle school and high school and repeat the training on an annual basis. We all know if we're only taught to do something once, it's going to be hard to remember how to do that in general, much less if you're in a stressful emergency situation. So, our goal is really to have it as an ongoing basis so that these students are confident in how to do CPR and use an AED should they need to do so.

And then lastly, we have been working diligently on getting our staff trained in the use of naloxone. So, if a person in our building has an opioid overdose, we have naloxone, which can treat that overdose. We are partnering with the Rappahannock Area Community Service Board to provide trainings. All of our staff who are on our cardiac emergency response teams and taking the CPR class, are receiving the training for how to use naloxone. We also did a training at the middle school and trained their staff members. And I've trained a total of 106 staff members this fall, and then are working on scheduling a refresher training for the high school staff next spring. They were all initially trained a few years ago, but with staff turnover and just the need to refresh your skills, we are going to do additional training with them in the spring as well. And then we also have several groups at the high school, such as ROTC and the Nurse Aides, where students are also trained in how to administer Narcan.

And then, this is a summary of several things we talked about. We have our AEDs throughout the division, and our actual looking at partnering with Gwyneth's Gift Foundation. One of the other things they do is help schools get grants to get more AEDs. So, while we are blessed to have several AEDs in each school as part of Project Adam, we've done time trials to see if we can get to the AED, get back to the victim, apply the AED and defibrillate them within three minutes. And while we can, there are some schools that are cutting it close to that three-minute mark. And the sooner we can get the AED there, the better chance of survival that victim has. So, we're working with Gwyneth's Gift to see if we can obtain some grants to get additional AEDs and have them distributed throughout our schools as well. We will also do retraining for the Evacuation Stair Chair. We started that last year with King George Fire and Rescue. And then we'll continue stocking our emergency medications and naloxone in our clinics. I'm going to turn it back over to Ms. Fisher.

**Mary Fisher:** I just wanted to mention a couple more subcommittees that are included under the umbrella of Health and Safety Advisory. That includes our Division Wellness Committee, which is led by Anita Davis, our supervisor of school nutrition, as well as the student athlete handbook subcommittee, which is, in partnership with myself and Sarah, as well as the high school athletic trainer and the middle school and high school athletic director. Go to the next one. Specific to athletics, we do a lot of work with them, including all of the concussion, return to play, cardiac arrest procedures, which were under their biennial review last year, and then the heat and weather-related procedures. We have had heat and weather-related procedures in place under this committee for several years now, and proactively, had purchased wet bulb thermometers for the middle school and high school athletic departments in order to determine the temperature and following the heat guidelines from VHSL that actually became law this past July. And so fortunately, we already have that in place. In addition, this year, we as a committee, and Mr. Frank, our Board representative, proposed purchasing color coded flags to align to our six-tiered heat restrictions provided by the guidelines. And we have purchased those and they are ready to be placed come spring when spring sports start. So that will indicate to the athletic trainers and the coaches what the heat restrictions are at that time, based on the guidelines provided to us by the state.

And then finally, the Title IV Grant Subcommittee also falls under the Health and Safety Advisory Committee. This is really our primary source of funding for safe and healthy students. The last couple years, we have been fortunate to have some COVID related funds like ESSER and Workforce Healthcare grant. Those funds are gone. And really, the only ongoing federal fund we have is Title IV, which has supported a lot of the initiatives along the way that we discussed tonight. But they are limited. They're certainly not sustainable long term in providing for all of these programs. And so, a summary of the needs and recommendations from the Health and Safety Advisory Committee in support of these programs and staff. These are all bulleted specifically, and gathered throughout the presentation. But in general, we really need to look at extending contracts for some of our staff members in order to provide summer services. Our students do attend summer school. Our families and students still have needs during the summer that will impact them when school begins again in August. And we simply don't have staff coverage in the summer. As an example, in the last two years, we've spent in excess of $50,000 in payroll for staff members doing work outside of their contract hours. And only $13,000 of that is local funds. And there are no more grant funds to support those. In addition, we need to increase retention of staff by, as Sarah said, ensuring the salary scales are competitive. As an example, nurses and teachers have the same work calendar and hours. Several of our nurses also have bachelor's degrees which is required for teachers, yet they are not on the same salary scale. Nurses on average, make between $1,500 and $2,000 less per year per step, than our teachers do with the same

education, the same bachelor's degree. In addition, as I mentioned, four of our five social workers have earned their LCSWs, which actually would allow them to open their own practice and treat and diagnose patients, clients privately. But they continue to work in our school schools, yet they're not eligible for national board, the $2,000 stipend that teachers who are nationally board certified receive. So that would be a recommendation to ensure those types of incentives are consistent for various staff categories, as well as extending those contracts during the year.

And then finally, the very last bullet here. If you recall, over the summer, General assembly passed legislation to allow schools to contract with third party vendors to provide teletherapy during the school day. That's not something that we have implemented yet, but we've done a lot of research on, and VDOE has actually begun extending statewide contracts to. They're doing the vetting of these programs. And so, we would like to consider contracting with one of these programs, such as Hazel Health, that would provide access to mental health services for all students virtually through teletherapy vendors. And that is all we have for you tonight. If you have any questions.

**Cathy Hoover:** Mr. Bush?

**David Bush:** Yeah, a couple. Ms. Fisher, you had mentioned something about need more counselors. Obviously, I heard that from more nurses, more counselors, I guess, CNAS. You said in elementary was a big concern, I guess. And you're talking about counselors. You referring to an additional counselor in every elementary, or just one more for all the elementary? What...

**Mary Fisher:** Sure. Well, I would love more counselors, but specifically, our elementary school counselors are all on 10-month contracts. They come the same day as teachers, leave the same day as teachers, which leaves the summer completely void of any resource connection to the schools. Our social workers are also 10-month contract. And so, there's simply nothing in the summer for our families, outside of myself and Sarah... Sarah who's only on an 11-month contract. So, extending those contracts to include some summer assistance, is what we're looking at. Particularly at the elementary school level, we also don't have a director, like, no one to actually coordinate the elementary schools. And it would be a... Our proposal would be a combination of an extended contract to 12 months for an elementary school counselor, who would also become the director per se of...

**David Bush:** Okay.

**Mary Fisher:** Does that make sense?

**Cathy Hoover:** Yeah. It does. I have a couple more. You want others before I do the other? You want me to do all of mine? Okay. This is for Ms. Lenker. Just a couple. First of all, thank you so much for the whole CPR thing. Three weeks ago, I had a teammate of mine that had a massive heart attack, and there were two high schoolers there and they didn't know how to do CPR and he died. We don't know if he'd live or not, even if they knew CPR, but I just commend you, boy, just... The more we can do with teaching our students, especially CPR, especially the upperclassmen, the better. But I had a couple of questions. You had said that you want some more clinical assistants, and I wasn't sure you were talking about actual nurses, or CNAs, or what?

**Sarah Lenker:** So, clinic assistants, we have one registered nurse in each school. And then our two clinic assistant positions, they can be either a certified nursing assistant, also known as a CNA, an LPN, or an RN. But they do not have to be a nurse for the clinic assistant position. But that second healthcare provider trained person who is able to also assist the nurse in dispensing

medications, treating students, etc.

**David Bush:** You're talking about any of those levels. You just need one or more of those.

**Sarah Lenker:** Yes, sir.

**David Bush:** Okay. Thank you. That was it.

**Cathy Hoover:** Mrs. Cleveland.

**Carrie Cleveland:** Yes. Thank you for this. Appreciate it. I remember last year when you made the annual presentation, I was floored by the number of clinical visits, the percentage from the '22-'23 to... The '22 to '23, to the next year. And on slide 13... I don't know if you can pull slide 13 up. It looks like... And I know that you were saying that it was increasing a lot with the diabetes and the medication deliveries, but it actually looks like it's not increasing as much overall from last year.

**Sarah Lenker:** So, the... Correct. The percentage of increase from '22 to '23 was not as much as '23 to '24. In '23 to '24, we had 47,162 visits. And then this past year, we had 52,801.

**Carrie Cleveland:** So that's good, right?

**Sarah Lenker:** That is good, yes.

**Carrie Cleveland:** So, I mean... And I'm just curious. Because I remember we talking about this last year, and you were saying, the mental health is a big concern. So, are we to assume that this is a positive trend then, since we're not seeing an increase as much?

**Sarah Lenker:** So, yes. We certainly wouldn't want it to increase as much as it did from '22-'23 to '23-'24, but I think we are still certainly seeing a large percentage of students who are having mental health issues, a percentage of them undiagnosed. They're coming to the clinic just complaining that they have a stomachache. But the nurse is seeing them repeatedly, or they have acid reflux, or they have chronic headaches. And the nurse has to have the time and resources to be able to have a conversation and do a detailed assessment with them to see, okay, is this a medical issue, or is this something that we need to pull in our counseling or social work partners, and really get them that mental health help if it truly is mental health versus a medical condition. But it's hard to have the time to do that when you're one nurse in a clinic, and you have 10 children who are waiting to be seen, and you're thinking the longer they wait, the more class time they miss. And I don't... The nurses really, they want to provide excellent care, and it's hard to provide that excellent care. I'm sure any of the principals can probably speak to when they walk in the clinics and they are just overloaded with students. And I meant to say this before, but we would welcome the opportunity for you all to come spend a full day or a half day in the clinic. Because I love data. I can stand up here and give you as many numbers as you want, but I really think it's... If you could see the flow, and how busy that clinic is, and what is on that nurse's shoulders, in order to make sure she's not missing something and we're not providing suboptimal care to a student. I really think that would do a lot more than anything I can stand up here and tell you.

**Carrie Cleveland:** Yeah, I'm sure. I agree. I know that it's a challenge. I just wanted to point that out, because it makes me a little bit happier to see that it wasn't as much increasing. So, thank you.

**Sarah Lenker:** You're welcome.

**Cathy Hoover:** I don't think I want to walk past the clinic full of germs, but thanks. I'm just kidding. I'm just kidding. I might do that, actually.

**Sarah Lenker:** Yes. We would love it. We would.

**Cathy Hoover:** That's a great idea. Any more questions from the Board?

**Ed Frank:** No. I'd like to thank you guys for this presentation, it was really good. And I know that you need more counselors, you need more nurses, and I wish that we could give them all to you. You need another Jeff Smith. You need four attendants. Neil and I wish we could do all of that for you. I still think we need mental health specialists. One at every elementary school, and a behavior specialist at every elementary school. But this is all things that we have to get money from the county for. And if we could do it, I'm sure we would do all of that. I just wish we could.

**Cathy Hoover:** Thank you so much for your... That's a wealth of information. We appreciate you.

**STUDENT REPRESENTATIVE COMMENT**

**Cathy Hoover:** We have a new student representative today. Cooper, I apologize, I didn't get your last name. If you could please introduce us to you, and let us know what's going at the middle school. And welcome.

**Cooper Searles:** Well, hi. My name is Cooper Searles. And I'm the middle school representative today, and probably next week too, or whenever the next meeting is. So, I would like to talk about the recent play that happened on the 11th through the 14th. Students spent countless after school hours, working and practicing on sets and scenes of the play. There were also many visitors. I don't know if you've heard of these before, but DECA visited. The DECA Club visited, the high school one. There will be a... Students were given... Our librarians also went to a librarian convention and won a virtual author visit with Ruta Sepetys and Steve Scheinken on December 10. Students in the TAG English classes 6 through 8 are given the opportunity to attend. And our Beta Club... The Beta Club convention, we qualified in all three competitions. And that's pretty much all that's happened that's of importance.

**Cathy Hoover:** Thank you. Up next is Brooke from high school.

**Brooke Hayden:** Hello, my name is Brooke Hayden and I'm the high school student representative. Thank you again for giving us this opportunity. First off, SOL testing will be taking place December 2 through the 19, covering all subjects including makeups, project graduate, and retakes. Our science department is hosting a Red Cross blood drive on Tuesday the 20th... Thursday the 20th, I'm sorry. Recently at the high school, an interview process for a full ride scholarship happened over the course of the last two weeks. Over 60 participants interviewed, and this year's Jefferson Scholarship nominee is Olivia Wilkerson, and me for the Walentas, which is a first-generation scholarship. We will be representing the high school. These are full ride opportunities at the University of Virginia. Seth Parker earned first place in the Central Area Tractor Operators Contest, which qualified him for the state competition in the spring representing the high school's FFA. Our DECA program had an outstanding performance at the district competition last Thursday, taking place at the Mall. We've had 21 students moving on to the State Leadership Conference in February, and 4 students that earned the first-place title. Cheerleading also had an impressive season. The varsity cheer team placed sixth in the state at the VHSL

championship, being only the third team in school history to qualify. Members of the Chick-Fil-A Leadership Academy will be visiting all elementary schools tomorrow to hand out books and promote leadership and positive role modeling to the second and third grade classes, I believe. And then four students from the high school's athletic department signed to continue their sports journeys last week to college. And finally, Thanksgiving break is next week. And I know students are so excited to have a break. Thank you.

**Cathy Hoover:** Thank you, Brooke. Thank both of you students for your willingness to come and share what's going on at your schools. And it's not an easy task to sit and talk in front of people. So, thank you both very much.

**Colleen Davis:** Brooke, did you say you won a scholarship?

**Brooke Hayden:** Yeah. The high school nominates two students. One, for the First-Generation scholarship to UVA, and then another just pretty much like an outstanding student. And yeah, me and my best friend got nominated to represent the high school for the UVA's full ride scholarships this year.

**Colleen Davis:** And so, you still have to go another step, though, before you can win it, I guess?

**Brooke Hayden:** Yeah. There are interviewing processes, but my sister got the same scholarship.

**Colleen Davis:** It's called First-Generation?

**Brooke Hayden:** No, it's called... The one that I received or got nominated for is the Walentas Scholarship. But it's the exact same thing as the Jefferson, just for first-generation college students.

**Colleen Davis:** Good job.

**Brooke Hayden:** Thank you.

**Colleen Davis:** Congratulations.

**CONSENT AGENDA**

**Meeting Minutes: October 6, 2025 Disciplinary Hearing 3:00 pm; October 6, 2025 Disciplinary Hearing 4:00 pm**

**Cathy Hoover:** Thank you. Now we're going to move on to the consent agenda. First up, is meeting minutes from October 6 and from an October 6 disciplinary hearing.

**Dr. Jesse Boyd:** Madam Chair, I have a list of members who were present, if that would be helpful?

**Cathy Hoover:** Oh, thank you. Yes.

**Dr. Jesse Boyd:** So, for the first set of meeting minutes, October 6, we have Mr. Frank, Ms. Davis, and Ms. Cleveland. I think we wanted to make motions relevant to those that were present. So, for the first meeting, it's Mr. Frank, Ms. Davis, and Ms. Cleveland. Yes, both of those meetings. You can approve both of those at the same time.

**MOTION - Colleen Davis:** I make a motion to approve the meeting minutes for October 6, for the disciplinary hearing, and for October 6, the second disciplinary hearing, as presented.

**Ed Frank:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**Meeting Minutes: October 20, 2025 Disciplinary Hearing; October 20, 2025 Regular Meeting**

**Cathy Hoover:** Next, we have October 20. Was there anyone not present at that meeting?

**Dr. Jesse Boyd:** Yes. For that meeting, Madam Chair, we had Ms. Hoover, Ms. Davis, Mr. Bush, and Ms. Cleveland.

**Cathy Hoover:** Okay.

**Carrie Cleveland:** I have a question about this one. I didn't see the meeting minutes posted in the agenda. Do you see them?

**Cathy Hoover:** Oh.

**Dr. Jesse Boyd:** So, we need to put the regular in there? So, we'll slide those to the 8th.

**Cathy Hoover:** We can make a motion for the disciplinary hearing. Yeah.

**Cathy Hoover:** Anyone?

**MOTION - David Bush:** I make a motion that we accept the disciplinary hearing minutes for October 20.

**Colleen Davis:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Meeting Minutes: October 29, 2025 Special Meeting**

**Cathy Hoover:** Then we had a special meeting on the 29th, and I believe that was Mr. Frank, Ms. Davis and myself. Is that correct?

**Dr. Jesse Boyd:** And Ms. Cleveland.

**Cathy Hoover:** And Ms. Cleveland.

**Carrie Cleveland:** I was virtual, right?

**Cathy Hoover:** Oh, that's right.

**Dr. Jesse Boyd:** Virtual. Yeah.

**MOTION - Colleen Davis:** I make a motion to pass the October 29th Special Meeting as presented.

**Ed Frank:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Meeting Minutes: November 6, 2025 Employee Grievance Hearing; November 6, 2026 Special Meeting**

**Cathy Hoover:** The November 6 meetings were the ones that was just Mr. Frank, Ms. Davis and I, correct?

**Dr. Jesse Boyd:** Yes.

**Cathy Hoover:** Okay. I can't keep track. Thank you.

**MOTION - Ed Frank:** I make a motion that we approve the November 6, Employee Grievance Hearing and Special Meeting, as presented.

**Colleen Davis:** Second.

**Ed Frank:** November 6.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. Next, we have donations. Dr. Boyd.

**Donations**

**Dr. Jesse Boyd:** Yes, Madam Chair. We do have four donations from October and November. Our third elementary school, Sealston Elementary School, received the William M. Cage Library Trust in the amount of $500. Virginia Star provided King George High School $1,500 for CTE supplies, equipment, and coordinator related expenses. Ainsley's Angels provided $500 to both Potomac Elementary School and Sealston Elementary School for materials. I would ask for approval of those four donations, Madam Chair.

**Cathy Hoover:** Can I have a motion to approve?

**MOTION - Colleen Davis:** I make a motion to approve the donations, as presented.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. Moving along to our action items.

**ACTION ITEMS**

**Acceptance of Funds: Security Equipment Grant**

**Dr. Jesse Boyd:** Yes, Madam Chair. We have three opportunities this evening, almost... Well, all very similar. They are the acceptance of funds for grants awarded to King George County Schools. First, we have grants awarded to us from the Security Equipment Grant. The Virginia Department of Education has reallocated additional funds from the 2024 School Security Grant. King George

County Schools has been awarded a total of $44,256. This will be used, I believe, primarily for cameras at King George High School. There is a local match for this grant acceptance of $11,064, which is budgeted for already. We have that covered. So, I would ask this evening for a motion to accept $44,256 for the school security grant.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we accept the $44,256 from the security equipment grant.

**Colleen Davis:** Second.

**Cathy Hoover:** Motion's been seconded. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Acceptance of Funds: FY26 Advancing Computer Science Education (ACSE) Grant**

**Dr. Jesse Boyd:** Madam Chair, the next fund acceptance is FY26, the Advancing Computer Science Education, ACSE grant. This year, King George County Schools from the Virginia Department of Education has been awarded $74,558.45 from the Virginia Department of Education. This will be used for curriculum integration, and for professional development services for our teachers. I would ask this evening that the Board make a motion to accept $74,558.45 for the Advancing Computer Science Education grant.

**MOTION - David Bush:** I make a motion that we approve the ACSE grant in the amount of $74,558.45.

**Carrie Cleveland:** Second.

**Cathy Hoover:** Motion was made and properly seconded. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Acceptance of Funds: Early Childhood Provisionally Licensed Teacher Incentive Grant**

**Dr. Jesse Boyd:** And finally, Madam Chair, I would accept... Or I would ask that we accept a grant

award to King George County Schools for the Early Childhood Provisionally License Teacher grant. This again, is from the Department of Education, Virginia Department of Education. And the amount is $1,577.20. And this is for Early Childhood Provisionally Licensed Teacher Incentive Program. So, it is my recommendation to approve a motion to accept $1,577.20 from the Early Childhood Provisionally Licensed Teacher Incentive Program.

**MOTION - Colleen Davis:** I make a motion to approve the grant provided from the Commonwealth of Virginia in the amount of $1,577.20.

**David Bush:** Second.

**Cathy Hoover:** Motions made and properly seconded. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**DISCUSSION ITEMS**

**School Board Self Evaluation**

**Cathy Hoover:** Okay. Now, moving along to discussion items, I have forwarded each of the Board members, our School Board self-evaluation, which I ask you to look at and evaluate each member, and we'll discuss it at next month meeting in closed session. Right? Closed session?

**Dr. Jesse Boyd:** We have a choice to do it in an open or closed session.

**Cathy Hoover:** We'll discuss it in open session, then.

**David Bush:** Either one.

**Cathy Hoover:** Okay. We will talk about it as a Board, and then we will decide what we're going to do. Thank you. Next, Dr. Boyd, we have CIP discussion.

**26-27 CIP**

**Dr. Jesse Boyd:** Yes, Madam Chair. So, this is an annual occurrence. Annually, we receive notice from King George County government to solicit our projects which are greater than $50,000, and that we see in the next five years will be a large major capital expenses from the school division. If you open that, you'll see a summary page at the beginning. On the left-hand side, you'll see a column which lists the projects going into this year, which will be due to the county this Friday, after Board approval, hopefully this evening, is a total of 22 projects that we see within the next five years or so, that are listed with a certain priority range. So, there's three priorities: We list them as Urgent, which means we need to do them now, relatively soon; Necessary, would fall right behind urgent, meaning that we'll need to do this within probably a two to three-year life...

Within the next two to three years; And then finally, there is a future category, which for us means within about the four to five-year range. If you track those projects across, you'll see what we believe our estimated costs are for those particular projects. Again, these are estimates at this point. They could vary. And then you'll see the year in which we propose those projects being completed. Some of those projects have continuing costs, which we also list in multiple years. So, what I would ask for this evening, obviously, is any questions that I could answer, but also approval of our CIP so that we can deliver it to the county this Friday. So, I would ask for a motion for approval of the CIP.

**Colleen Davis:** I have a question for you, Dr. Boyd. What's the school...? I have two... The school bus refresh?

**Dr. Jesse Boyd:** School bus refresh, is what we do... This is an annual cost. Every year, depending on the amount of money that the county can provide to us, we purchase about two, three, four new buses. And what we do is we take our oldest buses and retire them from the fleet. So, these are either the buses with the greatest number of years, greatest number of mileage, or buses that we've had mechanical issues with. Usually what we're looking at, are buses that last us for about 20 years, and then we end up retiring those buses, trying to trade those buses in before we recharge our fleet on the front end.

**Colleen Davis:** I gotcha. I looked at it wrong. For some reason, I thought I was looking at year '26-'27 as the $3 million, but that was the total of every year.

**Dr. Jesse Boyd:** Oh, correct.

**Colleen Davis:** I'm aware of that. Sorry. I thought this was like a one-time thing that was like... Okay. And then the other thing was the bleachers. Did we receive funding already for that? Or was that just talked about?

**Dr. Jesse Boyd:** No. actually, there was... At one point in time, there was talk about bleachers at our football field. This project actually is the bleachers in our gymnasium. So, we have been in contact with the company that provided the bleachers for our gymnasium. We've had them do a lot of repairs on those over the years. They've given us an estimated number of years that they'll last beyond the fixes that we've been able to make. And they're letting us know that they're about at end of life.

**Colleen Davis:** Okay.

**David Bush:** Dr. Boyd, I have a question. And I think I know what the answer is. In the track resurfacing for the middle school track resurface, I noticed there's two columns there. The total... Well, it's only one column. I'm sorry. I thought we did some of that in the past. When was the last time that was resurfaced? That was a discussion, I know, that we had a couple years ago. It just wasn't done?

**Dr. Jesse Boyd:** Not while anyone... Well, maybe discussion, but not while any of us have been on the Board. So, it's been, I want to say, maybe a decade that they put that track in. it was originally, I think, an asphalt track, and then we've coated it with a rubber surface. We are getting very close to the end of the rubber's lifetime. If you look at the track, there are some areas that are bald, that are blacker than the blue track is right now. So, we've begun to get estimates on what that is going to cost moving forward.

**David Bush:** I knew we discussed it, and so this is the discussion that's being done now. And how often did you say that was? Every 4 to 5 years?

**Dr. Jesse Boyd:** No, it's about 10 years.

**David Bush:** No, no. I'm talking about how often should it be done?

**Dr. Jesse Boyd:** About 10 years.

**David Bush:** Okay.

**Dr. Jesse Boyd:** Yeah. The resurfacing of the track. Yeah, about 10 years.

**David Bush:** Right. That's all.

**Cathy Hoover:** Any other questions about this?

**David Bush:** I make a motion that... Unless was there another one?

**Cathy Hoover:** No, go ahead.

**MOTION - David Bush:** I make a motion that we accept the CIP plan for now and in the future, as presented.

**Ed Frank:** Second.

**Cathy Hoover:** I was going to ask if there was discussion, but we've already had that. Do we need to say the dollar amount for that, David?

**David Bush:** I don't think we need to state the amount because it's an approximation.

**Dr. Jesse Boyd:** No, we do not have to state the amount for this.

**David Bush:** Yeah. If it was an exact figure, we'd have to state the amount.

**Dr. Jesse Boyd:** And really, this is just to move this document forward to the county. I want to make sure the Board, the School Board is comfortable with this document being moved forward to the county.

**Cathy Hoover:** Okay. Did anyone second that?

**David Bush:** Yes.

**Ed Frank:** Yes.

**David Bush:** I made the motion, Ed seconded.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries. And then we have our policy manual updates.

**Policy Manual Updates**

**Dr. Jesse Boyd:** Yes, Madam Chair. So, this evening, we do have five policy updates, and one regulation, that I'm proposing. Three of these policy updates, we are required to look at for an annual review. So, when you open them, you'll notice there's no changes to the verbiage, because we're just responsible for taking a look at them and reviewing them annually. So, Madam Chair, would you like me to go through those relatively quickly, and then parse out the other ones? Or would you... We've done this a few different ways. I can go through all of them.

**Cathy Hoover:** I think the Board has... If everyone on the Board has reviewed them and are comfortable, we can probably just make a motion to approve them all at the same time. Unless anybody wants Dr. Boyd to present them separately?

**Colleen Davis:** Some, he'll have to present separately, right? Because they're not all lumped together. Or how do we...

**Dr. Jesse Boyd:** How about if I go through the three annual ones quickly? Okay. All right. So, the first one is BDD. BDD is electronic participation in meetings from remote locations. Again, nothing has changed here. This is just an annual certification that we approve electronic participation in our meetings. And we have done that in the past, and many of us have used those services. So, I guess, I'll ask... Well, let me just do all three of these, and then we'll ask for one motion that'll make it easier. BDDL, is electronic participation in committee meetings from remote locations. So again, very similar to the first one, but this has to do with committee meetings, and allowing participants of our committee meetings to participate virtually. The final annual update requirement is policy, JM. That's for restraint and conclusion... Or seclusion, excuse me. And that, again, is an annual review. Nothing has changed there. But we're required to review that and approve that annually.

**David Bush:** I did have a question. It's not necessarily... The policy seems fine, I guess. Do we train our teachers, or anyone, in...? There's a training in the proper way to restrain somebody. Okay. I don't see that mentioned here, necessarily. But was it and I just missed it? Or is it just simply something that we obviously do?

**Dr. Jesse Boyd:** We have, yes. Look at all of our principals.

**David Bush:** I think that we did, but I thought I would see something here.

**Dr. Jesse Boyd:** So, we have CPI training, and we have select staff that train on that annually.

**David Bush:** All right. Good. I knew we did, but I thought it would be here. That's okay. That's all.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we approve BDD, BDDL and JM, as presented.

**Colleen Davis:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Dr. Jesse Boyd:** Madam Chair, I'll jump down to now LBD. LBD was one that I think we saw some, maybe some emails lately from VSBA. This was their policy... Or our policy on home instruction, it's LBD. I think Mr. Bush, maybe you sent me an email about it. So, we were already in compliance with what needs to happen across the state. VSBA pushed out a policy update, and you can see some of the... It's just grammatical things that they've pushed out. So, we are certainly in compliance with... There was question about whether or not parents could give consent verbally, or whether it had to be written consent. And you'll notice in the policy, we require written consent. So, I would ask for approval of this policy update from VSBA this evening.

**MOTION - Carrie Cleveland:** I move that we approve policy LBD, as written.

**Ed Frank:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Dr. Jesse Boyd:** Next up, is policy IGDA, this is our student organizations. The only differences are in paragraph two. Paragraph two cited Secondary schools, "Students may organize and conduct meetings of non-curricular related groups." The verbiage there changes to, "King George High School students may organize and conduct meeting of non-curriculum related groups." And then it states below the next sentence, "King George High School provides equal access to any student who wishes to conduct a meeting without discrimination on the basis of religious, political, philosophical and other content of speech at such meetings." I would ask for Board approval this evening.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we approve IGDA, as presented.

**David Bush:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**Dr. Jesse Boyd:** And then finally, Madam Chair, we have a regulation, IGDA-R2. This regulation is for non-curricular student organizations at the high school. We have talked about this a number of times in the last few meetings. I've made a few modifications based on some of the feedback we received. You can see those are listed in red. We've stricken the provision for at least 10 students who wish to serve as members. We've stricken that. And then also, we've added in the renewal process proof of written parent permission from each member who wishes to renew membership in the student organization. In the second page, you'll see, "The principal will send notice to the School Board of all approved and/or disapproved student organizations for review by the superintendent and School Board members." That was something we discussed, I believe, two meetings back. And then you'll see finally bullet six, the revocation process led by the superintendent. So, I would ask for approval this evening of regulation IGDA-R2, or secondary... Or excuse me, for high school non-curricular student organizations.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we approve IGDA-R2, as presented.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

## INFORMATION ITEMS

### Committee Reports

**Cathy Hoover:** Moving on to committee reports. Mr. Frank, do you have any committee reports?

**Ed Frank:** I have none.

**Cathy Hoover:** Mrs. Cleveland?

**Carrie Cleveland:** I have none.

**Cathy Hoover:** Mr. Bush?

**David Bush:** Well, ours had to be canceled because we didn't have a quorum. But we're having one tomorrow for the SEAC committee.

**Cathy Hoover:** Mrs. Davis?

**Colleen Davis:** Yes. For the Chesapeake Bay Governor's School, I'm happy to report that our one amazing student that was worried about not being able to receive credit for her pet class is able to get credit for that and graduate the RCC program as well as high school, which is incredible. And then also, something really cool is one of the students out of, I think it was Richmond county, is going to go and be a representative in the government somewhere. I don't know... Do you know what I'm talking about?

**Dr. Jesse Boyd:** Age program?

**Colleen Davis:** I don't think that's what it was, but yes, it was something just like that. But anyways, his name was Georgie Sassoon, and I used to work with his dad. So, it was pretty cool. Another happy parents and should be proud because it's picked out of all kinds of schools, all of Northern Neck, and then even Stafford and all the... So, he was the one picked out of all the schools. So that was what an honor. That's it.

**Cathy Hoover:** Well, I have two committee reports. I had a gifted advisory committee meeting on the 22nd of October, and we talked about our bylaws and plan, and we nominated a new chairperson, a new secretary, and we looked at a Snapchat of the program. There are actually 215 gifted students, K through 12, this year. That program represents 9 total ethnic groups, and 41 economically disadvantaged families. And we have 24 gifted referrals for evaluation since the start of the school year. And our teachers are very busy doing so. We have had TAG camp in June... Or we will, excuse me. 66... Okay, I'm getting my... We did have TAG camp in June and we talked about that, I think, a little bit how successful that was. And also, in grades K through 2, services are for reading, language arts, twice a week, for 40 minutes. Currently, there's four second graders receiving services. Two at King George elementary, one at Potomac and one at Sealston. In grades three through five, qualifying students receive services daily in gifted math and/or reading classes at King George elementary, and currently, there are 23 third graders, 15 fourth graders, and 28 fifth graders receiving services. And in grades six through 12, we have accelerated math programs and we also have... Pardon, CGS, CGBS, CBGS and ATI.

So, we have also talked about establishing our annual goals. We're going to focus on four goals. We're going to increase ways to increase the number of girls for TAG math, increase communication on how to help parents better understand standards-based report cards as they're related to gifted students, and an overall more awareness of the gifted program and the identification process. We also need ways to motivate underachievers in the program. Explore ways to make high school dual enrollment electives more available to those governor school students as well. We have several more meetings coming up, and your attendance is... The community is welcome to join the committee at any time. And then, just last week, I met with the advisory tech... I'm sorry the technology advisory committee, and we had Ms. Campus, who's the

secondary math specialist, give a presentation on the boards that the schools are using, and how wonderful they are, and they're not sedentary, they can move around and that's a huge bonus. We talked about the grant that we just approved tonight, and with that grant, the K through 8 teachers will be able to get compensated for writing and piloting these lessons, as well as some other benefits.

We're going to have a STEM night on March 12, mark your calendars. We need volunteers, if anybody's interested. And we talked about all the issues that are going on at each of the schools. And most importantly, I think poor Ms. Haff got a lot of questions asked that weren't really in her bailiwick. So, she hung in there. One of them is we needed a policy on artificial intelligence. We've talked about that. We've been putting it off. There're some surrounding counties that are struggling with that. But I think we need to move on with that. There was also some discussion which was out of her area of... That she shouldn't have been questioned. And one of those questions, and this is for later discussion, but just to put it on your radar, is there's teachers that want to send information back to their families, and stuff like that. So, there's... It's some kind of camera policy. I'm not... Obviously, cell phones can't be used. So just let's, I guess, maybe get with Ms. Haff on that. Even though it's not hers... Look, her big concern is she doesn't want that... If there is going to be some kind of required thing, she doesn't want that to come out of our budget, and neither do I. So that's a little side note.

**Dr. Jesse Boyd:** We've talked about it.

**Cathy Hoover:** Talk about it? Okay.

**Dr. Jesse Boyd:** We've talked about it. Yes, Ms. Haff and I.

**Cathy Hoover:** Okay. I think that's all. Our next meeting is Thursday, January 22. We've got a great group of involved parents and staff there. So, kudos to that group and that is all from me. Superintendent, do you have a report?

**SUPERINTENDENT'S REPORT**

**Dr. Jesse Boyd:** Yes, Madam Chair. I'll be very quick. So first, I'm looking forward to VSBA. So, this will be a lady's trip, guys. So, you all are leaving me behind on this one. So, I've got all the ladies and I look forward to the trip. We leave on Wednesday. Got a lot of fun things planned. So, I'm looking forward to actually a lot of good learning, and opportunities, and just an opportunity to bond with the ladies. You guys will have to beg my pardon. Earlier, I was asked by Board members if we could talk about the departure of our deputy superintendent. And I hesitated a little bit because they haven't approved his resignation yet. But it is very much public information now, that he has accepted a superintendency in Warren County. Let's give him a round of applause. And our staff, and many in our community know. And I just wanted to take the opportunity, for the remainder of my time, it won't be long, but really just to mention how blessed I have been to work with, really, just a model deputy superintendent, somebody that has from step one, I've learned a lot from. I've really had the opportunity to appreciate the way he does business, the way he connects with individuals. And I think he's going to make an amazing superintendent. There will be challenges he and I have discussed, and I'm right there on speed dial for you, bud, if you need me. But I know he'll do an amazing job because I've seen the skills that he's employed in King George County, and we are a better school division because of our time with Dr. Wright. So, I do want to take my time to really mention how much I appreciate his effort in King George county, and really how much I've learned from him, enjoyed working from him, and really the friendship we developed. So, thank you, Dr. Wright. I appreciate everything you've done for our county.

**BOARD COMMENT**

**Cathy Hoover:** Mr. Frank.

**Ed Frank:** As always, I'd like to thank the teachers and the staff for all you do every day. And I mean, you guys are really... You make this county what it is. So, thank you for that. Thank you, Pastor Davis, for the invocation, and the King George Middle School for the leadership team. It was great. Those of you who spoke at Public Comment, I don't think there's any left here now, thank you for your comments. Very good. Principal's briefing was good, was great, as always. The math curriculum, something that we've talked about quite a bit. And we will continue, I'm sure. Hopefully, we can get you what you need for that Health and Safety advisory committee. Ms. Fisher is gone, but she always does a fantastic job there. I'd also like to thank the Board of Supervisors for letting us move forward with VO Tech building. That's going to be just a tremendous asset to the county. And last but not least, I'd like to thank Dr. Wright back there, for all you've done for us, keeping me straight at all of these disciplinary hearings, which is appreciated. I thank you very much for everything you've done for us. Thank you.

**Cathy Hoover:** Mrs. Cleveland.

**Carrie Cleveland:** Congratulations to Dr. Wright. I just started getting to know you, and I'm so upset to see you go. And I know we still have to approve your resignation. So, I'm thinking, I don't know, maybe we won't. No, I'm just joking. But I wish the best of luck to you. Well deserved. I know you're going to do fabulous. We're going to miss you so much. Thank you for all that you've done for King George county and for our Board. We really appreciate you. I also want to thank publicly the Board of Supervisors. I know that on their... I think it was their last agenda. They were talking about the VO Tech building, and just super excited about the opportunity that we have for our future in King George with the VO Tech Building, and the opportunity that we can keep on progressing forward. So, thank you, Board of Supervisors, for your support.

**Cathy Hoover:** Thank you, Mrs. Cleveland. Mr. Bush.

**David Bush:** Thank you, Madam Chair. First, I want to thank... And I know we repeat these things, but I think it's valuable to know that several of us Board members recognize things that are so beneficial to us. Again, the King George Middle School leadership team. I think they did a great job. And I love some of their comments about what they're going to remember with that experience. And again, the principals. You know, again I mentioned this before. I appreciate you're in attendance here. I know that in my experience, always as an administrator, I always had to attend Board meetings, and for the first couple of years, you guys weren't here, and I thought, wow, I wish I would have been like that before. But your attendance, though, here is very, very valuable. It really is. Especially, you get to hear things about what's going on here and the questions you may have. And also, we get to hear from you all the time. And what you talked about with attendance, that was fantastic. Well done. And I look forward to improving our attendance. That's such a difficult thing because how do we do, the carrot and the stick, and how do we improve that? But I think you're in the right path. Cooper and Brooke, thank you very much. You guys did a great job as usual. Appreciate all that you do. And again, just like was already said in the math curriculum presentation, that really does sound like it's going to be a big success. And I know that in the past when I had the hire teachers, math and science teachers were always the teachers toughest. But you know what? We are so blessed to have people like you who are overseeing those departments in the elementary and secondary school. Thank you. And I look forward, even though I may not be on the Board next year, I look forward to see the progress, and I really think there's a good chance. I love this concept of not simply taking the standards and kind

of adjusting them, depending as the whole nation has done, to where the kids are, but holding those standards high. And I think that one of the areas that we've suffered the most, because we haven't done that, is actually in some of our advanced classes, such as AP and other places, the IB program. Those have suffered because of our approach. This new approach, I think, is going to make a big difference.

**David Bush:** Again, the Health and Safety Committee. Thank you very much, Ms. Lenker, Ms. Fisher. You did a great job on the presentation. I appreciate the thoroughness that you did with that. And the Board of Supervisors with VO Tech, that's fantastic. Their acknowledgement that we need that and their support, and us moving forward with that, is just phenomenal. We want to thank the Board of Supervisors for that. And Dr. Wright, I have worked with deputy superintendents before, and I think I've already told you this, you are one of the best I've ever seen. And I am not... I don't say that kind of compliment very often, but you are. Your knowledge, your demeanor, your calmness, all those are very, very much appreciated. And God bless you. And I wish you well and I know you'll be successful.

I wanted to say once something personal. A lot of times, decisions that we as Board members, are difficult. And I know I have one more Board meeting left, but I just wanted to assure the parents and other people that are listening. And this is personal, but every major decision, I do a massive amount of prayer. My number one goal in life is to serve my Lord and my God, and that every decision, I know people don't always agree with them, but I do want you to know that I spend a tremendous amount of time in prayer over any major decision that we make as a Board. Thank you, Madam chair.

**Cathy Hoover:** Thank you, Mr. Bush. Mrs. Davis.

**Colleen Davis:** I want to thank Pastor Davis for coming to do an invocation, for always willing to take a stand even when people don't agree with him. He doesn't waver in that, and what he believes. And I thank him for that. The King George Middle School leadership class, I love the locker note idea. They might not realize the impact that has on a student that comes to school that morning, that maybe had a rough morning for whatever reason, and gets to read that note on their locker. I think that's awesome. And then for the people who came for public comment, we do appreciate them. I wrote notes down. I'm going to look into that. Like, what Carrie Gonzalez suggested, or what she taught us about today. Dr. Burns, I love the monthly newsletter. I wish I saw you more. That's my fault though, other than disciplinary hearings. But maybe I need to get to the high school more often now, and say hello there. But I love the monthly newsletter. Whether that's new or not, it's new to my knowledge. Dr. Nice, RAPP.... Where are you at? There you are.

I wrote it down. So, I'm going to like.... I'm just... Respectful, Accountable, Productive and Present. Very good. I like that a lot. And then the elementary schools, I love the teamwork and every... Just the camaraderie, and even probably friendships that you guys are gaining for the rest of your life. It's just as nice to see that and you all working together and probably makes it a little easier too. And that you love talking, and they might not so much, so that was an easy one too. But we do appreciate all the efforts and just everything you guys do for the schools and being here late tonight when you got to wake up early, early in the morning. So, thank you so much for that. It does mean a lot to us when you guys come before us and just let us know what's going on in the schools. So, thank you again. Math, I love when the scores go up. To be honest, like when you were saying, we're raising, doing this, and I'm like, you know, when we were in school, it was one plus one equals two. And then when I'm trying to help my daughter, it's like, one plus one is two, and one over here is two, and then it makes four. And it's crazy to me now, but there's a method to it. I just trust the process. So being able to see you guys workaround and how to make that

easier for the kids, there's a lot of work to go into that. A lot. And you guys speak it so well. So, thank you for raising the bar and also providing all the support that they need to raise the bar and to help the kids.

The kindness closet, what an awesome idea. Oh, Mrs. Fisher, for putting together that presentation. That was well done, well written, which she's known to do a great job with that kind of stuff. Cooper, good job on your first time. You actually spoke better than I did on my first time on the School Boards. I get the nervousness there, letting us know what's going on with the plays and things like that. Ms. Brooke, congratulations again. I know you're going to get it. You and your sister, you said, yeah, a little bit more... And your best friend. So, people who hang around you seem to do good. So be like Brooke. Let me see what else I got. That's.... I'm sure I have more, but as... So, we can just move on. I'll just end it there. Thank you, everyone.

**Cathy Hoover:** Thank you, Mrs. Davis. I also want to thank Pastor Davis for always coming in clutch when we have a snafu in our schedule. Greatly appreciated. And in terms of the King George Middle School leadership class, I don't know if anybody else noticed, but their leaders, or their staff, were not even in the room. So, they actually had them own that leadership. I love that. And Ms. Tanner was in preschool when I first met her, and she has become the best. I just love her enthusiasm. You're so lucky to have her. And all these committee meetings that I sit at, they start after school, they go late. People are leaving the School Board office at 5:00, 5:30, leaving the high school even later. So, I know about... I don't put as much time, near as much time as you do, but I know how much time you do because I'm driving by or attending an event, and I see all you guys there all the time. So, thank you. And you still have energy. I don't know how you do it, but thank you. Thank you again for the public comments, to the Board of Supervisors for pushing forward with our VO Tech building. I've had a lot of people talk to us about that, and I haven't heard one negative comment, so appreciate that. I went to Grandparents Day at Potomac. That was wonderful. So well organized. Great job on that. Then Halloween, I tried to make two different Halloween costumes... I mean, parades, but I only made one and I was late for the other. But good job, King George Elementary. That's the one I made. I liked the parade around the building. That was kind of an... Usually it was kind of confusing in the building, so I like the way you change it up a little bit. There's a lot of complaints, but I think it worked well. Parents are never happy.

We are going to... What's that? It was calm inside. Right? Well, I think there's people coming and going in the building. Like that can be really confusing. There're so many people. Anyway, I enjoy watching the kids do all their things. And we are going to a conference this weekend. We promise to take it easy on Dr. Boyd. And Dr. Wright, I'm still going to wait for my tea because you said, what else can I do for you? I said I wanted hot tea. I haven't gotten it yet, but thank you for always taking notes and helping us, and dealing with me, because I know it's not easy. And Cooper and Brooke, we really appreciate you being here. We know it's late, and so I'll stop talking. Thank you, everyone. Can I have a motion to close session?

**CLOSED MEETING**

**MOTION - Ed Frank:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires, substitutes, resignations, and terminations, as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. We are now in closed session.

**RETURN TO OPEN MEETING**

**MOTION - David Bush:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Ed Frank:** Second. And certify.

**Colleen Davis:** Certify.

**David Bush:** Certify.

**Carrie Cleveland:** Certify.

**Cathy Hoover:** Chair certifies.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. We're now in open session.

**ACTION RESULTING FROM CLOSED MEETING**

**MOTION - Ed Frank:** Madam Chair, I make a motion that we approve the personnel that was presented in closed session.

**Carrie Cleveland:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**ADJOURNMENT**

**MOTION - David Bush:** I make a motion that we adjourn.

**Ed Frank:** Second.

**Cathy Hoover:** All in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes, aye. Motion carries.

**COPY ATTEST**

| | |
|---|---|
| ________________________ | ________________________ |
| Cathy Hoover, Chairman | Erin Scalph, Clerk |