# EXHIBIT 13

**King George County School Board**
**Regular Meeting**
**December 8, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

**TABLE OF CONTENTS**

School Board Members Present 3
Others in Attendance 3
Call to Order 3
Invocation 3
Pledge of Allegiance/Opening 4
Moment of Silence 6
Recognition 6
  Presidential Excellence in Academics Program 6
  KG-Dahlgren Rotary Club Recognition 6
  Lion's Club: Peace Poster Contest 7
  Holiday Card Contest Winners 8
  Teacher of the Year 9
  School Board Service 11
Public /Employee Comments 12
Superintendent Comment 15
Changes to the Agenda 16
Presentations 16
  VoTech Programming Update 16
Student Representative Comment 24
Consent Agenda 27
  Meeting Minutes: October 20, 2025 Regular Meeting 27
  Meeting Minutes: November 11, 2025 Disciplinary Hearing; November 11, 2025 Regular Meeting 28
  Donations 28
Discussion Items 29
  2026 Organizational Meeting Date 29
  Policy Manual Updates 31
Information Items 32
  Committee Reports 32
Superintendent's Report 34

Board comment ____ 34
Closed Meeting ____ 38
Return to Open Meeting ____ 38
Action Resulting from Closed Meeting ____ 38
Personnel ____ 39
Adjournment ____ 39
Copy Attest ____ 39

**Regular Meeting Minutes**
**December 8, 2025**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

## SCHOOL BOARD MEMBERS PRESENT

Cathy Hoover, Chairman
Colleen Davis, Vice-Chairman
David Bush
Ed Frank
Carrie Cleveland

## OTHERS IN ATTENDANCE

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

## CALL TO ORDER

**Cathy Hoover:** I'd like to call to order meeting of the King George County School Board. The invocation this evening will be done by Pastor Rick Crookshank.

## INVOCATION

**Rick Crookshank:** Let's arise to pray, please. Our gracious Father, we thank you for this privilege of being able to gather here on this night and especially during this time of the year. We thank you for the special national holiday that we just enjoyed of Thanksgiving where we give thanks to our Maker for all the liberties that you've given us in this land. And so, we give you praise for the freedoms that we have and we enjoy. And also, for those who put themselves on the line to protect those freedoms. I also want to thank you too for you and your great work as we look forward to the Christmas holiday, remembering the great gift that you gave to us in your son. And as you remind us in scripture, he's the Savior of all men, but especially of those who believe. And so, we thank you Father, for that great self-sacrificial love of our God which teaches us about the love for others. And I pray Father, that you'd bless this board tonight and bless those who are here, the parents that have come as well, to enjoy the celebration of those who are to be rewarded and of the good achievements that they have done.

**Rick Crookshank:** We give you thanks for those who are on the board who are seeking to give

of their time and sacrificing their time that this school might do well. The school board and school at large, the teachers who give of their time as well to see that students excel. We thank you for the privileges of celebrating that as well. And we give you thanks, Father, for just all that you're giving tonight. Especially these two who have been sworn in to serve. We pray that you might bless them in their tenure. I pray that as they make decisions they would do so in light of your will and your desires and what is good and best for this community. And so, Father, we give you thanks, we give you praise as we stop for a moment to say thank you for the life you have given to us in Jesus name. Amen.

**PLEDGE OF ALLEGIANCE/OPENING**

**Cathy Hoover:** You could remain standing for the Pledge of Allegiance, please. To be led by the King George High School Student Council Association.

**Dr. Jesse Boyd:** All right. You ready?

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all.

**Cathy Hoover:** If you'll stay there, we'll have some questions. But let's have a moment of silence first, please. Thank you. So, tell us who you are.

**Marcus Andrews II:** Okay. My name is Marcus Andrews II. I am the Student Council President.

**Trinity Andrews:** My name is Trinity Andrews and I'm Student Council Vice President.

**Kayla Posey:** My name is Kayla Posey. I'm Student Council Secretary.

**Emma Mendenhall:** My name is Emma Mendenhall and I am Student Council Historian.

**Ruth Louise Page:** My name is Ruth Louise Page and I'm Student Council Parliamentarian.

**Cathy Hoover:** Thank you so much for leading the pledge. My board members have some questions for you.

**David Bush:** Yes, I have one. And any one of you or all of you can answer this. What have you learned or gained the most from being part of the student government?

**Marcus Andrews II:** What I've learned so much is how much passion we really have to King George High School. A lot of my campaign was focused on rallying students and I've really found how much these students really care about and how much we really want to get done and how much us as a team can really do.

**Kayla Posey:** I also think the amount of teamwork that all of us can put in together has been such, in a shocking way. And I think it's really grateful that all of us are able to do this together as a big team.

**Cathy Hoover:** Anybody else have questions?

**Carrie Cleveland:** What are some projects that you're working on right now?

**Marcus Andrews II:** Currently, we're planning the King George High School Spirit Week. We have a few interesting and unique ways to make this one special. We have some fundraisers in the work for next semester. I don't want to spoil anything too big, but we have some after school events, you know, some new things we want to bring to high school and we're very ambitious.

**Carrie Cleveland:** Well, so that we don't spoil any upcoming events. What are some successful events that you've done so far this school year?

**Marcus Andrews II:** So far, successfully we've established a student congress so that we have each individual grade represented with our high school. I think that's big news. And thanks to Dr. Burns, we've already established a teen like leadership event. We'll be going to Orange County to work with other student governments to learn more about how to really make this successful. We've established a student constitution and we really want to make sure that this program can last longer after we've graduated.

**Carrie Cleveland:** Thank you.

**David Bush:** Are any of you thinking about going on to run for offices in the future or be in public life or politics?

**Marcus Andrews II:** Go ahead.

**Kayla Posey:** I think possibly, I think for me, I think just the teamwork aspect of it all is really interesting to me. And I think if I can find something like that somewhere else, I wouldn't be opposed to it.

**Marcus Andrews II:** Go ahead.

**Trinity Andrews:** Maybe not something in politics, but I do want to continue to leave my community better than I found it, especially throughout college. I want to join into a college community and truly make it so everyone years beyond me has something better to leave than what I did.

**Ruth Louise Page:** I will say for me, I'm definitely interested in the public policy realm. And I really wanted to take advantage of a lot of my opportunities in high school so that I can start developing those kind of skills now. And the student council has really let me do that with forming stuff for our school and getting to work together as a team as well.

**Colleen Davis:** Last question, or I think. So, Historian, I love history. So, what's that look like for you?

**Emma Mendenhall:** Okay, so with historian, I do a lot of planning and organization. Like one thing that I did establish, I have established a social media page already. And it's just to get and spread the word out. Because, like, when I think of a historian, I think of doing a lot to promote the ideas of what we have for the student body at King George High School. I feel like there's a lot of different things that people haven't done. And there's a lot of people... Like, there's a lot of things that people can do. And I think just creating things that are more outside of the box and that also get students engaged would be just a great idea. And that's what I'm trying to promote.

**Colleen Davis:** Okay.

**Cathy Hoover:** I would just like to ask you guys, have you always been comfortable speaking in public, in front of people like this? Because you all are great speakers. Nobody seems at all shy.

**Trinity Andrews:** Three of us are in theater right now. I really think that…

**Cathy Hoover:** Good answer.

**Trinity Andrews:** I really think that helps a lot. Yes, yes, yes.

**Cathy Hoover:** Well, great job. Thank you so much.

**Cathy Hoover:** Now we have some good stuff to celebrate tonight.

**MOMENT OF SILENCE**

**RECOGNITION**

**Presidential Excellence in Academics Program**

**Dr. Jesse Boyd:** Yes. Madam Chair. Ms. Robin Mitchell is here to present the Presidential Excellence in Academics Program.

**Robin Mitchell:** Good evening. I'm going to see if Dr. Burns wants to join me. We have 13 seniors that we're recognizing this evening. Would you be willing? So, this evening, we're recognizing seniors with the President's Award for Educational Excellence. This award recognizes academic success in the classroom. To be eligible, King George High School Students must meet requirements including grade point average and state testing scores requirements. Students must earn a grade point average of 3.5 on a 4.0 scale. They also must have high achievement in state test. These students have earned pass advanced scores in four subject areas on their SOLs. I also want to thank the King George Educational Foundation for sponsoring and preparing the certificates for us on their behalf. So, we're going to start. I'm going to have the students come forward when I call your name and remain standing for a picture afterwards. Alexander Baldwin. Fatima Banuelos.

**Dr. Jesse Boyd:** Alex, you can come up here.

**Robin Mitchell:** Oh, yes. Stay right up here. Delaney Brown. Brian Hollis. Mason Hurlocker. Griffin Lusk. Amelia Miller. Rebecca doesn't have one, but she... Rebecca Nguyen. Collin Norris. Ruth Louise Page. Ethan Seighman. Kyle Sembower. And Mercedes Stevens. Thank you. Thank you, Dr. Burns.

**Cathy Hoover:** Thank you.

**KG-Dahlgren Rotary Club Recognition**

**Dr. Jesse Boyd:** Thank you guys, congratulations. Congratulations. Keep going? Okay. Next up, Madam Chair, we have Ms. Angie Harris here this evening for the recognition of the King George Dahlgren Rotary Club.

**Angie Harris:** Good evening, Chairman, Members of the Board and Dr... Members of the Board

and Dr. Boyd. Tonight, I have the extreme honor and privilege of recognizing our, the Rotary Club of King George Dahlgren. They partner with us every year, but this year they've gone above and beyond with their generosity. And tonight, I have Ms. Katie Haywood here with me, Ms. Barbara Gay and Mr. David Claire. So, we want to extend our heartfelt... Well, heartfelt gratitude for the Rotary Club for their outstanding partnership and unwavering support for our schools and our community. They have donated $1500 to a much-needed math... To purchase much needed math picture books for each of our elementary schools to enrich our learning for our younger students. In addition, they have also donated 96 coats and hoodies to all the students across our school division.

**Angie Harris:** And I also wanted to take a note... Time to recognize Beckey Gallamore. She donated 35 of those hoodies from Rocky Top Embroidery. And that was a big undertaking. And they all got out before the weather hit, so that was great. And also, they also have generously been... Donated a grant to the King George High School Work-Based Learning Program which will enhance opportunities for our high school students to gain real world experiences. Again, I know it's kind of on your agenda to accept these donations. But they go above and beyond and they're silent partners with us all the time. And I thought it'd be just a great opportunity, especially a night of recognition, to recognize these hardworking community members that really support our school system in all shapes and sizes, really, between coats and books. And last year they donated books for all of our kindergarten classrooms and now helping with our CTE program. So, I just really wanted to give them this moment to thank them. So, would y'all like to say anything?

**Speaker 14:** We are really honored again to be able to continue to support the schools. And it was great to get to see some of the students that we have been supporting over the years from the high school level all the way down to the younger children. So, thank you so much and great to have some of our club members here with me today to be able to present the actual checks to the powers that be. [laughter]

**Dr. Jesse Boyd:** Right. Wonderful.

**Speaker 14:** Thank you.

**Angie Harris:** You want to do those...

**Speaker 14:** Sure. We've got the big check too. [laughter]

**Angie Harris:** Okay. We have Ms. Carin DeClute here. She's going to be accepted on behalf of our Elementary Math Program. We have Ms. Terri Rinko here accepting our donation. I'm sure y'all not going to have a problem with that, right? [laughter] For our work-based learning. And of course, the schools have already... I know the principals, I will speak for them. The coats and the hoodies are in hands of the students already. So, thank you so much, guys.

**Dr. Jesse Boyd:** Thank you, guys.

**Cathy Hoover:** Thank you.

**<u>Lion's Club: Peace Poster Contest</u>**

**Dr. Jesse Boyd:** Next up, Madam Chair, we have Mrs. Linda Baran here this evening from the King Georgia Lions Club to present the winners of the Peace Poster Contest. Ms. Baran.

**Linda Baran:** Well, once again, thank you for the King George board members for letting me show off the King George Middle School Art Students. Dahlgren Lions Clubs, with the help of King George Middle School Art Teachers, Ms. Hannah Fallon and Ms. Holli Sheddan, has proudly sponsored an art contest entitled the Peace Poster at the King George Middle School for the past several years. I am Linda Baran, contest chairperson. The contest is open to the students who will be 11, 12, or 13 years of age by November 15, 2025. They must use a medium approved by the Lions Club International and without the use of AI generated art. Every year, Lions Club International comes up with a theme that the students interprets through their art. This year, the theme is Together as One.

They have about two months to complete their poster. The Dahlgren Lions Club members then pick a winner and award the winner with a certificate of achievement and a $50 check. Each participant is recognized with a certificate of appreciation and a $10 check. The winning poster then goes to our district club officials and if their poster wins overall district, it goes on to the International and they compete against students all over the world and they can win up to $5,000. We've had one student in the past that has gone to International. She won over $600. We also asked the winning artists to submit a statement interpreting what they have created. Zoe Baxter stated that this poster represents connection and the desire for peace among all communities. I choose to make the poster because of The Beatles song 'Come Together.' She went on to say that it inspires me because of the message of the song Come Together, Together as One. So, I believe we had a slideshow and Ms. Sheddan, is going to announce it.

**Holli Sheddan:** Yes. Do you want to stand over there...? I'll send them over and we can get them? Our first student is Ava Briscoe. Her art is featured up on the board and Ava can do that. And then where would you like...

**Dr. Jesse Boyd:** Yep. Yeah, you can come up.

**Holli Sheddan:** You go stand right up there, honey. Our second student is Christina Gonzalez Renterra. Our next student is Christine Nguyen. Then we have Harper Jones. And then we have Heidi Brown. You're welcome. Hunter Dudley. Kaybri Lucas. You're welcome. Then we have Teddy Tremaglio. And then the winner from this year is Zoe Baxter. And then do you want Linda up there, or do you want me up there too?

**<u>Holiday Card Contest Winners</u>**

**Dr. Jesse Boyd:** Congratulations. Yeah, that one. I got it. Madam Chair, next we have Ms. Amanda Higgins here this evening to present the holiday card contest winners for this year.

**Amanda Higgins:** Good evening, Dr. Boyd and Members of the School Board, each year King George County Schools hosts an art contest for the holidays. And we select featured student artists to go on the holiday card each year. So, it is my great privilege this year to recognize our feature student artists. Our first student is Priya Talaiver from King George Elementary. Priya actually was supposed to be singing in the chorus concert tonight at King George Elementary. So, we went and surprised her in her homeroom this morning and we were able to give her certificate and all of her goodies. So, Dr. Boyd and Ms. Hoover were able to do that for Priya and that was very special. And Shelby is here tonight from King George High School. Shelby, if you'd like to come forward. Congratulations to both Priya and Shelby. And both of their art will be featured on our King George County Schools Cards this year. So, Shelby, you can line right up

for a picture.

**Ed Frank:** Congratulations.

**Dr. Jesse Boyd:** Congratulations, Shelby.

**<u>Teacher of the Year</u>**

**Dr. Jesse Boyd:** Madam Chair, next up we have Ms. Beth Yezierski and I believe our respective school principals to present this year's Teacher of the Year for each school building.

**Beth Yezierski:** Let me start off by saying I think it's wonderful that we get to recognize our Teacher of the Year tonight for our division in each school on a night when we have recognized the accomplishments of so many of our students. And it's due to the teachers and their hard work and their efforts that we are able to recognize all of these students. So, I want to at this moment just give everybody a round of applause for all of their hard work.

This is one of my favorite nights of the year. It's the night that we get to welcome everyone to recognize our school level winners for the year, for the Teacher of the Year contest. And then tonight for the first time, we will announce our division Teacher of the Year. The people that we are recognizing this evening are five exceptional leaders who have made a profound impact on their students and on the community of King George itself. We have the opportunity tonight to celebrate these individuals. And at this time, instead of me in the past, I'm been the one up here speaking about each teacher. Well, I decided that it might be nice for you all to hear those words from the respective principals tonight. So we're going to start off with King George Elementary, and Ms. Wages is going to talk about Rhonda Inzana, their Teacher of the Year.

**Laurie Wages:** Get up here.

My colleagues think I might be extra sometimes or talk a lot, but I'm not. When I stand here today, I'm so super sincere to say that I'm proud to present to you King George Elementary School's Teacher of the Year. Mrs. Inzana has been a devoted employee for over 20 years here in our school, and she's been in third grade. We found each other over a passion for all things Pittsburgh, Ghost Steelers and all the things. And I've never gotten to... I've never gotten to be a part of her life like I am this year. So in a different kind of perspective. And when I walk into her classroom, she creates such a meaningful environment for her students and changes it for each student that she needs to change it for. In the sense that whatever that child needs, she gives to them in a different way for everyone. And it's really great to see the relationships that she builds. And she does it with just such ease and... How do you say? Funniness, humor, I should say, I can't think of the word. But she really... She just exemplifies what it means to be a great teacher, what it means to be a great leader. She leads her team. She is supportive of the school, of our leadership team, and I'm proud to have her as part of our leadership team, and proud to have her as a teacher of King George Elementary School and I hope she wins the Teacher of the Year.

**Billie Teague:** Come on over, sir. Ready to go? All right. Good evening, and just like Ms. Wages, I'm really hopeful that he'll be the one. This is Mr. Shane Pacelli. I'm really honored to be able to introduce him because he represents the very best of Potomac Elementary. He has been a part of the PES team since 2015. Most of that in math, which doesn't always get celebrated as some of the other things, but an excellent teacher and team leader. Like most of the recipients tonight, what stands out most about Shane is his unwavering commitment to students. Like, I could say this about all of them, but he's there before the sun rises. He's there well after the sun sets, just

making sure to prepare meaningful instruction for his students. He's always communicating with families, tutoring after school. Shane just has had a very profound impact at Potomac Elementary, touching every corner of what's happening. He served on lots of committees, led lots of projects at our school, and he just brings great energy, reliability. And we're really proud and honored to have him at Potomac and to share in this recognition. He deserves it. Congratulations, Shane.

**Sandy Elia:** I do want you to win. Okay. Thank you for having us today. I am so honored to have Ms. Tina Miller here to represent Sealston as our Teacher of the Year this year. Mrs. Miller has been with King George county schools for way over 20 years. Started at King George Elementary and moved to Sealston when we opened our doors in 2004, and has been a stable force of our community since then. At the heart of her work is her students and her passion for what she does every day. Ms. Teague talked about Mr. Pacelli being there and putting in all the hours. Tina's car is usually there before and after mine is. And not that that's always a good thing. And I remind her that sometimes she has to leave, but her passion is there and she pours her heart and soul into her classroom and her students. I love walking into her classroom on any given day and stepping over students on the floors because they're doing projects with each other or talking to each other and quizzing each other and practicing while others are at their stations and some are sitting at their desks as she is managing all of it with her students. And it's amazing to see every day when I come in. She creates an environment where her children feel supported, the instruction is differentiated, no matter their needs. And because of that, she has just a long-standing impact with the community of Sealston. And I'm honored to have you as our Teacher of the Year.

**Elena Wood:** I am not Dr. Nice, but I'm here thrilled to be representing King George Middle School and truly honored to introduce our Teacher of the Year, Ms. Holli Sheddan. She has... [laughter] Yeah, do that.

Ms. Sheddan has been with King George county schools for nearly two decades and is truly an invaluable member of King George Middle School. She greets every student and staff member with just... She truly does radiate joy throughout our hallways. She brings beauty and joy to our hallways in the cafeteria. And we all enjoy looking at the work that our students do and Ms. Sheddan makes it, just really makes art attainable for every student in her classroom and works to promote that joy for everyone who enters her room. And so we are thrilled to have her as our Teacher of the Year, representing the middle school.

**Holli Sheddan:** Thank you so much.

**Dr. Travis Burns:** Ready for the high school? Okay. Oh. All right. So, members of the board, I have the pleasure of representing the high school. You know, I'll tell you a little something. In your principal prep programs, your program to become a principal, they teach you that you should be leery of the first three people that come to your office when you get the keys to the building. I'm pleased to share that this gentleman to my right was the fourth person who came to my office. And I tell you, I remember that day very, very well. You know, Dr. Boyd, you gave me a wonderful, wonderful tour of the building when I became principal. But I have to say, his tour was much, much better. We got to ride around in the...

**Grant Callahan:** Golf cart.

**Dr. Travis Burns:** The golf cart. We actually went the ropes course. Learned a lot about you, Mr. Frank, before I even knew you. But I also, you know, just to tell you a little story, I was actually dressed like he was on the day that he showed me the ropes course. Dressed just like you. I made it all the way across on the ropes. I can't say that you did. I told you I wouldn't tell that story,

but I'm going to tell the story. He fell. [laughter] But it was a wonderful experience for me because I got to actually learn a lot about the energy and the dynamic energy that King George brings to the school, because this gentleman represents that. Major Callahan is a phenomenal individual. He represents our school. I like to think our high school is the flagship program of King George, and he's actually leading the flagship program within our school, which is the NJROTC program. And so I so appreciate you and I hope you win as Teacher of the Year. [laughter]

**Grant Callahan:** Thanks, sir. I appreciate it.

**Beth Yezierski:** So thank you, principals. That was awfully nice of you all to get up and speak those kind words about your teachers this evening. And congratulations to all of you. You all are all truly deserving. And I think they all deserve a round of applause.

So after each school selected its Teacher of the Year, the division selection committee met to select one teacher to represent King George County in the region 3 Teacher of the Year program. The committee had a challenging task as all the nominees are truly deserving of this award. At this time, for the first time this year, I would like to present the Division's Teacher of the Year award to Major Grant Callahan.

Congratulations, Major Callahan, and best wishes to you as you represent King George County Schools in Region 3 for the Regional Teacher of the Year. And I have to tell you, I will be at the high school Wednesday, I believe, with your homework assignment that you will have, your packet that you will have to prepare for your next step...

**Grant Callahan:** I’m ready for it.

**Beth Yezierski:** Okay, good answer.

**School Board Service**

**Dr. Jesse Boyd:** Ready to keep going? So, Madam Chair, the last item on our recognition section this evening is School Board Service. So I'd first like to say to all our school board members, this is the end of the year, and it's an opportunity to reflect and look back on the previous year. And I will say that I've served on other boards. I've been at many other board meetings, and I just wouldn't want to comment collectively as a board. I think the collegiality and the investment that our entire board puts into this process is really nothing short of amazing. I really think serving with you guys on the inside of the circle, knowing all of the phone calls, all of the meetings, all of the thought that goes into the product that we create is amazing. And we don't always agree 100% with each other, but that's what's beautiful about it, because we're so professional, we really present a polished product. And I can't say enough about the year and what we've been able to accomplish as a school board because of the members that we have. So thank you so much for that. Continuing on, we have one board member this evening that will be serving his last meeting with us tonight.

So I wanted to take an opportunity to say thank you. Not only for being a board member, a board chair for two years, but really a friend as well. The time that we've spent together over four years... And this, by the way, is the first board member that has served a full term with me. And you all will be in that same boat as well. But I do want to take the opportunity to say thank you for the guidance, for the time, for the ear you have lent to so many valuable conversations for me. I think as we've all been through challenging situations, and particularly you, Mr. Bush, when we've had to deal with particularly challenging issues, you've always held true to your principles.

You've always led with your heart and your mind, and you've really provided a lot of guidance for me as a new superintendent. So I want to say thank you. You will be sorely missed, and I hope you know that I'll still have you on speed dial and give you a phone call every chance I get. But thank you so much for providing four years to King George County Schools. We are a better school division because of you. Thank you very much. We have a gift for you, sir. Want to open it up? This is a blanket. Can I open this up or is it...? All right. So it's a plaque, and this is a little gavel, and it says, your guidance and direction as a board chair has strengthened the bond between the community and the school. David Bush, King George County Schools Board Chair 2002 to 2025. Congratulations. Yep. Thank you, sir.

All right. Thank you.

**David Bush:** I want to say a couple of words. I'm not allowed. [laughter] Well, you know, as a pastor and preacher, missionary, we are never lacking words. But I want to thank, first of all, thank you, the Board Members that are here. Nobody was here with me from the beginning, but I appreciate every one of you. And then also the administrators. And I'm looking to see Ms. Franco's face out there. And so many others, as principals, administrators, teachers. There's just so many people. Amanda, Beth and Erin and then also Jesse. Thank you, Jesse. I've worked with a lot of superintendents as a high school principal and then a couple as a board chair, and that's been a privilege and an honor. And I really appreciate your diligence, your care and your love for education and for this division and willing to sacrifice so much of who you are for the sake of this division and to make education a key priority, to making sure that not only do the students succeed in this division, but then also the entire county succeeds. God bless you. Thank you. Thank all of you.

**Dr. Jesse Boyd:** Thank you.

**Cathy Hoover:** I'd like to say thank you, David, for being my mentor and on the school board, you're the only one that was here or is still here when I came on, and you will be missed. Thank you.

**PUBLIC /EMPLOYEE COMMENTS**

**Cathy Hoover:** Moving along to public comment. If you would like to speak during public comment but have not yet signed up, I have the sign in here. Public comment is an opportunity for community members to share matters they believe deserve the board's attention. It's time for one-way conversation to the board, not a form for dialogue or debate. All speakers are treated equally and comments should be courteous, respectful, and related to the school division's services or policies. Audience members are expected to maintain proper decorum. Speakers will be recognized by the Chair and asked to state their name, their connection to the school division and their magisterial district. Each speaker has up to three minutes to comment. Our first speaker this evening is Pastor Davis.

**Pastor Davis:** Thank you. I am Pastor Davis. The past 49 years at Tabernacle Baptist Church, anyway. And it is an honor to be here on a night like tonight, school board student representatives and I just feel really bad that y'all have feel like you had to empty the building before I spoke. [laughter] But anyway, my time is already running. In Isaiah, 700 years before the birth of Christ, 400 years, 700 years before the incarnation, the prophet Isaiah said in Isaiah 52, and so shall he sprinkle, that word means startle, and so shall he startle many nations. The kings shall shut their

mouths at him. For that which had not been told them shall they see. Scripture goes on to say, and that which they had not heard, they shall consider. And the Lord Jesus Christ is of course the most startling person that's ever lived on the face of the earth. We recognize folks tonight, of course we're not belittling that at all. But he was startling in his birth. The Gospel tells us in Matthew 1, this is the way the birth is going to take place. And he should, his name should be called Jesus. He was virgin born.

If Christ wasn't virgin born, there wasn't a birth. And so it has to be a virgin born son of God. And the Son of God has to become the Son of Man, put on skin and dwell among us. The Scripture says. Startling in his birth, he was startling in his boyhood as a young 12-year-old lad. In the Gospel of Luke, the Bible tells us that he astounded the scholars. They questioned him and they were amazed at his understanding. He was startling in his boyhood. He was startling in his baptism. When you see Jesus standing in the water of the Jordan just before his ministry began, there's John the Baptist standing in the water. There's Jesus Christ standing in the water. The Holy Spirit descended in the form of a dove. And God the Father from heaven speaking, this is my beloved Son, in whom I am well pleased. He was startling in his baptism. He was startling in his battle. The Bible tells us he was out of the wilderness to be tempted of the devil. And in the book of Genesis, the Bible tells us that God was accused... Satan accused God before man.

In the book of Job, he accused man before God. In the wilderness, Satan ran into the God Man, had nothing to do but be able to tuck his tail and run for cover. He was startling in his battle. He was startling in his business. He was... No matter what he was preaching, he preached the Word, he was faithful in what he did, his business, of course. He taught one having authority. He was amazed at his doctrine. He was startling in his behavior. And of course the Bible tells us that he was... Conducts himself in a way that was pleasing to God the Father. And he calmed the storms and he raised the dead and he healed the blind. He walked on the seas. He was startling in his behavior. He was startling in his boldness. And I'm running out of time. And I am he that was here before the foundation of the world. He was startling in his benevolence, on the cross he forgave. He was startling in his burial, he rose from the grave and he was, be startling in his brilliance. When he turns returns again in glory, the skies will open up and we'll all behold him, the savior of the world. They all said...

**Colleen Davis:** Amen.

**Cathy Hoover:** Thank you.

**Pastor Davis:** Amen. Thank you for the extra five seconds. Appreciate it.

**Colleen Davis:** Thank you.

**Cathy Hoover:** Thank you. Next, we have Teresa Catoe.

**Teresa Catoe:** Catoe.

**Cathy Hoover:** Catoe. Sorry.

**Teresa Catoe:** My name is Teresa Catoe. I live in the Shiloh district. I would like to share my opinions about the recent school club debacle and no longer allowing clubs at the middle school. Welcome to King George County Schools. Empower, engage, inspire. This is what is currently listed on the website as the mission and the vision of the school. You will empower, engage, inspire students in a caring, safe, healthy learning environment, providing them with diverse,

dynamic learning experiences and skills for success in an ever-changing world. The vision is to be the model of educational success, providing opportunities for students to envision, achieve and thrive. I have had three children graduate King George High School. They went on to college and are making their way in this world as well rounded and caring humans. Their individual learning styles were all drastically different.

They each found inspiration that enhanced their classroom learning and things outside of the classroom that were offered at King George County Schools such as drama, music, sports, extracurricular activities and even clubs. The connections that occurred outside of the classroom were just as vital to the success of my children and I'm positive that they are to every child that's in this county. My fourth child is a student at King George Middle and she is the student who tried to start. Shoot. That tried to start the GSA club. Unfortunately, it's attracted a lot of attention. Shoot. I'm sorry. The GSA club existed at the high school only, so a student led club that promotes a safe and supportive space for LGBTQ youth and allies to connect. The club embodies the mission statement of this county to empower, to engage and to inspire. The club is built on diversity to provide skills in an ever-changing world, which is again, a statement, a mission, a statement from the county's mission statement. I have to cut it short, but, the decision to not allow clubs at the middle school because of public commentary related to one club's request is shameful. I'll be done.

**Cathy Hoover:** Thank you. Next, we have [redacted].

**[redacted]:** Hi. Jesus. I'm part of the Shiloh district. So... Oh, [redacted]. So sorry. I'm talking about the clubs and what's going on with them. As my mother said, I'm the one who tried to make the GSA club. And honestly, I'm quite confused on why it's so wrong. Because people are acting like we're going to do something that's so bad, even though it's just for people to connect and be together and help people. Other people have also been saying pretty bad things about my teacher, [redacted], who I asked to be the sponsor for the club. Like, they're saying that she's grooming the students and stuff like that. And I really don't understand that's... I'm wondering. Also, I was told that if I change the name of my club, it might be acceptable, more acceptance, well, might be accepted. Which I don't really, also don't really understand. So honestly, it's just for... To help people, to make people feel safer in your school. Because, honestly, some people aren't feeling safe in your school or really happy. I just want to help and support people because that's the kind of person I am. Also, you guys are trying to stop bullying in our school, and this is a form of bullying because it's also discrimination. I just think this is weird. And this club is literally nothing wrong with it because I also followed all your rules. So there shouldn't be really a debate on this. It's really just politics with you guys right now. So thank you.

**Cathy Hoover:** Thank you, [redacted]. Next, we have John Wheeler.

**John Wheeler:** Hello. My name is John Wheeler. I'm in the Shiloh district. I'm also here to talk about the GSA club. My understanding is that all clubs have been canceled at the middle school. I've got more on that later. When I was in here in September and I told you that I personally knew the person that requested the GSA club, and I was sure that she hadn't been groomed. I wasn't kidding. It's my daughter. I don't understand why this is so controversial. Are people pretending that they don't remember what it was like to be in middle school, going through puberty and trying to figure out who they were? I don't mean gender or gay or hetero. I mean, wondering who the hell you were, whether or not you even liked yourself, if you were cool or if you were a loser. These were things that middle school... These are things that middle schoolers wonder about. These are things that middle schoolers talk about. Sex is also forefront on many of their minds, puberty it's, I mean, it's just a fact. Do I need to say anymore? They talk about this, too. The GSA

club is something [redacted] is trying to form because she wants to talk to other kids that are questioning things about themselves and feel comfortable doing that.

She's trying to find out if she's alone, if there's someone at her age that has a different perspective that might help her figure out some things about herself. She's asking for a semi-structure, adult supervised setting that seems less harmful than the potential alternatives, internet forums with perverts looking for kids like that to manipulate or less sinister but also damaging other kids with wild imaginations and no adults around to try to help these, steer the things back to a fruitful conversation. What about AI chatbots? Do we want these kids asking AI about their feelings or have conversations with them about anything to do with their real lives? And don't pretend that you can control their computer usage. I've recently found out that kids regularly outsmart our school's IT team. They can get unfettered access to the Internet. I'd rather they be supervised by an adult we trust, than to scour the shady corners of the Internet with no check. I have three other kids that are products of the King George Middle School. Two of them have graduated college and started their careers and the other is working on his degree. I have a fair amount of experience in being a parent.

Sometimes kids don't want to talk about things with their parents or they want to talk about it in a different way. They don't want to talk about things the same way they want to talk about them with their peers. They're... That's completely natural. I reiterate that I would rather a controlled environment over the ignorance that can prevail when kids are left unattended. That's all that [redacted] and some others are asking for. If you don't want your kid to participate and this is not necessarily for you guys, but for any other parents and... Don't let them. Don't sign the permission form. Let the kids whose parents are okay with them joining this kind of club have this space to feel safe talking to one another. It literally doesn't hurt you in any way. It doesn't hurt them to talk about things. They're going to do it anyways. Let's let it be supervised by a responsible adult. My understanding of the law is that canceling all the clubs in the middle school is this board's way of trying to manipulate things so that they are at the letter of the law. I'm not a lawyer, so that's just my understanding. The law refers to secondary school, though. The high school falls under that description. Are you going to be canceling all the clubs there too? I've got a lot more to talk about, I guess I can do it at more supervisor... Or more school board meetings.

**Cathy Hoover:** Thank you, Mr. Wheeler. Dr. Boyd.

**<u>SUPERINTENDENT COMMENT</u>**

**Dr. Jesse Boyd:** Thank you, Madam Chair. Thank you, Pastor Davis. I wouldn't think it's a public meeting if Pastor Davis doesn't take his three minutes. And [redacted] and mom and dad, thank you for coming tonight and sharing what you shared. It's not an easy thing to do, and I can tell you it hasn't been an easy thing for our board to consider either. It takes a lot of bravery to do that. So I certainly do appreciate you guys coming out and speaking tonight. It's certainly something that has been challenging on many faces. And for you to come forward, I can only imagine how difficult that was for you. So I appreciate that. Thank you so much for being here. Thank you, Madam Chair.

**Cathy Hoover:** Yes, just to clarify, we do have clubs at the middle school. We have academic clubs. We just have no non-academic clubs. And we haven't had any non-academic club clubs at the middle school for...

**Dr. Jesse Boyd:** Nine years.

**Cathy Hoover:** Nine years. And the middle school has experienced growth and teachers are, you know, stretched to their limits, et cetera. So we had a lot of things that we considered when... We also had other club applications. This was not the only club that applied. So it wasn't necessarily because of the club, it was just lots of other factors, so. But we do appreciate you coming out. Next on the agenda is, does anybody have changes to the agenda? Okay, none being mentioned, we'll go back, go forward with our presentations, which I can't wait to see. Thank you, Ms. Kaple.

**CHANGES TO THE AGENDA**

**PRESENTATIONS**

**VoTech Programming Update**

**Dr. Jesse Boyd:** So, Madam Chair, as Ms. Kaple comes up, she will present really the first rendition of a lot of the conversation that we've had with the instructional department on the new vocational center programming. And this will be an update. And these are all proposals. As you guys remember, we started this process with the idea that we were possibly going to renovate the vocational building. And through a lot of deliberation and conversation, we decided to really start from the ground and build up a new vocational center. So that really kind of changed the process because initially we were working from an existing building and trying to plug in programs that would fit in that existing building. When we decided to demo the current vocational building and build a new one, where we are now is, we will be able to tell that architect when they prepare to build that building, that these are the programs we want you to build a building around. So on the front end, Mrs. Kaple is going to provide some of that information. She's done a wonderful job of putting together a presentation and really this is kind of an opportunity and an open dialogue to talk about what are our next steps in terms of this CTE center that we propose to build in King George County. So with that, Ms. Kaple, I'll turn it over to you.

**Erin Kaple:** Thank you. Good evening everyone and thank you, Dr. Boyd for explaining where we're going with this discussion this evening. So, as Dr. Boyd shared, we got the great news a couple of weeks ago that the Board of Supervisors has supported us and would like to see, with our help and our guidance, a new CTE building. So I'm going to present. Dr. Boyd saved me a lot of words this evening. So I'm going to go through the PowerPoint a little quicker than anticipated, but just to really present a discussion and a possible plan for programs as we venture into this adventure. So as we know, a new CTE building would provide opportunity for growth and expanded opportunities for our students as we move into the future. So again, a lot of words, but we're just really excited for this opportunity to present additional new offerings for our students. So in this plan, we're working to meet the needs of our students, stakeholders and the community. The new CTE building would assist in many ways, but starting with providing a job ready workforce as we tout our students who graduate, we want them to be best prepared. And this would be an opportunity for them to be best prepared with new technologies, new courses and the opportunity to have hands-on learning.

Again, economic growth through local talent. We always talk about how we grow our own. This is an opportunity to grow our own, keep our kids here, give them opportunities in the workforce so that they can stay, give back and all the wonderful things when we hear our educators speak and our parents speak, it's about the opportunities King George county offers our students. Continue to grow the soft skills of our students. That's a buzzword we hear a lot, but CTE does a lot of that for our students. It's not just the hands on, it's the critical thinking, it's the working in teams. And a CTE center would provide that. Exploration and application of career pathways. This isn't just

for high school students. We know a building like this would offer opportunities for all of our students as we do our work, Ms. Rinko's here, Dr. Truslow's here, other members from the middle school, we push in and we let our middle school students know what's going on and our elementary students and our community so that they can see all the wonderful things we're doing. And it seems... Sometimes it seems a little premature, but we want our little ones thinking about what they want to do when they come to the high school.

And this would be an opportunity for that. And then obviously we talk all the time about the importance of our community and this would create additional community partnerships. All right. All right. So within the building we're looking at with the plan, we have the ideas, we have about eight programs. Two of those programs would be new. The new proposed programs would be a cosmetology program and a culinary arts program. And we know right now with our building, we're unable to make that work within the structure we have. So this would be an opportunity to expand. And we have some student data we'll show in a little bit that our students would like these opportunities.

Programs to be relocated, and again, this is just proposed. Agriculture could move to the new building, criminal justice, our drafting program, our health sciences, which we know is a really quickly growing program, welding and ROTC. So we've had some preliminary conversations with instructors, with our teachers, with building level leadership. And what they're telling us is that this would be a great opportunity for program expansion and opportunities to create a space where these programs could thrive. One great thing is if we move programs out of the high school, it would create space within our current building and we may be able to see a different electives come back in or create new electives, additional classroom space for other programs, not just CTE and then to, an opportunity to establish courses driven by student demand.

All right, so a cosmetology program, if we were to introduce a cosmetology program, we would provide students with skills and certifications necessary for careers in beauty and wellness, including hairstyling, skin care, excuse me, and nail technology. The benefits would be a professional training environment. Students would train in a salon style setting preparing them for state licensure exams and careers. This fall we had the opportunity to attend a CTE conference with leaders amongst the state and got to see and speak to some leaders about their cosmetology program. The state of Virginia is behind cosmetology programs and their growth within our state. High job demand. The beauty and wellness industry continues to expand, addressing the growing need. Entrepreneurial opportunities. Students gain valuable skills that could lead to starting their own business or joining established salons. Implementation, we would design hopefully a salon styled classroom with workstations for styling, skin care and nail care. Provide the latest tools and technology and build partnerships with our local salons for internships, mentorships and real world experience. Another program that we're proposing would be culinary arts. And the objective of a culinary arts program would be to meet the increasing demand for skilled culinary professionals.

It would be a blend of learning, classroom learning and real world culinary related experiences. The benefits would be that real-world learning environment, access to commercial grade kitchens and dining areas, so that students would have the tools and when they would walk into a commercial grade kitchen, they would know exactly what to do. Career ready. The program will prepare students for careers in culinary, hospitality, food service industry, including industry certifications, and then a community collaboration, and I'll add to this, that there could be a possibility for collaboration with RCC as well. But the program would engage with local businesses for opportunities to showcase student talent and again growing that community piece. So if we were to implement that, we would design and install commercial grade kitchens, food storage, training areas and dining space. A dedicated space for instruction, nutrition, food safety and

hospitality. Again, we would pair with the community our business for possible catering and restaurant internships and shadowing. And this is another example of how you can welcome the community into your school buildings once the program is up and running. And I won't go through each piece of our relocated programs, our programs that are already existing.

But I will ask that you keep in the back of your minds that this would allow for expansion and update. So with our agriculture program, larger space for growth, larger facility for more storage, the proximity to the greenhouse, when we talk with our instructor, that idea of food, or excuse me, like farm to table, we're able to grow things and put them back in our cafeterias and really support our community with cultivation and sustainable farming and then improve our safety and efficiency in a new program or a new space. Excuse me. With our criminal justice program, a benefit may be additional space for practical hands on learning for equipment and simulations, increase visibility, potential partnership with ROTC. If you're not aware, they do work together. And this would expand that opportunity to come together and grow our programs. Development of transferable skills in a classroom, created for the demands of a criminal justice program. Our drafting program, the workspace design would meet the needs of the drafting program. A classroom again specifically created for them. Flexible space would allow for pre-engineering classes to be held in such a classroom. And then in the vision or the current idea, this would have a multi-use space with what they need.

It could also be used whether the community comes in it or other classrooms could come in and push in and use. So excuse me, our health science programs, they are growing. We are quickly rapidly expanding. And this would create a state-of-the-art facilities, medical simulation lab and patient care environment. Increase student capacity. Right now we have to cap it because of the space. We're hoping we could expand that opportunity for our students. And then advanced training, hands-on learning equipment with up to date equipment. ROTC additional workspace to allow for the program specific requirements and physical testing. You've been in our buildings. You often see our cadets around the school. Give them that space to expand. They have some great ideas and we're willing to listen to those ideas. It would be closer to the track for that physical component, that physical fitness component. And then additional secure storage that the ROTC program has a lot of items and we want to make sure that they can properly house those items and keep those items in good condition. And then our welding program, again we would offer an updated additional workspace student capacity for more hands-on time, ensuring future success.

And I'm sure again you guys are all aware of the multiple certifications they can receive. And if we have that space to allow them to work within that welding field to earn those certifications, that would be a benefit to our students and an opportunity to upgrade equipment as needed and to assist with any industry updates. All right, so if we were to relocate, it looks like about six programs from our high school, that does create opportunities within our own building. So we have a... We would have a brand new CTE center doing really great things and maybe the opportunity to revamp some existing classrooms, existing areas we have ideas for. So possibly if program... As programs leave, the building trade programs could expand into carpentry, plumbing and/or electrical. Again we would take the data to make those decisions. Expansion of the gymnasium and weight room area that we would be able to maximize the use of space during the school day. So for our physical education classrooms and such and other programs. And then in the evening, support communities that are, you know, our community sports and parks and rec that come in. In athletic program growth, those ideas would include maybe the early childhood program coming back based on the location in the building and some of the classrooms that would be vacated.

And then the ability to share the culinary lab with main school foods and nutrition classes. Right now we're unable to host any of those electives like foods and nutrition, intercultural foods, those

such things based on our current layout. But we might be able to share that space or allow students to move back and forth between the buildings. All right, the data. So on the national and state level, the Virginia Employment Commission shows the demand for food service workers is expanding to growth due to the increasing number of restaurants in Virginia. And over the next couple of years it's predicted to grow by 7%. The Virginia Career and Workforce Development shares that much like the national trend, professional care, excuse me, professional care, including hairstyling, skin care and nail care is expanding rapidly and they're predicting between an eight and 10% growth. The Bureau of Labor Statistics says that the restaurant industry will continue to grow due to the increase in consumer spending on dining out. I'm guilty of that. And then while the beauty industry is expanding due to the aging population and the increased demand in personal care, the Virginia Statewide Economic and Employment Insights share that health care needs are growing due to our aging population.

The nurse aide need is projected to grow by 12% while the medical assistant job field is projected to grow at 18%. Much, when you look into it, much of our regional or local data is tied back to the state data and even national data. So I don't have as specific data, but quarterly data from the Fredericksburg Economic Development Authority shows growth in the areas of hospitality, restaurants, beauty services to support the demand for skilled culinary and cosmetology professionals. George Washington Regional Commission reports indicate that the workforce trends are focusing on service industry, which includes culinary and cosmetology. And also the King George County Economic and Workforce Data aligns to the regional data supporting the demand for skilled professionals in culinary and beauty sectors. So last year our students are polled as they are in their programs and in their classrooms. And what you see, we're going to look at the blue and these are some programs we asked students, what would you be interested in? And if you notice over the cosmetology, over 400 students in our high school last year said they would be interested in those opportunities and over 500 students shared that they would be interested in opportunities in culinary arts.

So we are listening to our students, we're listening to our community and we're trying to create a vision and a plan that best supports both our students and our community. So as we plan and go through this process, we want to get out and see other programs. And had the opportunity to speak with a leader from the Spotsylvania Career and Technical Center. He welcomed us over. He said, anytime, come on over. He said can you just wait 'till the new year? Let's get through December. So we will be planning that. The same with Caroline, have a contact there. And they have welcomed us over to see what their program, the great things their program's doing. In working with my colleagues, we want to take a group down to see the Northern Neck Technical Center. And then also Smithfield has the farm, which I hear really great things about and I'm excited. So as we move forward in this process, we want to include all stakeholders, board members, parents, students, leaders in the community to come down and see what other regional partners are doing and how we can, you know, take some ideas from them and implement and do what's best for King George County Schools. And I will not read all that, but I thank you for your time and...

**Cathy Hoover:** Thank you, Ms. Kaple. I know my... I know several board members have questions. Are you ready?

**Erin Kaple:** I'm ready.

**Cathy Hoover:** Yep. I'm going to start with Mr. Frank.

**Ed Frank:** Thank you very much for the presentation. It's well presented, well thought out.

However, I do have some concerns. I don't think the cosmetology and culinary arts are a problem at all. I think we're good to go there because it's something that we've been talking about for years. However, just moving the other six classes over, I'm not sure that... Because we don't talk anything about electricity, we're not talking about plumbing, we're not talking about HVAC, which are all the things that our... The community tells us that they need. You know, this is coming from a fifth-generation farmer here, and I'm still farming. I'm not sure that's a viable future for our kids, for our students anymore. I mean, you got to have a 1000 acres of land in order to make a living.

That doesn't really, you know, so I'm just saying, I don't think we should be moving six classes because that's what we have now to free up space in the existing school. I think, you know, the key to this working, this VoTech building working, is having the right classes that are in there. And I think that those right classes that are in there are going to, you know, have to be the plumbing, the electricity, the HVAC, the welding. And if it's so expensive to get an automotive section in there, but because that's extremely expensive, but you know, I think we can do a better job than what we're doing as far as selecting those courses that go in there. And I would volunteer anytime you go to another facility. Look, I would love to be there for that. The planning on this is something that we have to... We can't just knee jerk and get it out there. We need to look to make sure that we're providing the students who don't want to go to College, with opportunities for a six-figure income in a few years after graduation. And these building trades can do that. So that's my comments.

**Erin Kaple:** Well, I welcome that feedback. I know we do as a team as well. And moving forward, this is just a starting point to discuss where we're going and where we'd like to go. And those opinions are very important. And we will continue to research and do what's best obviously for our students. And I think as you see as well, I know you do, we... Yes, we want to build a new CTE center. But I think too we got to think about what we open up within our buildings as well, our building, our main school, they're not that far apart. So the opportunity within the main school for renovation or you know, additional programs coming in or relocating, switching up what's relocated, I think is a valid conversation that with more research we can have.

**Ed Frank:** If I understand correctly, our goal from this is to graduate students, for example, in health services that are ready to go into nursing.

**Erin Kaple:** Mm-hmm.

**Ed Frank:** Okay. And in most cases, they have to have a two-year certificate, right?

**Erin Kaple:** Mm-hmm. It is a two-year program. Yes.

**Ed Frank:** Yeah, two-year program. But what does criminal justice do? I mean there's... We can't do anything as far as graduating those people with a two-year degree or two-year certificate?

**Erin Kaple:** So certificate or such. No, but I believe they are best... They're better trained and supported as they make decisions as they maybe go to a four year or two year or directly into working with King George county in other capacities.

**Ed Frank:** Okay, thank you.

**David Bush:** Yeah, I have...

**Cathy Hoover:** Go ahead, Mr. Bush.

**David Bush:** Okay. I agree a lot with what Mr. Frank said. I was looking at this earlier in the day and just I thought about four or five things. I thought about my past because I took shop and welding and then also small engine mechanics. Anyway, I was thinking about well, what are the top needs, what are the top paying needs in blue collar jobs? And I was just looking and some of those. I thought that the ASE certification, diesel mechanics would be pretty high. It's number 19, but I thought it'd be in the top 10. But I'm just looking at some of these in the top 10 or so and there's only a couple of them that we have on the list. Now I know that some of the things on that list were going to move from the high school to the CTE which will open up more there. But I think in the terms of the research, HVAC is number three. I looked at several different research things at HVAC, it's huge. And then also I was thinking about the mechanics, the ASE certification. And I was thinking, oh, do you have to have a high school diploma?

No, you don't, to take the test. It usually requires two years. I know a lot of these require a lot of research and thought. And some of those require materials like maybe the mechanics that we probably couldn't afford. I understand that. But some of these, not quite so much. And so I just I'd like us to look at that research visiting other schools, like Mr. Frank said. And let's make sure that we, whatever programs, we start with the money that's available and the space that we have, that when they come out, especially in these two-year programs, that they'll be able to get a job within a couple of years after leaving high school. And there are several here that I just want to make sure that we look at them that have huge needs.

**Erin Kaple:** Again, I believe the team... I know the team welcomes that feedback. I would love for you to share that with us and we can...

**David Bush:** Oh, okay. I'll send it to you.

**Erin Kaple:** Please.

**David Bush:** Thank you.

**Erin Kaple:** Thank you.

**Cathy Hoover:** Thank you, Mr. Bush. Ms. Cleveland.

**Carrie Cleveland:** Thank you for this presentation. It was really informative. I also was taken aback a little bit on the selections of what would go into the VoTech. And I guess something I just want to add, which I do agree with both of these gentlemen that spoke tonight, but I think about in terms of the community partnerships as well. And I just think about how, like, recently we had, was it four elements? I know Terri's back there. So, who donated a bunch of money to us. Who's giving us intern opportunities, which clearly, we're putting, you know, students in that... Those opportunities that can get jobs and making, you know, $100,000 a year. And that's the kind of stuff that I would like to see. I know that a lot of thoughts go into this, but I think it would be good if we got, you know, maybe a bunch of stakeholders together to talk about it and to see what would be the best for our students, for our community, and really for possible donations and money. Right? Because there could be that out there for these organizations or these industries that want more.

**Erin Kaple:** And again, as the IEC program gets off the ground second semester, I think we'll have that data and that interest, you know, Ms. Rinko and the team at the high school, Dr. Truslow, have worked very hard to ensure that we have the right students and that we're giving opportunities to our students. But yes, I'm so excited for that program and to see the sustainability

and how it does prepare our students as they walk out the door. Yes.

**Cathy Hoover:** Thank you, Mrs. Cleveland. Mrs. Davis, do you have anything?

**Colleen Davis:** I'm so sorry. Because you're like the messenger. [laughter] I think you kind of can feel where the board is at. When I was looking at what was put together as far as the classrooms, it felt like we were more... We were focused more on how we're going to relieve space out of the high school. And I think what we're all trying to say is like we... How we... We're really looking forward to. I just... I googled AI VoTech school and it says these schools provide specialized programs to prepare students for a workforce directly after graduation. And that's what we're hoping. I think we don't want to see... We want to see VoTech programs in the school not moving from the high school into this. Because that's what the VoTech is supposed to be and that's what we sold to the board of supervisors and to the community that we were going to create a building where these kids can go instead of going to college and get a job right after graduating from this program. And so we would like to see it kind of more geared to that going forward. Thank you.

**Erin Kaple:** Thank you.

**Cathy Hoover:** Thank you, Mrs. Davis. So I was one of the fortunate people last year to go on a field trip down to Smithfield and that was amazing. And I do... I would love, as Mr. Frank said, to go on and see the other opportunities. But the one thing that I was really looking forward to personally, was the STEM. But I know that's a very pricey program. But with the labs that we saw there, was so motivating to the kids and just open thought. And, so that's my two cents. But we know that this is all in the works and this is just planning. And now you have our feedback.

**Erin Kaple:** Well, thank you. And I think that would be part of like the drafting classroom. We talked about maybe pre-engineering or setting that drafting classroom up in such a way that it would have multi use.

**Colleen Davis:** Quick question about that, about the welding class. Currently I've been in the welding class, met with you in the welding class. What's missing in the welding class that we would have to move it?

**Erin Kaple:** I think just updating certain ware and I don't... I'll be honest, I may use the wrong vocabulary terms in speaking about welding and such, but where they do the work, the opportunity to maybe spread out a little bit more, create more stations where they can weld. My understanding is ventilation is very important in those classrooms, in the hoods and everything that they need to successfully do that and safely do that.

**Colleen Davis:** So they don't have hoods right now?

**Erin Kaple:** They have... The ventilation system is there. It's... Yes, it's there.

**Colleen Davis:** I'm just... I want to... I don't want to waste space. So if we have a good welding, I think a welding room that's already in use and maybe just needs updating, let's put... Do that. So just utilize the space. What do you know about it? I see you over there.

**Ed Frank:** Dr. Boyd, I was just thinking, we talked earlier today. When do you think we'll be able to get a diagram of that two-story building and then put a schematic in it on where we can put things?

**Dr. Jesse Boyd:** So you mean a two-story building that RRMM proposed?

**Ed Frank:** Yes.

**Dr. Jesse Boyd:** So I mean we can... Well, let me back up. We have a very loose diagram in the feasibility study right now. It's not detailed at all. However, because we have decided as a Board and really Board of Supervisors has decided to start from zero and build up. What's really going to fuel that design is programming. So we're going to... And this is a great conversation on the front end and this is the feedback that we want for board members and really the community and everyone else. This is exactly what we want to hear and want to continue to hear as we develop the programs that go in there.

But really the programs now, because we're starting from zero, we're going to build from the ground up, the programs are what's going to drive the actual design in that building. When you talk about health sciences, you know you're talking about a classroom space, but also a lab space where it looks like a hospital room and multiple stalls for those. When you're talking about culinary, you're talking about classroom space, industrial kitchen, oftentimes a dining room that can be used to host guests. So once we decide on those specific programs, that's going to really guide the next step in this process so that we can get a specific design from an architect. So right now, if you remember and if you listen to the Board of Supervisors meetings, as soon as the new year rolls around, the Board of Supervisors and the County Administrator is going to push out an RFP to hire a term architect for the County.

That's going to take probably a month or two to finalize and get that finalized. Once that person is in that role, what we want to be able to deliver to them at that time... And again, we're talking about a month or two away. That's why we want to start this conversation now. Is really a list of programs and ideas that have been vetted through the school board and through the community that's going to provide them guidance on what we want that facility to look like. So once we have these conversations, once we continue some more discussions with the instructional department and some community outreach, we're going to say these are the programs that we want in this new facility and we're going to deliver that to the architect and say build us a building that... You know, when we're talking about architects, hopefully we're talking about architects that have experience with vocational buildings and things of that nature like RRMM or some others out there. And then they're going to be able to say, yeah, with the health sciences program, you need this. With a welding program, you need this. And they're going to build it based on those, that guidance from us.

**Ed Frank:** Because that schematic, that real rough one you're talking about, I mean the whole second floor has only got two classrooms and one open space.

**Dr. Jesse Boyd:** Yeah. So that's right now is very, very generalized. And so what we... The guidance we received from RRMM when we discussed this, is plan for somewhere in the ballpark of six to eight programs in a footprint of that size, depending on what six or eight programs those are. Some programs take more space than others.

**Cathy Hoover:** Thank you, Ms. Kaple.

**Erin Kaple:** Thank you. Have a good evening.

**Cathy Hoover:** You too.

**Dr. Jesse Boyd:** Thank you, Ms. Kaple.

**Colleen Davis:** And we're sorry if you feel beat up. [laughter] That's not our intention.

**Dr. Jesse Boyd:** No, it's exactly what... I mean, honestly guys. And we appreciate it. And Ms. Kaple and I talked about this meeting tonight. We do want the dialogue, we do appreciate the conversation from board members, we'll continue it with the community. And really this is a very important process on the front end of this that we do have conversations, critical conversations about what we think we need in that building and what we think we don't need in that building. And those things are going to help this process move forward and really create an end product that is something that this community will appreciate.

**Ed Frank:** I just think, you know, we should concentrate on putting the classes or in that building that are going to provide our students with a two-year certificate when they graduate, who don't want to go to college with a two-year certificate when they get out, then they can go into the workforce and you know, a couple of years down the road they're making six figures.

**Colleen Davis:** A trade program.

**Ed Frank:** Yes. A trade.

**Colleen Davis:** Keep focused on that. Yeah.

**David Bush:** Yeah. I just want to make one last comment. My father was in a technical school, Henry Ford Trade School, and he focused on drafting. And by the end of his Career. He designed the lighting in the World Trade Center, the entire building. And he never had a high school diploma. Anyway, just that's the kind of thing that I think some of these students can aspire to from getting this kind of training. Thank you so much for all your work.

**STUDENT REPRESENTATIVE COMMENT**

**Cathy Hoover:** Okay, we're going to move along to the student representative's comments and this week we're going to let the high school go first.

**Jake Lauver:** All right. Good evening members of the board. As most of you guys know, my name is Jake Lauver and I'm here on behalf of King George High School to share some updates and highlights from our students and programs. Our NJROTC Foxes have been working hard since the start of the year raising a total of $1,500 by just cleaning up after every home football game, which could take anywhere from 15 minutes if we have a large group all the way to 30 to 45 minutes picking up after these games. Because of their dedication, we were able to provide a full Thanksgiving meal for 30 families in our community. Now we are headed into the holiday seasons and our Foxes are also adopting 12 local families for Christmas to ensure that they have the support they need to have a good holiday this year. Current sports in season include swim, basketball and track along with wrestling. We are especially proud of our first ever all girls wrestling team who made history this season but also took first place in their very first meet.

A huge accomplishment for them in our KGHS athletics. I spent some time talking. I'm an NS4 in our ROTC program, so I'm in charge of our freshman classes and I got to speak with them about their experiences, their first semester in the high school and kind of like what is, they didn't expect and what they got more of, that they were hoping for. And a common theme is how many teachers are encouraging them to build independence and to strengthen their critical thinking skills and to

grow themselves as competent leaders and learners in our system. So not having someone always there telling you need to do this, this and this, kind of giving that responsibility back to them, which may backfire once in a while, but that's how you learn, right? I just want to look ahead into the new year. My nonprofit organization that I started for the school, Student Advocacy for School Safety will be planning an event. I'm looking at about the April, May timeframe like we did last year to provide families with hands-on training focused to responding to real world safety threats in our community.

Anything from hands-on CPR, stop the bleed and some more that we'll be implementing that we weren't able to do last year. And then with some important update... Upcoming dates, we have the winter band concert that happened on December 3rd. The Improv Show was scheduled for December 5th, but has been rescheduled to this upcoming Friday at 6:00 PM. The Christmas Chorus Concert on December 11th at 6:00 PM. Along with our winter play the Trial of the Big Bad Wolf, January 21st with the dinner at 5:30 PM and the showtime is 7:00. And this is both the 21st and the 22nd.

And then our seniors will have a brunch on December 18th, be able to kind of bond with their fellow class and have a good time while eating some food. Our advisory committee also had the opportunity to meet with Dr. Boyd today and we discussed a lot of areas of improvement around the school, including the parking lot flow and the proposal for allowing seniors to leave early to reduce congestion. We also talked about ways to build on and further strengthen those critical thinking and long-term retention across our classes that those teachers are helping us with. So I just wanted to thank you Dr. Boyd, for giving us that opportunity yet again this year to meet with you. But in closing, I just want to thank you all once again for your time, your continued support for our students, teachers and programs. On behalf of King George High School, I wish everyone here a safe, warm and joyful holiday season, maybe full of rest. Good company and plenty of reasons to smile. We look forward to returning in the new year for even more growth and success. Thank you, guys.

**Cathy Hoover:** Thank you. I have a question about the first thing you talked about. Making money after football games. I missed something. What, are you like finding money on the ground or?

**Jake Lauver:** No ma'am. So the athletics department provides us funds for us volunteering.

**Cathy Hoover:** Oh, okay.

**Jake Lauver:** To clean the stadium after each of the home football games. So in the past we only got a couple of the games, but this year all of our Foxes stepped up to take responsibility for all of the games this year.

**Cathy Hoover:** Okay. Thank you. I obviously wasn't paying attention.

**Jake Lauver:** Oh yes, Sergeant Major Frank did remind me. We have our Home Drill Meet this weekend. So throughout each year our drill team competes at different schools around our area 3, 4. But this weekend we get to host. I think we have about 12 schools coming down and we're spread out across the high school and the middle school trying to keep all the schools warm since it should be kind of chilly this weekend. So if you guys would like to come out, I think performances should start about 8 o'clock and we should be presenting awards at 2:00 PM. We will not be competing, but we will host these schools around both of our schools and they will get to see how we like to dominate the show.

**Cathy Hoover:** Outstanding. Thank you. Cooper, let's hear what's going on at the middle school.

**Cooper Searles:** Well, my name is Cooper and I am representing the middle school tonight.

**David Bush:** I don't think your mic's on, is it?

**Ed Frank:** Yep it's on.

**Dr. Jesse Boyd:** There you go.

**Cooper Searles:** My name is Cooper and I am representing the middle school tonight at the School Board. And a couple of things to note that will be happening in the future and that have already happened, is The Day the Internet Died, auditions for the play are on January 13th to January 14th, with callbacks being on the 15th. And the Commonwealth Governor School Applications are due on December 19th as well. The basketball, boys' basketball and wrestling team are underway right now. And of course had their holiday concert on December 4th. There is also a Beta Club Induction Ceremony on December 11th with the 12 days of December Spirit Way December Spirit Week is happening now. That was designed and provided to us by the leadership team at our middle school. And there's also a PBIS fundraiser where students can buy temporary tattoos for a teacher of their choosing or a teacher of their choice with the prices ranging from $0.50 to $2.00. Dr. Nice is hosting the December attendance challenge as well as also had hosted the November attendance challenge where students will attend... Students who attend school every day, December will be entered into a raffle at the end of the month to win a prize. Last month, the first-place student won a free lunch from Dr. Nice of their choosing. Then finally, on December 19th, that is the last day of the first semester. And that is also the last day of quarter two.

**Cathy Hoover:** Thank you. We appreciate both of you giving us some update on your schools.

**Colleen Davis:** You know, Cathy, what's even better is dad over there. He's making me smile so big because he's just like.

**Carrie Cleveland:** Madam Chair, can I ask Cooper a question?

**Cathy Hoover:** Sure.

**Carrie Cleveland:** Did you say it was the 19th that the CGS are due by the applications?

**Cooper Searles:** Yes.

**Carrie Cleveland:** Thank you. I'll share that in my committee report.

**Cathy Hoover:** She said she'll share that on her committee report.

**Carrie Cleveland:** Are you applying for it?

**Cooper Searles:** I am.

**Carrie Cleveland:** Oh, good. Great. That's awesome for you.

**CONSENT AGENDA**

**Meeting Minutes: October 20, 2025 Regular Meeting**

**Cathy Hoover:** Next is Superintendent's report.

**Dr. Jesse Boyd:** Next will be the consent agenda.

**Cathy Hoover:** Oh, I'm sorry, I'm like...

**Dr. Jesse Boyd:** And Madam Chair, we can approve all those in one bunch if you'd like or you can break them out if you'd like.

**Cathy Hoover:** I'm having technical difficulty right now. Okay. Combining them all is fine with me as long as nobody has any changes or comments to them.

**Colleen Davis:** Make sure everybody was here.

**Dr. Jesse Boyd:** This is the consent agenda. So you guys can just make one approval for everything. Unless somebody wants to pull something up.

**Ed Frank:** No, I don't.

**David Bush:** Yeah. But do we have any changes? I don't have any. I think it's fine to combine them.

**Dr. Jesse Boyd:** Was everybody here for both of them?

**Carrie Cleveland:** No. I think that's the reason why we pulled the one out, especially...

**Dr. Jesse Boyd:** October 20th was... We put that... Remember the minutes weren't in there last time? So that's why that one's in there. And everyone was at October 20th. November 11th everyone was there?

**Cathy Hoover:** Mr. Frank says he was not at the October 20th.

**Ed Frank:** I was not at October 20th.

**Dr. Jesse Boyd:** You were not at October 20th?

**Ed Frank:** November 11th, I was.

**Cathy Hoover:** So I guess we'll pull them out and do them separate.

**Dr. Jesse Boyd:** No. We have him in there as present. So we need to fix that. You weren't at October 20th, right?

**Ed Frank:** Right.

**Dr. Jesse Boyd:** No. Okay. So we'll have to fix that one. So we can make a motion to approve that...

**Dr. Jesse Boyd:** As amended and we'll remove Mr. Frank from the attendance.

**Cathy Hoover:** Do I have a motion?

**MOTION - Colleen Davis:** I make a motion to approve October 20th regular meeting minutes as amended. Meaning they're going to take you off as present.

**Carrie Cleveland:** Second.

**Cathy Hoover:** Any discussion? Okay. Motion has been made and seconded. All those in favor?

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Ed Frank:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**Meeting Minutes: November 11, 2025 Disciplinary Hearing; November 11, 2025 Regular Meeting**

**Cathy Hoover:** Moving on to the November 11th. We have a disciplinary hearing and a regular meeting minutes.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we approve the disciplinary hearing and the regular meeting minutes from November 11th as presented.

**Colleen Davis:** Second.

**Cathy Hoover:** Any discussion? I have a motion made and seconded. All those in favor?

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Ed Frank:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries. And then we have our donations. To approve, which all have seen. And I need a motion.

**Donations**

**MOTION - Carrie Cleveland:** I make a motion to approve the donations as presented.

**David Bush:** Since there's a board member on one of the donations, I don't think he can...

**Colleen Davis:** Approve it.

**Dr. Jesse Boyd:** Abstain.

**David Bush:** You just need to abstain. That's all. Well, you could separate that one or just abstain totally.

**Colleen Davis:** Second. Wait. What'd you say?

**Carrie Cleveland:** You second it? Are you seconding it?

**Colleen Davis:** I will. Yeah. Second.

**Cathy Hoover:** Okay. So any more discussion?

**David Bush:** Individual.

**Colleen Davis:** Mr. Frank, I'm accepting donations too. [laughter]

**Cathy Hoover:** Motion has been made and seconded. All those in favor?

**Colleen Davis:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Ed Frank:** Abstain.

**Cathy Hoover:** Chair votes aye. Motion carries.

**<u>DISCUSSION ITEMS</u>**

**<u>2026 Organizational Meeting Date</u>**

**Cathy Hoover:** We don't have any action items tonight. We do have discussion items on... We were going to talk about our organizational meetings. We had moved them back to 5:30 as to avoid going late. Do we want to leave them as is at 5:30?

**Colleen Davis:** I think this is where we want to kind of have that with Rachel too. I did talk to you. And didn't you say 5:30 was good? Yeah. So it's good for her. It's just checking everyone else.

**Cathy Hoover:** Is that okay with the rest of the board?

**Colleen Davis:** The question, I think... Sorry Cathy.

**Cathy Hoover:** There was a question about when the... On the nights that we have the disciplinary hearings and...

**Colleen Davis:** Like starting at 6:00 if we have a disciplinary hearing. Because we're having

double...

**Cathy Hoover:** I don't know if we can create such a schedule like that though.

**David Bush:** It's a good idea.

**Cathy Hoover:** So we have to set our schedule for next year, our calendar for next year, our dates and times and everything. That's what we're talking about right now. So right before you came on the board, we had 6 o'clock start date. Somewhere during my tenure we pushed it back to 5:30 because we were... There were times when we were ending at 10 and 11 o'clock at night. So the discussion now is, do we want to leave it at 5:30, right, or do we want to push it back to 6:00? And Mrs. Davis had the suggestion of leave it at 5:30, but when we have disciplinary like we did today, that we have to be at the school board office at 3:00 or 3:30 for one, two or potentially three, then we're rushing to get over here on those nights we would push it. But the problem with that is we don't know ahead of time. We would have to change it on the fly as we go. That's the only... You know because...

**Colleen Davis:** We don't know what ahead of time?

**Dr. Jesse Boyd:** Yeah...

**Cathy Hoover:** We don't... We can't...

**Dr. Jesse Boyd:** We would know... We would be able to communicate that when we knew there was a disciplinary hearing. But that can often be late. Now we can always change the agenda, but it's not good for the public to find out late that we've changed the time of the meeting because it would be late notification. So it would be a little bit challenging. And so just to be clear, this is good information. And what we will do for the organizational meeting is present to all board members at that time a list of the proposed meetings for the entire school year. And what we're talking about right now is if we're comfortable with a 5:30 start time or a 6:00 clock start time. What we really want to nail down tonight, because this is our last scheduled meeting for the year, is the date for the organizational meeting. So when we come back from winter break, we like to have that organizational meeting as early as we possibly can because we need to do business. So what typically happens is Monday and Tuesday of that week back is the vast winter conference. That's when I get a lot of information about budget. So usually that organizational meeting, the earliest it can possibly be is Wednesday, I think the date on that is the 7th. So I would propose Wednesday the 7th being the early possible date at 5:30 here at the Revercomb Building, if that works for everyone. And if not, we can make... We can do it later if need be. But the earliest possible date would be the 7th at 5:30 here.

**Cathy Hoover:** Everybody could check their schedules then we'll go ahead and schedule that. And Rachel, are you... Do you know if that's a good date for you as well? Because you'll need to be here, January 7th. Yes.

**Dr. Jesse Boyd:** And so that, I'll add to that, what we do that evening is we do the organizational meeting first. That's electing the chair and vice chair. And that's really about a half an hour. And then we roll right into our right... For our first regular meeting right after that. So the board's okay with that as well. We'll make sure that that's the case for that evening.

**Cathy Hoover:** Does anyone have objections to that date? You good?

**Ed Frank:** Nope. Good.

**Cathy Hoover:** It is not problematic? They typically are on Mondays. We're just trying to schedule our first one because we're at a... We don't have another meeting until January and if we wait 'till... And we're out of school on Monday. Oh, no, I'm sorry, Dr. Boyd's out of town, Monday and Tuesday of the first week back to school. So the following Monday would be 8, 9. What? The 12th or something?

**Dr. Jesse Boyd:** 12th.

**Cathy Hoover:** Which we can do if Wednesday's problematic.

**Rachel Scott:** I can make it work.

**Cathy Hoover:** Okay, I appreciate that. Then we'll go... It's just that one Wednesday though. It's... They typically are... They are going to be on Mondays. Thank you, Rachel. Okay, so the 7th it is.

**Dr. Jesse Boyd:** Okay.

**Cathy Hoover:** And then we have...

**Colleen Davis:** I can make it.

**Cathy Hoover:** You didn't say you couldn't.

**Colleen Davis:** Just kidding.

**Dr. Jesse Boyd:** You good?

**Colleen Davis:** I'm just laughing because...

**Dr. Jesse Boyd:** Okay.

**<u>Policy Manual Updates</u>**

**Cathy Hoover:** We have our policy manual updates.

**Ed Frank:** Those are all...

**Dr. Jesse Boyd:** We don't need a motion. We're good with that.

**Ed Frank:** Those are all deleted deletions, right?

**Dr. Jesse Boyd:** I'm sorry?

**Ed Frank:** The policy manual update...

**Dr. Jesse Boyd:** Yeah. Policy manual update's going to be quick and easy tonight. Yeah. So these are all deletions. Again, what we have is three policies that are up for deletion. These are ones that we've looked at earlier but we had to make revisions to. So nothing new for you guys. I don't think we have J... For the community listening, we have JHCDB which is Automated External

Defibrillators, AED. This policy is up for deletion. JHCDB-F use of Automatic External Defibrillators AED up for deletion. And KBA-E Exhibit Rights and Responsibilities up for deletion. All of these are... All the information in these policies we reviewed already, and they're found in other policies and other areas. So really, we're just cleaning up the policy manual. And as has been said in the past, the form is going to be deleted. That's the -F. That's going to be deleted out of the policy manual, but it's still a form that we use in practice. So if there's any questions, I can take them on any specific policy up for deletion, or I would just ask for a motion, Madam Chair.

**David Bush:** Madam chair, I assume, Dr. Boyd, that we can put all these together, all five of them?

**Dr. Jesse Boyd:** I'm comfortable with that. Yes. Yes.

**David Bush:** They're all deletions. I make a motion...

**Dr. Jesse Boyd:** All three of them.

**Colleen Davis:** Those three. Yeah.

**MOTION - David Bush:** I'm sorry. I make a motion that we approve the deletion of the three policy manual updates that were mentioned.

**Ed Frank:** Second.

**Cathy Hoover:** Any discussion? Motion has been made and properly seconded. All in favor?

**Colleen Davis:** Aye.

**David Bush:** Aye.

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

## INFORMATION ITEMS

### Committee Reports

**Cathy Hoover:** Now, moving on to committee reports. Mr. Frank, do you have any committee reports?

**Ed Frank:** No, I do not.

**Cathy Hoover:** Mrs. Cleveland, I know you do.

**Carrie Cleveland:** I do have a report, actually, no, I did not have a board meeting. But I just want to remind everyone, because Cooper also reminded us that the CGS applications are due by December 19th. So please get those applications in, and I wish Cooper lots of luck.

**Cathy Hoover:** Thank you, Mrs. Cleveland. Mrs. Davis. I'm sorry. Mr. Bush.

**David Bush:** Yes, I have a report. I got to go to my notes. Hold on. I had it there and my phone keeps shutting off.

**Colleen Davis:** Well, it's not working right, the Internet.

**David Bush:** All right. Yes, we had a Special Education Advisory Committee Meeting, a couple of weeks ago, and it was very, very good, really. Because we had... We voted on the new procedures. And then also governance for the chair and vice chair. The vice chair is still open. The chair is Miriam Niemi and the secretary is Jesse Bryant. And we also ended up adopting the bylaws. But what was really interesting, two things I want to bring to the attention of the rest of the board and then also the community, and that is that that two students attended the I'm Determined Conference, which was at JMU, and that was a three days and two-night conference. And they have a family track and a student track and a staff track. And we had two of our students that attended, and it was extremely beneficial, according to Ms. Niemi. She was talking about how valuable it was and hoping we can get more students involved with that.

Then also The Parent Teacher Resource Center. Making changes to the VoTech Center meant that the PTR, The Parent Teacher Resource Center, is no more. So it's being... But it's a good thing, because what's happened is they've done and provided a mobile unit for that. And we're getting one of our... What I understand. One of our mobile... One of our buses. And the art club at the high school is even designing the whole inside of it. And this Parent Teacher Resource Center then will travel to various communities throughout the entire County. That's really cool. Now, obviously, this is not done yet. Well, I assume it's not. This was a couple of weeks ago. But it's pretty exciting that this is being done. And the whole committee was very excited about it. There were some other things there, details. But really, those were the main things that I wanted to mention. And this was the last meeting of the year. We did approve the three meetings next year, which are, January the 7th. Was that the same date that we had?

**Dr. Jesse Boyd:** That's the same date.

**David Bush:** Oh, my. Okay. Well, whoever's on that committee may have to get a report from the...

**Cathy Hoover:** That would be you, because we don't vote for committees 'till after.

**David Bush:** No, no, I'm not going. [laughter]

**Cathy Hoover:** Wait a minute.

**David Bush:** My tenure's finished December 31st, remember? She took the new one for January 1st. Well, no, no, she's very good. Kate Howard is... Ms. Howard is very good at giving notes. So whoever does that can simply get notes from Kate Howard. And then March 11th is the next one, and May the 6th is the third one. There may be some more scheduled, but those are the ones as of now. That's all I have. Thank you.

**Cathy Hoover:** You're fired.

**David Bush:** I resign.

**Cathy Hoover:** Mrs. Davis.

**Colleen Davis:** It's not pulling up. But that's my fault because I didn't put it into notes. I just... For some reason, the Internet only works when I don't need it to. So I'll update it next meeting.

**Cathy Hoover:** Okay. I have no committee meetings. I mean, yeah, no committee notes. Because I had all mine last meeting. Okay, let's move along to the superintendent's report.

**SUPERINTENDENT'S REPORT**

**Dr. Jesse Boyd:** Thank you, Madam Chair. So I would like to recognize Ms. Higgins this evening. We did launch a new website this past week, I think it was. Or was it last week? December 1, was our launch date. And thank you to the guidance and leadership of Ms. Higgins. It's a beautiful product. It's really so much smoother and so much sleeker and really puts us into the 21st century as far as our webpage. So thank you so much, Ms. Higgins, for providing that. I think it's really putting us in a better place. We're knee deep in the budget process right now. So I wanted to fill in the board. Today we had Ms. Jennifer Brody. She's coming in and replacing Cheri Williams. So she was here for the first time today. Her official start date is January 1st. But as we begin to work through the budget, she's here to help in the process and she has an extensive experience in developing budgets and I think she'll be a huge asset to King George County. As soon as we came back from winter break, we had all of our department and school budget meetings. So we have individual budget meetings with each department in each school to talk about their needs.

The first part of this process is I'm going to present to the school board a needs-based budget and those needs are developed from all of those meetings that we have with departments and schools. The governor's budget, keep your eyes open. The governor's budget comes out on the 17th of this month. That'll be the first inclination that we will have in terms of large statewide budget, I guess issues or the way that the budget is being pushed. This will be the first indication of compensation that's being suggested across the state and a few other major factors when it comes to developing of the budget. Tomorrow we have our first capital improvement plan meeting with the County Administrator. So as you all know, you approved this last time and I'll present that to the County Administrator tomorrow for the first time. And then finally later this week, King George County will host all 17 Superintendents across our region for our Region 3 Superintendent meeting. So thank you to Ms. Scalph, thank you to Mrs. Davis, thank you to everyone that's helped put this on. I think we're going to have a good meeting with all of our regional superintendents and we'll be meeting at the UMW Dahlgren Campus in their conference room over there. And we'll have a very successful meeting and we'll put our best foot forward for King George County Schools. So we're looking forward to that. And that's all I have Madam Chair, for this evening.

**Cathy Hoover:** Thank you, Dr. Boyd. Mr. Bush, since this is your last official comment, I will let you go first.

**BOARD COMMENT**

**David Bush:** I'm sorry, this is going to be a little bit long, so forgive me. First, I want to thank Ms. Higgins for new...

**Cathy Hoover:** Wait, I expect no other.

**David Bush:** I want to thank Ms. Higgins for that new website. I've met with her and talked to her and she's also for the help that she's given me with a special project. Thank you so much, God

bless you for that help. I want to thank Mr. Crookshank for the prayer and I want to especially welcome Rachel Scott. God bless you for taking this. And I know you and I spoke four years ago and I'm so glad that you are now taking the mantle and continuing. It's wonderful. I think you're going to be a real benefit to this board and to the County and to the schools. I want to thank the student council from the high school. They did a great job and I love the way that they're all pretty good at speaking and that was really... It's nice to hear that. It's also nice to hear that one of them actually thinking about going further into that. I also... The Teachers of the Year, the King George Elementary School, Rhonda, I'm going to pronounce all these names wrong. Inzana. Potomac, Shane Pacelli. Sealston, Tina Miller. The middle school, Holli Sheddan. And then the high school is Grant Callahan.

Especially, kudos go to Grant Callahan for being the representative for the entire division. Also the Presidential Excellence and Academics Award for those 14 students, that was wonderful. The Dahlgren grants, helping with those coats and then especially the grant they're giving for the work-based learning with Ms. Rinko's doing, that's fantastic. The Lions Club poster contest is wonderful to see. The talent that we have here. I know I've seen it for four years now and it's so good. And Ms. Higgins, presenting the Christmas card contest again, that's always kind of a treat to see the cards every year. Ms. Kaple, thank you so much for what you presented.

And I know it's the beginning stages and I know you're going to continue and I will send you just the list that I... All it was just my research on the Internet and me thinking about it. But I'll send you what I have. I want to thank the rest of the School Board. It's been a very interesting four years and I've enjoyed working with the four of you and then also with the other School Board Members that I started with. Which, those were four different people back four years ago. And so I appreciate all of you and the dedication and the time that you put in. Everybody has a different kind of strength that they have and that they bring to the board, which is very good for boards, I think, especially when you have somebody that's... People that are older, people that are younger, people that are middle aged, people that you know, military, education, different backgrounds. No, it's really very good. The more diverse the board can be, the better it is for the division.

**Colleen Davis:** Wait, who are you calling middle aged?

**David Bush:** I should have not said that, I guess.

**Colleen Davis:** You pointed at me.

**David Bush:** No, I didn't. I went like this. [laughter] All right. I did want to say a couple of more things, since this is my last meeting. You know, education, I've been involved with education and ministry my entire life. And education is extremely valuable for success, for students, for the community, for the schools. And it helps drive the students for what they can learn, to not only help themselves, but how they'll contribute to society, their families and so on in the community. But, you know, education does not save us. The one thing that saves us is Jesus Christ. That is the only thing that will really save us for all of eternity. Education is wonderful, but let's never forget there's only one savior, and that's Jesus Christ. Thank you. God bless.

**Cathy Hoover:** Thank you, Mr. Bush, Mrs. Davis.

**Colleen Davis:** Thank you. David, me and David butted heads a lot. But one thing that David is really... Two things David's really, really good at, and one is, letting go of things and moving on to the next day. And I don't know if he just forgets because of old age. [laughter] I had to do that because I'm just... But one of the things that I really did appreciate, I do appreciate about you and

what you bring to the board is a sense of calmness. So we faced a lot of things, especially my first year on the board, some heavy things. And you have the ability of calming things down. The way you speak, the words you use, the things that you say, that's what it does. It just calms it. So there were times where I wanted like to say a whole lot, but I was too nervous and didn't know if I was going to mess up. And then you would say it. And a lot of what you said was what I wanted to say. You just said it better. So I want to say that that's what I'm going to miss about you a lot, is the way you present things.

So we will miss that. We'll miss you. And I am thankful that Rachel's coming up behind you, though, and that it's someone we know that is going to follow stead and in unity with the board, but with her own brain and what she brings to the table. So that's a nice, easy transition that's coming along. So we're thankful for that, too. So I do want to thank all the principals for being here tonight again, long night again, the teachers. A lot of what he said, I don't want to repeat it because we still got plenty of board members that got to speak. But shout out to... Hold on. Ms. Inzana, which two of my kids had her. I even, she invited me to one of her kid's birthday parties and I didn't even know her, but my kid was in her class so I went and I got to learn like she's such a cool person to hang out with. She was very welcoming and warm. Mrs. Sheddan, Mr. Pacelli. Or is it Pacelli, Pacelli? Mrs. Miller, Mr. Callahan.

Well-deserved all of you. And you know Mr. Callahan, what a... I'm so glad I got to know him through you, Ed. I'm very thankful. Oh, I knew him already. I knew his wife very well. But Pastor Davis, for coming and bringing... He didn't bring invocation today. Mr. Crookshank, I always appreciate and enjoy him too, having conversations with him. He's at Hanover? Yeah. Hanover. One of the oldest Baptist Church in King George. Pretty cool. I have... What do I have here? Oh, oh, the speakers. Sorry, I just wrote their names down, I'm like, who are these. But the people who came and presented or spoke publicly, we do appreciate the feedback or not the feedback, we appreciate you coming and having the courage to come and speak. Jennifer Brody, welcome aboard, if you're watching this, I don't know if you are, but if you are, welcome aboard. I can't... I look forward to meeting you. Cooper, you did a good job. Every time you come back, you do a better, you get... You're growing and that's what's important. Yeah, good job. And Jake, always leading the way and being a good example to the younger ones that are right behind you. So good job and all that you do for the high school and representing the high school. And that's it. Thank you.

**Cathy Hoover:** Thank you, Mrs. Davis. Mr. Frank.

**Ed Frank:** Yes, again, as always, I'd like to thank all the teachers and staff for all you do and wish you a very Merry Christmas and a Happy New Year. Also, as all the other Board Members have said, I'd like to thank all the presenters tonight. Congratulations to all the recognition people we had, especially the Teacher of the Year for each of the schools. And then Grant Callahan going on for the division is fantastic. Erin, I sure hope we didn't make things too hard on you up here. [laughter] It's something that's near and dear to a lot of our hearts, so it's something that we're going to be paying a lot of attention to. And Ray, I see you out there in the audience and it's always good to see someone older than I am here.

**David Bush:** Me too.

**Ed Frank:** And thank you to the school reps, the high school and the middle school rep. You guys do a fantastic job and it's really appreciated. On the 17th of November, Dr. Boyd and I had the pleasure of going to the ROTC Annual Inspection that they had at the high school. And I guess, Dr. Boyd, there's probably, what? 150 people there at this one?

**Dr. Jesse Boyd:** Oh, easily.

**Ed Frank:** Easily. I mean, the pla... The bleachers were almost full and that's the first time, that's the most there's ever been. And those guys are just doing a fantastic job. Rachel, welcome to the board. I'm sure it'll be great with you here. Mr. Bush, sorry we're losing you. You've been an asset for me, definitely at the board. As Colleen said, you're always calm. It's the old Southern gentleman thing that's there. You know, your voice is always calm, always calming other people, especially me, down. So I appreciate that. And again, Merry Christmas, everybody. Thank you.

**Cathy Hoover:** Thank you, Mr. Frank. Mrs. Cleveland.

**Carrie Cleveland:** Yes, thank you. I just want to say congratulations again to our Presidential Excellence Students in the Academics Program and also our students that were recognized tonight for the poster contest, the peace poster, and also the holiday cards. It was really nice to look at that artwork. Thank you for our partners at the Dahlgren Rotary Club and just again, congratulations to our teachers of the year. What a noble job being a teacher is and all the value that you add to our students' lives each and every day. We just really appreciate all that you do. I would like to say thank you for the opportunity to attend the VSBA Conference which we did in November. I was able to attend that conference with a few of my colleagues and also have the opportunity to get to know Rachel a little bit better and super excited to have her join the board. Very intelligent, methodical lady. I'm excited to work with you and just be able to participate in a lot of different classes at the VSBA conference and network for a few days, which was really nice. So thank you for the opportunity.

Mr. Bush, wishing you the best. I'm sure that... Well, I hope that we will stay in contact and we'll still see you around King George. I still need to visit your church one day. I'm going to do that. Mr. Frank, thank you for your generous donation. Appreciate you donating towards the cause to the NJROTC program. I know how much you value that program, as do we. So thank you for that. And Cooper and Jake, appreciate all the updates that you give us from the high school and the middle school. I actually have kids in the high school and the middle school and you guys give me more information than they do. So thank you. That's all.

**Cathy Hoover:** Well, I will just say thank you to everybody that's here that was here that did your presentations. Congratulations to all the winners of everything tonight. I love this meeting the best. This is my favorite meeting of the year because it's all good stuff. And I do... I only like the good stuff, but I do appreciate everybody that's still here. I did enjoy going to the elementary school this morning to give the one art contest winner her prize, but it made me remember how much I missed going in. So I need to go back and just especially this time of year when it's all good celebrations and singing. I did want to say a special thank you to David again. Because like I said, you were my mentor when I first started and you even to the last... I mean, you even helped with the last thing that you did not have to help me with that we're about to talk about in closed session. So thank you for... I know that was a pain. So thank you for helping because being the chairperson and coordinating everything is not easy. So you lied. But I forgive you. You told me it was a piece of cake. But I do appreciate you. And...

Jake and Cooper, thank you for staying here past 7:30. Sorry, I'll stop talking. But thank you to all the administration, teachers, everybody that gives their everything, that gets there before the sun comes up and leaves when the sun goes down or after the sun goes down now. But just thank you and Merry Christmas to everybody. And I need another motion.

## CLOSED MEETING

**MOTION – David Bush:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires, reassignments, substitutes, resignations, stipends and school board self-evaluation, specifically reviewing the superintendent's evaluation, as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Ed Frank:** Second.

**Cathy Hoover:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. We are now in closed session.

## RETURN TO OPEN MEETING

**MOTION - Carrie Cleveland:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Colleen Davis:** Second and certify.

**David Bush:** Certify.

**Ed Frank:** Certify.

**Carrie Cleveland:** Certify.

**Cathy Hoover:** Chair certifies. All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. We are now back in open session.

## ACTION RESULTING FROM CLOSED MEETING

**Personnel**

**MOTION - David Bush:** I make a motion that we approve all of the personnel recommendations that were made in closed session.

**Ed Frank:** Second.

**Cathy Hoover:** All those in favor?

**Carrie Cleveland:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Colleen Davis:** Aye.

**Cathy Hoover:** Chair votes aye. Motion carries.

**ADJOURNMENT**

**MOTION - David Bush:** Make a motion that we adjourn.

**Colleen Davis:** Second.

**Cathy Hoover:** All those in favor?

**Carrie Cleveland:** Aye.

**Colleen Davis:** Aye.

**Ed Frank:** Aye.

**David Bush:** Aye.

**Cathy Hoover:** Chair votes aye. We are now adjourned.

**Colleen Davis:** Goodbye, David.

**Cathy Hoover:** Merry Christmas. Success.

**COPY ATTEST**

| | |
|---|---|
| ______________________________ | ______________________________ |
| Cathy Hoover, Chairman | Erin Scalph, Clerk |