# EXHIBIT 14

**King George County School Board**
**Regular Meeting**
**January 7, 2026**
**Horace A. Revercomb Building, Board Room**
**6:00 p.m.**

## TABLE OF CONTENTS


School Board Members Present ____ 3
Others in Attendance ____ 3
Call to Order ____ 3
Invocation ____ 3
Pledge of Allegiance/Opening ____ 4
Moment of Silence ____ 7
Recognition ____ 7
    KGEF Space Camp Scholarship ____ 7
    Fall Athletic Recognitions ____ 9
Public /Employee Comments ____ 12
Superintendent Comment ____ 19
Changes to the Agenda ____ 20
Presentations ____ 20
    Strategic Plan Update ____ 20
Student Representative Comment ____ 26
Consent Agenda ____ 28
    Meeting Minutes: December 9, 2025 Student Hearings; December 9, 2025 Regular Meeting ____ 28
Action Items ____ 28
    Acceptance of Funds: 2026 Dangers of Fentanyl Activation Grant ____ 28
    Acceptance of Funds: Rappahannock Area Health District American Rescue Plan Grant ____ 29
    Acceptance of Funds: Career Switcher Mentor Teacher Grant - Fall 2025 ____ 30
    Acceptance of Funds: National Board Certification Incentive Award ____ 32
Discussion Items ____ 33
    Policy Manual Updates ____ 33
Information Items ____ 36
    Committee Reports ____ 36
Superintendent's Report ____ 36
Board comment ____ 37
Closed Meeting ____ 39

Return to Open Meeting ____ 40
Action Resulting from Closed Meeting ____ 40
Personnel ____ 40
Adjournment ____ 41
Copy Attest ____ 41

**Regular Meeting Minutes**
**January 7, 2026**
**Horace A. Revercomb Building, Board Room**
**6:00 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

**SCHOOL BOARD MEMBERS PRESENT**

Colleen Davis, Chairman
Carrie Cleveland, Vice-Chairman
Cathy Hoover
Ed Frank
Rachel Scott

**OTHERS IN ATTENDANCE**

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

**CALL TO ORDER**

**Colleen Davis:** I'd like to call to order the meeting of the King George School Board. Invocation this evening will be by Pastor John Hinson.

**INVOCATION**

**Pastor John Hinson:** Thank you so much. It's always an honor to pray for this Board and for the county, not just on Board meeting nights. So glad to be here. Let's pray together, if we could. God, we just thank you tonight, Lord, for a new year. Lord, we thank you for this Board, the new folks that are on the Board, God, we thank you for them. We pray, Lord, that you would lead them and guide them, Lord, as they unite with the rest of this Board. God, we thank you for the work that they do. We pray for unity among those who serve here, God, with one another, with the folks in King George County. Lord, we pray that you would guide the discussions that they have, Lord, the direction that they're walking, the decisions that they're facing. Lord, we pray for your protection for them and their families, Lord, for strength during seasons where they may be weary. God, we just pray that you would guard their hearts and their minds. Lord, we pray they would have confidence. Confidence is a gift from you, Lord, that they would trust you and seek your wisdom. We pray, Lord, as they make decisions that reflect, Lord, the care for the kids in this community. Lord, we pray for the children, we pray for the families. We pray for their very best, God. And so, Lord, may you just mark this year with peace, with direction, with progress, Lord. And may your will be done and you be honored, God. And we pray this tonight, in the name of

our savior, Jesus Christ. Amen.

**PLEDGE OF ALLEGIANCE/OPENING**

**Colleen Davis:** Thank you. And then we have a special... Mrs. Kate Jones' class, which is the third-grade class from Potomac Elementary, to lead us in the pledge of Allegiance. If they want to come forward, they can come up here too, if you guys need. That's fine.

**All Present:** I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one nation under God, indivisible, with liberty and justice for all.

**Colleen Davis:** Please stand for a moment of silence.

**Colleen Davis:** Okay. Thank you. And before you guys leave, good afternoon. Thank you for coming. What would you say?

**Dr. Jesse Boyd:** Madam Chair, they also have an instruction.

**Colleen Davis:** Oh, awesome. Okay. Go ahead.

**Kate Jones:** Hi, I'm Mrs. Jones. I teach third grade at Potomac Elementary School. And this is our third-grade class. We learned about the geographic features of Africa, and the ancient civilization of Egypt, in November. And so, the kids wanted to share all their learning with you guys, so they created a presentation, a Google Slides presentation, called, 'The ancient Egypt ABCs'. So they would like to share all they learned about Egypt with you guys tonight. Okay. So I need you guys to get in line that you're supposed. We're going to go out that way, so. Go that way. So wherever you go in line, line yourselves up, okay? Come this way. That way, when we have to go to the end of our line... Ready?

**Speaker 5:** A, is for architecture. The ancient Egyptians built the pyramids as a tomb for the pharaohs. B, is for bathing. The ancient Egyptians bathed in the Nile river because the water was good for their skin and it was nice. They loved it so much that they used it all the time.

**Speaker 6:** C, is for civilization and calendar. Civilization means a group of people living in an organized way. The ancient Egyptians were one of the first civilizations to use a 365-day calendar. D, is for desert. Ancient Egypt was located in the Sahara Desert. The Sahara Desert can reach 130 degrees Fahrenheit in the daytime, and drop to freezing at night.

**Speaker 7:** E, is for Egypt. Egypt is a hot dry country with very little rain. F, is for farmer. When the Nile river flooded each year, it left behind silt which made the soil fertile for growing crops. Most ancient Egyptians were farmers.

**Speaker 8:** G, is for gods. The ancient Egyptians were polytheistic, which means they believed in many gods.

**Speaker 9:** H, is for hieroglyphics. The Egyptian people wrote using symbols called hieroglyphs. Egyptian hieroglyphics became the model for the two most common alphabets in the world.

**Speaker 10:** I, is for irrigation. Irrigation is a system of digging ditches in order to bring water from the Nile river up to their crops. The ancient Egyptians used irrigation in order to farm. J, is for jewelry. All ancient Egyptians wore jewelry. The materials they used to make jewelry depended

on whether they were wealthy or poor.

**Kate Jones:** Ainsley. Where's Ainsley? Ainsley.

**Speaker 11:** K, is for Kemet. The ancient Egyptians called their land Kemet, which means the black land. They called it Kemet because of the fertile dark soil left by the flooding of the Nile River. L, is for lightweight. Ancient Egyptians wore lightweight, white linen clothing because of the heat. The Egyptians made their clothing from a plant called flax.

**Kate Jones:** Michael. Michael.

**Speaker 12:** M, is for Mummy. The ancient Egyptians were able to preserve bodies after death through mummification. N, is for Nile River. The ancient Egyptians used the Nile river for fishing and boating.

**Speaker 13:** O, is for obelisk. An obelisk is a four-sided monument built to honor the gods in ancient Egypt. Our Washington Monument is an example of an obelisk in architecture. P, is for papyrus. Papyrus is a plant that grew in ancient Egypt along the Nile River. They used the papyrus plant to make paper. You get the English word, 'Paper,' from papyrus.

**Speaker 14:** Q, is for queens. Queens and kings in ancient Egypt were called pharaohs. King Tut was the most famous pharaoh.

**Speaker 15:** R, is for riding camels. Egyptians use camels to get around the desert. S, is for sarcophagus. A sarcophagus is a coffin that was used to hold the bodies of Egyptians that had passed away. They decorated the sarcophagus very fancy.

**Speaker 16:** T, is for tomb. A tomb is a building where people are buried.

**Speaker 17:** U, is for uncover. Archaeologists have been able to uncover many items from ancient times in Egypt. V, is for very. Egypt was a very rich and powerful empire on the continent of Africa.

**Speaker 18:** W, is for water clock. The Egyptians invented a water clock as a way to tell time. Someone would pour water into a bowl with lines on the sides. As the water dripped out of a hole, the water level dropped, which allowed them to tell time. X, is for exciting. Ancient Egypt was very cool civilization to learn about.

**Speaker 19:** Y, is for youth. Boys in ancient Egypt went to school, while girls stayed home and learned from their moms. Z, is for zone. Ancient Egypt was located in the northeast zone of Africa.

**Kate Jones:** They are prepared for questions from you, if you guys have any questions. But thank you guys for listening to us. They've been practicing really hard, and we're so excited to come and share. And I'm very proud of them. I mean, at 8 years old, getting up in front of all these people is a big deal. So I'm very proud of you.

**Colleen Davis:** Do we have any comments from the Board?

**Carrie Cleveland:** I can't believe I can come up with a question because I feel very educated. So thank you for that. But I do have one for you. So something that you said was that, making jewelry, you could tell who was wealthy or who was poor by what they used to make the jewelry. So what did the wealthy or the poor use to make their jewelry?

**Speaker 5:** The rich would use diamonds... Gold and diamonds. And the poor would... Like, wood from trees, or something.

**Colleen Davis:** Good job. Good job.

**Carrie Cleveland:** Thank you.

**Colleen Davis:** Miss Brooke has a comment.

**Brooke Hayden:** Good job on the pronunciation of some of those words. As an almost adult, I couldn't even pronounce half those words, let alone spell them. So proud of you 8-year-olds. I just want to ask, what was your favorite part of learning about Egypt? Was there one specific thing where you were just like, Oh, this is really cool?

**Speaker 6:** The pharaohs and the mummies.

**Colleen Davis:** What was cool about the mummies? The fact that there were real mummies at one time, and it wasn't just a ghost story? Yeah.

**Speaker 6:** Real mummies.

**Kate Jones:** What did you like learning best about Egypt, Ancient Egypt? What'd you like learning best about ancient Egypt?

**Speaker 7:** I didn't really know that they buried the pharaohs and the civilians from there, from ancient Egypt.

**Colleen Davis:** Good job.

**Kate Jones:** You want to say what you liked to learn about Egypt? Ancient Egypt? What did you like learning about? Want Kalen to go? Come on. What'd you like learning about Egypt?

**Speaker 9:** My favorite thing about learning about Egypt is where they had to, bury the pharaohs in the back in the middle of the pyramids, in a secret area.

**Colleen Davis:** Very cool.

**Kate Jones:** Yeah?

**Speaker 10:** My favorite... I forgot. Okay. That's okay. Do you have a favorite thing you learned about ancient Egypt?

**Speaker 11:** My favorite thing about ancient Egypt was hieroglyphics.

**Kate Jones:** They got to write... We spent a day, and they got to learn the characters and write their names and sentences in hieroglyphics. It'd be really hard to do spelling tests in hieroglyphics, I'll tell you that.

**Speaker 12:** My favorite thing about ancient Egyptian is the Nile River.

**Kate Jones:** What about it?

**Speaker 12:** Because it looks beautiful. And if it's in reality and in picture.

**Kate Jones:** Yeah. And what did we learn about the Nile River? No? You want to talk about it? Go ahead.

**Speaker 13:** We learned how to make papyrus... I mean, paper, from the banks of the Nile because the plant papyrus.

**Speaker 14:** I really liked hieroglyphics.

**Kate Jones:** Do you have a favorite thing?

**Speaker 15:** Yeah. Hieroglyphics.

**Kate Jones:** Hieroglyphics, too?

**Speaker 15:** I like hieroglyphics.

**Speaker 16:** Can I say I like the pyramids?

**Kate Jones:** Yeah. What do you like about them now?

**Speaker 16:** I like the pyramids because they built the pyramids handmade, and it took a lot of hard work.

**Speaker 17:** I was surprised about how back then, you could climb on the pyramids. But now, you cannot climb on the pyramids.

**Colleen Davis:** Thank you, guys. Thank you so much.

**Speaker 22:** Everyone take one step away from the wall. All right.

**Speaker 23:** Say, "School Board." Sorry.

**Colleen Davis:** Thank you.

**Dr. Jesse Boyd:** Thank you. Good job.

**MOMENT OF SILENCE**

**RECOGNITION**

**KGEF Space Camp Scholarship**

**Colleen Davis:** Next, we have Mr. David Zook, on behalf of the King George Education foundation. We'll be recognizing William Watermolen for winning the Space Camp Scholarship.

**David Zook:** Thank you very much. Yes. We're actually... Before we celebrate Brandon winning the scholarship for 2025, we're going to have Nora Perry, who is our 2025 Space Camp attendee.

She has some slides she'd like to share with us and what she learned.

**Nora Perry:** Can I go? My name is Nora Perry, and this is my NASA Space camp presentation. On November 21, 2024, I was awarded with the KGEF Space Camp Scholarship. I was so happy and so grateful that I won the scholarship. Thank you, KGEF, for awarding me and presenting me with the scholarship. It was a great experience. The picture above is a photo of one of the many things I had to do to win the scholarship. I had to make a patch design for the scholarship, so I made that one up there. The patch resembles the idea that everyone can learn and explore space. The first day when I first got there, I had all my stuff, and we got to set up our little area, and our bunk beds, and that was really fun. And I got to meet so many new people. And then when my mom dropped me off, I went into an auditorium and they told us everything about Space Camp. And it was super fun.

**Nora Perry:** And we got separated into teams, and my team name was Cassiopeia. And Cassiopeia is a constellation in the sky. And I got to see a bunch of cool things. I got to see the Pathfinder shuttle, Saturn V, and the Mercury Redstone. And then, we got to meet the astronaut, Woody Spring. He's a former NASA astronaut, and a retired United States colonel. During my time in Alabama, NASA Space Camp, he came and did a presentation and was at our graduation too. And we got to... Before I left, they told us about a monkey, and her name was Miss Baker. She was the first monkey in space, actually. And they have her grave there at the Space Camp, and we got to see that, and that was really fun. Then we also got to go in the shop, and there's a bunch of cool things to see. And I got a thing, it was called a moon ball. And it basically bounces really high, and it was really fun. And that's everything. Thank you.

**Colleen Davis:** Thank you. Any questions from the Board, or any comments for Ms. Perry? Go ahead.

**Carrie Cleveland:** Thank you for this, by the way. It sounds like a good time. So what did you have to do to win the scholarship?

**Nora Perry:** I had to do the little picture thing that I showed. It was to design a patch. And then I had to get teacher recommendations. And then I had to write two paragraphs on, why I wanted to go and why I deserved it, basically.

**Carrie Cleveland:** Were you going up against a lot of other applicants?

**Nora Perry:** Yes. I guess. Yes.

**Carrie Cleveland:** Well, congratulations.

**Nora Perry:** Thank you.

**Colleen Davis:** Thank you. And thank you for representing King George. Good job.

**David Zook:** I just wanted to add that it's like a... It's only for fifth graders. So we want to have someone, as we recognize at KGEF, that there is a need among the students where a lot of times, some STEM... All the excitement from elementary school starts to dissipate a little bit as they get into middle school. So this is an initiative that was started by Mark Bradford, who was my predecessor on the board. And we try to do it in a way that it encourages students to plan as if they were applying for something. So yes, there's those two essays, there's the patch. But it's really about thinking about where they want to be, and what they want to do. And it is very much

like the experience that we've all heard of in Space Camp, maybe not the movie that was in the 80s that was produced, but it's a great chance for the students to get out and learn something. They get to go through a moon bounce kind of experience, a 360 degree or 5 vector model, like some of the astronauts actually do. And then they get to go on an adventure outside of the space shuttle. Some of them get through mission, some of them get to be in the launch area, some of them get to be in the actual shuttle itself. So it's really exciting chance for them to see that you can put science into action. You have anything you'd like to say? All right. With that, I'll pass it over to Yvonne, and she'll announce.

**Yvonne Richard:** Good evening. This year, it is my pleasure to announce Brandon Watermolen as our winner for the Space Camp scholarship. He will be going to Huntsville, Alabama, to spend a week at Space Camp and explore some of the things that Nora shared, and come back with his own adventures and his own stories to tell. And we're looking forward to finding out what Brandon gets to do on his adventure.

**David Zook:** Wanna go upfront?

**Dr. Jesse Boyd:** All right. Congratulations.

**Colleen Davis:** Thank you. I do want to say that when I was looking out at the crowd, I saw this very nice dressed looking young man sitting at the end, and I was like, I wonder what he's doing, because I didn't know who you were. But I think you have big things in your future. I think all kids do. But I just... Thank you for coming. And congratulations. You're welcome. All right.

**Fall Athletic Recognitions**

**Colleen Davis:** So the Board will now move forward to recognizing the King George Middle School volleyball, team for winning the Battlefield District Championship for third straight season. And coach Limbrick.

**Matt Limbrick:** Their fearless captain is unavailable to speak, which if you know, Sarah Zook, that's the fearless captain. So this is our third year winning this program, this tournament, and we're really excited. Thank you, guys, for your support. Thank you, guys, for supporting us as educators, but also for as coaches. We went this season only dropping one game the entire time, and then going to the playoffs and not dropping a set at all during both of those playoff games. And then the championship match, also winning straight three sets, and just taking it out really well. They don't like to talk, so that's why I'm talking. And I don't like to talk either, even though I'm a teacher. Anybody want to say anything? No? Okay. See, I told you. They played really well, so I mean...

**Colleen Davis:** I heard Kylie, she said she wanted to. No?

**Matt Limbrick:** Any questions for them? I mean, I don't... I was gonna bring the trophy, but, you know, school, so.

**Colleen Davis:** Yeah. What was the highlight when you guys won that game? What... I mean...

**Matt Limbrick:** They said all of it. They all said they forgot. I think their favorite time was watching me not try to cry during the third win. I found out very quickly, as a parent of... He's only six now. But things make me cry a little easier as an adult. And these girls doing the work they've done... I had two players come back this year as the third year, so they'll be moving to the high school. Out

of all the girls, only three actually played court time last year out of entire team. So we went from three players on a six-man team, if you will, or six-man court, to the entire group playing and playing really well. We have aces out the wazoo. Over 300 aces for the season. 100 coming from one player. She broke her... Sarah Zook, she broke her record. She wanted to get a 100 and she got 102.

**Colleen Davis:** Of course. Yeah.

**Matt Limbrick:** Really, really, big movement for her.

**Colleen Davis:** Congratulations, ladies. That's awesome. Thank you for representing King George so good too. Thank you.

**Matt Limbrick:** Good job, girls. They're gonna take a picture. Yeah, take a picture. Is that good enough? I'm sweating.

**Carrie Cleveland:** Good job, girls. Good job coach.

**Colleen Davis:** Yeah. Good job, coach.

**Matt Limbrick:** Thank you, thank you, thank you.

**Colleen Davis:** Woo hoo! Good job.

**Colleen Davis:** All right. What is next? Let's see. Oh, so next that we have is the King George High School Teams and competitors for participating in states. How awesome. Cross country competitors. Timothy Wingeart... Is that how you say that? Sorry. And Bailey Delier. Okay. No worries. And then the King George High School cheerleading.

**Dr. Jesse Boyd:** We do have Ms. Weston.

**Colleen Davis:** For the cheerleading team? Yes. Okay. So would you like to come up and... Oh, there she is. No, there they are. Okay. You guys can come to the front. Yes. Sorry.

**Amanda Weston:** Sorry about that. We couldn't hear anything from the hallway. The other team was leaving and we were trying to come in. Guys, you're supposed to be over here with me.

**Colleen Davis:** Yeah. Look, they're all dressed up...

**Amanda Weston:** Very specific formations. Hey, guys, can you come back this way? There we go. Thank you for recognizing our varsity team. We have a very strong cheer program. We have for years. It's been built on really remarkable kids who've gone on to do great things. I'm sure these girls are going to be no different. Not only did they... One thing about Cheering in King George, is we're year-round, and we treat it that way. So the girls actually started sideline tryouts in May, before last school year ended. They worked out all summer. Very stringent workout from home. Stretching, conditioning, all the things. We hit the ground running hard in August when competition season starts. They never let off the gas. They're remarkable human beings. I'm proud to be associated with them.

Districts. They, for the third straight year, dominated. 28 points between first and second, 126 points between first and last. Cheers normally... A point or two. We got to region. The girls had a

great day. The region's very tough. Little King George, we're going up against schools that are backed completely by all-star programs in Richmond and Northern Virginia. The girls not only held their own, they crashed second in the region, missing first by a single point. So they did a really, really great job. They made first state's run in a very long time. The last team that had been to States, was 2014. This one was still in my belly then. That gives you any kind of indication of how long that had been. They earned every single point there. They finished sixth in the state.

Turned around, a couple weeks later, we transitioned from competitive VHSL cheer, right into game day cheer, which is a more sideline format. We took them to the UCA, Universal Cheer Association, Virginia Regional, where they won their division, securing a bid to nationals. So they're in prep right now, working really hard on their national's routine, which were taken to Orlando in February. Not only did they get a bid, but our JV team, who also is the only JV team in the district to compete VHSL, they also got their game day bid to go to nationals. So all 38 girls and coaches are going to nationals.

I think the girls will agree with me that our assistant coaches are some of the best in the business. Jen Grigsby, Lucretia Pryor, Carla Ziegler and Carley Johnson. Really cool thing is that Ms. Johnson, who's a gym teacher at King George High School, she was on our '14 states team, and then got to go back with the girls. So we finally got her back coaching. I've been working on her for a lot of years, finally got her back coaching, and then that was the year that the girls made it back to state. So like I said, they work really, really hard. They're really remarkable kids.

Most impressive though, is it's youth camp week. So we have about 50 youth cheerleaders from the county coming to work with us. They worked with us Monday, again today. I pulled these girls. They taught camp for the first 45 minutes. We pulled them off the mat. I said, you got five minutes. Ran in the bathroom, changed like they were in a phone booth, and here we are. So they look great. For high school girls to change that fast, I think that's probably a huge accomplishment. But like I said, they're great humans. Thank you for recognizing them and, for continuing to support the athletics programs at the high school.

**Colleen Davis:** Thank you. Yeah. Awesome.

**Ed Frank:** Amanda.

**Amanda Weston:** Yes, sir.

**Ed Frank:** I've known you for 25, 30 years now?

**Amanda Weston:** Sir, I'm not that old. Yeah, I think that sounds about right.

**Ed Frank:** Yep.

**Amanda Weston:** Please be sergeant Major Frank.

**Ed Frank:** And over all those years, I have watched you and watched what you have done for these young ladies, the mentorship, the role model that you have been for them. And I really appreciate that, and so does the whole Board.

**Amanda Weston:** Thank you. They make it very easy.

**Carrie Cleveland:** Madam Chair. Thank you so much for this. Congratulations. I know how hard

you guys work. I've seen you on the sideline. You look awesome. I love watching you. Thank you for the camps that you do. My daughter goes to those camps. She loves them. She loves you. Thank you, Amanda, for everything that you do. I know how much commitment and dedication that takes. And I can... We can just tell how much you love this team. So thank you.

**Amanda Weston:** Yes, ma'am. Thank you.

**Colleen Davis:** Yes. Congratulations. Thank you, ladies. Yes. Congrats! Picture?

**Dr. Jesse Boyd:** Guys, come up here and we'll take a picture.

**Amanda Weston:** Oh, sorry, Mr. Frank. I didn't mean to shock you.

**Dr. Jesse Boyd:** You guys want to do a pyramid, or something?

**Colleen Davis:** Congratulations.

**Dr. Jesse Boyd:** All right. Good job, guys.

**Colleen Davis:** All right. Comment. All right. Thank you so much, ladies. Have a good night. All right. You guys are great. All right.

**PUBLIC /EMPLOYEE COMMENTS**

**Colleen Davis:** So now we are moving on to public comment. I'm going to read this little disclaimer really quick. If you would like to speak during public comment but have not yet signed up, please see the clerk now. Which you still can sign up if you haven't, but I think everybody has. Public comment is an opportunity for community members to share matters they believe deserve... Huh? Not yet. I'm getting ready to. We're getting ready to. Sorry. I will call you, just a second. It is a time for a one-way communication to the Board, not a form or dialogue or debate. All speakers are treated equally, and comments should be courteous, respectful, and related to the school division services or policies. Audience members are expected to maintain proper decorum. Speakers will be recognized by the Chair, and asked to state their name, their connection to the school division, and their district. Each speaker has up to 3 minutes to comment. Our first speaker this evening is Pastor Sherman Davis from the Dahlgren district.

**Pastor Sherman Davis:** I don't think I'm first, but anyway. I'm just thinking about Mr. Frank. You feel like a thorn among the roses?

**Ed Frank:** I am.

**Pastor Sherman Davis:** Okay. Checking that out. I'm Sherman Davis. And I need to get started because I only got 2 minutes and 54 seconds. Can you imagine the God of love who says there's something we shouldn't love? Same verse I read on last night at the other meeting, Supervisors' meeting. It says in 1 John, 2:15, "Love not the world, neither the things that are in the world. If any man love the world, the love of the Father is not in him. For all that is in the world, the lust of the flesh, the lust of the eyes, and the pride of life, is not of the Father, but of the world. And the world passeth away, and the lust thereof: but he that doeth the will of God abideth forever." Now, of course, we want to congratulate our dear Rachel Scott, first time being here tonight. But when you think about the world, the Bible uses the word, 'world,' in three different aspects. It uses the world for the created land area, that real estate, so to speak. And it means land or land area. And

God... The Psalms tells us in Psalm 24:1, "The earth is the Lord's, and the fullness thereof; the world, and they that dwell therein," in Psalm 24. And so it talks about land area, or the real estate, it all belongs to God. And one of these days, he's gonna come back and set up his kingdom, and he'll be the one ruling in the world. And then the world talks about... Also means people. For example, John 3:16, the Bible says, "For God so loved the world," we know that verse. And he's not talking about land area or real estate. He's talking about people. "For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life."

And then God says there's something we should not love. The God of love, who is love, says, you should not love the world. And that's a different definition of the word, 'world.' And the word, 'world,' here, this is the world we live in. This is the atmosphere we live in, the system and this present age, the world as the system organized by men. And this world opposes God. You'll probably take note of the fact that many times, people come to a Board meeting, and I ask them for more Bible in the school, more Bible in the school, more Bible in the school. They're hollering, separation of church and state. Separation of church and state. The world, this system, opposes God. And that's the world that we live in. And so God... The thing is, the Lord said, this world is going to come to an end. And this arena of which the ungodly can express their lust, and their lostness, and their lawlessness, it's really the spirit of Antichrist. And so that world comes to an end. And Jesus will come back and he will rule and reign. They all said...

**Colleen Davis:** Amen. Thank you. Appreciate it.

**Pastor Sherman Davis:** And God bless you. I've got a prayer meet.

**Colleen Davis:** Thank you. Thank you, Pastor Davis. I have Mrs. Susan Parks from the... She can introduce herself. I'm sorry.

**Susan Park:** Thanks, Mrs. Davis. Yes. I'm Susan Park. I'm the parent of a middle schooler. I'm here tonight to encourage you to reconsider two things. Your new transgender student policy, and your decision against the formation of the middle school Gay Straight Alliance, or GSA club. They're really both part of the same thing, though. The same fear and rhetoric that has swept our country over the past few years. And I'm deeply concerned about how national political battles seem to be imported into local school decisions. Across the country, LGBTQ students, especially trans students, have become the focus of intense attention. And I want to be clear, it's not because these students are causing a problem in schools. It's because schools and School Boards have become a battleground where adults are trying to work out national and personal issues through local policy decisions.

When adults feel anxious about rapid social change, or loss of control, they often look for a group to blame. History shows us that marginalized groups often become targets during these moments, and that means we should slow down and separate fear from facts. Local School Boards are being asked to solve national culture wars, and that's not your role. Your role is to ensure that every student can attend school safely, and feel respected enough to focus on their education. Policies that single out LGBTQ students do not make schools safer. They make school harder for all students. Regarding GSAs, it's a student led, voluntary club. Does not replace parental values or indoctrinate anyone. It provides a supervised space for students to build friendships and do age appropriate activities like puzzles, board games, arts and crafts, service projects. When a GSA is denied or singled out, while other non-curricular clubs, such as the Beta Club, and yearbook club, at the middle school are allowed to exist, the message students receive is not neutrality, it's exclusion.

Research shows that when GSA clubs exist in schools, the overall school climate is more welcoming and supportive for all students. And regarding the new transgender student policy, using a student's chosen name and pronouns, it's not a political statement. It's a basic custom that shows kindness and respect. Teachers already use student nicknames and pronouns every day. Refusing to acknowledge a student's name or pronouns does not make a child less queer. It makes school feel hostile, it makes ordinary classroom moments feel stressful, and it takes teachers' time and energy away from instruction. I'm asking this Board to stay grounded in your mission, which is to focus on student well being and academic success, not politics. Thank you.

**Colleen Davis:** Thank you. We have... Next is [redacted]

[redacted]**:** Good evening. My name is [redacted] and I'm an 8th grade student at King George Middle School, and I'm from the Madison district. Some of the qualities that I value most are community, safety, and freedom. And none of these qualities align with the school's actions... Or rather inactions, as of now. The Library of Medicine, an official website of the US Government, says queer people have a highly increased risk of, what they call, STB, which stands for Suicide related Thoughts and Behaviors. The LGBTQ+ youth are at a significantly higher risk of making a suicide attempt. In 2024, the Trevor Project found that almost 40% of queer people, queer young people, seriously considered attempting suicide in the past year, compared to the 5.4% of heterosexual youth. And more than 1 in 10 queer youth had attempted suicide. If the school doesn't care about that, then they shouldn't be in charge of what they are in charge of: children.

You can actively be doing things to keep these kids safe and alive, but you... What, you just choose not to? I have someone I love who's away from home, and who can't come back for another month due to, what I believe, is self-injury. And I hate that. I hate that there's people who can do things who just aren't because they're scared to. Do you expect your child to just be aligned from where they are right now? They're actively changing every second. What if your child comes out later in life? Will you just stop loving them? Instead of hating a marginalized group, just do your part in making the world a better place for everyone. And that can mean just respecting those around you. And about this new policy, it's so unnecessary, it's so complicated. And teachers shouldn't have to go and research a child's legal name and see if their nickname matches up or not. It's weird, and demanding, and draining, from all parties. It's upsetting and concerning that this was the solution you guys came up with. What about the harassment, the bullying that these kids are facing? I'm in 8th grade, and now I'm just trying to leave the school in a better place than I found it. I looked up the... Okay, Matthew 6:5-15 says, please don't pray in public. That's it. Thank you for your time.

**Colleen Davis:** Thank you. Tim Hatch.

**Tim Hatch:** Thank you. Yeah. Good evening. My name is Tim Hatch. I'm a resident of the Dahlgren district. I have two kids in the school system. I come to you tonight to express my support for the Gay-Straight Alliance club, and to express my disappointment in my elected leaders that you would even consider banning this club. I was raised Catholic. In this time of year, Catholics, along with our fellow Christians, celebrate the birth of Jesus Christ. I am reminded of a Bible verse, Mark 12:30-31, "And you shall love the Lord your God with all your heart, with all your soul, with all your strength, with all your mind. This is the first commandment. And the second like it, is this, love your neighbor as yourself. There is no other commandment greater than these."

Let me ask you, and all that would oppose this club, how are we loving our children, our neighbors, if we are preventing them from gathering peacefully, and giving them a safe place to gather? This

club is not mandatory for anyone, but is to provide a safe place for children. I realize that many people may view homosexuality as a sin, and it's specifically mentioned in the book of Paul, where he condemns same sex relationships. However, most biblical scholars would agree that what Paul was most likely referencing, was where an older male was abusing a younger male, which was common at the time in Greek and Roman culture. So what Paul was really condemning, was abuse of power and out of line power dynamics. In fact, the Greek word used that Paul used in his writings to refer to homosexuality, is a notoriously difficult word to translate because it's not used anywhere else in the Bible, nor was it used in ancient society. In fact, the word, 'homosexual,' was not even used in any English translation of the Bible until 1946, a topic that is explored in a documentary called, '1946,' which is available on YouTube.

A longtime friend of mine is a Pennsylvania pastor, and is pro LGBTQ, like myself. So I'd like to borrow a quote from him. "As followers of the risen Christ, we are called to be peacemakers in a wounded world." How are we peacemakers, when we would prevent our children... And they are children... From gathering peacefully? As members of this... Excuse me. 1 Timothy 5:8, "But if anyone does not provide for his own, and especially for those of his household, he has denied the faith and is worse than an unbeliever." As members of the School Board, you are... Excuse me. As members of the School Board, your school system is your household, and these children are your own. As Christians, you are commanded to provide for them. You can provide them the opportunity to feel safe and loved, which is what Jesus taught us. I thank you for your attention. The Lord love you and bless you like he does all of his children.

**Colleen Davis:** Thank you. Mr. Hatch. Ms. Melissa Hatch.

**Melissa Hatch:** Good evening. My name is Melissa Hatch and I live in the Dahlgren District. I'm a parent of two children in the King George Public School system. I am a teacher in Charles county, and a National Board-certified teacher. My school has a GSA Club. It is a great opportunity for students to come together and feel safe with their peers and teacher. The last time I came here to speak on the creation of the GSA, I expressed the importance of this group as a place of acceptance and comfort. Today I come to reiterate this statement and challenge you as to why there is a hesitation in the creation of a club that represents kindness, compassion, and acceptance. How can we, as adults and community members, lead by example, demonstrating kindness and being inclusive of others, when you're trying to prevent a club that represents the characteristics from forming? What is the main idea, what is the main reason to not have this club? Don't we want to teach our students to be inclusive of others, understand others, and support others? Are you trying to shelter students because you're afraid ideas or influence will spread? That somehow, someone's going to become homosexual, or be bisexual, or trans, that's going to rub off on them? I know many people who identify as such, former students and friends, and I haven't stopped being heterosexual because of it.

Any ideas that would spread would be ones of kindness, respect, inclusiveness, and compassion. This Board and community are not setting the right example for our younger population. Please practice what you preach. Be that, I, in kind. Be supportive, encouraging to all students of your system, not just ones that fit your cookie cutter mold. As an educator, I know that all children are different and unique. Not all feel comfortable talking to their parents about aspects of life. I see this every day. Not all parents understand their children's thoughts and feelings, and choose not to listen to them because they're too young. They're just kids. They don't know any better. Students are looking for someone to listen to, to care, to support them. We have amazing teachers. Why is the Board preventing this?

To my understanding, there's a new policy that was recently implemented, that if a club is non-

curricular, then it's not allowed. The timing of this new policy is quite interesting when there were talks of the GSA being created. Why is there a pushback? Since the Board has this new policy, I can offer a new curriculum that my GSA has been using, 'The Advocate for Inclusive and Affirming Curriculum,' that comes from Gay, Lesbian and Straight Education Network, an organization that has been around since 1990. And this organization supports the GSA in national events like the Day of Silence. I can gladly forward this on to you if you would like. To conclude, if we want to raise our children to be kind, compassionate, and accepting, we need to lead by example. We need to allow this group to meet, to flourish, and to feel accepted. As adults, we need to set the example. We need to show love to all, compassion to all, respect to all, and be inclusive of others. Thank you.

**Colleen Davis:** Thank you, Mrs. Hatch. Madison Hatch.

**Madison Hatch:** Hello, my name is Madison Hatch. I live in the Dahlgren District and I attend King George High School. I am here today to discuss how a Gay-Straight Alliance club would be beneficial to our community. Did you know that in a year, LGBTQ+ youth reported that their anxiety symptoms rose from 57% to 68%? Depressive symptoms climbed from 48% to 54%. And here's the kicker, suicidal ideations grew from 41% to 47%. But the 54% of transgender and non-binary young people found their schools to be gender affirming, reported lower rates of attempted suicide, and LGBTQ youth who reported living in very accepting communities, attempted suicide less than half of the rate of those who reported living in unaccepting communities. This information can all be found on the Trevor Project website, which is a leading organization in suicide prevention for LGBTQ Youth, founded in 1998.

Why do I bring this up? I bring it up to show that our community can help youth that live here. One way to do that is a Gay-Straight Alliance club. This club could be a safe space for our youth, a place where they could go and make friends and hang out without the worry about school, home life, online pressure, and most importantly, other youth. By providing this space, we have unofficially designated a safe teacher for anything. So please help improve our teens mental health here in King George county by allowing a Gay-Straight Alliance club, and help combat the nearly 42% of LGBTQ+ teens that reported seriously considering suicide in Virginia. To conclude, help me, and others around me tonight, that are here in support of this club, to fight the mental health crisis in LGBTQ+ youth by allowing this club to meet. This is important to me because I personally have had friends that are LGBTQ youth, that have gone to the mental hospital and stayed there for multiple weeks on end, and I did not know, and I was very scared for them. And they still fight that to this day. Having this club is very important to me and my friends. And to quote the singer Pink, "The kids are not all right. We are not all right. I'm tired, but I will not sleep tonight because I still feel alive." Thank you.

**Colleen Davis:** Thank you. Mrs. Carrie Gonzalez.

**Carrie Gonzalez:** Good evening. My name is Carrie Gonzalez. I'm a resident in the Dahlgren District and have children at Potomac Elementary and King George Middle School. Five years ago, I sat on this Board in your seats, and I served on the Title 1 Advisory Committee. At one committee meeting, I learned about a podcast called, 'Sold a Story,' from one of my children's teachers. This story, the premise of which has been covered in my mainstream news outlets, has been credited with the renewed emphasis on phonics-based literacy instruction, which in Virginia, you may know, is the backbone of the Virginia Literacy Act and the science of reading. If you aren't familiar with the podcast or the story, I encourage you to become so. But in summary, it's an expose of how educators came to believe in an unproven idea about how kids learn to read, one that was proven wrong by cognitive scientists decades ago, and how we are now reckoning with

the consequences.

Fortunately, the whole language, or balanced literacy approach, was exposed as faulty and we're now returning to phonics-based instruction, albeit decades too late. Similar to that ill-advised shift away from phonics, education is moving rapidly away from techniques and pedagogy that have successfully educated humans for generations, and embracing digital technology with a complete lack of evidence and rationale for it. According to Dr. Jared Cooney Horvath, author of, 'The Digital Delusion,' our children are less cognitively capable than we were at their age. For some parents, that may come as a shock, but for others, it's simply confirmation of what they've long suspected. The daughter who once loved school but now dreads it. The son who used to devour books, but now scrolls until midnight. Memory is fading. Attention is slipping. Something is wrong and many of us feel it.

For nearly two centuries, the west experienced steady generational progress. Each new cohort of children grew up, on average, healthier, happier and better educated than the last. Until now. Generation Z, born between the years 1997 and 2012, is demonstrably less healthy, less happy, and less cognitively developed than their parents were at the same age. For the first time in history of standardized cognitive measurement, children are consistently scoring lower on many key measures of cognitive development: from literacy and numeracy, to deep creativity and general IQ. And the early data from Generation Alpha, born after 2012, suggests the downturn isn't slowing, but rather it's accelerating. After reviewing 126 research studies, the MIT based Poverty Research center found that initiatives that expand access to computers, do not improve K through 12 grades and test scores.

In November, I attended the School Board meeting and made a public comment addressing the decline of academics, America's academic prowess. Today, I am back with the proposed first step for you, as members of the Board and superintendent of King George County School Division, to begin to reverse course. I contemplated reading this entire book to you all in three-minute snippets, but instead decided to get you each a copy. I implore you to read it. If you already have a copy, please let me know and I'll give it to someone else. Thank you.

**Colleen Davis:** Thank you, Mrs. Gonzalez. Thank you so much. That's very kind of you. Appreciate it. Okay. And then we have [redacted]. Is that right? Or [redacted]? Hi. Sorry.

[redacted] Hi. Good afternoon. My name is [redacted]. I'm a seventh grader at King George Middle School, and I'm from the Shiloh district. I'm here to talk about the GSA club I'm trying to create. I was... See, this club is for people who are trying to find out who they are. Maybe it's their gender or their sexuality, or something completely different. Regardless, this club is for everyone so they can feel safe in your school, and in general. You guys are trying to stop bullying, correct? Well, this is a form of bullying. It tells kids that it's not okay to be themselves, which is just cruel.

I've also heard that Sealston Elementary School... Or sorry. Non-academic clubs... And didn't you guys say that elementary school and middle school are not allowed to have non-academic clubs? I would also like to address parents' concerns. Now, I understand you think you're doing the right thing for your child, and I really do, but shutting down a club because you don't like the topic is honestly horrible. I don't know what you think we are going to do in the club. But I promise you, this club is to help people find themselves and be happy with themselves. Honestly, I know how it feels to constantly be told that what I am is wrong, and it hurts. It makes you feel like you're worthless, or there's something wrong with you. Do you really want your kid to feel that like that?

Another thing I'd like to say is that people in middle school are around the age where they're trying to find out who they are. Like, I'm still trying to figure out who I am. They might be nervous at the fact people might not accept them. So having a GSA could give these people a safe place for them to be themselves. We are also at the age where we try to separate from our parents, to be independent. So having some place to go and being able to talk to people our age, who are also going through similar things can be great. Because honestly, for me, I find it much easier to talk to my friends and people my age, than my parents. So I ask you, please reconsider your decision because this could help lots of students feel safe, heard, and loved. Thank you.

**Colleen Davis:** Thank you. Mr. John Wheeler.

**John Wheeler:** My name is John Wheeler. I live in the Shiloh district. I'm a parent of a middle schooler in King George. I'm not going to try to appeal to your humanity. Lots of people have tried to do that over the last few months, and that has made no difference. What I am going to bring up though is, Cathy last month pointed out that there hadn't been any non-curricular clubs in the middle school for nine years. And some other people confirmed that on the Board. And I don't know what difference that makes as to why you decided not to have non-curricular clubs at all. But Cathy also said that teachers are stretched too thin. But Jesse told us in September that one of the... And I knew this before that, but it was on record anyways... That one of the rules for getting a non-curricular club was you had to get a teacher who volunteered their time.

A teacher was found for this, to volunteer her time. I don't think it's for this Board to determine whether or not she's stretched too thin, if she's volunteering her time. And I don't think it's a coincidence that you've come to a decision on whether or not there are non-curricular clubs at the middle school, or at the elementary schools, which I just found out there's one happening at Sealston. I don't think It's a coincidence at all. And I don't think court of law will find it a coincidence at all that you've decided to cancel clubs, non-curricular clubs, in the middle school, right when the GSA club was proposed. So there's my time. I'll see you guys in a month.

**Colleen Davis:** Thank you. Dr. Boyd, before you get started, this isn't... She didn't ask us to read this in public, but we've wanted to read an email from Carrie Gonzalez that she sent us in public because we feel like it was a good email. And so since we're in the same district, I'm going to read it for her. Let me pull it up really quick. Do you have it pulled up? Give me a second, sorry. Okay. Okay.

So she says, "Between my two children, my family has approximately 10 years of school experience at Potomac Elementary School. The teacher, staff and the vast majority of the entire experience has been largely incredibly positive. But after five years of hearing the same complaints after school, I think it's long past due to address some serious concerns. Feedback I regularly receive from my children is about the practice of using red, yellow, and green cups in the lunchroom to signify the behavior levels of tables in the cafeteria, and the resulting punishment of having time taken away for recess, being loud. An inherent and fundamental element of childhood and growing up is learning to socialize most effectively through play. Multitudes of research studies show that play and social engagement is such an important, if not so, than academic skills learned in the classroom. This is not to minimize the importance of school. It instead serves to underline another vital life skill that our children learn at school: to communicate, socialize, and learn through play and engagement with their peers. The fact that the cafeteria is expected to be quiet is laughable. A room full of children eating lunch is naturally going to be, and should be, loud. They should be able to freely talk with their friends and classmates," I'm almost done. "That they get loud, is a function of the number of excited little voices, in a combination with the fact that they also don't get enough time to socialize in class. If they are expected to be quiet

in class, they need an outlet. And socializing with classmates at lunch is an outlet, as is playing at recess. That they get further punished for being loud in the lunchroom and getting a red cup by having to walk 10 laps around the playground silently, only exacerbates the problem. They should be playing at recess, full stop. Recess should never be taken away. More recess should fix many of the problems."

And I'll stop there. Thank you for that email, Mrs. Gonzalez. And we will discuss that.

**SUPERINTENDENT COMMENT**

**Dr. Jesse Boyd:** My turn?

**Colleen Davis:** Yeah.

**Dr. Jesse Boyd:** All right. Thank you.

**Colleen Davis:** Sorry about that.

**Dr. Jesse Boyd:** No, that's okay. I had an opportunity today, the email address that was on that email was slightly incorrect. So I did receive that email today from Ms. Gonzalez. I'll speak to that first. A lot of what you mentioned was spot on. I can tell you at the state level, there's a lot of conversations about screen time, and ones that will probably matriculate through the General Assembly, and something that we'll keep close tabs on. The same thing is true with recess. I had a conversation with Hilary Pugh Kent earlier this week. She's exploring some options in terms of mandatory recess minutes required, as well as not making recess a punitive... You can't take it away because of any type of punishment. So those are things we're keeping close tabs on and taking a look at. Pastor Davis, thank you for always coming. We certainly appreciate you being part of the conversations, or coming to the School Board meetings.

For everyone else that came this evening, this is always a tough job for me. I'm in an interesting position. But I'll start with what I always start with. Thank you for being part of the process. We certainly appreciate you coming and being involved in the school division. Your involvement certainly helps us and guides us to move forward. With that said, I'm going to speak just a little bit. We've talked about a lot of the facts, and we've talked about when clubs have been allowed, and when they haven't been allowed, and where they've been. And so I'm not going to get into a lot of the facts. I just want to say something that I was thinking about as we were talking. I heard a lot of concerning things tonight. I heard bullying, I heard harassment, I heard suicidal ideations. All of those are huge concerns for me, and for educators in our building. I'm not picking sides in this battle. It's not my role, it's not my responsibility.

But I am responsible for making sure that our schools stay safe. And so without choosing sides, to hear those type of things coming from our students' mouths right now, and to envision what we think this looks like in our school building... Because if you remember, some of us mentioned tonight, you know this... We don't have staff members involved in these type of clubs. They're just there to collect attendance, and really let the kids do their own thing. So it would concern me as superintendent, on some level, to have conversations with a group of students about suicidal ideations, harassment, and bullying. And I want you all to know that if those are topics of conversation right now, we have professionals in our building, we have amazing teachers, some of which are in the audience here tonight, that I know, I know will lend a helpful ear. We have qualified and certified counselors in our building right now, that have been trained to receive those type of concerns, and to help you address those type of concerns. This Board has been diligent

to address bullying, which is a very difficult task to do across our nation. And for decades, it has been. But they've been focused on trying to address that. So I would urge us all to really envision what we're talking about, and know that it is not with a light heart that we're trying to consider the best path forward here.

But again, from a safety standpoint, if we're going to just have a group of kids in a classroom that are going to try to work... We're talking about 10, 11 and 12-year-old students, working through some of these extremely difficult topics without the aid of an adult, it would be difficult for me to try to figure out how to make sure that that remains a safe situation that doesn't have other issues that manifest from it. Those are very strong and difficult topics that I'm so happy that the parents are here tonight, to be able to walk side by side with your students to deal with some of those topics. All of our students don't have that opportunity to be able to turn to someone like you and say, I'm dealing with a very difficult thing where suicide is a consideration. We need to make sure that we, at the school division side, have trained individuals involved in that process, and certainly hope that parents are aware and able to jump in, and help hold students' hands and walk through this together as well. So I just want us to envision this, again, not choosing sides about this issue. I know it's very deep rooted on both sides, but I think we need to envision what we're talking about and see if we can come up with solutions that really consider the richness of these issues we're talking about, the severity of the issues we're talking about, and how we can successfully help them in a way that guides students with adults, outside of 10, 11 and 12-year olds. I'll stop there, Madam Chair, and thank you for the time.

## CHANGES TO THE AGENDA

**Colleen Davis:** Thank you. Okay. Moving forward, do we have any changes to the agenda? No, no changes? Okay.

## PRESENTATIONS

### Strategic Plan Update

**Colleen Davis:** So then we now are going to go to the strategic plan update.

**Dr. Jesse Boyd:** Yeah. So Madam Chair, again, I'm not going to talk about this for very long. But as you know, this year, per policy, we had an update of the strategic plan early.... I think it was probably in November. However, a lot of this information is going to fuel our very next meeting and it's going to fuel, really, the entire budget process. So I'm not going to spend a lot of time. Our champions for each one of these goals did a wonderful job of doing this. But as you all know; our very next meeting is our budget presentation. So I've provided this for you this evening, just to really take a look at. If you do have any questions this evening, I'll be happy to address them. But what I've provided for you is the four goals in our strategic plan, which again is going to fuel our budget initiatives. And each slide that corresponds this, if you go to the second slide, Amanda, you'll see goal one and really what our champions for goal one thought were priorities in terms of budget implementation for each one of those goals.

So take a look at this at your leisure. We already reviewed this in November. I won't review it again tonight. But our very next meeting will really lend to a lot of the stuff that came out of the strategic plan update that we received in November. Typically, we receive it in January, but per code, we have it now. We did it in November. So you've got goal two, which is quality, instruction and innovation. Goal three, which is communication and collaboration with our community. And goal four, which is safe, secure and healthy learning environments for our school. I highlighted all

of the areas where you'll see budget initiatives, at our very next meeting. So with that, I won't go into any greater detail, but if there's any questions right now before our budget presentation, I'll be happy to answer those, address those, or provide an update to those at our next board meeting.

**Colleen Davis:** I do believe we have some questions for you. You want to go first, Mr. Frank?

**Ed Frank:** Yes.

**Colleen Davis:** Okay.

**Ed Frank:** Dr. Boyd, you and I have talked for years about this. I can't come on board with hiring more 12-month... Or making more 12-month appointments, or 12-month employees, until we have the teachers in the classroom. Our mission is educating students, and I think we're better off as a whole, if we put that money towards getting qualified teachers rather than building an empire of 12-month employees. I personally, I think we need fewer 12-month employees than we have. I think we could survive, without a problem, with fewer 12-month employees, and donate and get that money that we need and to fill the vacancies and the teachers that are not Certified that we have. As you well know, and you and I have discussed this, years ago, we had 13 math teachers for 1100 students. Now we have 9 math teachers for 1400 students. And that's not only them, we look at the nurses that are there, and I'm on the health committee... And I understand what they're saying. But if we make all of those people 12-months, we can use that money in the classroom much better.

**Dr. Jesse Boyd:** Thank you. I certainly appreciate that sentiment. I'll tell you a couple factors right now. We just came back from Richmond and got our first assessment of the state budget, which weighs heavy into this. I can tell you, there's a lot of things changing on the state level right now that's probably going to constrain the budget process. For years, we've been operating on a budget surplus. However, with some of the federal changes with the entitlement programs and things of that nature, there's going to be a real increase in Medicaid spending on the state level. All that to say, without getting into detail, I think we're going to see, from the state level, a tighter K12 budget. We're also seeing, as you all already know, we've talked about this, for the first year, and probably next year too, if you take a look at Weldon Cooper, all the way up until the end of this decade, possibly a drop in enrollment.

So what we have talked about with principals, what we've talked about in HR, is really taking a look at our existing resources... I think this is what you're speaking to, Mr. Frank... And seeing that outside of asking for new positions, which you're not going to see, necessarily, in a budget request, we are intently focused on the fact that we need additional math teachers at the high school. We need additional ESOL support across the division. Those things we have the data for, we can support. So that will be our focus. However, it may not come in the form of a new position requested. It may come in the form of allocating existing resources into those departments, if that makes sense. Does that make sense? Whether it's 12-month positions or other positions that we have right now, in other words, what we're going to try to do in the budget process, given the state forecast, given our drop in enrollment, is look at moving resources, versus asking for additional funds from our local government as best we can.

Now, of course, there's going to be the typical things. The increase in compensation that comes from the state and the local match requirement, you know those things that we typically deal With. But I can tell you specifically from a new staff, a new position standpoint, we've had a lot of conversations about re-allocating resources. So we know what our needs are. When you get the

budget presentation, if you don't see four new math teachers, it's just because it's not a new position. But we know that that's what we need, in terms of decreasing the class size in our math department at the high school. If that makes sense?

**Ed Frank:** Yes. It does make sense. But again, my concern is, we keep adding on 12-month employees, and 12-month employees, and take 10-months and make them 12-months, and take 11-months and make them 12-months. And that costs us a fortune. Or we can... Again, I think we can reduce the number of those people that we have and still function quite well.

**Colleen Davis:** I don't think you're saying, fire anybody.

**Ed Frank:** No.

**Colleen Davis:** You're saying just not add to it. When you just said reducing the number we have, he just means not giving more hours to it, costs-wise. Yeah. Any other questions? Just to clarify... And I did speak with Mr. Frank and our Board about... Except for you, Ms. Rachel. We got to get together and get your phone number and everything; I don't have it yet, or she sent it to me tonight. Lead nurse, contract from 11 to 12 months. Is that because we have summer schools and we need a nurse on staff at every school?

**Dr. Jesse Boyd:** So as I understand it, what that is, is there's a lot of requirements that, number one, if you remember Mrs. Fisher's presentation... And again...

**Colleen Davis:** Is that going to be, like, rotated?

**Dr. Jesse Boyd:** The quality of our health conditions has increased. We've got students that have a lot more acute health issues, things that are taking additional nurse hours. And then also, really, the paperwork aspect has substantially increased over... Since COVID. There're all kinds of new paperwork requirements associated for our nurses that, I think, are trying to be satisfied by that request from 11 to 12 months for nurses. But I hear you, I understand. And certainly, we'll take what you're saying into consideration for our budget presentation.

**Colleen Davis:** Because... Yeah, I'll just discuss it another day. But, yes. Any other questions, concerns, or you need a minute?

**Carrie Cleveland:** Madam Chair, I just have a comment to make. When I was looking at our reporting, and reviewing the reporting for the schools that are off track, we have five locations in King George County, and two of them needed intensive support. And so, when we think about these strategic plans... And I know that one of them is the quality instruction and innovation... This is huge. This is the reason why we're here. And I just want to put emphasis... And I don't know... I think Mr. Frank was going into some of that emphasis here on how we need to re-allocate.... And I don't know what that looks like, and I'm not saying that... I haven't thought about any of that. But this is a big deal, and that's what we really need to focus on.

And I also want to point out that when we think about the goal of safe, secure and healthy learning environments, I didn't see anything on the bullets about, like, physical security, security in general, about the actual locations. And that's something, as we are living in a very changing world, we need to also very much focus on, how we can be more proactive with security in the schools.

**Dr. Jesse Boyd:** So to your first point, I'll tell you that instructionally... There's a lot of bugs being worked out in the new accreditation system for a number of reasons.

**Colleen Davis:** Across the board.

**Dr. Jesse Boyd:** And everybody across the state is talking about that. I don't want to discredit the process, because I will tell you what the process is going to do, it's going to provide some focus. There're areas even, in all of our schools right now, that... And I will always say this... In need of improvement. There're always areas to grow. I can tell you as a result of in needs of improvement and federal support, we're going to go deep into an improvement process, which is, we go alongside with folks at the state and folks on the federal level to address some of those things. So it's going to be a very thorough improvement process, which again, regardless of what you think of the results in the new accreditation system right now, that process is good. That process is reflective. That process really provides an opportunity to focus and shine a light on things that should always continue to improve. That we'll do.

**Dr. Jesse Boyd:** Physical. I do want... Could you talk a little bit more about, maybe, some of the physical things that you think we need to focus on, because that would be important to me?

**Carrie Cleveland:** Yeah. I think in terms of... Well, first off, let me just say that I think Colleen did... Or Mrs. Davis, sorry... Did mention this. But it's not just King George, I want to be clear there. We have a decline across Virginia, across the United States. This isn't... And regardless if it's new or not, there has been a decline. So we all recognize that and know that it is very important that we get it right. So I just want to be clear there. So my statement isn't, necessarily, against King George County. It's a statement across the board.

Also from a security perspective, what I'm thinking is like the physical security of the building being proactive... Which we have... Because we added those weapon detection systems. But I mean, just continuing to build on that, any sort of features as it relates to security of the building. And the only reason why I mentioned that is because I don't see it in here. And I do very much think that that should be part of the safe, secure and healthy learning environment.

**Dr. Jesse Boyd:** Sure. Gotcha.

**Colleen Davis:** I want to add to that. One of the things that I do see is the FLEX in the behavior educational support program. And I do know that we've been hitting really hard on the vapes, and everything. And so that's part of the protection, is we have been hitting hard on that and getting that out of our schools. But we do need to get creative of how're we going to put these children. Because we know it's not going to be, hopefully, forever having a lot of disciplinary hearings because we are hitting security. Are you looking for more metal detectors too, and things like that?

**Carrie Cleveland:** I'm not saying any ideas right now. I do certainly have some ideas. But I'm just saying in general, as we are looking at this, because I just didn't see anything about that on the plan.

**Dr. Jesse Boyd:** Focus on some physical.

**Carrie Cleveland:** So it's something I think that we need.

**Dr. Jesse Boyd:** To focus on.

**Colleen Davis:** And also like a shout out. This is, maybe, childish, but I think we were like one of the highest districts around, with our scores, even though they were low. Is that correct?

**Dr. Jesse Boyd:** Yeah. Well, and I would say this too. I don't want to lean too heavily on the... So we have a new accountability and accreditation system that is in year one right now. It's entirely re-designed. So everybody is saying there's some bugs to work out in there.

**Colleen Davis:** Yeah. But I saw some help from the states coming, is what I thought I read.

**Dr. Jesse Boyd:** Yes. There's some help from the state coming. And really, you just need... There're some good underpinnings, there's some good routes, there's some good things in place. But I think as we've seen the first year of the data, there's some really interesting things that have come out right now. For example, in that new system, elementary schools right now are having a more difficult time meeting the on-track designation than high schools are. There's many, many secondary schools, because of the different way that the schools are measured. Elementary schools are measured slightly different than our secondary schools. So there's going to be some adjustment there. There's some talk about the sample size, the number of kids in each group, and how that weighs heavily on to the outcome of the results. And that's just the beginning of... In fact, the meeting I just came back from... JLARC, who does independent studies across Virginia... Came up with a list of things that we should consider when it comes to how we improve the accreditation system moving forward.

So, yes. We have some places where we're very strong. We have some places where we need some improvement. But I think we know those things. I think outside of the system, we knew those things. Chronic absenteeism, is something that we continue to focus on. We knew that before this. We'll know that after this. We need to focus resources there. It's those type of things that, I think, we'll continue to focus on. And like I said, regardless of the results, as Ms. Cleveland brought up, we know there's challenges across the country. And what this process will do, is really allow us to focus finite, acutely, on some of these things and see what we can do to address them. And I think the process will be more important than the current outcomes.

**Colleen Davis:** Mr. Frank.

**Ed Frank:** Yes. Dr. Boyd, a couple more points, please. On goal number two, the last bullet that's there, the last sentence, "Expanding secondary CTE opportunities by utilizing the previous VO Tech building." What's the previous VO Tech... I thought we're tearing this thing down here in March.

**Dr. Jesse Boyd:** No, that is... It's going to be the new CTE Center. That's what that means. In fact, this is just the slide that they presented in November. And if you remember, when we were there, we weren't where we are now in terms of tearing down the existing building and building new. But again, same concept. We're hoping to expand CTE opportunities in the new vocational building, and providing additional and diverse opportunities for our students.

**Ed Frank:** Okay. And then back to what Mrs. Davis mentioned about FLEX. It's better than it has been, this year, than it has in the last couple of years. But 25 years of watching alternate education within King George county, and in my opinion, it has never been up to par.

**Dr. Jesse Boyd:** So you're saying FLEX or alternative Ed?

**Ed Frank:** Well, FLEX is a part of Alternative Ed, because we have them out of the classroom in there.

**Dr. Jesse Boyd:** Because the original FLEX, when you first started, was that...

**Ed Frank:** Oh yes...

**Dr. Jesse Boyd:** 30 minute, IE. Not that. It's...

**Ed Frank:** I'm talking about this FLEX. The Alternative type ed.

**Dr. Jesse Boyd:** Okay. I understand.

**Ed Frank:** It costs us a lot of money. And kids, when I said, how was this? And they say, it's worthless. And like I say, it's better than it has been. But I just talked to a young... And you got to consider the source too.

**Dr. Jesse Boyd:** I think continuing to explore those option... I think Ms. Davis brought it up, in terms of how do we address vapes and things like that. I think trying to figure out what type of... And honestly, it's not a King George issue. Figuring out what the solution is, I can tell you, is multifaceted because it's not a silver bullet. Typically what it involves, is getting to know individual students, and figuring out what makes them tick, and how that works. And having good administrators doing those day-to-day tasks is honestly the most effective approach that I've seen in my years.

**Cathy Hoover:** Madam chair. So Dr. Boyd, on goal three, one of my goals is to figure out how we... It's communicating and community involvement. You were doing your weekly things on Facebook. I don't know if that was helping. But we saw a huge showing up of parents tonight for their kids, for all their accomplishments. Unfortunately, we don't have, but maybe 25%, of parents who know what's going on. And I don't know how to fix that. But I would like to add a goal of some sort. We do things, they don't show up. I know that everybody's busy. But I wish there was a way... We can figure out a way to get parents to be more involved to know what's going on. So I'd like to see that as, somehow, a goal.

**Dr. Jesse Boyd:** Okay.

**Colleen Davis:** You can duplicate that lady. Make two of you. Do you have something you want to say, Ms. Rachel?

**Rachel Scott:** I like what Mr. Frank says about the fewer 12-month positions. I've had the same question. So that's something that I would be interested in looking at too. I liked that the very first thing on goal one is that... The very first thing is, "Continue to provide salary increases to be competitive." I think that is really important for the next four years, as the legislation in the state changes. And just too, I hear so many stories, or I guess, anecdotal things from teachers saying they get better pay by going to a neighboring county, towards Stafford, or Fredericksburg, Spotsy. So we don't want to be losing good teachers, and seeing them go in that direction. So just providing incentives, financial incentive. I know part of this is teachers love what they're doing, but we want to reinforce that we appreciate them by showing it in their paycheck.

**Dr. Jesse Boyd:** I appreciate that, Ms. Scott. I think, as has been the case in the past, it'll certainly be one of our top priorities, if it's not our top priority; It typically is. We are a people business. 80% of our operating budget is people. So making sure that we stay competitive and attract and retain qualified teachers, is a very important thing. I don't want to... This isn't the budget presentation. I will give you the budget presentation next time. But I can tell you, that that's becoming more and

more challenging, staying competitive with the salary. And I'll tell you why. The way that it works across the state is, what's going to happen is the General Assembly, the Governor... We're going to get salary suggestions. They're going to come out and say, we believe this year that a 2%... Already, the Governor has said a 2% salary increase. General Assembly will probably come out, new Governor might come out and say 3%, 4%. The way that works in Virginia's school funding model, is it matches up with the SOQs, the Standards of Quality. The Standards of Quality prescribe the number of positions that the school division hires. Everyone in the state of Virginia believes that the Standards of Quality document is out of date. In fact, a JLARC study came out, I think, two or three years ago, saying that it's way out of date and we need to come up with a new funding model in Virginia. That hasn't happened yet.

So what does it mean? When the General Assembly approves a 3% compensation increase, what it means is that they will provide 3% for only about 60% of our workforce in the school division. What that does every year, is it puts the locality on the hook for the remaining 40%, or whatever that breaks down to be. So that's the challenge. That's what we have to figure out. Now I say that, also with the understanding that there's seven school divisions in our... King George and six that wrap around us: Westmoreland, Colonial Beach, Stafford, Fredericksburg, Spotsylvania, Caroline. If you look at our salaries right now, this school year, of those seven school divisions, we at best are on the top end of the scale, or in about fourth place for salary. And when I'm talking about top end of the scale, I'm talking about between 20 and 30 years. We're the fourth highest paid salary. But as you all know, and when we talked last year, and we're trying to address compression in our pay scale, at the 5- and 10-year level, at the first-year level, we fall much lower. We fall into, like, spot six.

So that's our challenge as a Board, that's my challenge as superintendent, as this being our first priority, teachers' salaries. Our charges are to convince our local legislative body... And again, there's a lot of challenges they have in terms of funding... To provide a compensation increase that is competitive in our region, with the constraints that I just mentioned. So that that's what will be before us this budget season. We have had a very good relationship with our Board of Supervisors. I believe that'll continue to be the case moving forward. But the challenges are real. And we'll continue to work through them, hopefully, together with them this budget season as best we can in addressing the shortfall that we have in teachers' salaries in the division.

**Colleen Davis:** You should have a disclaimer for every new School Board member that has to learn that. Because that is a lot.

**Dr. Jesse Boyd:** It's a lot. Yeah.

**Colleen Davis:** Okay. Are you finished? Thank you, Mrs. Scott. Yes. And welcome aboard, by the way. Sorry about that. Yes. First meeting. All right. So do we have any other questions regarding that? We good? Okay. Moving on.

## STUDENT REPRESENTATIVE COMMENT

**Colleen Davis:** We got the student reps here today. So we're going to let Ms. Brooke speak first, because we have a new student rep for the middle school, Ms. Hannah. But go ahead, Ms. Brooke.

**Brooke Hayden:** Good evening. My name is Brooke Hayden and I'm one of the...

**Colleen Davis:** It's on, but I can't hear you that well.

**Brooke Hayden:** Hello.

**Colleen Davis:** Take hers, yeah.

**Brooke Hayden:** Hello. There you go. Good evening. My name is Brooke Hayden, and I'm one of the student representatives for the high school. And I'd like to share a few updates and upcoming events. Grade level meetings will be held to review expectations and class specific information for students. These meetings will be taking place on Thursday, January 8, for freshmen, sophomores and juniors, with senior meetings following on that Friday. These meetings are important opportunities for students to stay informed and prepared. There's also several key academic and school wide events coming up. The annual dual enrollment night which will be held January 14, and the elective expo at the middle school, will be taking place on January 16.

Additionally, freshman orientation for 8th grade families is set to be scheduled for January 28. I'd also like to highlight some exciting student achievements and activities. DECA has hit an all-time high of 254 members and this year marks the 25th anniversary of the club, which is a huge accomplishment for our school. King George High School's Y Street was named the 2025 Virginia Foundation for Healthy Youth Spotlight School for school recognition. And one of their leadership team members, which is similar to like a President's roll, was named the overall statewide 2025 Virginia Foundation for Healthy Youth Student Spotlight, which was a great honor going to Richmond and receiving an award from the Governor. I know that student members for Y Street put in a lot of work to help make Virginia a healthier place. Healthy Youth Day in Richmond will be happening in February, with Grace Zook and myself, attending to create new policies or bills and meet with legislators.

Signups are currently happening for the Special Olympics Feet Meet, and we encourage all students to get involved and support this event. In addition, the King George High School swim team has an upcoming Houma meet, and we would love to see all of you guys there this Friday at 6 against Spotsy. And the Cheers Youth Camp will be performing Friday at the boy’s basketball game. Lastly, I'd like to remind everyone about our school play, 'The Trial of the Big bad wolf,' running January 21 through January 24 at 7. Tickets are $6 and available on GoFan. The dinner will be served at 5:30 pm, prior to each performance. And thank you so much for your time. And I encourage everyone to spread the word about the exciting events happening at the high school.

**Colleen Davis:** Thank you, Mr. Brooke. Ms. Hannah, right? Hannah, you ready? All right.

**Hannah Perkey:** Hi, I'm Hannah Perkey. I'm one of the 8th grade representatives at KGMS. We had our Beta Club induction ceremony on December 11, as well as December attendance challenge, where the winner got a lunch with three friends. Our school spelling bee is coming up next Tuesday on the 13, as well as auditions starting for our spring play, 'The day the Internet died.' Lastly, next Friday the 16th, we have our quarter two award ceremonies, and our King George High School elective expo for 8th graders to learn a little about the electives we can take next year as 9th graders.

**Colleen Davis:** Thank you so much.

## CONSENT AGENDA

### Meeting Minutes: December 9, 2025 Student Hearings; December 9, 2025 Regular Meeting

**Colleen Davis:** Consent agenda. The meeting minutes for December 9, and our hearing as well.

**MOTION - Ed Frank:** Yes. Madam Chair, I'd like to make a motion that we approve, as presented, the meeting minutes from December 9, student hearing, and regular meeting on December 9.

**Colleen Davis:** Do I have a second?

**Cathy Hoover:** I second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries to accept the consent agenda, as presented. All right.

## ACTION ITEMS

### Acceptance of Funds: 2026 Dangers of Fentanyl Activation Grant

**Colleen Davis:** Now we are moving on to action items. The acceptance of funds for the 2026 dangers of fentanyl activation grant.

**Dr. Jesse Boyd:** Yes, Madam Chair. So we have actually four opportunities this evening to accept funds. So that's always a good thing. I'll go through them rather quickly. Some of them you should be... I think we are familiar with. If you remember last year, the first one, the dangers of fentanyl activation grant, we received last year on the high school level. We have been awarded this activation grant for the middle school this coming year. So we'll now offer these lessons, both on the high school level and on the middle school level. And I would request a recommendation, or a motion this evening, to approve the dangers of Fentanyl activation grant, in the amount of $4,000.

**MOTION - Cathy Hoover:** Madam Chair, I would like to make a motion that we accept the funds for the 2026 Dangers of Fentanyl Activation Grant.

**Carrie Cleveland:** Second.

**Colleen Davis:** Did you say the amount?

**Carrie Cleveland:** Oh, the amount. Do you have to say the amount?

**Dr. Jesse Boyd:** Yes, the amount.

**Cathy Hoover:** Sorry.

**Dr. Jesse Boyd:** In the amount of $4,000.

**Dr. Jesse Boyd:** In the amount of $4,000.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion?

**Ed Frank:** Yes. Dr. Boyd, I read this first paragraph up here, and it talks all about high school evidence informed used by any high school classroom across the commonwealth. But then when we get down into the bullets, it talks about middle school. Is that...

**Dr. Jesse Boyd:** It'll be middle school... For this grant, it'll be middle school this year. Last year, it was for high school.

**Ed Frank:** Okay. Should the paragraph up top say middle school?

**Dr. Jesse Boyd:** Oh, oh, okay. I see what you're saying. I understand what you're saying. Yes. Okay.

**Colleen Davis:** Oh, so we can just approve it, as amended?

**Dr. Jesse Boyd:** As amended, for the middle school.

**Colleen Davis:** Okay. Can I get a...

**Ed Frank:** All those in favor?

**Colleen Davis:** Wait, we did it? Oh, yeah. She just did it. Good gravy! Sorry. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion passes, as amended for the middle school. All right. The next one, Dr. Boyd.

**Acceptance of Funds: Rappahannock Area Health District American Rescue Plan Grant**

**Dr. Jesse Boyd:** Yes. The next one, Madam Chair, is the Rappahannock Area Health District American Rescue Plan. Great grant. This is actually something that we received a while ago, and

something that we had to complete a number of tasks for in order to receive the funds. So we have found out recently that we received these funds. "Following completion of the PhotoVoice project, RAHD will make a one-time payment of $10,000 to King George county schools to continue implementation of interventions or programs at King George Middle School to improve youth mental health outcomes. King George Middle School will identify strategies, create smart goals, and provide progress updates to RAHD." This was done way back in 2002. It was just completed. And I would request a motion to accept the funds in the amount of $10,000. If we could have a motion to accept the funds from the Rappahannock Area Health District American Rescue Plan Grant in the amount of $10,000.

**MOTION - Cathy Hoover:** I would like to make a motion to accept the funds from the Rappahannock Area Health District American Rescue Plan Grant, in the amount of $10,000.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? I do want to say something because I just want to read this bottom part, because I think this really would go for the public comments that came in tonight. And it's, "The King George Middle School will implement interventions that aim to improve student mental health, such as stress and anxiety, which impacts school success, chronic absenteeism. The King George Middle School will partner with the community agencies, such as Office on Youth, to assist in implementing interventions that target at-risk students." So there are good things happening, and we are trying to be ahead of this and help our students because we do love and care about them. So just ask that that's noted. Any other discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries.

**Acceptance of Funds: Career Switcher Mentor Teacher Grant - Fall 2025**

**Dr. Jesse Boyd:** Next up, Madam Chair, is the Career Switcher Mentor Teacher Grant. We have seen this in the past. This is for fall 2025. King George County Schools has been awarded funds in the amount of $3180 from the Virginia Department of Education, to compensate teachers for mentoring career switchers who are entering public education. I would request a motion this evening to accept the grant in the amount of $3,180, for the career Switcher Mentor Teacher Grant.

**MOTION - Ed Frank:** Madam Chair, I make a motion that we accept the grant funds in the amount of $3180 from the Virginia Department of Education.

**Cathy Hoover:** I second.

**Colleen Davis:** All those in favor... Oh, any discussion?

**Carrie Cleveland:** Dr. Boyd, could you give us some more information about the career

switchers? Like, specifically, it's saying something about how they're using... I guess, career professionals that they transition. Do they get it? How does that work?

**Dr. Jesse Boyd:** Do you want to speak to it, Beth? Well, what I know of it, so typically what it involves is, career switchers are individuals that have expressed interest in teaching and have left some other professional field. And as a result, what they're required to do is meet a certain number of credit requirements for courses, and they usually go through a year of mentoring with an experienced teacher. What that typically involves is a mentorship, which receives stipends, to help those teachers that are career switching, through things like classroom management, understanding of special education law, just the basic pillars or cornerstones of what we do as educators, so that they're prepared to go into the classroom, leaving their previous profession.

**Carrie Cleveland:** So just a follow up question as it relates to education. Do we waive education requirements, as far as like their degree requirements? Not necessarily like the degree field, but having a degree, for example?

**Dr. Jesse Boyd:** You mean like having a Bachelor's degree?

**Carrie Cleveland:** Yes.

**Dr. Jesse Boyd:** So they'll have to have that, in order to be a teacher. And then there are some... You can speak to this better, Beth.

**Cathy Hoover:** Just quickly. They have to be enrolled in a Career Switcher program, the teachers do, which right now, we have, I think, one register... Or she is in the Career Switcher program with Shenandoah University. But then I think ODU has a program. The Career Switcher program has been around, actually, for a good period of time. What that money, that $3180 is for, is for us to pay our teachers to mentor those teachers in the Career Switcher program. That amount that we get, is based on... We have to report every fall how many teachers we have who are enrolled in a Career Switcher program.

**Carrie Cleveland:** So we get the grant money based on how many people... So the more we have, the more money. Okay. Thank you.

**Cathy Hoover:** Correct. We always tell people that the Career Switcher program is an alt, or an alternate route to licensure, that that's out there, that it's available. We just got a letter yesterday from Shenandoah's program. Shenandoah's program used to be... Pretty much a lot of it was in-person. They had it on-site here in Fredericksburg. So some of our people were in that cohort. But we got a letter yesterday that they have just switched their entire program to... It's all online now.

**Carrie Cleveland:** Yeah. That's great. That's a great opportunity for folks.

**Cathy Hoover:** It is, it is.

**Carrie Cleveland:** Yeah. Thank you.

**Colleen Davis:** Any other discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries.

**Acceptance of Funds: National Board Certification Incentive Award**

**Dr. Jesse Boyd:** And then finally, Madam Chair, we have our annual request for our National Board Certification Incentive Awards. So King George County Schools has been awarded $12,500 by the Virginia Department of Education, to compensate teachers who have earned the National Board Certification. This is voluntary. We do have some amazing educators that have sought this certification. And as you know, we provide a $2,500 stipend for all of our teachers that become nationally board certified. So they certify that every... They make HR aware of that every year. We currently have five. It's a pretty strenuous process. I've taken a look at it in the past. It involves all kinds of work to prove your ability to teach. I mean, videotaping your classes, a number of things that go into it. We have five that have completed that process. We certainly hope to increase that number. That's something that's state supported. But what we're here this evening to do is accept that $12,500 so that we can pay those teachers that have gone through that process.

**Ed Frank:** So Dr. Boyd, this is an addition to what we pay them? Or this is what we pay them?

**Dr. Jesse Boyd:** Yeah. So it is an addition.

**Ed Frank:** We have to do a match.

**Colleen Davis:** They get $5,000.

**Ed Frank:** So they get $5,000. All right.

**Dr. Jesse Boyd:** And it's a process that I would certainly encourage, because if... The teachers that have gone through this. Ms. Dibble, Ms. CG, Ms. Mitchell, the ones that I know of off the top of my head, and they do an excellent job.

**Ed Frank:** They're all fantastic.

**Dr. Jesse Boyd:** They're amazing. Yeah.

**Colleen Davis:** And the motion?

**MOTION - Ed Frank:** Yes. Madam Chair, I make a motion that we accept grant funds in the amount of $12,500, from the Virginia Department of Education, for the National Board of Certification.

**Colleen Davis:** For? Did you say the cost?

**Cathy Hoover:** He did. He read it.

**Carrie Cleveland:** Second.

**Ed Frank:** Yeah. $12,500.

**Colleen Davis:** Any discussion?

**Carrie Cleveland:** I had a question, Dr. Boyd. Is there continuing education with this too? Like, if they get their National Board certification, do they need to do a continuing education?

**Dr. Jesse Boyd:** I think they... Yeah, they have to annually certify. Every 10...

**Carrie Cleveland:** And how much would you say, approximately, from a time perspective, it would take a teacher to get this certification? Yeah, that's fine. I'm just trying to get an idea of how much work goes into it. Just for my...

**Dr. Jesse Boyd:** Yeah. Initially, it's like a year-long process, if not longer, correct? It's a lot of work. I remember looking into it, and it's substantial. And the process is wonderful because they learn a ton. And really, even with the individuals I mentioned, mentor a number of our other teachers with all of the great information that they've learned through the process. So I'm certainly an advocate for it.

**Ed Frank:** It's a several year process.

**Dr. Jesse Boyd:** Yeah. It's pretty lengthy. Yeah.

**Colleen Davis:** All right. Any other discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries.

**DISCUSSION ITEMS**

**Policy Manual Updates**

**Colleen Davis:** Okay. Moving on to the discussion items, which is the policy manual updates.

**Dr. Jesse Boyd:** Yes. We only have two this evening. I'm sure we'll get another batch here from VSBA shortly. However, I'll go through those quickly. We have GDBC-R, a regulation. Ms. Scalph spotted this, I believe, in our policy manual. If you remember, a few years back, before we made some changes to our payout for leave, there used to be a stipulation where if you did not choose our healthcare, you would get a $20 a month. It was added to your paycheck, $20 a month. If you remember, we removed that so that we could help pay for some of the payouts associated with leave. We found that in that regulation, that still existed. So again, just technically, we would request this evening to update the policy to reflect that change.

**Colleen Davis:** All right.

**Ed Frank:** Dr. Boyd, these dates and the leave amounts, that's all set by VRS, right?

**Dr. Jesse Boyd:** VSBA.

**Ed Frank:** VSBA, or the Virginia Retirement System?

**Dr. Jesse Boyd:** Oh, I thought you were talking about the prior revision dates.

**Ed Frank:** Virginia Retirement System.

**Dr. Jesse Boyd:** Yes.

**Ed Frank:** Number of months that it takes to go through, and for 12 days, 15 days, and 18 days. That's also...

**Dr. Jesse Boyd:** Oh, you're talking about the number of days of annual leave that we receive?

**Ed Frank:** Yes.

**Dr. Jesse Boyd:** So if you work with us from 6 to 36 months, you get 12 days of leave; 36 to 72. 15; and then 72+, 18 days of leave.

**Ed Frank:** That's all set by...

**Dr. Jesse Boyd:** That's set by School board.

**Ed Frank:** Okay. And how about the three days...

**Colleen Davis:** Personal leave.

**Ed Frank:** Personal leave?

**Colleen Davis:** Yeah. Mr. Frank, may I piggyback? We were discussing that. We didn't know if the personal leave was required by the state to have that in our policy or not. But since we're on this page, really quick, a question was that... Mr. Frank and I was just talking about. Because it says: 180 to 220 contract, 0; 245-day contract, 0; And then it goes 0 to 6 and down. Are those only for the 245-day contract, the bottom numbers, 6 to 36 months, 12 days?

**Dr. Jesse Boyd:** Yes. So only 12 months...

**Colleen Davis:** It looks confusing. It looks like both would get those because of the way it's put on here.

**Dr. Jesse Boyd:** Okay. So you're saying that it looks like the 180 to 220 would be part of that as well, if they had that number of days.

**Colleen Davis:** Well, look at it.

**Dr. Jesse Boyd:** So more space between there would be...

**Colleen Davis:** Or just...

**Dr. Jesse Boyd:** Remove the zero?

**Colleen Davis:** Well, the way it looks. So if I was to look at this, and when I did look at it, 180, it looks 0; 245, 0. But if you've been with us this long, it looks like it's for both contracts.

**Dr. Jesse Boyd:** Okay. I see what you're saying. Yeah, I understand what you're saying.

**Colleen Davis:** It would be a little bit confusing if somebody's coming on and thinking that's what they get, and they don't. Even though they're told. I know that she tells them.

**Dr. Jesse Boyd:** As far as the formatting.

**Colleen Davis:** Yes. Thank you.

**Dr. Jesse Boyd:** Okay.

**Colleen Davis:** Okay. Where were we? Are we making a motion to approve?

**MOTION - Carrie Cleveland:** I'll make a motion to approve policy GDBC-R, as presented.

**Cathy Hoover:** I second.

**Colleen Davis:** Any discussion?

**Ed Frank:** Yes. Madam Chair, I'd like to bring this up at a later date for more discussion.

**Colleen Davis:** Noted. All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries. Next policy update.

**Dr. Jesse Boyd:** Next policy update is a new policy. It's JBB, treatment of transgender students. I believe you guys have all had an opportunity to review that. That, again, is entirely new, so the entire script there is underlined. And I would request a motion for approval this evening.

**MOTION - Cathy Hoover:** Madam Chair, I would like to make a motion that policy JBB is approved, as submitted.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries. Moving on. We have the committee reports.

**INFORMATION ITEMS**

**Committee Reports**

**Cathy Hoover:** None.

**Colleen Davis:** Probably none, because... Yeah.

**Ed Frank:** None.

**Carrie Cleveland:** I don't have anything.

**Rachel Scott:** No committee yet.

**Colleen Davis:** Really, Rachel? No, Mrs. Scott? And I have none either.

**Dr. Jesse Boyd:** It will kick into high gear, though, soon.

**Colleen Davis:** Yes.

**Dr. Jesse Boyd:** We've already got some on the calendar, and the Governor's schools are beginning to schedule meetings. So we'll make sure that they know who you... I mean, the only difference is that you'll take ATI now, Cathy. But everything else, you should be receiving those information. If you're not, let me know. But I think you guys who were formerly on the Governor's School Boards will be getting emails saying, this is our meeting schedule. This is when our next meeting is.

**Colleen Davis:** Yeah. We have one in January. And they feed us. It's actually in-person this time, and so I always go to those.

**Rachel Scott:** Where do we get our committee schedules?

**Dr. Jesse Boyd:** So you will get that here shortly from Ms. Scalph.

**Rachel Scott:** Okay. All right.

**SUPERINTENDENT'S REPORT**

**Colleen Davis:** All right. Superintendent's report.

**Dr. Jesse Boyd:** So really quickly, Happy New Year to everyone, and welcome back. We just, I think, two days ago, found out we will have a new Secretary of Education, who was a former superintendent in Virginia, also in the Northern Neck, was a graduate of Westmoreland High School, and I think somebody that is well respected and well known, Jeff Smith, that I think will serve the Commonwealth well in terms of what his experience is, what his role will be moving forward. And so as we continue to keep our mind and ears to what's going on the state level, I'm happy to report that the superintendent meeting, that was a well-received piece of information. So we're looking forward to getting to know Jeff better in that role, and see some of the things that come out of that. Ms. Jen Brody started her first day in the office today, and we dove right in on budget stuff, and talked about a number of things, procurement across the county, and how we need to adopt some of those things. We're taking a look at some forecasting models that she's very familiar with. We're diving into the budget and really moving quickly on that. So I appreciate her being here. I'm looking forward to a lot of the new information that she can provide us in the School Board office. And we're rolling right into the budget season.

So with that said, the final thing I'll mention is tomorrow is our first visit to one of our technical centers, as we plan for visits to regional technical centers, as we plan for our new vocational center. Northern Neck Technical center, we'll visit tomorrow. Great, great building, circular building down there in Warsaw that I spent many, many days in, many years in, because I was principal right next door. It's a great school given the resources that they have, that serve six or seven school divisions right around it. So I think we'll be pleased. And tomorrow, Mr. Frank and Mrs. Hoover will attend with their respective Board of Supervisors members. And I think what it'll do is begin to fuel the conversations we need to have about what a vocational center is going to look like in King George. So thank you guys and I appreciate the opportunity.

**BOARD COMMENT**

**Colleen Davis:** Thank you, Dr. Boyd. Board comment. Starting with Mr. Frank.

**Ed Frank:** As always, I'd like to thank the teachers for all you do. Happy New Year to everyone. I'd like to thank everyone who came out and spoke tonight, and the cheerleaders that were here doing a fantastic job. But did you notice the way they were dressed? They were all dressed professionally, really, really nice. And that's Ms. Amanda, as they call her. I've seen her mentoring, and being a role model for these kids for 25, 30 years now. And she does a fantastic job. But that's all just a reflection of her right there. And I mean, every one of those girls were dressed immaculate. So it was great. Student representatives, welcome to the board. I'm sure you'll do well while you're here. You, you always do a fantastic job. And that's all I have. Thank you.

**Cathy Hoover:** Happy New Year to everybody. And I want to thank Mrs. Jones's class for saying the Pledge of Allegiance, and being so willing to stand up there, as everybody else said, at 8 years old and speak publicly. They did a great job. And the only other thing I really want to say is, well, thanks to Mr.... What is the middle school... The volleyball coach's name?

**Dr. Jesse Boyd:** Limbrick.

**Cathy Hoover:** He also did a great job coaching three years in a row, sending those kids to districts. And it's obviously that he's bonded with them as well. And I went to a couple of those games and our girls really had a lot of good sportsmanship. I was proud of how they behaved, when there was controversy how they didn't react. And congratulations to the winner of the Space Camp scholarship. And I also wanted to say that Mr. Frank and I went, right before Christmas,

and visited the middle school and the high school. And it's always nice to be welcomed and not feared. It was a great experience. Sorry, we miss you, Dr. Nice. But we had a great experience there, and I'm hoping that we can do that more. So we need to get to some elementary school soon. But thank you to both of you student reps. It's been a long few hours. We appreciate you being here, and you're getting great public speaking experience as well. And welcome to Rachel. We're glad to have you. That's all.

**Carrie Cleveland:** Good evening. Happy New Year. Thank you to all of our presenters today. I really appreciate all the information that was given. And congratulations to the folks that we recognized. And I also do want to say congratulations to the volleyball team and Mr. Limbrick. I didn't have a chance to make that comment earlier, and same applies to him which I made to Amanda. I know that it takes so much time and commitment on the coach's part, and you can tell how much energy and commitment that they have, and how much they love that team. And it's showing through the performance that those teams are giving. So just congratulations, again, to the students that are on those teams. I know how much commitment that is too. Big sports family, I am so. And the parents, the commitment the parents give. Thank you for lending your children to these programs. And again, congratulations to both the volleyball team and the cheerleading team.

I also want to say thank you to all the teachers and administrators. Thank you to the administrators for being here tonight. I know that it is difficult when you come back from a long break. And thank you for all you're doing. I also want to say thank you to Carrie Gonzalez for this book. I'm looking forward to reading this. I do recognize that there is a concern. I'm not sure where it stems from, but this could give me good insight and I appreciate you talking with us about that. There was a comment that was made tonight about a non-curricular club in Sealston Elementary School. So I'm asking Dr. Boyd to please look into that for us to see what that's all about, because there shouldn't be any non-curricular clubs at the elementary level.

A couple more things. I had gotten these two documents from a class that I went to, and I'm wondering if we can provide something similar. The first document just outlines the committees and responsibilities, like who is assigned to what committee and what the responsibility is, as well as the dates of that committee. If we could get something like this, I think it would be really helpful for us to know what each other is doing, their responsibilities, and when they're having those committee meetings. Additionally... And we probably do have something like this. I couldn't find it. If you have it, can you send it to me? But what's really cool about this organizational chart, is it lists the responsibilities of everybody as well. And I know even myself, I get confused. So I think it would be... If we have this, you could just direct me to where it is. But I'd love to have something like this, and I think it could really help the board as well. And that's it. Thank you.

**Colleen Davis:** You're welcome. Mrs. Scott.

**Rachel Scott:** I really appreciate the Potomac Elementary School class for coming out and leading us on the Pledge of Allegiance. And they did an excellent job in teaching us about Egypt. There were so many large words that I was impressed they were able to pronounce well, and many things that I had forgotten since I was in elementary school. And also wanted to just congratulate Brandon for receiving the Space Camp scholarship. I'm very excited for him getting a chance to go to Space Camp. And just recognizing all of the teams that have represented our school very well. This is my first Board meeting, first time sitting up here. And I look forward to working with the rest of the Board Members, and with you, Dr. Boyd, and Ms. Scalph. And everybody else, all the principals, I really hope we can work well together, and I look forward to what we will do in the next four years. Thank you.

**Colleen Davis:** Yes, Mrs. Hoover.

**Cathy Hoover:** I want my nickel back, because when Mrs. Cleveland said about the club at Sealston, a comment was made about Beta Club. And Beta Club is an academic club. So that was one of our public commenters that said that there was, and we had said non-academic. That, and I also wanted to thank Mrs. Gonzalez, not only for the book, but for keeping us challenged, and for things like that. I appreciate your input and your feedback. So thank you.

**Colleen Davis:** Okay. I just want to thank everybody for coming out tonight. I want to thank my Board for the opportunity to serve as Chair, and for Carrie stepping up because Cathy didn't want to be my vice chair. So thank you. But I have her. She's my sidekick. But thank you for leading the way, and helping me on my first year, and help training me to the next step of my career on the School Board. Thank you for all the speakers that came out, all the public comments that were made. I just want to say that you are heard. Thank you, Dr. Boyd, for what you said and the explanation that you gave a lot of... A little bit more input on the legal side of it all, as far as the suicidal conversations and things of that.... That tends to lead on a legal side too, as far as things like that. But I did hear you.

And one of the things I do want to... My heart does hurt when a student comes before us and tells us that they're hurting, and they don't feel heard. You are heard. It might not look like in the way you want it, it might not look like the way you think it should look, but we are doing things from these conversations, and we are trying to meet those needs. And the other thing I want to offer, if any of... Like, the Father came up and basically said that it's pointless to speak humanly speaking to us because he feels like we're not listening. That's not true. Have a conversation with us. I'm willing to sit down. I know everybody on this Board is willing, and Dr. Boyd, to have a conversation with any of you guys to give input or to hear, or to have that conversation that we're not really allowed to have from the School Board level right here.

The last thing I want to say is, because it's important to me, it's my faith. There's nowhere in the Bible that says, do not pray. And so just because we say it, doesn't mean it's true. So I challenge you to go back and look at a real Bible... Not just because it says it's a Bible, it's a Bible. So go back and look at a real Bible. If you find that verse, bring it to me. I didn't catch everything you said. I know you said Matthew 5 something... But anyways. So I just challenge you to know that just because you hear it, or because you say it, doesn't mean it's true. So just thank you. But thank you for coming. And we do hear you. And I do hear you. And I do care about you. That's it. So next would be...

## CLOSED MEETING

**MOTION – Cathy Hoover:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review hires, substitutes, resignations and stipends as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? I do, real quick. Ms. Hannah, so I don't know if they told you, but once we close/adjourn, we're going to go back. And then you guys are welcome to go home. You can stay if you want, but you're welcome to go home. You don't have to stay while we're in closed session. Okay? Okay. All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. We are now in closed session.

**RETURN TO OPEN MEETING**

**MOTION – Carrie Cleveland:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Cathy Hoover:** I second.

**Colleen Davis:** Any discussion?

**Cathy Hoover:** Second, and certify.

**Ed Frank:** Certify.

**Colleen Davis:** Certify.

**Rachel Scott:** Certify.

**Colleen Davis:** All those in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. We are now in open session.

**ACTION RESULTING FROM CLOSED MEETING**

**Personnel**

**MOTION - Carrie Cleveland:** I move that we accept personnel, as presented.

**Ed Frank:** Second.

**Colleen Davis:** All in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye, motion carries.

**ADJOURNMENT**

**Colleen Davis:** Can we have a motion to adjourn?

**Cathy Hoover:** I make a motion to adjourn.

**Ed Frank:** Second.

**Colleen Davis:** All in favor?

**Ed Frank:** Aye.

**Cathy Hoover:** Aye.

**Carrie Cleveland:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. We are now adjourned.

**COPY ATTEST**

| | |
|---|---|
| ______________________________ | ______________________________ |
| Colleen Davis, Chairman | Erin Scalph, Clerk |