# EXHIBIT 15

**King George County School Board**
**Regular Meeting**
**January 29, 2026**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

**TABLE OF CONTENTS**

School Board Members Present ____ 3
Others in Attendance ____ 3
Call to Order ____ 3
Invocation ____ 3
Pledge of Allegiance/Opening ____ 4
Moment of Silence ____ 4
Public /Employee Comments ____ 4
Superintendent Comment ____ 5
Changes to the Agenda ____ 5
Presentations ____ 6
  Health Insurance Review ____ 6
  Gifted Advisory Committee Annual Report ____ 13
  FY27 Budget Presentation ____ 18
Student Representative Comment ____ 34
Consent Agenda ____ 35
  Meeting Minutes: January 7, 2026 Organizational Meeting; January 7, 2026 Regular Meeting ____ 35
  Donations ____ 35
Action Items ____ 36
  Acceptance of Funds: Virginia Professional Educators Classroom Mini-Grant ____ 36
  April 21st Special Election ____ 37
Discussion Items ____ 39
  Snow Makeup Days ____ 39
  School Board Code of Conduct ____ 47
Information Items ____ 48
  Committee Reports ____ 48
Superintendent's Report ____ 50
Board comment ____ 50
Closed Meeting ____ 53
Return to Open Meeting ____ 53

Action Resulting from Closed Meeting ____ 54
Personnel ____ 54
Adjournment ____ 54
Copy Attest ____ 55

**Regular Meeting Minutes**
**January 29, 2026**
**Horace A. Revercomb Building, Board Room**
**5:30 p.m.**

The regular meeting of the King George County School Board was called to order at 5:30 p.m.

## SCHOOL BOARD MEMBERS PRESENT

Colleen Davis, Chairman
Carrie Cleveland, Vice-Chairman
Cathy Hoover
Ed Frank
Rachel Scott

## OTHERS IN ATTENDANCE

Dr. Jesse Boyd, Superintendent
Erin Scalph, Clerk

Disclaimer: These minutes were generated from a recording of the meeting using software. Accordingly, there may be some transcription errors. Care was taken to catch and correct major errors. However, some minor discrepancies likely still exist. If some of the text does not make sense, the reader is asked to reference the corresponding YouTube video as the best record of what was said. Note while it's impossible to correct every error prior to approving minutes, the board did ensure that all motions and their votes were accurately recorded prior to approving these minutes.

## CALL TO ORDER

**Colleen Davis:** I'd like to call to order the King George County School Board meeting. Please stand for the Pledge of Allegiance, and then a moment of silence.

**All Present:** I pledge allegiance to the Flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with liberty and justice for all.

## INVOCATION

**Colleen Davis:** Thank you. We have Mr. Ben Tritt from THRIVE to bring the invocation. Thank you so much for coming today.

**Ben Tritt:** Thank you. Let us pray together. Dear God, we thank you for this meeting tonight, for all of our schools that we have. We thank you for our teachers, and we thank you for this Board and everybody who's here tonight. We pray for unity among this Board, for understanding, for their wisdom, for you to set their direction, to guide their discussions and the decisions that they'll make tonight and every meeting. We ask you to instill confidence in the future through their decision-making, and that their decisions reflect your will. We pray for protection for each of them and their families. We pray for your blessings on the teachers, and the administrators, and all the support staff at all of our schools. We pray, especially, for all the children in our schools this week while they're off. Keep them safe and return them safely to school. We pray for their safety every

day, and for their continued learning. We pray for the rest of this school year that you would bless it. We pray for blessings on everyone who's here tonight, and blessings on their families. We ask all this in Jesus' name. Amen.

**PLEDGE OF ALLEGIANCE/OPENING**

**MOMENT OF SILENCE**

**PUBLIC /EMPLOYEE COMMENTS**

**Colleen Davis:** Thank you. All right. And then we have... Any employee comments?

**Dr. Jesse Boyd:** One.

**Colleen Davis:** Can we check online too?

**Dr. Jesse Boyd:** I don't have any from online here.

**Colleen Davis:** Pastor Sherman Davis.

**Pastor Sherman Davis:** How's my hair look? I'm Pastor Sherman Davis, here in King George. And I'm here to read the Scripture to you, give you a thought. The only thing that I know of that can't be earned, is salvation. In all the religions of the world, man seeks after God. In Christianity, God seeks after man. Scripture says that the Lord Jesus came for the Son of Man, came into the world to seek and to save that which is lost. In all the religions of the world, man serves God to earn salvation or to merit approval. In Christianity, God serves man. And he met our need for justification, and forgiveness, and sanctification, to be declared not guilty. In Hebrews 12, the Scripture says, "Looking unto Jesus the author and the finisher of our faith; who for the joy that was set before him endured the cross, despising the shame" The joy that was set before him, of course, is those that is redeemed, those who trust Christ, "and is set down at the right hand of the Throne of God. For consider him that endured such contradiction of sinners against himself," he endured our judgment and our punishment.

And so we are thankful tonight. You go all over the world, any country... For example, you can go to India. And in India, you will find out there is just multitudes of different religions, and all of them are accepted. They worship the Brahma bull. They worship anything that the man can worship, they'll worship it. Everything in India is allowed for worship, except Jesus Christ. He's not accepted. And missionaries that we support have to hide out and do things behind the scenes. The one true God is not accepted. Not only in India, but all over the planet, men worship something. They worship morality or moralism. They worship atheism. Atheism is a religion. And they worship materialism. They worship any kind of -ism. In America, every man worships himself. He's God. And whatever I want, whatever I want to do, that's... He's his own God. Everything's accepted except one thing. And even our schools... Go up to the school, and say we want to talk to you about Jesus, and you know, separation of church and state. In many of this world... You will go to places where people who are Christians will be imprisoned, tortured, enslaved, and even killed, beheaded because of the name of Christ. Let me say this and I'll stop, I didn't realize I'd run out of time.

**Colleen Davis:** I can't.

**Pastor Sherman Davis:** If he should tarry, if Christ should tarry 2,000 years from now, excuse

my English, but ain't nobody writing any songs about you or me. It's been 2,000 years since he was crucified and rose from the dead. And they're still writing songs. And 2,000 years from now, they'll still be writing songs about the Lord Jesus Christ, the Son of God, the one who rose from the grave, and offers salvation to anyone that'll come, the God-man. Simply as the Bible says, believe it in your heart and you shall be saved.

**Colleen Davis:** He's taking advantage because I'm his daughter-in-law. Sorry.

**Pastor Sherman Davis:** Has my time started yet?

**Colleen Davis:** You're done.

**Pastor Sherman Davis:** Has my time started yet? It says three minutes. Thank you. God bless you.

**Colleen Davis:** Thank you.

**Pastor Sherman Davis:** Thank you. I'm getting out of here.

**SUPERINTENDENT COMMENT**

**Colleen Davis:** And then we have Superintendent comment.

**Dr. Jesse Boyd:** Thank you, Pastor Davis. We always appreciate you being here. I know you can hear me out there in the hallway, so thank you for coming. That's all I have, Madam Chair.

**CHANGES TO THE AGENDA**

**Colleen Davis:** Okay. All right. Then we have... Any changes to the agenda? I think Mrs. Cleveland.

**MOTION - Carrie Cleveland:** Madam Chair, I move that we add as a discussion item, snow days.

**Colleen Davis:** Yeah. I talked with.... Yes, that's fine. Yeah.

**Carrie Cleveland:** Do we want to add that?

**Colleen Davis:** Can someone second it?

**Ed Frank:** Second

**Colleen Davis:** All right. I had a second from Ed. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Motion passes. And when do we discuss that? Now or after?

**Dr. Jesse Boyd:** No. We will do that at the second discussion item.

**PRESENTATIONS**

**Health Insurance Review**

**Colleen Davis:** Okay. And then, our health insurance review with...

**Dr. Jesse Boyd:** Yes, Madam Chair. So first up this evening, we have Heath Thomas from Mark III. He's the one that helps us every year with our health insurance renewal. And as you guys know, this is always an important puzzle piece to our budget moving forward. So Heath has always been an advocate of King George County Schools and helped us a lot in our healthcare needs. So thank you, Heath. And the stage is yours, sir.

**Heath Thomas:** Thank you so much, Dr. Boyd. Good evening, Board. Thank you for having me on this very cold and icy week. I'm happy to be here. As Dr. Boyd mentioned, so I am helping the school system with not only the health insurance, but when we came on board a couple years ago, we looked at voluntary products as well, as well as the employee enrollment process for onboarding, offboarding, and all of those things. Oh, perfect! Thank you. So as we go through this, obviously, the main topic is going to be the health insurance. We will certainly go through that. I know that's going to be an important thing. But just to give you a background of who we are, I know we have a new Board member from previous years. We are an independent broker. So we are the last family-owned brokerage that focuses on the public sector in the Southeast. We currently have a large footprint in Virginia. We are headquartered in North Carolina. I'm actually in Chesterfield, and manage most of Virginia state for us. So beyond the health insurance, we're also providing an enrollment platform for your employees. I mentioned voluntary benefits, flexible spending accounts, onboarding, offboarding. We're essentially an extension of the benefits and HR team to try to take some of their day-to-day work off of their plate and allow it to come to us. Obviously, no benefits are great unless we can communicate them to your employees. So we work on a variety of ways to do that, both with benefits books, videos, as well as direct communications, and one-on-one meetings with the employees on-site in the spring during open enrollment.

So let's get to the focus tonight, which is the health insurance. So what you have on the screen currently, is a listing of your membership and claims from the time period of October 1, 2024, to September 30, 2025. This will be the timeframe that we anticipate Local Choice will use for your renewal window. They have backed this window up a couple months in the last two to three years. This used to be a 12/1 to 11/30 window, and now a 10/1 to 9/30 window. So just some brief takeaways on this particular listing here. You can see your enrollment has tweaked up just slightly in the last 12 months, in the low 410s, 414s, up to 422 in the month of September. But I want to focus on the claims. So on the far right, this is the total claims that the group has spent. And this is medical claims only. So that's important to know because when we talk about Local Choice, they are not transparent. I won't say they hide the pharmacy data, but they're not transparent. There's not reporting that directly gives us pharmacy data. Our anticipation, and the data we have seen, we anticipate you're spending about $2.8 million or $2.9 million in pharmacy right now, in addition to this $5 million that's shown on the screen for medical. Okay, I'll go through that in just a minute. The other thing to note here, is that just on a month-to-month basis, you're averaging, right now, in this 12-month period of time, about $400,000 of spend a month on medical. We're going to talk about some other months and some things that are going to come up, and that'll be

a good reference point. So about $400,000 on a monthly basis currently.

This is a list of your high-cost claimants. Anthem defines a high-cost claimant as, Anyone that spends above $25,000 in that annual period. So you can see we have 38 of those people. These could be individuals, spouses, dependents, there's no determination. It could be anybody on the plan. And you can see, we have some really high figures up at the top. A couple of people have spent over $200,000. When Anthem calculates your renewal, you are going to get some relief for people that have gone above $125,000 threshold. So it's important to see where these people fall. But just so you know, we talked about the $5 million total, these 38 people have spent $3 million by themselves. So a very small segment... We'll talk about what percentage that maps out to be in just a moment... But a small segment of the population, spending a huge chunk of the percentage of the claims.

So this is our mock-up of The Local Choice renewal. This will look very similar to the renewal that they will send out, in theory, any day. I was hoping that I could have the email on the way here. In previous years, they had given the renewal sometime around the middle of February, to maybe even towards the 20th, 22nd. We are told by the end of the month of January, we should have the renewal in hand. So any day, that could be firmed up. In this renewal, I've left to the right here, three years of rate history. So you can see where we've come from. And you can see, the first line item down in line item A, this is the paid claims that you have had in the last few years. And you can see only three years ago, you were only at about $3 million of total medical spend. This year, you topped over $5 million of medical spend. So in a very short period of time, we've seen an extremely high uptick in the amount of claims being spent. Line item B, is the relief that you will get from the claimants above the $125,000 threshold. You had eight of those, I believe, which totaled about $410,000. Which brings us down, if we look at the line item G, the trend. So this is the percentage of general increase that the insurance companies are looking at. It used to be that we would say that 7% or 8% trend is pretty standard, and our company thinks that number is tweaking up to probably 8% or 9%, maybe even 10% trend with inflation and the cost of health insurance in that way. So I think this is a number that you will see an increase. And I have the first yellow highlight here, for impact of blending. So because of your benefit with Local Choice, you do get some relief of blending with other municipalities who participate in the Local Choice program. You can see, in the last three years, each of... Well, in the last two years, this has been an item where you've gotten $130,000 and $160,000 credited to you in your renewal calculation, which has cushioned the renewal increase over the last two years. If y'all have been here for the last few years, you know, I've been saying an increase is coming. We've gotten some good relief in the last two years, and one of those areas is in the impact of blending. So I have that calculated currently as a zero right now, because I don't think we can bank on that. You can see in 2023, you actually had an increase of $146,000. So I don't think that we can bank on a large amount of money coming back. So I've left that in as a net neutral zero.

So line item I, is a net total of your projected medical claims, with the net difference of the spend of the claims in excess of $125,000. And then we go into the other items that Local Choice builds into their renewal. So because you're getting that relief on the claims above $125,000, you have to pay, what they term, stop loss, or reinsurance. This year, I'm anticipating that's going to be approaching about a million dollars. Last year, it was $846,000. But you can see the uptick of the last couple years. We were at 519. We took a 20% increase to 611, another big increase to 845. And so I am anticipating that this is going to be an area that you're going to see an impact. The claims, as you saw on those 38 people, there are expensive claims throughout the benefit, and there are some claims that are coming I'm going to talk about in a moment, that is going to justify that particular increase.

Next line item down line item four, is just a percentage based on the premium that Anthem charges. And then I want to stop and pause on these next two line items because I want to mention that... I said a moment ago you're spending about $5 million in medical. We anticipate you're spending just under $3 million for pharmacy. But you also, in your current contract, are getting dental and vision, which I'm estimating to be about $1.7 million or $1.8 million for the upcoming year. So it's a total package that we're talking about here. And we're going to talk about what other alternatives may be out there for you, and what justification there may be for that.

So the next line item is the contingency reserve fee. This is another yellow item. This is an item that you have received significant relief in the last couple years. This line item is particularly designed to give you relief in those years that you're not running as well. And it is the fund balance that helps keep everybody stable over the course of time. Because of the variance in this, I left it at zero. But I do think there is an opportunity you could get some money back here. I just don't want to overestimate what that may be and put you in a different position than you end up at. All those things combined, bring us to an $8.6 million estimation for the 2026-2027 plan year. That is an 18% increase over where you currently are. So the first question that always comes to mind is, is that justified? I think right now, considering that you're spending $5 million in medical and roughly $3 million in pharmacy, that's about $8 million in quick math. And then you're also getting $1.5 million of drug coverage. You're getting $300,000 in dental, and you're also getting vision. So all those things combined, I think you are in a pretty good situation.

**Colleen Davis:** What that means for us, though, is... Here's the recap. So where we are right now, TLC provided substantial relief. For those of you who are in the room, the last two years, I know we were calling for 20% increases and it was justified in the math. I think it still sits there. But they came in with some relief. If they come in with that same relief, that 18% will will dwindle down pretty significantly. I just don't think it's a number that we can bank on right this moment. Part of the reason for that is the claims are still up. So in the last 12 months, the net claim effect is up another 14% from where it was. You can see, only three years ago, we were spending about $3 million in medical, now we're spending $5 million. So the overall increase is pretty substantial. The high-cost claimants represent 4.6% of your population, spending roughly 60% of your claims. That's that area of the reinsurance that I do anticipate an increase in the pharmacy contract I mentioned a moment ago. So based on the reports that we can find, we're estimating about, again, just under $3 million of pharmacy spend. But they're only charging you right now, $1.495 million. So it is a sizable value that you're receiving in that particular part of the contract. The October 2025 claims numbers are not in this calculation. Again, based on the window of time that Anthem is looking at for the renewal, we anticipate that window shuts on September 30th. But just so the group is aware, the month of October was a very difficult month for the school system in regards to claims. I mentioned your average claim spend in the last 12 months of around $400,000. In October alone, it was $1.3 million. So one month, some very high-cost claimants came through. Now, when we get to renewal next year, you'll see some relief from that because a lot of those people will be above that $125,000 threshold. But basically, in one month, you spent what you've averaged for three. So there is an expensive month that was not included.

**Heath Thomas:** And the reason I bring that up, is when we look at alternative options, the logical alternative outside of Local Choice, would be to go to a self-funding arrangement. It would not necessarily be a good thing to move to a fully insured arrangement because you have benefits in your plan right now that you could not have under a fully insured basis, mainly around stop loss and pharmacy. So if you were to go self-funded, you would have to pick up a substantial amount of risk in order to manage those claims. So there could be an opportunity to mitigate some cost. But there is, if these claims continue to come in, you are assuming some of that risk that right now is being offshoot to Anthem because of the way that your contract is structured. The way that

Local Choice works is kind of a middle ground between a fully self-funded product, and a fully insured product. So you get the benefit of having a set rate from Anthem, but you also get the benefit of getting the relief on claims that are above $125,000, which you do not get in the standard fully insured world.

All that said, we anticipate a firm renewal from Anthem any day. Again, it is supposed to be by the end of the calendar month of January. I am anticipating an increase in the mid-teens. It depends on how much relief Anthem is going to be able to give you on those two yellow areas I highlighted, in the impact of blending, and the contingency fee. Questions?

**Colleen Davis:** We have some.

**Heath Thomas:** I'm sure.

**Colleen Davis:** We're kind of getting our thoughts together.

**Heath Thomas:** Please do.

**Colleen Davis:** Yeah. Just a minute, if you don't mind. Yeah.

**Heath Thomas:** No problem.

**Carrie Cleveland:** Madam Chair, I have a question. Oh, I'm sorry.

**Colleen Davis:** No, he said he doesn't. Go ahead. He said he... Did you have one?

**Ed Frank:** No.

**Colleen Davis:** Yeah.

**Carrie Cleveland:** Can you explain to us again... I'm just trying to figure out the TLC. Can you explain to us how that works?

**Heath Thomas:** In what regard? In, like...

**Carrie Cleveland:** I just.... I don't... I was trying to figure out what does it all entail? Like, how is it being calculated? I think I missed that part.

**Heath Thomas:** So it's being calculated... The state at DHRM and Anthem, are getting together and setting the plan designs. There's five plan designs that you can choose from. You currently offer three of those five. That's a pretty standard process. That's the most that you can offer. In regards to the rating system that's going to come up, that's really based on the claims. So, the only two things that are somewhat up in the air, would be the impact of blending, and that is a matter of what other groups are doing, which we don't really have access to see. Anthem has all that behind the scenes. And then the reserve fee. So those are the areas that they can play with that they have helped you tremendously in the last couple years, to alleviate some of the increases. But in regards to the functionality of it, there's really two paths for insurance. One is fully insured, which is you pay Anthem or United Healthcare, whoever it is, a premium. And then at the end of the year, they tell you how much your premium is going to be for the next year depending on your claims. There's nothing that you do in the middle. You just pay your premium. If you went self-funded, you would wait weekly, and you would get a download of all of the bills

that your employees would have, and that could be $50,000 a week or $200,000 a week. And you would pay those as they come in, and you would pay a carrier an administrative fee for processing those claims because you're actually funding them. Local Choice is somewhere in the middle, because if you were self-funded, you would also have a catastrophic cap, called stop loss. So if you ran into a $200,000 bill, you, the school system, could stop paying and the reinsurer company, that is, Anthem in this case, would pick up the bill so that you don't have to cover that expense. Local Choice is blending all of that together for you and bundling it with other municipalities right now. Does that help?

**Carrie Cleveland:** So this is a credit, that you can possibly get, because of money that we didn't spend, based on what other other people are doing, basically?

**Heath Thomas:** Correct. Of the pool...

**Carrie Cleveland:** Okay. Okay. That's what I was just trying to understand the functionality. Okay. Thank you.

**Heath Thomas:** Sure.

**Colleen Davis:** My question... Do you have a question? I'm just understanding, because you pointed out, in October how we were so high. Are there months that we're not... We don't even... Like, we're low? Do we get credit for that instead of...

**Heath Thomas:** Yeah. I mean, they're going to look at it at a total. So, based... A low month was 277. So in March, you had a low month of 277. May, you had 274. But then in June, you had a 607. So there's always going to be variance to the claims. They're looking at it, right now, on an annual basis. They're basing it from, right now, 10/1 to 9/10. So what I'm indicating is that if we were to shop the plan... So let's say, you said if they came back at 15% or 18% or 20%, we can't do that. We've got to go to bid. Know there are some high-end claims that are not even being calculated in this percentage, that if you do go to bid, would be calculated for any other business. So by that I mean...

**Colleen Davis:** I guess, why are we being punished for one month, and why isn't that being kind of balanced out, like, the other good months are?

**Heath Thomas:** Oh, it will be. I'm just telling you that...

**Colleen Davis:** Well, it's going to make our rate go up because of one month type situation.

**Heath Thomas:** Well, it's going to depend on how much of that $1.3 million comes back in those credits. So we haven't gotten that report. And that wouldn't be until the renewal for '27. We wouldn't see that until... Unless Anthem changes the game, which they have the rules so they can change it... But based on what they've done previously, that would not be relevant to this particular renewal. We would have to cross that bridge for next year. It would be relevant if the school system wanted to go to bid outside of Local Choice, because at that point, they would look at those new claims, whereas Local Choice is not looking at them currently.

**Colleen Davis:** Does anybody else have a question? Do you have a question? Go ahead. No? Do you guys... Does our health insurance have a cap on what they're willing to pay the medical providers? Kind of like TRICARE used to do when we were in military, they wouldn't pay but so much for a CAT scan? You know what I'm saying?

**Heath Thomas:** No, ma'am. Not to my understanding. So they all have negotiated rates of what they're willing to pay for services, which is why you'll see, occasionally, a hospital system may fall out of contract with a provider for a couple months while they work those fees out. But no, there's not like a lifetime cap or anything that used to be...

**Colleen Davis:** Not a cap, just in the price alone. Because I'm looking at... I was looking at that one screen where it was showing how much money each person is spending in medical costs. And how do we know those aren't just overpriced medical services?

**Heath Thomas:** I mean, that's a great question. Anthem is paying those services. So I would assume that they wouldn't be just shelling money...

**Colleen Davis:** They're paying them, but we're being punished for what they're willing to pay, is what I'm asking.

**Heath Thomas:** I wouldn't necessarily say that.

**Colleen Davis:** If we could... We can't... I would like to see what's being charged, but I know that we can't.

**Heath Thomas:** Yeah, I mean, it...

**Colleen Davis:** But I feel like there's some over cost being paid, and then that's why it's going up. Because medical costs for the same... What I'm trying to say is, it could be... I could go in this year for a broken arm, and it's $1,000. But then I go in two years it's going to be $4,000 in cost. Nothing's changed in my health. I just broke my arm twice.

**Heath Thomas:** Sure. And that's where that trend line comes in on this particular area, is just the overall trend of those claims in the market.

**Colleen Davis:** So is on there, the price of what we pay into it, versus... I heard you say it once for the pharmacy.

**Heath Thomas:** So your current premium is roughly $7.3 million.

**Colleen Davis:** Okay. So that's what we pay.

**Heath Thomas:** So that number at the top and then the bottom of the 2025 annual year, that's your rough current premium. That could variance with enrollment, if you had some families that dropped off, some employees that came in. But that's a good estimation.

**Colleen Davis:** And then, the 2025 is showing what you guys paid, or was that our current?

**Heath Thomas:** That was the renewal data. So in 2025, you paid $6.57 million in premium, and then they increased your cost to $7.3 million, which was a 12% increase.

**Colleen Davis:** Okay. Sorry, Mrs. Cleveland.

**Carrie Cleveland:** I'm sure you've probably been asked this before, but is there any sort of wellness plans that employees can get enrolled in, that we could partner with to make it so that

the employees could, like, better their health, per se?

**Heath Thomas:** Absolutely.

**Carrie Cleveland:** Do we have anything like that in King George? Have we talked to you about that?

**Heath Thomas:** We have a wellness coordinator. We've been participating in some of the health fairs. We've been trying to get some of that going. But yes, I think that is something that we can do. We have a coordinator that could do just some generic contests or mailings, whatever the group wants to do, we can do. The problem with wellness and Local Choice is, because they're basing it on the claims, per se, you're not getting dollar-for-dollar back in the wellness. So a lot of TLC wellness gets left out because you don't... You're not a self-funded 5,000 life group where every single dollar that you pay out in claims is a direct savings to you, because there's... Sometimes, these numbers can calculate out that you might be due a negative, a decrease. And that's very rare for Anthem/TLC to pass out a decrease. They usually will play with those two other numbers to find a way to make that so that it's about a flat. So it's very rare that there's any decrease. But yes, from a wellness perspective, we can do everything from mailings and small programs, to things where blood draws on site. I mean, it's really just a matter of how involved you want to be.

**Carrie Cleveland:** So there are wellness plans, but it wouldn't really affect our rate at all?

**Heath Thomas:** It wouldn't have a direct impact on your rate.

**Carrie Cleveland:** Okay.

**Colleen Davis:** No. But what if they stopped?

**Carrie Cleveland:** Well, I'm not saying...

**Heath Thomas:** Yeah, long-term, yeah, it can still have an impact.

**Carrie Cleveland:** Well, I still like the idea. I just know at my work we have an offset. So that's what I was wondering.

**Heath Thomas:** Like a differential of premium?

**Carrie Cleveland:** Yes.

**Heath Thomas:** Okay. So there are certain guidelines that Local Choice sets out on what percentages you have to pay for premium. As long as we stay within those guidelines... But that's set by Anthem and the state... And as long as we stay within that, we can have conversations around that. There are also some potential alternatives for increasing contribution. There's other ways that we can play with the numbers, once we get the official number of what is actually going to be the firm renewal from Anthem.

**Carrie Cleveland:** Yeah. I do think that we should consider some sort of wellness program for the employees, because it is super helpful for them to stay healthy and get the information that they need. So if there's something that we can talk to you about, I think it would be beneficial for the staff.

**Heath Thomas:** Absolutely.

**Carrie Cleveland:** Yeah.

**Colleen Davis:** Okay. Go ahead.

**Cathy Hoover:** You mentioned, last year, the projection was 20% increase, and then it ended up being what?

**Heath Thomas:** 12%.

**Cathy Hoover:** 12%. So this year it's projected 18%. We're going to have to go with that till we get the actual relief numbers or not. Is it... I've only... I've seen it each year significantly decrease. So is that, like, pretty standard, or you just have no way of knowing?

**Heath Thomas:** Well, so I tend to be more conservative, as we're trying to build a budget. It tends to work better conservative than the other way. And quite honestly, I just can't foresee half a million dollars of relief every year. I mean, I would love to tell you that, but it's just if... I can't tell you that it's going to come, if I don't think it's going to come. And unfortunately, that's a really large number to take a 20% down to a 12%. And so that's where... The relief that you got. But I don't think that that's a predictable year-over-year relief.

**Cathy Hoover:** Okay. Thank you.

**Colleen Davis:** Do we have a cost breakdown of per medical service? Like, what you would pay? Like, if I had to go get a... I don't know, my foot broke and I needed to cast, like what that would cost me, what you guys pay? Like, a breakdown of services?

**Heath Thomas:** Sure. I'm sure we could get a breakdown of services, if you had something specific.

**Colleen Davis:** Yeah. I'll ask. I'll get with you.

**Dr. Jesse Boyd:** Okay.

**Colleen Davis:** Anybody else? Okay. That's it.

**Dr. Jesse Boyd:** Thank you, Heath.

**Heath Thomas:** Thank you so much.

**Dr. Jesse Boyd:** Certainly appreciate you making the drive from Chesterfield.

**Heath Thomas:** No worries.

## Gifted Advisory Committee Annual Report

**Colleen Davis:** Yeah. Thank you. That is a long drive. Okay. The Gifted Advisory committee annual report, Mrs. Harris.

**Angela Harris:** Good evening, Chairman Davis, Dr. Boyd, and esteemed members of the School Board. Again, I'm Angela Harris. I am the supervisor of elementary instruction, and I also serve on the Gifted Advisory committee. So our goal here tonight, just to share you some of the great things we've been doing on the committee, and talk a little bit about a snapshot of our programming, our gifted program, from K-12 as we go. So currently, our Gifted Advisory Committee, there are 21 members, which includes parents, teachers, administrators, and School Board representatives. Our chairman of our committee is Mrs. Ann Lewis, and our School Board representative is Mrs. Rachel Scott. And I certainly do want to take time to thank you, again, Ms. Hoover, for your years of dedication and serving on this committee as you're passing the torch on to Mrs. Scott. So thank you for all your help and support.

We do meet three times a year. Unfortunately, Ms. Lewis... I didn't want to, with the weather pending and the change of the date of this event tonight. She usually does this with me, the chairman does this presentation with me, but I'm flying solo. But I do want to recognize my team while I'm here. I have Ms. Erin Kaple, she is supervisor of secondary here, and also have two of my wonderful teachers in the back. I have Ms. Amanda Miller and Ms. Kelly Barnes, there always here to support, too. So I wanted to recognize them because they are... Some of the things I'm going to talk about, they are the heart of the programming that I'm going to mention tonight. So I do want to recognize them. So some of the goals that we established this year is, we want to increase communication and professional development in the Gifted Program. That is a continuation from last year's goal. We are making steps, and I'm going to talk about it a little bit later in this presentation, the professional development piece in the Gifted Program. We're really excited this year, for the first time, we were invited to participate in a Region 3 Gifted Collaboration meeting in December, which was really nice. We actually got to learn new ideas, but we also got to showcase some of the good things we do here in King George. Ms. Kelly Barnes and Ms. Mary Murgas presented at that event. So that was cool. And we're looking at doing that moving forward next year.

We want to explore ways to expose and identify more underrepresented populations in the Gifted Program. Especially, our focus has been on females, getting more girls in the math program. So we're trying to think of ways to get the awareness out there for our girls. And we will continue to discuss and revise, if needed, the current Gifted Plan. We have, at this time, made no changes to our Gifted Plan, but we did just participate in a gifted technical review that we'll get feedback later this spring on. So in the future, we could be making some changes based on the recommendations from that experience. So what does our gifted population look like? It has increased. We have a total of 215 students enrolled, identified gifted K-12. That represents 4.9% of our King George County School population. There are 117 male students, 98 female students. This represents over eight different races. There are 22 twice exceptional students, and there are 43 students in our program that would be labeled economically disadvantaged. So I would think that we are doing pretty good overall, campusing of underrepresented populations because our numbers are going up in different groups that I've mentioned. So I think we're doing pretty good there.

So a little snapshot about our programs. Elementary gifted services, grades K-2. We offer pull out reading services. The students meet with a gifted resource teacher twice weekly for about 40 minutes. Kelly Barnes, she services Sealston and Potomac, and she also does the third grade reading classes at the center at King George Elementary School. And then Ms. Amanda Miller, she services King George Elementary K-2 students. In grades 3-5, the students attend King George Elementary School for the full time gifted instruction in math and/or language arts. The language arts curriculum extends beyond the state required standards, and intentionally challenges students beyond the grade level expectations. And of course, our math coursework

extends beyond grade level expectations in 3rd and 4th grades. And in 5th grade, we start our acceleration program where 5th graders are taught the 5th and 6th grade SOL content and they're tested at the 6th grade level.

We have been really lucky the last three years. We have used some of our All In funding to really give some opportunities to our gifted students beyond just what we can offer in the course of the day. We have hosted our own created camp, if you will, a gifted camp, for the last three summers, and we will be able to do it again this year because our funding runs out on June 30th. So we're really looking forward to that. So last year, I want to tell you a little bit about that. We run this parallel with summer school, so it helps with transportation, it helps with food, and it's just a really, really cool idea. I really could not pull this whole camp off without the help and support of our resource team. The things, the activities that we do there, we really base on children's interests, what they're interested in, the students. And we also really... I rely on the teachers' interests and their creativity, and their passions, because that's what we pull this together. We don't really follow any type of curriculum, if you will. It's really about creativity, problem-solving. And we do partner with Dahlgren, the STEM Outreach. They do bring their equipment and resources, and we offer, at least, one class there and it benefits them too. Gets them off the base, and they can work with kids for an hour for a few days out of the summer. This has been a really great program. I'm really hoping we can continue to find ways to support it. But this is a list to mention a few of the things we did last year. We did journalism, medieval times, drama, game making, creative writing, geography, breakout rooms, survival scenarios. We're currently now designing what next summer, this summer, is going to be like. So to be continued on that. Not sure what we're all going to do, but it's going to be a lot of fun. Here's some pictures of some of the activities we do throughout the year.

Let's give you that. Middle school, high school, as we're transitioning to the secondary. We'd like to think that all that work we do at the elementary really helps move along with the high school. In grades 6-8, identified students participated in gifted language arts classes. They are accelerated in their math coursework. 6th graders take Math 8, and then 7th graders take Algebra 1, and then 8th graders kids take geometry. In grades 9-12, students are counseled into classes for strength-specific acceleration. They have opportunities in honors classes, advanced placement, AP classes, dual enrollment with differentiated curriculum. And they have an option to apply for two different Governor's Schools and the Academy of Technology and Innovations. I do want to give a little shout out to our distinguished high school, just based on... There's opportunities for all types of learners, to be honest with you, not just identified, gifted. So kids that really are high-performing kids that want to accelerate, or have passions in different areas, we have lots of coursework. I want to really shout out to the high school because we're small. The high school, relative to around us, we're kind of small. They offer 10 honors classes. They have 16 AP classes and 8 dual enrollment. That's over 34 higher level classes that students can have an experience, or have an opportunity in. That's worth giving a shout out to.

**Colleen Davis:** Yes.

**Angela Harris:** Also, just a little bit about those programs. I know most of you are really aware of these programs. But we have the Commonwealth Governor's School. That's a school within a school model for grades starting in 9th grade. We have the Chesapeake Bay Governor's School, which starts in 10th grade that really focuses on students that are interested in math, science and technology. We have the Academy of Technology and Innovations, ATI. That program is located at the University of Mary Washington Stafford campus, and emphasizes on computer and data science across various disciplines. And we also have Summer Residential Governor's School, for identified gifted students, high school juniors and seniors with intensive educational experiences

in visual and performing arts and humanities, medicine, health sciences, mathematics, science and technology. Other applications are due in the fall, and I believe we've had kids that have applied for that. So that's great. We also have opportunities for the summer for the secondary level as well. We have the Fredericksburg Regional Summer Governor's Program School. It's housed in James Monroe High School. That's really a field experience where we filled all the slots last year, I believe. So that was great. Another opportunity there, and applications will be coming home very shortly for that. It's a quick turnaround for that. Monday, coming on Monday. There you go.

So our next steps, what are we working on? Well, we were supposed to start this week, our 2nd grade universal screener was supposed to be administered this week that we've been out. So we're going to pivot and we'll probably do that, we'll start that next week. We want to continue to enhance communication with all stakeholders about the program and the gifted identification process. The committee right now, is working on updating informational pamphlets. That one pamphlet explains basic programming K-12, and all the things that we offer here in King George County. And then we also found that the process of... Especially at the elementary level where kids have to move from... If they are found eligible for gifted services and they want to attend by 3rd grade and up, it's site-based, and they have to move to King George Elementary. So we are working on a pamphlet that makes that user friendly for parents to understand, and really understand the process of what that looks like once your kid is going through the evaluation process. So at our next meeting, which will be held on March 18, we're going to be finalizing those pamphlets out, and we'll distribute them to all the schools. We will continue to look at the current plan to assess its effectiveness and how it can better meet the needs of our gifted learners. We always are looking to ways to improve, or change, or adapt to what comes to us. Hence, that's how the whole gifted camp came about at the elementary school. And next fall, the gifted resource teachers will present PD at the three elementary schools to educate staff on the characteristics of the gifted students, and to discuss the referral and the testing process. And again, our next gifted advisory meeting is on March 18. Just want to thank everyone on the advisory committee for all their hard work and dedication because I think we're doing some amazing things. And again, thank you for all my teachers, especially for coming out this cold night. Appreciate all that you do.

**Colleen Davis:** Thank you, Mrs. Harris, and all your staff and everybody that's come out tonight to do this annual report. Any questions from the Board?

**Ed Frank:** Yes. I've got some questions.

**Colleen Davis:** Go ahead.

**Ed Frank:** Angie, you mentioned that under the elementary gifted summer enrichment, that you use All In funds. I thought All In was for absenteeism?

**Angela Harris:** No. The All In funds, it had four main categories, and we really took advantage of three of most of them. It comes in any instructional programming. I included gifted when I wrote the grant because I didn't want them left out. Curriculum development, included helping supplement, pay for bus drivers if we needed it, paying for tutoring, like after school tutoring, our Camp Excel program, any day tutorings that we had. So really the focus, the bulk of the grant, was on remediation intervention. But I always feel like this population... Not gets left out, but we feel like they're doing good. And just having that summer camp has been tremendous, not only academically for our kids, but the social benefits it has because we really have a quick turnaround time. These 2nd graders, if they're identified... And parents have to make a really tough decision to bring them to the center. So this camp has allowed them to come and see the peers, meet

them before we get started, acclimated to the school. So that was one category, was instruction. And then we have All In, the second category of that grant was the Virginia Literacy Act. So there was funding for that. And then the third one was absenteeism. And then the state dictated, I think... Don't hold me to this, I can't remember the percentage... I think it was 30% for VLA, 20% for absenteeism, and then the rest of the grant was for academic needs.

**Ed Frank:** Okay. And then you talked about... Along with the Governor's Schools, we've got the ATI. Is that... That's not a gifted program, right?

**Angela Harris:** No. Well, any of the Governor's, you don't have to be identified gifted to apply to any of these Governor's Schools. So that's the beauty of it. So the answer to that is no, you don't have to be gifted to apply.

**Ed Frank:** Okay. Do you know how much Governor's Schools cost per year? I mean, we talked about Chesapeake, and then the ATI, and the...

**Angela Harris:** It's in the budget. I don't know off the top of my head, but...

**Dr. Jesse Boyd:** It's in our book that we can look up. And I'll show you where when we get to it. Yeah.

**Ed Frank:** Okay.

**Angela Harris:** We will be increasing our seats at ATI next year, so we'll have seven more seats there. Remember, that the goal of that was eventually have 21... 28, excuse me. Seven times four, twenty-eight, gotta do the math.

**Ed Frank:** There are seven every year.

**Angela Harris:** Yes. So you'll see that in the budget as well.

**Ed Frank:** How much per year? How much for seven?

**Dr. Jesse Boyd:** I think it's...

**Angela Harris:** It's like $7,000, or something.

**Ed Frank:** It's $15,000... Right. Yeah.

**Colleen Davis:** It's about $7,000. Yeah.

**Ed Frank:** Because I think it said something like 15... So by the end of four years, we'll have $200,000 going into that.

**Colleen Davis:** All right. Mrs. Rachel, real quick. Sorry.

**Rachel Scott:** So on the slide where you talk about the elementary gift services, you say math coursework extends beyond grade level expectations, and language arts extends beyond state related... Or state required curriculum. Can you elaborate a little bit more on what those entail?

**Angela Harris:** Well, we do... We have the standards, everyone follows the Virginia Standards of

Learning. And we do have explicit reading material, instructional materials, for reading in grades 3-5, which is benchmark advanced. So what that is, they're still using that curriculum, but they're supplementing it with other things that just enhance the curriculum, if I will. It goes a little bit deeper. They can move at a faster pace, just based on what the kids need. Ms. Miller, would you like to... Ms. Miller, she teaches it. So who better to answer this question?

**Rachel Scott:** Exactly. Yes.

**Amanda Miller:** And I've also been fortunate because I've taught all three grade levels. I've taught 3rd, 4th and 5th. So we do, like Ms. Harris said, we follow the benchmark curriculum. And what I'm able to do is, because I am able to go faster through the curriculum for the most part, so some of the things I do in the benchmark curriculum, say, for instance, plot. In the benchmark, plot is done with, what they say... It's kind of beginning, middle, and end. So for me, I was also a middle and high school teacher. We start with, we do exposition, rising action, the climax, the falling action, and then the resolution. So it's just that advancement. Because the terminology does not change whether it's 3rd grade or 12th grade. So that's going to be it. We also incorporate novel studies, once again, because we can get more done. And I don't want to speak for Ms. Murgas, but the same thing applies in the math classes. So she's able to take... She follows the curriculum, but she is able to extend beyond the curriculum. So it's an extension of what is going to happen in a traditional classroom.

**Colleen Davis:** Mrs. Hoover?

**Cathy Hoover:** I was just going to say to Ms. Harris, you should give a shout out to STEAM Night coming up, while you got a chance.

**Angela Harris:** Oh, yeah. All right. What is it? March 12. So, yeah, please come. It's going to be fun.

**Colleen Davis:** All right. Any other questions? Any questions?

**Angela Harris:** Thank you, ma'am.

**<u>FY27 Budget Presentation</u>**

**Colleen Davis:** Yes. Thank you. Thank you, ladies. All right. And the fun, FY27 budget presentation. Dr. Boyd.

**Dr. Jesse Boyd:** Oh, shocked myself. All right. Good evening from this side of the dais. Thank you guys for being here tonight. So before we jump into the budget presentation, I do want to make you guys aware, you do have the budget book in front of you. This is going to become very active for you, in the next month or two, when we get questions from the community. And it really gives you the opportunity to really dig into every dollar that we have in our budget right now. So if you look at the tabs associated with the binder in front of you, the first tab, the summary presentation, is going to be what I present this evening. The second tab, is going to be our revenue report that comes from the General Assembly. I'll explain that later in greater detail. The third tab... And really the third, fourth, and fifth tab, is where you're going to be able to reference information for questions that you receive from the community. So the third tab, the budget book, goes through how we spend every dollar in the school division. It talks about individual staff positions. It talks about... Really, all of the personnel within our budget right now. If you go to the budget summary page, budget builder summary page, you'll see an overview. This is really... This is the color coded

Excel spreadsheet. This goes through all of the stuff that is associated with the school division. And then behind that, is really a detailed report of every... All of the stuff, again, all of the software programs, the diesel fuel. I mean from A to Z. Everything that we have to purchase in the school division is in that report. And then the last tab, is requested positions, which you can review as well. Any questions on the budget book? I know many of you guys are seasoned veterans with this, so I won't go into greater detail. But again, this will become very valuable for you as we move forward into the public facing portion of the budget process, which really begins tonight.

So going into the presentation, first on the front end, let me say thank you to Jen Brody. Jen Brody is our brand new finance director. She wasn't able to be here this evening. She's like, many of us, snowed in right now. She lives in Fredericksburg, and the snowplow came by and created a mountain of ice in front of her driveway. So she couldn't be here this evening, but I can tell you the work that she's done behind the scenes, has made us very efficient, and very agile, and very able to present a solid budget for you this evening. We've been blessed, and she's been a godsend to me in terms of this budget process, so I just want to thank her.

Projected revenue and funding requests for fiscal year '27. All right. So the budget development timeline. The budget really begins way back in November. And that's all of the stuff that's internal. We start with staff, student, and parent advisory sessions to the superintendents. We begin opening the Budget Builder. The Budget Builder is that multicolored document, Excel document, that you have in your budget binder. We do all the behind-the-scenes work in November and December. In late December, we get the first notification from the state, which comes out in the form of the Governor's proposed budget. So as of right now, this budget that you've received this evening, is based on numbers we've received from Governor Youngkin's proposed budget. I say that because there will be a lot of modification between now and the end of the budget process. We'll probably get some amendments from our new Governor. Obviously, the General Assembly will have some effect on the budget, and things will change as we move forward. I would imagine, that based on my previous experience, this is going to be, I think, a longer drawn-out budget year in terms of a state budget, working all the way down to localities. I think some of us have been involved in budget processes that go well into June, almost on the eve of July 1. So I wouldn't be surprised if this one runs that long too. I know the county wants to move forward at a pretty quick pace, which I certainly think we all appreciate. I'm just a little worried about what goes on on the state level.

Where we are this evening is, we're at the end of January. This is the first budget presentation to the School Board. Tonight, I'll just give you the initial overview of the budget presentation. Our next School Board meeting, we're responsible for having a public hearing for anyone in the community that would like to speak on behalf of the budget. We'll also have a work session for the School Board where we set up tables here, and we work through the budget, and I answer any questions that you guys have, or you have received from the community. And then the meeting after that, it would be the responsibility of the School Board to approve the budget so that we can deliver it to Mr. Smolnik in the county. And you can see that's all laid out in the budget timeline.

So the process. My responsibility is to deliver a needs-based budget to the School Board. The way that we do that is to consult a number of data sources. We use our strategic plan, which you'll see referenced a number of times in the budget tonight. We obviously consult our current operating budget, and see if it's meeting our needs. We get a lot of information from the state, the General Assembly. We use staff surveys, and listening sessions, to get information from our employees. We use the Budget Builder to figure out what we need in terms of stuff in the division. And throughout the year, I offer many opportunities for superintendent advisories with different

stakeholder groups. I've got parents, teachers, students that all come meet with me to talk about budget needs throughout the year. All of that information is compiled into what you see this evening in the budget book. My responsibility is to deliver that needs-based budget to the School Board. We work through that as a School Board and as a superintendent. And then our final responsibility is to deliver a balanced budget to the Board of Supervisors. And that's the conclusion. And then obviously, they will approve their budget, which includes us. They'll send it back to us, and we'll make final approval of our portion of that budget.

So part of our school budget is always based on how many students we have in school, average daily membership. So every year, we take a close look at where we are in terms of enrollment, or average daily membership, across the school division. State funding in Virginia for public schools, is based solely on the number of students that attend school. Why do I bring that up? Because up until this year, we've always had a slight increase in our school population. This year, and we believe, based on numbers we've received from Weldon Cooper, enrollment across Virginia for public schools is beginning to tick down in all school divisions, really across the Commonwealth. And it's believed to continue that way all the way up to about 2030 right now. So we've made adjustments and predictions based on enrollment that we think we're going to get. So if you look at that last bar over on the right-hand side, students coming in. Now, this is average daily membership. That changes. That is a complex number that has to do with the number of days students attend, whether or not they're full-time students or part-time students. There's a lot of variation to it. Our average daily membership projection for next year is 4,230. We will use that number to determine the amount of state funds that we receive from the Commonwealth. If at any time you guys want me to stop, and you have any questions, just cut me off. Yes, ma'am.

**Rachel Scott:** If our enrollment is higher next year than what you're anticipating, how does that impact the budget?

**Dr. Jesse Boyd:** So what that'll do is that'll give us more state funds. They take that measurement two times a year. They take it on September 30, when we begin school, and then they take it at March 31, at the very end of the school year. If the number changes, or it increases, we would end up with more state funds. In the last 10 years, that's a very small number that we've seen... Excuse me. It adjusts up and down. It doesn't really change that much year-over-year. Ms. Hoover, do you have a question? No?

Okay. Next slide. On the far right-hand side there... And again, you guys have copies of this. You also have it in your Board packet because there's some live links that you can click on, with some additional information. On the right-hand side, you can see, each of our school buildings broken down with student enrollment as of March 1, 2025, and then student enrollment just at the beginning of this month, January 5, 2026. And on the far right, as you know, we're always concerned with capacity in our school buildings. You can see the capacity of those buildings and where we stand in terms of enrollment.

Okay. Local Composite Index. Local Composite Index, is something that the state of Virginia uses so that they can fairly award state funds to localities based on their ability to pay for public school. So all 132 school divisions in Virginia are measured. We happen to fall in the middle. Our Local Composite Index is 0.3641 in this biennium over the next two years. What that means, in summation, is that our locality should be responsible for paying, at minimum, 36% of the cost of public education in King George. And then the state and federal pays the inverse of that. Again, Local Composite Index is not binding. It's something that the state uses in order to award state funds across the Commonwealth. The three things that they look at just for education, is they take a look at the true value of property in King George, they take a look at the adjusted gross income,

and then they finally take a look at taxable retail sales. All three of those things are rated, and then the state funds are awarded to localities based on where they rank in those three areas.

All right. Our budget alignment always adheres to our strategic plan. I think all of us School Board members, myself, and everyone that works in the school board office, probably has these memorized now. We really hold them tight to our chest, and really try to make sure that our initiatives are focused towards these goals. So Goal 1, is employee investment and development. Goal 2, is quality instruction and innovation. Goal 3, is community collaboration, engagement and communication. And then Goal 4, is safe, secure and healthy learning environments. Many of the budget initiatives that you'll see moving forward in this presentation, tie back to these specific goals.

Every year in the budget process, we survey our staff. So we send out a survey early on in the budget process. This was, I think, back in December. And we asked, really, a couple simple questions. Do you have the equipment you need to do your job? Do you have the supplies? And do you have the programs and services needed to do your job? What we see in these pie graphs are what we typically see. What it shows is that about 9 out of 10 of our teachers right now believe that they have the equipment, supplies, and programs and services they need to do their jobs effectively. So that's a good sign. In fact, the programs and services number has really ticked up to about 95%. So that's even better. The second question we ask, because it's always major parts of our budget proposal to staff, we ask them, please rank these three priorities when you're considering a budget increase: competitive salary increase; addressing the compression we have in our pay scale; or having the School Board cover the health insurance increase. Those were the three priorities. So the first priority, on the left-hand side in blue, resoundingly, the staff said, salary increase is our number one... They believe is their number one priority. The second priority that they thought we should address is compression. And then the final priority that they thought was important in these was the School Board covering the health insurance increase. Does that make sense?

**Carrie Cleveland:** I have a comment. Thank you. So it does make sense. I'm curious, though, do they understand how much the health insurance is? And so when you think about the year after year percentage, especially when he just came up here and said that it could potentially be pretty substantial. And last year, I think it was even more than that when he first came to us. I think maybe we just need to get some awareness around that, right, so that everyone is aware of how much that is. Because essentially, that's more than what an increase in salary would be, getting that paid for.

**Dr. Jesse Boyd:** Yeah.

**Carrie Cleveland:** Does that make sense?

**Dr. Jesse Boyd:** It does make sense. Yeah. And we'll talk, we'll dig a little bit deeper into what some of those numbers might look like moving forward. I'll show you what I mean. Typically though, the largest increase for an employee, of those three, would be their salary increase. Compression over the last couple years, has made a decent difference for our teachers that we're at step 10 and above. And then health insurance, again, is a variable, like Ms. Cleveland is saying, that keeps ticking up on us. So something that we do need to consider. Oftentimes, one of the most important decisions that the School Board makes in this budget process is where we stand with healthcare, and what we intend to do for employees and employer coverage.

**Colleen Davis:** Dr. Boyd?

**Dr. Jesse Boyd:** Yes.

**Colleen Davis:** Forgive me if you already answered this, but how many filled out this, participated in this?

**Dr. Jesse Boyd:** I think it was...

**Colleen Davis:** Since, last year it was...

**Dr. Jesse Boyd:** This was, like, 450, I think. But don't quote me on that.

**Colleen Davis:** Oh, that would be great.

**Dr. Jesse Boyd:** I think it was a decent number.

**Colleen Davis:** Okay.

**Dr. Jesse Boyd:** All right. Again, budget initiatives, because what you're going to see next is how some of our budget requests tie to our strategic plan. So again, strategic plan goal number 1, employee investment and development. One of our priorities in this budget process, again, is to increase salaries, and we're going to request an average of 4%, which includes the adjustment in compression. I'm going to explain to you what that means. And so, as I cover this right now, I'm going to go over these costs. They'll make more sense when we move forward. To increase salaries by an average of 4% and to adjust compression, it's going to cost $1.6 million. Now, that's not going to be $1.6 million... That's not going to mean that the locality has to cover that $1.6 million. That's going to be that... That's a $1.6 million increase between all three of the funding sources, that all three of the revenue sources we have: state, federal, and local funds. So when you see these numbers, it doesn't mean that they all are going to be on the back of our local Board of Supervisors. The second budget request is to increase our hourly pay scales for assistant cafeteria managers. We have a discrepancy right there right now. Our assistant cafeteria managers, we're having a difficult time finding them because the pay scale is almost exactly the same as our cafeteria workers. So we're asking for a small increase in that, and really a small increase in our budget adjustment because of that. And then finally, in terms of strategic plan goal 1, I would ask the School Board to consider, as Heath mentioned tonight, the 18% healthcare increase, and how to offset the cost to employees.

**Dr. Jesse Boyd:** What you see there is two numbers. The first number is $1.3 million. That's if the School Board picks up the entire cost of the 18% increase. And then the second number is $1 million, and that would be if the School Board decides to share the cost between the employee and the School Board, with the typical percentages that we've used in the past, just for scope. And again, this 18%, as Heath mentioned earlier, is a conservative estimate. Maybe that gets better, and maybe that number, that $1.3 million or $1 million number, gets lower.

**Colleen Davis:** Any questions? I have a question. For the increase in the assistant cafeteria managers, how many does that affect, and what schools?

**Dr. Jesse Boyd:** Five. Yeah, that's five. One at each school.

**Colleen Davis:** So about a little over $4,000 increase in pay.

**Dr. Jesse Boyd:** About right. Yeah. All right. So why is our major budget initiative teacher salaries? Take a look at the surrounding counties around us. So these are really the counties that we compete with in terms of attracting and retaining qualified educators for our school divisions. So King George competes with Stafford, Spotsylvania, Colonial Beach, Caroline, Westmoreland, and Fredericksburg. Really, those are the folks that would be willing to drive to King George for a teaching job, or drive to another locality for a teaching job. What you see across the top, is the salary for those individuals at those particular years of employment. So if they've been working for us for one year, their salary is $51,005. If they've been working with us for 30 years, their salary is $83,513. Does that make sense? And you can see how we compare to the school divisions around us. And what I've done at the bottom, is give you the relative position that we are regionally. So the best we are right now is fourth in the region, in terms of teacher salary. And as we know, in that middle range where we're trying to adjust the compression, that 5 to 10 year range, we we are second to last right now. So really, our budget initiative this year is to increase these teacher salaries by a rate higher than I think we're going to see from the localities around us. And that's often a guessing game, but but I think a 4% increase with compression adjusted, would be a good leap. Any questions about that?

**Ed Frank:** Yes. Dr. Boyd, the compression you're talking about, what years are we working on this year for that?

**Dr. Jesse Boyd:** So what we did last year was step 10. The compression exists at step 6 through 9, currently. What Jen was able to do this year, which I think is much more equitable, she's taught me more about pivot tables and things like that in a matter of a week, than I would have gotten in a graduate level course. So she was able to take a certain percentage of each of those remaining steps, and increase them so that we weren't just looking at one step, we were looking at a small increase of 6, 7, 8, and 9, I think, so that the overall sum at the end is the same, and the increase on the back end of the scale is the same, but we're affecting more teachers six through nine, as opposed to just step nine. Does that make sense?

**Ed Frank:** Yes. And what I'm looking at here is, one through five for King George, from the first year to the fifth year, comes out like 1800 bucks, $1800 is the only increase. And you go down to Stafford and there's a $6,000 increase. I mean, is there any way we can... Those are the people, I would think, that we want to keep.

**Dr. Jesse Boyd:** Yeah. No. We've talked about that. Actually, what Stafford has done... You can see Stafford's starting salary is actually one of the lowest in the regions. But what they have done, and it took them multiple years, the Superintendent there was Mr. Thomas, who's now in Montgomery County. And I think it was a five to seven year plan for them. And basically, instead of having a linear increase in the salary scale, where every step was 2%, they had very small steps on the front end of their salary scale, and very large steps on the tail end. So it kind of had an exponential bend to it. And it really is a salary scale that values the employees that have been with you for a longer amount of time. It's certainly something we've discussed, and something that we wouldn't mind looking to into the future. We've got to get this compression out of the scale first, though. That has to go before we make some of the other adjustments to bend our salary scale upward towards the tail end.

**Ed Frank:** I mean, I don't see a lot of incentive for a young teacher to stay around if they only know in five years, I'm only going to get paid $1,800 more than I'm getting right now.

**Dr. Jesse Boyd:** I know. You can see, other than Stafford, you can see that in... Spotsy's $2,000 difference.

**Ed Frank:** I think we're probably the lowest at $1800. I think if it's what I looked at.

**Dr. Jesse Boyd:** Yeah. We certainly... We need to fix that part of our pay scale, without a doubt. And I think what we're going to be able to do this year, is make a dent. but this is going to take some time. This is going to take a concerted effort that we started last year, and we're going to have to continue for, really, the next four or five years to work it all the way up to where it needs to be.

**Ed Frank:** Okay. Thank you.

**Dr. Jesse Boyd:** Yeah. And again, I do want to make the point that when we talk to most people, in the school division and out of the school division... We're not Stafford, and we don't want to be Stafford. We're not Spotsy, and we don't want to be Spotsy, for other reasons than just salary. I think many people I speak with, they're comfortable with us being in about that third place spot, in range of salary, when it comes to these school divisions. That's where we've traditionally been. And you can see we've lost some of that ground in many places. In all places, honestly. I mean, at best, we're fourth right now.

**Carrie Cleveland:** Can I ask a question, Madam Chair?

**Colleen Davis:** Yes.

**Carrie Cleveland:** I just want to be... For my own clarity. Because I know you were talking about the steps that you were focused on, and then we had some talk about the year one through year five, which obviously needs some work on it. But can you tell me, again, what the priority is, Dr. Boyd, on the steps that we're looking at?

**Dr. Jesse Boyd:** Yes. Right now, the priority is to take the compression out of step six through nine. It's going to take a couple years. Last year, we took the compression entirely out of step 10. It's no longer there. The compression still exists at 6 through 9. And when I say compression, every step in our pay scale increases by 2%, year-over-year. The compression steps, 6 through 9, they increase by 0.75% over those three years. So what we're trying to do is get those steps up to 2%. And then as Mr. Frank mentioned, in the future, work on bending that salary scale upward towards the tail end.

**Carrie Cleveland:** Yeah. I would agree with that. I think those first five years are critical, especially making sure we're keeping the teachers here.

**Dr. Jesse Boyd:** Yeah.

**Rachel Scott:** I have a question for my own education.

**Dr. Jesse Boyd:** Yes, ma'am.

**Rachel Scott:** So these years that you're showing up here, say a teacher comes in, they have five years of experience at a different school. Are they coming in at year five salary?

**Dr. Jesse Boyd:** Yes.

**Rachel Scott:** Okay.

**Dr. Jesse Boyd:** And we also are able to award previous experience for a number of different things. I think early on... Rachel, you weren't on the Board yet... Ms. Scott, I'm sorry... And we talked about military service, and how many years we would provide for military service. So teaching, it's one year for one year. And then there's other areas where there's different ratios. But again, we try to do what we can to attract quality employees to the teaching force.

**Carrie Cleveland:** Dr. Boyd, I have a follow up question on that. You mentioned military, but are you also considering any other job experience?

**Dr. Jesse Boyd:** Yes.

**Carrie Cleveland:** What about if it doesn't correlate to what they're going to teach?

**Dr. Jesse Boyd:** No. Not if it doesn't correlate to what they're going to teach.

**Cathy Hoover:** Ms. Cleveland, I can't remember if you were on the Board or not, but we modified our policy regarding that... What? About six or eight months ago. I can't remember.

**Dr. Jesse Boyd:** I think that's about what time it was. Yeah.

**Cathy Hoover:** For people that were maybe leaving the government, but had some kind of experience that could correlate to teaching.

**Dr. Jesse Boyd:** We often see it, too, in the CTE profession. So if we have somebody that's worked in the welding field and we need a welding teacher, then we work with them to give them that previous experience in the private industry so that they can come teach. And if they have the certification to teach in welding, then that's a win-win for us and them.

**Dr. Jesse Boyd:** All right. So I've mentioned this already. I think healthcare increase considerations is always a big conversation at our next work session for School Board. Initial indications are that we should estimate for an 18% healthcare increase. Really, in the next two days, we should know a firm number as to what that is. Once those renewal rates are received, the School Board is responsible for determining the employer and the employee cost associated with it. And then what you'll see here, is a link, and you guys can take a look at it in Board docs. And what it does is it gives you some cost estimates on... This is what you were asking, Ms. Cleveland. If you click on that link, it'll give you some cost estimates on not only the cost to the school division, but the cost to individual employees, based on what healthcare plan they choose. So how much their healthcare premium is going to increase, based on the 18% increase. I think that's what you were asking. So if you're a single, how much does it increase? If you have a family plan, how much does your premium increase? That's in that spreadsheet there, and there's tabs across the bottom.

**Rachel Scott:** So you're talking about their premiums increasing. But if the Board covers that $1.3 million cost, does their premium stay flat, or does that increase it?

**Dr. Jesse Boyd:** Yeah. So it would stay flat. There would be no call... If the Board picks up the $1.3 million total, then there would be no cost increase to employees.

**Rachel Scott:** Okay.

**Dr. Jesse Boyd:** All right. Strategic plan, goal 2. Again, what you're going to see and what I'm going to give you tonight is just some highlights for these particular goals in your budget book. You can really dive in deeply to some of the things that are addressed in these specific goals in the budget builder book, and in the personnel... In the budget book. Budget builder book, and budget book. So first, as Mr. Frank mentioned earlier, with the gifted presentation, the Academy of Technology and Innovation at UMW, we're in our third year. This budget request would be our third year. That's seven additional students. That's $59,500. The second item here is the big ticket item this year. If you remember, last year, we had to purchase math curriculum. The state is keeping us on track. If you've heard in the news, they have redone the SOLs for history and social science, the Standards Of Learning for history and social science. So now school divisions across the commonwealth are responsible for purchasing an updated curriculum to match those new standards. The cost for that is $686,000. And then again, this is just something small that I put in there. But the credentialing test for our CTE classes and state equipment is a small sum of $10,000. And you can see these things in greater detail in your budget book.

**Colleen Davis:** Dr. Boyd?

**Dr. Jesse Boyd:** Yes.

**Colleen Davis:** Does the School Board approve the curriculum? We do?

**Dr. Jesse Boyd:** You guys will have a chance to take a look at it. Yeah.

**Colleen Davis:** Just the new history and...

**Dr. Jesse Boyd:** Mm-hmm. But not the standards, the curriculum. So the standards will come from the state. Those were written by the Board of Education, the state Board of Education. And then we have to, basically, purchase a curriculum that matches those new standards. And honestly, there's not many to choose from. I mean, there's...

**Colleen Davis:** I'm just concerned at what they're trying to push on the new curriculum with...

**Dr. Jesse Boyd:** Yeah.

**Colleen Davis:** And what we allow in our schools.

**Dr. Jesse Boyd:** Yep.

**Colleen Davis:** Not our staff.

**Dr. Jesse Boyd:** No. I know what you're saying. Yeah, I know exactly what you're saying. Strategic plan, goal number 3, community collaboration. So King George County schools, and I know King George County, and really a lot of public entities, have seen a huge increase in the number of FOIA requests that we've received. So I know the county, and most certainly, the school division, is looking at a FOIA management system. As you guys know, FOIA is something that really sidelines a lot of our employees if we receive a request... And we've received a good number of them... And it also puts us on timelines to produce information at a pretty rapid pace. What this system does is it keeps all those entities on that timeline, and creates open lines of communication between all those entities in meeting those timelines. So it's something, really now, that I think many public entities need in order to satisfy this increase in FOIA requests. We're trying to increase our newsletters, not only at the division level, but what we'll begin to do is push out

newsletters from the building level. So we're looking for newsletter builders for our schools. That's what SMORES is.

**Dr. Jesse Boyd:** And then finally, Canvas. Some of you guys have asked me about this. Canvas is our learning management system. Through COVID, and all the way up until now, the state has funded the cost of the learning management system. What we're being told, moving forward, is the state will no longer fund the cost of the learning management system. Localities have to pick it up. So what you see here is our cost of renewal for the learning management system. Now, what is a learning management system, is a system that many of our teachers use to build curriculum, to manage curriculum, and really, to push it out to our students virtually. So that's what they're using now, and what they've used, really, since COVID. If the school division wants to use it... And I can tell you many of our teachers have grown accustomed to using it, put their entire courses on it... The renewal cost of that to the school division is nearly $50,000.

**Colleen Davis:** I like Canvas too because it prepares our students. It looks just like college blackboard and Canvas, so prepares them how to use that. However, me and you were discussing the other day, we have three platforms that kind of show the same thing other than Canvas, you can do your class and stuff. But we have maybe... Can we cancel the other things and stick with one, or do we need so many?

**Dr. Jesse Boyd:** We've talked about inventorying some of our things. They're unique. Some things do different things. But I can promise you that at the School Board level, we've talked about taking a look at some of the programs that we have, and the usage reports on those particular programs. I will tell you, I think...

**Colleen Davis:** It is hard, though, because some classes use them, some don't.

**Dr. Jesse Boyd:** Yeah. Some grade levels use them and some don't. And then really, what we were talking about too, with some of these programs, communicating with PowerSchool, and making sure that there's accurate communication between PowerSchool and some of our other third-party programs, is something that we're trying to fine-tune. All school divisions are trying to fine-tune. Sometimes they don't always communicate as well together, but that's something we're working through. I know where you're going.

**Ed Frank:** You know where I'm going. Yes. With our push... Or I hope we're pushing... Across the nation, we're pushing for less screen time. Why do we need Canvas? I have used it. When I was teaching, I used Canvas. And nothing beats a teacher standing in front of a whiteboard or a blackboard. I think we should be getting rid of screen time instead of staying with Canvas.

**Colleen Davis:** Less. Yeah.

**Dr. Jesse Boyd:** I think balance, is what's going to be important. I think you're right. A teacher in front of a student is, in everything that we've learned in education, that's the best model you can possibly have. I don't think anybody would question you there, no matter how that looks. Our responsibility as public educators is also to prepare this generation that's in school, for the world that they're going to enter. And so we have to find a fair balance between what we believe is the best education, and also what we know they will have to understand and learn outside in the community. So I think screen time is certainly a conversation that many school divisions, including ours, need to have moving forward. Because I think coming out of COVID, we were leaning heavy on screen time. And we had to. But moving away from that is certainly a conversation that folks are having across the state, and probably across the country. I think balance is the key word, and

making sure that we find out the best way to support both of those initiatives is key, in my opinion.

Moving on. Last goal is our safe, secure and healthy learning environments. So again, Project KIND right now is our character strong.... Excuse me, our character education program across the division. It's actually been very successful. Those that have used it on the elementary, middle and high school really talk about how it provides good lessons that our students can learn in the absence of, really, character education anywhere else. You guys know that we're currently using the Office on Youth for discipline programs. We use it for substance abuse, and they also have a mini course on good decision making. So we've used those a number of times with disciplinary infractions. The renewal for that is $16,000. At the high school, when we're talking about physical improvements to our facilities, King George High School needs to replace some of their analog security cameras, and really pick up some of those blind spots that they have at the high school right now. The camera system that we have is good, but there's certainly some areas that need some improvement. The fourth thing there...

**Colleen Davis:** Dr. Boyd, real quick. Sorry.

**Dr. Jesse Boyd:** Yes?

**Colleen Davis:** Does that grant that we normally get every year, is that going to apply to this?

**Dr. Jesse Boyd:** School security grant helps out with some of that, not all of it. But it will take a portion of that. And it's often, that school security grant contributes to really anything that's school security related.

**Colleen Davis:** Is that renewed every year?

**Dr. Jesse Boyd:** We apply for it every year. We get a varying amount of money from the state every year depending on a number of factors.

**Colleen Davis:** Okay.

**Cathy Hoover:** I have a question about that too. Remember when we went to the Northern Neck Technical Center, and they had that. Have you guys looked into... They said that wasn't that expensive. Was that true? Because that was amazing.

**Dr. Jesse Boyd:** So the difference at Northern.... So we have a similar camera system as Northern Neck Technical Center. What they have right now is cameras in their classrooms. And I thought... That's a conversation that we've brought back to the School Board office, and we've talked about a little bit. It was only a couple weeks ago. It's certainly a conversation that we'll continue to have. I'd be interested in a number of stakeholders' input on that, teachers, parents, and get a better idea. Seeing it at Northern Neck Technical Center and talking to those teachers, they really liked it. They thought it was...

**Cathy Hoover:** Had very few discipline problems.

**Dr. Jesse Boyd:** They had very few discipline problems. So it's something that... It's a conversation, I think, we'll keep having at the School Board office. Tech 5 is the new Virginia State Police fingerprinting system. So all of our employees, volunteers, anybody that has a relationship with the school division, we're responsible for doing background checks on, pretty intensive background checks. The Virginia State Police have upgraded their fingerprinting system. And as

a result, everybody that uses that system also has to update. So that's the cost of that update. And then finally, we have $45,000 in the budget for some exterior security door repair and replacement. We've got a few places in the school division right now, that I won't mention, but that need some doors that need some repairs. We're working through some of those, but these security doors are expensive. They're all functional right now, they all work, but we need to make sure that we're on top of them, and we take care of the needed updates as they come online.

**Carrie Cleveland:** Madam Chair, I have a question about this. Not a question, but a comment about this. And I talked about this in the last time we were reviewing the strategic plan. And I think this is super important that we consider things that, from a security perspective, that are going to be proactive versus retroactive. So I understand the need of updating cameras in the schools where we can see what's going on. But ultimately, what we're doing is we're going back and looking at things that have happened, versus being proactive to avoid things happening. And like when Ms. Hoover was just talking about the cameras in the classroom, let's get a price on it. We know that that is deterring the disruption in the class. And again, that's not necessarily being proactive, but it is... We know that it's helping in other school divisions. Why are we not able, why can't we put in our budget? Can we do that?

**Dr. Jesse Boyd:** Put what in our budget?

**Carrie Cleveland:** Put those cameras in our budget.

**Colleen Davis:** For classrooms.

**Dr. Jesse Boyd:** So that potentially could be this. Again, we're on the front end of this. We've only seen this at Northern Neck Technical Center. We want to really vet this with our staff, and vet this with our community, to see if it's something.... To see if we get any type of pushback there. I don't think we will. I think it's a good idea. I can tell you the cost to outfit every one of our classrooms is going to be substantial. Now, that wouldn't stop us from putting it in the budget. That's something we can certainly do. Is there any other... I can tell you we've looked at other technologies. So there's Zero Eyes, which basically, you can use in your cameras outside of your school division... I mean, outside of your school buildings, your exterior cameras. And they have the ability to alert law enforcement if somebody is walking on campus with a non-concealed firearm. That's a technology we can look into, that's proactive. There's other technologies out there like that right now. Not a ton though, that we've been able to put our finger on. Outside of the metal detectors that we... The weapon detection systems that we brought in last year. Another thing that we're really interested in that I think would improve the safety and security of our students that I've looked into in the past, is the stop arm cameras for our school buses.

**Colleen Davis:** That's what I was just going to say.

**Dr. Jesse Boyd:** Yeah. We're always having... Usually when school starts, we're always getting emails and Facebook posts about cars driving past school buses. I can tell you when we looked into that, the cost was substantial. It was very expensive for a school division of our size. Most school divisions that have employed that technology are your Fairfaxes and Loudouns, and larger school divisions that have that money, honestly.

**Carrie Cleveland:** Thank you for that. And I guess my point is, it would be a good idea for us to explore where, maybe, our threats are. And is there... Can the sheriff's department come in and take a look at it, and tell us, maybe you could put these cameras here, and some sort of technology, to your point, that's going to alert us? Because we can't have... We're not watching

the cameras, right. So we don't have somebody watching those cameras all day. So that's what I mean, we're being retroactive. Something happens, oh, let's go look at the camera. Versus, here's a camera and we're going to catch you before you do it. Do you know what I'm saying?

**Dr. Jesse Boyd:** Yeah. I know exactly what you're saying. So every year... And really if you want, you can... This time around, I would invite you to do this process with us. We have to do an annual security inventory. It's a binder, probably about three times the size of the one that you guys have for the budget. And it involves the sheriff's department. We do it over the summer. It takes a look, it audits our physical structures. It looks at everything from fencing, to bushes around the school division. It evaluates our camera system, it evaluates entry and controlled access. It goes through all of those things that we have right now. Our Raptor system, which anyone that walks in our building has to run their driver's license, it goes through all of those systems. And every year, we turn that into the state and work with our sheriff's department to do so, and then get feedback from the state and DCJS on how we are in terms of security in the school division. I can show you that from the past and make you part of the next go around with that if you like.

**Carrie Cleveland:** Okay. Yeah, I appreciate that. One more question, too. Sorry. Last year, we had an SRO being added to the middle school. And I think that has gone over really big. He's been a tremendous help. I can tell from what I see at the middle school and what I've been hearing. And how did we get that extra person, and can we get more? I think that they're very valuable.

**Dr. Jesse Boyd:** So right now, we have five SROs at each school, which are local deputies. And then what you're referring to that we got last year, is SSO, School Security Officers. And we have two currently right now. We have one at the high school and one at the middle school. Those are partially grant funded and partially local funded for five years. We'll apply for those and continue to apply for those with everyone across the Commonwealth. I can tell you, in talking to other superintendents right now, they're usually awarded at secondary schools. They haven't made them down to the elementary schools yet. But of course, we don't always have to go through the grant either. If we think that new positions for SSOs are important at our schools, that's something that we can consider in the local budget, if we think appropriate.

**Carrie Cleveland:** Thank you.

**Dr. Jesse Boyd:** Yep. All right. So again, I'm going to give you guys a summary. The budget book that you have right there, you can look at every tab in that budget book, and you will see the bottom line for every tab. So, for example, there's a technology section in the budget book. The total bottom line for increases in technology is $212,000. If you go through the entire budget book... And it has all of the departments, and all of the schools... The difference, the bottom line difference is $1.4 million. I'll tell you the same thing I told you guys last year, and really our Board of Supervisors as well. Knowing where we are locally, knowing where we want to be with our Board of Supervisors in attempting to manage this budget, we've really tried to make this the, kind of, lights on budget in terms of the budget builder. We haven't added a lot of things in there. You guys can take a look at that and see a lot of the increases are inflationary increases. You'll see a big increase in the cost of diesel fuel, which is referenced in the operations and maintenance section. Technology has a relatively big increase because of the cost of these programs that are going up everywhere. And then again, you see a big cost in the increase in instruction. And that mainly has to do with that history and social sciences curriculum that we have to purchase.

**Ed Frank:** Dr. Boyd, down at the bottom of that we talked. It's got the schools that are there. High school's, 6000; middle school, 3000. What is all of that for?

**Dr. Jesse Boyd:** So those are just increases from this year over next. The five schools have two funds that they access School Board funds for. So basically, that's office supplies and instructional materials. So those two areas, each one of our schools has a small amount of money that they receive from the School Board office for those items. So that's all the things that... All the supplies that a teacher needs, a teacher needs a stapler, whatever it is. You know how when you were a teacher at the end of the year, you place an order for whatever it is you need for the following year.

**Ed Frank:** And then I see here that the difference between King George EL and Potomac, is a little over $4,000.

**Dr. Jesse Boyd:** Yeah. So if you look into the budget book, these are just the differences. Take a look into the budget book and you'll see that they're not starting at the same starting line. They have different areas where they start. So you'll see, maybe one school had less money than another.

**Ed Frank:** I think last... If I remember correct... Last year, the high school didn't...

**Colleen Davis:** It was actually... Potomac didn't ask for anything. There was no increase in Potomac.

**Dr. Jesse Boyd:** Yeah. It's very small. And honestly, when you look at our total budget, that's a very small fraction. Additional staffing requests. So what I've shown you here is the staffing requests that we've received. And again, it is my responsibility to give you guys a needs based budget. So based on the feedback I receive from folks at the School Board office and our principals, this, these are some of the... These are all of the requests that we received. I will let you know that because our enrollment is shrinking, what we have instructed principals and School Board office staff, is to take a look at shifting some resources and not think in the vein of asking for additional positions, because our enrollment numbers are dropping. So for example, if we have somebody that is going to retire, or leave King George county through attrition, we're going to look at shifting resources to address some of these staff needs, and not through a request for a new position. So this budget season, we will not request any new positions. And I can tell you that we know exactly what the priorities are in terms of these positions. We know we need math teachers at the high school. We know we need a special education teacher at Potomac Elementary School. We know we need an ESOL teacher across the division at the middle school. We know where these priorities are, and we will work internally to address these priorities. And we do not need to ask for new positions in this budget cycle.

**Ed Frank:** Dr. Boyd, one question. For the high school, and correct me if I'm wrong, but it says Behavior Specialists. I would think that elementary schools need the behavior specialists much more than the high school does. I mean, our biggest behavior problems at the high school comes from social promotion, rather than having to... I just think this behavior specialist would be much better at the elementary schools.

**Dr. Jesse Boyd:** So you're planting seeds now, Mr. Frank, because you're giving our elementary folks ideas. But I certainly hear and understand what you're saying.

**Ed Frank:** If you'll remember, four years ago, I brought that up.

**Dr. Jesse Boyd:** Yeah, you did.

**Ed Frank:** You said we needed behavior specialists and mental health specialists at the elementary school.

**Dr. Jesse Boyd:** You did.

**Cathy Hoover:** Dr. Boyd, I have a question about... I see we're adding a clinic assistant at the middle school, but I thought that the high school...

**Dr. Jesse Boyd:** No. So these are not... These all were...

**Cathy Hoover:** We're not adding, we're just shifting around.

**Dr. Jesse Boyd:** No. These are all the ones that were requested. Some of them, and I've gotten feedback from you guys in terms of which. So I'm clear on what it is that we want to do from the Board level. All of these are the ones that are requested, not necessarily satisfied. And the ones that I know, I hope, we will be able to satisfy, are the ones that I just mentioned in terms of priority.

**Cathy Hoover:** Okay. Thank you.

**Dr. Jesse Boyd:** All right. So really, if you break down our budget, there's four areas where there's usually cost increases. Those four areas are compensation, health insurance, the budget builder, and then additional staffing requests. So what you see on the left-hand side is those four categories. What you see in the middle, is the factor that we wish to increase those by. And on the far right-hand side, you'll see the total cost for those initiatives. And again, those are not total cost to the locality. Those are total costs to the school division, which would be divided up among state funds, federal funds, and local funds.

So now we look at revenue and expenditures. This is where the rubber meets the road. This is where we marry the budget request, with the revenue that we believe we'll receive from those different entities. So FY26, in this table here, on the left-hand side, is this year's budget. So currently, we receive just over $39 million from the state. And then we have some federal funds, smaller amounts, and some state funds. This is stuff like our grants, this is impact aid money, this is Medicaid reimbursements. Those are the smaller funds there. So $39 million from the state. And if you look all the way down at the bottom, the local request this year that we received, was $26,328,370. Now if you go over to the slightly darker blue section in the middle there, what you see is the numbers currently based on the Governor's proposed budget. So again, this is the first rendition of this. We will probably see another rendition of this based on Governor Spanberger's amendments. And then we will most certainly see another rendition of this based on what comes out of the General Assembly session. So right now, based on all that was presented this evening, and based on an enrollment projected of 4,230 students, we believe our state funds will increase to $40,902,526. And that's a state increase of, basically, $1.2 million. We don't put an adjustment in right now for those smaller federal and state funds because we honestly don't know what those are going to be yet. We usually keep those about the same year-over-year. And the important number, as you go all the way down to the bottom, is the increase, locally, would be up to $28,445,785. So the important number is that that's a budget increase of $2,117,375.

So again, when we go to right now, based on everything that we presented this evening, and there's still a lot of variables that could change. Healthcare could change, most certainly, the Governor's budget is going to change, and the General Assembly. All of this could change. But I can tell you, based on that budget presentation, the $2 million is a fairly conservative number, if

you go back to our other budget presentations that we've presented in the past based on the Governor's budget. So I feel good and very confident about this budget request, given its state right now, knowing that some of the variables will change, hopefully for the better. But as it stands this evening, what the request would be to the local government would be $2.1 million. Are there any questions about that?

**Carrie Cleveland:** I have a question that I should probably know the answer to, but I'm going to ask it anyways. That increase of health insurance, do we get any funding help with that, or does that all get pushed off on the locality?

**Dr. Jesse Boyd:** That would all.... Well, it doesn't all get pushed off on the locality. It would be split up between the state, federal and local money. But basically, our entire budget would be responsible for covering that difference, the $1.3 million.

**Carrie Cleveland:** But they do cover... It goes into the calculation of the percentage that everybody else pays.

**Dr. Jesse Boyd:** Say that again?

**Carrie Cleveland:** Like, the state... It goes in the percentage... Okay.

**Dr. Jesse Boyd:** It goes into the.... It just... So you take all of our revenue, and then you fit our cost into all of... Our revenue is state, federal and local. All of that. You take all of our costs and plug it into that. So healthcare, one of our costs, will be shared by those different sources of revenue.

**Carrie Cleveland:** Okay. Thank you.

**Dr. Jesse Boyd:** It's important to note that right now, this budget request is estimated for the School Board covering the $1.3 million. So if you remember, our options right now in terms of healthcare, are for the School Board to cover it at $1.3 million, or to share the cost with the employer, which would be about $1 million; $300,000 difference. And again, that's based on an 18% increase, which we hope is conservative and gets a little bit better. Right now, that $2.1 million request to our locality, is considering the School Board covering the cost of healthcare. So there's a lot of variability in that conversation as well.

All right. We're responsible, every year, to break this down by the appropriation categories. So I always provide this. Again, this is just year-over-year. The appropriation categories are instruction, technology, administration, transportation, operations and maintenance, facilities. And those are the six major appropriation categories. Fund 250 and Fund 252. Our school lunch program and our grants. And you can see the differences. And again, it averages out the same way the last slide did, with $2.1 million. But you can see where that money is going into those different areas. The main increase is in instruction because the main increase is in teacher salaries. I can stop there, unless you guys have any questions.

**Cathy Hoover:** We could keep our electric bill down if we didn't have air conditioning blowing on us when it's 20 degrees outside. Just saying.

**Ed Frank:** For us follically impaired people, this is pretty bad.

**Dr. Jesse Boyd:** Follically impaired!

**Colleen Davis:** Thank you, Dr. Boyd, for doing that. Yes.

**Dr. Jesse Boyd:** You're welcome.

**STUDENT REPRESENTATIVE COMMENT**

**Colleen Davis:** All right. Moving on to our student representatives. Go ahead.

**Jake Lauver:** Good evening, members of the School Board, administration, teachers and guests. My name is Jake Lauver, and I'm one of your student representatives. Thank you for giving me the opportunity to speak with you tonight and share some updates on what's been happening in our school community. As we move into February, we are about halfway through the school year, and it's been encouraging to see the continued growth taking place across academics, activities, and school culture. I want to start by highlighting student achievements. Our SkillsUSA students recently competed at the Virginia District Championships, where Anna Cox earned a gold medal in architectural drafting, and Ben Cogley and Andrew Franzo placed fourth in manufacturing. These students will now advance to the SkillsUSA Virginia State Championships, from March 9 through March 11, in Virginia Beach, which is an incredible accomplishment and reflection in the strength of our career and technical education programs. February is also Career and Technical Education Month, and King George High School offers over 50 CTE classes, along with eight career and technical student organizations, including SkillsUSA, FBLA, DECA, HOSA, NJROTC and more. These programs provide hands-on learning, leadership opportunities, and real-world career preparations for our students.

Our NJROTC program has another major achievement to celebrate. The NJROTC Air Rifle team are the 2025-2026 state champions, continuing a strong tradition of excellence and discipline. Along with the NJROTC Drill Team has its eyes set on states coming on February 28. In athletics, our swim team recently held our Senior Night last week, recognizing the dedication of our senior athletes. Your King George Swim Foxes went undefeated this year, and we wish them luck moving into the postseason as we now prepare for districts. The arts are also thriving at King George High School. The Drama Club will present, Too Many Detectives at the Murder Mansion, on February 27, and upcoming school events like the Sweetheart Dance on February 21, where the girls ask the guys this time instead of the guys asking the girls, and then prom on April 18, continue to bring students together and build school spirit. For our juniors and seniors, the Fredericksburg Internship Expo on February 17, provides valuable opportunities to gain connections with local businesses, explore career paths, and gain real-world experience. While we look ahead, we have exciting senior events coming up including Senior Picnic, Sunrise and Scholarship Night. These events mark important milestones and give our seniors the chance to celebrate their accomplishments together.

It's also an exciting time for the class of 2026, as King George seniors are beginning to receive college acceptance letters, including acceptances to large universities and competitive schools. Seeing these opportunities open up for more students is incredibly exciting and motivating. In addition, our senior government classes recently had the opportunity to meet with two members of the Board of Supervisors, and two School Board members. Thank you, Mr. Frank and Ms. Cleveland, for coming out and taking the time to speak with students and help connect classroom learning with real-world leadership. Finally, I want to touch on our school safety. While an addition to metal detectors was controversial at first, we've seen a positive growth throughout this year. From the beginning of the year when we had my steel toe boots setting off the metal detectors first day, we've gone great lengths where it's a lot smoother now and we don't have as many

issues in the high school. So I think that's a positive that we've had this year so far. Overall, halfway through the school year, King George High School continues to demonstrate growth, achievement, and resilience. From academics and career readiness, to athletics, the arts, student leadership, there's a lot to be proud of. Thank you guys for your time tonight, your continued support, and everything you do for King George students. I appreciate the opportunity to speak with you tonight, and I hope you guys have a safe time while we battle this winter weather.

**CONSENT AGENDA**

**Meeting Minutes: January 7, 2026 Organizational Meeting; January 7, 2026 Regular Meeting**

**Colleen Davis:** Thank you, Jake. Any questions or comments from the Board? All right. Moving on to the consent agenda, meeting minutes for January 7. Organizational meeting, January 7, and regular meeting. Need a motion to approve.

**Motion - Ed Frank:** Madam Chair, I make a motion that we approve the minutes from the January 7 organizational meeting, and the January 7 regular meeting, as presented.

**Cathy Hoover:** I second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Aye. Motion passes.

**Donations**

**Colleen Davis:** All right. Donations. Dr. Boyd?

**Dr. Jesse Boyd:** Yes. I think we just have one this evening. Yes. Madam Chair, we have one this evening from the James Madison Garden Club to Potomac Elementary School in the amount of $400. This is for their garden club and native plants.

**Colleen Davis:** All right. Do I have a motion?

**Motion - Cathy Hoover:** Madam Chair, I recommend that the School Board approve the donation of $400 from the James Madison Garden Club for the Potomac Elementary Garden Club.

**Colleen Davis:** Any second? I need a second.

**Ed Frank:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Aye. Motion passes. All right.

**ACTION ITEMS**

**Acceptance of Funds: Virginia Professional Educators Classroom Mini-Grant**

**Colleen Davis:** Action items. Do we do the one first or...

**Dr. Jesse Boyd:** Yes. So we'll do the acceptance of funds first.

**Colleen Davis:** Okay.

**Dr. Jesse Boyd:** I'll go ahead with that. So we have one of our very own, Ms. Jessy Bryant, from King George Preschool, was awarded a classroom mini grant in the amount of $452 after applying for the Virginia Professional Educator Classroom mini grant. So what we would be responsible for this evening is accepting those funds and allowing Ms. Bryant to use those in her classroom. And you can see a description there, a very detailed description on what she's using those funds for in her classroom. So this evening, I would ask for a motion to accept grant funds in the amount of $452 from the Virginia Professional Educators.

**MOTION - Carrie Cleveland:** I move that we accept the mini grant of $452 for the Virginia Professional Education's Classroom Mini Grant.

**Ed Frank:** Second.

**Colleen Davis:** Any discussion? I just want to say one thing, is how important it is to apply for even the small ones because that money will go far in a classroom.

**Dr. Jesse Boyd:** Absolutely.

**Colleen Davis:** All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries.

**April 21st Special Election**

**Colleen Davis:** Chair votes, aye. Motion carries. And then, we have the April 21, special election conversation.

**Dr. Jesse Boyd:** Yes, Madam Chair. So I have shared with you some correspondence that I've received from Lorrie Gump, our registrar in King George County. And initially, she sent on letterhead notification that Virginia would be having... Possibly be having special elections on either April 21 or April 28, and then also August 18 or August 25. I then received some follow-up correspondence from her that said April 21, they are scheduling to have a special election. I've been watching the news to see what was going on there in terms of the... This is all in relation to the Democratic Party's effort to redistrict. There was, in the last couple days, a court out of Tazewell, Virginia, who basically put a hold on that initiative. So I reached out to Lorrie today, and asked her, where are we with this, and should the School Board consider April 21 still to be a special election? Her response today was that as far as she knows from her channels... She says, my understanding is that April 21 is still a go. I talked with our legislative team yesterday and that is the word. I think the best course of action is to let the School Board know that it's going to happen. And then if I hear anything from the state, I'll certainly let you know. Something will be determined very soon because March 6, is the date of early voting for that April 21, election date.

So what does that mean for the school division? Right now, April 21, is a school day for us. So if it does, and it sounds like it is, going to be an election day, then our schools are our polling places. So what we would request to do is make April 21, a teacher workday, teachers can come to the schools on that day, and make it an asynchronous school day for our students. That way they... We will plan ahead to provide the instruction asynchronously, and students won't miss that day of school. It'll also provide our teachers an opportunity to have another workday, if we can't be in our building to conduct school due to the election.

**Cathy Hoover:** We will communicate this to parents far in advance so that they'll know their kids will be home and need guidance, I suppose, because I know in the past we've changed the last minute and had a lot of comments from parents about how they were pressed for daycare or whatever. My recommendation is publicize it a lot, and soon.

**Dr. Jesse Boyd:** I agree with you. If that's the will of the Board, what we would have to do this evening... And our next conversation is about snow days, so this leads into that. But the thing we would have to do for this particular issue, is to approve a... Make a motion to approve a change in the school calendar to make April 21, a teacher workday, and an asynchronous day for students, assuming everybody's on board with that, so that we can make sure that families in our community is aware as early as possible.

**Ed Frank:** Dr. Boyd, this thing about having to provide lunch on asynchronous days, how is that going to affect it? Because the cafeteria at the high school is where they vote.

**Dr. Jesse Boyd:** So what we would have to do is... Because we know in advance, what we could probably do is send them home the day prior with a meal for the following day.

**Ed Frank:** That makes absolutely... Having to provide a lunch on asynchronous day makes absolutely no sense. I have no idea where that...

**Dr. Jesse Boyd:** Yeah. And honestly, we'll talk about that with the school day conversation, but there was some legislation a few years ago which provided school divisions the opportunity to

provide asynchronous instruction in emergencies, COVID, snowstorm. It was only recently, within the last couple of weeks, that we received notification that on those asynchronous days, one of the requirements was to provide meals. So many school divisions, I can tell you, in talking to other superintendents, have scrambled the last couple days, even to provide just a couple days of asynchronous over this winter storm. Moving forward, talking to Ms. Davis, and really seeing what was able to be accomplished today, I think it's something we can do. I will say this, and this is more probably for the snow day conversation. This is really a conversation about meeting seat time... Or meeting instructional minutes. This is not a conversation about quality instruction. What we talked about earlier tonight, Mr. Frank, about being in front of a teacher is by far the best possible education that we can provide students in our community. That's why what we'll talk about here in a little bit is some makeup days and things that would be more effective in terms of providing education than asynchronous days. But when we get into situations like we are now, and like we will be on April 21, I think it can be a happy medium, as long as we can connect the dots on those things. So that's really what we're trying to do here.

**Colleen Davis:** I think the necessity for the food is because a lot of times children only get to eat when they're at school, and it's providing them food for those kids that don't get food at home. It does put a bind on what we're able to do, but I think that's the reason behind it.

**Carrie Cleveland:** Madam Chair, I have a question about this. And just throwing it out there as a discussion with the Board. Would it make more sense to switch a teacher workday, so that way the kids can be off and the teachers wouldn't have to worry about doing the asynchronous? Would they prefer that?

**Dr. Jesse Boyd:** It's going to... I think they would prefer that, but I think it's going to tie into our next conversation about makeup days. So since we're in this conversation now, we knew going into this storm that really seven days was a magic number for us when it came to calculating instructional minutes, which we have to calculate, 990 is the magic number there, and really, seat time for some of our courses that require certifications, and things of that nature. So our instructional staff is responsible for calculating minutes. We knew that when we hit seven days, we needed to start coming up with some ideas and some plans. Tomorrow, we will hit seven days. So we had two in December. And now this entire week, we've been off. And really in talking to a lot of people, next week is still not out of the range of possibilities. So with that said, we really need to focus on how we stay close to that seven-day threshold. So, sure, teacher workdays would be valued, but we need to make sure that we're providing the instructional time. So whatever we consider in the conversation concerning the election, and the next conversation of snow makeup days, it all should come back to making sure that we are staying at or below that seven-day threshold, which we meet tomorrow. Does that make sense?

**Colleen Davis:** Okay. So what do we want to do with the April 21 day?

**Dr. Jesse Boyd:** So my recommendation... Go ahead. I'm sorry.

**Colleen Davis:** No. Go ahead. Yeah. What do you recommend?

**Dr. Jesse Boyd:** My recommendation... And again, the next conversation is going to be part of it. But because this is an action item, my recommendation for that day would be to make it a teacher work day for our staff, and an asynchronous day for our students. We still get the instructional minutes, and we still provide our teachers the opportunity to get work done in their classroom. And really, unlike this winter storm, April 21 is far enough out that we can provide the time for our instructional staff to make plans to provide asynchronous instruction on that day.

**Colleen Davis:** Okay.

**Carrie Cleveland:** Are we able to take action on this, when we want to talk about the snow days? Can we wait and take action on this?

**Dr. Jesse Boyd:** I think so.

**Cathy Hoover:** Can we make one motion to change the calendar, including this, and what we're going to talk about next? Okay.

**Dr. Jesse Boyd:** Yes. Yeah. Makes sense.

**DISCUSSION ITEMS**

**Snow Makeup Days**

**Colleen Davis:** Okay. Mrs. Cleveland, you have some questions regarding our next conversation with the snow days? You had written some stuff for all of us. Well, we're going to blend it because I think people need more understanding on the Board before we vote on it.

**Dr. Jesse Boyd:** You want me to give you an overview of where we are with snow days?

**Colleen Davis:** Yes.

**Dr. Jesse Boyd:** Okay. All right. So again, what I mentioned before is, tomorrow will mark the seventh day that we've missed. Seven day is kind of a trigger. So we want to make sure that whatever we consider moving forward, we're staying below that seven day threshold. That's going to give us enough seat time. That's going to give us enough instructional minutes to satisfy state requirements. Keep in mind, that April 21 now, is another day that's floating out there that could either become day eight, or whatever we decide to do with it. And again, we don't know how many more snow days we're going to have right now. Looking forward, what we have in our school calendar is... In terms of makeup days, if we choose to have students come to school, February 9, which is soon, was scheduled as a parent-teacher conference day. Of course that's important, but so is making sure kids are in school. But it's soon. So February 9 could turn from a parent-teacher conference day to a school day, in lieu of the parent-teacher conferences. The next day that we have in the calendar is February 16. This is President's Day. This is a holiday for students and staff. The next day that we have is March 13. March 13 is currently a teacher work day. Following March 13, March 30 to April 3, is spring break. April 6 is the Monday following spring break. And then beyond that is May 22. That's the very last day of school. That's the Friday before Memorial Day, which is currently a teacher work day, that again, could... Any of those could become school days.

**Cathy Hoover:** So I'm just going to put it right out there. We're not... I, personally, don't think that we should take... First of all, President's Day, and second of all the Easter or spring break, or whatever, I think those two dates are... That's my personal opinion. My only concern is, if we have any more snow days, which is entirely possible. So I would recommend right off the bat the February 9 and March 13. After that... I don't know how everybody else feels, but if we have to take away President's Day, we... But spring break, I think we've experienced that in the past.

**Dr. Jesse Boyd:** There's usually a lot of folks at this point that have made plans for that week.

**Colleen Davis:** How many days we have to make up?

**Dr. Jesse Boyd:** So currently, as of tomorrow, we don't have to make up any. We're good. If we get any additional snow days, and now the election day, that's when we have to begin making up.

**Colleen Davis:** Okay. So this is just a prep.

**Ed Frank:** Dr. Boyd, at what point... If we get any additional snow days, if next week is out... At what point do we come in with a waiver from the state to make on that seat time?

**Dr. Jesse Boyd:** There's not a hard number on that. I don't know. I'll have to see where the new Governor is with that. I know they've declared a state of emergency. I haven't heard any other superintendents talking about right now, whether or not they're going to waive seat time requirements. Everyone's still in the mindset of making up instructional time.

**Ed Frank:** Okay. And if we added additional minutes to each day, how would that affect this?

**Dr. Jesse Boyd:** So we did a calculation of that, and I'm trying to remember what that calculation was. Five minutes was... Okay. So Erin remembers, if we added five minutes to the school day, from that day moving forward, wasn't it? So we lost a week. If we had five minutes to the day, every day for the rest of the school year, it was one additional day of school made up. Now, we've done that in the past. We've extended the school day by up to 30 minutes, which has its challenges for families and everything else. We've gone to school on teacher work days. I think we've done President's Day in the past. We usually try to stay away from spring break. We've extended the school year in the past and we've had Saturday school in the past.

**Ed Frank:** I remember Saturday schools.

**Dr. Jesse Boyd:** Yeah. That was many years ago. That's not in fashion too much anymore.

**Ed Frank:** I remember it.

**Cathy Hoover:** Even though asynchronous days aren't optimal, could we do that instead of taking the days away from the work day, or the conference days, and all that? That's an option too.

**Dr. Jesse Boyd:** Yeah. That is an option. I've talked about that with our instructional staff to when we get back in the office tomorrow, begin coming up with, really, an asynchronous plan that we can roll out effectively. There are challenges associated with that. Right now, our secondary students have access to Chromebooks. Our elementary school students do not. Even with access to Chromebooks, many students in our community still do not have Internet access. So there are a lot of challenges. We do believe right now, offering meals is something that we can accomplish. It's a challenge, but we can address that challenge. And I think we can come up with an asynchronous plan if we have some time to think through that. It might look a little different on the elementary level than it does on the high school level. I think with the Chromebook at home, we can probably provide some asynchronous material via the Chromebook, and you don't need connectivity. At the elementary level, it's probably going to be paper and pencil that we'll have to send home. And it's going to have to probably be... Because we're planning ahead, the other challenge with this is that it's going to be more review kind of work.

It's not something where we're going to stay on track with the curriculum because we're planning

so far ahead to be prepared for this. If we were to, say, an asynchronous day is going to happen tomorrow, we would throw all the teachers that would have to provide all of that instruction almost immediately. That would be a huge, huge challenge for our teachers, and our copying machines, and everyone in between. So what we would have to do is plan a few asynchronous days ahead of time, which would probably create more generic type of content and curriculum review stuff. And again, when we're sending... This is what we ran into with COVID, and any other time we've tried asynchronous. It's a much less controlled environment when we send it home, and they're responsible for doing it at home. It's not like a controlled environment in a classroom. So some of our children, some of our students, have great study environments at home. Some of our students don't have that opportunity. So when we talk about how we're going to grade these materials when they come back into school, we really have to think through what that means when it's not really a level playing field for some of our students in their houses in terms of completing the assignments. Nonetheless, I think right now, I'm in favor with Ms. Hoover's suggestion of February 9, although it being soon, that being a school day as opposed to a parent-teacher conference day, would be a good use of that time. And March 13, I think that's far enough out that we probably could make that an asynchronous day, which would include instruction and provide our teachers enough time to make good plans for that day to be asynchronous, and make it a teacher work day. And that would put us two days in the positive, outside of the election date.

**Cathy Hoover:** Well, not to change things up, but how hard is it to adjust a schedule by... I wouldn't say five minutes... Maybe 15? Is that really hard in terms of transportation and making everybody's day longer?

**Dr. Jesse Boyd:** I mean, if it's everyone, that's usually more manageable than just the elementary school, or something of that nature.

**Cathy Hoover:** Because if we did that now, and if five minutes gives us one day, then 15 or 20... And then we have more snow days, and then we're not really taking any days away from anybody. I don't know, it's just a thought. I don't know what everybody else thinks.

**Ed Frank:** Dr. Boyd, can we make a decision on this at our next meeting, which is the 9th of Feb? And that way, next week we'll be out of the way, and if there is more storm coming in, we'll be able to... We'll know more about where we're going?

**Dr. Jesse Boyd:** We can.

**Ed Frank:** Will that give us time enough to...

**Dr. Jesse Boyd:** That just eliminates February 9 as a consideration, because our next meeting is on the 9th, but we still have opportunities.

**Colleen Davis:** I just want to give them... Go ahead.

**Ed Frank:** What do all the members of the Board think about waiting until...

**Rachel Scott:** I had a question. What level of snow clearing do you want to see in the community before we can get back to school?

**Dr. Jesse Boyd:** Yeah. So right now, many of our neighborhood roads are not suitable for school buses. I can tell you that... And honestly, I don't know that it's going to be... Man is not going to move that snow. It's going to be Mother Nature that's going to move that snow. So I didn't think

this at the beginning of the week, but I'm starting to worry a little bit about next week and what that looks like. Because if you look at the forecast, it doesn't go above freezing until Monday. I think it hits 37. And there's a few days after that maybe that we get close to that. But we're going to need some help from Mother Nature. And I know VDOT, and everyone else is working, but this snowstorm was unique. This was one for the ages. It's packed ice right now. So to answer your question, we're a long ways right now from me putting a 26,000 pound bus even down my neighborhood road. My truck drifts down that road alone. A school bus would be a dangerous situation. Yeah. So I'm concerned about that.

**Colleen Davis:** Okay. My concern with... I feel like we're putting a lot of pressure on the teachers to pick up this because we don't want to miss President's Day. One missed President's Day isn't going to kill us. I'm as patriotic as they get. But we're going to put all this pressure... We're saying, hey, parents, get involved. But then we're going to take that away just so we can have President's Day. That's my concern. So my suggestion would be we need to keep parent-teachers conference day, if possible, have an asynchronous day on President's Day so they still get to stay home, whatever, but they're still doing classes. Keep the teacher work day. And I don't want to take the Monday after spring break, but use the Monday after spring break, but give the teachers those two very important days, a teacher work day and a parent conference day. We're putting all the pressure on them to carry this because we don't want to miss President's Day.

**Dr. Jesse Boyd:** There's a lot of pressure.

**Colleen Davis:** So that would be my suggestion. I don't want to take that Monday away because I know that gives them a chance to get back in, but we have to do something. And to me, that would be the easiest way without taking spring break, teacher work day, or the conference day. We miss President's Day, and Monday from spring break would be school day or asynchronous learning.

**Dr. Jesse Boyd:** And to Mr. Frank's point, if the Board is not on... If the Board is not considering February 9, I think we can wait until our next Board meeting to consider any changes, because I think this is also something that you would probably want to vet with some of your constituents, and talk to some parents, and talk to some family. Just talk to folks and see what they think. And I think you guys know well enough now.

**Carrie Cleveland:** Can we have somebody come talk to us?

**Dr. Jesse Boyd:** Yeah. Yeah.

**Carrie Cleveland:** That's about it.

**Cathy Hoover:** Also, if we take February 9, I think that will get.... It's very soon. February 9 is probably too soon to tell parents, hey, by the way, we're changing things in two weeks.

**Colleen Davis:** Yeah. We want you all involved, but we're taking it away now.

**Cathy Hoover:** Waiting?

**Carrie Cleveland:** Can you come up and talk with us? Can we let him come up and talk to us?

**Casey Nice:** I think the teachers would appreciate you waiting till the 9th. I think that you're probably going to get some input from staff. And they would appreciate that, if given the

opportunity to vet it. So I would say, Mr. Frank's idea about waiting is totally appropriate.

**Colleen Davis:** So that would take the 9th off the table then. That's fine with me.

**Ed Frank:** What...

**Dr. Jesse Boyd:** Yeah.

**Colleen Davis:** Great idea.

**Cathy Hoover:** The only concern is then we put parents in a position where they have to be... At least for the younger kids, they have to make arrangements for...

**Colleen Davis:** They already do.

**Ed Frank:** They already do.

**Colleen Davis:** It's for the 9th.

**Cathy Hoover:** Oh, okay. Never mind then.

**Colleen Davis:** Right? Yeah.

**Carrie Cleveland:** Yeah.

**Colleen Davis:** It's a teacher conference day.

**Ed Frank:** Yeah.

**Carrie Cleveland:** Are they able to work on that... Can the teachers have planning next week if the school is closed? Can they... Do they have access to their computers where they can work from home and get the teachers conferences planned, get the asynchronous work planned?

**Dr. Jesse Boyd:** I think we would need at least a day of... Particularly our elementary school teachers need to have access to the students at some point.

**Rachel Scott:** We won't be able to be off all week. So if we're off on Friday, we wouldn't be able to get this stuff to them on Monday.

**Carrie Cleveland:** You mean the whole week if we were off.

**Dr. Jesse Boyd:** If we're off for the whole week, which... Yeah, I don't know.

**Carrie Cleveland:** That'll be a big problem. We'll have an even bigger problem than what we have right now.

**Colleen Davis:** We can open the school on the weekend for staff to come in and get the... I'm sorry.

**Ed Frank:** Yeah. Terrible.

**Laurie Wages:** Like we're asking our custodians to... And our maintenance crew there. And Dr. Boyd was out. Our principals have been out there. It's a lot. So I just don't know.

**Colleen Davis:** Is there something we can do ahead of time, like for snow days, for teachers to know, take everything home just in case? Do we need a policy or something?

**Dr. Jesse Boyd:** We've sent out message that said be prepared with your stuff.

**Colleen Davis:** Oh, it's today.

**Dr. Jesse Boyd:** It's really not, it's not that.

**Colleen Davis:** That was today, though.

**Dr. Jesse Boyd:** And I can tell you a lot of our teachers will...

**Colleen Davis:** Dr. Boyd, could they...

**Dr. Jesse Boyd:** I was going to say this in my comment, a lot of our teachers are doing that and prepared. I'm sorry, you were going to say something, Colleen. It's access to our students. It's not whether or not they can work at home and be prepared. It's the ability to make sure that they have an interaction with our students so that, particularly our elementary school students that are probably going to be paper and pencil, can receive that work before we have an asynchronous day.

**Carrie Cleveland:** Could they email the parents? I'm just trying to think outside the box here because if we are really out of school the entire week, we have to think out of the box because Monday, they're going to need to have an asynchronous day. If not, then we're going to have to take the whole spring break away. And I know that people don't want to do that.

**Ed Frank:** Dr. Boyd, can I ask the principals, what would you like as far as add time to the day, or cancel the days? What would you like?

**Dr. Jesse Boyd:** Do you wanna speak?

**Sandy Elia:** At this point, the day in those increments wouldn't be effective at the elementary level. Our schedule is so... There's so many layers to our schedule that adding 5 minutes at the end, or 10 minutes at the end, we would have to... There's so many pieces that would have to shift to allow that to be effective. Ms. Cleveland, to your point about emailing the families, that's a great idea. But as pointed out, a lot of our students don't have access to Internet, and a lot of our families don't check the emails on a regular basis for that content. So at the elementary level, we need to get it in their hand, get it in their backpack and give them that instruction for the kids, and the paper. And we also send electronic home as well. So there's multiple facets that we can get this information.

**Ed Frank:** I totally agree with you. I mean, it takes care of our seat time, but it's not very effective for the students. You and I have both seen that. It's not very effective for the students.

**Elizabeth Yezierski:** The other thing you have to consider today is we're going to have to pay people, our hourly people, more money to stay to cover that.

**Cathy Hoover:** So we're waiting till next meeting to decide? Or we take action on Dr. Nice's suggestion about the 9th, which is a good idea as well.

**Colleen Davis:** If they can get in the classroom.

**Cathy Hoover:** Right. Provided that we do go to school next week.

**Carrie Cleveland:** Yes. I think that we should do that. That way we're...

**Colleen Davis:** What happens if they can't...

**Carrie Cleveland:** If not, we'll have to have a special meeting and come back in here.

**Dr. Jesse Boyd:** Yes.

**Colleen Davis:** So plan for asynchronous learning on Monday. And then if they can't get in, what's the backup?

**Carrie Cleveland:** Then we're going to have to figure it out the next time.

**Colleen Davis:** She said they'll make it work.

**Dr. Jesse Boyd:** We'll make it work. Okay.

**Colleen Davis:** Enough packets at school.

**Dr. Jesse Boyd:** But that's what we've been...

**Cathy Hoover:** I think Ms. Kaple just said she was going to take all the packets to all the kids.

**Carrie Cleveland:** I mean, we would just have to relook at it at the next meeting, which we would have to do anyway. So at this point, we would have to do it anyway, if you look at it. If it doesn't happen, which it's going to be even worse at that point. So we might as well take action today, if we can, on something.

**Colleen Davis:** So do we need to make an amendment to take an action item? To make this an action item?

**Carrie Cleveland:** We can just do a motion.

**Colleen Davis:** We make a motion?

**Ed Frank:** We just need a motion to make the 9th an asynchronous day.

**Cathy Hoover:** And what did we decide about the 21st? Are we going to make that an asynchronous day as well?

**Colleen Davis:** We're going to wait till the 9th.

**Ed Frank:** We'll just wait till the 9th.

**Cathy Hoover:** Okay.

**Colleen Davis:** So just to make sure because it wasn't on the agenda, but we added it to the agenda so we can make an action. Okay. Go ahead. Somebody want to make a motion?

**MOTION - Ed Frank:** I make a motion... Madam Chair, I make a motion that we make February 9 an asynchronous day.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes, aye. Motion carries.

**Ed Frank:** As much as I dislike screen time.

**Colleen Davis:** So March 9 will be synchronous learning.

**Rachel Scott:** February 9?

**Colleen Davis:** I mean February 9, sorry. Thank you, Ms. Scott.

**Carrie Cleveland:** I did have a discussion. Sorry. Can I just make sure? So in the event that the students aren't going to school next week, we're going to have to reevaluate that, though, because we're not going to be able to give them the packets.

**Dr. Jesse Boyd:** Yeah.

**Colleen Davis:** Need to change it to, in the event that they can't get to school, it's going to be asynchronous? Or like Mrs. Gable said that...

**Dr. Jesse Boyd:** We'll figure it out. Let's just go forward with figuring it out right now.

**Colleen Davis:** Like, the packets at the school and the parents can pick up. Yeah.

**Dr. Jesse Boyd:** That's what we've done in the past, too. COVID, we did that.

**Colleen Davis:** What about the parents who can't pick them up? Mail it? If they let you know, I guess. But you're going to have a lot that doesn't do anything.

**Dr. Jesse Boyd:** Yeah. There will be. We've made it non-graded too in the past because of those reasons.

**Carrie Cleveland:** But do we need to say anything about that, or we're just going to figure it out?

**Dr. Jesse Boyd:** We'll figure it out. Just keep it as an asynchronous day, and we'll figure it out.

**Colleen Davis:** You're making this so much easier. Thank you. Okay. So next on the agenda, we have school board code of conduct. Dr. Boyd.

**Rachel Scott:** What about April 21?

**Colleen Davis:** Wait, wait. We're going to wait till March 9th School Board meeting.

**Rachel Scott:** Okay.

**Dr. Jesse Boyd:** Did we take the vote?

**Colleen Davis:** We did vote, didn't we? Oh, she made a discussion, so do we need to revote? We did vote, and then she went back and said... She had more questions after we voted, but it didn't change the vote. So we're good. Yeah. All right.

**School Board Code of Conduct**

**Colleen Davis:** School Board code of conduct. Everybody's got to sign it. Hopefully, you've read it. It's from the VSBA. Do we turn that into you? Oh, you have it here? Perfect.

**Ed Frank:** Dr. Boyd, what is this?

**Dr. Jesse Boyd:** What is it?

**Ed Frank:** Yes.

**Dr. Jesse Boyd:** So this is something we receive annually from VSBA. It's their code of conduct for School Board members. Basically, it has a list of pretty generic...

**Ed Frank:** I see all of that. But why?

**Dr. Jesse Boyd:** To be honest with you, I couldn't tell you whether or not there's any type of... As a member school of VSBA, it's something that they send to us, that in the past, all School Board members have signed off on. I don't know that there's a consequence, or an award, or anything for this. But in the past, when they send it to us, we've forwarded it to the School Board, and Board members in the past have been in agreeance with it.

**Ed Frank:** We have our own protocol. Why do we need VSBA? We need the voters telling us, or our constituents telling us what they want, not VSBA.

**Colleen Davis:** I think it's because we use them a lot, and their name's all over everything, everywhere we go and stuff. So if we're going to be affiliated with them, they want to make sure that they're working with... But I hear what you're saying too, because this is just a signature.

**Ed Frank:** Well, keep it at that end. I'm not going to sign it.

**Carrie Cleveland:** We don't have to sign this.

**Ed Frank:** Oh, I'm not going to.

**Colleen Davis:** Well, you don't have to. But they want you to.

**Carrie Cleveland:** I mean, we don't have to, right?

**Dr. Jesse Boyd:** It stays local. It doesn't even go back to them.

**Colleen Davis:** Don't worry about it.

**Dr. Jesse Boyd:** Yeah. It's entirely up to you guys whether or not you want to.

**Colleen Davis:** I don't even remember signing the last two years, so if that tells you anything.

**Dr. Jesse Boyd:** I mean, it's honestly something that we just, this time of year we receive, and pass on.

**Colleen Davis:** Ed, why not sign it?

**Ed Frank:** Because there's no point to it. There's no meaning to it that I can see.

**Colleen Davis:** Yeah. Well, it's just reminding the Board, I guess, how we ought to act. I don't know.

**Dr. Jesse Boyd:** It's pretty generic. But again, like you said, it's...

**Colleen Davis:** Okay. So I guess that's not happening. Moving on.

**INFORMATION ITEMS**

**Committee Reports**

**Colleen Davis:** Information Items. Committee reports. Mr. Frank?

**Ed Frank:** I have none.

**Colleen Davis:** Mrs. Hoover?

**Cathy Hoover:** I have none.

**Colleen Davis:** Mrs. Scott?

**Rachel Scott:** I have two. So the presentation today for the talented and gifted was a very good summary of our meeting that we just had in the last couple of weeks. One of the things that we worked on was looking at the informational packets and brochures that we're putting out, so getting feedback on that so that we have better communication with parents. Anything else? Do you need to know anything else?

**Colleen Davis:** No. Just whenever you... Yeah.

**Rachel Scott:** Okay. And then for the Tech Advisory Committee, our meeting, we mostly discussed the use of electronic devices and technology in the classroom, and talked about the way in which student scores have gone down by implementing that more. And yet there's still the requirement for SOLs that is still done electronically and test taking. So we're also looking at the AI guidelines for student use. We also have lots of... Like, four different documents with guidelines and recommendations on technology use for teachers and students. So we're taking a look at those guidelines.

**Colleen Davis:** Thank you.

**Rachel Scott:** That's all.

**Colleen Davis:** Ms. Cleveland?

**Carrie Cleveland:** Yes. So we had our first board meeting for the Commonwealth Governor's School, and we had our organizational meeting. And you're now looking at the vice chair of the Commonwealth Governor's School.

**Colleen Davis:** Wow!

**Carrie Cleveland:** Thank you. Thank you. Thanks.

**Colleen Davis:** This is your first year, right?

**Carrie Cleveland:** This is my second year.

**Colleen Davis:** On the board?

**Carrie Cleveland:** Yes.

**Colleen Davis:** Okay.

**Carrie Cleveland:** And the chair is Allison Sears and she's in Caroline. The executive superintendent is also from Caroline. What is her name?

**Dr. Jesse Boyd:** Sarah Calveric.

**Carrie Cleveland:** Sarah Calveric. So she's the executive superintendent of the Commonwealth Governor's School. So we went over our normal course of business, the counseling report, and I guess what I'd like to let you guys know, and I know that Mr. Frank, you brought this up earlier. We did talk about a proposed budget for the Commonwealth Governor's school, and it is posted on our governing docs online, so you can take a look at that. It breaks down what the budget is for the Governor's school. We also talked about our broadcasting equipment that has been being installed across the divisions. It has already been installed in King George. We were the first school to actually get installed. And they're working out, from what I understand, it hasn't been rainbows and butterflies, and they're still working out some of that. So thank you all for your patience with that. We also have the applications in for the next school year. It was interesting for me to know that they take the applications from the Commonwealth Governor's School, ATI, and also the Chesapeake Governor's School, and they evaluate those at the same time because a lot of the students are applying for multiple schools, and they're making sure that they're looking at all that together. So that way, when they get the information out to the students, perhaps they

didn't make one, but they would make the other one, vice versa, or give them the choices at that point. And I believe I don't... I was trying to search for the date, so I apologize for this. But it's going to be in February when they're going to let the students know who is going to be in those schools. I think... Thank you. February 23, they're going to make the announcements to the students of who got into which school. So that'll be nice to see that. That's all I have.

**Colleen Davis:** All right. I went down to Warsaw and had our first organizational meeting for Chesapeake Bay Governor's School. And it wasn't as... Well, I missed the dinner. I was more excited about driving all the way to Warsaw because they always have this good food, and I had the timing wrong. So I got there for the meeting and missed the food. Anyways, so it was just a regular organizational meeting. And it's funny to see, because I've been on this Board for two years now and you have a lot of new people coming in, and everybody was shy. I was just that person that wouldn't say yay or nay, and now I have to because nobody else was. But I guess I didn't realize it changed that much hands. But anyways, that was it. Nothing spectacular. Anybody else? We good? All right. Where are we at? Superintendent report.

**SUPERINTENDENT'S REPORT**

**Dr. Jesse Boyd:** Madam Chair, I'd just like to take the opportunity to thank our communication department of one, Ms. Amanda Higgins, for answering the phone every time I've called this week on odd hours, and really staying on top of the phone calls and the communication in the community as it relates to weather closings, and things of that nature. I'd like to thank Gary Clift and everybody in our maintenance department. They've really, literally, bent over backwards to pick this ice up and try to move this ice with every piece of equipment that we have, and done some really tireless hours there. Thank you to our custodial team that's shown up and really tried to make sure our schools are ready to receive students when they come back. And thank you to our principals who have also shown up to be at their schools and be available. There's a lot of work, even though school's not in session, that goes on behind the scenes. And I want to thank all of those that have been able to pick up the phone, and be available, and just provide a helping hand throughout this week and all the unique tasks that have been associated with this monumental snowstorm. So thank you everybody that's helped out with it. Thank you, Madam Chair.

**BOARD COMMENT**

**Colleen Davis:** All right. Thank you. Board comments. Mrs. Scott?

**Rachel Scott:** I just wanted to congratulate the high school on the production of, Trial of the Big Bad Wolf. I went to see it and they did an excellent job. All the students, the actors and the... I don't even know what goes into theater because I was never in theater, but all the set design, and the directing, they did a fantastic job. And then during the budget builder, Dr. Boyd reminded me of the newsletter budget item. And I just wanted to say thank you to Ms. Wages for sending out a weekly newsletter. I found that very helpful and refreshing.

**Colleen Davis:** Ms. Cleveland.

**Carrie Cleveland:** Thank you guys for coming out tonight. As always, we appreciate your insight as well. So to all the admin and staff, we really appreciate you coming out. I really enjoyed going to Mrs. Anderson's Honors Governor class this last week. There is myself, Mr. Frank, and then some of the members of the Board of Supervisors that were able to go into this classroom, introduce ourselves, tell them about our goals and our desires for the county. And I think it was

really nice. We had a lot of engagement with the students, asking questions, and really loved the engagement and speaking with those students. So thank you, Ms. Anderson, that was really nice of her to have us be there. And also, I was able to be a part of the interviews, the Mock interviews, for some of the business classes in DECA. And that was really fun, too. So I enjoyed spending time with the students. And I gotta say, they did remarkably well. I'd say, most of the students that I interviewed, I was very impressed with. So they're doing a phenomenal job over there at the high school in those business classes. So kudos to those teachers. Another thing that I wanted to let the Board know. And I just realized this. Our next meeting, I am not going to be able to make it. I have a conflict and I can't... There's no way for me to reschedule it. So I just want to throw that out there. Not that you have to reschedule, but I'm not even going to be able to be virtually because I'll be on a plane.

**Colleen Davis:** It is possible, though, that we can discuss how you... Your vote in whatever we.... Any action items.

**Carrie Cleveland:** All right. Thanks.

**Colleen Davis:** Mr. Frank.

**Ed Frank:** As always, I'd like to thank the staff and the teachers for all you do, and the principals also. Also thank you all those who had the presentations today. They were all great. Thanks to you, Jake. You're always there and you're always giving us a lot of good input coming from the high school. I know that this stuff going on with the weather is going to be affecting us for more than just tomorrow, or it would take a miracle if those parking lots are cleaned up by Monday, put it that way. And so we can just hang in there and do the best we can on those things that are there. Mrs. Hoover and I... Or Ms. Hoover and I went to the high school... Or the play with the little ones. So we were there for all the little kids that were 800 of them, I think it was, that was there to watch the play, which was great. And I, too, Ms. Cleveland, really enjoyed Ms. Anderson's class. Jake was there. So they were asking some pretty tough questions. But it's always fun and I would love to go back more to get involved in that.

**Ed Frank:** There's some issues that I did not realize that the students were that involved in, or that much involved in, that we have been working on lately. And it was enlightening to hear them speak about that. And Dr. Burns and I talked about three young ladies that were there that were extremely... I mean, there were fear in one of them's eyes about ice. So I don't know where this is... But anyway, I'm sure Dr. Burns took care of that and soothed or calmed them down a little that was there. But enjoyed everything that was there. Hopefully, the weather will get better, and we'll be back to normal here pretty quick. Thank you.

**Cathy Hoover:** I want to reiterate how enjoying the presentation at the high school was, and the chatter of the kids, and it was great. So thank you, Dr. Burns, for allowing us to come in and be a part of that. Also, we got to visit a few classrooms while we were there, and it's always great to engage with the students. I agree with everybody here. That's the best part about being in the schools, is getting to see the students and the learning that goes on there. So Mrs. Davis and I went to Potomac Elementary, and had lunch with some students just to kind of... We got some feedback about lunchroom environment, or whatever. And it was a great visit, got to talk to some of the little kids at lunchtime. And then Mr. Frank and I... Did you go with me to... No, I went alone to King George Elementary. We still have to get out to Sealston. We're going to come and visit you soon and just have lunch with the students, kind of like Mr. Bush and I did. It's just engaging with the students, which is always fun. Thank you to Mrs. Davis for shuffling and arranging for food today, and for all of you guys from the very top down, for being out there in the freezing cold

handing it out. I wish I had thought of it, I would have come and helped. Darn it. But thank you. I know that it wasn't fun standing out there handing out food for two hours. And also, thank you guys for being here tonight, taking time out, and for every time you're here and the engagement. It's helpful to have you here to ask questions. And I appreciate you being here. And let's just hope that we are back at school next week.

**Colleen Davis:** Yes. Thank you. Yes, so when me and Ms. Hoover went to Potomac Elementary, I got in the cafeteria, so they don't play. But it was a... It was a good environment. And the kids were talking and stuff. They just... Yeah, I was playing, like, this hand thing because I wasn't thinking about how that could just go all across the cafeteria. And so I'm having fun playing quietly with these girls and the lady comes over, and she's like, I know you guys are being quiet, but we don't do this. I was like, sorry. But anyway, it was a good experience though to say and like, they do get to talk. The thing was that they don't get to talk, and they all get colored cups, and stuff like that. So they get to talk. They just have to talk quietly. And we went to the Chesapeake Bay Governor's... Oh, I want to say that... I want the staff to know how great this tutoring program is that I'm experiencing firsthand with my daughter. She's in the middle school, and she's a part of the English and math tutoring because that's where she's struggling. A little bit of her is laziness, so it's causing me to work more with her at home too. But I just want to say how thankful I am for that program. Jake, thank you for letting us know about all the up and great things that our school teams are doing, like shout out to King George Swim... The Foxes, undefeated. That's amazing. The NJROTC Rifle Club, great job. And all the other ones that you mentioned. Thank you to the Garden Club for donating $400 to Potomac Elementary. I do want to mention something really quick because we've got a lot of emails from the community about what we are doing for mental health, because they think that with the whole GSA thing that was going on, that we don't do anything for the students because they think that's all that we're doing for them would be the GSA Club. We do so much for all of our students across the school division for mental health. So if you really would like to know what we do, shoot me an email, or shoot Dr. Boyd, or any of the school board members an email, and we can give you... Or even the principals... And we can give you a list of everything that goes on in our schools to help our students if they have any questions or concerns regarding their own mental health, a friend's mental health, or anything like that that's going on in their life. There's a lot of things and programs they can reach out for. And that's it. Yeah.

**Ed Frank:** I've got one more thing. Since we have the principals here, just what's the possibility of having cursive clubs so that students can learn how to write... Cursive clubs?

**Colleen Davis:** Is that curriculum?

**Ed Frank:** It is.

**Colleen Davis:** Yeah.

**Ed Frank:** It would be.

**Colleen Davis:** You know what I mean? Because we have non-curriculum.

**Ed Frank:** With my tremors, they never read it.

**Cathy Hoover:** Dr. Nice, I see you shaking your head. Is that because you don't think that that's a necessity, or it's a travesty that children don't know how to write in cursive?

**Colleen Davis:** It's like the least of his worries, right? Probably. But okay. All right. So then do we have a motion to move into closed meeting?

**CLOSED MEETING**

**MOTION - Cathy Hoover:** Pursuant to State Code Section § 2.2-3712(A) of the Code of Virginia, I move that the Board convene in a Closed Meeting to review substitutes, resignations, stipends and retirements, as permitted under § 2.2-3711(A)#1 of the Code of Virginia.

**Ed Frank:** Second.

**Colleen Davis:** All those in favor... Any discussion?

**Carrie Cleveland:** I had talked to Dr. Boyd about inviting Dr. Burns. Do we need to put that in the motion, or is it fine? Okay. Thanks.

**Colleen Davis:** Okay. All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** We are now in closed session.

**RETURN TO OPEN MEETING**

**MOTION - Carrie Cleveland:** I move that the King George County School Board return to Open Session, and certify that pursuant to State Code Section § 2.2-3712(D) only public business matters lawfully exempted from Open Meeting requirements under this chapter and only such public business matters as were identified in the motion by which the Closed Meeting was convened were heard, discussed or considered in the meeting by the public body.

**Ed Frank:** Second. And certify.

**Cathy Hoover:** Certify.

**Rachel Scott:** Certify.

**Carrie Cleveland:** Certify.

**Colleen Davis:** Certify.

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes aye. Motion passes. Any discussion? Right. No. What do we do next?

**Carrie Cleveland:** Back in open session.

**ACTION RESULTING FROM CLOSED MEETING**

**Personnel**

**Colleen Davis:** All right. Now we're in open session. Can we get a motion to adjourn? Oh, approve... Where are we at?

**MOTION - Carrie Cleveland:** I make a motion that we approve personnel, as presented.

**Colleen Davis:** I second. Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** Chair votes aye. Motion passes.

**ADJOURNMENT**

**MOTION - Cathy Hoover:** I make a motion to adjourn.

**Carrie Cleveland:** Second.

**Colleen Davis:** Any discussion? All those in favor?

**Ed Frank:** Aye.

**Carrie Cleveland:** Aye.

**Cathy Hoover:** Aye.

**Rachel Scott:** Aye.

**Colleen Davis:** We're adjourned.

**COPY ATTEST**

| | |
|---|---|
| ________________________________ | ________________________________ |
| Colleen Davis, Chairman | Erin Scalph, Clerk |