# EXHIBIT 16

Skip To Main Content

# Organizational Structure

## Superintendent

*Dr. Jesse Boyd*

- **Deputy Superintendent** - Dr. Daniel Rule
- **Supervisor of Human Resources** - Elizabeth Yezierski
- **Supervisor of Finance** - Jennifer Brody
- **Supervisor of Operations and Maintenance** - Gary Clift
- **Supervisor of School Nutrition** - Anita Davis
- **Coordinator of Communications** - Amanda Higgins
- **Executive Assistant to the Superintendent** - Erin Scalph

### Deputy Superintendent

*Dr. Daniel Rule*

- **Supervisor of Secondary Instruction and Related Services** - Erin Kaple
- **Supervisor of Elementary Instruction and Related Services** - Angela Harris
- **Supervisor of Special Services** - Dr. Kathleen Howard
- **Supervisor of Student and Family Services** - Mary Fisher
- **Supervisor of Transportation** - Walter Grigsby
- **Supervisor of Technology** - Hillary Haff

### Instruction

## Supervisor of Secondary Instruction and Related Materials

*Erin Kaple*

- **Career and Technical Education Specialist** - Terri Rinko
- **Secondary Math Specialist** - Elizabeth Campus
- **Instruction Secretary** - Bobbijo Pennington
- **Coordinator of Testing** - Sandra Duff
- **Principal, KGHS** - Dr. Travis Burns
- **Principal, KGMS** - Dr. Casey Nice
- **Instructional Technology Liaison, KGHS** - David Vogel
- **Instructional Technology Liaison, KGMS** - Susan Nordyke

## Supervisor of Elementary Instruction and Related Services

*Angela Harris*

- **Coordinator of Literacy** - Dr. Andrea Manninen
- **Elementary Math Specialist** - Carin DeClute
- **Principal, KGES** - Laurie Wages
- **Principal, PES** - Billie Teague
- **Principal, SES** - Sandy Elia
- **Instructional Technology Liaison, KGES** - Jenny Schill
- **Instructional Technology Liaison, PES** - Jennifer Lorentz
- **Instructional Technology Liaison, SES** - Rachel Patch

## Supervisor of Special Services

*Dr. Kathleen Howard*

- **Coordinator of Special Services** - Cathy Byrd

- **Coordinator of Medicaid** - Cassandra Norris
- **Coordinator of Preschool and Mandated Services -** Jessy Bryant
- **Special Services Secretary** - Lillian Branham
- **Alternative Placement Specialist** - Roxanne Harris
- **Psychologist** - Jeff Butler
- **Educational Diagnostician** - Sherry Fortune
- **Preschool Teacher on Administrative Assignment (TAA)** - Kelly McClain
- **Preschool Teacher on Administrative Assignment (TAA)** - Jeanette White
- **Elementary Teacher on Administrative Assignment (TAA)** - Open Position
- **Secondary Teacher on Administrative Assignment (TAA)** - Amy Palmer

# Student and Family Services

## Supervisor of Student and Family Services

*Mary Fisher*

- **Student and Family Services Secretary** - Tammy Groves
- **Lead Nurse** - Sarah Lenker
- **Truancy Officer** - Jeff Smith
- **Social Worker, KGHS** - Diana Garland
- **Social Worker, KGMS** - Elizabeth Dzula
- **Social Worker, KGES** - Meg Campbell
- **Social Worker, PES** - Jessica Magorian
- **Social Worker, SES** - Jillian Miceli

# Operations

## Supervisor of Human Resources

*Elizabeth Yezierski*

- **School Board Office Secretary** - Robyn Cobb
- **Coordinator of Human Resources** - Michelle Gordon
- **Human Resources Manager** - Lindsey Rabun
- **Human Resources Specialist** - Cheila Candelario

## Supervisor of Finance

*Jennifer Brody*

- **Payroll Specialist** - Stacey Crombie
- **Accounts Payable Specialist** - Sherry Newton

## Supervisor of Operations and Maintenance

*Gary Clift*

- **Operations and Maintenance Secretary** - Krista Jones
- **Maintenance Technician** - Thomas Byrd
- **Maintenance Technician** - Robert Clift
- **Maintenance Technician** - Travis Writt
- **Maintenance Technician** - Donald Wyant
- **Maintenance Worker, KGHS** - Thomas Royer
- **Maintenance Worker, KGMS** - Jody Dean
- **Maintenance Worker, KGES** - Edwin Hernandez
- **Maintenance Worker, PES** - Roger Samuel
- **Maintenance Worker, SES** - Eric Mottern
- **School Board Office Custodian** - Frances Hodge

## Supervisor of School Nutrition

*Anita Davis*

- **School Nutrition Secretary** - Ashley Carlisle
- **Cafeteria Manager, KGHS** - Tonya Graham
- **Cafeteria Manager, KGMS** - Matthew Thomas
- **Cafeteria Manager, KGES** - Jermill Hill
- **Cafeteria Manager, PES** - Carolyn Johnson
- **Cafeteria Manager, SES** - Pamela Lipscomb

## Supervisor of Transportation

*Walter Grigsby*

- **Transportation Dispatcher/Secretary** - Paige Sutherland
- **Coordinator of Transportation** - Jessica Shelton
- **Office Manager** - Shari Hawkins
- **Head Mechanic** - Donnie Brand
- **Mechanic** - JJ Howell
- **Bus Drivers**

# Technology

## Supervisor of Technology

*Hillary Haff*

- **Technology Secretary** - Tina Foster
- **Network Engineer** - John Vance
- **Student Database Manager** - Shannon Berna
- **Lead Building Technician** - Jamie Brown
- **Building Technician** - Aaron Leatherland

- **Building Technician** - Daniel Palmateer
- **Building Technician** - Stephen Wheaton