# EXHIBIT 17

# *Program of Study*

8246 Dahlgren Road
King George, VA 22485
Phone: (540) 775-2331
Fax: (540) 775-0263
Website: kgms.kgcs.k12.va.us

## Welcome to King George Middle School

This Program of Study has been prepared to inform students and parents about King George Middle School's academic program and course catalog.

## Table of Contents

**King George Middle School Faculty** 3
**General Information** 4
**Standards of Learning (SOL)** 5
**Course Types** 6
**Course Selections** 7
ENGLISH 7
MATHEMATICS 9
SCIENCE 12
SOCIAL STUDIES 13
PHYSICAL EDUCATION AND HEALTH 14
FOREIGN LANGUAGE 15
CAREER AND TECHNICAL EDUCATION 17
ENGLISH ELECTIVE 18
FINE AND PERFORMING ARTS 19
LEADERSHIP 22

**Notice of Non-Discrimination**

King George County Schools does not discriminate on the basis of race, color, national, origin, sex, disability, or age in its programs and activities and provides equal access to the Boy Scouts and other designated youth groups. The following person(s) has been designated to handle inquiries regarding the non-discrimination policies:

Elizabeth Yezierski, Supervisor of Human Resources eyezierski@kgcs.k12.va.us
PO Box 1239, King George, VA 22485

# General Information

Welcome to King George Middle School, Home of the Foxes! We are a middle school with grades 6, 7, and 8. We are committed to academic excellence and integrity. We teach children in an inclusive, caring, safe, and healthy learning environment, and respond to their needs as partners with families and the community. We strive to work together with families and the community to help our students become independent learners by providing quality education in a safe and respectful environment.

**Grading Scale:**

A = 90 - 100
B = 80 - 89
C = 70 - 79
D = 60 - 69
F = 59 and below

**Report Cards:** These are distributed electronically every nine weeks. Interims are distributed four times a year, halfway through the nine week grading period. Please reach out to your student’s counselor if you need assistance accessing the online parent portal.

**Honor Roll:** King George Middle School students are recognized for outstanding academic achievement:

Distinguished Honor Roll (all A’s)
Honor Roll (A’s and B’s)

# Standards of Learning (SOL)

Administered in the 6th, 7th and 8th Grade:

The Commonwealth of Virginia requires that all students enrolled in English, Mathematics, Science and History/Social Sciences take Standards of Learning tests at designated grade levels and in certain high school courses. Students have the opportunity to take several high school credit-bearing courses in middle school.

| Middle School Course | VA SOL Test |
|---|---|
| Gr. 6 English | Reading |
| Gr. 6 Math 6 | Mathematics 6 |
| Gr. 6 Math 6X* | Mathematics 6 |
| Gr. 6 Math 6XH* | Mathematics 8 |

| | |
|---|---|
| Gr. 7 English | Reading |
| Gr. 7 Civics and Economics | Civics and Economics |
| | |
| Gr. 7 Math 7 | Mathematics 7 |
| Gr. 7 Math 7X* | Mathematics 8 |
| Gr. 8 English | Writing and Reading<br>(2 separate SOLs) |
| Gr. 8 Physical Science | Science 8 |
| Gr. 8 Math 8 | Mathematics 8 |
| Algebra I | **Algebra I |
| Geometry | **Geometry |
| World History I | **World History to 1500 |

*See prerequisites for this course in description
**High School Standards of Learning tests that count toward graduation requirements. Students will still be expected to take a math SOL in high school.

# Course Types

## Academic Courses

Academic courses, i.e. English, Mathematics, Science, and History/Social Studies are required and are aligned to the state standards.

## Talented and Gifted Courses (TAG)

The TAG courses are for the student that has been identified as gifted through the KGCS process. At the 6th, 7th and 8th grades, students are grouped in designated gifted classes in their identified academic aptitudes.

## Elective Courses

Sixth grade students may select one year-long elective or two semester long elective courses.
Seventh grade students may select one year-long elective or two semester long elective courses.
Eighth grade students may select two year-long electives, one year-long and two semester long electives, or four semester long elective courses.
Note: Not all electives are available for all grade levels.

| **Year Long** | **Semester Long** |
|---|---|
| - French I (7th & 8th only) | - Introduction to French |
| - French II (8th only) | - Computer Solutions |
| - Spanish I (7th & 8th only) | - Make It Your Business (7th & 8th only) |
| - Spanish II (8th only) | - Digital Input Technologies (7th & 8th only) |
| - MS Computer Science (7th & 8th only) | - Creative Writing |
| - Beginning Band | - Library Aide (8th only) |
| - Band 6, 7 | - Art |
| - Symphonic Band (8th only) | - Art II (7th & 8th only) |
| - Jazz Ensemble (8th only) | - Beginning Guitar (7th & 8th only) |
| - Chorus | - Drama (7th & 8th only) |
| - Select Chorus (7th & 8th only) | - Leadership (8th only) |

## High School Credit Courses

High school credit courses are classes in which a student may earn credit counting toward the requirements for high school graduation. World History I, Algebra I, Geometry, Spanish and French are all offered for 1 unit of high school credit. Students must pass the class to receive the standard credit. King George County Schools allows for parents to have high school credit courses that were earned in middle school to be removed from their child's transcript upon submission of proper documentation to the counseling department.

# Course Selections

## ENGLISH

### Grade 6 English

The Grade 6 English program provides instruction in all aspects of language arts, including communication, reading, writing, and research. A variety of text will support development of mature vocabulary and reading comprehension. Literary elements, including character, plot, theme, point of view, and figurative language will be analyzed in a variety of narrative text and poetry. Authentic informational,

persuasive and functional text will be used to develop student understanding of the author's purpose, organizational pattern, and viewpoint. An independent reading project will provide opportunities for student choice, reading practice, and application of the curriculum in relevant literature. Students will write in a variety of forms in response to text and to prompts, with an emphasis on narrative and reflective writing. The writing process will be utilized to plan, draft, revise, and edit writing with attention to composition and mechanics. Students will take the English 6 Virginia Standards of Learning Reading tests.

**Grade 7 English**

The Grade 7 English program provides instruction in all aspects of language arts, including communication, reading, writing, and research. A variety of text will support development of mature vocabulary and reading comprehension. Literary elements, including character, plot, theme, point of view, mood, and figurative language will be analyzed in a variety of narrative text and poetry. Authentic informational, persuasive and functional text will be used to develop student understanding of the author's purpose, organizational pattern, and viewpoint. An independent reading project will provide opportunities for student choice, reading practice, and application of the curriculum in relevant literature. Students will write in a variety of forms in response to text and to prompts, with an emphasis on expository and persuasive writing. The writing process will be utilized to plan, draft, revise, and edit writing with attention to composition and mechanics. Students will take the English 7 Virginia Standards of Learning Reading tests.

**Grade 8 English**

The Grade 8 English program provides instruction in all aspects of language arts, including communication, reading, writing, and research. Literary elements, including character, plot, conflict, theme, point of view, mood, and figurative language will be analyzed in a variety of narrative text and poetry. Author's purpose, tone, organizational pattern, and viewpoint will be evaluated in informational text including articles, essays, and speeches. Reading skills will emphasize comprehension of increasingly advanced texts and critical thinking. Students will write in a variety of forms in response to text and to prompts, with an emphasis on expository and persuasive writing. The writing process will be utilized to plan, draft, revise, and edit writing with attention to composition, word choice, and mechanics. Students will take the English 8 Virginia Standards of Learning Reading and Writing tests.

**Grade 8 Advanced English**

The Grade 8 Honors English program provides instruction in all aspects of language arts, including communication, reading, writing, and research. Literary elements, including character, plot, conflict, theme, point of view, mood, and figurative language will be analyzed in a variety of ambitious narrative text and poetry. Author's purpose, tone, organizational pattern, and viewpoint will be evaluated in complex informational text including articles, essays, and speeches. Reading skills will emphasize comprehension of increasingly advanced texts and critical thinking. Students will practice advanced application of the English curriculum through extensive written and oral response to text. The writing process will be utilized to

produce expository and persuasive writing with attention to composition, word choice, and mechanics. Students will take the English 8 Virginia Standards of Learning Reading and Writing tests.

## MATHEMATICS

### Math 6

This course will cover the Standards of Learning to prepare students to apply practical mathematical skills in real life situations and for further study in algebra and geometry. The study of rational numbers builds on the understanding of whole numbers, fractions, and decimals developed by students in the elementary grades. Proportional reasoning is the key to making connections to many middle school mathematics topics. Students develop an understanding of integers and rational numbers using concrete, pictorial, and abstract representations. They learn how to use equivalent representations of fractions, decimals, and percents and recognize the advantages and disadvantages of each type of representation. Flexible thinking about rational number representations is encouraged when students solve problems. Students enrolled in this class will take the Math 6 SOL.

### Math 6X

**Prerequisite: Rising 6th graders may be placed in this course.**
This course will cover the Standards of Learning to prepare students to apply practical mathematical skills in real life situations and for further study in algebra and geometry. The study of rational numbers builds on the understanding of whole numbers, fractions, and decimals developed by students in the elementary grades. Proportional reasoning is key to making connections to many middle school mathematics topics. Students develop an understanding of integers and rational numbers using concrete, pictorial, and abstract representations. Students will use the properties of real numbers to solve linear equations and inequalities. Units of study will include data analysis techniques to make inferences and predictions. The principles of plane and solid geometry will be used in solving problems. This course includes all of Virginia's Sixth Grade and part of the Seventh Grade Standards of Learning for Mathematics. Students enrolled in this class will take the Math 6 SOL. Students who successfully complete this course will enroll in Math 7X the following year.

### Math 6XH

**Prerequisite: Rising 6th graders may be placed in this course.**
This course will cover all of Virginia’s Sixth, Seventh, and Eighth Grade Standards of Learning for Mathematics at an accelerated pace in one year. There is a strong emphasis on problem solving, group work, collaboration, and hands-on learning. Students will study relations and functions; solving equations and inequalities; linear equations, probability and statistics; as well as numeracy and number sense involving fractions, decimals, and percents. Students will see the relevance of mathematics to see where it can be applied in the real world. Students enrolled in this course will take the Math 8 SOL. Students will enroll in Algebra I the following year.

### Math 7

This course will cover the Standards of Learning to prepare students to apply practical mathematical skills in real life situations and for further study in algebra and geometry. Students will use fractions, decimals, percents and proportional reasoning to solve a variety of problems. Students will use the properties of real numbers to solve linear equations and inequalities. Units of study will include data analysis techniques to make inferences and predictions. The principles of plane and solid geometry will be used in solving problems. Students enrolled in this class will take the Math 7 SOL.

### Math 7X

**Prerequisite: Rising 7th graders who have successfully completed 6X may be placed in this course.**

This course will cover the Standards of Learning to prepare students to apply practical mathematical skills in real life situations and for further study in algebra and geometry. The content extends concepts and skills learned in previous grades such as solving consumer-related problems, using numerical patterns in understanding relationships, and using probability and statistics to make predictions and inferences. Real numbers and their properties will be used to solve and justify the solutions in multi-step equations. The study of geometry will be expanded to include graphing and transformations in the coordinate plane, using the Pythagorean Theorem and the characteristics and measure of geometric figures to solve problems. This course includes part of Virginia's Seventh Grade Standards of Learning for Mathematics and all of the Eighth Grade Standards of Learning for Mathematics. Students enrolled in this class will take the Math 8 SOL. Students who successfully complete this course will enroll in Algebra I the following year.

### Math 8

This course will cover the Standards of Learning to prepare students to apply practical mathematical skills in real life situations and for further study in algebra and geometry. The content extends concepts and skills learned in previous grades such as solving consumer-related problems, using numerical patterns in understanding relationships, and using probability and statistics to make predictions and inferences. Real numbers and their properties will be used to solve and justify the solutions in multi-step equations. The study of geometry will be expanded to include graphing and transformations in the coordinate plane, using the Pythagorean Theorem and the characteristics and measure of geometric figures to solve problems. Students enrolled in this class will take the Math 8 SOL. Students will enroll in Algebra I the following year.

### Algebra I (1 High School Credit)

**Prerequisite: Successful completion of Math 7X (Rising 8th graders must also take an Algebra Readiness placement test to be placed in this course).**

This course is the first mathematics course in which students may earn high school credit. Algebra I includes the use of technology in algebra, linear and quadratic equations and functions, using algebra to analyze data, and to solve problems. Students enrolled in this course will take the Algebra SOL. Students who

successfully complete the course will go on to Geometry the following year. Students who do not pass the course will retake Algebra I the following year. Students who pass the course and fail the SOL will progress to the next course and continue to take the Algebra I SOL until they receive a passing score.

### Geometry (1 High School Credit)

**Prerequisite: Algebra I**

Geometry is the second course in which students may earn high school credit. Geometry is a course whose basic elements are points, lines, and planes. Plane, solid, and coordinate geometry are studied. This course is designed to develop effective methods of thinking through deductive reasoning, application of theorems in proofs and in problem solving. Students enrolled in this course will take the Geometry SOL. Students who successfully complete the class will take Algebra II the following year. Students who do not pass the class will retake Geometry the following year, and those who do not pass the SOL will retake it until a passing score is received, without being enrolled in the class.

## SCIENCE

### Science 6

The sixth-grade standards continue to emphasize data analysis and experimentation. Methods are studied for testing the validity of predictions and conclusions. Scientific methodology, focusing on precision in stating hypotheses and defining dependent and independent variables, is strongly reinforced. The concept of change is explored through the study of transformations of energy and matter. The standards present an integrated focus on the role of the sun's energy in Earth's systems, on water in the environment, on air and atmosphere, and on basic chemistry concepts. A more detailed understanding of the solar system and space exploration becomes a focus of instruction. Natural resource management, its relation to public policy, and cost/benefit tradeoffs in conservation policies are introduced.

### Life Science (Grade 7)

Life Science promotes an understanding of the changes, cycles, patterns, and relationships in the living world. The nature of science is illustrated by the idea that explanations of nature are developed and tested using observations, experimentations, models, evidence, and systematic processes. Areas of study include: cell structure, function, and organization; physical and chemical processes essential to life, especially photosynthesis; DNA and transmission of genetic information. In addition, a large number of ecological concepts are studied including living and nonliving components of an ecosystem, chemical cycles and energy flow and organization and interactions within populations, communities, and ecosystems. KGMS provides students with alternative assignments to animal dissection. Alternative assignments shall have the same point value as the dissection and cover the same school curriculum or content.

### Physical Science (Grade 8)

Physical Science stresses an in-depth understanding of the nature and structure of matter and the characteristics of energy. Research methods and skills are emphasized as students focus on understanding the nature and process of science. Students use appropriate tools for gathering data in classroom experimentations and share their work in written reports and other presentations. Major areas of study include: basic properties of matter and atomic structure; understanding and using the periodic table; physical and chemical changes; types, transfers, and transformations of energy; principles of work, force and motion. The nature of light, sound, electricity, and magnetism are studied and investigated. Students will learn lab techniques Students will take the Science 8 SOL. KGMS provides students with alternative assignments to animal dissection. Alternative assignments shall have the same point value as the dissection and cover the same school curriculum or content.

## SOCIAL STUDIES

### U.S. History (Grade 6)

Students will continue to use skills for historical and geographical analysis as they examine American history since 1865. The standards for this course relate to the history of the United States from the Reconstruction era to the present. Students should continue to develop and build upon the fundamental concepts and skills in civics, economics, and geography within the context of United States history. Students will use investigation as a foundation to delve into the political, economic, and social challenges facing the nation once reunited after the Civil War. This foundation provides a pathway to develop an understanding of how the American experience shaped the world's political and economic landscapes.

### Civics and Economics (Grade 7)

The Civics and Economics course will focus on the structure and functions of government institutions at the national, state and local levels. Through this course the student will foster patriotism, gain a respect for the law, and encourage a sense of civic duty. The role of the citizen in the American political and economic systems will be explored. Students will take the Civics and Economics SOL.

### World History I (High School Credit) (Grade 8)

Students will explore the historical development of people, places, patterns of life, and geographic influences from prehistoric time to 1500 A.D. Students study the origins of much of our heritage using texts, maps, pictures, stories, charts, and chronological skills. Students will take the World History Part I SOL.

# PHYSICAL EDUCATION AND HEALTH

### (Year-long)

**Physical Education and Health 6 (Grade 6 - Required)**
Physical education provides students with the knowledge, processes, and skills to become physically educated, physically fit and responsible in their physical activity choices and behaviors for a lifetime. Virginia's standards for physical education are grouped into five strands: skilled movement, movement principles and concepts, personal fitness, responsible behaviors and physically active lifestyle. The standards in each strand are sequenced to progress in complexity from grade level to grade level.

**Physical Education and Health 7 (Grade 7 - Required)**
Students develop competence in games/sports, dance/rhythms, and recreational activities. Recreational pursuits are emphasized, broadening lifetime physical activity options. Students relate the importance of physical activity to health. They create plans for improving personal fitness. Students develop responsible personal and social behaviors by demonstrating decision-making skills, conflict resolution skills, appropriate etiquette, and respect for others. Students achieve and maintain personal fitness standards and set reasonable and appropriate goals for improvement or maintenance of health-related fitness. Health education covers the topics of wellness and healthy living, violence prevention, safety and injury prevention, mental and emotional health, disease of the body, alcohol, tobacco and other drugs, and family life education. There is a new initiative from the Virginia Department of Education to provide a curriculum for Career Exploration. This information will be provided during the PE/Health class by the school counselors and PE teachers.

**Physical Education and Health 8 (Grade 8 - Elective)**
Students demonstrate competence in skillful movement in more complex dynamic game/sport situations and in a variety of dance/rhythm activities and recreational activities. Students demonstrate mature responsibility as they show respect for others, make reasoned and appropriate choices, resist negative peer pressure, and exhibit fair play. Students are able to set goals, track progress, and participate in physical activities to improve health-related fitness, including strength training. They develop abilities across a variety of game/sport and recreational pursuits.

# FOREIGN LANGUAGE

**Introduction to French (Semester – All Grades)**
Intro to French is an eighteen-week (semester long) course designed for middle school students to explore the French language and French-speaking cultures. In this class, students will acquire beginning vocabulary and communication skills through a variety of immersive activities, which will lay the foundation for further

study in French 1. In addition, students will learn to appreciate different aspects of French-speaking cultures and make valuable comparisons to their own.

### French I (1 High School Credit, Year-long – Grades 7 & 8)

French I is a class stressing beginning language acquisition. The method we will be using to achieve this is called Teaching Proficiency through Reading and Storytelling, TPRS®. The 1st semester, we will focus on providing students extensive oral and written input through listening to, reading, and interpreting stories. As we begin the 2nd semester, we will focus more heavily on skills of production: speaking, writing, and language structure study. Students should be prepared to be immersed in the target language 80-90% of class and will be expected to demonstrate a novice level of language comprehension and proficiency.

### French II (1 High School Credit, Year-long – Grade 8)

**Prerequisite: French I**

French II continues the process of language acquisition in the immersion teaching style of TPRS® (Teaching Proficiency through Reading and Storytelling). Students will be exposed to more advanced oral and written input through listening to, reading, and interpreting intermediate stories. Students will also continue to refine their skills of production: speaking, writing, and language structure study. Students should be prepared to be immersed in the target language 90-100% of the class and will be expected to demonstrate an intermediate level of language comprehension and proficiency.

### Spanish I (1 High School Credit, Year-long – Grades 7 & 8)

Spanish I is a class stressing beginning language acquisition. The method we will be using to achieve this is called Teaching Proficiency through Reading and Storytelling, TPRS®. The 1st semester, we will focus on providing students extensive oral and written input through listening to, reading, and interpreting stories. As we begin the 2nd semester, we will focus more heavily on skills of production: speaking, writing, and language structure study. Students should be prepared to be immersed in the target language 80-90% of class and will be expected to demonstrate a novice level of language comprehension and proficiency.

### Spanish II (1 High School Credit, Year-long – Grade 8)

**Prerequisite: Spanish I**

Spanish II continues the process of language acquisition in the immersion teaching style of TPRS® (Teaching Proficiency through Reading and Storytelling). Students will be exposed to more advanced oral and written input through listening to, reading, and interpreting intermediate stories. Students will also continue to refine their skills of production: speaking, writing, and language structure study. Students should be prepared to be immersed in the target language 90-100% of the class and will be expected to demonstrate an intermediate level of language comprehension and proficiency.

# CAREER AND TECHNICAL EDUCATION

### Middle School Computer Science (Year-Long – Grades 7 & 8)

In this course students are introduced to Computer Science as a way of thinking, relevant and applicable to a wide range of contexts. The aim of this course is to teach students about the history of computers and computer science, with a focus on Virginians, to engage students in computational thinking as a tool for problem-solving, to develop their computing skills using block-based and text-based programming, and to keep their interest in computers as an exciting and relevant field. Students will be introduced to Computer Science as a method of thinking that can be applied across a range of situations. Students will be given the opportunity to explore and create computer programs and websites, which will facilitate reasoning and problem solving skills. Students will be introduced to robotics and how robotics and computer programming are related. Learning opportunities will be presented in ways that are active, connected, and relevant to students and the world around them. Assignments will empower students as problem solvers, creators and innovators capable of changing the world. Collaborative learning experiences at this level prepare students to work in teams.

### Computer Solutions (Semester – All Grades)

In this course students are introduced to computing devices and software as problem-solving tools. Emphasis is placed on touch keyboarding skills to complete a variety of projects incorporating word processing(Google Docs), presentation(Google Slides), and spreadsheet(Google Sheets) software. Database software will be discussed and demonstrated. Basic Internet safety, coding and device maintenance are also components of this course.

### Make It Your Business (Semester – Grades 7 & 8)

**Prerequisite: Computer Solutions or Teacher Recommendation with a 5:00 typing test administered by Mrs. Watson**

In this course emphasis is placed on the introduction and application of business terminology, basic entrepreneurship concepts, and fundamental business principles. Basic Keyboarding and academic skills (Mathematics, Science, English, and History/Social Science) are integrated into this course, to develop and enhance touch skills for entering alphabetic, numeric, and symbol information on a keyboard. Students compose and produce personal, educational, and professional documents.

### Digital Input Technologies (Semester – Grades 7 & 8)

**Prerequisite: Make It Your Business**

In this course students will be introduced to the use of relevant and emerging technologies, tools, and applications to prepare them for current workplace practices and everyday life. Students will demonstrate information processing using a variety of hardware and software and Internet-based tools to design, produce and sell a product through a school store. This course is an extension of Make It Your Business and Keyboarding.

### Career Explorations (Semester- Grade 8)

This course prepares middle-school students to make informed decisions about their future academic and occupational goals. Through direct instruction, interactive skills demonstrations, and practice assignments, students learn how to assess their own skills and interests, explore industry clusters and pathways, and develop plans for career and academic development.

## ENGLISH ELECTIVE

### Creative Writing (Semester – All Grades)

The course encourages student writing through exposure to various pre-writing strategies, participation in writing exercises, reader-based feedback, responses to published works of varying genres, writing in different literary formats including short story, poetry, drama, and nonfiction, etc. The course should help a student to develop standards for evaluating a piece of creative writing--whether it be his own or another's. A student who chooses this course should be prepared to write every day and for extensive lengths of time, and must be interested in improving their writing by accepting and applying constructive criticism through revision. They should also be able to work successfully independently and in small groups.

### Library Aide (Semester – Grade 8)

**Application Required**

The Student Library Aide elective at King George Middle School provides experience and knowledge about how libraries function. Library aides will be trained on how to perform valuable services to their school community while learning and practicing skills that will be useful in future classes and even employment. A student library aide's main job is to help others. Assisting others at the circulation desk, checking books into and out of the cataloging system, and maintaining the library space are all important duties of a student library aide.

# FINE AND PERFORMING ARTS

### Art (Semester – All Grades)

Art includes the development of visual perception, recording from direct observation, memory and the imagination. The student should prepare and develop an idea or theme by collecting and organizing visual resources. The student will use art vocabulary while describing the student's work and the work of others. Artwork should reflect increased manual and creative skills in addition to expanded knowledge of the use of texture, pattern, shape, line and color. The student should be able to apply the basic rules of perspective, proportion, value, and color theory. The Art course also includes the ability to select and control the use of materials, tools and techniques to develop an understanding of the visual language of art and apply these in their own work to develop, express, and modify their ideas, intentions and feelings. In classroom discussions, the student will continue to use an expanding art vocabulary while describing the student's work and the work of others. Artwork should reflect increased manual and creative skills in addition to expanded knowledge of the use and application of the elements of design. The student should be able to use simple perspective systems for symbolizing what they are rendering. The student should be able to manipulate proportion, value and color to create realistic/or expressive images.

### Art II (Semester – Grades 7 & 8)

**Prerequisite: Art**

The goal for Art II is for students to grow as artists. Students will build on and expand their art knowledge to include making more complex and challenging artwork, the option for independent projects, more writing, reflecting, and critiquing art and art history.

### Beginning Band (Year-long – All Grades)

**Prerequisite: None**

This course is for students who are *starting out on a band instrument*. Students will learn proper playing technique on either flute, clarinet, saxophone, trumpet, trombone, baritone, or percussion. Percussion students will play the bells for the first semester, and then start the snare drum in the second semester. Students will perform a minimum of two concerts per school year. The teacher follows the curriculum based upon the Virginia Standards of Learning. Evaluation of progress will be based on individual playing tests, practice records, written work, and daily class participation. Daily at-home practice is necessary for the student's progress. The student will attend and receive a grade for scheduled performances, which are an extension of classroom activities and SOL objectives. Students will perform music in the VBODA grade level I.

### Band 6 (Year-long – Grade 6)

**Prerequisite: 5th Grade Band at Elementary School, or director approval**

In 6th grade band, the student continues to learn proper playing technique and develop ensemble skills on their selected instrument Students will perform a minimum of two concerts per school year. The teacher follows the curriculum based

upon the Virginia Standards of Learning. Evaluation of progress will be based on individual playing tests, practice records, written work, and daily class participation. Daily at-home practice is necessary to continue mastering playing technique. The student will attend and receive a grade for scheduled performances, which are an extension of classroom activities and SOL objectives. Students will perform music in the VBODA grade levels I-II.

### Band 7 (Year-long – Grade 7)

**Prerequisite: Band 6, or Beginning Band, or director approval**

In 7th grade band, the student continues to learn proper playing technique and develop ensemble skills on their selected instrument. Students will perform a minimum of two concerts per school year. The teacher follows the curriculum based upon the Virginia Standards of Learning. Evaluation of progress will be based on individual playing tests, practice records, written work, and daily class participation. Daily at-home practice is necessary to continue mastering playing technique. The student will attend and receive a grade for scheduled performances, which are an extension of classroom activities and SOL objectives. Students will perform music in the VBODA grade levels I-III.

### Symphonic Band [Band 8] (Year-long – Grade 8)

**Prerequisite: Band 7, or Beginning Band, or director approval**

In 8th grade band, the student continues to learn proper playing technique and develop ensemble skills on their selected instrument. Students will perform a minimum of three concerts per school year, to include the VBODA State Assessment. The teacher follows the curriculum based upon the Virginia Standards of Learning. Evaluation of progress will be based on individual playing tests, practice records, written work, and daily class participation. Daily at-home practice is necessary to continue mastering playing technique. The student will attend and receive a grade for scheduled performances, which are an extension of classroom activities and SOL objectives. Students will perform music in the VBODA grade levels II-IV.

### Jazz Ensemble (Year-long – Grade 8)

**Prerequisite: Must also be enrolled in Symphonic Band, or director approval**

Students who wish to take Jazz Ensemble as their ONLY band class needs approval from the band director. Students will perform literature from a variety of styles including Swing, Bebop, Bossa Nova, Funk, Rock, Rhythm and Blues, and Blues. Students will perform a minimum of two concerts per school year. These performances are graded and held outside of the regular school day. Some rehearsals are also held outside of the regular school day. Students will also be engaged in ear training, rhythmic dictation, music history, music theory, and improvisation throughout the course.

### Beginning Guitar (Semester – Grades 7 & 8)

**Prerequisite: None**

The standards for Middle School Guitar enable students to begin receiving instruction on acoustic guitar at any middle school grade level. Students

demonstrate proper care of the instrument and become familiar with the technology of the guitar. They demonstrate basic positions, right-hand and left-hand techniques, and tone production. Students count, read, and perform music of varying styles and levels of difficulty. They begin to describe, respond to, interpret, and evaluate works of music and create basic variations of simple melodies. Students investigate career options in music. Students may use standard method books in class settings.

### Chorus (Year-long – All Grades)

**Prerequisite: None**

The standards for Middle School Choral Music, Beginning Level enable students to obtain musical knowledge and skills in the choral setting. Students begin to develop choral skills, including singing in unison and two-part harmony, with emphasis on vocal production and technique. They learn to read, write, and notate music using basic music theory concepts and perform music from a variety of music styles, composers, cultural influences, and historical periods. Students identify the steps of a creative process and apply emerging music skills to create and notate original work. Students examine career options in music and identify the relationship of choral music to other fine arts. Opportunities are provided for students to participate in local and district music events as appropriate to level, ability, and interest.

### Select Chorus (Year-long – Grades 7 & 8)

**Prerequisite: Audition**

The standards for Middle School Choral Music, Intermediate Level enable students to build upon the skills and knowledge acquired at the beginning level. This class will build into the Advanced Level and enable students to build upon the skills and knowledge acquired at the intermediate level. As students perform choral works and develop sight reading skills, they expand their performance abilities and creativity. Through the collaborative environment of the choral setting, students demonstrate teamwork and display leadership skills. Students apply steps of a creative process to identify and examine inquiry-based questions related to choral music. They explore and perform music from a variety of musical styles, composers, cultural influences, and historical periods. Students investigate connections between music skills and college, career, and workplace skills and analyze cross-disciplinary connections with music. Opportunities are provided for students to participate in local, district, regional, and state events as appropriate to level, ability, and interest. This class is recommended for students who would like to join Select Chorus and/or Show Choir at the high school in the future.

### Drama (Semester – Grades 7 & 8)

Students are introduced to the foundation skills and concepts required for Middle School Drama. Practical, design and written activities provide opportunity for exploration of themes, self-expression and a basic understanding of performance skills. Cooperative group work and evaluative reflection are key concepts of the course.

# LEADERSHIP

**Introduction to Leadership (Semester – Grades 7 & 8)**
**Application Required**
Students produce daily announcements, Harbor Videos, and work to improve school pride through various projects and activities. Students have weekly lessons and assignments related to the 7 Habits of Highly Effective Teens. Students will be able to demonstrate leadership traits.

## Virtual Virginia Courses

Virtual Virginia course offerings are available in some cases. Virtual Virginia students must complete a contract and obtain written permission from school officials. Students are encouraged to meet with their school counselor to discuss their plans for Virtual Virginia courses. If a student/family desires to take a Virtual Virginia class they will be responsible for registering for the class and the cost of the course.

## King George Virtual Academy

Beginning in 2025-2026 school year, King George County Schools will offer a full time virtual program for students in grades 6-12. The program will be offered through a partnership between KGCS and Virtual Virginia. Students will required to be enrolled full time in the Virtual Virginia program to participate in the Virtual Academy program.