# EXHIBIT 18

# Activities and Clubs

## Matilda Jr.



### Book Club

Interested? Sign up to join

This club is voluntary! You may participate month-by-month, choosing which book selections interest you. There will be 8 titles from different genres. You simply read the book, come to the meeting, and earn a book bead for your "brag tag" keychain. Participation is limited to 30 students.

Meeting Dates: Dec 15, 2025; Jan 26, 2026; Feb 23, 2026; March 23, 2026; and April 20, 2026

***Parent pickup at main entrance at 3:45 required to attend.*

### Beta Club

**Let Us Lead by Serving Others**

As the largest independent, non-profit educational organization for young people in the United States, National Beta is built on the idea that true leadership begins with service. The program is centered around four key pillars that guide everything members do. These pillars highlight the heart of National Beta and help students grow into responsible and caring young leaders.

At King George Middle School, students who join Beta are recognized not only for their strong academic performance, but also for their positive character, developing leadership skills, and willingness to serve others. Beta members learn the value of making good choices, supporting their peers, and taking on responsibilities that make a real difference in their school and community.

### Robotics Team

The KGMS Robotics Team is open to all interested 6th, 7th, and 8th grade students who are eager to explore the world of robotics, engineering, and problem solving. Competitive robotics provides students with hands-on opportunities to design, build, and program robots that are capable of completing specific missions created by a hosting organization.

Throughout the season, students work collaboratively as they plan, experiment, and refine their robot designs. Team members practice essential skills such as critical thinking, creative problem solving, communication, and teamwork. They also learn how to troubleshoot challenges, test new ideas, and improve their robot's performance across different missions.

In previous years, the KGMS Robotics Team has proudly represented our

### Theater

King George Middle School is proud to present two full theatrical productions each school year, giving our students a chance to shine both onstage and behind the scenes. These shows are an important part of our school community, offering students opportunities to build confidence, express creativity, and work together as a team.

Students who enjoy performing are encouraged to audition for acting roles onstage, where they can develop skills in public speaking, character building, and collaboration with cast members. We also welcome students who prefer to work offstage. Our productions rely on a full technical and production team, including set designers, set builders, stage crew members, sound and lighting assistants, prop managers, and costume helpers.

Whether a student loves acting,

In addition to service and leadership, the KGMS Beta Club is highly involved in academics. Members attend regional and state Beta conventions where they compete in a wide variety of academic events, including academic testing, science, engineering, math, reading competitions such as Book Battle, and quiz bowls. These opportunities challenge students to think critically, collaborate, and showcase their academic knowledge while representing KGMS with pride.

KGMS Beta members participate in school wide service projects, community events, volunteer work, leadership challenges, and academic competitions that help them gain confidence and learn how to work as part of a team.

Last year alone, the KGMS Beta Club completed over 2,500 service hours in the community—an incredible accomplishment that shows the dedication and compassion of our students. We welcome families and students to learn more about how Beta can help young people grow academically, socially, and as leaders who lead by serving others.

school at several regional competitions, including:

- The NSWCDD Innovation Challenge at the University of Mary Washington Dahlgren Campus
- The NSWCDD SeaPerch Competition at the King George YMCA pool
- The NSWCDD STEM Triad at the Fredericksburg Expo Center

Participation in robotics provides students with a meaningful, fun, and academically enriching experience that encourages curiosity and builds confidence in STEM-related fields. We welcome students and families to learn more about how to get involved.

painting, building, organizing, or using technology, there is a place for them in our theater program. We encourage both students and parents to explore these opportunities and become part of the creative process that brings each production to life.

## King George Middle School

8246 Dahlgren Road | King George, VA 22485 | US | Phone: (540) 775-2331 | Fax: (540) 775-0263

PeachJar
Staff Resources
Contact Transportation
King George Education Foundation
Site Login

*King George County Schools serves approximately 4,500 students from preschool through twelfth grade across five school campuses. Located in a rural community between Washington, D.C. and Richmond, the division is committed to providing a high-quality education that supports student success at every level.*

Privacy Policy Site Map Accessibility

Powered by Finalsite