# EXHIBIT 19

# Welcome to "Book of the Month" Club!

If you would like to join the KGMS book club, please sign up here! You will receive an email to your school account with details about what we are reading each month, our meeting schedule, and lots of info! Thanks for joining!

*This club is voluntary! You may participate month-by-month, choosing which book selections interest you. There will be 8 titles from different genres. You simply read the book, come to the meeting, and earn a book bead for your "brag tag" keychain. Participation is limited to 30 students.

Sign in to Google to save your progress. Learn more

* Indicates required question

Meeting Dates: Aug 25, 2025; Sept 29, 2025; Oct 27, 2025; Nov 17, 2025; Dec 15, 2025; Jan 26, 2026; Feb 23, 2026; March 23, 2026; and April 20, 2026 *
*****Parent pickup at main entrance at 3:45 required to attend.*
Please provide Parent Name & Email below:

Your answer

Student Last Name *

Your answer

Student First Name *

Your answer

Grade Level *

- 6th Grade
- 7th Grade
- 8th Grade

English Teacher *

- Ms. Overstreet
- Ms. Almassy
- Ms. Allaire
- Ms. Jones
- Ms. Limbrick
- Ms. Brown
- Mr. Lee
- Mr. Nunez
- Ms. Ritenour
- Ms. Donaldson
- Ms. Lyon
- Ms. Nunez
- Ms. Burruss
- Ms. Fulton

What are your favorite kinds of books to read? *

- [ ] graphic novels/manga/comics
- [ ] realistic fiction or adventure stories
- [ ] fantasy (magic, witches, dragons, etc)
- [ ] science fiction (futuristic, robots, time travel)
- [ ] nonfiction / biographies (true stories)
- [ ] humor fiction like Diary of a Wimpy Kid or Dork Diaries
- [ ] I like to read everything-- I just like a good book!

Submit

Clear form

Never submit passwords through Google Forms.

This form was created inside of King George County Schools.
Does this form look suspicious? Report

Google Forms