# EXHIBIT 20

# KING GEORGE COUNTY SCHOOLS

## Student and Family Handbook

## 2025-2026






**Paige Strayer**
King George Preschool



**Lianne Lewis**
King George Elementary



**Laura Leonard**
Potomac Elementary



**Kelly Barnes**
Sealston Elementary



**Laura North**
King George Middle



**Lisa Tate**
King George High

# King George County Schools

# Student and Family Handbook
# &
# Student Code of Conduct
# 2025 - 2026

We strive to ensure the information in the Student and Family Handbook and Student Code of Conduct is accurate at the time of publication. However, all information is subject to change, including but not limited to changes in policies, regulations, statutes, and laws. Policies, regulations, statutes, and laws in effect at the time of an incident supersede any contained in this document. All current policies are available on the King George County Schools website.

Additional information can be found on the division and VDOE websites, or you can contact your school administrator if you have any questions.

Families should visit the KGCS website at kgcs.k12.va.us for updates and announcements. KGCS also uses School Messenger, King George Alert, PeachJar, and division social media accounts to communicate with the King George community. Please visit the KGCS website for more information on how to sign up for these accounts or contact your child's school.

This publication is reviewed and revised annually by the Student and Family Handbook Work Group with ongoing feedback and recommendations from school administrators, faculty and staff, and students and families. Members of the work group act as liaisons with building level administrators, helping facilitate discussions to ensure consistency in division expectations.

This work group is open to any interested person and consists of stakeholders from King George County Schools and the surrounding community. If you are interested in being part of this work group for the 2025-2026 school year, please contact the Supervisor of Student and Family Services.

*Cover photos courtesy of Amanda Higgins, KGCS Coordinator of Communication, and publicly available photos from KGCS teachers and staff.*

***We would also like to recognize the Teachers of the Year along the bottom of the cover! Congratulations!***

# Acknowledgement of Receipt

The following documents are included in this Welcome to School Packet. This information is included in the New Student Registration System and the Returning Student Update as part of the PowerSchool Enrollment platform.

- Primary Nighttime Residence Questionnaire
- Student Medical Information
- Food Allergy and Classroom Food Information
- Transportation Request Form and Waiver of Student Supervision
- Technology Acceptable Use Guidelines and KGCS Policy IIBEA/GAB
- Media Release Form

In addition to general information about King George County Schools, the Student and Family Handbook contains information regarding the following policies, regulations, and procedures, as required by law.

- Student and Family Handbook
- Statement of Non-Discrimination
- Student Code of Conduct
- Required Notifications
- Access to and Destruction and Retention of Scholastic Records
- Parental Responsibility and Involvement
- Compulsory School Attendance Information
- Family Educational Rights and Privacy Act (FERPA)
- Directory Information Disclosures
- Protection of Pupil Rights Amendment (PPRA)
- Acknowledgement of Receipt

A printed copy of the Student and Family Handbook is available at each school upon request. An electronic copy is available on the KGCS website.

Parents have a duty to assist King George County Schools in enforcing the Student Code of Conduct and compulsory school attendance. Parents have a responsibility to understand the Student Code of Conduct, promote proper student conduct, assist the school with the discipline of the student, and meet with school officials if requested to discuss matters related to discipline and school attendance. The law also requires that parents sign a statement showing that they know their responsibilities.

**Parents are required by law to sign the King George County Schools (KGCS) Acknowledgement of Receipt in your child's Welcome to School Packet. This states you have received, read, and understood the Student and Family Handbook and Student Code of Conduct and all applicable documents.**

**By signing the Acknowledgement of Receipt, you shall not be deemed to waive, but do expressly reserve, your rights protected by the Constitution or laws of the United States and/or the Commonwealth of Virginia, and shall have the right to express disagreement with the school division's policies and or decisions.**

| *Student Name* | *Student Signature* | *Date* | *School* |
|---|---|---|---|
| *Parent Name* | *Parent Signature* | *Date* | *Phone* |

*Note: This form is typically signed online using through the PowerSchool Enrollment platform. If a paper copy is needed, you may download this page, sign, and submit to your student's school.*

# Table of Contents

Policies, regulations, statutes, and laws are current at the time of publication but are subject to change. Policies, regulations, statutes, and laws in effect at the time of the incident supersede any contained in this document.


| Part I: Student and Family Handbook | | |
|---|---|---|
| 1.1 | King George County Schools Directory | 1 |
| 1.2 | Comprehensive Plan | 2 |
| 1.3 | Administrative Offices | 3 |
| 1.4 | Registration and Enrollment | 5 |
| 1.5 | Curriculum and Instruction | 7 |
| 1.6 | Family and Community Engagement | 9 |
| 1.7 | Student Health and Well-Being | 10 |
| 1.8 | School Health Center Information | 11 |
| 1.9 | Attendance Matters | 12 |
| 1.10 | School Breakfast and Lunch Programs | 14 |
| 1.11 | Notice of Non-Discrimination | 16 |
| **Part II: Student Code of Conduct** | | |
| 2.1 | Model Guidance for Student Code of Conduct | 17 |
| 2.2 | Roles and Responsibilities | 19 |
| 2.3 | Preventive and Positive Approaches to Discipline | 21 |
| 2.4 | Tiered System of Support for Behavioral Interventions | 22 |
| 2.5 | Guidelines for Disciplinary Procedures | 24 |
| 2.6 | Guidelines for Disciplinary Investigations | 26 |
| 2.7 | Leveled Behavioral Interventions and Administrative Responses | 28 |
| 2.8 | Alternatives to Suspension | 30 |
| 2.9 | Suspension and Expulsion of Students | 32 |
| 2.10 | Appeals of Disciplinary Action | 34 |
| 2.11 | Compliance with Other Regulations, Policies, and Statutes | 34 |
| **Part III: Standards of Student Conduct** | | |
| 3.1 | KGCS Policy JFC: Student Conduct | 35 |
| 3.2 | Other Prohibited Conduct | 36 |
| 3.3 | KGCS Policy JFCK: Cellular Phones and Personal Communication Devices | 37 |
| 3.4 | Guidelines for Student Grooming and Dress Standards | 38 |
| 3.5 | KGCS Dress Code | 38 |
| 3.6 | Student Behavior and Administrative Response (SBAR) Data Collection and Reporting | 39 |
| **Appendices** | | |
| A | Honor Code | 45 |
| B | Required Notifications | 46 |
| C | KGCS Policy JFC – Student Conduct | 48 |
| D | KGCS Policy KNAJ – Relations with Law Enforcement | 49 |
| E | KGCS Policy CLA – Acts of Violence and Substance Abuse | 49 |
| F | VA Code 22.1-279.3 – Parental Responsibility and Involvement | 50 |
| G | VA Code 22.1-254 – Compulsory Attendance | 50 |
| H | Notification of Family Educational Rights and Privacy (FERPA) | 52 |
| I | Notification of Directory Information | 53 |
| J | Notification of Protection of Pupil Rights Amendment (PPRA) | 53 |
| K | Glossary of Terms | 54 |
| L | Inclement Weather Information | 56 |

# Part I: Student and Family Handbook

## Welcome to King George County!

King George County, also known as the "Gateway to the Historic Northern Neck", is located along 131 miles of shoreline along the Potomac and Rappahannock Rivers. King George County is a transitioning rural county that is part of the Greater Fredericksburg Region and is located between the Washington/Richmond metropolitan areas. The US Census Bureau (2021) estimates the population of King George County at approximately 27,500 with a median household income of $96,711.

King George serves as home to one of the world's premier research and development centers, the Naval Surface Warfare Center Dahlgren Division (NSWC), which has made King George its home since 1918. Locally known as 'the base', NSWC is one of the region's largest employers, employing approximately 5,700 scientists, engineers, and other support personnel. King George County was ranked as one of the top 25 military communities with military populations under 10,000 in the United States in 2006 by Expansion Management magazine, including being ranked first in public educational systems.

Opportunities for higher education near King George County include Germanna Community College, Rappahannock Community College, Old Dominion University, and the University of Mary Washington.

## 1.1 King George County Schools Directory

Early Childhood and Preschool Education
Located within King George Elementary School
10381 Ridge Road
King George, VA 22485
Phone: (540) 775-5833 Fax: (540) 775-2165

King George Elementary School
Principal: Laurie Wages
10381 Ridge Road
King George, VA 22485
Phone: (540) 775-5411 Fax: (540) 775-2715

Potomac Elementary School (K-5)
Principal: Billie Teague
PO Box 314 (mailing address)
16495 15th Street (physical address)
King George, VA 22485
Phone: (540) 663-3322 Fax: (540) 663-2947

Sealston Elementary School (K-5)
Principal: Sandy Elia
11048 Fletcher's Chapel Road
King George, VA 22485
Phone: (540) 775-3400 Fax: (540) 775-9953

King George Middle School (6-8)
Principal: Casey Nice
8246 Dahlgren Road
King George, VA 22485
Phone: (540) 775-2331 Fax: (540) 775-0263

King George High School (9-12)
Principal: Travis Burns
10100 Foxes Way
King George, VA 22485
Phone: (540) 775-3535 Fax: (540) 775-8426

King George County Schools Administrative Offices
Superintendent: Jesse Boyd
PO Box 1239 (mailing address)
9100 St. Anthony's Road (physical address)
King George, VA 22485
Phone: (540) 775-5833 Fax: (540) 775-2165

## King George County School Board

| Member | Email | Phone | District | Term Expires |
|---|---|---|---|---|
| Cathy Hoover, Chair | choover@kgcs.k12.va.us | (540) 903-0795 | James Madison | Dec. 31, 2027 |
| Colleen Davis, Vice Chair | cdavis@kgcs.k12.va.us | (540) 413-6753 | Dahlgren | Dec. 31, 2027 |
| Ed Frank | efrank@kgcs.k12.va.us | (540) 760-8819 | At-Large | Dec. 31, 2027 |
| David Bush | dbush@kgcs.k12.va.us | (512) 751-6401 | Shiloh | Dec. 31, 2025 |
| Carrie Cleveland | ccleveland@kgcs.k12.va.us | (571) 221-5186 | James Monroe | Dec. 31, 2025 |

# 1.2 Comprehensive Plan 2022-2027

King George County Schools is committed to an ongoing assessment of its programs through the development of its Comprehensive Plan. The foundation of the plan is based on and is reflective of the mandates of the Virginia Standards of Quality, the Regulations Establishing Standards for Accrediting Public Schools in Virginia, the reauthorization of the Elementary and Secondary Education Act (ESEA), and the mission and vision of KGCS. The following principles are addressed in the 2022-2027 Comprehensive Plan.

***Mission Statement***
We will empower, engage, and inspire students in a caring, safe, and healthy learning environment, providing them with diverse and dynamic learning experiences and skills for success in an ever-changing world.

***Vision***
To be the model of educational success, providing opportunities for students to envision, achieve, and thrive.

***Goal 1: Employee Investment and Development***
Our school division relies on the strength, training, professionalism, dedication, and talent of its people. The legacy of a quality education for our students is attained through the daily decisions and actions of a stable workforce of individuals committed to healthy relationships with their students, our families, our community, and one another. In the end, relationships matter, and we must invest in our employees, their training, well-being, and expertise to ensure that they can produce an educated and productive citizenry. As educators who are community members, we must commit to building and maintaining a stable and positive presence in our locality, supporting our students, families, community events, and connections that make it a special place to work and live.

***Goal 2: Quality Instruction and Innovation***
We teach students to prepare them for their future. Teaching and learning stand at the core of our existence as a school division. An investment in our students and their future success requires us to invest in quality curriculum, instruction, and assessment. The written, taught, and assessed curriculum in KGCS must reflect best practice, technological integration and enhancement, authentic and connected learning experiences, and pathways that prepare students for multiple opportunities in a job market where most of the careers for which we are preparing them do not yet exist. The more that we learn as educators and teachers, the better equipped we are to meet the learning needs of our students.

***Goal 3: Community Collaboration, Engagement, and Communication***
Communication is vital to the success of any organization. The free flow of information designed to keep all stakeholders connected to the organization and to provide important feedback to the organization on its effectiveness are essential functions of communication channels. Effective communication reaches all stakeholders and encourages community collaboration. The need for uniform communication that is consistent reduces frustration and increases engagement. How an organization communicates with its stakeholders and how individuals within an organization communicate between and among one another determines an organization's level of success. The modes of communication that we use to get the message out to stakeholders is also important as we strive to listen to and to meet the communication needs of the community.

***Goal 4: Safe, Secure, and Healthy Learning Environments***
Our community should feel comfortable, safe, and secure in our facilities. A healthy, clean, and bright school facility is important because our schools are a hub of activity, connection, and collaboration for our community. Healthy and positive learning environments increase student achievement. Safe learning environments reduce daily anxiety for our students, teachers, and staff, enabling them to focus on teaching, learning, and meeting our students' social and emotional needs. Secure schools and facilities keep the learning environment positive and promote the well-being of everyone who enters and interacts with our buildings and its people every day.

To read more about the Comprehensive Plan, visit the KGCS website at www.kgcs.k12.va.us.

# 1.3 King George County Schools Administrative Offices

| | |
|---|---|
| Jesse Boyd | Superintendent |
| Troy Wright | Deputy Superintendent |
| Erin Scalph | Executive Administrative Assistant to the Superintendent, Clerk of the Board |
| Gary Clift | Supervisor of Facilities & Maintenance |
| Carolyn A. Davis | Supervisor of School Nutrition |
| Cheri Williams | Division Finance Manager |
| Stacy Crombie | Payroll Specialist |
| Sherry Newton | Finance Specialist |
| Robyn Cobb | Receptionist |

**Curriculum and Instruction**

| | |
|---|---|
| Angie Harris | Supervisor of Elementary Education and Related Services |
| Erin Kaple | Supervisor of Secondary Education and Related Services |
| Sandra Duff | Coordinator of Testing and Instructional Support |
| Andrea Manninen | Coordinator of Reading and Language Arts |
| Carin DeClute | Division Math Specialist – Elementary |
| Elizabeth Campus | Division Math Specialist – Secondary |
| Helena Fedak | Administrative Assistant for the Office of Curriculum and Instruction |

The Department of Instruction provides leadership in the development of curriculum and the implementation and evaluation of the instructional program including the required content and skills which students must learn, alignment with national and state standards and legislation, appropriate professional development, and local school and community input. Staff works with schools on methods of assessing student learning, emphasizing a variety of approaches that include objective tests of knowledge and skills as well as more complex measures of students' abilities to apply what they have learned. These efforts allow teachers to focus more closely on the needs of the individual students.

The Coordinator of Testing provides guidance and support in assessment accountability and instruction. Students in grades 3-12 will take various Standards of Learning (SOL) tests each school year, depending on their grade level and the secondary courses taken during that year. The assessments also provide an objective means for measuring achievement gaps between student subgroups and for determining the progress of schools, divisions and the state toward closing these gaps.

**Student and Family Services**

| | |
|---|---|
| Mary Fisher | Supervisor of Student and Family Services |
| Sarah Lenker | Lead Nurse and Clinical Coordinator |
| Jeff Smith | Attendance Intervention Specialist |
| Tammy Groves | Administrative Assistant for the Office of Student and Family Services |

The Office of Student and Family Services includes school counselors, social workers, and nurses. We collaborate with families, teachers, administrators, and other school and community members to foster, promote, and improve student success, personal growth, and mental and physical health. Programs in the Office of Student and Family Services include comprehensive school counseling programs, student attendance and discipline, and prevention and awareness activities related to bullying, suicide and self-harm, human trafficking, and substance abuse. Counselors and social workers assist families and students in need by connecting them to various resources in the school and community.

**Technology**

| | |
|---|---|
| Hillary Haff | Supervisor of Technology |
| John Vance | Network Engineer |
| Shannon Berna | Student Database Specialist |
| Jenna Bowen | Administrative Assistant for the Office of Technology |

The Department of Technology provides and maintains an environment where technology assists students, teachers, and administrators in reaching their educational goals. The department delivers technologies and data that support and promote student learning, effective teaching, user productivity, accountability in decision-making, reliable communication, and best business practices. The department supports all networks as well as centrally managed software; this includes: email and network accounts, phones, wireless, computer software, server systems, desktops, laptops, Chromebooks, tablets, presentation systems, video, and door access systems.

**Special Services**

| | |
|---|---|
| Kate Howard | Supervisor of Special Services |
| Cathy Byrd | Coordinator of Special Services |
| Lillian Branham | Administrative Assistant for the Office of Special Services |

The KGCS Special Education Department is dedicated to meeting the needs of our students with special needs. We serve identified students and those who support them by offering a continuum of services to help students reach their potential. Our vision is for all students with disabilities to reach their highest potential of achievement, graduate high school, and become contributing members of our community. Students are equipped to become self-advocates, understanding their rights and their abilities, thus allowing them to make choices and decisions to improve their quality of life. Students are included in classrooms with non-disabled peers, receiving rigorous instruction from highly qualified teachers who make data-driven instructional decisions matching the needs of their students.

**Mandated Services and Preschool**

| | |
|---|---|
| Kelly McClain | Early Childhood Special Education |
| Jennette White | Preschool Programs |

Child Find: King George County Public Schools participates in an ongoing process of locating, evaluating, and identifying youth ages 2 through 21 inclusive who are disabled and may need special education services under IDEA or provisions under Section 504 of the Americans with Disabilities Act (ADA). This includes wards of the state and those who attend a home school or private school located within the geographic boundaries of King George County.

Section 504: King George County provides Section 504 plans for those students residing in King George County who have a disability and require certain accommodations and supports in the general education environments. Should you have any questions about the 504 procedures, please contact your child's school or the Coordinator of Preschool and Mandated Services.

Preschool Programs: We provide Early Childhood Special Education Services for students ages three through five (who are not yet old enough to be enrolled in kindergarten) and Virginia Preschool Initiative (VPI) for four-year-old students. The King George County Preschool embodies the values and practices that support the right of every child and his or her family to participate in a broad range of activities and contexts as full members of families, communities, and society. The desire for our children and their families is to have a sense of belonging and membership, positive social relationships, and friendships, and to reach their potential.

**Communications**

| | |
|---|---|
| Amanda Higgins | Coordinator of Communication |

The Communication Office plans, coordinates, and administers services related to effective division-wide communication. The Coordinator of Communication serves as a liaison and spokesperson in providing accurate information regarding activities within King George County Schools to the community and news media. The office develops communication plans and procedures for division initiatives and programs. A variety of communication methods including written, electronic, multimedia and social media are all used to meet public relations needs.

**Transportation**

| | |
|---|---|
| Walter Grigsby | Supervisor of Student Transportation |

The KGCS Transportation Department is dedicated to providing your child a safe, reliable mode of transportation while extending the learning environment outside of the school building atmosphere by encouraging students to be courteous and fair minded towards others' feelings, learning mutual respect towards others and being responsible for their actions. The transportation department can be reached at 540-775-3870.

**Human Resources**

| | |
|---|---|
| Elizabeth Yezierski | Supervisor of Human Resources |
| Michelle Gordon | Coordinator of Human Resources |
| Lindsey Rabun | Human Resources Specialist |
| Cheila Candelario | Human Resources Manager |

The Human Resources Department is committed to providing high quality service to all applicants, employees, and the community. The mission of our department is to recruit, employ and retain the most qualified individuals who possess the knowledge, skills, and motivation to help students succeed. We currently employ more than 700 individuals who serve over 4,400 students each day. We invite interested applicants to join our division and become a part of the KGCS family.

# 1.4 Registration and Enrollment

This overview of registration requirements is also provided in more detail online on the King George County Schools Registration website, with links to resources and documents. Additional information can also be obtained by calling any KGCS school or the Office of Student and Family Services. ***Your child cannot begin school until all registration and health requirements are met.***

**Virginia School Age Requirements**

Va. Code § 22.1-254 – Compulsory attendance means "any child who will have reached the fifth birthday on or before September 30… and who has not passed the eighteenth birthday" to be enrolled in school or otherwise comply with compulsory attendance statutes. Once enrolled in school, all students, regardless of age, must comply with attendance policies established by KGCS.

Under Va. Code § 22.1-254, parents may choose to defer enrollment in kindergarten for one year. Va. Code § 22.1-254 states that parents wishing to defer must notify KGCS "that he does not wish the child to attend school until the following year because the child …. is not mentally, physically, or emotionally prepared to attend school." Parents must provide this written notice prior to the first day of school to the Supervisor of Student and Family Services.

Va. Code § 22.1-1 – Virginia public schools are "free to each person of school age", which means "a person who will have reached his fifth birthday on or before September 30 of the school year and who has not reached twenty years of age on or before August 1 of the school year." This means two things:

1. Students must turn 5 years old on or before September 30 to be eligible to register for kindergarten.
2. Students who have not completed their diploma requirements may continue to be enrolled beyond their eighteenth birthday.

Further, 8VAC20-81-10 states that, "a child with a disability whose 22nd birthday is after September 30 remains eligible for the remainder of the school year."

**Families in Transition**

Military families, families that have lost housing, students in foster care, and families in other similar situations may have additional procedures in place for enrollment. Please contact the Supervisor of Student and Family Services at 540-775-5833 prior to beginning the registration process.

**Registration Process**

The new student registration process begins online. Families must complete the online PowerSchool Enrollment application located on the KGCS website.

After the online application is received, KGCS staff will contact families to schedule an in-person appointment to complete the registration process. Walk-in registrations are not available.

All students must register at their zoned school of residence. If a transfer request for a variance is made and approved, the transfer will occur after registration is complete.

Enrollment may take up to 24 hours to process following the registration appointment. The registrar will notify you during your appointment as to your child's start day, which is typically the following school day.

School bus transportation may take several days to schedule. You will be notified when the bus route is ready to begin. Parents will need to arrange alternate transportation until school transportation is routed.

**Documentation Needed to Register Your Child**

- *Proof that the parent/guardian and child reside in King George County:* Two proofs of residence are required. All documents must be current, valid, and reflect the student and parent's address. Please see website for specific document requirements.
- *Original Birth Certificate:* Copies are not acceptable. If you need a new birth certificate in Virginia, please contact the Virginia Office of Vital Records or your local DMV.
- *Enrolling parent/guardian government issued picture ID:* This is to verify the identity of the enrolling parent/guardian.
- *Health Records:* No student shall be admitted by a school unless at the time of admission the student or his/her parent/guardian submits documentary proof of immunization as required by Va. Code §§ 22.1-271.2 and 32.1-46. See "Health Requirements" below for more information.
- *Grade/course report from previous school:* A current transcript (HS) or report card (ES/MS) is acceptable.
- *Other documents as applicable:* A copy of the student's IEP or 504 plan, custody papers, and other school records may also be required.
- All other school records will be requested directly from the previous school at the time of registration.

**Health Requirements for Enrollment and Attendance in Virginia Public Schools**

- *Physical Examination:* All students enrolling in a Virginia public elementary school or preschool for the first time must provide a report of a comprehensive physical examination. The physical exam must be dated within 12 months prior the date of enrollment. For students who have been previously enrolled in a Virginia public school, the physical examination submitted at the time of first enrollment may be used.

- *Student Health and Emergency Information:* All new students must complete a medical history questionnaire to ensure KGCS can provide for the safety and well-being of all students. This information is updated at least annually by all students.

- *Tuberculosis Risk Assessment:* All new students, as well as those returning from some off-site programs, must complete a screening questionnaire to identify those in need of further evaluation.

- *Immunizations:* All students enrolling in Virginia public schools must provide documentation indicating that the child has received the required immunizations as outlined by the Virginia Department of Health (VDH). More information on specific requirements for each grade level can be found on the VDH website at https://www.vdh.virginia.gov/immunization/requirements/

For further information on any health requirements, please contact your school nurse or family physician.

**Enrolling in Medicaid**

Medicaid provides affordable and comprehensive health coverage to over 30 million children, improving their health and their families' financial well-being. In addition to the immediate health and financial benefits that Medicaid provides, children covered by Medicaid experience long-term health and economic gains as adults. Many children receive Medicaid-covered health care not only at the doctor's office but also often at school. For students with disabilities, schools must provide medical services that are necessary for them to get an education as part of their special education plans, and Medicaid pays for these services for eligible children.

Medicaid's role in schools goes beyond special education, as it also pays for health services that all children need, such as vision and dental screenings, when they are provided in schools to Medicaid-eligible children. Schools can also help enroll eligible but unenrolled children in Medicaid or the Children's Health Insurance Program (CHIP) and connect them to other health care services and providers. Medicaid also helps schools by reducing special education and other healthcare-related costs, freeing up funding in state and school budgets to help advance other education initiatives.

For more information, contact Cassandra Norris, Medicaid Secretary at (540) 775-5833 or cnorris@kgcs.k12.va.us.

# 1.5 Curriculum and Instruction

*…high-quality instruction and a comprehensive curriculum that prepares them for a successful future…*

## Instructional Program

King George County Schools is committed to the development and implementation of innovative curriculum and instructional programs and services that promote academic excellence and creative problem solving to ensure equitable readiness for college and careers. Curriculum in King George County Schools is rich and varied. A K-12 core curriculum is derived from Virginia's Department of Education standards in English, math, social studies, science, world language, the arts, technology, and physical education.

Our instructional strategies focus on bringing this curriculum to every student. Instruction in KGCS must be flexible enough to respond to the needs of children through instructional approaches that address differences in students' prior knowledge, personal interests, and relative strengths and weaknesses in all subject areas. We have a strong commitment to developing instructional techniques that engage all children.

KGCS offers many opportunities for our students to pursue academic and career interests. King George High School's Program of Studies includes dual enrollment and advanced placement classes; career and technical education programs which may include internships, externships, apprenticeships, credentialing programs, and other work-based learning experiences; and Academic Year Governor's School Programs. There may be financial assistance available to low-income and needy students to take the advanced placement courses and exams. Parents can learn more on the College Board website or by contacting their school counselor.

KGCS partners with Rappahannock Community College (RCC) to offer college-level courses that can be taken at the college or at the high school. Dual Enrollment is voluntary and enables students to take courses at RCC while enrolled in high school providing college level educational opportunities not otherwise available. For more information about Dual Enrollment or if interested in completing a certificate or degree while still in high school, contact your school counselor or the Dual Enrollment Advisor.

## Reports on Student Learning

Student interims and report cards will be distributed according to the approved instructional calendar. Students in primary (K-2) grades receive standards-based reporting on mastery of skills and content. Students in upper elementary (3-5 grades), middle, and high school will be graded on a 10-point scale as follows, along with the associated high school grade point (GPA) factor. Some advanced level courses hold 'weighted' GPA points. Please see your counselor for more information.

| | | |
|---|---|---|
| 90-100 | = A | = 4.0 |
| 80-89 | = B | = 3.0 |
| 70-79 | = C | = 2.0 |
| 60-69 | = D | = 1.0 |
| < 60 | = F | |

## Promotion and Retention

In general, students shall progress from one grade level to another based upon their achievement of basic skills, content master of the standards of learning, and other evidence of growth as determined by the teacher, principal, and other supervisory personnel. When retention appears likely, appropriate steps shall be taken to see that the parents are informed in advance that retention may be necessary.

High school students accumulate 'credits' by the satisfactory completion of courses and 'verified credits' by-passing end of course assessments. State accreditation standards specify the units of credit that students must attain to be considered a freshman, sophomore, junior, or senior, as well as credits required for graduation. For more information, see School Board Policy IUA: Promotion and Retention.

## School Based Intervention (SBI) Teams

Each school has in place a team of administrators, teachers, and professional support staff to assist with students that are experiencing difficulties in academics, behavior, or chronic absenteeism. SBI teams utilize a multi-tiered system of supports (MTSS) to improve student outcomes.

The purpose of SBI teams is to identify and find strategies for students who are having difficulty even after specific interventions have been attempted. The goal of SBI teams is to close the achievement gap and identify students who may need interventions or accommodations to succeed in school, prior to a referral to more intensive services. The services provided through School Based Intervention Teams are neither Section 504 nor Special Education services.

Students may be referred to the SBI team through a variety of sources (teachers, parents, counselors, diagnostic testing, etc.). Once referred, the SBI team reviews any problems (academic/developmental, behavioral, social/emotional, environmental, or cultural) interfering with the student's performance in school, brainstorm interventions and possible solutions, makes recommendations to meet the student's needs, monitors the implementation of the interventions, and systematically reviews the outcomes.

**Remediation**

KGCS offers several programs for remediation, including opportunities during the school day, before and after school, as well as summer school programs. Students may be required to attend these programs if necessary for academic growth and success. Please contact your school for more information and see School Board Policy IGBE.

**Student Technology Resources**

Each school provides Chromebooks, laptops, and desktop computers for student use in a variety of locations. Students may bring personal electronic devices such as laptop and tablet computers to use for instructional purposes as allowed by the classroom teacher. Students are NOT required to bring personal electronic devices but those who do are responsible for the use, maintenance, and safekeeping of their devices.

Students and parents must sign the division Technology Use Guidelines and Acceptable Use Policy (AUP) prior to accessing KGCS technology resources, including Wi-Fi services. These documents outline the rules for appropriate use of KGCS technology. This is required annually for all students.

*Google Apps for Education:* King George County Public Schools will be providing students and teachers with Google Apps for Education, a free web-based program for word processing, spreadsheet, and presentation tools. Google Apps for Education also includes a password-protected e-mail account for internal school use only. Google Apps for Education runs on an Internet domain owned by the King George County School Division and is intended for educational use only.

The following services are available to each student and hosted by Google as part of King George County School's online presence in Google Apps for Education:

- E-Mail: Students are assigned a KGCS email address and will be able to check email from any location, home, school, etc.
- Calendar: Students have access to an individual calendar to organize schedules, daily activities, and assignments
- Docs: Students have a variety of word processing, spreadsheet, drawing, and presentation tools similar to Microsoft Office

*Websites and web-based services:* Internet resources are available to students in a very restricted mode. Teachers can approve and disapprove specific websites, educational videos, and so forth for students for educational use. Any approved website or service that has access to student information follows all required student privacy policies.

Students will adhere to the King George County Technology Use Guidelines and Acceptable Use Policy. They are expected to follow school policies for appropriate use when using Google Apps. These services are considered an extension of the school's network. **Students have no expectation of privacy in their use as school and service administrators have the right and ability to monitor user accounts for policy and security enforcement.** Students are responsible for their accounts at all times and should never share login or password information with friends or classmates.

For more information, contact the Supervisor of Technology.

# 1.6 Family and Community Engagement

*…clear, consistent, and informative communication that will reach all community citizens and connect them to our schools…*

**Communication**

*PowerSchool:* KGCS uses PowerSchool to help families stay connected to student's grades, attendance, and assignments. Families can access PowerSchool via the web or download the PowerSchool mobile app. Individual access codes are provided at the beginning of each school year. If you need additional information, please contact your child's school.

*KGALERT and School Messenger:* Families are encouraged to stay connected with KGALERT and School Messenger. King George Alerts is maintained by King George County and provides the community with information in a variety of situations, such as severe weather, unexpected road closures, missing persons and evacuations of buildings or neighborhoods. School Messenger is maintained by KGCS and helps families stay connected to school notifications, closings, and other school related announcements.

*Division Websites and Social Media:* KGCS has an active social media presence on Twitter, Instagram, and Facebook. Information regarding individual school social media pages, as well as teacher contact information, can be found by visiting KGCS school websites.

*PeachJar:* KGCS sends digital flyers through PeachJar to keep parents informed about upcoming school activities, programs, and events. Parents will receive a welcome email from PeachJar that includes a username and password. To avoid being sent to SPAM folders, add "school@peachjar.com" to your email contacts. When the first e-flyer is received, click "always display images" in order to view the flyers correctly. If you are not receiving emails, you may not have an current email address on file. Contact your child's school to update contact information.

*Contact with School Staff:* Families have multiple ways to connect with faculty and staff.

- KGCS employees are provided email addresses under Google Suites. Email addresses are typically the first initial and last name, followed by @kgcs.k12.va.us . Email addresses can be found on the division and school websites.
- Families may also call the main office of their child's school to leave a message for their child's teacher.
- Teachers will use PowerHub in the Power School App to communicate important information with families. Ask your child's teacher for more information.

**School Visitors**

KGCS encourages families and other citizens to visit our schools during lunch and activities such as student performances, award ceremonies, back to school nights, and volunteer opportunities.

***All students, staff, and visitors must enter through the main entrance and complete the weapon detection screening process. This process may include bag checks and the use of a handheld metal detector wand on individuals or their belongings. Upon entry, visitors are required to report directly to the main office or school greeter and present a valid photo ID to receive a visitor badge.***

State and federal laws limit the photographing, video recording, or audio-recording of students by visitors without written consent of the parents, student if over the age of eighteen, or designated school staff. Visitors are not permitted to photograph or otherwise record students or staff without such permission. This includes accessing school property via electronic means such as with listening, viewing, or recording devices.

***KGCS reserves the right to deny entry to any individual. Failure to leave when directed, or any behavior that disrupts the learning environment or threatens the safety of students and staff, may result in the issuance of a No Trespass Order and potential criminal charges.***

**Publication of Student Information and Media Releases**

King George County Schools publishes a variety of information about our schools, students, and activities both in printed and electronic form to recognize achievements or in conjunction with the display of your child's work. Such publications may include photos and other identifying information. Families may choose to opt out of media releases related to their student when completing the returning student packet. If you choose to opt-out of media releases, the request is valid for one school year and must be renewed annually.

If your student participates in school events that are open to the public, such as concerts, assemblies, athletics, or extracurricular school activities, there is the potential for photographing/videotaping of your student. King George County Schools do not control the disclosure or use of photographs or video taken by participants at events that are open to parents and community members. Students participating in these events have the potential to be photographed and videotaped. By participating in these publicly accessible activities, I understand I am allowing my student to be photographed or videotaped regardless of media release options.

Further, schools may publish or otherwise disclose Directory Information as permitted by school board policy and in accordance with FERPA. For more information, see Appendix H and School Board Policy JO.

# 1.7 Student Health and Well-Being

*…promote and support their physical, mental, and emotional safety and well-being…*

**Comprehensive School Counseling Program**

School counselors are licensed professionals, trained in human development, career information and development, tests and measurements, and social and cultural issues. KGCS school counselors utilize the standards and guidelines set by the American School Counselor Association's National Model and VDOE's Counseling Standards of Learning. These standards focus one three domains of student development, academic achievement, career planning, and social and emotional development.

Va. Code § 22.1-291.1:1 requires each school counselor in a public elementary or secondary school to spend at least 80 percent of his time in the direct counseling of students. Direct counseling services, working *with students*, in face-to-face interactions through individual, small group, and classroom guidance lessons addressing appropriate school counseling program standards such as academic skills, career exploration, problem solving, and conflict resolution to help students be successful in school.

The remaining time is spent in indirect services, working *with others in support of students*, such as families, teachers, and administrators. School counselors encourage a cooperative relationship between school and home, including consultation with teachers, families, and administrators and referral to community resources as needed. Please view KGCS School Board Policy IJ: Guidance and Counseling Program for more information.

**College, Career, and Life Readiness (CCLR)**

*Extracurricular Activities:* Participation in fine arts, academic, athletic, and community service programs reinforce classroom lessons and develop opportunities for students to learn the values of teamwork, responsibility, physical strength and endurance, competition, diversity, and a sense of community. Research suggests extracurricular activities increase students' engagement with and attachment to their school, and thereby improving attendance and academic outcomes and decreases the likelihood of school failure and dropping out. KGCS provides an outstanding education and a variety of extracurricular opportunities, ensuring our students are well-rounded, engaged, and prepared for life after high school. Our students consistently perform at the top levels, excelling in district, region, state, and national competitions each year. This includes such accomplishments as acceptance into All-State programs, VSBA recognition, participation in state leadership councils, and student-athletes competing at the collegiate level.

*Academic and Career Exploration and Planning:* Beginning in kindergarten, all teachers help students explore various occupational interests. Students begin the development of an Academic and Career Plan Portfolio (ACPP) to include information about interests, values such as responsibility, and skills supporting decisions about their future interests and goals.

During middle school, this portfolio provides the foundation for an Academic and Career Plan of Study (ACP), a personal learning plan and course of study that aligns with the student's academic and career goals.

In high school, school counselors meet with students to review the ACP annually. The ACP includes the student's program of study for high school graduation and a postsecondary career pathway based on the student's academic and career interests. During a student's high school program, students choose a career-related learning experience and document it in the ACP.

*Career Investigations Course:* To support development of the ACP, students in grades 6 - 8 complete a career investigations course addressing: planning for academic courses, work-based learning opportunities, completion of industry certifications, possible independent projects, and postsecondary education. The course includes demonstration of personal, professional, and technical workplace readiness skills. The learning standards for the Career Investigations Course are embedded throughout content area classes, elective courses and specials rotation, and classroom guidance activities.

**Naviance**

King George County Schools has partnered with Naviance, a web based comprehensive college and career readiness solution that helps align student strengths and interests to postsecondary goals, improving student outcomes and connecting learning to life. All students in grades 6-12 have a Naviance account. Through this parent platform, families can connect to their student's college, career, and life readiness activities and goals. Naviance enables self-discovery, career exploration, academic planning, and college preparation for millions of students across all ages and around the globe. To learn more about Naviance, contact your child's school counselor or visit https://www.naviance.com/solutions/parents-students.

For more information, please contact your child's school counselor or the Supervisor of Student and Family Services.

# 1.8 School Health Center Information

King George County Schools provides a school nurse in every county school. To support student health, safety, and well-being, we need your assistance and cooperation in preparing for the possibility that your child may become ill, have an accident, or need to take medication during the school day. If you have any questions or concerns, please contact your school's health center.

**Student Medical Information Sheet**

Parents are asked to annually update the Student Medical Information in the Returning Student Online packet. It includes Emergency Contact information and your child's current health conditions. If any information changes during the school year, notify the school in writing immediately.

**Student Illness and/or Injury**

The main reasons for keeping your child home are because he/she is too sick to participate comfortably at school or might spread a contagious disease to other students. Children who are truly sick should stay home to get plenty of rest, fluids, and nutrition. We will always do our best in deciding when to send a sick child home from school based on our professional experience and medical education. We want your child to be healthy, safe, and successful at school!

If your child has been diagnosed with a contagious illness, please contact the school nurse for guidance regarding when they may return to school. Students will be sent home from school and will remain at home if they have (this list is not all inclusive):

- Fever at or above 100.4 F: Child may return when fever free 24 hours without the aid of a fever-reducing medication.
- Repeated vomiting or diarrhea (more than once): Child may return 24 hours after vomiting or diarrhea has ceased.
- Strep throat: Child may return after 24 hours of antibiotic treatment and afebrile without fever-reducing medications.
- Pink eye: Child may return when asymptomatic or with clearance by a healthcare provider
- Ringworm: Child may return once receiving treatment, with lesions covered.
- Chicken pox: Child may return after lesions have scabbed and begun to heal, usually 5-7 days.
- Impetigo: Child may return after 24 hours of antibiotic treatment, with all sores on exposed skin covered.
- Scabies: Child may return after the first course of appropriate treatment, with lesions covered.
- Persistent pain, injury, or illness that may require further treatment, such as difficulty breathing, a head injury/concussion, earache, stomachache, physical injury, undiagnosed or widespread rash: Child may return following diagnosis and appropriate treatment or resolution of symptoms.
- Inadequate immunizations with disease outbreak in school: Child may return after clearance by school medical personnel.

In the school nurse's professional judgement, if a child is experiencing an illness, injury, or other significant medical need that is impacting the child's ability to remain in school successfully, the child may be sent home. This includes the indication that a child may be under the influence of alcohol or other substances regardless of whether the child is currently in possession of any such substance. Children may return after clearance by school medical personnel and/or administration.

A child may be excluded from school if they are experiencing any other communicable disease. The child may return after consultation with the local health department, the student's physician, and/or other medical authorities as applicable. The identity of a student who has a communicable disease is kept confidential and revealed only in accordance with state law. An alternative educational program is made available to any student whose removal pursuant to this policy is expected to result in a prolonged absence from school or where otherwise required by law. Additional information about exclusion from school can be found at the Virginia Department of Health website in the "Communicable Disease Reference Chart for School Personnel".

**Health Care Plans**

If your child has a severe allergy, asthma, diabetes, seizures, or any other chronic health condition which may require nursing services, you and your healthcare provider are required to complete and sign an Individualized Health Care Plan to assist us in caring for your child during the school day. Health Care Plan Forms are available on the school website or from your school nurse.

**Medication Administration by School Staff During the School Day**

KGCS Policy JHCS and Regulation JHCD-R will be followed for all medication given during the school day.

All medication/treatments must be brought to school by an adult and given directly to the school nurse. If the school nurse is not available, the administrator will take responsibility for the medication. Students found in possession of any medication, whether duly prescribed or not, or sharing, borrowing, distributing, manufacturing, or selling any medication may be in violation of the Code of Conduct if these regulations are not followed. Permission to self-administer medication may be revoked if the student violates this policy and the student may be subject to disciplinary action in accordance with the Standards of Student Conduct.

For more information, contact your child's school nurse. If you have additional questions or concerns, please contact Sarah Lenker, KGCS Lead Nurse and Clinical Coordinator at (540) 775-5833 or slenker@kgcs.k12.va.us.

# 1.9 Attendance Matters! Every Student. Every Day.

School Attendance ➽ School Achievement ➽ Life Success

A student who misses just 2 days of school per month (approximately 18 days of school, or 10% of the school year) is more likely to:

- Fall behind in math and reading
- Be retained
- Drop out of high school
- Become involved in the criminal justice system

Encouraging regular school attendance is one of the most powerful ways you can prepare your child for success—both in school and in life. When you make school attendance a priority, you help your child get better grades, develop healthy life habits, avoid dangerous behavior, and have a better chance of graduating from high school. By figuring out the reasons for your child's absences and taking advantage of support services offered by our schools and community, you can help set your child on the path to success.

When students are absent for fewer days, their grades and reading skills often improve—even among those students who are struggling in school. Students who attend school regularly feel more connected to their community, develop important social skills and friendships, and are significantly more likely to graduate from high school, setting them up for a strong future. When kids are absent for an average of just two days of school per month, even when the absences are excused, it can have a negative impact. These absences can affect kids as early as preschool.

**Virginia's Response to Chronic Absenteeism**

Virginia law defines 'chronic absenteeism' as missing 10 percent or more of the school year, regardless of reason such as absences excused by the school, unexcused absences, and out-of-school suspensions.

From the VDOE website:

*Efforts to improve school attendance and reduce dropout rates are part of the larger effort to increase achievement and close performance gaps between student subgroups. Safe and healthy schools – ones that employ a challenging curriculum and reinforce high expectations for academics, behavior, and social responsibility – are schools that motivate students to attend. Given this broader focus, addressing chronic absenteeism becomes an issue for the entire community. Medical providers can help address health challenges; transit and housing agencies can resolve other barriers to attendance; volunteers from businesses and faith communities can mentor students and support families.*

**KGCS Attendance Procedures**

In accordance with 8VAC20-730-10, KGCS uses the following attendance definitions.

EXCUSED (EXA): An absence where the school has received documentation from the parent that explains the reason for the absence ***and*** the reason is acceptable to the school administration. Examples of an excused absence *may* include the following: funeral, illness (including mental health and substance abuse treatment), injury, legal obligations, medical procedures, suspensions, religious observances, and military obligation with appropriate documentation.

Va. Code § 22.1-254 also provides for the following specific excused absences with advanced notice to the school and proper documentation:

- Middle school and high school students may be granted one excused absence per school year for participation in a civic event
- Any student who is a member of a state-recognized or federally recognized tribal nation that is headquartered in Virginia may be granted an excused absence in order to attend such tribal nation's pow wow gathering.

The school may place additional restrictions on the number of handwritten notes that are acceptable before requiring official documentation from physicians, attorneys, and so forth. This is determined on a case-by-case basis by the SBI Team and will be documented in the student's attendance improvement plan.

UNEXCUSED (UNX): An absence where (i) the student misses his school day and no indication has been received by school personnel within five days of the absence that the student's parent is aware and supports the absence, and/or (ii) the parent provides a reason for the absence that is unacceptable to the school administration. The school administration may change an unexcused absence to an excused absence when it determines that the parent has provided an acceptable reason meeting criterion for the student's absence or there are extenuating circumstances. Examples of unexcused absences include such things as family trips, vacations, car problems, missed bus, and so forth.

**Responses to Attendance Concerns**

Although schools will continue to determine whether a student's absence should be "excused" or "unexcused," state and federal reporting does not differentiate between the reasons for absences. By the new accountability definition, any student missing 10% of the school year (18 days in a typical school calendar) will be deemed "chronically absent" regardless of the reason they are absent. Any missed instructional time, including absences, tardies, and early dismissals, can be detrimental to a child's success in school.
Chronic absences or repeatedly missing instructional time will require intervention by the School Based Intervention Team.

*Tardies and Early Dismissals:* In accordance with 8VAC20-730-20, when a student engages in a pattern of absences less than a full day, the explanation for which, if it were a full-day absence, would not be deemed an excused absence, schools and parents must discuss, determine, and implement appropriate interventions.

*Absences:* In accordance with Va. Code § 22.1-258, whenever a student fails to report to school on a regularly scheduled school day, and no information has been received by school personnel that the student's parent is aware of and supports the absence, or the parent provides a reason for the absence that is unacceptable to the school administration, the school principal or designee, attendance officer, or other school personnel or volunteer will notify the parent by phone or email or any other electronic means to obtain an explanation.

School staff shall record the student's absence for each day as "excused" or "unexcused" based on the criteria listed above. If no explanation is provided within five days, the student's absence will be "unexcused". Early intervention with the student and parent or parents shall take place for repeated unexcused absences.

> <u>Fifth Unexcused Absence:</u> The school principal or designee shall make a reasonable effort to ensure that direct contact is made with the parent. The parent shall be contacted in a face-to- face conference, by telephone, or using other communication devices. During the direct contact with the parent and the student (if appropriate), reasons for nonattendance shall be documented and the consequences of nonattendance explained. An attendance plan shall be made with the student and parent or parents to resolve the nonattendance issues. The student and parent may be referred to a school-based multi-disciplinary team for assistance implementing the attendance plan and case management.

> <u>Seventh Unexcused Absences:</u> The school principal or principal's designee shall schedule a face-to-face attendance conference, or an interaction that is conducted through the use of communication technology. The attendance conference must be held within 10 school days from the date of the 10th unexcused absence. The principal or principal's designee shall make reasonable efforts to contact the student's parent or parents to attend the attendance conference either in person or via communication technology. If the principal or principal's designee, after reasonable efforts have been made, is unable to contact the student's parent, the conference shall be held regardless of whether the student's parent approves of the conference. The conference shall include the principal or principal's designee and a representative from the multi-disciplinary team. In KGCS, this is the SBI Team. The conference team shall monitor the pupil's attendance and may meet again as necessary to address concerns and plan additional interventions if attendance does not improve.

*Noncompliance by Parent or Student:* When the parent is intentionally noncompliant with compulsory attendance requirements or the pupil is resisting parental efforts to comply, the principal or designee shall make a referral to the attendance officer.

The attendance officer shall schedule a SBI Team meeting with the student and the student's parent or parents within 10 days of receiving the referral. The attendance officer may (i) file a complaint with the juvenile and domestic relations district court alleging the student is a child in need of supervision as defined in § 16.1-228 of the Code of Virginia or (ii) institute proceedings against the parent pursuant to § 18.2-371 or 22.1-262 of the Code of Virginia.

A record shall be maintained of each meeting that includes the attendance plan, the name of individuals in attendance at each conference meeting (virtual and in-person), the location and date of the conference, a summary of what occurred, and follow-up steps.

**Attendance Recognition**

KGCS may recognize student achievement with various awards developed by the school site or the division.

Perfect Attendance: Criteria for Perfect Attendance means a student must be in school every day, all day, without any tardies or early dismissals. The only excused activities for this award will be school related absences such as field trips, co-curricular activities, and athletic events; documented religious observances; documented court appearances for receiving driver's license or by subpoena in some circumstances (please contact the Office of Student and Family Services for more information on this exception); and documented college, military, and vocational interviews.

Improved Attendance: Criteria and awards for Improved Attendance will be established at the school level.

For more information on attendance policies in KGCS, please view School Board Policy JED: School Absences, Excuses, Dismissals, or contact Jeff Smith, Attendance Intervention Specialist, at jsmith@kgcs.k12.va.us.

# 1.10 School Breakfast and Lunch Programs

King George County Schools provides nutritious breakfasts and lunches in every school. The Nutrition Services department is made up of a team of food and nutrition professionals that are dedicated to students' health, well-being, and their ability to learn. We support learning by promoting healthy habits for lifelong nutrition and fitness practices. Meals, foods, and beverages sold or served at schools meet state and federal requirements which are based on the USDA Dietary Guidelines. We provide students with access to a variety of affordable and appealing foods that meet the health and nutrition needs of students.

**Payment Options**
There are several options available for families to make payment to their child's meal account. You can pay online on the LINQ Parent Portal by visiting the KGCS website. You can also pay by cash or check in your school cafeteria or main office. Please place the funds in an envelope marked clearly with your student's name, their ID #, their teacher's name, the $ amount and the check #.

| 2025 - 2026 | |
|---|---|
| **Elementary Prices** | **Secondary Prices** |
| **Breakfast** | |
| $1.95 | $1.95 |
| **Lunch** | |
| $2.75 | $2.85 |
| **Beverages (all)** | |
| Milk: $0.60 Juice: (small) $0.75 | (large) $1.00 |

**Free and Reduced Meals Program**
Based on household size and income, students may qualify for free or reduced-price meals under the National School Lunch Program and/or the School Breakfast Program. To apply, visit the Titan Parent Portal online by visiting the KGCS website. Paper applications are also available at each school.

**A new application must be submitted every year after July 1.** Only one application per family is required. Once the application is received, school officials will determine eligibility. An application for free/reduced meals cannot be approved unless it is complete.

Under the following provisions of the free/reduced meal policy, the Supervisor of School Nutrition will review applications and determine eligibility.

- Children from households whose income is at or below the Federal Income Eligibility Guidelines may be eligible for either free/reduced meals.
- Foster children, who are the legal responsibility of a welfare agency or court, are eligible for free meals regardless of the income of the household with whom they reside.
- Children who are homeless, migrant, or runaway also ***may*** be eligible for free meals using the information provided on the Primary Nighttime Residency form. This form is provided to all students at the beginning of the school year, to all new students upon registration, and is available at any time from the main office in each school.
- Some children ***may*** be automatically eligible for free or reduced meals, including households receiving SNAP, TANF, WIC, or Medicaid. If your child is automatically eligible, you will receive a directly certified notification letter prior to the beginning of the school year.
- **If you do not receive a directly certified notification letter before the beginning of the school year, you must submit a free/reduced meal application to determine eligibility.** Please contact your case worker at the Department of Social Services for additional information.

Information that families submit is entirely confidential, as is the process for obtaining a meal. Going through the cafeteria line is the same for students receiving free/reduced meals as it is for students who do not qualify for the program.

Households may apply for free or reduced-price meals at any time during the school year. If a household is not eligible now but has a change such as a decrease in household income, an increase in household size, becomes unemployed, or qualifies for SNAP or TANF, the household should contact the school for an application. Applications may be verified at any time during the school year by school or other program officials.

Households dissatisfied with the ruling of the eligibility determining official may wish to discuss the decision with the school official on an informal basis at 540-775-5833. Households wishing to make a formal appeal for a hearing on the decision may make a request either verbally or in writing to:

Michelle Gordon, Coordinator of Human Resources King George County Schools
PO Box 1239, King George, Virginia 22485 Phone: (540) 775-5833
Email: mgordon@kgcs.k12.va.us

**School Meals Menus**

School menus are available monthly on the division and school websites. If you would like a paper copy, please contact your school's main office. The menus are designed to give the user the ability to identify ingredients in menu items that may contain selected nutrients and ingredients. However, they should serve only as a general guideline and should not be relied on for people with a medical condition or food allergy. Menu items and ingredients are subject to change and substitution without notice.

**Medical Statement for Children with Special Dietary Needs**

Generally, children with food allergies or intolerances do not have a disability as defined under either Section 504 of the Rehabilitation Act or Part B of IDEA. In these cases, KGCS may, but is not required to, make food substitutions.

USDA Regulation 7 CFR Part 15b requires substitutions or modifications in school meals for children whose disabilities restrict their diets. A child with a disability must be provided substitutions in foods when in the licensed physician's assessment, food allergies may result in severe, life-threatening (anaphylactic) reactions, the child's condition would meet the definition of "disability", and the substitutions prescribed by the licensed physician must be made.

If a child requires a special meal accommodation due to a diagnosed disability, it is the responsibility of the child's parent/guardian to notify the KGCS Supervisor of School Nutrition of the child's situation by submitting a completed Medical Statement to Request Meal Accommodations form. This form can be requested from the School Nutrition office. The Medical Statement must include:

- An identification of the medical or other special dietary condition which restricts the child's diet;
- The food or foods to be omitted from the child's diet; and
- The food or choice of foods to be substituted.

The medical statement must be written and signed by a recognized medical authority. Medical statements completed by parents or guardians will not be accepted.

For more information, please contact Carolyn A. Davis, Supervisor of School Nutrition at (540) 775-5833 or adavis@kgcs.k12.va.us or Ashley Carlisle, Secretary, at acarlisle@kgcs.k12.va.us.

*In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.*

*Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.*

*To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.*

# 1.11 Notice of Non-Discrimination

King George County Schools does not discriminate on the basis of race, color, national origin, sex, disability, or age in its programs and activities and provides equal access to the Boy Scouts and other designated youth groups *(OCR Combined Notification Requirements)*.

The following person(s) have been designated as Compliance Officers to handle inquiries regarding the non-discrimination policies:

| | |
|---|---|
| Compliance Officer: | Mary Fisher, Supervisor of Student and Family Services |
| Alt. Compliance Officer: | Troy Wright, Deputy Superintendent |
| Alt. Compliance Officer: | Michelle Gordon, Coordinator of Human Resources |
| Phone: (540) 775-5833 | Email: Compliance@kgcs.k12.va.us |

For further information on notice of non-discrimination, visit https://ocrcas.ed.gov/contact-ocr for the address and phone number of the office that serves your area, or call 1-800-421-3481.

***KGCS Policy GB: Equal Employment Opportunity/Nondiscrimination*** explains the following process for employee complaint procedures. This is an excerpt only. The entire policy can be found on the KGCS website or you may contact any school for a copy.

The King George County School Board is an equal opportunity employer, committed to nondiscrimination in recruitment, selection, hiring, pay, promotion, retention and other personnel actions affecting employees or candidates for employment. Therefore, discrimination in employment against any person on the basis of race, color, creed, religion, national origin, ancestry, political affiliation, sex, sexual orientation, gender, gender identity, age, pregnancy, childbirth or related medical conditions, marital status, military status, genetic information or disability is prohibited. Personnel decisions are based on merit and the ability to perform the essential functions of the job, with or without reasonable accommodation.

Any person who believes he has not received equal employment opportunities should report the alleged discrimination to one of the Compliance Officers. The alleged discrimination should be reported as soon as possible, generally should be made within fifteen (15) school days of the occurrence. Any employee who has knowledge of conduct which may constitute prohibited discrimination shall immediately report such conduct to one of the Compliance Officers.

The reporting party should use the form, Report of Discrimination, GB-F, to make complaints of discrimination. However, oral reports and other written reports will also be accepted. The complaint must be filed with one of the Compliance Officers. Any complaint that involves the Compliance Officer shall be reported to the superintendent. The complaint and the identity of the complainant and the person or persons allegedly responsible for the discrimination will be disclosed only to the extent necessary to fully investigate and only when such disclosure is required or permitted by law. A complainant who wishes to remain anonymous will be advised that anonymity may limit the school division's ability to fully respond to the complaint.

***KGCS Policy JB: Equal Educational Opportunity/Nondiscrimination*** explains the following process for student complaint procedures. This is an excerpt only. The entire policy can be found on the KGCS website or you may contact any school for a copy.

Equal educational opportunities are available for all students, without regard to sex, sexual orientation, race, creed, color, national origin, gender, gender identity, ethnicity, religion, disability, ancestry, marital or parental status or any other unlawful basis. Educational programs are designed to meet the varying needs of all students.

Any student who believes he or she has been the victim of prohibited discrimination should report the alleged discrimination as soon as possible to one of the Compliance Officers designated in this policy or to any other school personnel. The alleged discrimination should be reported as soon as possible, generally within fifteen (15) school days of the occurrence. Further, any student who has knowledge of conduct which may constitute prohibited discrimination should report such conduct to one of the Compliance Officers or to any school personnel. Any employee who has knowledge of conduct which may constitute prohibited discrimination shall immediately report such conduct to one of the Compliance Officers.

The reporting party should use the form, Report of Discrimination, JB-F, to make complaints of discrimination. However, oral reports and other written reports shall also be accepted. The complaint should be filed with either the building principal or one of the Compliance Officers. The principal shall immediately forward any report of alleged prohibited discrimination to the Compliance Officer. Any complaint that involves the Compliance Officer shall be reported to the superintendent. The complaint, and identity of the complainant and of the person or persons allegedly responsible for the discrimination, will not be disclosed except as required by law or policy, as necessary to fully investigate the complaint or as authorized by the complainant. A complainant who wishes to remain anonymous will be advised that such confidentiality may limit the school division's ability to fully respond to the complaint.

***Title IX*** is a federal law that states: *"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving Federal financial assistance."*

Schools are required to notify applicants for admission and employment, parents or legal guardians, and all unions or professional organizations holding collective bargaining or professional agreements with the school board of the name or title, office address, e-mail address, and telephone number of the division's Title IX Coordinator.

| | |
|---|---|
| Title IX Coordinator: | Mary Fisher, Supervisor of Student and Family Services |
| Phone: (540) 775-5833 | Email: Compliance@kgcs.k12.va.us |

# Part II: Student Code of Conduct

## 2.1 Model Guidance for Student Codes of Conduct

In January 2019 (revised June 2021), the Virginia BOE approved the *Model Guidance for Positive and Preventive Code of Student Conduct Policy and Alternatives to Suspension.* The information on the following pages is excerpted from the *Model Guidance*.

The *Model Guidance* focuses on establishing policy guidance that will assist school divisions in creating safe, supportive learning environments for all students. It recommends best practices for creating a school climate that supports every student in meeting the goals of the Profile of a Virginia Graduate. In addition, the new guidance is anchored to a multi-tiered system of supports framework and guides school divisions in creating leveled systems of prevention and intervention when addressing student behavior to ensure equity. The *Model Guidance* connects student behavior to social emotional development and recommends administrative responses to include interventions, as well as consequences, for guiding student development.

**Purpose**

The Code of Virginia requires that the Board of Education provide model policy guidelines for local school divisions to use in developing a local student code of conduct. The purpose is to guide school boards to establish a policy that:

1. Promotes a vision for improving conditions for learning so that all students experience a safe, supportive school environment that allows them to acquire the attributes outlined in the Virginia Board of Education's Profile of a Graduate.
2. Advocates for professional learning for school staff and allocates resources to implement the local division's code of conduct using data to analyze and address challenges and successes.
3. Promotes the development of local division codes of conduct that clearly articulate expectations for student and adult behavior to enhance school safety and create equitable, supportive school environments.
4. Focuses on prevention and provides a leveled system of responses to discipline incidents that uses instructional, restorative and age-appropriate responses before resorting to exclusionary practices while respecting the social-emotional development of children at elementary, middle, and high school.
5. Provides that all students who are removed from the classroom for disciplinary reasons can access services for a quality education and behavioral interventions needed to ensure their successful return to the setting from which they were removed.
6. Encourages partnerships with students and their families; behavioral health, child welfare, and juvenile justice professionals; law enforcement agencies; and other community members to assess and improve the school climate and conditions for learning.

Further, codes of student conduct must:

- Focus on prevention;
- Recognize the need for instructional interventions and behavioral supports when students do not meet behavioral expectations;
- Define equitable approaches to school discipline.

Approaching school discipline from an instructional and prevention-based standpoint contributes to a positive school environment and ensures equity, fairness, and continuous improvement. In Virginia, the Virginia Tiered Systems of Supports (VTSS) provides a data-driven decision-making framework for establishing the academic, behavioral, and social-emotional supports needed for a school to be an effective learning environment for all students. In King George County Schools, each school has developed a School Based Intervention (SBI) Team to implement a tiered system of support.

Schools must recognize the changing demographics of the student population. For many students, expectations for behavior in school may differ from expectations at home or in the community. Adults in the school are responsible for teaching and providing feedback to reinforce appropriate behavior and correct inappropriate behavior. Effective implementation of any code of conduct requires provisions that appropriate behaviors be taught, practiced across settings with feedback, reinforced, and taught again as indicated by the data.

**Elements of a Student Conduct Policy**

Each of the elements listed are essential components of effective codes of conduct. Relevant sections of the Code of Virginia and supporting guidance can be found on the VDOE website.

***School Climate***

School climate is defined by the "shared norms, beliefs, attitudes, experiences, and behaviors that shape the nature of the interactions between and among students, teachers and administrators." These shared understandings reflect the expectations for behavior and serve as the context for how students, staff, and community report the quality of the educational and social culture and climate of the school.

A safe, supportive, effective school environment:

- Fosters social and physical safety.
- Provides support that enables students and staff to realize high behavioral expectations;
- Ensures effective academic instruction that provides opportunities for authentic instructional engagement with high rates of positive, task specific feedback to master rigorous academic standards;
- Boosts student achievement, closes achievement gaps; and increases high school graduation rates;
- Decreases teacher turnover and increases teacher satisfaction; and
- Encourages and maintains respectful, trusting, and caring relationships throughout the school community.

***Commitment to Equity and Accountability for Equity***

King George County Schools provides resources, services, and supports to ensure equitable access to education and to achieve equitable outcomes in education for all students. Specifically, regarding equity in school discipline, the Code of Conduct includes procedures that:

- Provide professional development for all school staff to ensure the equitable application of school discipline policies, practices, and procedures; and
- Use proactive, data-driven, and continuous efforts to prevent, identify, reduce, and eliminate inequitable outcomes or practices reflected in discipline data and unintended consequences that may result from such practices; and
- Collect and analyze school discipline data by gender, ethnicity, race, socioeconomic, and disability status to understand the effectiveness and equity of school discipline policies and practices.

The KGCS Student Code of Conduct defines standards of behavior expected of students to assure that all students have fair access to education in an atmosphere free of disruption and threats to persons and property, and that is supportive of individual rights. The Student Code of Conduct informs all students, parents, and the King George community of the consequences for violations of these standards.

**King George County Schools Authority and Jurisdiction**

All school personnel are responsible for monitoring student conduct. This Policy and the Standards of Student Conduct apply to all King George County school students. They are enforced when the student's conduct occurs when the student is:

- On school property.
- Traveling to school or from school.
- Traveling to, at, and from bus stops.
- In School Board vehicles.
- In attendance at any school-sponsored activity.
- Off school property if the conduct leads to a charge listed in § 22.1-277.2:1 or an adjudication of delinquency or conviction for an offense listed in § 16.1-260.

Additionally, students are subject to disciplinary action for engaging in conduct whether during or outside of school hours and regardless of the location, including but not limited to verbal or written communication through social media, text messages, or any other means, if the behavior:

- creates a substantial disruption to the learning environment; or
- detrimentally affects the personal safety or well-being of school-related individuals; or
- threatens the health, safety, and welfare of students and staff; or
- disrupts the governance, climate, or efficient operation of the school; or
- impacts school property; or
- occurs when the student is under the school's authority in loco parentis (*acting in place of the parent*); or
- otherwise invades the rights of students or staff.

# 2.2 Roles and Responsibilities

**Roles and Responsibilities of School Personnel**

Codes of conduct define the roles and responsibilities of school personnel to create a safe, supportive, effective school environment.

***The Principal***

The role of the school principal includes working with parents, community members, students, and staff to establish and maintain a positive school climate that reflects the philosophy of King George County Schools. As the leader of a team of essential stakeholders, the principal should demonstrate support for a prevention framework for behavior.

1. Principals are responsible for managing student conduct on school premises, on the school bus, and at school sponsored events in accordance with local board policy;
2. Principals are responsible for establishing and implementing a clear, consistent, restorative process consistent with local board policy for removing students from an instructional setting at a teacher's request and for returning the student to the instructional setting;
3. Principals are responsible for determining when reporting to law enforcement is necessary. Law enforcement officers should not become involved in instances of student misconduct except at the request of the school principal unless there is imminent danger to students, staff, or community members. Reports to law enforcement do not necessitate the filing of delinquency charges. Law enforcement officers and school administrators should work together to implement systems of support to address juvenile delinquent behavior when possible. In instances where law enforcement determines that charges should be filed, law enforcement is required to notify the school principal that charges have been filed.

***Professional Teaching Staff***

According to the Standards of Accreditation 8VAC20-131-220, "The professional teaching staff shall be responsible for providing instruction that is educationally sound in an atmosphere of mutual respect and courtesy…." Teachers are responsible for establishing and maintaining a safe, supportive environment that is developmentally and culturally appropriate and promotes student academic, behavioral, and social-emotional development.

Developing positive relationships that are built on mutual trust and respect has been shown to have positive effects on behavior, critical/creative thinking, math, verbal skills, and overall grades. Developing relationships requires specific skills of the teacher such as listening, empathy, caring and having a positive regard for others. The *Model Guidance* addresses the following teachers' responsibilities:

- Develop positive relationships;
- Develop a safe, positive, and culturally responsive environment;
- Apply cultural competence to classroom management;
- Teach (and re-teach when necessary) behavioral expectations;
- Reinforce positive behavior;
- Provide instructional feedback on behaviors;
- Utilize the school's tiered framework of interventions and supports for students who are not meeting behavioral expectations;
- Recognize personal stress, reactions that may escalate negative student behavior, and personal bias; and
- Use individual and classroom data to monitor student behavior and the teacher's responses to behavior.

***School Counselors***

School counseling programs support the Virginia Standards of Learning by providing guidance to students in their academic, career, and personal and social development. School counselors collaborate with parents, teachers, administrators, and others to promote learning and to help students establish and achieve their educational, career, and personal goals. *8VAC20-620-10. School guidance and counseling services* states that personal/social counseling assists a student to develop an understanding of themselves, the rights and needs of others, how to resolve conflict and to define individual goals, reflecting their interests, abilities, and aptitudes.

***School Social Workers***

School social workers "have special expertise in understanding family and community systems and linking students and their families with the community services that are essential for promoting student success." School social workers' training includes specialized preparation in cultural diversity, systems theory, social justice, risk assessment and intervention, consultation and collaboration, and clinical intervention strategies to address the mental health needs of students. They help coordinate interventions designed to keep students in school and help their families access the supports needed to promote student success.

***School Psychologists***

School psychologists have specialized training that enables them to understand and work with students in relation to their academic progress, behavior, social-emotional development, and relationships. School psychologists specialize in analyzing complex student and school problems and selecting and implementing appropriate evidence-based interventions. They may consult with teachers and parents

to coordinate services and supports for students' academic, social, and behavioral needs. Their training in conducting risk and threat assessments and in evaluation, data collection, and interpretation can facilitate identifying and implementing student supports to ensure their success at school.

***School Nurses***
The school nurse provides emergency care assessments and interventions, management of acute and chronic health conditions, referral and support to access primary care, preventive services, communicable disease control measures, counseling for health promotion, and identification and management of health-related barriers to student learning. The National Association of School Nurses (NASN) framework provides guidance for student-centered nursing care that occurs within the context of the student's family and school community and provides guidance for the practicing school nurse to reach the goal of supporting student health and academic success by contributing to a healthy and safe school environment.

***Non-Certified Staff***
All members of the school community should be engaged in and responsible for establishing a positive school climate. At the building level, school principals are responsible for engaging all members of the staff in establishing and supporting positive behavioral expectations, interventions, and supports. Every school employee is responsible for ensuring a safe, supportive, effective learning environment. Involving them, training them, and ensuring their commitment to student success is essential.

***Law Enforcement Agencies/Personnel***
School Resource Officer (SRO) is defined in § 9.1-101. of the Code of Virginia as "a certified law enforcement officer hired by the local law enforcement agency to provide law enforcement and security services to Virginia public elementary and secondary schools." As of the 2019-2020 school year, every school in King George has an SRO in place to support our students.

KGCS and KGCSO work collaboratively under a joint Memorandum of Understanding (MOU) using the Virginia Department of Criminal Justice Services (DCJS) model MOU. The model MOU clarified the following points regarding relationships between schools and law enforcement. For more information on the MOU developed between King George County Schools and King George Sheriff's Office, please see School Board Policy KNAJ: Relations with Law Enforcement Authorities.

- Law enforcement officers are not school disciplinarians. Discipline remains the responsibility of school administrators.
- Classroom management rests with the teacher. The officer's presence does not reduce the responsibility of teachers and of administrators to enforce school rules.
- The focus of law enforcement involvement is properly centered on incidents that involve a violation of law.
- Issues that do not present "real and immediate" threat of serious physical injury to a student, teacher, or other member of the school community, or are not a violation of the law, are handled by school personnel, and not law enforcement officers.

**Roles and Responsibilities of Parents**
The parent's role in appropriate student behavior is essential. Parents do not relinquish their responsibility for disciplining or managing their children while they are attending public schools. Parents have a duty to actively collaborate with schools in implementing conduct codes and assuring student attendance. VA Code § 22.1-279.3, which is in Appendix E contains provisions addressing parental responsibility and involvement that are intended to promote proper student conduct.

Parents must sign and return a statement that they have received the Student Code of Conduct and the Notice of the Requirements of VA Code § 22.1-279.3. This Acknowledgement of Receipt (AOR) statement is included in the Welcome to School information provided at the beginning of each school year or at the time of new student registration.

Schools strive to establish positive, affirmative opportunities to build strong parent-school relationships before any specific academic, behavioral, or attendance-related issues arise by providing opportunities for parental and community involvement and ensuring parents understand and can exercise their rights to participate in decisions affecting their child's education by:

- Ensuring all students and parents know and understand school norms, expectations, rules, and processes.
- Ensuring all students and families receive copies of the school code of conduct within one calendar month of the start of the school year (or, for students who transfer in or register late, at the time of registration).
- Protecting and adhering to due process rights, including those related to attendance, school discipline, school policing, restraint and seclusion, and special education.
- Assuring timely notice to parents regarding student's academic or behavioral challenges to work with parents, guardians, and others to identify positive solutions and supports.
- Accommodating schedules and availability to ensure family involvement in decision-making.
- Providing parents with timely information regarding the process for appealing discipline decisions and allowing for situations that may affect their ability to respond to school division timelines.

Parents are responsible for providing current addresses, phone numbers, and email addresses as applicable in case of an emergency and to allow timely notification of proposed disciplinary actions. Suspended students shall not be readmitted to the regular school program until the student and parent meet with school officials to discuss improving the student's behavior. If parents fail to comply with these requirements, the School Board may petition the juvenile and domestic relations court to proceed against the parents for willful and unreasonable refusal to participate in efforts to improve the student's behavior.

**Roles and Responsibilities of Students**

All students will be provided instruction on the contents of the Student Code of Conduct. To guarantee students' rights to education and dignity, and meet the developmental needs of young people, schools shall be safe and supportive places to learn where teachers and students have training and support to prevent and resolve conflicts in positive ways.

***School Attendance***

All children and youth have the right to a free public education from age 5 to 20 (up to age 22 if IDEA-eligible), and to attend the public school where they are a bona fide resident. Students have the responsibility to attend school regularly. Attendance policies encourage regular attendance and address underlying causes of chronic absenteeism and truancy to avoid punishment or criminalization of students.

***School Discipline***

Students are responsible for behaving appropriately to support an environment conducive to learning. All students have a right to adequate and meaningful due process prior to being excluded from school for disciplinary purposes. Schools should ensure that students and families understand school discipline processes and their related right to due process. Students have the right to be informed of any suspension, given specific reasons for the suspension, and offered the opportunity to tell their side of the story before being suspended.

## 2.3 Preventive and Positive Approaches to Discipline

Preventive and positive approaches to discipline create safe, supportive, and positive schools where adults respond to misbehavior with interventions and consequences aimed at understanding and addressing the causes of misbehavior, resolving conflicts, meeting students' needs and keeping students in school and learning.

**Equitable and Consistent Processes for Managing Student Behavior**

As with academic instruction and feedback, responses to student behavior are anchored in an instructional approach that emphasizes teaching and modeling desired behaviors in a supportive classroom environment. A combination of teacher and administrative responses should be used with the goal of preventing misbehavior from occurring, encouraging positive student behavior, developing social-emotional skills, and maximizing academic instructional time.

When a disciplinary response is needed, the response should only serve four key functions:

- preventing a negative behavior from being rewarded;
- preventing a problem behavior from escalating;
- preventing a problem behavior from significantly interrupting instruction; and
- preventing physical and/or social-emotional harm to others.

Principals and leadership teams are responsible for engaging staff in data informed decision-making that identifies student behaviors that are teacher managed versus those that are administrator managed. Effective evidence-based responses within the classroom-managed and administrator-managed categories should be clearly delineated, disseminated in writing, and taught and reinforced to the entire school community. Uniform definitions and decision rules applied consistently are essential to ensuring equitable application of disciplinary actions across teachers, grades, and school buildings within a division.

**Universal Screening**

An important step in identifying at-risk students is the use of universal screening to identify each student's individual proficiencies and needs. Universal screening involves brief assessments of student performance. In Virginia, all Kindergarten students are screened for skills in mathematics, self-regulation, social skills, and literacy (VALLSS) through the Virginia Kindergarten Readiness Program (VKRP). In King George County Schools, universal screening will be implemented across various grade levels to assist students, families, teachers, and administrators in developing evidence-based responses to student needs.

Beginning in 2024-2025, King George County Schools began working with the Virginia Partnership for School Mental Health (VPSMH), a statewide partnership based at the University of Virginia School of Education and Human Development designed to improve school-based mental health services across the Commonwealth. The VPSMH works to strengthen school mental health services by building the capacity of school mental health professionals across Virginia. This project also includes a screener for middle schools to identify students who may be at higher risk of mental health needs.

# 2.4 Tiered Systems of Support for Behavioral Interventions

KGCS uses a multi-tiered system of supports (MTSS) under the framework of School Based Intervention (SBI) Teams to address student needs. MTSS is a data-driven decision-making framework for establishing the academic, behavioral, and social-emotional supports needed for a school to be an effective learning environment for all students. When students do not meet behavioral expectations, they must receive supports to address the root causes of the behavior and learn appropriate alternatives. While disciplinary responses are often needed, responding with punitive consequences alone is an insufficient strategy for improving behavior.



**Clear and Objective Behavioral Expectations**

Administrators use individual school data to clearly define a set of positively stated, school wide (and aligned classroom), social-emotional and behavioral expectations. These expectations define how staff and students learn, work, and interact in order to establish a positive school climate. Expectations are taught, reinforced, prompted, and re-taught to all students and modeled by all staff.

**Social-Emotional Learning (SEL)**

Social-emotional learning has been attributed to positive attitudes about school and to significant improvement in academic achievement. Research has found that students who participated in a social-emotional learning program demonstrated significantly improved social and emotional skills, attitudes, behavior, and academic performance. All faculty and staff provide instruction in social and emotional learning within the content area through the Character Strong curriculum.

Learning social-emotional skills is vital to student development and is directly related to Virginia's Profile of a Graduate, which expects students to demonstrate the "Five C's": Critical Thinking, Creative Thinking, Communication, Collaboration, and Citizenship.

By demonstrating the "Five C's", a Virginia high school graduate should be able to:

1. Achieve and apply appropriate academic and technical knowledge;
2. Attain and demonstrate productive workplace skills, qualities and behaviors;
3. Build connections and value for interactions with diverse communities; and
4. Align knowledge, skill, and personal interests with career opportunities.

In order to achieve the goals of Virginia's Profile of a Graduate, students need to develop the following social-emotional competencies:

1. Self-awareness,
2. Self-management,
3. Social awareness,
4. Relationship skills, and
5. Responsible decision-making.

**Professional Learning for School Personnel**

KGCS believes that effective training of administrators and other staff with responsibility for implementation of student conduct policy is critical. KGCS provides a professional development plan that addresses topics including, but not limited to, the following:

- Multi-Tiered Systems of Support and leveled systems of intervention and disciplinary responses
- Instructional practices for teaching social-emotional learning skills
- Building relationships using listening, empathy, and having a positive regard for others
- Trauma informed care and classroom strategies for responding to students experiencing trauma
- Specific staff roles and responsibilities for implementing student conduct policy including the role of administrators, teachers, and student services personnel
- Establishing behavioral expectations and supporting students in meeting them
- Disciplinary processes and procedures including classroom managed and office managed behaviors
- Relationship of the student conduct policy to other policies and procedures, including student due process rights
- Threat assessments required by the *Code of Virginia* § 22.1-79.4.C

**The School Counselor and Multi-Tiered System of Supports (MTSS)**

The American School Counselor Association (ASCA) Position Statement (2018) outlines the role of the school counselor as follows:

*School counselors are stakeholders in the development and implementation of a Multi-Tiered System of Supports (MTSS). School counselors align their work with MTSS through the implementation of a comprehensive school counseling program designed to affect student development in academics (achievement), careers (career exploration and development) and social and emotional skills (behavior). Through the review of data, school counselors identify struggling students and collaborate with others to provide appropriate instruction and learning supports that assist in academic and behavioral success.*

The ASCA National Model serves as the foundation of a comprehensive developmental school counseling program by:

- Providing all students with a standards-based school counseling core curriculum to address universal development
- Analyzing academic, career and social/emotional development data to identify struggling students
- Collaborating with school staff to identify and evaluate research-based interventions
- Evaluating academic and behavioral progress after interventions and revising interventions as appropriate
- Referring to school and community services as appropriate
- Advocating for equitable education for all students and working to remove systemic barriers

# 2.5 Guidelines for Disciplinary Procedures

**Discipline Referral Procedures**

Within the parameters of division guidelines and policy, principals are responsible for implementing a consistent procedure for teachers to refer students for disciplinary infractions.

1. School divisions and building administrators must develop a consistent procedure for documenting student behavior.
2. When referred for a disciplinary action, the student will be advised of the reported incident and related information. Students have the right to know the allegations made against them.
3. The student will be given an opportunity to respond to the report and will be asked to give a verbal or written statement. A student's verbal response should be documented by the administrator; verbal and written responses should be reviewed with the student to ensure understanding.
4. The student may be questioned without the parent present. The parent will be notified about the incident and disciplinary consequences. The administrator will make a reasonable effort to immediately notify the student's parent as soon as possible if the student may be suspended from school.
5. The student may not be allowed to return to the place where the incident occurred while the investigation is ongoing.
6. All disciplinary referrals are required to be documented in PowerSchool, regardless of the sanction.

This referral procedure may be modified for a student whose presence poses a continuing danger to persons or property or whose presence is an ongoing threat of disruption. Such student may be immediately removed from school property and law enforcement may be called if appropriate.

**Discipline Process Flow Chart: Continuum of Support for Discouraging Inappropriate Behavior**

The flow chart provided by *Model Guidance* shows the general process for managing student behaviors in a preventive approach.



**Disciplinary Decision-Making Process**

Consistent administrative decision-making processes help ensure the students' rights are respected and that student behavior is addressed in an equitable manner.

1. Determine if the behavior is an office-managed or teacher-managed behavior using the flowchart on the previous page.
2. If it is a teacher-managed behavior, consult with the co-teacher, team, or other personnel on appropriate next steps, using the chart below for guidance. This is not intended to be all inclusive, but a representative example of typical interventions available.

| Proactive Teacher Supports for Classroom Managed Behaviors | Instructional Teacher Responses for Classroom Managed Behaviors |
|---|---|
| • Develop, teach, and maintain clearly defined classroom expectations that are consistent with school-wide behavioral expectations and applicable across all classroom settings.<br>• Build positive relationships with students and families.<br>• Model and practice expectations in the appropriate settings.<br>• Reteach/review expectations throughout the school year<br>• Use pre-correction strategies to remind students of expectations before transitioning between tasks/assignments.<br>• Use more positive than corrective statements (4:1 ratio).<br>• Create a classroom acknowledgement system to increase responsible student behavior.<br>• Implement effective, evidence based instructional practices matched to student learning needs.<br>• Actively engage students in the teaching and learning process.<br>• Teach prevention lessons that address students' social-emotional competencies.<br>• Teach lessons that apply the competencies to situations (i.e., bullying, suicide awareness and prevention, workplace skills, citizenship, character education)<br>• Create flexible classroom arrangements/seating. | • Restructure/revise classroom practices based upon student needs.<br>• Adjust pacing of instruction to increase on-task behavior.<br>• Actively observe and plan for ignoring low-level misbehavior.<br>• Provide immediate positive feedback when students engage in expected behavior.<br>• Respond calmly, restating the desired behavior.<br>• Use progress-monitoring tools (i.e., behavior chart that includes the replacement behavior, on-task monitoring form, reflection sheets).<br>• Communicate and collaborate with parents and the SBI team when applicable regarding student behavior and to problem solve.<br>• Establish and consistently implement corrective responses to student misbehavior [i.e., positive practice, community service, restitution, loss of time for a valued activity, in-class time out (not to exceed ten minutes), time-out in another class under adult supervision, loss of privileges].<br>• Facilitate restorative practices with the student and person(s) affected by the student's behavior.<br>• Assign a working lunch to facilitate re-teaching or making up missed work (ex: lunch with teacher to catch up on work, review a social story, and reteach behavior). |

3. If it is determined to be an office-managed behavior, the administrator should follow the steps below.
   a. Conduct an investigation in accordance with the "Guidance on Disciplinary Investigations".
   b. Gather information to get a complete picture of the situation, including statements from students, teachers, witnesses, families, and others that may have knowledge of the incident. Always consider whether contributing factors, data, or previous interventions indicate that a support or intervention is appropriate for the student. Consult the regulations for students with disabilities if applicable.
   c. Ask, "What harm was caused?" and label the behavior using the SBAR descriptors.
      i. If behavioral supports are indicated: refer the student to the support services such as SBI team, restorative practices, and so forth.
      ii. If disciplinary consequences are indicated: assign the appropriate level of consequence based on the Leveled Responses on the next page.
      iii. Initiate a Threat Assessment and/or notify the Superintendent's designee or law enforcement if applicable.
   d. Inform families of the results of the investigation, including discipline outcomes and academic and behavioral interventions that will be provided.
   e. Document all interventions and consequences in PowerSchool in accordance with SBAR guidelines provided by VDOE and KGCS.

As required by § 22.1-279.3:1, the school principal must notify the parent when the student violates a School Board policy that could result in a suspension, whether or not the administration has imposed such disciplinary action. This notice must state the date and details of the violation, the parents' obligation to assist in improving the student's behavior, and that parents may be required to meet with school officials.

# 2.6 Guidelines for Disciplinary Investigations

**Questioning and Interviewing of Students**

In all circumstances, the process of questioning a student begins with considering the nature of the offense, whether it rises to the level of criminal activity, and the age/development of the student. School officials have a direct responsibility for student behavior as well as school safety and security which allows school officials the latitude to question students in an effort to maintain safe schools.

School administrators are responsible for the questioning of students about violations of the code of conduct. School Resource Officers (SROs) are responsible for leading the investigation and questioning of students related to any criminal activity or risk of harm to self or others. Law enforcement officers should not be involved in questioning students as a part of routine school operations when no evidence suggests a crime has been committed.

It is important to keep in mind that students may choose to voluntarily provide information to an SRO or school official at any time.

***Questioning by School Officials***

- School officials have the authority to question students without prior authorization of or contact with the parents. The interviewing of students, whether suspects, victims, or witnesses, should be conducted privately in an office setting. Student identities and statements must be protected as required by privacy laws.
- Students may not be compelled to give information to school officials concerning violations of law or school policy, but students may be punished for refusing to give truthful responses.
- Even for very minor disciplinary violations, the student must be told of what he is accused and must be given the opportunity to tell his version of events.
- Serious offenses that *could* result in out-of-school suspensions or expulsion require written notification of parents and carry rights to various levels of appeal, regardless of whether the student is actually suspended or expelled as a result.
- A student who is being questioned by school officials while in the presence of law enforcement about involvement in a criminal offense, should be afforded the same rights as any suspect being interrogated for criminal involvement.
- When a student is being questioned concerning a serious breach of the criminal code such as a weapon- or drug-related incident, it is best practice to have law enforcement officials conduct the formal interrogation once probable cause is met.

***Questioning by School Resource and/or Law Enforcement Officers***

- SROs and law enforcement officers have authority to stop, question, interview, and take action against students without contacting parents and without prior authorization of the school. Interviewing should be conducted privately in an office setting.
    - Investigation and questioning of students during school hours or at school events should be limited to situations where the investigation is related to suspected criminal activity related to the operation of or occurring at the school.
    - Investigations and questioning of students for offenses that are unrelated to the operation of school, or did not occur at school, should take place at school **only** when delay might result in danger to any person, destruction of evidence, or flight from the jurisdiction by the person suspected of a crime.
- The student will be informed generally of the purpose of the investigation, warned against self-incrimination in a developmentally appropriate manner, and given an opportunity to present informally his or her knowledge of the facts.
- Students should be advised and aware of their rights prior to and during questioning by law enforcement.
- Students have the right to receive support from school personnel to ensure that the student fully understands the process and that they are aware of the magnitude of the situation. Students, whom school officials determine are not able to understand their rights under the law, should not be questioned by law enforcement without parental involvement.
- If the student wishes to remain silent, to contact his or her parents or an attorney, or to end the interview, the questioning should cease and the student's request should be granted unless detaining the student is lawful and reasonable under the circumstances.

**Search and Seizure**

Whether a search of a student is permissible is a balance between 1) the student's right to privacy and freedom from unreasonable search and seizure and 2) the school division's responsibility to protect the health, safety, and welfare of all persons in the school community and to carry out its educational mission. School authorities may search a student, student belongings, student lockers, or student automobiles and may seize any illegal, unauthorized, or contraband materials discovered in the search under the circumstances outlined below. All searches shall be conducted in accordance with federal and state laws, including the principles embodied in the MOU between KGCS and the King George County Sheriff's Office (KGCSO).

***Searches by School Officials***

The standard for search by a school official is *reasonable suspicion*. Reasonable suspicion goes beyond a hunch or supposition and must be based on individualized suspicion of wrongdoing. SROs shall not become involved in administrative (school related) searches unless specifically requested by the school to provide security, protection, or for handling of contraband.

In order to be permissible, the search by school officials must be:

1. Justified at its inception – a school official has reasonable grounds, based on the totality of the known circumstances, for suspecting that the search will reveal evidence that the student has violated or is violating either the law or the rules of the school;
2. Reasonably related in scope to the circumstances justifying the search - related to the objectives of the search and is not excessively intrusive considering the age and sex of the student and the nature of the suspected infraction.

***Searches by School Resource Officers (SROs)***

Any search initiated by SROs or other law enforcement officers shall be based upon probable cause and, when required, a search warrant should be obtained. All searches should be reasonable in scope. All searches should occur outside the presence of students and school staff, except for school administrators, unless there is a clear and immediate threat to physical safety. At no time shall SROs request that an administrative search be conducted for law enforcement purposes or have the administrator act as his or her agent.

***Types of Searches***

The types of searches and locations at which searches of students and student property may be conducted are not limited to the school building or school property. Searches may be conducted wherever the student is involved in a school-sponsored function. If the school official has reasonable suspicion to believe that evidence of an offense will be found in a particular place, school officials may conduct a search of that location even over a student's objection.

*Personal Searches:* A student's person and/or personal effects (e.g., purse, book bag, etc.) may be searched by a school official whenever the official has reasonable suspicion to believe that the student has violated or is about to violate the law or a school rule and that the search will yield evidence of the violation. This includes the use of weapon detection or metal detector screenings.

*Cell Phone and Other Electronic Devices:* School officials may seize and search a student's personal electronic device whenever the official has reasonable suspicion to believe that the student has violated or is about to violate the law or a school rule and that the search of the device will yield evidence of the violation.

*Lockers and Desks:* Student lockers and desks are school property and may be searched at any time. Students are expected to assume full responsibility of their lockers and are responsible for the content of their assigned locker at all times. Periodic general inspections of lockers and desks may be conducted by school authorities for any reason at any time without notice, without student consent, and without a search warrant.

*Vehicles:* Students are permitted to park on school premises as a matter of privilege, not of right. The school retains authority to conduct routine patrols of student parking lots and inspections of the exteriors of student automobiles on school property. The interiors of student vehicles may be inspected whenever a school official has reasonable suspicion to believe that the student has violated or is about to violate the law or a school rule and that the search will yield evidence of the violation. Such patrols and inspections may be conducted without notice, without student consent, and without a search warrant.

*Computers:* The school computer system, as defined in Policy GAB/IIBEA Acceptable Computer System Use, is school property. School officials may search school computers, software, and internet access records at any time for any reason, without notice, without student consent, and without a search warrant.

*Consent Searches:* A school official may ask for permission to conduct a search, even if there is not reasonable suspicion. A student's consent must be given willingly and with knowledge of the meaning of consent. Students should be told of their right to refuse to be searched, and students must not perceive themselves to be at risk of punishment for refusing to grant permission for the search. If the school official has reasonable suspicion to believe that evidence of an offense will be found, school officials may conduct a search even over a student's objection.

***Weapon Detection Screening***

All students, staff, and visitors must enter through the main entrance and complete the weapon detection screening process. This process may include bag checks and the use of a handheld metal detector wand on individuals or their belongings.

***Use of Canines***

School officials may utilize canines to aid in the search for contraband on school property, including classrooms, personal belongings, lockers, and vehicles parked on school property or at school sponsored events. Canines are used in a general sweeping fashion and does not constitute an individualized search. If a canine alerts to a specific locker, vehicle, or other personal property, this is reasonable suspicion for a search. Canines shall be accompanied by a qualified and authorized trainer who will be responsible for the dogs' actions.

Additional information can be found in KGCS Policy JFG: Search and Seizure; KNAJ: Relations with Law Enforcement Authorities.

## 2.7 Leveled Behavioral Interventions and Administrative Responses

After completing the disciplinary investigation, administrators should assign appropriate behavioral interventions and disciplinary sanctions when appropriate. Leveled systems of disciplinary responses are one part of more comprehensive policies and procedures around behavior that includes instructional, preventive, and proactive strategies to reinforce school and classroom expectations for appropriate behavior. This allows administrators to apply equitable disciplinary responses to student behaviors, increasing the fidelity of implementation of a school division's discipline policy and thus improving equity.

The corrective actions listed below are among those available for violations of the Student Code of Conduct. Incidents and recommended response levels listed below are not intended to be all-encompassing, nor are they listed in sequential order, but rather provide a representative example of typical behaviors and responses included in each category to provide a framework for schools. Responses may overlap more than one tier based on individual circumstances. All interventions and sanctions may not be available at all schools.

| **Level 1 Responses** | |
|---|---|
| *Level 1 responses are intended to prevent further behavioral issues while keeping the student in school. These are typically managed by the classroom teacher.* | |
| **Behavioral Intervention** | **Disciplinary Sanctions** |
| • Re-teaching or modeling of desired behavior<br>• Conference (may include admin, teacher, counselor, parent, student)<br>• Written reflection or letter of apology<br>• Peer mediation or conflict resolution<br>• Behavior progress chart<br>• Community service (appropriate to correct the behavior) | • Restitution<br>• Seat change<br>• Loss of school privileges<br>• Confiscation by school staff and/or administration<br>• Detention (before school, at lunch, after school)<br>• In-school suspension (ISS) with behavioral instruction and academic support (1-2 days) |

| **Level 2 Responses** | |
|---|---|
| *Administrative responses and interventions at this level are designed to prevent further behavior issues and keep the student in school. Depending upon the severity of the behavior, short-term removal of the student from the classroom may be appropriate.* | |
| **Behavioral Intervention** | **Disciplinary Sanctions** |
| • Conference (may include admin, teacher, counselor, parent, student) including re-teaching of expected behavior<br>• Check-In/Check-Out<br>• Mediation or conflict resolution<br>• Referral to support services (e.g., School Counselor, Behavior Interventionist, Mentor Program, and SBI Team, Substance Use and Intervention Program)<br>• Referral to Individualized Education Plan (IEP) Team<br>• Community service (appropriate to correct the behavior)<br>• Referral for community-based services | • Schedule change<br>• Detention (before school, at lunch, or after school)<br>• Saturday school<br>• Restitution<br>• Confiscation<br>• Temporary loss of privileges<br>• In-school suspension (ISS) with behavioral interventions and/or restorative practices (1-3 days) |

| **Level 3 Responses** | |
|---|---|
| *Dependent upon the severity, chronic nature of the behavior and/or safety concerns, Level 3 behaviors may result in the student's short-term removal from school.* | |
| **Behavioral Intervention** | **Disciplinary Sanctions** |
| • Administrator/Teacher/Parent/Guardian Conference<br>• Referral to support services (e.g., School Counselor, Behavior Interventionist, Mentor Program, SBI Team, Therapeutic Day Treatment (TDT), etc.)<br>• Referral for community-based services<br>• Functional Behavioral Assessment (FBA) and Behavior Intervention Plan (BIP) Development<br>• Behavior contract (developed with and signed by the student, parent/guardian, and school officials)<br>• Community service as a part of a restorative practice | • In-school suspension (ISS) with restorative practices (3-5 days)<br>• Detention<br>• Revocation of privileges<br>• Restitution<br>• Referral to alternative education programs<br>• Short-term out-of-school suspension, in general:<br>○ 1-3 days for elementary students<br>○ 1-5 days for secondary students<br>with restorative circle or conference upon return<br>• Referral to law enforcement if required by local policy |

| Level 4 Responses | |
|---|---|
| *Some Level 4 behaviors may require a report to the superintendent or superintendent's designee. This does not automatically result in a long-term suspension, change of placement, or expulsion. Students may be returned to the comprehensive setting with additional supports and/or responses to be implemented.* | |
| **Behavioral Intervention** | **Disciplinary Sanctions** |
| • Parent-Administrator-Teacher-Student behavior contract<br>• Referral for community-based services<br>• Threat Assessment as indicated by the behavior | • Referral to law enforcement for behaviors that may constitute a felony or that are required by local policy<br>• Schedule change<br>• Long-term revocation of privileges<br>• Restitution via written contract<br>• Short-term out-of-school suspension, in general:<br>  ○ Grades PK-3: 1-3 days<br>  ○ Grades 4-6: 4-10 days<br>  ○ Grades 7-12: 5-10 days<br>• Recommendation for a long-term suspension as determined by local policy or by *Code*. |

| Level 5 Responses | |
|---|---|
| *Level 5 responses are reserved for those behaviors that require a referral to the superintendent or designee.* | |
| **Behavioral Intervention** | **Disciplinary Sanctions** |
| • Threat Assessment as indicated by the behavior<br>• Referral to Superintendent or designee | • Referral to law enforcement for behaviors that may constitute a felony or that are required by local policy<br>• Long term suspension<br>• Alternative placement<br>• Expulsion<br>• Return the student to the school setting with appropriate supports and interventions. |

Some violations have additional requirements as outlined in the Code of Virginia and KGCS policies. When these behaviors occur, administrators may be required to:

- Notify the superintendent, superintendent's designee, and law enforcement.
- Recommend a review of the violation by the superintendent or school board for consideration of additional responses.
- Complete a Threat Assessment and follow through on the recommendations from the Threat Assessment Team.
- Develop a written plan to provide for the student's academic and behavioral needs during the suspension or expulsion if the student is removed from school.

These violations may result in a long-term suspension, placement in an alternative educational program, criminal charges, or expulsion. These consequences are not automatically applied; the incident will be reviewed and the student may be permitted to return to the comprehensive setting with additional supports and/or responses to be implemented.

## 2.8 Alternatives to Suspension

Research has shown that the use of exclusionary practices, like suspension and expulsion, as the primary response to code of conduct violations are ineffective for changing student behavior. Substantial research indicates that exclusionary practices have considerable negative consequences for students and for schools including:

- Negative school environments of distrust and alienation
- Higher risk of retention in grade
- Higher rates of misbehavior
- Lower academic achievement
- Chronic Absenteeism
- Higher dropout rates
- Restricted access to school services that might improve behavior
- Harm to healthy adult relationships
- Unsupervised time and increased opportunity for delinquency for suspended students
- Higher risk of involvement with the juvenile justice system

The detrimental effect of suspensions and expulsions on students and on school climates led the Virginia Board of Education to develop *Guidelines for the Reduction of Exclusionary Practices in Virginia Schools.* The purpose of the guidelines is to provide a framework for school divisions to develop and implement evidence-based methods that reduce exclusionary practices in Virginia schools and provide all Virginia students with a quality education that enables them to attain the standards outlined in *Virginia's Profile of a Graduate*. Recommended practices include implementing tiered systems of supports to meet the academic, social, and emotional needs of every student, engaging families and community agencies, and improving alternative education settings.

Punitive consequences alone are not shown to be effective in changing a student's behavior. In an effort to teach students appropriate replacement behaviors, King George County Schools connects students and families to community resources to help improve student outcomes. King George County Schools has partnered with community resources and other school divisions in the region to establish alternatives to suspension for students and to provide professional development opportunities for KGCS faculty and staff regarding discipline related topics. Students may be required to participate in these opportunities in lieu of, or in addition, to any other disciplinary consequences. KGCS administrators may refer students to these programs by contacting the Supervisor of Student and Family Services.

**Partnership with Office on Youth**

In addition to programming available in King George County Schools, KGCS has partnered with the Office on Youth and may refer students to the following programs offered through OOY.

***Skill Building in Anger Management***

King George County Schools may refer students to Anger Management classes. The curriculum includes identifying triggers and cues to anger and completing a conflict trigger scale, developing a plan to keep anger from escalating to aggression, identifying the cost of aggression, and introducing effective coping skills including reframing conflict and decisional balance activities. Students must attend all sessions to complete program. Parent(s)/guardian(s) may be required to attend one or more sessions of this course depending on the requirements of the referral.

***Substance Abuse Education and Services***

All students referred for Substance Abuse Services will be assessed for risk and need, which includes an Adolescent Substance Abuse Subtle Screening Inventory (SASSI-A2) and a urine drug screen. Should the student score in the high-risk range for substance use or abuse, or test positive for any substance, the student is immediately referred to the Rappahannock Area Community Services Board (RACSB) for a clinical assessment.

Students will be placed in the most appropriate service (education or treatment) based on this assessment. The interventions explore how families can work together to help teenagers abstain from drug use, possibilities for teenagers to recover from drug dependence, and how making smart choices can save lives. Group sessions cover topics like dependence, addiction, prescription drug abuse, trying to get clean, and recovery. It also incorporates the family and open communication within the family about teenage drug use. Referred students and a parent must attend all sessions to be compliant.

***Positive Social Skills Education***

Students may be required to complete educational lessons on social emotional learning, social skills development, trauma informed self-care, restorative practices, and a selection of other behaviorally related topics. These lessons contain a variety of activities, including individual self-paced modules, feedback and reflection, small group discussions, role plays and skits, and social stories. Most lessons also require parent participation for successful completion.

***Accountability and Responsible Choices (ARC)***
ARC emphasizes work on understanding the impact of one's choices, meaning of accountability, repairing harm, ownership of choices and making decisions that lead to success.

***Restorative Practices***
Restorative Practices (RP) are based on a set of principles for responding to wrongdoing that focuses on repairing the relationship that was hurt due to the violation. RP focuses on offender accountability to those who were harmed, and to the laws or rules that were broken. Restorative Practices in KGCS has three goals:

- Accountability. Restorative Practice provides direct opportunities for students who have harmed others to be accountable to those they have harmed, including themselves and their families.
- Social Emotional Development. Restorative Practice recognizes the need to teach students about the effects of disruptive behavior on those they have hurt, including the school community. Students learn the underlying factors that lead to making poor decisions and practice social skills and self-improvement strategies that encourage better decision-making in the future.
- School and Community Safety. Restorative Practice recognizes the need to keep the school and community safe by building relationships that strengthen and promote a positive school climate and culture. This empowers students and staff members to take personal responsibility for the well-being of the school community.

The Rappahannock Area Office on Youth has been serving the Greater Fredericksburg Region since 1989. Their main service categories are Mandated Services, Prevention Programs, and Residential Services. OOY prevention programs are proactive programs designed to support youth in a positive and encouraging manner, and to reduce the possibility of future court involvement. OOY allows parents to directly refer their children to our programs to address behavioral issues and concerns. The mission of the Rappahannock Area Office on Youth is to provide programs that promote healthy and responsible behavior in youth and young adults, encourage positive development, and to support families.

To learn more about services available through the Office on Youth, visit their website at https://www.officeonyouth.org/.

# 2.9 Suspension and Expulsion of Students

There are times when violations of the student code of conduct require a student to be suspended from school to maintain a safe and secure learning environment. VAC 20- 131-260(C)3 requires school administration to ensure "a written procedure, in accordance with guidelines established by the local board, for responding to violent, disruptive or illegal activities by students on school property or during a school-sponsored activity."

Any violation of the Student Code of Conduct may be grounds for removal from class, short-term suspension, long-term suspension and/or other disciplinary actions for sufficient cause. In addition, VA Code requires certain criminal offenses committed by enrolled students to be reported by law enforcement to school officials regardless of where the offense occurred. Students may be subject to disciplinary action under certain circumstances even if the offense occurred off school property.

For more information, please review School Board Policy JGD/JGE: Student Suspension/Expulsion and School Board Policy JGD/JGE-P: Outline of a Hearing before the Board.

**Removal of Students from Classes**

Teachers have the initial authority under VA Code § 22.1-276.2 to remove a student from class for disruptive behavior that interrupts or obstructs the learning environment. Any loss in instructional time caused by the removal from class must adhere to the following criteria:

- The removal of the student is necessary to restore a learning environment free from interruptions or obstructions caused by the student's behavior.
- The removal of the student occurs only after teacher or administrative interventions have failed to end the disruptive behavior. However, nothing shall preclude the immediate removal of a student for behavior that might warrant suspension from school.
- The removal of a student is an appropriate response to student behavior that is a violation of the rules of conduct.
- The teacher gives written notice of the student's behavior and removal from class to the parent.
- Any removal from instructional time due to violations of the code of conduct must be documented in PowerSchool in accordance with guidelines provided by VDOE and KGCS.

**Short-Term Suspension**

A pupil may be suspended for not more than ten school days by either the school principal, any assistant principal, or, in their absence, any teacher. The principal, assistant principal or teacher may suspend the pupil after giving the pupil oral or written notice of the charges against him and, if he denies them, an explanation of the facts as known to school personnel and an opportunity to present his version of what occurred. In the case of any pupil whose presence poses a continuing danger to persons or property, or whose presence is an ongoing threat of disruption, the pupil may be removed from school immediately and the notice, explanation of facts and opportunity to present his version shall be given as soon as is practical thereafter.

Upon suspension of any pupil, the principal, assistant principal or teacher responsible for such suspension reports the facts of the case in writing to the superintendent or superintendent's designee and the parent of the pupil suspended.

**Long-Term Suspension**

A student may be suspended from attendance for more than ten (10) days with written notice provided to the student and parent of the proposed action and the reason therefore and of the right to a hearing in accordance with School Board Policy JGD/JGE.

The written notice of a suspension for more than ten (10) days includes notification of the length of the suspension and provides information concerning the availability of community-based educational, alternative education, or intervention programs. Such notice also states that the student is eligible to return to regular school attendance upon the expiration of the suspension or to attend an appropriate alternative education program approved by the superintendent, superintendent's designee, or the school board during or upon the expiration of the suspension. The costs of any community-based educational, alternative education, or intervention program that is not a part of the educational program offered by the school division that the student may attend during his suspension is borne by the parent of the student.

Nothing herein shall be construed to prohibit the superintendent, superintendent's designee, or school board from permitting or requiring students suspended pursuant to this section to attend an alternative education program provided by the school board for the term of such suspension. In accordance with Section 22.1-277.05, School Boards may consider aggravating circumstances during discipline hearings.

**Expulsion**

Pupils may be expelled from attendance at school after written notice to the pupil and the pupil's parent of the proposed action and the reasons therefor and of the right to a hearing before the School Board. The School Board confirms or disapproves of the proposed expulsion regardless of whether the pupil has exercised the right to a hearing.

The written notice given to the pupil and the pupil's parent includes notification of the length of the expulsion and provides information to the parent of the student concerning the availability of community-based educational, training and intervention programs. The notice also states whether or not the student is eligible to return to regular school attendance, or to attend an appropriate alternative education program approved by the School Board, or an adult education program offered by the school division, during or upon the expiration of the expulsion, and the terms or conditions of such readmission. The costs of any community-based educational, training, or intervention program that is not a part of the educational program offered by the school division that the student may attend during his expulsion is borne by the parent of the student.

Nothing in this policy shall be construed to prohibit the school board from permitting or requiring students expelled pursuant to this policy to attend an alternative education program provided by the school board for the term of such expulsion.

If the School Board determines that the student is ineligible to return to regular school attendance or to attend during the expulsion an alternative education program or an adult education program in the school division, the written notice also advises the parent of such student that the student may petition the School Board for readmission to be effective one calendar year from the date of the expulsion, and of the conditions, if any, under which readmission may be granted.

**Admission of Students Expelled from Other School Divisions**

Va. Code § 22.1-3.2 requires that when a student is registered, the parent must provide a sworn statement about whether the child has been expelled from attending a private school or another public school in Virginia or a school in another state for an offense involving weapons, alcohol, or drugs, or for willful infliction of injury to another person. In addition, the parent must provide a sworn statement or affirmation indicating whether the student has been found guilty of or adjudicated delinquent for any offense listed in subsection G of Va. Code § 16.1-260 or any substantially similar offense under the laws of any state, the District of Columbia, or the United States or its territories. Any person making a materially false statement or affirmation shall be guilty upon conviction of a Class 3 Misdemeanor. Misrepresentation may lead to the possible dismissal of the student from the King George County Schools.

Any student who has been expelled or suspended for more than thirty days from attendance at school by a school board or a private school in this Commonwealth or in another state or for whom admission has been withdrawn by a private school in this Commonwealth or in another state may be excluded from attendance in the King George County Schools, in accordance with School Board Policy JEC: School Admission. In excluding any such student from school attendance, the school board may accept or waive any or all any conditions for readmission imposed upon such student by the expelling school board pursuant to VA Code § 22.1-277.06. The school board shall not impose additional conditions for readmission to school.

**Readmission following Long-Term Suspension, Expulsion, or Exclusion**

When a student has been long-term suspended or expelled, or excluded, to return to King George County Schools, the student and parent must submit a written request to re-enter King George Schools to the Supervisor of Student and Family Services. The student must submit documentation that verifies successful completion of all requirements for readmission. A school-based Readmission Review Team as designated by the building administrator will meet with the student and parent before the student begins classes to determine appropriate support systems necessary to facilitate the student's transition back to school. The team may continue to meet with that student for a period following their return to school to assure continued success.

## 2.10 Appeals of Disciplinary Action

Student and parents may have the right to request an appeal of certain disciplinary sanctions.

*Teacher managed discipline:* For school level discipline managed by the classroom teacher that does not include out-of-school suspension, sanctions may be appealed to the assistant principal or principal. The decision of the administrator is final and may not be appealed further.

*Office managed discipline:* For school level discipline managed by the assistant principal or dean, sanctions may be appealed to the school principal. The decision of the school principal is final and may not be appealed. Note: This may also include short-term suspensions, as the principal is typically the "superintendent's designee" (see below).

*Short-term out-of-school suspensions (10 days or less):* The decision regarding a suspension for 10 days or less (short-term suspension) may be appealed to the superintendent or a designee of the superintendent. The written appeal must be received within two days of receipt of notification of consequences. Upon a petition for review by any party in interest, the superintendent or superintendent's designee reviews forthwith the action taken by the principal, assistant principal, or teacher and confirms or disapproves such action based on an examination of the record of the pupil's behavior. The decision of the superintendent or superintendent's designee is final and may not be appealed.

*Long-term out-of-school suspension (11 or more days) or expulsion:* If the long-term suspension was given by the superintendent or superintendent's designee, it may be appealed to the full school board. The school board shall decide such appeal within thirty days.
If the long-term suspension or expulsion was given by the School Board following a disciplinary hearing, there is no further appeal available at the school division level.

## 2.11 Compliance with Other Regulations, Policies, and Statutes

To the extent that any law may supersede the application or implementation of any foregoing provisions of the Student Code of Conduct, the school board reserves the right to apply that other law and/or to apply the provisions of this code to the extent the law permits.

**Access to Assignments**
Sections 22.1-277.04 and 22.1-277.05 of the Code of Virginia require that suspended students are able to access and complete graded work during and after the suspension. Please contact your school administrator to coordinate the collection of assignments.

**Corporal Punishment**
Section 22.1-279.1 of the Code of Virginia prohibits corporal punishment as a means of disciplining students. However, school personnel may use a reasonable and necessary force to maintain order and control. This prohibition of corporal punishment shall not be deemed to prevent (i) the use of incidental, minor, or reasonable physical contact or other actions designed to maintain order and control; (ii) the use of reasonable and necessary force to quell a disturbance or remove a student from the scene of a disturbance which threatens physical injury to persons or damage to property; (iii) the use of reasonable and necessary force to prevent a student from inflicting physical harm on himself; (iv) the use of reasonable and necessary force for self-defense or the defense of others; or the use of reasonable and necessary force to obtain possession of weapons or other dangerous objects or controlled substances or paraphernalia which are upon the person of the student or within his control.

**Discipline of Students with Disabilities**
Discipline of students with disabilities under IDEA (IEP) or 504 Plans follows Virginia Department of Education regulations, Office of Civil Rights, and King George County School's policy. Schools are not required to provide services during the first ten (10) accumulated school days of removal in a school year. For more information, please see the Virginia Department of Education's Regulations Governing Special Education Programs for Children with Disabilities in Virginia.

**Discipline of Student-Athletes and Members of other Extracurricular Activities**
In addition to the information provided here, students found to be in violation of the Student Code of Conduct or Honor Code may face additional consequences specific to their sport or activity. Further, sports and activities may have member handbooks, by-laws, and codes of conduct separate from and in addition to this Student Code of Conduct. Participation in such activity constitutes acceptance of those handbooks and codes of conducts. Students should address any questions or concerns with their coach or activity advisor.

**Restraint and Seclusion of Students**
Physical restraint and seclusion may only be used by King George County School Board staff for the purpose of behavioral intervention in accordance with this policy and the Virginia Board of Education Regulations Governing the Use of Seclusion and Restraint in Public Elementary and Secondary Schools in Virginia. The School Board encourages the use of positive behavioral interventions and supports to reduce and prevent the need for the use of physical restraint and seclusion. See Policy JM for more information.

# Part III. Standards of Student Conduct

## 3.1 KGCS Policy JFC: Student Conduct

The Standards of Student Conduct are outlined in KGCS School Board Policy JFC (Appendix C) and are excerpted below. The following conduct is prohibited. Students engaging in such conduct are subject to disciplinary action.

**Bullying and Cyberbullying**
Bullying is prohibited. Cyberbullying, including cyberbullying incidents that may occur outside of school property but between students enrolled in the school division, is prohibited.

- "Bullying" means any aggressive and unwanted behavior that is intended to harm, intimidate, or humiliate the victim; involves a real or perceived power imbalance between the aggressor or aggressors and victim; and is repeated over time or causes severe emotional trauma. "Bullying" includes cyberbullying. "Bullying" does not include ordinary teasing, horseplay, argument or peer conflict.

- “Cyberbullying” means bullying that occurs through the use of technology, including through cell phones and other electronic devices or technology capable of accessing the internet.

The principal or principal’s designee notifies the parent of any student involved in an alleged incident of bullying within 24 hours of learning of the allegation of bullying.

Any student who is a victim of cyberbullying or a witness to an instance of cyberbullying will be provided protections designed to ensure that such student is not deterred from reporting or seeking support for fear of retaliation, social alienation or rejection, or other negative treatment. Any student who is a victim of cyberbullying is provided with a list of support services and resources available through the student’s school relating to reporting and seeking support after experiencing cyberbullying.

**Gang Activity**
Gang activity, as defined in Policy JFCE Gang Activity or Association, is prohibited.

**Harassment**
As provided in Policy JFHA/GBA Prohibition Against Harassment and Retaliation, students are prohibited from harassing other students, school staff, volunteers, student teachers or any other person present in school facilities or at school functions.

**Hazing**
Hazing is prohibited. Hazing means to recklessly or intentionally endanger the health or safety of a student or students or to inflict bodily harm on a student or students in connection with or for the purpose of initiation, admission into or affiliation with or as a condition for continued membership in a club, organization, association, fraternity, sorority, or student body regardless of whether the student or students so endangered or injured participated voluntarily in the relevant activity.

**Intentional Injury of Others**
Students are prohibited from intentionally injuring others. Whether a student acted in self-defense is considered when the student’s conduct is evaluated for disciplinary action.

**Threats: Intimidation**
Students are prohibited from making any verbal, written or physical threat of bodily injury to another person.

**Trespassing**
Students, including students who have been suspended or expelled, are subject to disciplinary action for trespassing on school property.

**Use and/or Possession of Alcohol, Tobacco Products, Nicotine Vapor Products, Anabolic Steroids, and Other Drugs**
Students are prohibited from possessing, using, or distributing any of the restricted substances listed below on school property, on school buses or during school activities, on or off school property. Students are prohibited from attempting to possess, use, consume, procure and/or purchase, any of the restricted substances listed below or what is represented by or to the student to be any of the restricted substances listed below or what the student believes is any of the restricted substances listed below. Students are prohibited from being under the influence of any of the restricted substances listed below, regardless of whether the student’s condition amounts to legal intoxication.

Restricted substances include but are not limited to alcohol, tobacco products as defined in Policy JFCH Tobacco Products and Nicotine Vapor Products, nicotine vapor products as defined in Policy JFCH Tobacco Products and Nicotine Vapor Products, inhalant products,

and other controlled substances defined in the Drug Control Act, Chapter 15.1 of Title 54 of the Code of Virginia, such as anabolic steroids, stimulants, depressants, hallucinogens, marijuana, imitation and look-alike drugs, drug paraphernalia and any prescription or non-prescription drug possessed in violation of School Board policy.

In addition to any other consequences which may result, a student who is a member of a school athletic team will be ineligible for two school years to compete in interscholastic athletic competition if the school principal and the superintendent determine that the student used anabolic steroids during the training period immediately preceding or during the sport season of the athletic team, unless such steroid was prescribed by a licensed physician for a medical condition.

**Use of Profane or Obscene Language and Conduct**
Students are prohibited from using profane or obscene language or engaging in profane or obscene conduct.

**Vandalism**
Students are prohibited from vandalizing school property and the property of any School Board staff member or any other person. The School Board may recover damages sustained because of the willful or malicious destruction or, or damage to, public property pursuant to Policy ECAB Vandalism.

## 3.2 Other Prohibited Conduct

**Criminal Charges, Reports of Conviction, or Adjudication of Delinquency**
Students charged with any offense, wherever committed, that would be a felony if committed by an adult may be disciplined, referred to a disciplinary hearing, and/or required to participate in prevention and/or intervention activities.

Any student for whom the superintendent has received a report pursuant to VA Code § 16.1-305.1 of an adjudication of delinquency or a conviction for an offense listed in subsection G of VA Code § 16.1-260 may be suspended or expelled, and/or required to participate in prevention and/or intervention activities.

**Repeat Offender**
A repeat offender is defined as a student who has been referred for repeated offenses that threaten the safety or welfare of others or him/herself.

When a student is defined as a repeat offender, the school administrator or designee shall develop and implement an appropriate and consistent plan of intervention (such as through the SBI Team process) prior to referral to division level administration.

If the plan of intervention is unsuccessful, the superintendent or designee may determine that an alternative educational program is appropriate for a period of more than 10 school days but less than 365 school days.

If the pattern of behavior continues, the student may be referred to the School Board for further disciplinary action.

**Other Conduct**
In addition to these specific standards, students shall not engage in any conduct which materially and substantially disrupts the ongoing educational process, school activity, function, or process of the school, or is dangerous to the health or safety of others, or which is otherwise a violation of federal, state, or local law.

# 3.3 KGCS Policy JFCK: Cellular Phones and Personal Communication Devices

Students are expected to adhere to Policy JFCK in regards to cell phone and personal devices, which is excerpted below. All referenced policies can be viewed in their entirely in the King George County Schools Policy Manual.

The King George County School Board sets forth expectations for student conduct so that public education is conducted in an atmosphere free of disruption and threat to persons or property and supportive of individual rights. Cell phone usage among students has been associated with numerous negative outcomes, including an increase in depression, decreased academic performance, chronic distraction, and a diversion of instructional time towards behavior management. Additionally, it has been linked to negative effects on interpersonal relationships, heightened anxiety levels, and concerns regarding confidentiality and privacy breaches, including honor code violations.

The purpose of this policy is to ensure a positive, productive, and safe learning environment for all students. This policy helps to ensure that all students come to school free from distractions and ready to learn. By implementing this policy, the School Board aims to foster an environment conducive to learning, minimize distractions, and promote healthy student behavior and well-being.

**Definitions**

"Bell-to-Bell" means from when the first bell rings at the start of the school day to begin instructional time until the dismissal bell rings at the end of the academic school day. "Bell-to bell" includes lunch and time in between class periods. "Cell Phone-Free Education" means the age-appropriate elimination or restriction of cell phones and other personal electronic communication devices in public schools.

"Cell Phone" means a personal device capable of making calls, transmitting pictures or video, or sending or receiving messages through electronic means. The definition of cell phone is inclusive of a non-smart phone that is limited to making phone calls or text messages, a smart phone that encompasses the above features, and other future personal electronic communication devices with the abovementioned characteristics.

"Instructional time" means any structured or unstructured learning experiences that occur from when the first bell rings at the start of the school day until the dismissal bell rings at the end of the academic school day.

"Personal Electronic Communication Device" means any personal device capable of connecting to a smart phone, the internet, a cellular or Wi-Fi network, or directly connects to another similar device. Personal electronic communication devices may include some wearable devices such as Guidelines for Cell Phone-Free Education smart watches, as well as personal headphones, earbuds, laptops, tablets, and other future personal electronic communication devices with the abovementioned characteristics.
"Stored" means a cell phone or personal electronic communication device not being carried on the student's person, including not in the student's pocket. Options school divisions could choose to define as storage options include, but are not limited to, in the student's backpack, in the student's locker, in a locked pouch, or in a designated place in the classroom.

**Expectations for Students**

The use of cell phones (and all other personal electronic devices including headphones, earbuds, Air Pods, smart watches, and other Bluetooth enabled devices) is strictly prohibited during the regular school day. Upon arrival to school, and continuing through dismissal from school, cell phones (and other electronic devices) are required to be out of visible sight and powered off. Cell phones (and other electronic devices) may NOT be in a pocket, but instead MUST be placed out of sight in a backpack, locker, or a locked pouch.

**Consequences**

- ⇒ First Offense: Parent/guardian contacted, verbal warning, and the device will be confiscated until the end of the school day.
- ⇒ Second Offense: Parent/guardian contacted, devices will be confiscated, and the parent/guardian must come retrieve the device.
- ⇒ Third Offense: Parent/guardian contacted, the device will be confiscated, and the parent/guardian must come retrieve the device. In addition, for a period of 30 calendar days, the student shall be banned from possessing cell phones or personal electronic communication devices at school during instructional hours. The student will be required to check their device into the office upon arrival, and retrieve it following dismissal.

Parents who choose to provide their child(ren) with a personal communication device for use at school do so at their own risk. The school division shall not be responsible for students' damaged, missing, or stolen personal communication devices.

**Exceptions**

Any student who, pursuant to an Individualized Education Plan, Section 504 Plan, individualized health care plan, or Limited English Proficiency plan, is permitted to possess and use a cell phone or smart device on school property, including in the classroom, from bell to bell to monitor or address a health concern or as an accommodation or assistive technology support. Students can use school issued Chromebook and approved personal laptops for academic purposes.

## 3.4 Guidelines for Student Dress and Grooming Standards

Va. Code § 22.1-279.6(I) states that any dress or grooming code shall:

(i) permit any student to wear any religiously and ethnically specific or significant head covering or hairstyle, including hijabs, yarmulkes, head-wraps, braids, locs, and cornrows;
(ii) maintain gender neutrality by subjecting any student to the same set of rules and standards regardless of gender;
(iii) not have a disparate impact on students of a particular gender;
(iv) be clear, specific, and objective in defining terms, if used;
(v) prohibit any school board employee from enforcing the dress or grooming code by direct physical contact with a student or a student's attire; and
(vi) prohibit any school board employee from requiring a student to undress in front of any other individual, including the enforcing school board employee, to comply with the dress or grooming code.

Further, VDOE Model Guidance, recommends implementing a dress and groom that:

- Is based on the health and safety of students in an inclusive school community.
- Supports student expression, but does not allow that expression to negatively affect the health and safety of another student.
- Prohibits garments and accessories that pose a risk of injury or compromise the safety of the student or to others.
- Is enforced and applied consistently and equally to all students regardless of race, ethnicity, gender, gender expression, sexual orientation, zip code, ability, socio-economic status, and/or languages spoken at home.
- Provides guidance to staff for addressing student behavior that is related to the dress and grooming policies while maintaining the student's dignity. Dress code conversations should be private and focused on health, safety, and school climate considerations. Staff should never shame or belittle a student for dress or grooming choices.
- Directs school personnel to work with students and families to promote understanding of the impact of student dress on health, safety, and school climate. School staff should listen to understand any cultural or situational issues regarding student dress when discussing dress code concerns.
- Prohibits the use of exclusionary discipline sanctions for non-compliance with dress and grooming policies. Exclusion is not an effective response to dress code concerns and should not be employed as a response to dress code violations.

## 3.5 King George County Schools Dress Code

Students are expected to dress appropriately for a K-12 educational environment. Any clothing that interferes with or disrupts the educational environment is unacceptable.

Examples of unacceptable clothing include but are not limited to:

- Clothing that exposes private parts or undergarments;
- Sagging or low-cut pants;
- Shirts or tops with openings that do not adequately cover the torso or shoulders;
- Clothing constructed of see-through materials; and
- Hats or other head coverings unless for religious or medical purposes (see Additional Information below).

The following clothing or other accessories are also prohibited:

- Language or images that are vulgar, discriminatory, or obscene;
- Promotion of illegal or violent conduct, such as the use of weapons, drugs, alcohol, tobacco products, nicotine vapor products, gang symbols, or drug paraphernalia; and
- Threatening language or images.

Further, disciplinary action will be taken against any student taking part in gang-related activities that are disruptive to the school environment. This includes but is not limited to the wearing or display of items that, by virtue of its color, arrangement, trademark, or any other attribute, denotes membership in or affiliation with a gang such as:

- Clothing or apparel;
- Jewelry or other accessories;
- Tattoos; or
- A manner of grooming.

*Additional Information:* Students not complying with this policy will be asked to cover the non-complying clothing or change clothes and may not be permitted to return to class until their clothing is in compliance. Students should refer to their individual school's dress codes for more specific information. Parents of students requiring accommodation for religious beliefs, medical purposes, or disabilities should contact the principal.

# 3.6 Student Behavior and Administrative Response Data Collection and Reporting

The Code of Virginia (§22.1-279.3:1) requires school divisions statewide to submit data annually to the Virginia Department of Education (VDOE) on events of student behavior and the administrative responses to the behavior. This report provides safety indicators for Virginia's School Quality Profile. These events shall include those that occurred on school property, on a school bus, or at a school-sponsored activity. This is called the Student Behavior and Administrative Response (SBAR) Data Collection.

Violations of the Standards of Student Conduct are grouped by category in accordance with the SBAR guidelines. During one disciplinary incident, a student may be in violation of multiple Standards of Student Conduct within the same or several different categories. The placement of a violation within a specific category does not limit or restrict the disciplinary responses available to King George County Schools staff or school board.

The Virginia Standards of Accreditation (SOA) state that the principal "is recognized as the instructional leader of the school and is responsible for effective school management that promotes positive student achievement, a safe and secure environment in which to teach and learn, and efficient use of resources." The SOAs further specify that the principal shall "ensure that the school division's student code of conduct is enforced and seek to maintain a safe and secure school environment" and requires a school administration to ensure "a written procedure, in accordance with guidelines established by the local board, for responding to violent, disruptive or illegal activities by students on school property or during a school-sponsored activity."

Creating a positive school climate requires involving families and creating a welcoming atmosphere to ensure their participation. School board policy acknowledges non-traditional families and allows the family to designate who is to be considered a "parent" within the student's family structure and within the boundaries of the law. They have a right to be informed and participate in decisions affecting their individual child and to access grievance procedures. In addition, the Code of Virginia sets forth the duty of each parent of a student enrolled in a public school to assist the school in enforcing the standards of student conduct.

The following information is provided to families to ensure transparency in the disciplinary process. The behavior categories outlined below were created by VDOE and DCJS as part of their recent revisions to the *Model Guidance for Positive and Preventive Code of Student Conduct Policy and Alternatives to Suspension.* The categories were designed to recognize the impact student behavior has on the school environment and form the framework for identifying behaviors that may negatively impact that environment. They encourage awareness of students' social-emotional development, emphasize the importance of helping everyone understand the effect of behavior, and point the way for developing a plan for improving. When an administrator receives an office discipline referral, the administrator should ask, "What harm was caused by the behavior?" in order to assign the behavior to one of the following categories.

| **Certain violations require or recommend specific administrative actions. These symbols are provided as a reference only and may not be all inclusive. Each disciplinary incident must be reviewed on an individual case-by-case basis to determine appropriate responses.** | |
|---|---|
| # | Behaviors that require the schools to report the number of victims are indicated with a pound sign. |
| ✪ | In accordance with §22.1-279.3:1.A. of the *Code of Virginia*, behaviors which must be reported to law enforcement are identified with a star icon. In some situations, reporting is "recommended" or "conditional." |
| 💻 | Behaviors involving the possession, use, consumption, or distribution of alcohol or drugs may require the student to participate in a substance abuse education program, such as Vector Modules. Those behaviors are indicated with a computer symbol. |
| ⚠ | Behaviors considered potentially dangerous to the safety of the individual, others, and/or the school **may** require a Threat Assessment to determine the level of potential risk a student poses to self or others. Although not exhaustive, some behaviors that may indicate a Threat Assessment is needed are indicated with a triangle symbol.<br>*Note: Every Threat Assessment requires notification to the student's parent/guardian AND the parent/guardian of the target/intended target even if the threat is not carried out.* |
| ❾ | Behaviors involving potential harassment or discrimination that are sexual in nature or are based on sex or gender may be indicative for a Title IX grievance. *Consult with Compliance Officer prior to disciplinary action*. Although not exhaustive, some behaviors that may indicate a Title IX violation is indicated with a "9" symbol. |
| ☎ | Any behavior that involves bullying or if a student indicates they are being bullied, Virginia regulations require the parent / guardian of a child suspected of being bullied to be notified within 24 hours of the report. Though many other behaviors may be involved in bullying, the most obvious requiring parental notification are indicated using the phone icon.<br>*Note: Every Threat Assessment requires notification to the student's parent/guardian AND the parent/guardian of the target/intended target even if the threat is not carried out. The phone is in regards to bullying notification only.* |

**BAP: Behaviors that Impede the Academic Progress (BAP) of the student or of other students.**
*These behaviors impede academic progress of the student or of students. They are typically indicative of the student's lack of self-management or self-awareness. Sometimes, the student may need help in understanding how the behavior impacts others so training in social awareness may also be indicated.*

| Behavior Code | Description | # | ✪ | 💻 | ⚠ | ❾ | ☎ |
|---|---|---|---|---|---|---|---|
| BAP1 | Interfering with learning in the classroom (examples include talking, excessive noise, off-task, out of seat, possessing items that distract) | | | | | | |
| BAP2 | Interfering with learning outside of the classroom (examples include excessive noise, interrupting a class) | | | | | | |
| BAP3 | Scholastic dishonesty (such as cheating, plagiarism) | | | | | | |
| BAP4 | Unexcused tardiness to class | | | | | | |
| BAP5 | Unexcused tardiness to school | | | | | | |

**BSO: Behaviors related to School Operations (BSO) interfere with the daily operation of school procedures.**
*Students exhibiting these behaviors may need to develop self-management, self-awareness, or social awareness skills.*

| Behavior Code | Description | # | ✪ | 💻 | ⚠ | ❾ | ☎ |
|---|---|---|---|---|---|---|---|
| BSO1 | Altering an official document or record | | | | | | |
| BSO2 | Giving false information, misrepresentation | | | | | | |
| BSO3 | Refusal to comply with requests of staff in a way that interferes with the operation of school | | | | | | |
| BSO5 | Failure to attend assigned disciplinary setting (detention, in-school suspension, Saturday school) | | | | | | |
| BSO6 | Bringing unauthorized persons to school or allowing unauthorized persons to enter the school building | | | | | | |
| BSO7 | Dress Code Violation | | | | | | |
| BSO8 | Gambling (games of chance for money or profit) | | | | | | |
| BSO9 | Possessing items that are inappropriate for school (examples include toys, literature, electronics) | | | | | | |
| BSO10 | Possession of stolen items | # | | | | | |
| BS011 | Unauthorized use of school electronic or other equipment | | | | | | |
| BSO12 | Violation of the Acceptable Use of Technology/internet policy | | | | | | |
| BSO13 | Violation of school board policy regarding the possession or use of portable communication devices | | | | | | |
| BSO14 | Vandalism, graffiti or other damage to school or personal property | | | | | | |
| BSO15 | Student is not going to class as assigned | | | | | | |
| BSO16 | Student is in an unauthorized area of the campus (This behavior cannot be related to school or class attendance/nonattendance) | | | | | | |

**RB: Relationship Behaviors (RB) create a negative relationship between two or more members of the school community but no physical harm is done.**

*Relationship behaviors affect the whole school community in that the school climate is often a reflection of how people treat one another. Students who exhibit difficulty with relationship behaviors may also have difficulty with the other social-emotional competencies.*

| Behavior Code | Description | # | ✪ | 💻 | ⚠ | ❾ | ☎ |
|---|---|---|---|---|---|---|---|
| RB1 | Bullying with no physical injury | # | | | | | ☎ |
| RB2 | Cyberbullying | # | | | | | ☎ |
| RB3 | Posting, distributing, displaying, or sharing inappropriate material or literature, including using electronics means | | | | | | |
| RB4 | Saying or writing (directly or electronic communication) sexually suggestive comments, innuendos, propositions, or other remarks of a sexual nature | | | | | ❾ | |
| RB5 | Stealing money or property without physical force | # | | | | | |
| RB6 | Speaking to another in an uncivil, discourteous manner | | | | | | |
| RB7 | Teasing, taunting, engaging in a verbal confrontation, verbally inciting a fight | | | | | | ☎ |
| RB8 | Using profane or vulgar language or gestures (swearing, cursing, hate speech, gang signs or gestures) | | | | | | |
| RB9 | Using slurs based upon the actual or perceived race, ethnicity, color, national origin, citizenship/immigration status, weight, gender, gender identity, gender expression, sexual orientation, or disability | # | | | | ❾ | ☎ |
| RB10 | Failure to respond to questions or requests by staff | | | | | | |
| RB11 | Unwanted or inappropriate physical contact | | | | | ❾ | |

**Key**

| | | | |
|---|---|---|---|
| # | Victim Count | ⚠ | Consider Threat Assessment |
| ✪ | Notify Law Enforcement | ❾ | Consider Title IX |
| 💻 | Vector Modules/Substance abuse education | ☎ | Consider bullying related notification |

**BSC: Behaviors of a Safety Concern (BSC) create unsafe conditions for students, staff, and/or visitors.**
*The underlying reasons for this type of behavior may lie in any of the social-emotional competencies so the administrator should investigate the underlying motivation for the student's behavior. Training in social awareness and decision-making are usually indicated in any behavior that creates a safety concern.*

| Behavior Code | Description | # | ✪ | 🖳 | ⚠ | ❾ | ☎ |
|---|---|---|---|---|---|---|---|
| BSC1 | Alcohol: Possessing, using, or being under the influence of alcohol | | | 🖳 | | | |
| BSC2 | Alcohol: Distributing alcohol to other students | | | 🖳 | | | |
| BSC3 | Drugs: Possessing drug paraphernalia | | | 🖳 | | | |
| BSC4 | Drugs: Violating school board non-prescription (Over the counter) medication policy or look-alike drug policy | | | | | | |
| BSC5 | Tobacco: Possessing/Using/Distributing tobacco products, possessing tobacco paraphernalia, electronic cigarettes, vaping equipment | | | | | | |
| BSC6 | Bullying Behavior without physical injury that continues after intervention. *Bullying that leads to physical injury is classified as Assault and Battery.* | # | | | ⚠ | ❾ | ☎ |
| BSC7 | Cyberbullying that continues after intervention. *If related to threats to safety of students/staff, it should be treated at a higher level of concern.* | # | | | ⚠ | ❾ | ☎ |
| BSC8 | Harassment: Repeatedly annoying or attacking student(s) or personnel that creates an intimidating or hostile educational or work environment | # | | | | ❾ | ☎ |
| BSC9 | Bus: Distracting the bus driver | | | | | | |
| BSC10 | Bus: Endangering the safety of others on the bus | | | | | | |
| BSC11 | Fire alarm: Falsely activating a fire or other disaster alarm | | | | | | |
| BSC12 | Fire Related: Possessing items that could be used to set or cause a fire or produce large amounts of smoke | | | | | | |
| BSC13 | Engaging in reckless behavior the creates a risk of injury to self or others | | | | ⚠ | | |
| BSC14 | Fighting that results in no injury as determined by school administration | | | | | | |
| BSC15 | Inciting or causing a substantial disturbance to the operation of school or the safety of staff and/or students | | | | | | |
| BSC16 | Throwing an object that has the potential to cause a disturbance, injury, or property damage | | | | | | |
| BSC17 | Shoving, pushing, striking, biting another a student with no visible injury | | | | | | |
| BSC18 | Exposing body parts, lewd or indecent public behavior | # | | | ⚠ | ❾ | |
| BSC19 | Physical contact of a sexual nature – patting body parts, pinching, tugging clothing | # | | | ⚠ | ❾ | |
| BSC21 | Stalking as described in the *Code of Virginia* section 18.2-60.3 | # | ✪ | | ⚠ | ❾ | |
| BSC22 | Stealing money or property using physical force (no weapon involved) | # | | | | | |
| BSC24 | Leaving school grounds without permission | | | | | | |
| BSC25 | Trespassing | | | | | | |
| BSC26 | Possessing dangerous instruments/substances that could be used to inflict harm upon another | | | | ⚠ | | |
| BSC27 | Weapons: Possessing any weapon (other than a firearm) as defined by § 18.2-308.1. *(Conditional reporting to law enforcement)* | | ✪ | | ⚠ | | |

**Key**

| | | | |
|---|---|---|---|
| # | Victim Count | ⚠ | Consider Threat Assessment |
| ✪ | Notify Law Enforcement | ❾ | Consider Title IX |
| 🖳 | Vector Modules/Substance abuse education | ☎ | Consider bullying related notification |

**BESO: Behaviors that Endanger Self or Others (BESO) endanger the health, safety, or welfare of either the student or others in the school community.**

*Behaviors that rise to this level of severity are often complex. While they are indicative of poor decision-making skills, students who exhibit these behaviors may also have developmental needs in the other social-emotional competencies.*

| Behavior Code | Description | # | ✪ | 💻 | ⚠ | ❾ | ☎ |
|---|---|---|---|---|---|---|---|
| BESO1 | Assault: Intending to cause physical injury to another person | # | | | ⚠ | | |
| BESO2 | Assault and Battery: Causing physical injury to another person. *(Conditional reporting to law enforcement)* | # | ✪ | | | | |
| BESO3 | Fighting: The use of physical violence between students or on another person where there is minor injury as determined by the school administration | | | | | | |
| BESO4 | Striking Staff: The use of force against a staff member when no injury is caused | # | | | | | |
| BESO5 | Drugs: Possessing controlled substances, illegal drugs inhalants, or synthetic hallucinogens or unauthorized prescription medications | | | 💻 | | | |
| BESO6 | Drugs: Being under the influence of controlled substances, illegal drugs, inhalants, or synthetic hallucinogens or unauthorized prescription medications | | | 💻 | | | |
| BESO7 | Drugs: Using controlled substances or using illegal drugs or synthetic hallucinogens or unauthorized prescription medications | | | 💻 | | | |
| BESO9 | Fire: Attempting to set, aiding in setting, or setting a fire | | | | ⚠ | | |
| BESO10 | Gang-Related Behavior: Engaging in threatening or dangerous behavior that is gang-related as defined in §18.2-46.1 | | | | ⚠ | | |
| BESO11 | Hazing as defined in §18.2-56 and noted in § 22.1-279.6. | # | | | ⚠ | | ☎ |
| BESO12 | Threatening, intimidating, or instigating violence, injury or harm to a staff member or members (not including written threats) | # | | | ⚠ | ❾ | |
| BESO13 | Threatening, intimidating, or instigating violence, injury or harm to another student(s) or other(s) (not including written threats) | # | | | ⚠ | ❾ | |
| BESO14 | Threatening, intimidation, or instigating violence, injury or harm to another student(s) or other(s) in writing. *If the written threat is to a staff member, a report to law enforcement is required unless the student making the threat has a disability.* | # | ✪ | | ⚠ | ❾ | |
| BESO15 | Using an object not generally considered to be a weapon to threaten or attempt to injure school personnel | # | | | ⚠ | | |
| BESO16 | Using an object not generally considered to be a weapon to threaten or attempt to injure students or others | # | | | ⚠ | | |
| BESO17 | Bomb threat –Making a bomb threat | # | ✪ | | ⚠ | | |
| BESO18 | A crime in the community where the student was charged with an offense relating to the Commonwealth's laws, but required to be disclosed to the superintendent of the school division pursuant to § 16.1-260(G) | | | 💻 | ⚠ | ❾ | |

**Key**

| | | | |
|---|---|---|---|
| # | Victim Count | ⚠ | Consider Threat Assessment |
| ✪ | Notify Law Enforcement | ❾ | Consider Title IX |
| 💻 | Vector Modules/Substance abuse education | ☎ | Consider bullying related notification |

**Persistently Dangerous Behaviors (PDB):** *These behaviors are used to identify a school as persistently dangerous as required by federal law. This requires states to establish and implement a statewide policy requiring that a student attending a persistently dangerous school will be allowed to transfer to a safe school. These behaviors are described in the Virginia's Unsafe School Choice Option Policy.*

*These behaviors are also indicators that the student is in need of interventions and supports. School divisions are encouraged to work with other child-serving agencies to coordinate services for these students.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Sub-Category I | | | | | | |
| PD1 | Homicide – Firearm: *Homicide includes any death resulting from causes other than natural, accidental, or suicide.* | # | ✪ | | ⚠ | | |
| PD2 | Homicide - Other Weapon: *Homicide includes any death resulting from causes other than natural, accidental, or suicide.* | # | ✪ | | ⚠ | | |
| PD3 | Sexual Assault: *A sexual assault offense is defined as sexual penetration without consent and includes statutory rape and carnal knowledge of a minor.* | # | ✪ | | ⚠ | ❾ | |
| PD4 | Attempted Sexual Assault: *A sexual assault offense is defined as sexual penetration without consent and includes statutory rape and carnal knowledge of a minor.* | # | ✪ | | ⚠ | ❾ | |
| PD5 | Use of a Bomb: *Use of bomb includes any explosive device.* | # | ✪ | | ⚠ | | |
| | Sub-Category II | | | | | | |
| PD6 | Assault with Firearm or Weapon: *Assault with a firearm or other weapon includes the intentional causing of bodily harm to an individual with a weapon* | # | ✪ | | ⚠ | | |
| PD7 | Actual or Attempted Robbery | # | ✪ | | ⚠ | | |
| PD8 | Kidnapping/Abduction | # | ✪ | | ⚠ | | |
| PD9 | Malicious Wounding without a Weapon: *Malicious wounding without a weapon includes intentionally causing another person bodily injury, with the intent to maim, disfigure, disable, or kill* | # | ✪ | | ⚠ | | |
| PD10 | Aggravated Sexual Battery on a Student: *Aggravated sexual battery includes sexual battery and abuse against a person less than fifteen years of age.* | # | ✪ | | ⚠ | ❾ | |
| | Sub-Category III | | | | | | |
| PD11 | Illegal Possession of Handgun | | ✪ | | ⚠ | | |
| PD12 | Illegal Possession of Rifle or Shotgun | | ✪ | | ⚠ | | |
| PD13 | Illegal Possession of Any Other Projectile Weapon | | ✪ | | ⚠ | | |
| PD14 | Illegal Possession of Bomb | | ✪ | | ⚠ | | |
| PD15 | Illegal Possession of Other Firearms: firebombs, explosive materials or devices, hoax explosive devices per § 18.2-85, or explosive incendiary devices, as defined in § 18.2-433.1, or chemical bombs per § 18.2-87.1 | | ✪ | | ⚠ | | |
| PD16 | Illegal Possession of Controlled Drugs and Substances with Intent to Distribute or Sell: *The definition of drugs refers to Schedules I, II, and III of the Drug Control Act (§ 54.1-3400 et seq.) and marijuana.* | | ✪ | 💻 | ⚠ | | |

| **Key** | | | |
|---|---|---|---|
| # | Victim Count | ⚠ | Consider Threat Assessment |
| ✪ | Notify Law Enforcement | ❾ | Consider Title IX |
| 💻 | Vector Modules/Substance abuse education | ☎ | Consider bullying related notification |

# Appendices

## APPENDIX A: King George County Schools Honor Code

King George County Schools is committed to honorable behavior by our faculty, staff, community members, parents, and students. We trust each other to act honorably to ensure a common understanding of the personal honor upon which we depend. Cheating, plagiarism, and other examples of academic dishonesty are serious breaches of academic and personal integrity.

**Purpose of the Honor Code**

Students are expected to assume responsibility for their own learning. They will work in partnership with the teacher and peers and contribute to classroom, co-curricular, and extracurricular activities, and discussions. They will complete all assignments according to teacher instructions, timelines, and evaluation for mastery. Students will revisit their work when standards and expectations are not achieved as they play an active role in monitoring their own progress.

In creating a culture of college and career readiness, the KGCS community believes it is the responsibility of the faculty and leadership to prepare students to be ethical in the production of their work.

Additionally, we believe students must develop a level of accountability that will be expected at KGCS, college, and/or their place of future employment. Our hope is to develop well-rounded students who are prepared to succeed and achieve beyond KGCS. Failure to adhere to standards of personal and academic ethics can result in dismissal from employment and expulsion from college.

**Student Expectations**

Students are expected to perform honestly through the production of their own work. They should also demonstrate respect for the belongings and rights of others. Students shall not cheat, plagiarize, or knowingly make false statements with respect to any assigned schoolwork or tests, nor provide another student the opportunity to do so.

Students shall not intentionally lie or provide false information to a school employee including providing false student or data information, or concealment of information directly relating to school business. This includes but is not limited to the falsification or forgery of school notes, admit slips, tardy slips, excuse notes, report cards, hall passes, field trip forms, notes from parent, or other school related materials. Students shall not give false or misleading information to school authorities during the investigation of other offenses.

**Teacher Expectations**

Teachers are expected to teach and reteach students about performing honestly; what plagiarism is and how to avoid it; and the consequences of cheating and plagiarism.

**Cheating Defined**

Cheating is acting dishonestly or unfairly to gain an advantage by giving, receiving, copying, offering and/or soliciting information or unfair assistance for any activity, assignment, classwork, test, etc., or looking at the tests, coursework (homework and classwork), teacher materials, and similar assignments of others.

**Plagiarism Defined**

To plagiarize is "(1) to steal and pass off (the ideas or words of another) as one's own; (2) use (a created production) without crediting the source; (3) to commit literary theft; (4) to present as new and original an idea or product derived from an existing source." Source: Merriam-Webster's Learner's Dictionary

Plagiarism includes the act of recycling or purchasing assignments or papers. If a student attempts to claim the work of another as his or her own he or she is in violation of the Honor Code.

**Certification of Understanding**

All students receive a copy of this Honor Code annually, as part of the Student and Family Handbook, and the Student Code of Conduct, which is also available online at the KGCS website. Signing of the Acknowledgement of Receipt certifies agreement to and understanding of this Honor Code, including consequences for violation of the Code. Teachers or administrators may also request students to recertify their adherence to and understanding of the Honor Code before each major examination, paper submission, or other project.

**Honor Code Procedures**

In such cases of cheating, plagiarism, copying/sharing assignments, the use of translation software without express permission from the instructor, and similar violations of this Honor Code, the following consequences will be instituted.

***First Offense***

1. At the teacher and administrator's sole discretion, students who are found to be in violation of the Honor Code:
   a. may receive a grade of zero on the assignment, quiz, test, or exam with no chance at a makeup, retake, or correction; and/or
   b. may be provided with an opportunity to complete an alternative assignment for full or partial credit.

2. Teachers will contact the parent and conference with the student regarding the violation and make a referral to their administrator.

3. Violations will also be referred to co-/extracurricular, and/or student government, and academic honor societies such as National Honor Society for consideration and discipline according to its governing principles, including possible probation or expulsion from the organization.

***Repeat Offenses***

In addition to the items listed in the "First Offense" section, the following may result for repeat offenses.

1. At the teacher and administrator's sole discretion, students who are found to be in repeat violation of the Honor Code:
   a. may be required to forfeit any chance at extra credit for that marking period; and/or
   b. may be required to forfeit the opportunity to be involved in any activity related to the assignment, i.e., Science Fair.

2. Students may lose any opportunity for recognition of academic achievement including but not limited to Honor Roll designations, exam exemptions, etc., for that marking period or semester even if the student has a qualifying grade point average.

3. Teachers and administrators will consider this matter in any applications or letters of recommendation written on behalf of the student.

4. In accordance with the athletic, co-/extra-curricular, and/or student government handbooks, bylaws, or other guiding documents, or at the discretion of the activity sponsor/administrator:
   a. A student may be suspended from any athletic, co-/extra- curricular, and/or student government activities for a period of up to 5 school days. This includes practices, competitions, rehearsals, performances, and other extracurricular activities; and/or
   b. A student may be required to relinquish any athletic, co-/extra- curricular, and/or student government office or leadership position; and/or
   c. A student may be removed from the athletic, co-/extra- curricular, and/or student government activities altogether, including participation in dances, formals, prom, recognition ceremonies, and so forth.

**Additional Information**

Violations of the Honor Code may be subject to additional consequences as deemed appropriate by the teacher, administrator, and/or Honor Council. For example, the use of electronic devices to receive information used in cheating may also be reviewed as a violation of Computer or Technology Use rules. Administration reserves the right to enact discipline beyond those listed above.

**Appeals**

If a violation is deemed to have occurred by the administration, the student or parent has the right to appeal if they believe the Honor Code was not violated. An appeal must be presented in writing to the building principal within two (2) days of the notice of the consequence. The principal may hear the appeal, assign it to another administrator or designee, or assign it to another body (such as an Honor Council) if established for the purpose of regulating and monitoring the Honor Code. Consequences may be held in abeyance during the appeal process. This is determined on a case-by-case basis.

## APPENDIX B: Required Notifications

Federal and state laws and Virginia School Boards Association (VSBA) policies set certain requirements for school divisions regarding annual notifications. This Notice is accurate and current at the time of publication but is subject to change. The full list of Required Notifications is available on the KGCS website and will be updated as needed. If you prefer to receive a printed copy of any of the "Required Notifications" may contact central office.

**Asbestos**
Each school division must annually notify parents, employees and other building occupants about asbestos inspections, response actions, and post-response action activities, including periodic reinspection and surveillance activities that are planned or in progress. Notification will be made as required for any activity listed above.

**Access to School Division Policies and Regulations**
Current copies of all division policies and regulations are available online through our division website. Copies of KGCS policies and regulations are available to citizens at the county library, school division office, and each of our county schools who do not have online access.

**Code of Student Conduct, Compulsory Attendance Law, Parental Responsibility, and Involvement**
Each division must supply parents of each enrolled student a notice of the requirements regarding parental responsibility and, a copy of the division's Standards of Student Conduct, and a copy of the compulsory school attendance law.

*VA Code § 22.1-279.3 and VA Code § 22.1-254, KGCS Student Code of Conduct, and KGCS School Board Policy JFC: Student Conduct, are in the Appendices of the Student and Family Handbook.*

**Counseling Program**
Parents must be notified regarding the school counseling programs that are available to their children, including procedures by which parents may limit their child's participation in such programs.

Instructional materials used in the school counseling program are available for parental review. This includes audio-visual materials used in anti-bullying or suicide prevention programs, which may contain what some consider to be graphic content. Parents wishing to review these materials should schedule an appointment with the school counselor. If a parent objects to the graphic nature of any anti-bullying or suicide prevention program materials, the parent may make a written request explaining which portions of the lesson they would like their child to be excused.

Parents may limit participation of a child in individual or small group social and emotional counseling. The parent must provide written notification to the school principal. The written notification must state whether the child should not be included in small group, individual, or both for personal and emotional counseling. Such notification is valid for the current school year only and must be renewed annually. For more information, see Policy IJ.

**Access to and Destruction and Retention of Scholastic Records**
KGCS maintains and destroys scholastic records in accordance with the Library of Virginia Retention and Disposition General Schedule No. 21 (Schedule 21), which is mandated by the Code of Virginia, as part of the Virginia Public Records Act Virginia Code § 42.1-76.

All records authorized to be destroyed or discarded in accordance with Schedule 21 must be destroyed or discarded in a timely manner, typically within 6 months of the end of the retention period. After the retention and destruction period, these records will no longer be available and will be destroyed as required by Schedule 21.

For example, records related to special education are required to be retained for seven (7) years and then permanently destroyed. Further, all scholastic records are reviewed when the student separates from (withdraws, graduates, transfers) or changes school levels within KGCS. During this review, documents are removed and destroyed in accordance with the record retention schedules.

If you wish to retain copies of scholastic records, including but not limited to medical and health records, discipline records, IEPs, Section 504 plans, and related assessments for determining eligibility under IDEA, you are encouraged to keep a copy at the time of submission to or receipt from the school. To access or request a copy of your own or your child's scholastic record, contact your school (current students) or KGCS Records Manager (withdrawn or graduated students) at 540-775- 5833. Except where otherwise required by law, general email communications are not maintained by KGCS and therefore are not regarded as part of a student's scholastic record.

*Please refer to the complete Schedule 21 at*
*http://www.lva.virginia.gov/agencies/records/sched_local/index.htm*

**Eating Disorders Awareness Information**
Every school board must annually provide information to parents of students in grades 5-12 regarding eating disorders. View the information sheet for parents on our School Nurse website or on the Virginia Department of Education website.

**Emergency Procedures**
Each school has developed a written school crisis, emergency management, and medical emergency response plan. This plan addresses the essential procedures, operations, and assignments required to prevent, manage, and respond to critical events or emergencies. There are three primary responses to critical incidents: evacuation, lockdown, and shelter-in-place. Schools conduct emergency response drills (to respond to situations such as fire, bomb threat, intruder, tornado, earthquake) in accordance with state law and other regulations. Additional information regarding emergency response procedures and safety drills may be found in the KGCS Policies EB, EB_R, and EBCB.

**Family Educational Rights and Privacy Act (FERPA)**
Divisions must provide parents and adult students annual notice of their rights to inspect and review education records, amend education records, consent to disclosure of personally identifiable information in education records, and file a complaint with the U.S. Department of Education (see Appendix I). School divisions must give notice of the categories of information, if any, which they have designated as directory information. Please view the Notification of Rights under FERPA for Elementary and Secondary Schools and School Board Policy JO: Student Records.

**Family Life Education (FLE)**
The King George County School Board approves the inclusion of Family Life Education (FLE) in the curriculum. Instruction shall be organized and maintained under the FLE Standards of Learning objectives developed by the State Department of Education. As of July 1, 2019, FLE content includes age-appropriate elements of consent, human trafficking, and female genital mutilation. A parent shall have the right to review the family life curriculum. If you wish to opt-out your child from any portion of Family Life Education, please provide a written notice to the school principal, indicating the Family Life Education standards you would like your child to opt-out from for that school year. Such notification is valid for the current school year only and must be renewed annually. Appropriate alternate learning activities will be provided. Parents can find more information on the Virginia Department of Education website.

**Fees**
The school division's policy regarding student fees and the fee schedule must be provided to parents annually and posted on the division's website. This can be found in KGCS School Board Policy JN. Families in need of financial assistance may be eligible for a fee reduction or waiver for some fees. Please see your school counselor, social worker, or Supervisor of Student and Family Services for additional information.

**Graduation Requirements**
At the beginning of each school year, every school must provide to students in all grade levels a notice of all requirements for Board of Education-approved Diplomas. Parents can view the graduation requirements (minimum credit and course requirements) approved by the Virginia Department of Education on the VDOE website, and the school division's graduation requirements in School Board Policy IKF: Standards of Learning and Graduation Requirements. The division also publishes graduation requirements annually in the high school Program of Studies.

**High School Credit-Bearing Courses Taken in Middle School**
For any high school credit-bearing course taken in middle school, parents may request that grades be omitted from the student's transcript and the student not earn high school credit for the course in accordance with policies adopted by the local school board. Notice of this provision must be provided to parents with a deadline and format for making such a request. Please see KGCS School Board Policy: IKEB for more information.

**Homeless Students**
Each division must give public notice of the educational rights of homeless children and youths. Information can be found on the Educational Rights of Homeless Youth poster, which is published by the National Center for Homeless Students.

In King George County Schools, the Supervisor of Student and Family Services is the liaison for families experiencing housing instability and can be reached at 540-775-5833.

Please see KGCS School Board Policy JECA: Admission of Homeless Students for more information.

**National Assessment of Educational Progress (NAEP)**
In accordance with federal code, KGCS hereby informs parents of children selected to participate in any NAEP assessment that their child may be excused from participation for any reason, is not required to finish any authorized assessment, and is not required to answer any test question. Further, parents are hereby informed of their right of access to assessment data from the NAEP, except for personally identifiable information or test questions that have not been released.

**Prosecution of Juveniles as Adults**

School boards must provide information developed by the office of the Virginia Attorney General to students regarding laws governing the prosecution of juveniles as adults for the commission of certain crimes. Please read the "Laws Regarding the Prosecution of Juveniles as Adults" developed by the Office of the Attorney General. Refer to KGCS School Board Policy JFCL: Notification Regarding Prosecution of Juveniles as Adults for more information.

**Protection of Pupil Rights Amendment (PPRA)**

The PPRA requires divisions to provide notice of their policy controlling the administration of surveys and questionnaires on certain sensitive topics, including political or religious beliefs and behavior involving sex or illegal conduct. For more information, see KGCS School Board Policy KFB: Administration of Surveys and Questionnaires and the Appendix.

**Release of Student Records to Armed Forces Recruiters and Educational Institutions**

Divisions must notify parents that they will release the names, addresses and telephone numbers of secondary students to all recruiters or institutions of higher education upon request, unless parents specifically request that this information not be released. Parents may opt-out of the release of this information to military recruiters by providing a written statement to that effect the student's school within the first 30 days of each school year. Such notification is valid for the current school year only and must be renewed annually.

**Safety Drills**

Fire Drills: Each school holds a fire drill at least twice during the first 20 school days of each session. Each school holds at least two additional fire drills during the remainder of the school session. Evacuation routes for students are posted in each room.

Lock-Down Drills: Each school has a lock-down drill at least once during the first 20 school days of each school session. Each school holds at least one additional lock- down drill after the first 60 days of the school session.

Pre-kindergarten and kindergarten students are exempt from mandatory participation in lock-down drills during the first 60 days of the school session. Parents may request that their PK and kindergarten children be exempt from lock-down drills during the first 60 days of school by notifying their teacher in writing. Pre-kindergarten and kindergarten students participate in each lock-down drill after the first 60 days of each school session.

School Bus Emergency Drills: Each school having school buses holds a drill in leaving school buses under emergency circumstances at least once during the first ninety calendar days of each school session and more often if necessary.

Tornado Drills: There is at least one tornado drill every school year in every school.

Emergency Situations: In addition to the drills mentioned above, the School Board provides training to each student and employee at least once each school year on safety procedures in the event of an emergency situation on school property.

*****THIS SERVES AS NOTICE THAT KGCS PARTICIPATES IN SAFETY DRILLS AS OUTLINED ABOVE.*****

**School Bus Rider Safety Rules**

A copy of bus rider safety rules shall be sent to parents at the beginning of the school year. The information shall include a request that parents or their designee accompany their young children to and from the bus stop. Please refer to RULE 10 in this Code of Conduct, KGCS School Board Policy EEA, and EEA-R: Student Transportation Services for more information.

**School Quality Profiles**

Virginia's new School Quality Profiles provide information about student achievement, college and career readiness, program completion, school safety, teacher quality and other topics of interest to parents and the public. School Quality Profiles are available for schools, school divisions and for the Commonwealth and can be found on the VDOE website.

**Scoliosis**

Each year, the state requires that school divisions notify all parents of students in grades 5-10 about a physical condition known as scoliosis. This condition affects about two or three percent of all adolescents and causes a curvature in the spine. The division's Scoliosis Information for Parents is available on the KGCS School Health Information website.

**Sex Offender and Crimes Against Minors Registry**

Every school board must notify parents of the board's policy regarding registered sex offenders. The Sex Offender and Crimes Against Minors Registry can be accessed online through the Virginia State Police website. Please view School Board Policy KN: Sex Offender Registry Notification for more information. Policy KN is excerpted below.

When the school division learns that any person other than the parent of an enrolled student, who is required to register with the Registry, but who has not been convicted of a Tier III offense, as defined in Va. Code § 9.1-902, seeks to be present at school or at school functions, the person is notified in writing that he or she is barred from being present at school or school functions without the express written approval of the principal of the school the person seeks to visit or which sponsors the event the person seeks to attend. Such approval must be obtained in advance of the proposed visit and, if obtained, will state the conditions under which the person may be present.

Principals consider requests to be present at school or at school sponsored activities from all persons who are required to register with the Registry but have not been convicted of a Tier III offense as defined in Va. Code § 9.1-902 in accordance with procedures established by the superintendent.

**Standards of Learning (SOLs) and Learning Objectives**

Every school must provide to parents the Standards of Learning applicable to their child's grade or course requirements and the approximate date and potential impact of the child's next SOL testing. The learning objectives developed in accordance with the provisions of 8VAC20-131-70 to be achieved at each grade level or, in high school, a copy of the syllabus for each course is also available from each of your child's teachers.

At the start of each school year, the school division publishes SOL testing information on the division website. Test administration varies by school and grade level. Parents, please check with your child's school for specific testing dates and times. Refer to School Board Policy IKF, Standards of Learning and Graduation Requirements.
State expectations for student learning and achievement can be accessed through the Virginia Department of Education website for the following subject areas: English, Mathematics, Science, History & Social Science, Family Life, Economics & Personal Finance, Fine Arts, Foreign Language, Computer Technology, Health, Physical Education, and Driver Education. This information is also available on the KGCS website.

**Tobacco and Nicotine Vapor Education**

Students receive annual instruction on the dangers of tobacco and other substances through school wide initiatives and Health instruction. Every school division must annually provide educational information to parents of students in grades K through 12 regarding the health dangers of tobacco and nicotine vapor products. Parents should visit the CDC website at
https://www.cdc.gov/tobacco/php/data-statistics/youth-data-tobacco/index.html
for help learning about and education children on the dangers of tobacco and other substances. If you have questions, please contact your child's PE and Health teacher for more information.

**Teacher Qualifications**

Divisions that receive Title I funds must notify the parents of each student attending any school receiving Title I funds that the parents may request information regarding the professional qualifications of their child's classroom teachers. Further, schools receiving Title I funds must give timely notice to parents if their child has been assigned or has been taught for four (4) or more consecutive weeks by a teacher who is not highly qualified, as defined by federal law. KGCS handles all such notifications on an individual student basis, when applicable. Information regarding the professional qualifications of the division's teachers may be obtained through the Department of Human Resources.

**Testing Transparency and Parent Opt-Out**

At the beginning of each school year, school divisions that receive Title I funds shall notify the parents of each student attending any school receiving Title I funds that the parents may request, and the division will provide (in a timely manner), information regarding any state or division policy regarding student participation in any assessments mandated by 20 U.S.C. § 6311(b)(2) and by the state or division, which shall include a policy, procedure, or parental right to opt the child out of such assessment, where applicable.

In addition, divisions that receive Title I funds shall make widely available through public means, including by posting in a clear and easily accessible manner on the division's website and, where practicable, on the website of each school in the division, for each grade, information on each assessment required by the state to comply with 20 U.S.C. § 6311, other assessments required by the state, and where such information is available and feasible to report, specified information regarding assessments required division wide by the division.

**Youth Health Risk Behavior Survey**

The school board must notify parents of each student enrolled in a middle or high school selected for participation in the survey of student health risk behaviors that their child may be randomly selected to participate in the survey unless the parent denies consent for the student's participation in writing prior to administration of the survey. The school division will provide such notice at least 30 days prior to administration of the survey. Please refer to KGCS School Board Policy JOB and Policy KFB for more information.

## APPENDIX C: School Board Policy JFC: Student Conduct

The King George County School Board establishes expectations for student conduct so that public education is conducted in an atmosphere free of disruption and threat to persons or property and supportive of individual rights. In addition to the types of conduct prohibited below, the superintendent issues Standards of Student Conduct and a list of possible actions for violations of those Standards. This Policy and the Standards of Student Conduct apply to all KGCS school students. They are enforced when the student's conduct occurs when the student is

- On school property.
- Traveling to school or from school.
- Traveling to, at, and from bus stops.
- In School Board vehicles.
- In attendance at any school-sponsored activity.
- Off school property if the conduct disrupts the learning environment.

The School Board and superintendent biennially review the model student conduct code developed by the Virginia Board of Education to incorporate into policy and the Standards of Student Conduct a range of discipline options and alternatives to preserve a safe and non-disruptive environment for effective learning and teaching.

Each parent of a student enrolled in KGCS has a duty to assist in enforcing this policy, the Standards of Student Conduct and compulsory school attendance in order that education may be conducted in an atmosphere free of disruption and threat to persons or property and supportive of individual rights.

This policy, the Standards of Student Conduct, a notice of the requirements of Va. Code § 22.1-279.3, and a copy of the compulsory school attendance law is sent to all parents within one calendar month of the opening of schools simultaneously with any other materials customarily distributed at that time. A statement for the parent's signature acknowledging the receipt of this policy, the Standards of Student Conduct, the requirements of Va. Code § 22.1-279.3 and the compulsory school attendance law is also sent. Parents are notified that by signing the statement of receipt, they are not deemed to waive, but expressly reserve, their rights protected by the constitution or laws of the United States or Virginia. Each school maintains records of the signed statements.

The school principal may request the student's parent or parents, if both have legal and physical custody, to meet with the principal or principal's designee to review this policy, the Standards of Student Conduct and the parent's or parents' responsibility to participate with the school in disciplining the student and maintaining order, to ensure the student's compliance with compulsory school attendance law and to discuss improvement of the child's behavior, school attendance and educational progress.

The school principal may notify the parents of any student who violates a School Board policy, the Standards of Student Conduct, or the compulsory school attendance requirements when such violation could result in the student's suspension or the filing of a court petition, whether or not the school administration has imposed such disciplinary action or filed such a petition. The notice shall state (1) the date and particulars of the violation; (2) the obligation of the parent to take actions to assist the school in improving the student's behavior and ensuring compliance with compulsory school attendance; (3) that, if the student is suspended, the parent may be required to accompany the student to meet with school officials; and (4) that a petition with the juvenile and domestic relations court may be filed under certain circumstances to declare the student a child in need of supervision.

The principal or principal's designee notifies the parent of any student involved in an incident required to be reported to the superintendent and Virginia Board of Education as described in Policy CLA Reporting Acts of Violence and Substance Abuse. If a parent fails to comply with the requirements of this Policy, the School Board may ask the Juvenile and Domestic Relations Court to proceed against the parent in accordance with the requirements of the Code of Virginia.

A parent, guardian or other person having control or charge of a student is notified in writing of any disciplinary action taken with regard to any incident upon which an adjudication of delinquency or conviction for an offense listed in Va. Code § 16.1-260.G was based and the reasons therefor. The parent or guardian is also notified of the parent or guardian's right to review, and to request an amendment of, the student's scholastic record, in accordance with regulations of the Board of Education governing the management of scholastic records.

Any student involved in a reportable drug or violent incident, as described in Policy CLA Reporting Acts of Violence and Substance Abuse, participates in prevention and intervention activities deemed appropriate by the superintendent or superintendent's designee. Further, any student who has been found to be in possession of or under the influence of drugs or alcohol on school property or at a school sponsored activity may be required to (1) undergo evaluation for drug or alcohol abuse and (2) participate in a drug and/or alcohol treatment program if recommended by the evaluator and if the parent consents.

The following conduct is prohibited. Students engaging in such conduct are subject to disciplinary action.

Bullying and Cyberbullying - Bullying is prohibited. Cyberbullying, including cyberbullying incidents that may occur outside of school property but between students enrolled in the school division, is prohibited. "Bullying" means any aggressive and unwanted behavior that is intended to harm, intimidate, or humiliate the victim; involves a real or perceived power imbalance between the aggressor or aggressors and victim; and is repeated over time or causes severe emotional trauma. "Bullying" includes cyberbullying. "Bullying" does not include ordinary teasing, horseplay, argument or peer conflict. "Cyberbullying" means bullying that occurs through the use of technology, including through cell phones and other electronic devices or technology capable of accessing the internet.

The principal or principal's designee notifies the parent of any student involved in an alleged incident of bullying within 24 hours of learning of the allegation of bullying. Any student who is a victim of cyberbullying or a witness to an instance of cyberbullying will be provided protections designed to ensure that such student is not deterred from reporting or seeking support for fear of retaliation, social alienation or rejection, or other negative treatment. Any student who is a victim of cyberbullying is provided with a list of support services and resources available through the student's school relating to reporting and seeking support after experiencing cyberbullying.

Gang Activity - Gang activity, as defined in Policy JFCE Gang Activity or Association, is prohibited.

Harassment - As provided in Policy JFHA/GBA Prohibition Against Harassment and Retaliation, students are prohibited from harassing other students, school staff, volunteers, student teachers or any other person present in school facilities or at school functions.

Hazing - Hazing is prohibited. Hazing means to recklessly or intentionally endanger the health or safety of a student or students or to inflict bodily harm on a student or students in connection with or for the purpose of initiation, admission into or affiliation with or as a condition for continued membership in a club, organization, association, fraternity, sorority, or student body regardless of whether the student or students so endangered or injured participated voluntarily in the relevant activity.

Intentional Injury of Others - Students are prohibited from intentionally injuring others.

Self-defense - Whether a student acted in self-defense is considered when the student's conduct is evaluated for disciplinary action.

Threats: Intimidation - Students are prohibited from making any verbal, written or physical threat of bodily injury to another person.

Trespassing - Students, including students who have been suspended or expelled, are subject to disciplinary action for trespassing on school property

Use and/or Possession of Alcohol, Tobacco Products, Nicotine Vapor Products, Anabolic Steroids, and Other Drugs - Students are prohibited from possessing, using, or distributing any of the restricted substances listed below on school property, on school buses or during school activities, on or off school property. Students are prohibited from attempting to possess, use, consume, procure and/or purchase, any of the restricted substances listed below or what is represented by or to the student to be any of the restricted substances listed below or what the student believes is any of the restricted substances listed below. Students are prohibited from being under the influence of any of the restricted substances listed below, regardless of whether the student's condition amounts to legal intoxication.

Restricted substances include but are not limited to alcohol, tobacco products as defined in Policy JFCH Tobacco Products and Nicotine Vapor Products, nicotine vapor products as defined in Policy JFCH Tobacco Products and Nicotine Vapor Products, inhalant products, and other controlled substances defined in the Drug Control Act, Chapter 15.1 of Title 54 of the Code of Virginia, such as anabolic steroids, stimulants, depressants, hallucinogens, marijuana, imitation and look-alike drugs, drug paraphernalia and any prescription or non-prescription drug possessed in violation of School Board policy.

In addition to any other consequences which may result, a student who is a member of a school athletic team will be ineligible for two school years to compete in interscholastic athletic competition if the school principal and the superintendent determine that the student used anabolic steroids during the training period immediately preceding or during the sport season of the athletic team, unless such steroid was prescribed by a licensed physician for a medical condition.

Use of Profane or Obscene Language and Conduct - Students are prohibited from using profane or obscene language or engaging in profane or obscene conduct.

Vandalism - Students are prohibited from vandalizing school property and the property of any School Board staff member or any other person. The School Board may recover damages sustained because of the willful or malicious destruction or, or damage to, public property pursuant to Policy ECAB Vandalism.

Last Revised: June 2, 2025

## APPENDIX D: School Board Policy KNAJ: Relations with Law Enforcement Authorities

**Investigations by Law Enforcement Officers at School**
When it becomes necessary for any law enforcement officer to interrogate a student on school premises, the principal is contacted immediately. The principal or principal's designee makes a reasonable effort to contact the parent or guardian and have the parent or guardian in attendance for the interrogation. If the parent or guardian cannot be present for the interrogation, then the principal or principal's designee is present throughout the interrogation.

**Service of Process at School**
Should there be a need to serve a student or school employee with any "legal process", the School Board encourages the process server to make all reasonable attempts to serve such documents off school premises; however, if the documents just be served on school premises, they should be served at the principal's office of the school which the student attends or the main office of the facility at which the employee is assigned.

In any case in which custody or visitation of a minor child is at issue and a summons is issued for the attendance and testimony of a teacher or other school employee who is not a party to the proceeding, if such summons is served on school property, it may be served only by a sheriff or his deputy.

**Development of Programs**
The superintendent seeks to develop, in cooperation with the local law enforcement agencies, juvenile and domestic relations court judges and personnel, parents, and the community at large, programs and procedures to prevent violence and crime on school property and at school-sponsored events. The superintendent obtains and uses Sex Offender Registry information in accordance with School Board Policy KN: Sex Offender and Crimes Against Minors Registry Information.

**Report to Law Enforcement Officials**
Except as may otherwise be required by federal law, regulation or jurisprudence, the principal immediately reports to the local law-enforcement agency all incidents involving alcohol, marijuana, a controlled substance, an imitation controlled substance, or an anabolic steroid on a school bus, on school property, or at a school- sponsored activity, including the theft or attempted theft of student prescription medications that may constitute a felony offense.

Except as may otherwise be required by federal law, regulation or jurisprudence, the principal immediately reports to the local law-enforcement agency all incidents involving:

- the sexual assault, death, shooting, stabbing, cutting, or wounding of any person, abduction of any person as described in Va. Code § 18.2-47 or § 18.2- 48, or stalking of any person as described in Va. Code § 18.2-60.3, on a school bus, on school property, or at a school-sponsored activity;
- any written threats against school personnel while on a school bus, on school property, or at a school-sponsored activity;
- the illegal carrying of a firearm, as defined in Va. Code § 22.1-277.07, onto school property;
- any illegal conduct involving firebombs, explosive materials or devices, or hoax explosive devices, as defined in Va. Code § 18.2-85, or explosive or incendiary devices, as defined in Va. Code § 18.2-433.1, or chemical bombs, as described in Va. Code §18.2-87.1, on a school bus, on school property, or at a school sponsored activity;
- and any threats or false threats to bomb, as described in Va. Code § 18.2-83, made against school personnel or involving school property or school buses
- except that a principal is not required to but may report to the local law-enforcement agency any incident involving any written threats against school personnel while on a school bus, on school property, or at a school-sponsored activity committed by a student who has a disability.

Except as may otherwise be required by federal law, regulation or jurisprudence, the principal may report to the local law-enforcement agency any incident described in Va. Code § 22.1-279.3:1.A that is not required to be reported pursuant to the two previous paragraphs. If the local law-enforcement agency employs school resource officers, the School Board and the agency have a memorandum of understanding that sets forth the powers and duties of the school resource officers. The memorandum of understanding addresses the use of seclusion and restraint by law enforcement personnel in school settings. The School Board and the law-enforcement agency review and amend or affirm the memorandum of understanding at least once every two years or at any time upon the request of either party. The School Board provides notice and an opportunity for public input during each review period for the memorandum of understanding. The current memorandum of understanding is conspicuously published on the division website.

Last Revised: July 25, 2022

## APPENDIX E: School Board Policy CLA: Reporting Acts of Violence and Substance Abuse

I. Acts Reported to the Superintendent and Principal

A. Reports are made to the superintendent and the principal or principal's designee on all incidents involving 1. alcohol, marijuana, a controlled substance, an imitation controlled substance, or an anabolic steroid on a school bus, on school property, or at a school-sponsored activity, including the theft or attempted theft of student prescription medications; 2. the assault and battery that results in bodily injury, of any person on a school bus, on school property, or at a school-sponsored activity; 3. the sexual assault, death, shooting, stabbing, cutting, or wounding of any person, abduction of any person as described in Va. Code § 18.2-47 or § 18.2-48, or stalking of any person as described in Va. Code § 18.2-60.3, on a school bus, on school property, or at a school-sponsored activity; 4. any written threats against school personnel while on a school bus, on school property, or at a school-sponsored activity; 5. the illegal carrying of a firearm, as defined in Va. Code § 22.1-277.07, onto school property; 6. any illegal conduct involving firebombs, explosive materials or devices, or hoax explosive devices, as defined in Va. Code § 18.2-85, or explosive or incendiary devices, as defined in Va. Code § 18.2-433.1, or chemical bombs, as described in Va. Code § 18.2-87.1, on a school bus, on school property, or at a school-sponsored activity; 7. any threats or false threats to bomb, as described in Va. Code § 18.2-83, made against school personnel or involving school property or school buses; 8. the arrest of any student for an incident occurring on a school bus, on school property, or at a school-sponsored activity, including the charge therefor; or 9. any illegal possession of weapons, alcohol, drugs or tobacco products. The principal of each school collects and maintains information on the above listed acts which occur on school property, on a school bus or at a school sponsored activity.

B. The superintendent and the principal or principal's designee receive reports from local law-enforcement authorities on offenses, wherever committed, by students enrolled at the school if the offense would be a felony if committed by an adult or would be a violation of the Drug Control Act (Va. Code § 54.1-3400 et seq.) and occurred on a school bus, on school property or at a school-sponsored activity, or would be an adult misdemeanor involving any incidents described in clauses 1-8 of subsection A and whether the student is released to the custody of the student's parent or, if 18 years of age or more, is released on bond. The superintendent may request that the reports include information regarding terms of release from detention, court dates and terms of any disposition orders entered by the court. When the superintendent receives notification that a juvenile has committed an act that would be a crime if committed by an adult pursuant to subsection G of Va. Code § 16.1- 260, the superintendent reports such information to the principal of the school in which the juvenile is enrolled.

II. Reporting Duties of the Principal and Superintendent

Except as may otherwise be required by federal law, regulation, or jurisprudence, each principal:

- immediately reports to the local law-enforcement agency any incident described in clause I.A.1 of this policy that may constitute a felony offense;
- immediately reports to the local law-enforcement agency any incident described in clauses I.A.3 through 7 of this policy except that a principal is not required to but may report to the local law-enforcement agency any incident described in clause I.A.4 committed by a student who has a disability;
- may report to the local law-enforcement agency any other incident described in clauses I.A.1 through 8 of this policy that is not required to be reported by the previous two bullets; and
- immediately reports any act enumerated in clauses I.A.1 through 5 of this policy that may constitute a criminal offense to the parents of any minor student who is the specific object of such act. The principal also reports whether the incident has been reported to local law enforcement pursuant to this policy and, if the incident has been so reported, that the parents may contact local law enforcement for further information.

The principal or principal's designee reports all incidents required to be reported pursuant to clause I.A of this policy to the superintendent. The superintendent annually reports all such incidents to the Department of Education for the purpose of recording the frequency of such incidents on forms that are provided by the Department and makes such information available to the public.

In submitting reports of such incidents, principals and superintendents accurately indicate any offenses, arrests or charges as recorded by law-enforcement authorities and required to be reported by such authorities pursuant to subsection I.B. of this policy.

The principal or principal's designee notifies the parent of any student involved in an incident required to be reported pursuant to this policy, regardless of whether disciplinary action is taken against such student or the nature of the disciplinary action. Such notice relates to only the relevant student's involvement and does not include information regarding other students.

III. Prevention and Intervention Activities

Whenever any student commits any reportable incident as set forth in this policy, such student is required to participate in such prevention and intervention activities as deemed appropriate by the superintendent or superintendent's designee.

The School Board develops, in cooperation with the local law-enforcement agencies, juvenile and domestic relations court judges and personnel, parents, and the community at large, programs to prevent violence and crime on school property and at school-sponsored events, which include research-based hazing prevention. Activities designed to prevent the recurrence of violence and crime, including hazing, may include such interventions as education relating to Virginia's criminal law, school crime lines, peer mediation, conflict resolution, community service requirements and any program focused on demonstrating the consequences of violence and crime. The School Board may develop and use a network of volunteer services in implementing prevention activities.

IV. Purpose
The purpose of reporting acts of violence and substance abuse is to develop a program of prevention activities to provide a safe environment conducive to learning.

Last Revised: August 5, 2024

## APPENDIX F: VA Code § 22.1-279.3. Parental responsibility and involvement requirements.

A. Each parent of a student enrolled in a public school has a duty to assist the school in enforcing the standards of student conduct and compulsory school attendance in order that education may be conducted in an atmosphere free of disruption and threat to persons or property, and supportive of individual rights.

B. A school board shall provide opportunities for parental and community involvement in every school in the school division.

C. Within one calendar month of the opening of school, each school board shall, simultaneously with any other materials customarily distributed at that time, send to the parents of each enrolled student (i) a notice of the requirements of this section; (ii) a copy of the school board's standards of student conduct; and (iii) a copy of the compulsory school attendance law. These materials shall include a notice to the parents that by signing the statement of receipt, parents shall not be deemed to waive, but to expressly reserve, their rights protected by the constitutions or laws of the United States or the Commonwealth and that a parent shall have the right to express disagreement with a school's or school division's policies or decisions.

Each parent of a student shall sign and return to the school in which the student is enrolled a statement acknowledging the receipt of the school board's standards of student conduct, the notice of the requirements of this section, and the compulsory school attendance law. Each school shall maintain records of such signed statements.

D. The school principal may request the student's parent or parents, if both parents have legal and physical custody of such student, to meet with the principal or designee to review the school board's standards of student conduct and the parent's or parents' responsibility to participate with the school in disciplining the student and maintaining order, to ensure the student's compliance with compulsory school attendance law, and to discuss improvement of the child's behavior, school attendance, and educational progress.

E. In accordance with the due process procedures set forth in this article and the guidelines required by § 22.1-279.6, the school principal or his designee shall notify the parents of any student who violates a school board policy or the compulsory school attendance requirements when such violation is likely to result in the student's suspension or the filing of a court petition, whether or not the school administration has imposed such disciplinary action or filed a petition. The notice shall state (i) the date and particulars of the violation; (ii) the obligation of the parent to take actions to assist the school in improving the student's behavior and ensuring compulsory school attendance compliance; (iii) that, if the student is suspended, the parent may be required to accompany the student to meet with school officials; and (iv) that a petition with the juvenile and domestic relations district court may be filed under certain circumstances to declare the student a child in need of supervision.

F. No suspended student shall be admitted to the regular school program until such student and his parent have met with school officials to discuss improvement of the student's behavior, unless the school principal or designee determines that readmission, without parent conference, is appropriate for the student.

G. Upon the failure of a parent to comply with the provisions of this section, the school board may, by petition to the juvenile and domestic relations district court, proceed against such parent for willful and unreasonable refusal to participate in efforts to improve the student's behavior or school attendance, as follows:

1. If the court finds that the parent has willfully and unreasonably failed to meet, pursuant to a request of the principal as set forth in subsection D, to review the school board's standards of student conduct and the parent's responsibility to assist the school in disciplining the student and maintaining order, and to discuss improvement of the child's behavior and educational progress, it may order the parent to so meet; or

2. If the court finds that a parent has willfully and unreasonably failed to accompany a suspended student to meet with school officials pursuant to subsection F, or upon the student's receiving a second suspension or being expelled, it may order the student or his parent, or both, to participate in such programs or such treatment, including, but not limited to, extended day programs, summer school, other educational programs and counseling, as the court deems appropriate to improve the student's behavior or school attendance. The order may also require participation in a parenting, counseling, or mentoring program, as appropriate or that the student or his parent, or both, shall be subject to such conditions and limitations as the court deems appropriate for the supervision, care, and rehabilitation of the student or his parent. In addition, the court may order the parent to pay a civil penalty not to exceed $500.

H. The civil penalties established pursuant to this section shall be enforceable in the juvenile and domestic relations district court in which the student's school is located and shall be paid into a fund maintained by the appropriate local governing body to support programs or treatments designed to improve the behavior of students as described in subdivision G 2. Upon the failure to pay the civil penalties imposed by this section, the attorney for the appropriate county, city, or town shall enforce the collection of such civil penalties.

I. All references in this section to the juvenile and domestic relations district court shall be also deemed to mean any successor in interest of such court.

Last Revised: 2023

## APPENDIX G: VA Code § 22.1-254. Compulsory attendance required; excuses and waivers; alternative education program attendance; exemptions from article.

A. As used in this subsection, "attend" includes participation in educational programs and courses at a site remote from the school with the permission of the school and in conformity with applicable requirements.

Except as otherwise provided in this article, every parent, guardian, or other person in the Commonwealth having control or charge of any child who will have reached the fifth birthday on or before September 30 of any school year and who has not passed the eighteenth birthday shall, during the period of each year the public schools are in session and for the same number of days and hours per day as the public schools, cause such child to attend a public school or a private, denominational, or parochial school or have such child taught by a tutor or teacher of qualifications prescribed by the Board and approved by the division superintendent, or provide for home instruction of such child as described in § 22.1-254.1.

As prescribed in the regulations of the Board, the requirements of this section may also be satisfied by causing a child to attend an alternative program of study or work/study offered by a public, private, denominational, or parochial school or by a public or private degree-granting institution of higher education. Further, in the case of any five-year-old child who is subject to the provisions of this subsection, the requirements of this section may be alternatively satisfied by causing the child to attend any public educational pre-kindergarten program, including a Head Start program, or in a private, denominational, or parochial educational pre-kindergarten program.

Instruction in the home of a child or children by the parent, guardian, or other person having control or charge of such child or children shall not be classified or defined as a private, denominational, or parochial school.

The requirements of this section shall apply to (i) any child in the custody of the Department of Juvenile Justice or the Department of Corrections who has not passed his eighteenth birthday and (ii) any child whom the division superintendent has required to take a special program of prevention, intervention, or remediation as provided in subsection C of § 22.1-253.13:1 and in § 22.1-254.01. The requirements of this section shall not apply to (a) any person 16 through 18 years of age who is housed in an adult correctional facility when such person is actively pursuing the achievement of a passing score on a high school equivalency examination approved by the Board but is not enrolled in an individual student alternative education plan pursuant to subsection E, and
(b) any child who has obtained a high school diploma or its equivalent, a certificate of completion, or has achieved a passing score on a high school equivalency examination approved by the Board, or who has otherwise complied with compulsory school attendance requirements as set forth in this article.

B. A school board shall excuse from attendance at school:

1. Any pupil who, together with his parents, by reason of bona fide religious training or belief is conscientiously opposed to attendance at school. For purposes of this subdivision, "bona fide religious training or belief" does not include essentially political, sociological, or philosophical views or a merely personal moral code; and
2. On the recommendation of the juvenile and domestic relations district court of the county or city in which the pupil resides and for such period of time as the court deems appropriate, any pupil who, together with his parents, is opposed to attendance at a school by reason of concern for such pupil's health, as verified by competent medical evidence, or by reason of such pupil's reasonable apprehension for personal safety when such concern or apprehension in that pupil's specific case is determined by the court, upon consideration of the recommendation of the principal and division superintendent, to be justified.

C. Each local school board shall develop policies for excusing students who are absent by reason of observance of a religious holiday. Such policies shall ensure that a student shall not be deprived of any award or of eligibility or opportunity to compete for any award, or of the right to take an alternate test or examination, for any which he missed by reason of such absence if the absence is verified in a manner acceptable to the school board.

D. A school board may excuse from attendance at school:

1. On recommendation of the principal and the division superintendent and with the written consent of the parent or guardian, any pupil who the school board determines, in accordance with regulations of the Board, cannot benefit from education at such school; or
2. On recommendation of the juvenile and domestic relations district court of the county or city in which the pupil resides, any pupil who, in the judgment of such court, cannot benefit from education at such school.

E. Local school boards may allow the requirements of subsection A to be met under the following conditions:

For a student who is at least 16 years of age, there shall be a meeting of the student, the student's parents, and the principal or his designee of the school in which the student is enrolled in which an individual student alternative education plan shall be developed in conformity with guidelines prescribed by the Board, which plan must include:

1. Career guidance counseling;
2. Mandatory enrollment and attendance in a preparatory program for passing a high school equivalency examination approved by the Board or other alternative education program approved by the local school board with attendance requirements that provide for reporting of student attendance by the chief administrator of such preparatory program or approved alternative education program to such principal or his designee;
3. Mandatory enrollment in a program to earn a Board -approved career and technical education credential, such as the successful completion of an industry certification, a state licensure examination, a national occupational competency assessment, the Armed Services Vocational Aptitude Battery, or the Virginia workplace readiness skills assessment;
4. Successful completion of the course in economics and personal finance required to earn a Board -approved high school diploma;
5. Counseling on the economic impact of failing to complete high school; and
6. Procedures for reenrollment to comply with the requirements of subsection A.

A student for whom an individual student alternative education plan has been granted pursuant to this subsection and who fails to comply with the conditions of such plan shall be in violation of the compulsory school attendance law, and the division superintendent or attendance officer of the school division in which such student was last enrolled shall seek immediate compliance with the compulsory school attendance law as set forth in this article.

Students enrolled with an individual student alternative education plan shall be counted in the average daily membership of the school division.

F. A school board may, in accordance with the procedures set forth in Article 3 (§ 22.1-276.01 et seq.) of Chapter 14 and upon a finding that a school-age child has been (i) charged with an offense relating to the Commonwealth's laws, or with a violation of school board policies, on weapons, alcohol or drugs, or intentional injury to another person; (ii) found guilty or not innocent of a crime that resulted in or could have resulted in injury to others, or of an offense that is required to be disclosed to the superintendent of the school division pursuant to subsection G of § 16.1-260; (iii) suspended pursuant to § 22.1-277.05; or (iv) expelled from school attendance pursuant to § 22.1-277.06 or 22.1-277.07 or subsection C of § 22.1-277, require the child to attend an alternative education program as provided in § 22.1-209.1:2 or 22.1-277.2:1.

G. Whenever a court orders any pupil into an alternative education program, including a program preparing students for a high school equivalency examination approved by the Board, offered in the public schools, the local school board of the school division in which the program is offered shall determine the appropriate alternative education placement of the pupil, regardless of whether the pupil attends the public schools it supervises or resides within its school division.

The juvenile and domestic relations district court of the county or city in which a pupil resides or in which charges are pending against a pupil, or any court in which charges are pending against a pupil, may require the pupil who has been charged with (i) a crime that resulted in or could have resulted in injury to others, (ii) a violation of Article 1 (§ 18.2-77 et seq.) of Chapter 5 of Title 18.2, or (iii) any offense related to possession or distribution of any Schedule I, II, or III controlled substances to attend an alternative education program, including, but not limited to, night school, adult education, or any other education program designed to offer instruction to students for whom the regular program of instruction may be inappropriate.

This subsection shall not be construed to limit the authority of school boards to expel, suspend, or exclude students, as provided in §§ 22.1-277.04, 22.1- 277.05, 22.1-277.06, 22.1-277.07, and 22.1-277.2. As used in this subsection, the term "charged" means that a petition or warrant has been filed or is pending against a pupil.

H. Within one calendar month of the opening of school, each school board shall send to the parents or guardian of each student enrolled in the division a copy of the compulsory school attendance law and the enforcement procedures and policies established by the school board.

I. The provisions of this article shall not apply to:
1. Children suffering from contagious or infectious diseases while suffering from such diseases;
2. Children whose immunizations against communicable diseases have not been completed as provided in § 22.1-271.2;
3. Children under 10 years of age who live more than two miles from a public school unless public transportation is provided within
4. one mile of the place where such children live;
5. Children between the ages of 10 and 17, inclusive, who live more than 2.5 miles from a public school unless public transportation is provided within 1.5 miles of the place where such children live; and
6. Children excused pursuant to subsections B and D.

Further, any child who will not have reached his sixth birthday on or before September 30 of each school year whose parent or guardian notifies the appropriate school board that he does not wish the child to attend school until the following year because the child, in the opinion of the parent or guardian, is not mentally, physically, or emotionally prepared to attend school, may delay the child's attendance for one year.

The distances specified in subdivisions 3 and 4 of this subsection shall be measured or determined from the child's residence to the entrance to the school grounds or to the school bus stop nearest the entrance to the residence of such children by the nearest practical routes which are usable for walking or riding. Disease shall be established by the certificate of a reputable practicing physician in accordance with regulations adopted by the Board.

J. Subject to guidelines established by the Department of Education, any student who is absent from school due to his mental or behavioral health shall be granted an excused absence.

K. Subject to guidelines established by the Department of Education, each school board (i) shall permit one school day-long excused absence per school year for any middle school or high school student in the local school division who is absent from school to engage in a civic event and (ii) may permit additional excused absences for such students who are absent for such purpose. Local school boards may require that the student provide advance notice of the intended absence and require that the student provide documentation of participation in a civic event.

L. Subject to guidelines established by the Department, any student who is a member of a state-recognized or federally recognized tribal nation that is headquartered in the Commonwealth and who is absent from school to attend such tribal nation's pow wow gathering shall be granted one excused absence per academic year, provided that the parent of such student provides to the student's school advance notice of such absence in the manner required by the school.

Last Revised: 2022

## APPENDIX H: Notification of Rights under FERPA for Elementary and Secondary Schools

The Family Educational Rights and Privacy Act (FERPA) affords parents and students who are 18 years of age or older ("eligible students") certain rights with respect to the student's education records. These rights are:

1. The right to inspect and review the student's education records within 45 days after the day KGCS receives a request for access. Parents or eligible students who wish to inspect their child's or their education records should submit to the school principal or custodian of records a written request that identifies the records they wish to inspect. The school official will make arrangements for access and notify the parent or eligible student of the time and place where the records may be inspected.

2. The right to request the amendment of the student's education records that the parent or eligible student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA. Parents or eligible students who wish to ask KGCS to amend their child's or their education record should write the school principal, clearly identify the part of the record they want changed, and specify why it should be changed. If the school decides not to amend the record as requested by the parent or eligible student, the school will notify the parent or eligible student of the decision and of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3. The right to provide written consent before the school discloses personally identifiable information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent. One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests.

The criteria for determining who constitutes a school official and what constitutes a legitimate educational interest must be set forth in the school's or school district's annual notification for FERPA rights.

A school official typically includes a person employed by the school or school district as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel) or a person serving on the school board.

A school official also may include a volunteer, contractor, or consultant who, while not employed by the school, performs an institutional service or function for which the school would otherwise use its own employees and who is under the direct control of the school with respect to the use and maintenance of PII from education records, such as an attorney, auditor, medical consultant, or therapist; a parent or student volunteering to serve on an official committee, such as a disciplinary or grievance committee; or a parent, student, or other volunteer assisting another school official in performing his or her tasks.

A school official typically has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.

Upon request, the school discloses education records without consent to officials of another school or school district in which a student seeks or intends to enroll, or is already enrolled if the disclosure is for purposes of the student's enrollment or transfer.

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the [School] to comply with the requirements of FERPA. The name and address of the Office that administers FERPA are:

Student Privacy Policy Office
U.S. Department of Education
400 Maryland Avenue
SW Washington, DC 20202

FERPA permits the disclosure of PII from students' education records, without consent of the parent or eligible student, if the disclosure meets certain conditions found in §99.31 of the FERPA regulations. Except for disclosures to school officials, disclosures related to some judicial orders or lawfully issued subpoenas, disclosures of directory information, and disclosures to the parent or eligible student, §99.32 of the FERPA regulations requires the school to record the disclosure. Parents and eligible students have a right to inspect and review the record of disclosures. A school may disclose PII from the education records of a student without obtaining prior written consent of the parents or the eligible student –

- To other school officials, including teachers, within the educational agency or institution whom the school has determined to have legitimate educational interests. This includes contractors, consultants, volunteers, or other parties to whom the school has outsourced institutional services or functions, provided that the conditions listed in §99.31(a)(1)(i)(B)(1) - (a)(1)(i)(B)(3) are met. (§99.31(a)(1))
- To officials of another school, school system, or institution of postsecondary education where the student seeks or intends to enroll, or where the student is already enrolled if the disclosure is for purposes related to the student's enrollment or transfer, subject to the requirements of §99.34. (§99.31(a)(2))
- To authorized representatives of the U. S. Comptroller General, the U. S. Attorney General, the U.S. Secretary of Education, or State and local educational authorities, such as the State educational agency in the parent or eligible student's State (SEA). Disclosures under this provision may be made, subject to the requirements of §99.35, in connection with an audit or evaluation of Federal- or State-supported education programs, or for the enforcement of or compliance with Federal legal requirements that relate to those programs. These entities may make further disclosures of PII to outside entities that are designated by them as their authorized representatives to conduct any audit, evaluation, or enforcement or compliance activity on their behalf.
- In connection with financial aid for which the student has applied or which the student has received, if the information is necessary to determine eligibility for the aid, determine the amount of the aid, determine the conditions of the aid, or enforce the terms and conditions of the aid.
- To State and local officials or authorities to whom information is specifically allowed to be reported or disclosed by a State statute that concerns the juvenile justice system and the system's ability to effectively serve, prior to adjudication, the student whose records were released, subject to §99.38.
- To organizations conducting studies for, or on behalf of, the school, in order to: (a) develop, validate, or administer predictive tests; (b) administer student aid programs; or (c) improve instruction.
- To accrediting organizations to carry out their accrediting functions.
- To parents of an eligible student if the student is a dependent for IRS tax purposes.
- To comply with a judicial order or lawfully issued subpoena.
- To appropriate officials in connection with a health or safety emergency, subject to §99.36.
- Information the school has designated as "directory information" under
- §99.37.
- To an agency caseworker or other representative of a State or local child welfare agency or tribal organization who is authorized to access a student's case plan when such agency or organization is legally responsible, in accordance with State or tribal law, for the care and protection of the student in foster care placement.
- To the Secretary of Agriculture or authorized representatives of the Food and Nutrition Service for purposes of conducting program monitoring, evaluations, and performance measurements of programs authorized under the Richard B. Russell National School Lunch Act or the Child Nutrition Act of 1966, under certain conditions.

Last Revised: USED April 2020

## **APPENDIX I:** Notice for Directory Information

The Family Educational Rights and Privacy Act (FERPA), a Federal law, requires that KGCS, with certain exceptions, obtain your written consent prior to the disclosure of personally identifiable information from your child's education records. However, KGCS may disclose appropriately designated "directory information" without written consent, unless you have advised KGCS to the contrary.

If you wish to restrict the release of Directory Information, you must notify KGCS in writing by September 15 or within 30 days of enrollment for students entering during the school year. This restriction will be valid through September 15 of the following school year and must be updated annually.

The primary purpose of directory information is to allow KGCS to include this type of information from your child's education records in publications.

Examples include, but are not limited to:

- A playbill, showing your student's role in a drama production;
- School yearbook;
- Honor roll, graduation programs, or other recognition lists; and
- Sports programs showing weight and height of team members.

Directory information, which is information that is generally not considered harmful or an invasion of privacy if released, can also be disclosed to outside organizations without a parent's prior written consent.

Outside organizations may include, but are not limited to, companies that KGCS has entered into contracts with to provide services for students and families, such as class rings or yearbooks.

In addition, two federal laws require local educational agencies (LEAs) receiving assistance under the Elementary and Secondary Education Act of 1965 (ESEA) to provide military recruiters, upon request, with the following information – names, addresses and telephone listings – unless parents have advised the LEA that they do not want their student's information disclosed without their prior written consent.

No school discloses the address, telephone number, or email address of a student pursuant to the Virginia Freedom of Information Act unless the parent or eligible student affirmatively consents in writing to such disclosure.

KGCS has designated the following information as directory information:

- Student's Name
- Address
- Telephone listing
- Electronic mail address (email)
- Photograph
- Date and place of birth
- Major field of study
- Dates of attendance
- Grade level
- Participation in officially recognized activities and sports
- Weight and height of members of athletic teams
- Degrees, honors, and awards received
- The most recent educational agency or institution attended
- Student ID number, user ID, or another unique personal identifier used to communicate in electronic systems but only if the identifier cannot be used to gain access to education records except when used in conjunction with one or more factors that authenticate the user's identity, such as a PIN, password, or other factor known or possessed only by the authorized user.

Last Revised: USED 2011

**VIRGINIA UPDATE:** VDOE entered into a Memorandum of Agreement (MOA) with Navy Talent Acquisition Group Richmond (NTAG Richmond) for the purpose of sharing student "directory information".

As such, directory info for students in grades 11-12 will be collected twice per year (October and April) and will be used by military recruiters in Virginia to provide students with information concerning training, employment, and scholarship opportunities available through the military.

Parents and eligible students (18 years or older) may opt-out of this release of information by completing the "Opt-Out: Release of Information to Military Recruiters" form in the counseling office.

Last Revised: June 24, 2024

## **APPENDIX J:** Notification of Rights Under the Protection of Pupil Rights Amendment (PPRA)

PPRA affords parents of elementary and secondary students certain rights regarding the conduct of surveys, collection and use of information for marketing purposes, and certain physical exams. These include, but are not limited to, the right to:

*Consent* before students are required to submit to a survey that concerns one or more of the following protected areas ("protected information survey") if the survey is funded in whole or in part by a program of the U.S. Department of Education (ED)–

1. Political affiliations or beliefs of the student or student's parent;
2. Mental or psychological problems of the student or student's family;
3. Sex behavior or attitudes;
4. Illegal, anti-social, self-incriminating, or demeaning behavior;
5. Critical appraisals of others with whom respondents have close family relationships;
6. Legally recognized privileged relationships, such as with lawyers, doctors, or ministers;
7. Religious practices, affiliations, or beliefs of the student or student's parent;
8. Income, other than as required by law to determine program eligibility.

*Receive notice and an opportunity to opt a student out of* –

1. Any other protected information survey, regardless of funding;
2. Any non-emergency, invasive physical exam or screening required as a condition of attendance, administered by the school or its agent, and not necessary to protect the immediate health and safety of a student, except for hearing, vision, or scoliosis screenings, or any physical exam or screening permitted or required under State law; and
3. Activities involving collection, disclosure, or use of personal information collected from students for marketing or to sell or otherwise distribute the information to others. (This does not apply to the collection, disclosure, or use of personal information collected from students for the exclusive purpose of developing, evaluating, or providing educational products or services for, or to, students or educational institutions.)

*Inspect*, upon request and before administration or use –

1. Protected information surveys of students and surveys created by a third party;
2. Instruments used to collect personal information from students for any of the above marketing, sales, or other distribution purposes; and
3. Instructional material used as part of the educational curriculum.

These rights transfer from the parents to a student who is 18 years old or an emancipated minor under State law.

King George County Schools (KGCS) has developed policies, in consultation with parents, regarding these rights, as well as arrangements to protect student privacy in the administration of protected information surveys and the collection, disclosure, or use of personal information for marketing, sales, or other distribution purposes. KGCS will directly notify parents of these policies at least annually at the start of each school year and after any substantive changes. KGCS will also directly notify, such as through U.S. Mail or email, parents of students who are scheduled to participate in the specific activities or surveys noted below and will provide an opportunity for the parent to opt his or her child out of participation of the specific activity or survey. KGCS will make this notification to parents at the beginning of the school year if the District has identified the specific or approximate dates of the activities or surveys at that time. For surveys and activities scheduled after the school year starts, parents will be provided reasonable notification of the planned activities and surveys listed below and be provided an opportunity to opt their child out of such activities and surveys. Parents will also be provided an opportunity to review any pertinent surveys. Following is a list of the specific activities and surveys covered under this direct notification requirement:

- Collection, disclosure, or use of personal information collected from students for marketing, sales, or other distribution.
- Administration of any protected information survey not funded in whole or in part by ED.
- Any non-emergency, invasive physical examination or screening as described above.

Parents who believe their rights have been violated may file a complaint with:

Student Privacy Policy Office
U.S. Department of Education
400 Maryland Avenue
SW Washington, D.C. 20202

Last Revised: USED April 2020

## APPENDIX K: Glossary of Terms

In addition to definitions listed in the Code of Virginia, KGCS School Board Policies, and this handbook, and unless the context requires a different meaning, below are definitions of terms used throughout this handbook.

**Aggravating Circumstances:** §22.1-277 and §22.1-277.05 defines aggravating circumstances as: i. That a student engaged in misconduct which caused serious harm (including but not limited to physical, emotional, and psychological harm) to another person(s) or posed a credible threat of serious harm to another person(s), as determined by a threat assessment; or ii. That a student's presence in the school poses an ongoing and unreasonable risk to the safety of the school, its students, staff, or others in the school; or iii. That a student engaged in a serious offense that is: a) persistent (repeated similar behaviors are documented on the student's disciplinary record), and b) unresponsive to targeted interventions as documented through an established intervention process.

**Alternative education programs:** Shall include, but not be limited to, night school, adult education, or another education program designed to offer instruction to students for whom the regular program of instruction may be inappropriate. VA Code § 22.1-276.01

**Alternative nicotine product:** Any noncombustible product containing nicotine that is intended for human consumption, whether chewed, absorbed, dissolved, or ingested by any other means. "Alternative nicotine product" does not include any nicotine vapor product, tobacco product, or product regulated as a drug or device by the U.S. Food and Drug Administration (FDA) under Chapter V (21 U.S.C. § 351 et seq.) of the Federal Food, Drug, and Cosmetic Act. VA Code § 18.2-371.2.

**Arson:** Unlawfully and intentionally damaging or attempting to damage any school or personal property by fire or incendiary device. Firecrackers, fireworks, and trash can fires would be included in this category if they were contributing factors to a damaging fire.

**Attendance plan:** A plan developed jointly by a school representative, such as a school principal or designee or attendance officer; parent; and student to resolve the student's nonattendance and engage the student in regular school attendance. The plan shall identify reasons for nonattendance and academic, social, emotional, and familial barriers that impede daily attendance along with positive strategies to address such reasons and impedances and support regular attendance. This plan may include school-based activities or suggested referrals to community supports, or both.

**Behavioral Intervention Plan (BIP):** Refers to a set of behavioral intervention strategies devised for students who have been identified as chronic disciplinary problem students.

**Bus Suspension:** The student is suspended from the bus for a specified period of time by the local school administrator. The student is expected to attend school, but the parents are responsible for providing transportation to and from school.

**Court referral for compliance with compulsory attendance:** Filing a complaint with the court system against the student for refusing to attend school and/or against the parent for failure to support school efforts or refusal to comply with the compulsory attendance statutes. Va. Code § 22.1-267 states
that, "Any child permitted by any parent/ guardian, or other person having control thereof to be habitually absent from school contrary to the provisions of [the law] may be proceeded against as a child in need of supervision as provided in Chapter 11 (§ 16.1-226 et seq.) of Title 16.1."

**Cyberbullying:** VA Code §18.2-152.7:1 states that "If any person, with the intent to coerce, intimidate, or harass any person, shall use a computer or computer network to communicate obscene, vulgar, profane, lewd, lascivious, or indecent language, or make any suggestion or proposal of an obscene nature, or threaten any illegal or immoral act he shall be guilty of a Class 1 misdemeanor."

**Destructive device:** Means (i) any explosive, incendiary, or poison gas, bomb, grenade, rocket having a propellant charge of more than four ounces, missile having an explosive or incendiary charge of more than one-quarter ounce, mine, or other similar device; (ii) any weapon, except a shotgun or a shotgun shell generally recognized as particularly suitable for sporting purposes, by whatever name known that will, or may be readily converted to, expel a projectile by the action of an explosive or other propellant, and that has any barrel with a bore of more than one-half inch in diameter that is homemade or was not made by a duly licensed weapon manufacturer, any fully automatic firearm, any sawed- off shotgun or sawed-off rifle as defined in § 18.2-299 or any firearm prohibited from civilian ownership by federal law; and (iii) any combination of parts either designed or intended for use in converting any device into any destructive device described in this subsection and from which a destructive device may be readily assembled. "Destructive device" does not include any device that is not designed or redesigned for use as a weapon, or any device originally designed for use as a weapon and that is redesigned for use as a signaling, pyrotechnic, line-throwing, safety, or other similar device, nor shall it include any antique firearm as defined in subsection G of § 18.2-308.2:2.

**Due Process:** A student is afforded oral or written notice of charges against him/her and is given an opportunity for a review, hearing, or other procedural rights in accordance with state and federal laws.

**Electronic smoking device:** Any device that may be used to deliver any aerosolized or vaporized substance to the person inhaling from the device, including an e-cigarette, e-cigar, e-pipe, vape pen, or e-hookah. "Electronic smoking device" includes any component, part, or accessory of the device, whether or not sold separately, and also includes any substance intended to be aerosolized or vaporized during the use of the device, whether or not the substance contains nicotine. "Electronic smoking device" does not include any (i) battery or battery charger when sold separately or (ii) device used for heated tobacco products. "Electronic smoking device" does not include drugs or devices, as such terms are defined in 21 U.S.C. § 321, or combination products, as such term is used in 21 U.S.C. § 353, if such drugs, devices, or combination products are authorized for sale by the U.S. Food and Drug Administration. § 18.2-371.2.

**Exclusion:** A Virginia school board's denial of school admission to a student who has been expelled or has been placed on a long-term suspension of more than thirty (30) calendar days by another School Board or a private school, either in Virginia or another state, or for whom admission has been withdrawn by a private school in Virginia or another state. VA Code § 22.1-276.01

**Expulsion:** Any disciplinary action imposed by a school board or a committee thereof, as provided in school board policy, whereby a student is not permitted to attend school within the school division and is ineligible for readmission for 365 calendar days after the date of the expulsion. VA Code § 22.1-276.01

**Fighting:** The key element differentiating fighting from assault is the mutual nature of contact. The definition developed for use in the Virginia Department of Education report on discipline, crime and violence is, "Fighting with no/minor injury - Mutual participation in an incident involving physical violence, where there is no or minor injury."

**Firearm:** Any weapon, including a starter gun, that will, or is designed or may readily be converted to, expel single or multiple projectiles by the action of an explosion of a combustible material or the frame or receiver of any such weapon. "Firearm" does not include any pneumatic gun, as defined in subsection E of § 15.2-915.4.

**IEP:** An Individualized Education Program (IEP) supports a student with disabilities who requires specially designed instruction and related services.

**In-School Suspension (ISS):** A disciplinary measure that permits the student to attend school but prohibits him or her from attending in his or her regular classes. Students assigned to ISS are not permitted to participate in extracurricular activities on the date of their ISS assignment.

**Long-term suspension:** Any disciplinary action whereby a student is not permitted to attend school for 11 to 45 school days. VA Code § 22.1-276.01

**Multi-disciplinary team:** A type of School Based Intervention Team that may be convened to participate in prevention, early intervention, and provision of support services. Services should address academic, social, emotional, and familial issues. Team members may include, but are not limited to: an administrator, school counselor, social worker or psychologist, student assistance specialist, special education and regular education teacher, and attendance officer.

**Nicotine vapor product:** Any noncombustible product containing nicotine that employs a heating element, power source, electronic circuit, or other electronic, chemical, or mechanical means, regardless of shape or size, which can be used to produce vapor from nicotine in a solution or other form. "Nicotine vapor product" includes any electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device and any cartridge or other container of nicotine in a solution or other form that is intended to be used with or in an electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device. "Nicotine vapor product" does not include any product regulated by the FDA under Chapter V (21 U.S.C. § 351 et seq.) of the Federal Food, Drug, and Cosmetic Act. VA Code § 18.2-371.2.

**Other Firearms:** Any firearms other than handguns, rifles or shotguns as defined in Section 921, Title 18 of the United States Code. According to Section 921, the following are within the definitions:

1. any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile from the action of any explosive
2. the frame or receiver of any weapon described above
3. any firearm muffler or firearm silencer
4. any destructive device, which includes:
   a. any explosive, incendiary, or poison gas:
      - Bomb
      - Grenade
      - Rocket having a propellant charge of more than four ounces
      - Missile having an explosive or incendiary charge of more than one-quarter ounce
      - Mine, or
      - Similar device;
   b. any weapon which will, or which may be readily converted to expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter.
   c. any combination or parts either designed or intended for use in converting any device into any destructive device described in the two immediately preceding examples, and from which a destructive device may be readily assembled.

**Parent(s)**: Parent or parents, guardian or guardians, legal custodian or legal custodians, or other person or persons having legal control or charge of the student. All references to parent, parent, legal guardian, guardian, or similar language are included and used interchangeably.

**Possession:** Possession, as it relates to drugs, weapons, or other items prohibited by policy or school rules is defined as:

- On one's person;
- Within a personal item owned, controlled, or possessed by a student (e.g., purse, backpack, etc.);
- In property under the student's control (e.g., locker, desk, car);
- Items knowingly brought onto school property or school-sponsored events, even if not directly on the student (e.g., giving a friend a weapon or drug to hold).

The term possession, as it relates to alcohol or drugs, may also include having ingested such alcohol or drug or being under the influence of such alcohol or drug.

**Retaliation:** Retaliation against students or school personnel who report harassment or participate in any related proceedings is prohibited and is subject to disciplinary action. Retaliation is any form of intimidation, reprisal, harassment, or adverse action taken against a student or staff member because they reported misconduct, participated in an investigation, or exercised their rights under school policies or the law.

**School property:** Any real property owned or leased by the school board or any vehicle owned or leased by the school board or operated by or on behalf of the school board.

**School Resource Officer (SRO):** A certified law enforcement officer hired by the local law enforcement agency to provide law enforcement and security services to Virginia public elementary and secondary schools. VA Code § 9.1- 101

**Self-Defense:** When a non-aggressor uses force against another person when they reasonably believe that the force is necessary to protect themselves from imminent use of unlawful force by the other person.

Self-defense may be considered as a mitigating factor but is not automatically an exemption from discipline.

VDOE Model Guidance recommends self-defense to require all or most of the following conditions be met:

- The student was not the aggressor.
- There was no/limited opportunity to retreat or avoid the conflict.
- The student used only the force necessary to stop the threat.
- The student reported the incident to school staff or an administrator as soon as possible.

**Sexual harassment:** Unwelcome sexual advances, requests for sexual favors, sexually motivated physical conduct or other verbal or physical conduct or communication of a sexual nature, including gender-based harassment that creates an intimidating, hostile, or offensive educational or work environment. Further details School Board Policy JB-R: Procedures for Resolving Complaints.

**Short-term suspension:** Any disciplinary action whereby a student is not permitted to attend school for a period not to exceed 10 school days. VA Code § 22.1-276.01

**Student Disciplinary Hearing:** A hearing in which the School Board hears the evidence presented, determines if the student has violated any rules of the student behavior code, and, if so, what additional consequences are appropriate.

**Superintendent's designee:** For the purposes of §§ 22.1-277.04, 22.1-277.05, 22.1-277.2, and 22.1-277.2:1, a (i) trained hearing officer or (ii) professional employee within the administrative offices of the school division who reports directly to the division superintendent and who is not a school-based instructional or administrative employee. VA Code § 22.1-276.01

**Timeout:** The temporary denial of a student's participation in class or school activity during which the student will be assigned to a specific place for a specific period of time.

**Tobacco product:** Any product made of tobacco and includes cigarettes, cigars, smokeless tobacco, pipe tobacco, bidis, and wrappings. "Tobacco product" does not include any nicotine vapor product, alternative nicotine product, or product that is regulated by the FDA under Chapter V (21 U.S.C. § 351 et seq.) of the Federal Food, Drug, and Cosmetic Act. VA Code § 18.2- 371.2.

**Virginia Code, Code of Virginia, and VA Code:** All Virginia Codes and statutory references can be found by going to the Code of Virginia website at: http://law.lis.virginia.gov/vacode

**Weapons, ammunition, other dangerous articles:** Any of the following but not limited to any knife, cutting instrument, cutting tool, firearm, shotgun, rifle, and any other tool, instrument or object used to or intended to be used to inflict serious bodily injury to another member of the school community. This definition includes, but is not limited to, the use or intended use of pepper spray, mace, or laser pointer to inflict serious bodily injury on another member of the school community. Ammunition means ammunition or cartridges, cases, primers, bullets, or propellant powder designed for use in any firearm. Any device that looks like a real gun or is a toy gun (i.e., water pistols). This category also includes look-alike weapons; possessing or bringing to school or a school- sponsored event any substance used as a weapon, including mace, tear gas, or pepper spray; possessing knife less than three inches, razor blades, box cutters, fireworks, firecrackers, or bringing stink bombs to school or a school event; possessing or bringing any mechanism that is designed to emit an electronic, magnetic or other charge and used for the purpose of temporarily incapacitating a person.

**Wrappings:** Materials made or sold for covering or rolling tobacco or other materials for smoking in a manner similar to a cigarette or cigar VA Code § 18.2-371.2

# Appendix L: Inclement Weather Information



When inclement weather may cause hazardous road conditions, King George County Schools may open late, close early, or close for the entire day. Weather and road conditions are monitored by KGCS staff, the Virginia Department of Transportation, and King George County Sheriff's Office. The safety of students, families, and staff is the priority when weather prompts adjustments or closure of our schools. King George County Schools will broadcast information regarding school closings or delays using the platforms listed below.

| Broadcast Portal | Direct Link | Information |
|---|---|---|
| School Messenger<br><br>*(By default, you will receive a phone call based on the phone number that is in your child's Power School account. Contact the school your child attends to change that number.)* | https://go.schoolmessenger.com/#/home | To add additional methods for school notifications (e.g., text messages and email), log in to your Parent Portal account and go to the Contact Manager.<br>Contact your child's school if you need assistance. |
| King George County Schools Facebook Page | https://www.facebook.com/kgschools | Like and follow KGCS School Division Facebook page<br>@kgschools |
| King George County Schools Twitter Page | https://twitter.com/KGCSdivision1 | Follow KGCS<br>@KGCSdivision1 |
| King George County Schools Website Front Page | http://www.kgcs.k12.va.us | Check front page of KGCS website |
| KG Alert | http://www.kgalert.com | This is not managed or operated by KGCS. For questions, please contact KG Alert via their website. |
| Free Lance-Star | http://www.fredericksburg.com/app/closings/ | Online Free Lance-Star newspaper |
| Channel 4 | http://www.nbcwashington.com/weather/school-closings/ | NBC Washington |
| Channel 5 | http://www.fox5dc.com/closings | Fox 5 Washington |
| Channel 6 | http://wtvr.com/weather/closings-and-delays/ | Richmond |
| Channel 7 | http://wjla.com/weather/closings | ABC Washington |
| Channel 9 | http://www.wusa9.com/closings | CBS Washington |
| B101.5 | http://www.b1015.com/closings-delays/ | Local Radio |

# 2025 - 2026
# King George County Schools
## Instructional Calendar

### July 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

July
- 4 Holiday

### August 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

August
- 4 New Teacher Orientation
- 5-11 Teacher Workdays
- 12 First Day for PK, K, 6, 9 Students
- 13 First Day for all other Students
- 29 Holiday

### September 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

September
- 1 Holiday

### October 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

October
- 10 End of 1st Quarter
- 13 Teacher Workday and Parent Conferences

### November 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

November
- 4 Teacher Workday
- 11 Holiday
- 24-28 Holiday

### December 2025

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

December
- 19 End of 2nd Quarter
- 22-31 Holiday

### January 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

January
- 1-2 Holiday
- 5 Teacher Workday
- 6 Second Semester Begins for Students
- 19 Holiday

### February 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

February
- 9 Teacher Workday and Parent Conferences
- 16 Holiday

### March 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

March
- 12 End of 3rd Quarter
- 13 Teacher Workday
- 30-31 Holiday

### April 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

April
- 1-6 Holiday

### May 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

May
- 21 Last Day for All Students; End of 4th Quarter
- 22 Teacher Workday
- 25 Holiday

*2026 Graduation Date TBD*

### June 2026

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

June
- 19 Holiday

School Board Approved 11/18/24

NOTE: This calendar is subject to change. Visit the KGCS website for the most up to date calendar.

Should the school year fall below the required instructional days or hours, the difference may be made up by converting non-school days to school days, adding instruction time to existing days, or adding days to the end of the year.