# EXHIBIT 21

# Character Education

## What is Project KIND?

Project KIND is a division-wide comprehensive character education program teaching skills that will help students be successful in school and in life. Project KIND helps students have healthy and helpful connections with teachers, classmates, and their families. They should also experience learning that will help them tackle challenges inside and outside of school.

**Division Programs Supported by Project KIND**

KGES: Soaring Eagles, Kindness Crew, Science Club, Safety Patrol, Student Council, Breakfast Club, Attendance Initiatives

PES: PBIS rewards, PBIS Leadership club, Beta Club, Stem Club, Garden Club, Safety Patrol/Honor Society

SES: PBIS, PTA, ROCK Mentoring (Reaching Out Caring for Kids- High school/Elementary buddy program after school)

KGMS: Leadership, PBIS, Student of the Month, Kindness Crew

KGHS: Student/Staff/Teacher of the Month and Renaissance (Respect/Kindness Club)

Division Wide: Snacks for Students, Coats for Kids, Holiday Wish Lists & Food Donations, Student of the Month Programs, Attendance Programs

Project KIND is a comprehensive KGCS initiative that includes character education, bullying prevention, and student engagement activities.

Character education programs are required to be taught in all schools under the Code of Virginia § 22.1-208.01 and KGCS Policy IGAI. Character education programs include several components:

- Core character education lessons aligned with and in support of the Standards of Learning
- Skills aligned to the Standards of Learning and taught in content area (math, reading, science, social studies, etc.) lessons
- School wide activities and celebrations embedded throughout the school day supporting positive character traits
- Co- and extracurricular opportunities and community outreach initiatives that support giving back to the community such as Holiday Toy Drives, Snacks for Students, Coats for Kids, Kindness Crew, ROCK Mentoring, Renaissance, and more!

KGCS will be using CharacterStrong to provide classroom based skill building lessons for Project KIND.

Elementary (PK-5): CharacterStrong's elementary level 'PurposeFull People' will shine with three main goals for students: Be Kind, Be Strong, and Be Well. The skills focus on listening and solving conflicts, staying organized and setting goals, and learning ways to stay healthy and deal with everyday challenges.

Middle and High (6-12): CharacterStrong's secondary level lessons will be used to help students and teachers improve skills that support student well-being and deepen student engagement in their academics, in their school, and in their community.

Core lessons will be scheduled once a week at each school and these skills are embedded throughout the school day in all classes. In addition, families will receive monthly at-home connections to the focus of the month. But Project KIND is more than a set of lessons - it is a partnership between schools, families and the community to create a place where students learn skills that will help them be the best they can be!

Case 3:26-cv-00775-REP Document 14-70 Filed 08/13/26 Page 4 of 4 PageID# 760