# EXHIBIT 22

# KING GEORGE COUNTY SCHOOLS
# FUNDING SOURCES
## Fiscal Year 2027

## KING GEORGE COUNTY SCHOOLS PROPOSED BUDGET




| Revenue | Dollars |
|---|---|
| State | $41,142,526 |
| Federal | $2,463,308 |
| Local | $28,139,082 |
| Misc. | $260,000 |
| **TOTAL** | **$72,004,916** |

## KING GEORGE COUNTY LOCAL PROPOSED BUDGET

FY 27 Proposed King George County General Fund Budget is **$86,484,083**. King George County Schools request for local funds is **$28,139,082**.



**32.5%**

Of Total Local Budget Requested for Schools

## KGCS BY THE NUMBERS

719 Employees
*No New Positions

4,372 Students

5 School Buildings

2 Support Facilities
School Board Office, Transportation

44 School Buses

## WHERE THE MONEY GOES




**ALL OTHER 13%**

4.1%- Purchases Services
3.9%- Other Services
5%- Supplies & Dept Services

**ALL OTHER 25.6%**

3.7%- Technology
4.7%- Admin, Health, & Attendance
7.6%- Transportation
9.1%- Operations & Maintenance
6%- Facilities

