AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| JZW, by next friends and parents, Teresa Catoe, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26c-v-775 |
| King George County School Board, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants King George County School Board, Dr. Jesse Boyd and Dr. Casey Nice .

Date: 08/14/2026

/s/ Heather K. Bardot
*Attorney's signature*

Heather K. Bardot (VSB # 37269)
*Printed name and bar number*

McGavin, Boyce, Bardot, Thorsen & Katz, PC
9990 Fairfax Blvd., Suite 400
Fairfax, Virginia 22030
*Address*

hbardot@mbbtklaw.com
*E-mail address*

(703) 385-1000
*Telephone number*

(703) 385-1555
*FAX number*