**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Z.J.W., et al.,
Plaintiffs,

v. Civil No. 3:26-cv-775

KING GEORGE COUNTY
SCHOOL BOARD, et al.,
Defendants.

**ORDER**

For the reasons set forth on the record on August 17, 2026, it is hereby ORDERED that Defendants shall file their response to the MOTION FOR PRELIMINARY INJUNCTION (ECF No. 13) by September 11, 2026. Plaintiffs shall file their reply by September 18, 2026.

It is further ORDERED that Defendants shall file their Answer, and any other motions respecting the COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 2), by September 11, 2026.

It is further ORDERED that Plaintiffs shall provide Defendants with a Settlement Proposal by August 19, 2026, at 5:00 P.M. Defendants shall provide Plaintiffs with a response to the Settlement Proposal by August 24, 2026, at 5:00 P.M. If Defendants are unable to provide Plaintiffs with a response by the August 24 deadline, they shall promptly notify the Court.

It is further ORDERED that a Conference Call shall be held on August 21, 2026, at 4:00 P.M.

It is further ORDERED that a Hearing for Oral Argument on the

MOTION FOR PRELIMINARY INJUNCTION (ECF No. 13) shall be held on October 2, 2026, at 10:00 A.M.

Further, having considered the NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO EXCEED PAGE LIMIT (ECF No. 28) it is hereby ORDERED that PLAINTIFF Z.J.W.'s, BY NEXT FRIENDS AND PARENTS TERESA CATOE AND JOHN WHEELER, MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND MEMORANDUM OF LAW IN SUPPORT OF MOTION (ECF No. 3) is DENIED as moot.

The Clerk is directed to send a copy of this ORDER to Judge Summer L. Speight.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 21, 2026
nunc pro tunc
August 17, 2026