IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| Z.J.W., et al., | ) | |
| | ) | |
| PlaintiffS, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-775 |
| | ) | |
| KING GEORGE COUNTY SCHOOL BOARD, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO COURT**

COME NOW Defendants, King George County School Board, Dr. Jesse Boyd and Dr. Casey Nice, by counsel, and in response to the court's order dated August 21, 2026 (nunc pro tunc August 17, 2026) (ECF No. 35), provide notice to the court that Defendants are unable to provide a response to the Plaintiffs' settlement proposal at this time. The settlement proposal is under consideration, and Defendants anticipate providing a response no later than August 26, 2026.

**Respectfully submitted,**

**KING GEORGE COUNTY SCHOOL BOARD,**
**DR. JESSE BOYD and DR. CASEY NICE**
**By Counsel**

/s/

Heather K. Bardot, Esquire (VSB No. 37269)
McGAVIN, BOYCE, BARDOT
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will transmit a copy electronically to:

Julia Kahn, Esquire
Wyatt Rolla, Esquire
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Tel: (804) 491-8584
jkahn@acluva.org
wrolla@acluva.org

Mary Rohmiller, Esquire
Alice W. Yao, Esquire (*pro hac vice)*
Dylan Nicole de Kervor, Esquire (*pro hac vice application forthcoming*)
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
mrohmiller@potomaclaw.com
ayao@potomaclaw.com
ddekervor@potomaclaw.com

Counsel for Plaintiffs

/s/
Heather K. Bardot, Esquire (VSB No. 37269)
McGAVIN, BOYCE, BARDOT
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
Counsel for Defendants