**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Z.J.W., et al.,

Plaintiffs,

v. Civil Action No. 3:26-cv-775

KING GEORGE COUNTY SCHOOL BOARD, et al.,

Defendants.

**ORDER**

Having been advised that the parties have reached a settlement, it is hereby ORDERED that any further discovery deadlines are STAYED until further order of this Court.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 4, 2026