**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| Z.J.W., by next friends and parents, TERESA CATOE and JOHN WHEELER; and A.A.P., by next friend and parent, SUSAN PARK,<br><br>**Plaintiffs,**<br><br>v.<br><br>KING GEORGE COUNTY SCHOOL BOARD; DR. JESSE BOYD, in his official capacity as Superintendent of King George County Schools; and DR. CASEY NICE, in his official capacity as Principal of King George Middle School,<br><br>**Defendants.** | Case No. 3:26-cv-00775-REP<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this action hereby stipulate to the dismissal of this action **without prejudice**, subject to the terms and conditions set forth below.

1. On September 3, 2026, the parties entered into a Memorandum of Understanding Regarding Settlement Agreement ("MOU") memorializing the terms of their settlement of this action. On September 4, 2026, the Court entered an Order (ECF No. 53) staying all further discovery and pretrial deadlines upon being advised of the settlement.

2. In accordance with the terms of the MOU and the School Board's resulting September 11, 2026, amendment of Policy IGDA and IGDA-R.2, all claims and counterclaims in this action are hereby dismissed **without prejudice**; *provided, however*, that Plaintiffs may refile this action only in the event that the Gay-Straight Alliance ("GSA") club at King

George Middle School is not approved after it applies in accordance with King George County School Board Policy IGDA-R.2.

3. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), and the express agreement of the parties, this Court shall retain jurisdiction to enforce the terms of the parties' final Settlement Agreement. The parties further stipulate and agree that United States Magistrate Judge Summer L. Speight shall retain jurisdiction and authority to resolve any disputes concerning the terms agreed to in the MOU and the parties' final Settlement Agreement.

4. This Stipulation of Dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as a stipulation of dismissal signed by all parties who have appeared in this action. No order of the Court is required for this Stipulation to be effective.

September 14, 2026

Respectfully submitted,

/s/ Julia Kahn
Julia Kahn, VSB No. 101714
Wyatt Rolla, VSB No. 85625
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond, Virginia 23261
Telephone: (804) 491-8584
wrolla@acluva.org
jkahn@acluva.org

/s/ Heather K. Bardot
Heather K. Bardot, VSB No. 37269
McGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com

*Counsel for Defendants*

Mary Rohmiller, VSB No. 68595
Alice W. Yao, Esquire (pro hac vice)
Dylan Nicole de Kervor, Esquire (pro hac vice)
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025

Washington, DC 20006
Telephone: (703) 869-3033
mrohmiller@potomaclaw.com
ayao@potomaclaw.com
ddekervor@potomaclaw.com

*Counsel for Plaintiffs*